FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★   MAY 14 2018   ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARIO H. CAPOGROSSO,

                            Plaintiff,

            -against-

ALAN GELBSTEIN, *in his official and individual
capacity*, BOSHRA VAHDATLAMAS, *in her official
and individual capacity, also known as Bushra Vahdat*,
IDA TRASCHEN, *in her official and individual
capacity*, ELIZABETH PRICKETT-MORGAN, *in
her official and individual capacity*, JEAN FLANAGAN,
*in her official and individual capacity*, VINCENT
PALMIERI, *in his official and individual capacity*,
DANIELLE CALVO, *in her official and individual
capacity*, SADIQ TAHIR, *in his individual capacity*,
PEC GROUP OF NY, INC., DAVID SMART, and
JOHN AND JANE DOES,

                            Defendants.
-------------------------------------------------------------------X

**ORDER
18 CV 2710 (MKB)(LB)**

**BLOOM, United States Magistrate Judge:**

The Honorable Margo K. Brodie assigned this case to me for all pretrial purposes. Enclosed is a copy of the "Individual Practices of Magistrate Judge Lois Bloom." Plaintiff and defendants, alike, are required to follow these rules. Plaintiff is to provide a copy of this Order and the enclosed rules to defendants along with the summons and complaint.

*Pro se* plaintiff filed the complaint in this action on May 8, 2018, and the summonses was issued on the same date. ECF No. 2. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). Plaintiff shall have 90 days from the date the summonses were issued to serve defendants. Accordingly, if service is not made upon defendants by August 6, 2018, or if plaintiff fails to show good cause why such service has not been effected by that date, it will be recommended that the Court should dismiss this action without prejudice.

1

Plaintiff is required to advise the Clerk of Court of any change of address. Failure to keep the Court informed of plaintiff's current address means the Court will not know where to contact plaintiff and may result in dismissal of his case. For information regarding court procedures, plaintiff may contact the Pro Se Office at the United States Courthouse by calling (718) 613-2665.

Consent for Electronic Service

Plaintiff may choose to receive electronic notification of court issued filings in this civil case. By registering for electronic notification plaintiff will be waiving the right to receive service of court issued documents such as notices, decisions, opinions, memoranda & orders, orders, judgments and appeal instructions in paper form by mail. Instead, plaintiff will be sent notices of electronic filing via e-mail. Because plaintiff will be receiving court-issued documents only in electronic form, plaintiff must maintain a valid email address and regularly check email. For more information and for eligibility criteria, please review the enclosed "Instructions for Pro Se Registration and Consent for Electronic Service of Orders and Notices Issued by the Court in Civil Cases." If plaintiff is eligible and wishes to receive electronic notification of court issued documents, plaintiff should complete the attached Registration and Consent form and return the form to the Court.[1] Plaintiff is advised that even if he chooses to receive electronic notifications in this action, he is still required to advise the Court of any change to his mailing address.

SO ORDERED.

/S/ Judge Lois Bloom

LOIS BLOOM
United States Magistrate Judge

Dated: May 14, 2018
      Brooklyn, New York

---

[1] If plaintiff has more than one action pending before the Court, plaintiff must complete a separate Registration and Consent form for each case in which plaintiff wants to receive electronic notifications. Additional copies of the form are available on the Court's website: www.nyed.uscourts.gov/forms/all-forms/prose_forms.

2