**ORIGINAL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
MARIO H. CAPOGROSSO
        Plaintiff

PRO SE ANSWER
CV18-2710 (MKB)(LB)

ALAN GELBSTEIN, ET.AL,
        Defendants

RECEIVED MAY 30 2018 PRO SE OFFICE

Defendant **DAVID SMART**, STATES THE FOLLLOWING:

**ADMISSIONS AND DENIALS**

1. The defendant admits paragraph 4 7 27 28 61 89.

2. The Defendant denies paragraph 8 9 11 30 31 32 40 52 60 62 63 64 65 67 68 70 76 77 78 95 96 100 101

3. The defendant lacks sufficient knowledge or information to determine the truth of the allegations in paragraph 1 2 3 5 6 10 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 29 33 34 35 36 37 38 39 41 42 43 44 45 46 47 48 49 50 51 53 54 55 56 57 58 59 66 69 71 72 73 74 79 80 81 82 83 84 85 86 87 88 90 91 92 93 94 97 98 99.

**DEFENSES**

General Denial.

**COUNTERCLAIMS**

Plaintiff illegally harassed Defendant and continues to illegally harass Defendant by bringing frivolous law suits, Defendant therefore seeks punitive damages against Plaintiff in an amount as the Court may determine appropriate,

As a result of the harassment, defendant was damaged in the sum of $100,000.

**WHEREFORE** defendant demands judgment against plaintiff in the sum of $100,000 and punitive damages against Plaintiff in an amount as the Court may determine appropriate,

Signed this 29 day of May 2018.

_____
Defendant DAVID SMART, PRO SE
Address 2575 WEST 8 STREET, BKLYN
Telephone Number 917 362 2621

Sworn to Before me
This 29th day of May 2018
ALVIN O. VANESSA OGAN
Notary Public, State of New York
No. 02OG6236220
Qualified in Rensselaer County
Commission Expires February 22, 20__

DATED: May 29, 2018.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARIO H. CAPOGROSSO
        Plaintiff

**PRO SE ANSWER**
CV18-2710

ALAN GELBSTEIN, ET.AL,
        **Defendants**

**ADMISSIONS AND DENIALS**

1. The defendant admits paragraph 4 7 27 28 61 89.

2. The Defendant denies paragraph 8 9 11 30 31 32 40 52 60 62 63 64 65 67 68 70 76 77 78 95 96 100 101

3. The defendant lacks sufficient knowledge or information to determine the truth of the allegations in paragraph 1 2 3 5 6 10 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 29 33 34 35 36 37 38 39 41 42 43 44 45 46 47 48 49 50 51 53 54 55 56 57 58 59 66 69 71 72 73 74 79 80 81 82 83 84 85 86 87 88 90 91 92 93 94 97 98 99.

**DEFENSES**

General Denial.

**COUNTERCLAIMS**

Plaintiff illegally harassed Defendant and continues to illegally harass Defendant by bringing frivolous law suits, Defendant therefore seeks punitive damages against Plaintiff in an amount as the Court may determine appropriate,

As a result of the harassment, defendant was damaged in the sum of $100,000.

**WHEREFORE** defendant demands judgment against plaintiff in the sum of $100,000 and punitive damages against Plaintiff in an amount as the Court may determine appropriate,

Signed this 29 day of May 2018.

Defendant DAVID SMART, PRO SE
Address 2875 W. 8 ST. BROOKLYN, NY
Telephone Number 917 362 2621

Mario H. Capogrosso

Defendant Party List Addresses

1) ALAN GELBSTEIN, 2875 West 8th Street, Brooklyn New York 11224

2) BOSHRA VAHDATLAMAS, (also known as BUSHRA VAHDAT), 801 Axinn Avenue, Garden City, New York, 11530

3) IDA TRASCHEN, 6 Empire State Plaza, Albany, New York 12228

4) ELIZABETH PRICKETT-MORGAN, 120 Broadway, New York City, New York

5) JEAN FLANAGAN, 6 Empire State Plaza, Albany, New York 12228

6) VINCENT PALMIERI, 6 Empire State Plaza, Albany, New York 12228

7) DANIELLE CALVO, 2875 West 8th Street, Brooklyn New York 11224

8) SADIQ TAHIR, 2875 West 8th Street, Brooklyn New York 11224

9) PEC GROUP OF NY, INC, 935 S Lake Blvd, #7, Mahopac, NY 10541

10) DAVID SMART, 2875 West 8th Street, Brooklyn New York 11224

DATED: May 29, 2018

NOTARY PUBLIC

ALVIN C. VANESSA OGAR
Notary Public, State of New York
No. 02OG6236220
Qualified in Rensselaer County
Commission Expires February 22, 2019