**ORIGINAL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
MARIO H. CAPOGROSSO
        Plaintiff

ALAN GELBSTEIN, ET.AL,
        Defendants

PRO SE ANSWER
CV18-2710 (MKB)(LB)



RECEIVED MAY 30 2018 PRO SE OFFICE

Defendant SADIQ TAHIR, STATES THE FOLLLOWING:

## ADMISSIONS AND DENIALS

1. The defendant admits paragraph 4 26 89 91.

2. The Defendant denies paragraph 32 90 92 93 94.

3. The defendant lacks sufficient knowledge or information to determine the truth of the allegations in paragraph 1 2 3 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 27 28 29 30 31 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60 61 62 63 64 65 66 67 68 69 70 71 72 73 74 75 76 77 78 79 80 81 82 83 84 85 86 87 88 95 96 97 98 99 100 101.

## DEFENSES

General Denial.

## COUNTERCLAIMS

Plaintiff illegally harassed Defendant and continues to illegally harass Defendant by bringing frivolous law suits, Defendant therefore seeks punitive damages against Plaintiff in an amount as the Court may determine appropriate,

As a result of the harassment, defendant was damaged in the sum of $100,000.

**WHEREFORE** defendant demands judgment against plaintiff in the sum of $100,000 and punitive damages against Plaintiff in an amount as the Court may determine appropriate,

Signed this 29 day of May 2018.

_____
Defendant SADIQ TAHIR, PRO SE
Address 2994 Coney Island Ave Brooklyn NY 11235
Telephone Number 929 366 1717

SWORN TO BEFORE ME THIS
29TH DAY OF MAY, 2018

ORIGINAL



RECEIVED
MAY 10 2018
PRO SE OFFICE

Mario H. Capogrosso

Defendant Party List Addresses

1) ALAN GELBSTEIN, 2875 West 8th Street, Brooklyn New York 11224

2) BOSHRA VAHDATLAMAS, (also known as BUSHRA VAHDAT), 801 Axinn Avenue, Garden City, New York, 11530

3) IDA TRASCHEN, 6 Empire State Plaza, Albany, New York 12228

4) ELIZABETH PRICKETT-MORGAN, 120 Broadway, New York City, New York

5) JEAN FLANAGAN, 6 Empire State Plaza, Albany, New York 12228

6) VINCENT PALMIERI, 6 Empire State Plaza, Albany, New York 12228

7) DANIELLE CALVO, 2875 West 8th Street, Brooklyn New York 11224

8) SADIQ TAHIR, 2875 West 8th Street, Brooklyn New York 11224

9) PEC GROUP OF NY, INC, 935 S Lake Blvd, #7, Mahopac, NY 10541

10) DAVID SMART, 2875 West 8th Street, Brooklyn New York 11224

**ORIGINAL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
MARIO H. CAPOGROSSO
        Plaintiff

ALAN GELBSTEIN, ET.AL,
        Defendants

PRO SE ANSWER
CV18-2710 (MKB)(LB)



Defendant SADIQ TAHIR, STATES THE FOLLLOWING:

**ADMISSIONS AND DENIALS**

1. The defendant admits paragraph 4 26 89 91.

2. The Defendant denies paragraph 32 90 92 93 94.

3. The defendant lacks sufficient knowledge or information to determine the truth of the allegations in paragraph 1 2 3 5 6 7  8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 27 28 29 30 31 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60 61 62 63 64 65 66 67 68 69 70 71 72 73 74 75 76 77 78 79 80 81 82 83 84 85 86 87 88 95 96 97 98 99 100 101.

**DEFENSES**

General Denial.

**COUNTERCLAIMS**

Plaintiff illegally harassed Defendant and continues to illegally harass Defendant by bringing frivolous law suits, Defendant therefore seeks punitive damages against Plaintiff in an amount as the Court may determine appropriate,

As a result of the harassment, defendant was damaged in the sum of $100,000.

**WHEREFORE** defendant demands judgment against plaintiff in the sum of $100,000 and punitive damages against Plaintiff in an amount as the Court may determine appropriate,

Signed this 29 day of May 2018.

_____
Defendant SADIQ TAHIR, PRO SE
Address 2994 Coney Island Ave Brooklyn NY 11235
Telephone Number 929 366 1717

SWORN TO BEFORE ME THIS
29TH DAY OF MAY, 2018

ORIGINAL



RECEIVED
MAY 30 2018
PRO SE OFFICE

Mario H. Capogrosso

Defendant Party List Addresses

1) ALAN GELBSTEIN, 2875 West 8th Street, Brooklyn New York 11224

2) BOSHRA VAHDATLAMAS, (also known as BUSHRA VAHDAT), 801 Axinn Avenue, Garden City, New York, 11530

3) IDA TRASCHEN, 6 Empire State Plaza, Albany, New York 12228

4) ELIZABETH PRICKETT-MORGAN, 120 Broadway, New York City, New York

5) JEAN FLANAGAN, 6 Empire State Plaza, Albany, New York 12228

6) VINCENT PALMIERI, 6 Empire State Plaza, Albany, New York 12228

7) DANIELLE CALVO, 2875 West 8th Street, Brooklyn New York 11224

8) SADIQ TAHIR, 2875 West 8th Street, Brooklyn New York 11224

9) PEC GROUP OF NY, INC, 935 S Lake Blvd, #7, Mahopac, NY 10541

10) DAVID SMART, 2875 West 8th Street, Brooklyn New York 11224