FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 01 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARIO H. CAPOGROSSO,

        Plaintiff,

  -against-

ALAN GELBSTEIN, *in his official and individual capacity,*
BOSHRA VAHDATLAMAS, *in her official and individual capacity, also known as Bushra Vahdat,* IDA TRASCHEN, *in her official and individual capacity,* ELIZABETH PRICKETT-MORGAN, *in her official and individual capacity,* JEAN FLANAGAN, *in her official and individual capacity,* VINCENT PALMIERI, *in his official and individual capacity,* DANIELLE CALVO, *in her official and individual capacity,* SADIQ TAHIR, *in his individual capacity,* PEC GROUP OF NY, INC., DAVID SMART, and JOHN AND JANE DOES,

        Defendants.
-------------------------------------------------------------------X

ORDER
18 CV 2710 (MKB)(LB)

**BLOOM, United States Magistrate Judge:**

    Counsel for defendant Gelberstein writes to request an extension of the deadline to respond to plaintiff's complaint "until 30 days after the last State Defendant has been served." ECF No. 5. This is defendant Gelberstein's first request, but *pro se* plaintiff does not consent. The Court will not grant an extension based upon an unknown date. Nevertheless, the first request for an extension of is generally granted as a courtesy.[1] Accordingly, the request is granted in part and denied in part. Defendant Gelberstein shall respond to plaintiff's complaint by July 16, 2018.

SO ORDERED.

                                        /S/ Judge Lois Bloom

                                        LOIS BLOOM
                                        United States Magistrate Judge

Dated: June 1, 2018
       Brooklyn, New York

---

[1] Plaintiff is reminded that he, too, may need to seek an extension in the future.

1