Case 1:18-cv-02710-EK-LB   Document 9   Filed 06/08/18   Page 1 of 2 PageID #: 54

# Affidavit of Due Diligence

**ORIGINAL**

---

**United States District Court, EASTERN DISTRICT, New York**          CASE NO: **CV-18-2710**
**Plaintiff / Petitioner: MARIO H. CAPOGROSSO**
vs.
**Defendant / Respondent: ALAN GELBSTEIN, ET. AL.**

---

I **TETYANA SHEVCHUKEVYCH** being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of **NEW YORK**.
That on **May 11, 2018** at **11:23 AM**, at **2875 WEST 8TH STREET, DEPT OF MOTOR VEHICLES, BROOKLYN, NY 11224.**, deponent attempted to served the within:
**Summons In A Civil Action , Verified Complaint**

Upon due and diligent search and inquiry, I was unable to find the within party DANIELLE CALVO at the following address: 2875 WEST 8TH STREET, DEPT OF MOTOR VEHICLES, BROOKLYN, NY 11224.
Service has not been effected because: **No longer employed at location**

**Attempts:**
Date: May 11, 2018  Time: 11:23:40 AM  GPS: 40.5784, -73.9762

---

Sworn to before me on the __15__ day
of __May__, 20__18__

_____
**CAROLL RAMSEY**
Notary Public - State of New York
No. 01RA6028190
Qualified in Nassau County
Commission Expires: July 26, 2021

_____
**TETYANA SHEVCHUKEVYCH**

License Number: **1471649**

---

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022



RECEIVED JUN 08 2018 PRO SE OFFICE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Danielle Calvo
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because No longer at location ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5-15-18

_____
Server's signature

Tetyana Shevchukevych
Printed name and title

590 Madison Ave. New York, NY 10022
Server's address

Additional information regarding attempted service, etc: