

## Affidavit of Personal Service

United States District Court, EASTERN DISTRICT, New York   CASE NO: CV-18-2710
Plaintiff / Petitioner: MARIO H. CAPOGROSSO
vs.
Defendant / Respondent: ALAN GELBSTEIN, ET. AL.

---

I **MICHAEL GORMAN** being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of **NEW YORK**.
That on **May 29, 2018 at 07:25 PM at 50 PARK TERRACE EAST, NEW YORK, NY 10034**, deponent served the within:
**Summons In A Civil Action , Verified Complaint**

on **ELIZABETH PRICKETT MORGAN** herein known as the Recipient. Said service was effected in the following manner:
By delivering thereat a true copy of each to **ELIZABETH PRICKETT MORGAN** personally; deponent knew said person so served to be the person described as said recipient therein. Deponent asked the person served if **SHE** was the person named in this action and Defendant admitted being the person so named.
Deponent further states upon information and belief that said person so served is not in the Military Service of the State of **NEW YORK** or of the United States as the term is defined in either the State or Federal statutes.
Deponent further states that deponent describes the person actually served **ELIZABETH PRICKETT MORGAN** as follows: **Caucasian, Female, 5' 7", 130 - 140 lbs, Brown hair, glasses, 40 - 45 years**

**Attempts:**
Date: May 29, 2018  Time: 07:25:13 PM  GPS: 40.8701, -73.9167

**Documents were served in accordance with CPLR 308.**

Sworn to before me on the __1__ day of __June__, 20__18__

**CAROLL RAMSEY**
*Notary Public - State of New York*
No. 01RA6028190
Qualified in Nassau County
Commission Expires: July 26, 2021

**MICHAEL GORMAN**
License Number: **1381333**

---

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022

