Case 1:18-cv-02710-EK-LB   Document 10-2   Filed 06/08/18   Page 1 of 2 PageID #: 59

# Affidavit of Personal Service

 ORIGINAL

---

United States District Court, EASTERN DISTRICT, New York          CASE NO: **CV-18-2710**
Plaintiff / Petitioner: **MARIO H. CAPOGROSSO**
vs.
Defendant / Respondent: **ALAN GELBSTEIN, ET. AL.**

---

I **TETYANA SHEVCHUKEVYCH** being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of **NEW YORK**.
That on **May 11, 2018** at **11:22 AM** at **2875 WEST 8TH STREET, DEPT OF MOTOR VEHICLES, BROOKLYN, NY 11224.**, deponent served the within:
**Summons In A Civil Action , Verified Complaint**

on **DAVID SMART** herein known as the Recipient. Said service was effected in the following manner:
By delivering thereat a true copy of each to **DAVID SMART** personally; deponent knew said person so served to be the person described as said recipient therein. Deponent asked the person served if **HE** was the person named in this action and Defendant admitted being the person so named.
Deponent further states upon information and belief that said person so served is not in the Military Service of the State of **NEW YORK** or of the United States as the term is defined in either the State or Federal statutes.
Deponent further states that deponent describes the person actually served **DAVID SMART** as follows: **Black, Male, 5' 8", 180 - 190 lbs, Black hair,  55 - 60 years**

**Attempts:**
Date: May 11, 2018  Time: 11:22:44 AM  GPS: 40.578, -73.9759

---

**Documents were served in accordance with CPLR 308.**

Sworn to before me on the **15** day of **May**, 20**18**

_____
**CAROLL RAMSEY**
Notary Public - State of New York
No. 01RA6028190
Qualified in Nassau County
Commission Expires: July 26, 2021

_____
**TETYANA SHEVCHUKEVYCH**
License Number: **1471649**

---

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022


RECEIVED JUN 08 2018 PRO SE OFFICE

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* David Smart

was received by me on *(date)* _____

☒ I personally served the summons on the individual at *(place)* Business 2875 W. 8th St. Brooklyn, NY 11224 on *(date)* May 11, 2018 or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 5·15·18

_____
Server's signature

Tetyana Shevchukevych
Printed name and title

590 Madison Ave. New York NY 10022
Server's address

Additional information regarding attempted service, etc: