

## Affidavit of Service - Suitable Age Person

**United States District Court, EASTERN DISTRICT County, New York**    CASE NO: CV-18-2710
Plaintiff / Petitioner: **MARIO H. CAPOGROSSO**
vs.
Defendant / Respondent: **ALAN GELBSTEIN, ET. AL.**

I **TETYANA SHEVCHUKEVYCH** being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of **NEW YORK**. That on May 30, 2018 at 11:58 AM at **9952 FORT HAMILTON PARKWAY, APT. # F, BROOKLYN, NY 11209**, deponent served the within:
**Summons In A Civil Action, Verified Complaint**

on **DANIELLE CALVO** herein known as Recipient. Said service was effected in the following manner:
By delivering thereat a true copy of each to Jane Doe (REFUSED NAME), Family member above 18: Resident, a person of suitable age and discretion. That person was also asked by deponent whether said premises was the recipient's **DWELLING** place and their reply was affirmative.

Deponent also enclosed a copy of the same in a postpaid sealed envelope, properly addressed to recipient's **DWELLING** place at **9952 FORT HAMILTON PARKWAY, APT. # F, BROOKLYN, NY 11209** by regular mail and deposited said envelope in an official depository under the exclusive care and custody of the United States Postal Service within State of **NEW YORK** on **MAY 31, 2018** First class mail envelope marked Personal and Confidential.

Deponent further states upon information and belief that said person so served is not in the Military Service of the State of **NEW YORK** or of the United States as the term is defined in either the State or Federal statutes. Deponent further states that deponent describes the person actually served **Jane Doe (REFUSED NAME)** as follows: Caucasian, Female, 5' 4", 130 - 140 lbs, Blonde hair, 60 - 65 years

**Attempts:**
Date: May 30, 2018  Time: 11:58:26 AM  GPS: 40.6121, -74.032

Recipient refused name, stated she is authorized to accept.

**Documents were served in accordance with CPLR 308.**

Sworn to before me on the __1__ day
of June, 2018

_____          _____
**CAROLL RAMSEY**                   **TETYANA SHEVCHUKEVYCH**
*Notary Public - State of New York*
No. 01RA6028190                      License Number: 1471649
Qualified in Nassau County
Commission Expires: July 26, 2021

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022

