UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MARIO H. CAPOGROSSO,

              Plaintiff,

   -against-

ALAN GELBSTEIN, *in his official and individual capacity,*
BOSHRA VAHDATLAMAS, *in her official and individual*
*capacity, also known as Bushra Vahdat*, IDA TRASCHEN,
*in her official and individual capacity*, ELIZABETH
PRICKETT-MORGAN, *in her official and individual capacity*,
JEAN FLANAGAN,*in her official and individual capacity*,
VINCENT PALMIERI, *in his official and individual capacity,*
DANIELLE CALVO, *in her official and individual capacity*,
SADIQ TAHIR, *in his individual capacity*, PEC GROUP OF NY,
INC., DAVID SMART, and JOHN AND JANE DOES,

              Defendants.
------------------------------------------------------------------------X

**ORDER**
**18 CV 2710 (MKB)(LB)**

**BLOOM, United States Magistrate Judge:**

    *Pro se* plaintiff writes to object to defendant Gelberstein's request for an extension of time to respond to plaintiff's complaint. ECF No. 11. As stated in the Court's June 1, 2018 Order, the first extension request is generally granted as a courtesy. Although appearing *pro se*, plaintiff is an attorney. Thus, he should be aware of such a professional courtesy and conduct himself accordingly. Now that proof of service on all defendants has been filed with the Court, ECF No. 10, the Court orders all defendants to respond to plaintiff's complaint by July 16, 2018.

    The Court shall hold an initial conference on July 25, 2018 at 10:30 a.m. in Courtroom 11A South of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York. The parties shall exchange their Rule 26(a)(1) initial disclosures and file their Rule 26(f) Meeting Report with the Court by July 23, 2018. Parties are advised that they must contact each other before making any request for an adjournment to the Court. A request for an adjournment must be received in writing at least forty-eight (48) hours before the scheduled conference.

SO ORDERED.

                                                              /S/ Judge Lois Bloom

Dated: June 12, 2018                                       LOIS BLOOM
       Brooklyn, New York                          United States Magistrate Judge