```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
MARIO H. CAPOGROSSO,

                Plaintiff,                                               ORDER
                                                                    18 CV 2710 (MKB)(LB)
        -against-

ALAN GELBSTEIN, in his official and individual capacity,
BOSHRA VAHDATLAMAS, in her official and individual
capacity, also known as Bushra Vahdat, IDA TRASCHEN,
in her official and individual capacity, ELIZABETH
PRICKETT-MORGAN, in her official and individual
capacity, JEAN FLANAGAN, in her official and individual
capacity, VINCENT PALMIERI, in his official and
individual capacity, DANIELLE CALVO, in her official and
individual capacity, SADIQ TAHIR, in his individual capacity,
PEC GROUP OF NY, INC., DAVID SMART, and JOHN
AND JANE DOES,

                Defendants.
---------------------------------------------------------------------X
```

**BLOOM, United States Magistrate Judge:**

Plaintiff writes to request an extension of time to respond to the counterclaims set forth in Smart and Tahir's respective answers. ECF Nos. 6, 7. This is *pro se* plaintiff's first request, but he states he was unable to secure defendants' consent as they have not provided telephone numbers where they may be reached.[1] The Court notes that plaintiff requests additional time to, among other things, "interview parties." Plaintiff need not "interview parties" to respond to defendant's counterclaims. Nevertheless, as a first request for an extension of time is generally granted as a courtesy, plaintiff's request for an extension of time to respond to the counterclaims is granted. Plaintiff shall respond to defendants' counterclaims by July 16, 2018.

SO ORDERED.

/S/ Judge Lois Bloom
_____
LOIS BLOOM
United States Magistrate Judge

Dated: June 18, 2018
       Brooklyn, New York

---

[1] Alan Gelbstein is represented in this action by Assistant Attorney General Mark Siegmund, whose phone number is listed on the docket. Phone numbers for Sadiq Tahir and David Smart are also listed on the docket. Plaintiff must seek his adversaries' consent before requesting an extension of time in the future.

1