UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIO H. CAPOGROSSO, ESQ.

                Plaintiff

-against-                              CV-18-2710

ALAN GELBSTEIN, et. al          **AFFIRMATION OF SERVICE**

                Defendants

___

I, Mario H. Capogrosso, declare under penalty of perjury that I have served a copy of the attached Motion to Dismiss encompassing a Notice of Motion, Affirmation in Support, and Memorandum of Law

upon:

David Smart
2875 West 8th Street
Brooklyn, NY 11224

via U.S. Postal Service First Class Mail, this 19th day of June 2018.

Westchester, NY
June 19, 2018

Mario H. Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804
(914) 806-3692