UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

*FILED*  
2018 JUN 19 PM 8:33  
CLERK  
U.S. DISTRICT COURT

MARIO H. CAPOGROSSO, ESQ.

                                Plaintiff

-against-                                               CV-18-2710

ALAN GELBSTEIN, et. al                     **AFFIRMATION OF SERVICE**

                                Defendants

---

       I, Mario H. Capogrosso, declare under penalty of perjury that I have served a copy of the attached Motion to Dismiss

upon:

Mark Siegmund (upon his affirmation  
in representing Defendants  
Gelbstein, Vahdat, Traschen, Prickett Morgan,  
Flanagan, Palmieri, Calvo)  
Assistant Attorney General  
28 Liberty Street  
New York, NY 10005

Sadiq Tahir  
2994 Coney Island Avenue  
Brooklyn, NY 11235

Pec Group of NY  
935 S. Lake Blvd. #7  
Mahopac, NY 10541

David Smart  
2355 Batchelder Street, Apt 3E  
Brooklyn, NY 11229

via U.S. Postal Service First Class Mail, this 19th day of June, 2018.

Westchester, NY
June 19, 2018

Mario H. Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804
(914) 806-3692