Date: June 19, 2018                    ★FILED★

To: Judge Brodie, Judge Bloom      2018 JUN 19 PM 8: 33

RE: Capogrosso v Gelbstein,CV18-2710

From:  Mario H. Capogrosso

Find:

**Versus Defendant S. Tahir Answer/Counterclaim**

Notice of Motion - Motion to Dismiss

Affirmation in Support

Memorandum of Law