Date: June 19, 2018

To: Judge Brodie, Judge Bloom

RE: Capogrosso v Gelbstein, CV18-2710

From: Mario H. Capogrosso

Find:

**Versus Defendant D. Smart Answer/Counterclaim**

Notice of Motion - Motion to Dismiss

Affirmation in Support

Memorandum of Law