# Exhibit 1

To: Judge Gelbstein

Re: Incident report (TVB)

On Tuesday, April 21, 2009 at approximately 10:25A, I was at my work station (#7) when I observed and heard Mr. Capogrosso, screaming and yelling profanities and obscenities at Ms. Rabinovich (Tanya). At this time Mr. Capogrosso is sitting down. I observed him get up from his seat and approach Ms. Rabinovich (walking fast and hard toward her) when he bumped real hard into her as he tried to pass by her. (Which was very unnecessary - given he had plenty of room to walk around her.) I noticed she was very shaken by his actions.

This is the end of my statement.

L. Perez Jr
MVRI

04-21-09

JUDGE GELBSTEIN
    DEAR SIR,

    ON TUESDAY APRIL 21, 2009 WHILE WORKING THE CASHIERS WINDOW, STATION BS24 I HEARD A LOUD VOICE FROM THE LAWYERS AREA. I LOOKED UP AND SAW Mr CAPOGROSSO, Esq. SEATED ON THE BENCH STATING "GET AWAY FROM HERE". He then Rose AND told "TANYA the interpreter" to get Away. Mr CAPOGROSSO MOVED TOWARD TANYA, AND they seem to Bump. The Noise Continued UNTIL OUR SUPERVISOR DANIELLE CALVO intervened

            Sincerely,
            Roy Tucci
            Roy Tucci
            Clerk

                        cc. J. Vetere

Ex. 1 p. 002



# Traffic Violations Bureau

June 19, 2009

From:   Marisol Cervoni

To:   Alan Gelbstein

Subject:   Mr. Capogrosso

On Tuesday June 9, 2009 at approximately 9:45 AM I called the next customer to my counter. The motorist was accompanied by Michael, who is the assistant of Mr. Capogrosso, who is one of the lawyers who represents motorists at their hearings here at Brooklyn South. The motorist handed me her drivers' license and as I was manufacturing a substitute ticket for the motorist, Michael called Mr. Capogrosso over to my window. Mr. Capogrosso, thinking there was a problem approached my counter and aggressively and belligerently began yelling at me. I assured him that there was no problem and that I had already printed the ticket for his client, but at that point he was already out of control and continued yelling, cursing and insulting me. The supervisors, Geri, Danielle and John all came out to see what the commotion was and to resolve the situation, but he refused to listen to reason or leave my counter. I then went into the back office because I felt threatened and was afraid for my safety. Finally one of the supervisors calmed him down and he moved away from my counter. Throughout the day Mr. Capogrosso was taunting me. He would walk past my station making comments and smirking at me.

I can no longer interact with Mr. Capogrosso at the service counter because I fear for my safety. On many occasions I have observed him display his aggressive behavior towards my co-workers, his clients, the other attorneys and their assistants. He even went so far as to assault a female assistant who works for another lawyer.

His aggressive behavior has steadily progressed within the past few months. I no longer feel comfortable at my place of employment because of this individual's behavior and I wish to go on record in the event of any future conflicts.

Marisol Cervoni

*Marisol Cervoni*

Cc:   John Vetere
      Danielle Calvo
      Geri Piparo

Ex. 1 p. 003



## Diantha L. Fuller, Esq.
REDACTED

Cell: REDACTED
Fax: REDACTED

August 5, 2009

New York City Traffic Violations Bureau ("TVB") – Coney Island Location
Attn: Senior Judge Alan D. Gelbstein                            *Hand Delivered*
**Re: Mario Cappigrosso Incident Report 7/31/09**

Dear Judge:

As requested by your staff, below is Agnes Paez's report of the events that transpired on 7/3109 in the Coney Island Traffic Bureaus which I took directly from an email she submitted to me:

*I, Agnes was speaking with a client on behalf of Diantha Fuller when I was abruptly approached by Mr. Mario Cappigrosso. He then stood in front of me, and told Ms. Fuller's client that I was not a lawyer and he should not be speaking to me. He then handed my client his business card. The client did, in fact, know that I was not an attorney and was shocked at Mr. Cappigrosso's behavior.*

*Mr. Cappigrosso then turned to me and called me a variety of vulgar and profane names and threatened me with violence to stay away from the Dept. of Motor Vehicles. He then told his Paralegal, Michael, that he should follow me around and harass every client that approached me.*

*Finally, Mr. Cappigrosso told me stay away from him in a very violent manner, towering over me and spoke so loudly and in a threatening manner that a plain clothes policeman standing next to me asked if he needed to get involved. One of the clerks behind the counter then intervened and sternly asked him to behave because Mr. Cappigrosso was so frightening, not only to me, but to everyone around him.*

*I was especially nervous because I am 6 months pregnant and I was in fear his outbursts would turn violent.*

Should you need any additional information regarding this matter or if you have any questions, please feel free to contact the undersigned.

