# Exhibit 6

To: Mr. Helbstein (Head Judge)

On October 29, 2014, I was the clerk at counter #5. On line #1 the first person on line was a young male motorist and the second in line was the lawyer Capagrosso. While on line, Capagrosso was observed talking to the male motorist. I called next on line, to the young male motorist and he immediately prompted me to look at the line. He then stated "you see that man who was behind me on line" (which was Capagrosso), he told me to give you an attitude. The motorist also stated that "I told the guy (which was Capagrosso), that I'm not here to give her or any other person an attitude or problem. If you want that done, do it yourself." I now called next on line and Capagrosso approched my window and I asked him why did he try to encourage the motorist before him to give me an attitude. His response was, (while smiling and snickering), "I wanted to get a reaction out of you." I told him that wasn't nice of you to go around trying to encourage others to cause problems with the clerks for no reason at all. He again, just laughed and went on his way. Then I went to report this situation to my supervisor Danielle Calvo.

Yours Truly

REDACTED

Ex. 6 p. 001

February 3

AT 9:15 AM
MARIO CAPOGROSSO
DELIBERATELY WALKED
INTO ME. I ASKED
BAHim WHY - AND
HE SAID THAT HE
INTENDED TO REACH
THE COURT BOARD.
I REPORTED THE
INCIDENT TO NUU
SUPERVISORS.

Unsigned NOTE OF DAVID Smart

On Thursday, February 5, 2015, I was sitting at information station 7. At about 10 am I could hear arguing between Mario Capograsso & a male Notarist who was later identified as REDACTED. At this point they had been by the some what sectioned off seating area on the opposite side of the wall to the information station 1. I wasn't able to see Mr. Capograsso but Mr. Perez was standing a couple of feet back from that seating area. In a clear & hostile tone, Mr. Capograsso said to the Notarist, to take this outside. Originally the Notarist began following, he had even taken off his jacket & swung it onto a stanchion, but only got about halfway before he stopped himself, turned around, picked up his jacket & placed himself on the information line. Mr. Capograsso did not, he kept walking to the door, when he looked back & saw that Mr. Perez was no longer following him & was now on line 1, Mr. Capograsso went back to where he originally was, by that seating area. Apparently Mr. Capograsso once again began trying to antagonize REDACTED because REDACTED began responding to him. At this point I called next.

When REDACTED came to me he handed me his ID and I pulled him up to see what was going on. He had been found guilty on a few tickets on January 21, when he said Mr. Capograsso represented him, & unfortunately the two weeks given to pay had passed & now REDACTED is suspended. I had printed out the bill with the breakdown of the amount owed. He was saying that he wanted to speak to the judge & how it isn't right. REDACTED had come out during the commotion & she as well was trying to explain the procedure to him. Meanwhile Mr. Capograsso had gotten on the information line & REDACT who was at information station 9, had called next & was trying to help him. About this

same time REDACTED had went into the back office to do or check on something, & I remained with the motorist for a few more minutes before he had taken the information we provided & walked away.

As REDACTED was leaving REDACTED began walking over to me. I was beginning to tell him what had happened while watching REDACTED walk out the door & Mr. Caporosso walk over to the door. He stood at it for a moment, REDACTED who was standing to his right against the column next to the door closest to the attorney room, said something to him as he stared through the glass & within that moment he proceeded through both sets of doors & outside. REDACTED seeing this, quickly reacted by going towards the doors, but luckily it did not go any further & Mr. Caporosso came back in.

About 45 mins later REDACTED returned, he was still upset but wanted to pay what he owed, as well as, wanting to better understand the appeal process because he also had a pending suspension put in place by the judge on the day of the hearing. Once again REDACTED came out & we both assisted him. It was during this period that the motorist wrote his statement on what had occurred.

REDACTED

I [REDACTED] was treated wrongly by Esq, Mario Capacuso on 2/5/15.

Mario Capacuso was taking on a case for me [REDACTED] and didn't live up to his responsibilty.

I [REDACTED] was threatened by mario Capacuso and told to go find another lawyer because he messed up, at that time I told him I would like another lawyer and my money back and he told me to go fuck my self and that we can take it outside. I [REDACTED] refused to fight with mario capacuso and went to speak with the DMV superviser.

