UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARIO CARBGROSA, Plaintiff,

-against-

MR DAVID SMART, Defendant(s).
------------------------------------------------------------X

**RECEIVED JUL 18 2018 PRO SE OFFICE**

APPLICATION FOR THE COURT TO REQUEST COUNSEL

___CV 18-2710 ( )(MKB)(LB)

1. Name of applicant  DAVID SMART

2. Explain why you feel you need a lawyer in this case. (Use additional paper if necessary.)

   I DO NOT HAVE ANY MONEY, I CAN NOT AFFORD A LAWYER. I ENCLOSED MY INCOME TAX RETURNS AND MY PAY STUB

3. Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary.)

   I WENT TO SEE LAWYER GOLDBERG SAGER & ASSOCIATES LOCATED 1628 KINGSHIGHWAY BROOKLYN & HE SAID THAT I DO NOT HAVE MONEY

4. If you need a lawyer who speaks in a language other than English, state what language you speak:

   ENGLISH ONLY

5. I understand that if a lawyer volunteers to represent me and my lawyer learns that I can afford to pay for a lawyer, the lawyer may give this information to the Court. I understand that if the Court grants this application in a complaint against the Commissioner of Social Security, the pro bono attorney, if successful, has the statutory right to request that the Court award a fee of up to 25% of the accrued Social Security or Supplemental Security Income Benefits. See 42 U.S.C. § 406.

6. I understand that if my answers on my Request to Proceed *In Forma Pauperis* are false, my case may be dismissed.

7. **I declare under penalty of perjury that the forgoing is true and correct.**

Dated: 7/21/18

Signature