rev. 7/08
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARIO CAPOGROSSO, Plaintiff,

-against-

DAVID SMART, Defendant(s).
------------------------------------------------------------X

RECEIVED
JUL 18 2018
PRO SE OFFICE

REQUEST TO PROCEED
*IN FORMA PAUPERIS*
IN SUPPORT OF THE
APPLICATION FOR THE COURT TO
REQUEST COUNSEL

18 CV 2710 (   )

I, DAVID SMART _____ (print or type your name) am the plaintiff/defendant in the above-entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed, give the name and address of your employer and state the amount of earnings per month.

   EXPLORER SECURITY SERVICES 601 W. 51 ST. NEW YORK, N.Y. 10010. MY PAY STUB ENCLOSED

2. If you are not presently employed, state the date you were last employed and your earnings per month at that time. **You must answer this question even if you are incarcerated.**

   N/A

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   NONE

   a) Are you receiving any public benefits?    ☒ No  ☐ Yes, $_____

   b) Do you receive any income from any other source?   ☒ No  ☐ Yes, $_____

rev. 7/08

4. Do you have any money, including money in a checking or savings account? If so, how much?

YES CHECKING ACCOUNT $19.00 AT STERLING BANK

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other valuable property? If the answer is yes, describe the property and state its approximate value.

☒ No  ☐ Yes, $ _____

6. Do you pay for rent or for a mortgage? If so, how much each month?

☐ No  ☒ Yes, $ 779.00 WITH HOUSING (NYC)

7. List the person(s) that you pay money to support and the amount you pay each month.

NONE

8. State any special circumstances which the Court should consider.

I ONLY HAVE ONE INCOME. I AM INCLUDING MY TAX RETURNS, PAY STUB AND NYC HOUSING LEASE.

I understand that the Court may dismiss this case if I give a false answer to any question in this declaration.

I understand that if the Court grants this application in a complaint against the Commissioner of Social Security, the pro bono attorney, if successful, has the statutory right to request that the Court award a fee of up to 25% of the accrued Social Security or Supplemental Security Income Benefits. See 42 U.S.C. § 406.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: 7/11/18

Signature: [signed]

rev. 7/08

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

MARIO CAPOGROSSO Plaintiff,

    -against-

DAVID SMART Defendant(s).
----------------------------------------------------------X

**AFFIRMATION OF SERVICE**

18 CV 2710 ( )

I, DAVID SMART _____ (print or type your name), **declare under penalty of perjury** that I have served a copy of the attached Application for the Court to Request Counsel upon the defendant(s) or the attorney for defendant(s) __YES_____

whose address is: _ATTN: PRO SE OFFICE U.S. DISTRICT COURT FOR EASTERN DISTRICT OF NY 225 CADMAN PLAZA EAST RM 1185 BROOKLYN, NY 11201_

by __MAIL__
(describe how you served document: For example - personal delivery, mail, overnight express, etc.)

Dated: _7/11/18_

Signature

_2875 WEST 8th STREET_
Address

_BROOKLYN, NY 11224_
City, State & Zip Code

*rev. 7/08*

**Explorer Security Services**
601 West 51st Street
New York, NY 10019
(212) 246-1040   (212) 246-1362 FAX

Check #: 0000063677
Check Date: 07/06/2018
Pay Frequency: Weekly
Check Dist:

**63677**

Employee Id: 983

David S Smart
2355 Batchelder Street, Apt 3E
Brooklyn, NY 11229

| WeekEnd | Customer Name | Pay Unit | Pay Rate | Pay Amount | Ded Description | Ded Amount | Year-to-Date |
|---|---|---|---|---|---|---|---|
| 06/25/2018 | NYS - DMV Coney | 7.00 RG | 17.4000 | 121.80 | UD: Union Dues | 60.00 | 420.00 |
| 06/26/2018 | NYS - DMV Coney | 7.00 RG | 17.4000 | 121.80 | Federal | 56.52 | 1,492.03 |
| 06/27/2018 | NYS - DMV Coney | 7.00 RG | 17.4000 | 121.80 | Social Security | 40.46 | 1,037.24 |
| 06/28/2018 | NYS - DMV Coney | 8.00 RG | 17.4000 | 139.20 | Medicare | 9.46 | 242.57 |
|  |  | 1.00 OT | 26.1000 | 26.10 | NY: State | 25.16 | 639.13 |
| 06/29/2018 | NYS - DMV Coney | 7.00 RG | 17.4000 | 121.80 | NY_NYC: City | 16.35 | 416.03 |

| Pay Description | Pay Unit | Pay Amount | YTD Units | Ytd Pay Amt | | | |
|---|---|---|---|---|---|---|---|
| H: Holiday | 0.00 RG | 0.00 | 28.00 | 483.70 | NY: Disability | 0.60 | 15.60 |
| SK: Sick Time | 0.00 RG | 0.00 | 8.00 | 139.20 | NY: State Misc Tax | 0.82 | 21.06 |
| R: Hourly | 36.00 RG | 626.40 | 892.00 | 15,506.30 |  |  |  |
| R: Hourly | 1.00 OT | 26.10 | 23.00 | 599.59 |  |  |  |

|  | Reg Hours | Ovt Hours | Dbl Hours | Gross Pay | Non Tax Ded | Tax Ded | Net Pay |
|---|---|---|---|---|---|---|---|
| This Check: | 36.00 | 1.00 | 0.00 | 652.50 | 60.00 | 149.37 | 443.13 |
| Year-to-Date: | 928.00 | 23.00 | 0.00 | 16,728.79 | 420.00 | 3,863.66 | 12,445.13 |

Safeguard
EXPLORER SECURITY SERVICES

C90N8N0010000    B14SF003904