**PRIORITY MAIL**

RECEIVED JUL 18 2018 PRO SE OFFICE

FROM: MR. DAVID SMART
2875 WEST 8TH STREET
BROOKLYN, NY 11229

TO: ATTN: PRO SE OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST #1RM
BROOKLYN, NY 11209

U.S. POSTAGE PAID
BROOKLYN, NY 11224
JUL 12 18
AMOUNT $6.70
R2304M115024-07

USPS TRACKING NUMBER
9505 5155 9143 8193 1349 71

Expected Delivery Day: 07/13/2018