UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
MARIO H. CAPOGROSSO,

          Plaintiff,

  -against-

ALAN GELBSTEIN, *in his official and individual capacity,* BOSHRA VAHDATLAMAS, *in her official and individual capacity, also known as Bushra Vahdat,* IDA TRASCHEN, *in her official and individual capacity,* ELIZABETH PRICKETT-MORGAN, *in her official and individual capacity,* JEAN FLANAGAN,*in her official and individual capacity,* VINCENT PALMIERI, *in his official and individual capacity,* DANIELLE CALVO, *in her official and individual capacity,* SADIQ TAHIR, *in his individual capacity,* PEC GROUP OF NY, INC., DAVID SMART, and JOHN AND JANE DOES,

          Defendants.
-------------------------------------------------------------------------X

**ORDER**
**18 CV 2710 (MKB)(LB)**

**BLOOM, United States Magistrate Judge:**

    In light of the pre-motion conference scheduled before Judge Brodie, the Court cancels the July 25, 2018 initial conference.

SO ORDERED.

/S/ Judge Lois Bloom
_____
LOIS BLOOM
United States Magistrate Judge

Dated: July 20, 2018
       Brooklyn, New York

1