# Exhibit 1



## STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8627

July 18, 2018

Mr. Mario H. Capogrosso  
21 Sheldrake Place  
New Rochelle, NY 10804

    Re:    *Capogrosso v. Gelbstein et al.*, No. 18-cv-2710 (E.D.N.Y.)

Dear Mr. Capogrosso:

During our telephone call today, you discussed a desire to go to a Traffic Violations Bureau ("TVB") of the Department of Motor Vehicles ("DMV") to interview witnesses or take witness statements in connection with the above-referenced litigation that you commenced against various DMV officials and others. As I reminded you on the call, you are permanently barred from appearing at any of the DMV's TVBs for reasons that have already been explained to you. Please let this letter serve as a further reminder that you are not permitted to appear at any TVBs.

                              Sincerely,

                              Mark Siegmund  
                              Assistant Attorney General