

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Eastern District of New York

Index Number: CV 18-2710

Date Filed: 5/8/2018

Plaintiff:
**Mario H. Capogrosso**

vs.

Defendant:
**Alan Gelbstein, et al.**

State of New York, County of Albany)ss.:

Received by Undisputed Legal Inc. to be served on **Ida Traschen, 1600 Spring Avenue Ext., Wynantskill, NY 12198**.

I, James Boland, being duly sworn, depose and say that on the **6th day of June, 2018 at 6:57 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Action and Verified Complaint**, to: **Ida Traschen** at the address of: **1600 Spring Avenue Ext., Wynantskill, NY 12198**, said person having been informed of the contents therein, in compliance with state statutes.

**Military Status:** Deponent further states upon information and belief that said person so served is not in the military service of the State of New York or of the United States as the term is defined in either the state or federal statutes.

**Description** of Person Served:  Age: 55,  Sex: F,  Race/Skin Color: White,  Height: 5'6",  Weight: 170,  Hair: Gray,  Glasses: Y

I am over the age of 18 and have no interest in the above action.

RECEIVED JUL 27 2018 PRO SE OFFICE

James Boland
Process Server

Subscribed and Sworn to before me on the 16th day of July, 2018 by the affiant who is personally known to me.

NOTARY PUBLIC

PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified in Albany County
My Commission Expires February 28, ____

Undisputed Legal Inc.
590 Madison Avenue
21st Floor
New York, NY 10022
(212) 203-8001
Our Job Serial Number: 2018001311

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x



# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of New York

Index Number: CV 18-2710

Date Filed: 5/8/2018

Plaintiff:
**Mario H. Capogrosso**

vs.

Defendant:
**Alan Gelbstein, et al.**



RECEIVED JUL 27 2018 PRO SE OFFICE

**State of New York, County of Albany)ss.:**

Received by Undisputed Legal Inc. to be served on **PEC Group of N.Y., Inc.**

I, James Boland, being duly sworn, depose and say that on the **11th day of July, 2018 at 2:15 pm**, I:

Served PEC Group of N.Y., Inc. by delivering two true copies of the **Summons in a Civil Action and Verified Complaint pursuant to section 306 BCL together with statutory service fee in the amount of $40.00** to Sue Zouky as Business Document Specialist 2 of the Secretary of State of the the New York State Department of State, 99 Washington Avenue, Albany, NY, 12207, the Secretary of State of the New York State Department of State being the **Registered Agent** of record of the within named corporation, in compliance with state statutes.

**Military Status:** Deponent further states upon information and belief that said person so served is not in the military service of the State of New York or of the United States as the term is defined in either the state or federal statutes.

**Description** of Person Served:  Age: 64,  Sex: F,  Race/Skin Color: White,  Height: 5'4",  Weight: 150,  Hair: Brown, Glasses: N

I am over the age of 18 and have no interest in the above action.

_____
James Boland
Process Server

Subscribed and Sworn to before me on the 24th day of July, 2018 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified in Albany County
My Commission Expires February 28, 2022

Undisputed Legal Inc.
590 Madison Avenue
21st Floor
New York, NY 10022
(212) 203-8001
Our Job Serial Number: 2018001817

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x

**ORIGINAL**

# Affidavit of Due Diligence

United States District Court, EASTERN DISTRICT, New York     CASE NO: CV-18-2710
Plaintiff / Petitioner: **MARIO H. CAPOGROSSO**
vs.
Defendant / Respondent: **ALAN GELBSTEIN, ET. AL.**

I **BRYAN VILTZ** being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of NEW YORK.
That on **July 03, 2018 at 08:44 AM**, at **17 BLUEBERRY HILL ROAD, MAHOPAC, NY 10541**, deponent attempted to served the within:
**Summons in A Civil Action , Verified Complaint**

Upon due and diligent search and inquiry, I was unable to find the within party PEC GROUP OF NY, INC. C/O PAULINE CHAHALES at the following address: 17 BLUEBERRY HILL ROAD, MAHOPAC, NY 10541
Service has not been effected because: **Jane Doe, refused name - bought house in September 2017. Defendant not at address.  Female. Black skin and hair. 5'4". 215lbs. 35-45yo.**

**Attempts:**
Date: July 03, 2018  Time: 08:44:33 AM  GPS: 41.4141, -73.7177

Sworn to before me on the 5 day
of July, 2018

**CAROLL RAMSEY**
*Notary Public - State of New York*
No. 01RA6028190
Qualified in Nassau County
Commission Expires: July 26, 2021

**BRYAN VILTZ**
License Number: N/A

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022



RECEIVED
JUL 27 2018
PRO SE OFFICE

# Affidavit of Service - Suitable Age Person

ORIGINAL

---

United States District Court, EASTERN DISTRICT, New York          CASE NO: CV-18-2710
Plaintiff / Petitioner: **MARIO H. CAPOGROSSO**
vs.
Defendant / Respondent: **ALAN GELBSTEIN, ET. AL.**

---

I **CURTIS WARREN** being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of **NEW YORK**. That on **June 11, 2018 at 02:01 PM** at **151 FIRESTONE CIRCLE, ROSLYN, NY 11576**, deponent served the within:
**Summons In A Civil Action , Verified Complaint**

on **BOSHRA VAHDATLAMAS A/K/A BURSHA VAHDAT** herein known as Recipient. Said service was effected in the following manner:
By delivering thereat a true copy of each to Vafa Vahid, Family member above 18: HUSBAND, a person of suitable age and discretion. That person was also asked by deponent whether said premises was the recipient's **DWELLING** place and their reply was affirmative.

Deponent also enclosed a copy of the same in a postpaid sealed envelope, properly addressed to recipient's **DWELLING** place at **151 FIRESTONE CIRCLE, ROSLYN, NY 11576** by regular mail and deposited said envelope in an official depository under the exclusive care and custody of the United States Postal Service within State of **NEW YORK** on **JUNE 12, 2018** First class mail envelope marked Personal and Confidential.

Deponent further states upon information and belief that said person so served is not in the Military Service of the State of **NEW YORK** or of the United States as the term is defined in either the State or Federal statutes. Deponent further states that deponent describes the person actually served **Vafa Vahid** as follows: **Middle Eastern, Male, 5' 6", 160 - 170 lbs, Brown hair, Brown eyes, 50 - 55 years**

**Attempts:**
Date: June 11, 2018  Time: 02:01:28 PM  GPS: 40.7641989, -73.6724629
Server Comments: served on husband

**Documents were served in accordance with CPLR 308.**

---

Sworn to before me on the 14 day
of June, 2018

_____           _____
**CAROLL RAMSEY**                          **CURTIS WARREN**
Notary Public - State of New York
No. 01RA6028190                            License Number: **N/A**
Qualified in Nassau County
Commission Expires: July 26, 2021

---

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022


RECEIVED JUL 27 2018 PRO SE OFFICE