August 2, 2018

Hon. Margo K. Brodie
United States District Court
Eastern District of New York
225Cadman Plaza East
Brooklyn, NY 11201

United States Magistrate Judge Bloom
United States District Court
Eastern District of Ne York
225 Cadman Plaza East
Brooklyn, NY 11201





Re; Capogrosso v. Gelbstein et al, No. 18-cv-2710 (E.D.N.Y.)

Judge Brodie and Magistrate Bloom:

    In response to opposing counsel M. Siegmund's letter dated July 13, 2018, I mistakenly omitted several relevant pages of exhibits. My apologies. Find them attached. I request that they be attached and incorporated to my letter of July 31, 2018 – My response to Attorney Siegmunds request for a pre-motion conference.

Respectfully Submitted,

*/s/ M. H. C.*

Mario H. Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804
914-806-3692
NY Reg. No. 4244331

1