UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



---

MARIO H. CAPOGROSSO,                                    18 CV 2710

                              Plaintiff                       **ORDER**


          -against-


ALAN GELBSTEIN, in his official and individual capacity;
BOSHRA VAHDATLAMAS, (also known as BUSHRA VAHDAT) in her official and
individual capacity;
IDA TRASCHEN, in her official and individual capacity;
ELIZABETH PRICKETT-MORGAN, in her official and individual capacity;
JEAN FLANAGAN, in her official and individual capacity;
VINCENT PALMIERI, in his official and individual capacity;
DANIELLE CALVO, in her official and individual capacity;
SADIQ TAHIR, in his individual capacity;
PEC GROUP OF NY, INC.;
DAVID SMART, in his individual capacity;
JOHN AND JANE DOE.

                              Defendants

---

          UPON Motion of the Plaintiff for an Order dismissing the Counterclaims of the

Defendant, Sadiq Tahir;

          UPON consideration of the Declarations and papers submitted in support thereof;

and

          UPON consideration of any opposition papers submitted in response; it is hereby

          ORDERED that the Motion to Dismiss is _____ and the

          Counterclaims of the Defendant are hereby _____; and it is further

          ORDERED that a copy of this Order shall be served upon all Parties within __

days hereof.

                                                                                      1

Dated:                                    _____
                                                    Hon.