…

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

MARIO H. CAPOGROSSO, ESQ.

                       Plaintiff

-against-                                           18 CV 2710

ALAN GELBSTEIN, et. al                     **AFFIRMATION OF SERVICE**

                       Defendants

_____

I, Mario H. Capogrosso, declare under penalty of perjury that I have served a copy of the attached Notice of Motion, Affirmation, Memorandum, Proposed Order

upon:



Mark Siegmund
Assistant Attorney General
28 Liberty Street
New York, NY 10005
(in representation of defendants
Gelbstein, Traschen, Vahdat, Palmieri, Flanagan, Calvo,
and Prickett-Morgan)

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

Pec Group of NY
935 S. Lake Blvd. #7
Mahopac, NY 10541

David Smart
2875 West 8th Street
Brooklyn, NY 11224

via U.S. Postal Service First Class Mail, this 16th day of August 2018.

New Rochelle, NY
August 16, 2018

*M. H. C.*

Mario H. Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804
(914) 806-3692