

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MARIO H. CAPOGROSSO,                              CV18-2710

                Plaintiff

                                                        **NOTICE OF MOTION**

     -against-

ALAN GELBSTEIN, in his official and individual capacity;
BOSHRA VAHDATLAMAS, (also known as BUSHRA VAHDAT) in her official and individual capacity;
IDA TRASCHEN, in her official and individual capacity;
ELIZABETH PRICKETT-MORGAN, in her official and individual capacity;
JEAN FLANAGAN, in her official and individual capacity;
VINCENT PALMIERI, in his official and individual capacity;
DANIELLE CALVO, in her official and individual capacity;
SADIQ TAHIR, in his individual capacity;
PEC GROUP OF NY, INC.;
DAVID SMART, in his individual capacity;
JOHN AND JANE DOE.

                      Defendants



---

SIRS or MADAMS:

      **PLEASE TAKE NOTICE** that, upon the annexed Affirmation Mario H. Capogrosso affirmed on August 22, 2018, and upon the exhibits attached thereto, the accompanying Memorandum of Law in support of this motion, and the pleadings herein, Plaintiff will move this Court, before Honorable _____, District Judge, on the ____ day of August, 2018, at 225 Cadman Plaza East, Brooklyn, New York, or as soon thereafter as Counsel can be heard, for an Order dismissing the Counterclaims of the Defendant, David Smart, under Federal Rule of Civil Procedure 12(b)(6).

1

PRO SE OFFICE

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New Rochelle, NY
August 22, 2018

Mario H. Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804
Tel: (914) 806-3692

2