UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

MARIO H. CAPOGROSSO,                                          CIV18-2710

               Plaintiff

  -against-


ALAN GELBSTEIN, in his official and individual capacity;
BOSHRA VAHDATLAMAS, (also known as BUSHRA VAHDAT) in her official and individual capacity;
IDA TRASCHEN, in her official and individual capacity;
ELIZABETH PRICKETT-MORGAN, in her official and individual capacity;
JEAN FLANAGAN, in her official and individual capacity;
VINCENT PALMIERI, in his official and individual capacity;
DANIELLE CALVO, in her official and individual capacity;
SADIQ TAHIR, in his individual capacity;
PEC GROUP OF NY, INC.;
DAVID SMART, in his individual capacity;
JOHN AND JANE DOE.

               Defendants
_____



RECEIVED AUG 22 2018 PRO SE OFFICE

## ORDER

UPON Motion of the Plaintiff for an Order dismissing the Counterclaims of the Defendant, David Smart;

UPON consideration of the Declarations and papers submitted in support thereof; and

UPON consideration of any opposition papers submitted in response; it is hereby

ORDERED that the Motion to Dismiss is _____ and the Counterclaims of the Defendant are hereby _____; and it is further

ORDERED that a copy of this Order shall be served upon all Parties within __ days hereof.

Dated:

_____
Hon.