

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

MARIO H. CAPOGROSSO

                        Plaintiff

-against-                                       18 CV 2710

ALAN GELBSTEIN, et. al                    **AFFIRMATION OF SERVICE**

                        Defendants

_____

I, Mario H. Capogrosso, declare under penalty of perjury that I have served a copy of the attached Notice of Motion, Affirmation in Support, Memorandum of Law and Proposed Order upon:

Mark Siegmund
(representing Defendants
Gelbstein, Traschen, Vahdat, Palmieri, Flanagan, Calvo,
and Prickett-Morgan)
Assistant Attorney General
28 Liberty Street
New York, NY 10005



Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

Pec Group of NY
935 S. Lake Blvd. #7
Mahopac, NY 10541

David Smart
2875 West 8th Street
Brooklyn, NY 11224

via U.S. Postal Service First Class Mail, this 22th day of August 2018.

New Rochelle, NY
August 22, 2018

*[signature]*
Mario H. Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804
(914) 806-3692