TO: THE COURT

RE: CAPOGROSSO V. GELBSTEIN, et. al.

CV-18-2710

1) LETTER, encl.

2) LETTER, encl.