October 1, 2018

Hon. Margo K. Brodie
United States District Court
Eastern District of New York
225Cadman Plaza East
Brooklyn, NY 11201



United States Magistrate Judge Bloom
United States District Court
Eastern District of Ne York
225 Cadman Plaza East
Brooklyn, NY 11201

Re; Capogrosso v. Gelbstein et al, No. 18-cv-2710 (E.D.N.Y.)
    Letter in Compliance with Court's Standing Order Showing Proof of Service

Judge Brodie and Magistrate Bloom:

    In compliance with this Court's standing order, I do provide my Affirmation of Service attached, showing proof of service of my 1) Declaration in Opposition to Defendants' Motion to Dismiss and 2) Memorandum of Law in Opposition to Defendants Motion to Dismiss.

Respectfully
Truthfully Submitted,

Mario H. Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804
914-806-3692
NY Reg. No. 4244331

1