UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

☐ ORIGINAL

MARIO H. CAPOGROSSO, ESQ.

                              Plaintiff

-against-                                            CV18-2710

ALAN GELBSTEIN, et. al                    **AFFIRMATION OF SERVICE**

                              Defendants

---

I, Mario H. Capogrosso, declare under penalty of perjury that I have served a copy of the attached 1) Declaration in Opposition to Defendant's Motion to Dismiss and 2) Memorandum of Law in Opposition to Defendant's Motion to Dismiss.

upon:

Mark Siegmund
Assistant Attorney General
28 Liberty Street
New York, NY 10005
(upon affirmation of his representation of defendants Gelbstein, Traschen, Vahdat, Palmieri, Flanagan, Calvo, and Prickett-Morgan)

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

Pec Group of NY
935 S. Lake Blvd. #7
Mahopac, NY 10541

David Smart
2875 West 8th Street
Brooklyn, NY 11224

via U.S. Postal Service First Class Mail, this 28th day of September 2018.

New Rochelle, NY
September 28, 2018

*[signature]*
Mario H. Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804
(914) 806-3692