UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

MARIO H. CAPOGROSSO, ESQ.

          Plaintiff

-against-                CV18-2710

ALAN GELBSTEIN, et. al         **AFFIRMATION OF SERVICE**

         Defendants

---

  I, Mario H. Capogrosso, declare under penalty of perjury that I have served a copy of the attached 1) Declaration in Opposition to Defendant's Motion to Dismiss and 2) Memorandum of Law in Opposition to Defendant's Motion to Dismiss.

upon:

Mark Siegmund
Assistant Attorney General
28 Liberty Street
New York, NY 10005
(upon affirmation of his representation of defendants
Gelbstein, Traschen, Vahdat, Palmieri, Flanagan, Calvo,
and Prickett-Morgan)

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

Pec Group of NY
935 S. Lake Blvd. #7
Mahopac, NY 10541

David Smart
2875 West 8th Street
Brooklyn, NY 11224

via U.S. Postal Service First Class Mail, this 28th day of September 2018.

New Rochelle, NY
September 28, 2018

                                                               Mario H. Capogrosso
                                                               21 Sheldrake Place
                                                                New Rochelle, NY 10804
                                                                (914) 806-3692