To: Judge Brodie

Re: Capograsso v. Gelbstein, et al.

CV-18-2710

