TO: MAGISTRATE JUDGE BLOOM

October 1, 2018

Hon. Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

United States Magistrate Judge Bloom
United States District Court
Eastern District of Ne York
225 Cadman Plaza East
Brooklyn, NY 11201

Re; Capogrosso v. Gelbstein et al, No. 18-cv-2710 (E.D.N.Y.)
Letter in Compliance with Court's Standing Order Showing Proof of Service

Judge Brodie and Magistrate Bloom:

    In compliance with this Court's standing order, I do provide my Affirmation of Service attached, showing proof of service of my 1) Declaration in Opposition to Defendants' Motion to Dismiss and 2) Memorandum of Law in Opposition to Defendants Motion to Dismiss.

Respectfully
Truthfully Submitted,

*[signature]*

Mario H. Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804
914-806-3692
NY Reg. No. 4244331

1

39

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

MARIO H. CAPOGROSSO, ESQ.

                              Plaintiff

-against-                                          CV18-2710

ALAN GELBSTEIN, et. al                  **AFFIRMATION OF SERVICE**

                              Defendants

_____

I, Mario H. Capogrosso, declare under penalty of perjury that I have served a copy of the attached 1) Declaration in Opposition to Defendant's Motion to Dismiss and 2) Memorandum of Law in Opposition to Defendant's Motion to Dismiss.

upon:

Mark Siegmund
Assistant Attorney General
28 Liberty Street
New York, NY 10005
(upon affirmation of his representation of defendants Gelbstein, Traschen, Vahdat, Palmieri, Flanagan, Calvo, and Prickett-Morgan)

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

Pec Group of NY
935 S. Lake Blvd. #7
Mahopac, NY 10541

David Smart
2875 West 8th Street
Brooklyn, NY 11224

via U.S. Postal Service First Class Mail, this 28th day of September 2018.

New Rochelle, NY
September 28, 2018

                                                  Mario H. Capogrosso
                                                  21 Sheldrake Place
                                                  New Rochelle, NY 10804
                                                  (914) 806-3692