UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIO H. CAPOGROSSO,<br><br>                              Plaintiff,<br><br>- against -<br><br>ALAN GELBSTEIN, in his official and individual capacity; BOSHRA VAHDATLAMAS, (also known as BUSHRA VAHDAT) in her official and individual capacity; IDA TRASCHEN, in her official and individual capacity; ELIZABETH PRICKETT-MORGAN, in her official and individual capacity; JEAN FLANAGAN, in her official and individual capacity; VINCENT PALMIERI, in his official and individual capacity; DANIELLE CALVO, in her official and individual capacity; SADIQ TAHIR, in his individual capacity; PEC GROUP OF NY, INC.; DAVID SMART, in his individual capacity; JOHN AND JANE DOE,<br><br>                              Defendants. | No. CV 18-2710-MKB<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE**, that upon the motion filed herein, the memorandum of law in support of the motion to dismiss of defendants Gelbstein, Vahdat, Traschen, Morgan (formerly Prickett-Morgan), Flanagan, Palmieri, and Calvo, the accompanying declarations of Barbara Montena, dated August 15, 2018, and Mark Siegmund, dated August 15, 2018, with accompanying exhibits, and all other pleadings and papers filed herein, the undersigned will move this Court at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, for an order dismissing the Verified Complaint pursuant to Federal Rules of Civil Procedure 4(m), 12(b)(1), 12(b)(5) and 12(b)(6).

Dated: New York, New York
       August 16, 2018

                                            BARBARA D. UNDERWOOD
                                            Attorney General of the State of New
                                              York
                                            Attorney for Defendants Gelbstein,
                                                Vahdat, Traschen, Morgan,
                                                Flanagan, Palmieri, and Calvo

                                    By: _____/s/ Mark Siegmund_____
                                                 Mark Siegmund
                                                 Assistant Attorney General

                                            28 Liberty Street
                                            New York, New York 10005
                                            Tel.: (212) 416-8627

To:

Mario H. Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804

David Smart
2875 West 8th Street
Brooklyn, NY 11229

Sadiq Tahir
2875 West 8th Street
Brooklyn, NY 11224