# Exhibit 2

04-21-09

JUDGE GELBSTEIN
    DEAR SIR,

    ON TUESDAY APRIL 21, 2009 WHILE WORKING THE CASHIERS WINDOW, STATION BS24 I HEARD A LOUD VOICE FROM the LAWYERS AREA. I LOOKED UP AND SAW MR CAPOGROSSO, ESQ. SEATED ON tHE BENCH STATING "GET AWAY FROM HERE" He then Rose AND told "TANYA the interpreter" to get AWAY. MR CAPOGROSSO MOVED TOWARD TANYA, AND they seem to Bump. the Noise Continued UNTIL OUR SUPERVISOR DANIELLE CALVO intervened

        Sincerely,
        Roy Tucci
        Roy Tucci
        CLerk

                CC. J. Vetere