# Exhibit 5

9/28/2010

I Jason Dorset state That Mario Colagrossi was Not Authorized to Proceed on my Behalf on The Above Dates on Summon # AAK5507913 & AAK5507902

Sworn Before My this 28th day of September 2010

Jason Dorset

PIERRE BAZILE ESQ.

Pierre Bazile
Notary Public, State of New York
Qualified in Suffolk County
Reg. #02BA6177959
Commission Expires November 19, 2011