# Exhibit 9

This is in reffence to the incident happened on Dec. 31, 11.
Mr. Yaakov Brody was sitting on the bench in lawyers room. Mr Copogrosso
walked in the room and said "excuse me". Mr. Brody moved to the
side so that Mr Copogrosso could reach to his bag lying on the
floor. He was looking so angry that he again said "excuse me"
in a loud voice. Mr Brody said you have enough room, why
are you so rude. Mr Copogrosso got so upset that he started
shouting against jews. Mr. Beer who also sitting in the room
asked Mr. Copogrosso that it is enough you cann't curse jaws
Mr Copogrosso said you can call me "fucking Italian ginny"
Mr. Brody said that you are anti-semite you don't belong
to this place. Mr. Brody shouted that stop it in the meantime
Ms Danial came in the room and tried to cool down the
situation.
Little later Mr. Meyers came in the room and asked Mr.
Copogrosso that he should apology for his remarks, he then
tried to hit Mr Meyers. I don't know if he wanted to
hit Mr Meyers or give some massage to other people.
Mr Copogrosso said to Mr Meyers that I will send you
to the hospital. Mr. Meyers said I will not report against
you, I will sue you and get every peny you have. Mr. Copogrosso
went out of the room and started hitting the wall and
steel guards.

M. Sadiq Tahir