# Exhibit 13

I [REDACTED] was treated wrongly by Esq Mario Capacuso on 2/5/15.

Mario Capacuso was taking on a case for me [REDACTED] and didn't live up to his responsibilty.

I [REDACTED] was threatened by mario capacuso and told to go find another lawyer because he messed up, at that time I told him I would like another lawyer and my money back and he told me to go fuck my self and that we can take it outside. I [REDACTED] refused to fight with mario capacuso and went to speak with the DMV superviser.

[REDACTED]

Lic# [REDACTED]

[REDACTED]