# Exhibit 14

February 3

At 9:10 AM Mario Capogrosso deliberately walked into me. I asked him why - and he said that he intended to reach the Court Board. I reported the incident to my supervisors.

Unsigned Note of David Smart