# Exhibit 15

On Thursday, February 5, 2015, I was sitting at information station 7. At about 10 am I could hear arguing between Mario Capogrosso & a male motorist who was later identified as REDACTED. At this point they had been by the some what sectioned off seating area on the opposite side of the wall to the information station 1. I wasn't able to see Mr. Capogrosso but REDACTED was standing a couple of feet back from that seating area. In a clear & hostile tone, Mr. Capogrosso said to the motorist, to take this outside. Originally the motorist began following, he had even taken off his jacket & swung it onto a stanchion, but only got about halfway before he stopped himself, turned around, picked up his jacket & placed himself on the information line. Mr. Capogrosso did not; he kept walking to the door, when he looked back & saw that REDACTED was no longer following him & was now on line 1. Mr. Capogrosso went back to where he originally was, by that seating area. Apparently Mr. Capogrosso once again began trying to antagonize REDACTED because REDACTED began responding to him. At this point I called next.

When REDACTED came to me he handed me his ID and I pulled him up to see what was going on. He had been found guilty on a few tickets on January 21, when he said Mr. Capogrosso represented him, & unfortunately the two weeks given to pay had passed & now REDACTED is suspended. I had printed out the bill with the breakdown of the amount owed. He was saying that he wanted to speak to the judge & how it isn't right. REDACTED had come out during the commotion & she as well was trying to explain the procedure to him. Meanwhile Mr. Capogrosso had gotten on the information line & REDACTED who was at information station 9, had called next & was trying to help him. About this

same time [REDACTED] had went into the back office to do or check on something, & I remained with the Motorist for a few more minutes before he had taken the information we provided & walked away.

As [REDACTED] was leaving [REDACTED] began walking over to me. I was beginning to tell him what had happened while watching [REDACTED] walk out the door & Mr. Capogrosso walk over to the door. He stood at it for a moment, [REDACTED] who was standing to his right against the column next to the door closest to the attorney room, said something to him as he stared through the glass & within that moment he proceeded through both sets of doors & outside. [REDACTED] seeing this, quickly reacted by going towards the doors, but luckily it did not go any further & Mr. Capogrosso came back in.

About 45 mins later [REDACTED] returned, he was still upset but wanted to pay what he owed, as well as, wanting to better understand the appeal process because he also had a pending suspension put in place by the judge on the day of the hearing. Once again [REDACTED] came out & we both assisted him. It was during this period that the Motorist wrote his statement on what had occurred.

[REDACTED]