# Exhibit 24

MAY 11, 2015

I WAS LEAVING ROOM 5 TO PHOTOCOPY SOMETHING FOR MY JUDGE. AS I WAS PASSING THE MOTOREST I SAW MR CAPOGROSSO SHOVED SHOVE THE SECURITY GUARD. DAVID WAS PUSHED BACK. IT WAS A HARD PUSH. I DO NOT KNOW WHAT OCCURED BEFORE THE PUSH.

REDACTED