# Exhibit 25



**INCIDENT INFORMATION SLIP**
PD 301-164 (Rev. 11-18)   Pant (RMU)
KD941073 - IL352191

Date: 5/11/15

Welcome to _____60th PRECINCT_____ _____2951 WEST 8 STREET BKLYN NY 11224_____ _____(718) 946 - 3311_____
(Command)                           (Address)                                           (Telephone Number)

We hope that your business with us was handled satisfactorily. You particular matter has been assigned the following number(s):

Complaint Report No.: _____     Accident Report No.: _____     Aided Report No.: _____

Reported to: _____PO Left Green_____   Date of Occurrence: _____5/11/15_____   Time: _____0855_____
            (Rank)          (Name)

Locat. of Occurrence: _____2875 W 8 St_____

Crime: _____Harassment_____

Please keep this report should you have to refer to this matter in the future. If you need any further assistance feel free

to contact us at telephone number (718) 946   3311. Please let us know if you have any suggestions on how we can

better serve you. As you may already know, we will provide you with a crime prevention survey of your residence or business.

Please ask for more information on this and other crime prevention initiatives. Our goal is to make you an your property safe.

## COURTESY * PROFESSIONALISM * RESPECT

## REMEMBER : CALL "911" FOR EMERGENCIES ONLY!!!!