# Exhibit 26

Case 1:18-cv-02710-EK-LB   Document 45-26   Filed 10/11/18   Page 2 of 2 PageID #: 670



# MEMORANDUM

DATE:       May 27, 2015

TO:         Jean Flanagan and Vincent Palmieri

FROM:       Danielle Calvo

RE:         May 2015 Monthly Report

OFFICE:     Brooklyn South TVB

**Training**

REDACTED

**Staff**

REDACTED

**Workplace Violence**

On 5/5 two of the attorneys (Mr.Capagrosso and Mr.Tahir) had an altercation and a workplace violence report was submitted. On 5/11 Mr.Capogrosso pushed our security guard David Smart and another workplace violence report was submitted. Mr. Capogrosso was asked to leave the building that day and since then has not been permitted to enter any of the TVB offices.