# Exhibit 27

June 2015

Re: Mario Cappogrosso, Esq.

To whom this concerns:

I hate to speak against another person when doing so could jeopardize their livelihood, but Mario Cappogrosso, Esq., a practicing attorney at the Coney Island TAB, has become such a disturbance at the T.A.B. that I am compelled to do just that.

Since becoming an A.L.J. at Coney Island in 2/2014, I've known Mr. Cappogrosso to be notorious for his badgering of witnesses during hearings, as well as his undue penchant to make frivolous/unsupported motions to dismiss. This conduct was tolerated notwithstanding that it oftentimes went beyond what could be considered permissible advocacy.

Apart from his notoriety for being an obnoxious litigator, more recently, i.e. since Spring 2015, he has become a frightening & menacing litigator. Both his appearance &

previously well-kempt, he now comes to court unshaven and with sunken eyes. I believe he came to court with a black eye on one occasion. He has also become more argumentative in court so that his cross-examinations have had to be curtailed so as not to waste time on irrelevant lines of questioning. On one occasion, I had to stop court because he was yelling in the hallway to the point that court could not proceed in the midst of his loud tirade. I've never had to stop court before, over the course of 1000's of hearings.

I hate to admit it, and I cannot be sure my fears are warranted, but I am fearful that he is capable of violence, & I am even fearful that it could be directed at me.

Feel free to contact me with any questions.

Sincerely,

REDACTED