# Exhibit 28

TO JUDGE ALAN GLEBSTEIN
FROM ROY TUCCI, CLERK

3/3/11

INCIDENT 3/3/11 9:10 RM 3
MARIO CAPPOGROSSO ATTY, JUDGE DREW TILLMAN
CLERK ROY TUCCI

AT 9:10 AM MR CAPPOGROSSO PRESENTED TICKET FOR RAKESH K. SHARMA, TICKET MARKED READY. WITH OFFICE MCGRATH. AT 9:25 AM CASES PENDING, CALLED MR CAPOGROSSO AND MR GERBASI ATTORNYS WERE NOTIFIED THAT THE HEARINGS WAS READY. MR GERBASI WAS IN A HEARING IN RM 4, AND INDICATED HE WOULD BE IN RM 3 AS SOON AS POSSIBLE. 9:32 AM MR GERBASI HEARING BEGAN I WENT TO RM 6 AND ADVISED WANDA ALFORD, CLERK AND MR CAPPOGROSSO THAT HIS CASE IS READY. MR CAPPOGROSSO JUST STARED AND DID NOT SAY ANYTHING. AT 9:45 PM I CALLED TRAFFIC VIOLATION MANAGEMENT AND DETAILED THE PROBLEM. AT 9:52 AM MR CAPPOGROSSO CAME INTO THE RM WITH ANOTHER CASE WITH OFFICER MALONE. AND SAID WE HAVE TO DO THIS CASE. MR CAPPOGROSSO WAS INFORMED SINCE 9:25 AM HE WAS PERSONALLY CALLED THREE TIMES AND DID NOT HAVE THE TIME TO ADVISE US, WHAT WAS THE DELAY. MR CAPPOGROSSO ONLY RESPONSE WAS A BLANK STARE. AND IF WE HAVE A PROBLEM, INFORM THE SENIOR JUDGE. MR CAPPOGROSSO ATTITUDE IS THAT HE WILL NOT TAKE ANY DIRECTION FROM A CLERK, JUDGE OR SENIOR JUDGE.

Sincerely,
Roy Tucci