# Exhibit 6

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

In the Matter of an Article 78 Proceeding
MARIO CAPOGROSSO,

Petitioner,

-against-

NEW YORK STATE DEPARTMENT OF MOTOR
VEHICLES,

Respondent.

Index No. 7738/2012

Hon. Bernadette Bayne
Part 18

**STIPULATION OF
DISCONTINUANCE**

WHEREAS, no party to this proceeding is an infant, incompetent person for whom a

committee has been appointed or conservatee, and no person not a party has an interest in the

subject matter of the proceeding;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for petitioner and respondent, as follows:

1.      The above-captioned Article 78 proceeding is dismissed with prejudice and

without costs or fees to any party.

2.      A facsimile signature on this Stipulation shall be deemed an original.

3.      This Stipulation may be executed in counterparts.

Dated: Garden City, New York
       June 22, 2012

McDONOUGH & McDONOUGH, LLP
Attorney for Petitioner
By:

JACQUELINE A. RAPPEL, ESQ.
McDonough & McDonough, LLP
401 Franklin Avenue, Suite 210
Garden City, New York  11530
(631) 747-7194

Dated: New York, New York
       June 21, 2012

ERIC T. SCHNEIDERMAN
Attorney General of the State of New York
Attorney for Respondent
By:

SERWAT FAROOQ
Assistant Attorney General
120 Broadway, 24th Floor
New York, New York  10271
(212) 416-6240