Regards,

Diantha Fuller, Esq.

Ex. 1 p. 004

9/28/2010

I Jason Dorset State That Mario Culagrossi was Not Authorized to Proceed on My Behalf on The Above Dates on Summon # AAK5507913 & AAK5507902

Jason Dorset

Sworn Before me this 28th Day of September 2010

PIERRE BAZILE ESQ.

Pierre Bazile
Notary Public, State of New York
Qualified in Suffolk County
Reg. #02BA6177958
Commission Expires November 19, 20[1]

To Judge Alan Glebstein
From: Roy Tucci, Clerk.

3/3/11

Incident 3/3/11 9:10 Rm 3
Mario Cappogrosso Atty. Judge Drew Tillman
Clerk Roy Tucci

At 9:10 AM Mr Cappogrosso presented ticket for Rakesh K. Sharma, ticket marked Ready. With officer McGrath. At 9:25 AM cases pending called Mr Capogrosso and Mr Gerbasi attorneys were notified that the hearings was Ready. Mr Gerbasi was in a hearing in Rm 4, and indicated he would be in Rm 3 as soon as possible. 9:32 AM Mr Gerbasi hearing began. I went to Rm 6 and advised Wanda Alford, clerk and Mr Cappogrosso that his case is ready. Mr Cappogrosso just stared and did not say anything. At 9:45 PM I called Traffic Violation Management and detailed the problem. At 9:52 AM Mr Cappogrosso came into the Rm with another case with officer Malone. And said we have to do this case. Mr Cappogrosso was informed since 9:25 Am he was personally called three times and did not have the time to advise us, what was the delay. Mr Cappogrosso only response was a blank stare. And if we have a problem, inform the Senior Judge. Mr Cappogrosso attitude is that he will not take any direction from a clerk, judge or senior judge.

Sincerely,
Roy Tucci

I am writing in regards to Mario Capogrosso. On Dec 21, 2011, I was sitting on one of the benches in the attorney's room at the Traffic Violations Bureau at the DMV in Coney Island, Brooklyn. Mr. Capogrosso walked in and went to reach for his briefcase which was lying on the floor next to me. Mr. Capogrosso then said "excuse me" so I could move over so he could get to his briefcase. He already had plenty of room but regardless I shifted my body so he would have even more room to reach for his belongings. He said excuse me a second time as if to tell me I should move over more and that he needed more space even though the bag was next to me and I was not in any way blocking access. Frustrated I told him that he had enough room. Mr. Capogrosso then lashed out on me and said he was being nice by saying excuse me and that next time he would simply "hit me" with his briefcase and not say anything. He then proceeded to tell me that next time I see him I "better get out of his way." I ignored him and went on with my work. Moments later he comes in to the room again still frustrated from the first episode. At this time there were three other attorneys in the room. Mr. Capogrosso took a seat across from me and began to complain how I did not give him enough room when he said excuse me. I continued to ignore him and go on with my work. Eager to show how angry he really was, he took his coffee cup which still had some coffee inside and threw it in my direction toward the garbage can that was next to me. The cup came very close to me and did not even land inside the garbage. I complained to Mr. Capogrosso that this was not civilized behavior and I did nothing to warrant such hostility. Enraged Mr. Capogrosso went on a rant on how I was a "jew fucking cunt" a phrase which he repeated about six or seven times. He went on to say how this place was "run by jews." When I protested to how he could use such language, he stated "what do you care, just call me a fucking Italian ginny." I then told Mr. Capogrosso that he was an anti-Semite and he did not belong in the location.

*[signature]*
Yaakov Brody

There were four attorneys sitting in the room when Mario Capagrosso entered: Sadiq Tahir, Yakov Brody, Michael Beer, and myself.

The room is very small; lawyers generally show each other courtesy upon entering or leaving. The room has to accommodate up to a dozen attorneys, their briefcases and overcoats, and the occasional client, so the comportment in the room itself is always gentlemanly of necessity.

When Mr. Capagrosso entered he asked Mr. Brody to move so he could sit. Mr. Brody did his best to reasonably comply with this request. The bench contained the belongings of other attorneys and Brody in fact tried to make more room so that Capagrosso could sit. (Besides the fact that upon Capagrosso's entrance there were four adult males there were also briefcases, files, jackets, and bags full of food and various sundries. Brody not only tried to make room where he was sitting; he moved other files and items to make room to accommodate Capagrosso.)

Far from acknowledging Mr. Brody's attempt to show him courtesy Capagrosso grumbled about Mr. Brody's lack of decorum and began to berate Brody. This was both puzzling and unreasonable because it seemed that Brody was, in fact, making every attempt to accommodate Capagrosso.