[REDACTED]

Lic# [REDACTED]

[REDACTED]

Ex. 6 p. 005

**Gelbstein, Alan (DMV)**

| | |
|---|---|
| **From:** | REDACTED |
| **Sent:** | Monday, February 09, 2015 10:59 AM |
| **To:** | Gelbstein, Alan (DMV) |
| **Cc:** | REDACTED |
| **Subject:** | Capagroso |

In November when I hung the dockets I would take the paperclip off and leave it on the garbage pail. Mr. Capagroso thought someone was doing this to annoy him. He made a complant to Judge Gelbstein who called me to find out who was doing this to him. I told Judge Gelbstein that it was me & that I left it for anyone who might want to use it. So I stopped doing it. He then call Judge Vahdat to complain that someone was still putting a paperclip on the garbage pail and leaving an empty coffee cup where he sits. I informed her that it wasn't true.

On November 18 as I was walking through the office Mr. Cappagroso was with a customer and as I passed he said "Geri stick it where the sun don't shine". I said excuse me, he said never mind.

I informed Judge Gelbstein & Judge Vahdat again. Judge Gelbstein went out to speak to him. Where he verbally attacked Judge Gelbstein and me, cursing.

I told him just don't speak to me....ever. I won't deal with him or his problems again.

**Memo to File:**

From:      REDACTED

Re:        Mario Capagrosso, Attorney

Date:      March 19, 2015

I am writing in regards to an incident between myself and Mr. Capagrosso that occurred in the lobby of the New York State Brooklyn South Traffic Violations Bureau ("TVB") around 12 noon on March 13, 2015. This memo is simply to record this incident and other occurences. I am not requesting any action to be taken by the TVB. Given Mr. Capagrosso's documented prior bad acts, however, that resulted in his 6 month suspension from the BS TVB with mandated anger management therapy, the below incident of March 13th and other rather minor incidents directed towards myself and others is troubling for me. These incidents demonstrate his prior pattern of aberrant behavior which begin as small acts that then could escalate to more harassing, intimidating and ultimately violent behavior from Mr. Capagroso.

Since I recently returned to practice at the TVB in September 2014, Mr. Capagrosso has repeatedly said "shit" to me whenever he passed by me. At first I thought it was an offhand comment not directed at me. However, as time passed, he increased the frequency of saying "shit" to me when he passed by me, occurring almost several times daily. Upon the increase of the frequency of these verbal taunts, I noticed that this language was indeed directed at me. Since I had not ever spoken to Mr. Capagrosso because of his prior angry intimating behavior that I witnessed when I practiced from November '07 – September '12, I tried to not say anything or let him know I was rattled by his behavior. I also did not want sink to the same level of vulgarity as he in a public forum. Several lawyers who practice at the TVB do not speak to him. M. Sadiq Tahir is one lawyer who does not engage in any conversation with Mr. Capagrosso; and he also, received the same taunts from Mr. Capagrosso, who also said shit to him regularly during this same period of time. Mr. Capagrosso was always careful to speak to Mr. Tahir and me in a low tone and when others were present.

It saddens me to write this, but March 13th, 2015 was the last straw when Mr. Capagrosso passed by me and said again "shit" to me, and I verbally responded loudly in a barrage of swear words, stating that he was crazy and I was sick of him saying "shit" to me. To which he replied the he was "absolutely" (I imagine he meant crazy.) Fortunately this outburst from me was during a period when no motorists were present. Mr. Capagrosso's further response to me was to shake his shoulders and laugh. He frequently will sit by himself laughing and shaking his shoulders as if he is the only one who gets the "joke." Later, when he saw me approach J. Gelbstein, he told me he never said "shit" to me and he would file a complaint/grievance against me. On March 18, 2015 he walked by me, not addressing me directly, but he said I was a "psycho" and mumbled something else.

To further explain why this incident is troubling for me, I have been practicing traffic law since November 2007 when I began as an associate for REDACTED in the BS TVB. Mr. Capagrosso's intimating and threatening violent behavior towards other lawyers, clients, and Court personnel has

been well documented, including incidents I did not observe.  During that time I witnessed him punching polls, bending over and grabbing his ankles, and walking in a fast threatening manner – just enough to make one move out of the way, but he was careful to not actually hit people.  I could clearly determine that his behavior was unusual, and as such never spoke to him from the first day I arrived when he spoke to me without introducing himself.    This is his manner, to talk as one walks by without ever speaking directly to a person.  Since I steered clear as best I could from Mr. Capagrosso, I never had direct confrontations with Mr. Capagrosso from the period of 11/2007 through 9/12 when I left for a two year period to work for a mortgage lender as a compliance officer.