Capagrosso then began to inveigh against Brody in vituperative terms as his temper continued to rise beyond all reason given the fact Brody was extending courtesy to him, by now, under duress. Capagrosso's anger escalated unreasonably to the point his remarks became intensely personal, directed at Brody, his person, and his culture, his ethnicity, and his very humanity; the tone quickly approached the intensity of "fighting words". Nothing Brody did or said during Capagrosso's verbal attack was in any way provocative or confrontational. Everyone in the room except Capagrosso seemed to understand he was losing self-control for no reason.

Mr. Brody, upon being inveighed against for no other reason that Capagrosso's own foul mood, which had escalated to a viciousness and *ad hominem* nature, did speak out strongly when Capagrosso referred to him as a "fucking Jew cunt". Michael Beer and Brody both spoke up to demand that Capagrosso refrain from using provocative and hate filled speech directed at Brody's culture and religion. Beer told him flatly that he had crossed a line of decency, and that it wasn't the first time he had done so. Capagrosso by this time was completely out of control, and responded that he had every right to use such language. He expressed the belief that the DMV was in fact run by "fucking Jew cunts." He also went so far as to invite Brody and Beer to refer to him by a slur-adjective aimed at his *own* ethnicity. Neither indulged him his request.

During his angry tirade Mr. Capagrosso also threw a coffee cup he held in his hand across the space in which Brody seat, which may or may not have spattered Brody with the remnants of the coffee's cup. The hate speech, the demeanor, the verbal ejaculations were all, it seemed to me, attempts to humiliate and intimidate Mr. Brody, who had done absolutely nothing more than to try to make room for Capagrosso in a room that is, under the best of circumstances, only large enough to accommodate two or three people.

*Richard F. Maher*

Ex. 1 p. 008

This is in refrence to the incident happened on Dec. 21, 11. Mr. Yaakov Brody was sitting on the bench in lawyer's room. Mr Copogrosso walked in the room and said "excuse me". Mr. Brody moved to the side so that Mr Copogrosso could reach to his bag lying on the floor. He was looking so angry that he again said "excuse me" in a loud voice. Mr Brody said you have enough room, why are you so rude. Mr Copogrosso got so upset that he started shouting against Jews. Mr. Beer who also sitting in the room asked Mr. Copogrosso that it is enough you can't curse Jews. Mr Copogrosso said you can call me "fucking Italian ginny" Mr. Brody said that you are anti-semite you don't belong to this place. Mr. Brody shouted that stop it. In the meantime Ms Danial came in the room and tried to cool down the situation.

Little later Mr. Meyers came in the room and asked Mr. Copogrosso that he should apology for his remarks, he then tried to hit Mr Meyers. I don't know if he wanted to hit Mr Meyers or give some massage to other people. Mr Copogrosso said to Mr Meyers that I will send you to the hospital. Mr. Meyers said I will not report agaist you, I will sue you and get every peny you have. Mr. Copogrosso went out of the room and started hitting the wall and steel guards.

M. Sadiq Tahir

Phone (718) 996-4705    Cell (347) 733-6447

# *Jeffrey A. Meyers Attorney at Law*

8855 Bay Parkway, Suit 9E
Brooklyn, NY. 11214

December 23rd, 2011

    In the A.M of the day of December 21st, 2011, I overheard a loud commotion which I was told resulted in a tirade of anti-Semitic slurs shouted by Mr. Mario Capogrosso. I later implored Mr. Capogrosso to apologize and and to make peace with his fellow attorneys, but to no avail, his conduct the rest of the day was one of abrasive incoherent loud mutterings in which he smashed his fist against concrete walls and steel beans that are situated outside the DMV hearing rooms, coupled with more anti- Semitic comments, he kept saying "everyone here wants to fight me".

    At about 2 o'clock that day I was sitting in the lawyers room across from Mr. Capogrosso not engaging in any conversation with him when he suddenly became enraged and lunged at me with his fists with great speed and then smacked his fists against his other hand in a marshal arts form coming within 12 inches of my face. Claiming "I could put you in the hospital with just one punch, i could hit hard objects with my fists without hurting my hands. His eyes were filed with mindless rage. I loudly exclaimed as his fists flew close at various times" stop Mario, its me Jeffrey I'm your friend" I'll have to sue you if you put me in the hospital. "He kept repeating the phrase " you people, you people".He later told me that he envisioned all of us (Jews) and didn't mean to single me out during his assault on me. I didn't report the incident immediately until I was called in to the office after an eye witness attorney reported it first and I was asked to verify it.

Jeffrey A. Meyers

*[signature]*