Upon my return to my law practice at the BS TVB in September 2014, I was informed by attorneys that for the most part Mr. Capagrosso's anger seemed to be under control since his return from his expulsion from the TVB.  However, I still witnessed more bizarre behavior such as an outburst from him directed to a Court Supervisor over paperclips being left on "his" bench; I did not know that benches in a public building were assigned to private attorneys.  I also witnessed a near fight and shouting match between Mr. Capagrosso and his motorist client, where he took his jacket off and was ready to fight the client outside.

It is not my intention to harm another attorney's right to practice in BS TVB; rather I simply have endured this harassing behavior from him daily for the past 6 months and simply want him to stop doing it so that I may not be harmed or hindered in my right to practice here.   I believe my direct verbal and loud language to him on March 13, 2015 that I do not want him saying "shit" to me has brought to light in public that I do not appreciate nor wish this behavior from him to continue.  In short, he was put on notice from me.  Given his past history  and his continued speaking at me and not to me,  I realize that without memorializing this incident,  he will continue unfettered in his harassment of me and other attorneys, such as Sadiq Tahir.

Signed by:

REDACTED

M. Sadiq Tahir, Esq.

Dated: 3/19/15

Dated: 3|19|15

cc: Senior BS TVB J. Gelbstein

May 5, 2015

To Whom It May Concern

On May 5, 2015 at about 11:45 AM I witnessed the lawyer Mario Capogrosso confront Sadiq Tahir, another lawyer. Mr. Tahir was sitting in the lawyer's room when Mr. Capogrosso went in there yelling and cursing in Mr. Tahir's face.  Mr. Tahir remained seated as Mr. Capogrosse continued to scream obscenities and threats. Our customers were upset at the display and work was disrupted as Mr. Capogrosso's tirade played out. Mr. Capogrosse is more often than not a menace to the office staff, customers, as well as the other attorneys who practice in this office.

REDACTED

TO: Judge Golbstein

FROM: █████ REDACTED █████

DATED: 5/5/15

On May 5, 2015 at approximately 12:05 pm, I arrived at Coney Island TVB for the 1st time that day. I entered the attorney room and encountered Mario Capogrosso sitting alone in the room with an angry look on his face. Upon my passing the threshold of the door of the room and before even attempting to set my files in the room, I was verbally accosted with the demand of "don't touch my fucking stuff, don't touch my fucking stuff". I replied that I had just arrived and had no intention of touching his stuff. He once again angrily demanded. "don't touch my fucking stuff". I repeated that I was not going to, nor do I touch his stuff. He stated that he was going to put a camera in the room to see who touches his stuff. I said "please do and you will see that I do not touch your stuff". He then immediately stated "piece of shit.. piece of shit". (which I have heard him state to others many time in the past). I said "excuse me what did you just say to me", and the response was it did not relate to you I'm angry at a judge. I replied it sounded like you said it to me.

I stepped out of the room and was advise that apparently this issue of don't touch my fucking stuff was an ongoing issue all day. And I witnessed Mario Caopgrosso yelling at Mr. Tahir to not touch his fucking stuff.

A few minutes later I returned to the room and was again alone with Mario Caopgrosso when he starts ranting that that guy (alluding to Judge Gelbstein) threw

out Chuck Willinger and now Chuck Wilinger is dead.  How dare he do that and if he

(I assume Judge Gelbstein) was a man he would put a gun to his own head.

Thereafter he also began ranting that he should never have plead to the deal,

he should have fought these guys.  They just gave him a hard time over a cup of

fucking coffee.

It appears to me that over the past few weeks Mario Capogrosso has

become more aggressive in both his words and demeanor and has been creating an

atmosphere of fear and threatening both attorneys and DMV staff,

```
04/15/2015  14:53    RECEIVED 05/05/2015 14:45   17186363943      TVB ADMINISTRATION
                     1718-266-7478               BROOKLYN SOUTH            PAGE 02/04
```

MV-984 (12/11)

**New York State Department of Motor Vehicles**
**DIVISION OF LABOR RELATIONS**
**REPORT OF WORKPLACE VIOLENCE INCIDENT**

| | OFFICE USE ONLY |
|---|---|
| | FILE NUMBER: |
| | Received: |
| | X RE: |
| | X RE: |
| | PRIVACY CONCERN: ☐ YES  ☐ NO |

Please fill out the form as accurately as possible and fax it to the Division of Field Investigation at (518) 474-7543 **AND** Labor Relations at (518) 474-8423. If the incident is a written threat, please include a copy of the letter with this report. Originals should be maintained in a workplace violence report folder at the primary office that the reporter works in.

**NAME OF INDIVIDUAL FILING REPORT**

| Name | Title | Office Location | Phone Number |
|---|---|---|---|
| Danielle Calvo | Supervisor Gr 17 | Brooklyn South TVB | REDACTED |

**INCIDENT REPORTED TO**

| Date Reported | Person Reported To | Title |
|---|---|---|
| 5/5/15 | Alan Gelbstein | Senior ALJ |

**INCIDENT**

| Date | Time | | Location of Occurrence |
|---|---|---|---|
| 5/5/15 | 11:45 | ☑AM ☐PM | Lawyer's room |

DFI Contacted? ☐ Yes  ☑ No    DFI Contact Name

**EMPLOYEES INVOLVED**

| Name | Title |
|---|---|
| Alan Gelbstein | Senior ALJ |
| Danielle Calvo | Supervisor Grade 17 |
| Name | Title |

**OUTSIDE INDIVIDUALS INVOLVED**

| Name | Sex | Phone | Client ID # |
|---|---|---|---|
| Mario H.Capogrosso (attorney) | ☑ Male ☐ Female | REDACTED | |
| Address  REDACTED | City | State | Zip Code REDACTED |
| M. Sadiq Tahir (attorney) | ☑ Male ☐ Female | REDACTED | Client ID # |
| Address  REDACTED | City  REDACTE | State | Zip Code REDACTED |
| Name | ☐ Male ☐ Female | Phone | Client ID # |
| Address | City | State | Zip Code |

**WITNESSES**

| Name | Sex | Phone | |
|---|---|---|---|
| REDACTED | ☐ Male ☑ Female | REDACTED | |
| Address  REDACTED | City | State | Zip Code REDACTED |
| Name  REDACTED | ☐ Male ☑ Female | Phone  REDACTED | |
| Address  REDACTED | City  REDACTED | State | Zip Code REDA |
| Name | ☐ Male ☐ Female | Phone | |
| Address | City | State | Zip Code |

Continue on other side

Page 1 of:

Ex. 6 p. 012

**Description of Events Leading to the Incident and What Occured:**

I went to the lawyer's room when I heard Mr.Capogrosso screaming "don't touch my stuff".  I
told him that he needed to stop yelling, that we could not have this here and at that time
after repeating myself, Mr.Capogrosso stopped.  This caused a disruption of the office to both
the motorists and the staff.  I then went to report what happened to Judge Gelbstein and then
we both went back to the lawyer's room to speak to Mr.Capogrosso and Mr.Tahir.  Mr.Capogrosso
started raising his voice that he does not want anyone touching his belongings and kept
insisting we watch our video tapes.  Mr.Capogrosso alleges that Mr.Tahir touched his bag.

**Nature and Extent of Injuries:**

**Additional Comments:**

| | |
|---|---|
| _Danielle Calvo_ | _Jean Flanagan_ |
| Name of Individual Filing Report | Name of Supervisor |
| _signature_ | _signature_ |
| Signature of Individual Filing Report | Signature of Supervisor |
| 5/5/15 | 5/5/15 |
| Date | Date |

Page 2 of 2

MV-984 (12/11)

Dear Sir,

Few weeks ago Attorney, Mario Copogrosso, put his bag on the chair where I regularly sit. ████REDACTE████ moved his bag on the bench. A little later he again put his bag on the chair. Mr. Copogrosso & me had a little argument about this issue. I told him that chair is to sit, not for your bag. He tried to provoke me. I think, he thought I am an easy & soft target.

On 5/5/15 I put my bag & files on one corner of the bench as I have been putting my stuff for years. At about 12pm I left the room to use the bathroom, when I came back I saw Mr. Mario moved my bag & files and put his bag instead on the place where I kept my bag. I moved his bag on the other bench. He was looking at me and started shouting at me from outside. He came in the room and yelled at me, "Don't touch my bag!" I told him that you touched my bag and so I put your bag over there. I have nothing to do with your bag. He started yelling at me even louder. I think he wanted to provoke me, but I didn't give him any serious attention & tried to avoid him. He kept yelling at me, in the meantime Ms. Danielle came to the lawyers' room & told him "We don't want to hear it."

Then you came to find out as to what happened. I explained you everything, but he kept interfering during our conversation. You saw his attitude. I don't know as to what he was trying to prove. When you left, he again started shouting and called me "Shit". Then of course I raised my voice too.

After half an hour later I was going to the other side of the building when he passed me and said in a loud voice "Don't touch my stuff again!"

As you know, ████REDACTE████ me complained in writing for his behavior. Whenever he passes me he always said "Shit".

He is more powerful and strong than me and I am afraid that one day he can physically hurt me.

Thank you for your time and assistance on this matter.

Very truly yours,

*M. Sadiq Tahir*   5/5/15

M. Sadiq Tahir
Attorney At Law



May 11, 2015

Re:    TVB Incident, Brooklyn South

To Whom It May Concern:

On Monday, May 11, 2015, I, REDACTED was standing outside of Hearing Room 4 in Brooklyn South Traffic Violations Bureau in Coney Island, New York, at approximately 9:00 a.m. when Attorney Mario Cappagrosso yelled at and pushed the Security Guard, David, with his right hand to David's chest/ shoulder area.

David was knocked back into a pole that divides the lanes of the line for the service counter.  The push also knocked the coat out of David's hand(s).

The attack seemed to be unsolicited and David did not defend himself or push Mr. Capagrosso back at all.   David walked away and proceeded to contact the head Supervisor who notified the 60th Precinct.

If you have any questions or concerns please contact me.

Thank you for your attention to this matter.


Respectfully Submitted,



MV-984 (12/11)



**New York State Department of Motor Vehicles**
**DIVISION OF LABOR RELATIONS**
# REPORT OF WORKPLACE VIOLENCE INCIDENT

Please fill out the form as accurately as possible and fax it to the Division of Field Investigation at (518) 474-7543 **AND** Labor Relations at (518) 474-8423. If the incident is a written threat, please include a copy of the letter with this report. Originals should be maintained in a workplace violence report folder at the primary office that the reporter works in.

| OFFICE USE ONLY |
| --- |
| FILE NUMBER: |
| Received: |
| X RE: |
| X RE: |
| PRIVACY CONCERN: ☐ YES  ☐ NO |

## NAME OF INDIVIDUAL FILING REPORT

| Name | Title | Office Location | Phone Number |
| --- | --- | --- | --- |
| David Smart | Guard-Summit | Brooklyn South TVB | REDACTED |

## INCIDENT REPORTED TO

| Date Reported | Person Reported To | Title |
| --- | --- | --- |
| 5/11/15 | Danielle Calvo | Supervisor Grade 17 |

## INCIDENT

| Date | Time | | Location of Occurrence |
| --- | --- | --- | --- |
| 5/11/15 | 8:50 | ☑ AM ☐ PM | Brooklyn South TVB near line 1 |
| DFI Contacted? ☐ Yes ☑ No | DFI Contact Name | | |

## EMPLOYEES INVOLVED

| Name | Title |
| --- | --- |
| David Smart | Security Guard-Summit Security |
| Name | Title |
| Name | Title |

## OUTSIDE INDIVIDUALS INVOLVED

| Name | Sex | Phone | Client ID # |
| --- | --- | --- | --- |
| Mario H.Capogrosso | ☑ Male ☐ Female | REDACTED | |
| Address | City REDACTED | State | Zip Code |
| Name | Sex ☐ Male ☐ Female | Phone | Client ID # |
| Address | City | State | Zip Code |
| Name | Sex ☐ Male ☐ Female | Phone | Client ID # |
| Address | City | State | Zip Code |

## WITNESSES

| Name | Sex | Phone | | |
| --- | --- | --- | --- | --- |
| REDACTED | ☑ Male ☐ Female | REDACTED | | |
| Address | City REDACTED | | State | Zip Code |
| Name REDACTED | ☑ Male ☐ Female | Phone REDACTED | | |
| Address | City REDACTED | | State | Zip Code |
| Name | Sex ☐ Male ☐ Female | Phone | | |
| Address | City | | State | Zip Code |

Continue on other side

Page 1 of 2

**Description of Events Leading to the Incident and What Occured:**

Near line 1 Mr. Capogrosso said to security guard David Smart "Are you looking at me?". David replied "You are looking at me". Mr.Capogrosso said "back up, back up", he then pushed David in his chest.

**Nature and Extent of Injuries:**

**Additional Comments:**

911 was called and two officers responded. David went up to the 60pct with them to make a report. They said that they could not arrest Mr.Capogrosso because he pushed David with an open hand not a closed fist. I was told by Judge Gelbstein to go with officers from the police room, to tell Mr.Capogrosso that he must leave the building, and to give him legal's phone number for any further details. I did that and he left the building.

Danielle Calvo
_____
Name of Individual Filing Report

_____
Name of Supervisor

_____
Signature of Individual Filing Report

_____
Signature of Supervisor

5/11/15
_____
Date

_____
Date

MV-984 (12/11)

Page 2 of 2

Ex. 6 p. 017

MAY 11, 2015

I WAS LEAVING ROOM 5 TO PHOTOCOPY SOMETHING FOR MY JUDGE. AS I WAS PASSING THE MOTOREST I SAW MR CAPOGROSSO SHOVED SHOVE THE SECURITY GUARD. DAVID WAS PUSHED BACK. IT WAS A HAND PUSH. I DO NOT KNOW WHAT OCCURED BEFORE THE PUSH.

REDACTED

## Gelbstein, Alan (DMV)

| | |
|---|---|
| **From:** | Calvo, Danielle (DMV) |
| **Sent:** | Wednesday, May 27, 2015 3:08 PM |
| **To:** | Gelbstein, Alan (DMV) |
| **Subject:** | FW: Brooklyn South May 2015 Monthly Report |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**From:** Calvo, Danielle (DMV)
**Sent:** Wednesday, May 27, 2015 1:00 PM
**To:** Flanagan, Jean (DMV); Palmieri, Vincent C (DMV)
**Subject:** Brooklyn South May 2015 Monthly Report



Monthly Office
Report Brooklyn...

Ex. 6 p. 019



**NEW YORK STATE OF OPPORTUNITY.** | **Department of Motor Vehicles**

# MEMORANDUM

DATE:       May 27, 2015

TO:         Jean Flanagan and Vincent Palmieri

FROM:       Danielle Calvo

RE:         May 2015 Monthly Report

OFFICE:     Brooklyn South TVB

**Training**

Several of the clerks who signed up have started the online portion of their CPR training.  We will have everyone complete this in the next few days.  We are waiting to find out when the second portion of the training will be held.

**Staff**

Per Diem REDACTED is now working at the counter on her own.  Supervisor REDACTED 's last day was 5/6, she received a promotion to Supervising MVLE in Staten Island.  We have received permission to hire someone to replace her.  Our part time clerk REDACTED has replaced REDACTED as a full timer. REDACTE will not be returning from worker's comp leave based on her not getting medical approval by the state doctor.

**Workplace Violence**

On 5/5 two of the attorneys (Mr.Capagrosso and Mr.Tahir) had an altercation and a workplace violence report was submitted.  On 5/11 Mr.Capogrosso pushed our security guard David Smart and another workplace violence report was submitted.  Mr. Capogrosso was asked to leave the building that day and since then has not been permitted to enter any of the TVB offices.

**www.dmv.ny.gov**

June 2015

Re: Mario Cappogrosso, Esq.

To whom this Concerns:

I hate to speak against another person when doing so could jeopardize their livlihood, but Mario Cappogrosso, Esq., a practicing attorney at the Coney Island TAB, has become such a disturbance at the T.A.B. that I am compelled to do just that.

Since becoming an A.L.J. at Coney Island in 2/2014, I've have known Mr. Cappogrosso to be notorious for his badgering of witnesses during hearings, as well as his undue penchant to make frivolous/unsupported motions to dismiss. This conduct was tolerated notwithstanding that it oftentimes went beyond what could be considered permissible advocacy.

Apart from his notoriety for being an obnoxious litigator, more recently, i.e. since Spring 2015, he has become a frightening & menacing litigator. Both his appearance &

previously well-kempt, he now comes to court unshaven and with sunken eyes. I believe he came to court with a black eye on one occasion. He has also become more argumentative in court so that his cross-examinations have had to be curtailed so as not to waste time on irrelevant lines of questioning. On one occasion, I had to stop court because he was yelling in the hallway to the point that court could not proceed in the midst of his loud tirade. I've never had to stop court before, over the course of 1000's of hearings.

I hate to admit it, and I cannot be sure my fears are warranted, but I am fearful that he is capable of violence, & I am even fearful that it could be directed at me.

Feel free to contact me with any questions.

Sincerely,

REDACTED

Ex. 6 p. 022