# EXHIBIT A

EXHIBIT 1

To: Judge Gelbstein

Re:  Incident report (TVB)

On Tuesday, April 21, 2009 at approximately 10:25A, I was at my work station (#7) when I observed and heard Mr. Capogrosso, screaming and yelling profanities and obscenities at Ms. Rabinovich (Tanya). At this time Mr. Capogrosso is sitting down. I observed him get up from his seat and approach Ms. Rabinovich (walking fast and hard toward her) when he bumped real hard into her as he tried to pass by her. (Which was very unnecessary - given he had plenty of room to walk around her.) I noticed she was very shaken by his actions.

This is the end of my statement.

L. Perez Jr
MRI

**EXHIBIT 2**

04-21-09

JUDGE GELBSTEIN
        DEAR SIR,
        ON TUESDAY APRIL 21, 2009 WHILE WORKING
THE CASHIERS WINDOW, STATION BS24 I HEARD A LOUD
VOICE FROM THE LAWYERS AREA. I LOOKED UP AND
SAW MR CAPOGROSSO, ESQ. SEATED ON THE BENCH
STATING" GET AWAY FROM HERE" HE THEN ROSE AND
tOld "TANYA the interpreter." to get AWAY. MR
CAPOGROSSO MOVED TOWARD TANYA, AND they seem
to BUMP. the NOISE CONTINUED UNTIL OUR
SUPERVISOR DANIELLE CALVO intervened

                    Sincerely,
                      Roy Tucci
                      Roy Tucci
                      CLERK

                                    CC. J. Vetere

**EXHIBIT 3**

 **Traffic Violations Bureau**

June 19, 2009

From:      Marisol Cervoni

To:        Alan Gelbstein

Subject:   Mr. Capogrosso

On Tuesday June 9, 2009 at approximately 9:45 AM I called the next customer to my counter. The motorist was accompanied by Michael, who is the assistant of Mr. Capogrosso, who is one of the lawyers who represents motorists at their hearings here at Brooklyn South. The motorist handed me her drivers' license and as I was manufacturing a substitute ticket for the motorist, Michael called Mr. Capogrosso over to my window. Mr. Capogrosso, thinking there was a problem approached my counter and aggressively and belligerently began yelling at me. I assured him that there was no problem and that I had already printed the ticket for his client, but at that point he was already out of control and continued yelling, cursing and insulting me. The supervisors, Geri, Danielle and John all came out to see what the commotion was and to resolve the situation, but he refused to listen to reason or leave my counter. I then went into the back office because I felt threatened and was afraid for my safety. Finally one of the supervisors calmed him down and he moved away from my counter. Throughout the day Mr. Capogrosso was taunting me. He would walk past my station making comments and smirking at me.

I can no longer interact with Mr. Capogrosso at the service counter because I fear for my safety. On many occasions I have observed him display his aggressive behavior towards my co-workers, his clients, the other attorneys and their assistants. He even went so far as to assault a female assistant who works for another lawyer.

His aggressive behavior has steadily progressed within the past few months. I no longer feel comfortable at my place of employment because of this individual's behavior and I wish to go on record in the event of any future conflicts.

Marisol Cervoni

*Marisol Cervoni*

Cc:   John Vetere
      Danielle Calvo
      Geri Piparo

EXHIBIT 4



**Diantha L. Fuller, Esq.**
REDACTED

Cell: REDACTED
Fax:

August 5, 2009

New York City Traffic Violations Bureau ("TVB") – Coney Island Location
Attn: Senior Judge Alan D. Gelbstein                    *Hand Delivered*
**Re: Mario Cappigrosso Incident Report 7/31/09**

Dear Judge:

As requested by your staff, below is Ágnes Paez's report of the events that transpired on 7/3109 in the Coney Island Traffic Bureaus which I took directly from an email she submitted to me:

*I, Agnes was speaking with a client on behalf of Diantha Fuller when I was abruptly approached by Mr. Mario Cappigrosso. He then stood in front of me, and told Ms. Fuller's client that I was not a lawyer and he should not be speaking to me. He then handed my client his business card. The client did, in fact, know that I was not an attorney and was shocked at Mr. Cappigrosso's behavior.*

*Mr. Cappigrosso then turned to me and called me a variety of vulgar and profane names and threatened me with violence to stay away from the Dept. of Motor Vehicles. He then told his Paralegal, Michael, that he should follow me around and harass every client that approached me.*

*Finally, Mr. Cappigrosso told me stay away from him in a very violent manner, towering over me and spoke so loudly and in a threatening manner that a plain clothes policeman standing next to me asked if he needed to get involved. One of the clerks behind the counter then intervened and sternly asked him to behave because Mr. Cappigrosso was so frightening, not only to me, but to everyone around him.*

*I was especially nervous because I am 6 months pregnant and I was in fear his outbursts would turn violent.*

Should you need any additional information regarding this matter or if you have any questions, please feel free to contact the undersigned.

Regards,

Diantha Fuller, Esq.

EXHIBIT 5

9/28/2010

I Jason Dorset State
That Mario culagrossi
Was Not Authorized to
Proceed on my Behalf
On the Above Dates on
Summon # AAK 5507913 & AAK 5507902

Sworn Before me   Jason Dorset
this 28th Day of september
2010

PIERRE BAZILE ESQ.

Pierre Bazile
Notary Public, State of New York
Qualified in Suffolk County
Reg. 02BA6177989
Commission Expires November 19, 201

**EXHIBIT 6**

1/6/11

We the undersigned clerks, supervisors, and judges of Brooklyn South Traffic Violations Bureau state that we feel the presence of attorney Mario Capogrosso on our premises constitutes a threat to our physical safety. We believe that Mr. Capogrosso's behavior is unstable and hereby state that he has gotten into confrontations with many of us in the past years. These confrontations have been escalating to the point of where a physical confrontation has nearly ensued between him and a Brooklyn South employee on January 5, 2011 after close of business. We request that Mr. Capogrosso's behavior be dealt with and that the management of this agency alleviates this threat to our physical safety.

| | |
|---|---|
| [illegible signature] | |
| [illegible signature] | |
| [illegible signature] | |
| [illegible signature] | |
| [illegible signature] | |
| Lucy Cali | |
| Marisol Cervoni | |
| [illegible signature] | |
| Kimberly Rivers | |
| [illegible signature] | |
| [illegible signature] | |
| Roy Tucci | |
| Geri Piparo | |
| [illegible signature] | |
| [illegible signature] | |
| [illegible signature] | |
| [illegible signature] | |
| Wanda Axford | |

* was signed by all 3 Supervisors, 1 judge, and 14 out of 17 clerks. The 3 clerks that didn't sign was [illegible]

**EXHIBIT 7**

I am writing in regards to Mario Capogrosso.  On Dec 21, 2011, I was sitting on one of the benches in the attorney's room at the Traffic Violations Bureau at the DMV in Coney Island, Brooklyn.  Mr. Capogrosso walked in and went to reach for his briefcase which was lying on the floor next to me.  Mr. Capogrosso then said "excuse me" so I could move over so he could get to his briefcase.  He already had plenty of room but regardless I shifted my body so he would have even more room to reach for his belongings.  He said excuse me a second time as if to tell me I should move over more and that he needed more space even though the bag was next to me and I was not in any way blocking access.  Frustrated I told him that he had enough room. Mr. Capogrosso then lashed out on me and said he was being nice by saying excuse me and that next time he would simply "hit me" with his briefcase and not say anything. He then proceeded to tell me that next time I see him I "better get out of his way." I ignored him and went on with my work.  Moments later he comes in to the room again still frustrated from the first episode. At this time there were three other attorneys in the room.  Mr. Capogrosso took a seat across from me and began to complain how I did not give him enough room when he said excuse me. I continued to ignore him and go on with my work.  Eager to show how angry he really was, he took his coffee cup which still had some coffee inside and threw it in my direction toward the garbage can that was next to me.  The cup came very close to me and did not even land inside the garbage.  I complained to Mr. Capogrosso that this was not civilized behavior and I did nothing to warrant such hostility.  Enraged Mr. Capogrosso went on a rant on how I was a "jew fucking cunt" a phrase which he repeated about six or seven times. He went on to say how this place was "run by jews."  When I protested to how he could use such language, he stated "what do you care, just call me a fucking Italian ginny."   I then told Mr. Capogrosso that he was an anti-Semite and he did not belong in the location.

Yaakov Brody

**EXHIBIT 8**

There were four attorneys sitting in the room when Mario Capagrosso entered: Sadiq Tahir, Yakov Brody, Michael Beer, and myself.

The room is very small; lawyers generally show each other courtesy upon entering or leaving. The room has to accommodate up to a dozen attorneys, their briefcases and overcoats, and the occasional client, so the comportment in the room itself is always gentlemanly of necessity.

When Mr. Capagrosso entered he asked Mr. Brody to move so he could sit. Mr. Brody did his best to reasonably comply with this request. The bench contained the belongings of other attorneys and Brody in fact tried to make more room so that Capagrosso could sit. (Besides the fact that upon Capagrosso's entrance there were four adult males there were also briefcases, files, jackets, and bags full of food and various sundries. Brody not only tried to make room where he was sitting; he moved other files and items to make room to accommodate Capagrosso.)

Far from acknowledging Mr. Brody's attempt to show him courtesy Capagrosso grumbled about Mr. Brody's lack of decorum and began to berate Brody. This was both puzzling and unreasonable because it seemed that Brody was, in fact, making every attempt to accommodate Capagrosso.

Capagrosso then began to inveigh against Brody in vituperative terms as his temper continued to rise beyond all reason given the fact Brody was extending courtesy to him, by now, under duress. Capagrosso's anger escalated unreasonably to the point his remarks became intensely personal, directed at Brody, his person, and his culture, his ethnicity, and his very humanity; the tone quickly approached the intensity of "fighting words". Nothing Brody did or said during Capagrosso's verbal attack was in any way provocative or confrontational. Everyone in the room except Capagrosso seemed to understand he was losing self-control for no reason.

Mr. Brody, upon being inveighed against for no other reason that Capagrosso's own foul mood, which had escalated to a viciousness and *ad hominem* nature, did speak out strongly when Capagrosso referred to him as a "fucking Jew cunt". Michael Beer and Brody both spoke up to demand that Capagrosso refrain from using provocative and hate filled speech directed at Brody's culture and religion. Beer told him flatly that he had crossed a line of decency, and that it wasn't the first time he had done so. Capagrosso by this time was completely out of control, and responded that he had every right to use such language. He expressed the belief that the DMV was in fact run by "fucking Jew cunts."  He also went so far as to invite Brody and Beer to refer to him by a slur-adjective aimed at his *own* ethnicity. Neither indulged him his request.

During his angry tirade Mr. Capagrosso also threw a coffee cup he held in his hand across the space in which Brody seat, which may or may not have spattered  Brody with the remnants of the coffee's cup. The hate speech, the demeanor, the verbal ejaculations were all, it seemed to me, attempts to humiliate and intimidate Mr. Brody, who had done absolutely nothing more than to try to make room for Capagrosso in a room that is, under the best of circumstances, only large enough to accommodate two or three people.                *Richard F. Maher*

**EXHIBIT 9**

This is in reference to the incident happened on Dec. 21, 11.
Mr. Yaakov Brody was sitting on the bench in lawyers room. Mr. Capogrosso
walked in the room and said "excuse me". MR. Brody moved to the
side so that Mr. Capogrosso could reach to his bag laying on the
floor. He was looking so angry that he again said "excuse me"
in a loud voice. Mr. Brody said you have enough room, why
are you so rude. Mr. Capogrosso got so upset that he started
shouting against Jews. Mr. Beer who also sitting in the room
asked Mr. Capogrosso that it is enough you can't curse Jews
Mr. Capogrosso said you can call me "fucking Italian ginny"
Mr. Brody said that you are anti-semite you don't belong
to this place. Mr. Brody shouted that stop it in the meantime
Ms Danial came in the room and tried to cool down the
situation.
Little later Mr. Meyers came in the room and asked Mr.
Capogrosso that he should apology for his remarks, he then
tried to hit Mr. Meyers. I don't know if he wanted to
hit Mr. Meyers or give some massage to other people.
Mr. Capogrosso said to Mr Meyers that I will send you
to the hospital. Mr. Meyers said I will not report against
you, I will see you and get every penny you have. Mr. Capogrosso
went out of the room and started hitting the wall and
steel guards.


M. Sadiq Tahir

**EXHIBIT 10**

Phone (718) 996-4705     Cell (347) 733-6447

# *Jeffrey A. Meyers Attorney at Law*

8855 Bay Parkway, Suit 9E

Brooklyn, NY. 11214

December 23rd, 2011

    In the A.M of the day of December 21st , 2011, I overheard a loud commotion which I was told resulted in a tirade of anti-Semitic slurs shouted by Mr. Mario Capogrosso.  I later implored Mr. Capogrosso to apologize and and to make peace with his fellow attorneys, but to no avail, his conduct the rest of the day was one of abrasive incoherent loud mutterings in which he smashed his fist against concrete walls and steel beans that are situated outside the DMV hearing rooms, coupled with more anti- Semitic comments, he kept saying "everyone here wants to fight me".

    At about 2 o'clock that day I was sitting in the lawyers room across from Mr. Capogrosso  not engaging in any conversation with him when he suddenly became enraged and lunged at me with his fists with great speed and then  smacked his fists against his other hand in a marshal arts form coming within 12 inches of my face. Claiming "I could put you in the hospital with just one punch, i could hit hard objects with my fists without hurting my hands. His eyes were filed  with mindless rage. I loudly exclaimed as his fists flew close at various times" stop Mario, its me Jeffrey I'm your friend" I'll have to sue you if you put me in the hospital. "He kept repeating the phrase " you people, you people".He later told me that he envisioned all of us (Jews) and didn't mean to single me out during his assault on me. I didn't report the incident immediately until I was  called in to the office after an eye witness attorney reported it first and I was asked to verify it.

Jeffrey A. Meyers

**EXHIBIT 11**



# STATE OF NEW YORK
## DEPARTMENT OF MOTOR VEHICLES

6 EMPIRE STATE PLAZA, ALBANY, NY  12228

BARBARA J. FIALA
Commissioner

NEAL W. SCHOEN
Deputy Commissioner and Counsel

IDA L. TRASCHEN
First Assistant Counsel
Legal Bureau

February 8, 2012

Mr. Chris McDonough, Esq.
McDonough & McDonough  LLP
401 Franklin Avenue, Suite 210
Garden City, New York  11530

Re:  Mario Capogrosso, Esq.

Dear Mr. McDonough:

Your letter of January 25, 2012 to Commissioner Fiala, concerning Mr. Capogrosso, has been referred to me for a response.

As the summary of events below documents, the decision to ban Mr. Capogrosso from appearing at any of our Traffic Violations Bureau ("TVB") offices was neither capricious nor arbitrary, but rather, was made in the best interests of both the agency and motorists and attorneys appearing at the TVBs.

On January 6, 2011, Supervising ALJ Vahdat received a petition signed by eighteen employees of Brooklyn South TVB, asking her to address Mr. Capogrosso's behavior.  The employees stated that Mr. Capogrosso's presence on the premises of Brooklyn South TVB constituted a threat to their physical safety.  They explained that Mr. Capogrosso's behavior was unstable and that he had confrontations with many TVB employees during the previous year.  One incident nearly escalated to a physical altercation between Mr. Capogrosso and a TVB employee whom Mr. Capogrosso had threatened.

On January 10, 2011, Supervising ALJ Vahdat visited the Brooklyn South TVB to discuss this situation with Senior ALJ Gelbstein.  He expressed concern about Mr. Capogrosso's behavior over the past year.  Senior ALJ Gelbstein had previously notified the Division of Field Investigation about Mr. Capogrosso's behavior.  In addition, Senior ALJ Gelbstein had a letter of complaint from George Han (a clerical employee) and a letter of complaint from an attorney whose assistant had been pushed by Mr. Capogrosso.  Senior ALJ Gelbstein stated that he had spoken to Mr. Capogrosso on many occasions and asked him to exercise a calmer demeanor when dealing with the staff, other attorneys practicing at TVB and his own clients.  Senior ALJ Gelbstein concluded that his many conversations with Mr. Capogrosso had not resulted in a change in Mr. Capogrosso's behavior and he continued to be concerned for his staff's safety.

On that day, Supervising ALJ Vahdat also interviewed five TVB employees who expressed deep concern for their safety when dealing with Mr. Capogrosso.  One employee stated, "I can no longer interact with Mr. Capogrosso at the service counter because I fear for my safety.....he even went so far as to assault a female assistant who works for another lawyer".  On that day, Supervising ALJ Vahdat also spoke with three attorneys who shared the staff's concerns for the safety of all employees and attorneys due to Mr. Capogrosso's behavior.

Following these conversations, Supervising ALJ Vahdat and Senior ALJ Gelbstein spoke to Mr. Capogrosso concerning his behavior.  Mr. Capogrosso admitted that, "I sometimes lose my temper and need to blow off steam".  Supervising ALJ Vahdat and Senior ALJ Gelbstein warned Mr. Capogrosso that

Mr. Chris McDonough, Esq.
Page 2
8 February 2012

he must conduct himself in a professional manner; otherwise he would not be allowed to practice at TVB. Mr. Capogrosso agreed to calm down and stop his abusive behavior. When Supervising ALJ Vahdat explained to him that if his behavior did not improve she would have to report him to the Grievance Committee, he stated that, "If I have any more altercations with anyone here I will just stop coming here myself".

On December 22, 2011, Supervising ALJ Vahdat received an e-mail from Danielle Calvo, SMVRI at Brooklyn South TVB, informing her that Mr. Capogrosso was screaming in the attorney's room and shouting religious slurs at attorneys of the Jewish faith. Ms. Calvo had asked all the other attorneys to step away from Mr. Capogrosso and leave him to himself. Half an hour later, Ms. Calvo called Supervising ALJ Vahdat and informed her that Mr. Capogrosso had thrown his coffee cup (still half full) at one of the other attorneys and when a third attorney had tried to calm down Mr. Capogrosso, he had thrown a punch that had missed the third attorney by about an inch. Supervising ALJ Vahdat asked Ms. Calvo to escort Mr. Capogrosso out of the building and tell him not to come back until the next day. That same day three attorneys who had witnessed this altercation called Supervising ALJ Vahdat about this incident. Their recitation of the facts matched Ms. Calvo's.

The next morning, the above mentioned three attorneys met with Supervising ALJ Vahdat and Senior ALJ Gelbstein and submitted affidavits elucidating the facts. In addition, TVB staff, the police room staff and other attorneys notified Supervising ALJ Vahdat that Mr. Capogrosso regularly punches the walls and steel poles of the TVB office with his fists. The sounds from these punches at times are so loud that the police room employees are startled and run out of the room to see what has happened. Mr. Capogrosso admitted to this odd behavior and stated, "I do it to let off steam, otherwise I could hurt someone". Supervising ALJ Vahdat observed that Mr. Capogrosso's knuckles were all bruised, black and blue. Mr. Capogrosso's behavior is clearly in contravention of 15 NYCRR 124.2, which provides, in part:

(a) The motorist may be represented by an attorney or, in the administrative law judge's discretion, by any other person the motorist chooses. Any person representing the motorist must conform to the standards of conduct required of attorneys appearing before State courts, and failure to conform to these standards will be grounds for declining to permit his or her continued appearance in the proceeding. (Emphasis added.)

Based upon this regulation and the fact that Mr. Capogrosso's behavior is disruptive of the TVB process and induces fear in its employees, attorneys and motorists who work at and use the TVB, a decision was made to ban Mr. Capogrosso from all TVB offices for an indeterminate time period.

It is the policy of the New York State Department of Motor Vehicles to preserve the safety and well-being of its employees and visitors. DMV will strive to ensure that its workplace is free from violence, threats of violence, harassment and intimidation. Until such time that it can be determined that Mr. Capogrosso is no longer a threat to the safety and well-being of TVB employees and visitors, he will not be allowed to practice at any of Department of Motor Vehicles' TVB offices.

I trust this information assists you.

Very truly yours,

Ida L. Traschen
First Assistant Counsel

ILT/mjs

**EXHIBIT 12**

To: Mr. Helbstein (Head Judge)

On October 29, 2014, I was the clerk at counter #5. On line #1 the first person on line was a young male motorist and the second in line was the lawyer Capagrosso. While on line, Capagrosso was observed talking to the male motorist. I called next on line, to the young male motorist and he immediately prompted me to look at the line. He then stated "you see that man who was behind me on line", (which was Capagrosso), he told me to give you an attitude. The motorist also stated that "I told the guy (which was Capagrosso), that I'm not here to give him or any other person an attitude or problem. If you want that done, do it yourself." I now called next on line and Capagrosso approched my window and I asked him why did he try to encourage the motorist before him to give me an attitude. His response was, (while smiling and snickering), "I wanted to get a reaction out of you." I told him that wasn't nice of you to go around trying to encourage others to cause problems with the clerks for no reason at all. He again, just laughed and went on his way. Then I went to report this situation to my supervisor Danille Colve.

Yours Truly
REDACTED

**EXHIBIT 13**

I [REDACTED] was treated wrongly by Esq, Mario Capacuso on 2/5/15.

Mario Capacuso was taking on a case for me [REDACTED] and didn't live up to his responsibilty.

I [REDACTED] was threatened by mario Capacuso and told to go find another lawyer because he messed up, at that time I told him I would like another lawyer and my money back and he told me to go fuck my self and that we can take it outside. I [REDACTED] refused to fight with mario capacuso and went to speak with the DMV superviser.

[REDACTED]

Lic# [REDACTED]

[REDACTED]

**EXHIBIT 14**

February 3

AT 9:15 AM
MARIO CAPOGROSSO
DELIBERATELY WALKED
INTO ME. I ASKED
BOTH HIM WHY - AND
HE SAID THAT HE
INTENDED TO REACH
THE COURT BOARD.
I REPORTED THE
INCIDENT TO NUM
SUPERVISORS.

Unsigned NOTE OF DAVID Smart

**EXHIBIT 15**

On Thursday, February 5, 2015, I was sitting at information station 7. At about 10 am I could hear arguing between Mario Capogrosso & a male motorist who was later identified as [REDACTED]. At this point they had been by the same what sectioned off seating area on the opposite side of the wall to the information station 1. I wasn't able to see Mr. Capogrosso but Mr. Perez was standing a couple of feet back from that seating area. In a clear & hostile tone Mr. Capogrosso said to the motorist, to take this outside. Originally the motorist began following, he had even taken off his jacket & swung it onto a stanchion, but only got about halfway before he stopped himself, turned around, picked up his jacket & placed himself on the information line. Mr. Capogrosso did not; he kept walking to the door. When he looked back & saw that Mr. Perez was no longer following him & was now on line 1, Mr. Capogrosso went back to where he originally was, by that seating area. Apparently Mr. Capogrosso once again began trying to antagonize [REDACTED] because [REDACTED] began responding to him. At this point I called next.

When [REDACTED] came to me he handed me his ID and I pulled him up to see what was going on. He had been found guilty on a few tickets on January 21, when he said Mr. Capogrosso represented him, & unfortunately the two weeks given to pay had passed & now [REDACTED] is suspended. I had printed out the bill with the breakdown of the amount owed. He was saying that he wanted to speak to the judge & how it isn't right. [REDACTED] had come out during the commotion & she as well was trying to explain the procedure to him. Meanwhile Mr. Capogrosso had gotten on the information line & [REDACTED] who was at information station 9, had called next & was trying to help him. About this

same time [REDACTED] had went into the back office to do or check on something. & I remained with the motorist for a few more minutes before he had taken the information we provided & walked away.

As [REDACTED] was leaving [REDACTED] began walking over to me. I was beginning to tell him what had happened while watching [REDACTED] walk out the door & Mr. Capogrosso walk over to the door. He stood at it for a moment, [REDACTED] who was standing to his right against the column next to the door closest to the attorney room, said something to him as he stared through the glass & within that moment he proceeded through both sets of doors & outside. [REDACTED] seeing this, quickly reacted by going towards the doors, but luckily it did not go any further & Mr. Capogrosso came back in.

About 45 mins later [REDACTED] returned, he was still upset but wanted to pay what he owed, as well as, wanting to better understand the appeal process because he also had a pending suspension put in place by the judge on the day of the hearing. Once again [REDACTED] came out & we both assisted him. It was during this period that the motorist wrote his statement on what had occurred.

[REDACTED]

**EXHIBIT 16**

**Gelbstein, Alan (DMV)**

| | |
|---|---|
| **From:** | REDACTED |
| **Sent:** | Monday, February 09, 2015 10:59 AM |
| **To:** | Gelbstein, Alan (DMV) |
| **Cc:** | REDACTED |
| **Subject:** | Capagroso |

In November when I hung the dockets I would take the paperclip off and leave it on the garbage pail. Mr. Capagroso thought someone was doing this to annoy him. He made a complaint to Judge Gelbstein who called me to find out who was doing this to him. I told Judge Gelbstein that it was me & that I left it for anyone who might want to use it. So I stopped doing it. He then call Judge Vahdat to complain that someone was still putting a paperclip on the garbage pail and leaving an empty coffee cup where he sits. I informed her that it wasn't true.

On November 18 as I was walking through the office Mr. Cappagroso was with a customer and as I passed he said "RE stick it where the sun don't shine". I said excuse me, he said never mind.

I informed Judge Gelbstein & Judge Vahdat again. Judge Gelbstein went out to speak to him. Where he verbally attacked Judge Gelbstein and me, cursing.

I told him just don't speak to me....ever. I won't deal with him or his problems again.

**EXHIBIT 17**

**Memo to File:**

From:          REDACTED

Re:           Mario Capagrosso, Attorney

Date:         March 19, 2015

I am writing in regards to an incident between myself and Mr. Capagrosso that occurred in the lobby of the New York State Brooklyn South Traffic Violations Bureau ("TVB") around 12 noon on March 13, 20015. This memo is simply to record this incident and other occurences. I am not requesting any action to be taken by the TVB. Given Mr. Capagrosso's documented prior bad acts, however, that resulted in his 6 month suspension from the BS TVB with mandated anger management therapy, the below incident of March 13th and other rather minor incidents directed towards myself and others is troubling for me. These incidents demonstrate his prior pattern of aberrant behavior which begin as small acts that then could escalate to more harassing, intimidating and ultimately violent behavior from Mr. Capagroso.

Since I recently returned to practice at the TVB in September 2014, Mr. Capagrosso has repeatedly said "shit" to me whenever he passed by me. At first I thought it was an offhand comment not directed at me. However, as time passed, he increased the frequency of saying "shit" to me when he passed by me, occurring almost several times daily. Upon the increase of the frequency of these verbal taunts, I noticed that this language was indeed directed at me. Since I had not ever spoken to Mr. Capagrosso because of his prior angry intimating behavior that I witnessed when I practiced from November '07 – September '12, I tried to not say anything or let him know I was rattled by his behavior. I also did not want sink to the same level of vulgarity as he in a public forum. Several lawyers who practice at the TVB do not speak to him. M. Sadiq Tahir is one lawyer who does not engage in any conversation with Mr. Capagrosso; and he also, received the same taunts from Mr. Capagrosso, who also said shit to him regularly during this same period of time. Mr. Capagrosso was always careful to speak to Mr. Tahir and me in a low tone and when others were present.

It saddens me to write this, but March 13th, 2015 was the last straw when Mr. Capagrosso passed by me and said again "shit" to me, and I verbally responded loudly in a barrage of swear words, stating that he was crazy and I was sick of him saying "shit" to me. To which he replied the he was "absolutely" (I imagine he meant crazy.) Fortunately this outburst from me was during a period when no motorists were present. Mr. Capagrosso's further response to me was to shake his shoulders and laugh. He frequently will sit by himself laughing and shaking his shoulders as if he is the only one who gets the "joke." Later, when he saw me approach J. Gelbstein, he told me he never said "shit" to me and he would file a complaint/grievance against me. On March 18, 2015 he walked by me, not addressing me directly, but he said I was a "psycho" and mumbled something else.

To further explain why this incident is troubling for me, I have been practicing traffic law since November 2007 when I began as an associate for REDACTED in the BS TVB. Mr. Capagrosso's intimating and threatening violent behavior towards other lawyers, clients, and Court personnel has

been well documented, including incidents I did not observe.  During that time I witnessed him punching polls, bending over and grabbing his ankles, and walking in a fast threatening manner – just enough to make one move out of the way, but he was careful to not actually hit people.  I could clearly determine that his behavior was unusual, and as such never spoke to him from the first day I arrived when he spoke to me without introducing himself.   This is his manner, to talk as one walks by without ever speaking directly to a person.  Since I steered clear as best I could from Mr. Capagrosso, I never had direct confrontations with Mr. Capagrosso from the period of 11/2007 through 9/12 when I left for a two year period to work for a mortgage lender as a compliance officer.

Upon my return to my law practice at the BS TVB in September 2014, I was informed by attorneys that for the most part Mr. Capagrosso's anger seemed to be under control since his return from his expulsion from the TVB.  However, I still witnessed more bizarre behavior such as an outburst from him directed to a Court Supervisor over paperclips being left on "his" bench; I did not know that benches in a public building were assigned to private attorneys.  I also witnessed a near fight and shouting match between Mr. Capagrosso and his motorist client, where he took his jacket off and was ready to fight the client outside.

It is not my intention to harm another attorney's right to practice in BS TVB; rather I simply have endured this harassing behavior from him daily for the past 6 months and simply want him to stop doing it so that I may not be harmed or hindered in my right to practice here.  I believe my direct verbal and loud language to him on March 13, 2015 that I do not want him saying "shit" to me has brought to light in public that I do not appreciate nor wish this behavior from him to continue.  In short, he was put on notice from me.  Given his past history  and his continued speaking at me and not to me,  I realize that without memorializing this incident, he will continue unfettered in his harassment of me and other attorneys, such as Sadiq Tahir.

Signed by:

REDACTED

Dated: 3/19/15

M. Sadiq Tahir, Esq.

Dated: 3|19|15

cc: Senior BS TVB J. Gelbstein

**EXHIBIT 18**

May 5, 2015

To Whom It May Concern

On May 5, 2015 at about 11:45 AM I witnessed the lawyer Mario Capogrosso confront Sadiq Tahir, another lawyer. Mr. Tahir was sitting in the lawyer's room when Mr. Capogrosso went in there yelling and cursing in Mr. Tahir's face. Mr. Tahir remained seated as Mr. Capogrosse continued to scream obscenities and threats. Our customers were upset at the display and work was disrupted as Mr. Capogrosso's tirade played out. Mr. Capogrosse is more often than not a menace to the office staff, customers, as well as the other attorneys who practice in this office.



**EXHIBIT 19**

TO: Judge Golbstein

FROM: █████REDACTED█████

DATED: 5/5/15

On May 5, 2015 at approximately 12:05 pm, I arrived at Coney Island TVB for the 1st time that day. I entered the attorney room and encountered Mario Capogrosso sitting alone in the room with an angry look on his face. Upon my passing the threshold of the door of the room and before even attempting to set my files in the room, I was verbally accosted with the demand of "don't touch my fucking stuff, don't touch my fucking stuff". I replied that I had just arrived and had no intention of touching his stuff. He once again angrily demanded. "don't touch my fucking stuff". I repeated that I was not going to, nor do I touch his stuff. He stated that he was going to put a camera in the room to see who touches his stuff. I said "please do and you will see that I do not touch your stuff". He then immediately stated "piece of shit.. piece of shit". (which I have heard him state to others many time in the past). I said "excuse me what did you just say to me", and the response was it did not relate to you I'm angry at a judge. I replied it sounded like you said it to me.

I stepped out of the room and was advise that apparently this issue of don't touch my fucking stuff was an ongoing issue all day. And I witnessed Mario Caopgrosso yelling at Mr. Tahir to not touch his fucking stuff.

A few minutes later I returned to the room and was again alone with Mario Caopgrosso when he starts ranting that that guy (alluding to Judge Gelbstein) threw

out Chuck Willinger and now Chuck Wilinger is dead.  How dare he do that and if he (I assume Judge Gelbstein) was a man he would put a gun to his own head.

Thereafter he also began ranting that he should never have plead to the deal, he should have fought these guys.  They just gave him a hard time over a cup of fucking coffee.

It appears to me that over the past few weeks Mario Capogrosso has become more aggressive in both his words and demeanor and has been creating an atmosphere of fear and threatening both attorneys and DMV staff,

**EXHIBIT 20**

Dear Sir,

Few weeks ago Attorney, Mario Copogrosso, put his bag on the chair where I regularly sit. REDACTE moved his bag on the bench. A little later he again put his bag on the chair. Mr. Copogrosso & me had a little argument about this issue. I told him that chair is to sit, not for your bag. He tried to provoke me. I think, he thought I am an easy & soft target.

On 5/5/15 I put my bag & files on one corner of the bench as I have been putting my stuff for years. At about 12pm I left the room to use the bathroom, when I came back I saw Mr. Mario moved my bag & files and put his bag instead on the place where I kept my bag. I moved his bag on the other bench. He was looking at me and started shouting at me from outside. He came in the room and yelled at me, "Don't touch my bag!" I told him that you touched my bag and so I put your bag over there. I have nothing to do with your bag. He started yelling at me even louder. I think he wanted to provoke me, but I didn't give him any serious attention & tried to avoid him. He kept yelling at me, in the meantime Ms. Danielle came to the lawyers' room & told him "We don't want to hear it."

Then you came to find out as to what happened. I explained you everything, but he kept interfering during our conversation. You saw his attitude. I don't know as to what he was trying to prove. When you left, he again started shouting and called me "Shit". Then of course I raised my voice too.

After half an hour later I was going to the other side of the building when he passed me and said in a loud voice "Don't touch my stuff again!"

As you know, REDACTE & me complained in writing for his behavior. Whenever he passes me he always said "Shit".

He is more powerful and strong than me and I am afraid that one day he can physically hurt me.

Thank you for your time and assistance on this matter.

Very truly yours,

5/5/15

M. Sadiq Tahir
Attorney At Law

**EXHIBIT 21**

04/15/2015  14:53  RECEIVED  05/05/2015 14:46  17186363943  TVB ADMINISTRATION
                   1718-266-7470               BROOKLYN SOUTH  PAGE  02/04

MV-984 (12/11)

New York State Department of Motor Vehicles
DIVISION OF LABOR RELATIONS
**REPORT OF WORKPLACE VIOLENCE INCIDENT**

Please fill out the form as accurately as possible and fax it to the Division of Field Investigation at (518) 474-7543 **AND** Labor Relations at (518) 474-8423. If the incident is a written threat, please include a copy of the letter with this report. Originals should be maintained in a workplace violence report folder at the primary office that the reporter works in.

| FOR OFFICE USE ONLY | |
|---|---|
| FILE NUMBER: | |
| Received: | |
| X RE: | |
| X RE: | |
| PRIVACY CONCERN: | ☐ YES  ☐ NO |

## NAME OF INDIVIDUAL FILING REPORT

| Name | Title | Office Location | Phone Number |
|---|---|---|---|
| Danielle Calvo | Supervisor Gr 17 | Brooklyn South TVB | REDACTED |

## INCIDENT REPORTED TO

| Date Reported | Person Reported To | Title |
|---|---|---|
| 5/5/15 | Alan Gelbstein | Senior ALJ |

## INCIDENT

| Date | Time | | Location of Occurrence |
|---|---|---|---|
| 5/5/15 | 11:45 | ☑ AM  ☐ PM | Lawyer's room |

DFI Contacted? ☐ Yes  ☑ No    OFI Contact Name

## EMPLOYEES INVOLVED

| Name | Title |
|---|---|
| Alan Gelbstein | Senior ALJ |
| Danielle Calvo | Supervisor Grade 17 |
| Name | Title |

## OUTSIDE INDIVIDUALS INVOLVED

| Name | Sex | Phone | Client ID # |
|---|---|---|---|
| Mario H. Capogrosso (attorney) | ☑ Male  ☐ Female | REDACTED | |
| Address     REDACTED | City | State  REDACTED | Zip Code  REDACTED |
| Name | Sex | Phone | Client ID # |
| M. Sadiq Tahir (attorney) | ☑ Male  ☐ Female | REDACTED | |
| Address     REDACTED | City  REDACTE | State  REDA | Zip Code  REDACT |
| Name | Sex | Phone | Client ID # |
| | ☐ Male  ☐ Female | | |
| Address | City | State | Zip Code |

## WITNESSES

| Name | Sex | Phone | |
|---|---|---|---|
| Kimberly Rivers (MVR) | ☐ Male  ☑ Female | REDACTED | |
| Address     REDACTED | City  REDACT | State  REDA | Zip Code  REDAC |
| Name | Sex | Phone | |
| Marisol Cervoni | ☐ Male  ☑ Female | REDACTED | |
| Address     REDACTED | City  REDACTE | State  RE | Zip Code  REDAC |
| Name | Sex | Phone | |
| | ☐ Male  ☐ Female | | |
| Address | City | State | Zip Code |

Continue on other side

Page 1 of:

Case 1:18-cv-02710-EK-LB   Document 48-1   Filed 10/11/18   Page 48 of 64 PageID #: 809

Description of Events Leading to the Incident and What Occured:

I went to the lawyer's room when I heard Mr.Capogrosso screaming "don't touch my stuff".  I
told him that he needed to stop yelling, that we could not have this here and at that time
after repeating myself, Mr.Capogrosso stopped.  This caused a disruption of the office to both
the motorists and the staff.  I then went to report what happened to Judge Gelbstein and then
we both went back to the lawyer's room to speak to Mr.Capogrosso and Mr.Tahir.  Mr.Capogrosso
started raising his voice that he does not want anyone touching his belongings and kept
insisting we watch our video tapes.  Mr.Capogrosso alleges that Mr.Tahir touched his bag.

Nature and Extent of Injuries:

Additional Comments:

Danielle Calvo
Name of Individual Filing Report

Signature of Individual Filing Report

5/5/15
Date

JEAN FLANAGAN
Name of Supervisor

Signature of Supervisor

5/5/15
Date

Page 2 of :

MV-984 (12/11)

**EXHIBIT 22**

MV-084 (12/11)



**New York State Department of Motor Vehicles**
**DIVISION OF LABOR RELATIONS**
## REPORT OF WORKPLACE VIOLENCE INCIDENT

| OFFICE USE ONLY | |
|---|---|
| FILE NUMBER: | |
| Received: | |
| X RE: | |
| X RE: | |
| PRIVACY CONCERN: ☐ YES   ☐ NO | |

Please fill out the form as accurately as possible and fax it to the Division of Field Investigation at (518) 474-7543 **AND** Labor Relations at (518) 474-8423. If the incident is a written threat, please include a copy of the letter with this report. Originals should be maintained in a workplace violence report folder at the primary office that the reporter works in.

### NAME OF INDIVIDUAL FILING REPORT

| Name | Title | Office Location | Phone Number |
|---|---|---|---|
| David Smart | Guard-Summit | Brooklyn South TVB | REDACTED |

### INCIDENT REPORTED TO

| Date Reported | Person Reported To | Title |
|---|---|---|
| 5/11/15 | Danielle Calvo | Supervisor Grade 17 |

### INCIDENT

| Date | Time | | Location of Occurrence |
|---|---|---|---|
| 5/11/15 | 8:50 | ☑ AM  ☐ PM | Brooklyn South TVB near line 1 |

DFI Contacted? ☐ Yes  ☑ No   DFI Contact Name

### EMPLOYEES INVOLVED

| Name | Title |
|---|---|
| David Smart | Security Guard-Summit Security |
| Name | Title |
| Name | Title |

### OUTSIDE INDIVIDUALS INVOLVED

| Name | Sex | Phone | Client ID # |
|---|---|---|---|
| Mario H. Capogrosso | ☑ Male  ☐ Female | REDACTED | |
| Address REDACTED | City | State | Zip Code |
| Name | ☐ Male  ☐ Female | Phone | Client ID # |
| Address | City | State | Zip Code |
| Name | ☐ Male  ☐ Female | Phone | Client ID # |
| Address | City | State | Zip Code |

### WITNESSES

| Name | Sex | Phone | | |
|---|---|---|---|---|
| George Han-MVR | ☑ Male  ☐ Female | REDACTED | | |
| Address  REDACTED | City | REDACTED | State | Zip Code |
| Name Anthony Adinolfi, ESQ | ☑ Male  ☐ Female | REDACTED | | |
| Address  REDACTED | City | REDACTED | State | Zip Code |
| Name | ☐ Male  ☐ Female | Phone | | |
| Address | City | State | Zip Code |

Continue on other side

**Description of Events Leading to the Incident and What Occured:**

Near line 1 Mr. Capogrosso said to security guard David Smart "Are you looking at me?". David replied "You are looking at me". Mr.Capogrosso said "back up, back up", he then pushed David in his chest.

**Nature and Extent of Injuries:**

**Additional Comments:**

911 was called and two officers responded. David went up to the 60pct with them to make a report. They said that they could not arrest Mr.Capogrosso because he pushed David with an open hand not a closed fist. I was told by Judge Gelbstein to go with officers from the police room, to tell Mr.Capogrosso that he must leave the building, and to give him legal's phone number for any further details. I did that and he left the building.

Danielle Calvo
_____
Name of Individual Filing Report

_____
Name of Supervisor

_____
Signature of Individual Filing Report

_____
Signature of Supervisor

5/11/15
_____
Date

_____
Date

Page 2 of 2

**EXHIBIT 23**



May 11, 2015

Re:   TVB Incident, Brooklyn South

To Whom It May Concern:

On Monday, May 11, 2015, I, REDACTED was standing outside of Hearing Room 4 in Brooklyn South Traffic Violations Bureau in Coney Island, New York, at approximately 9:00 a.m. when Attorney Mario Cappagrosso yelled at and pushed the Security Guard, David, with his right hand to David's chest/ shoulder area.

David was knocked back into a pole that divides the lanes of the line for the service counter. The push also knocked the coat out of David's hand(s).

The attack seemed to be unsolicited and David did not defend himself or push Mr. Capagrosso back at all.   David walked away and proceeded to contact the head Supervisor who notified the 60th Precinct.

If you have any questions or concerns please contact me.

Thank you for your attention to this matter.

Respectfully Submitted,


**EXHIBIT 24**

MAY 11, 2015

I WAS LEAVING ROOM 5 TO PHOTOCOPY SOMETHING FOR MY JUDGE. AS I WAS PASSING THE MOTORIST I SAW MR CAPOGROSSO ~~SHOVED~~ SHOVE THE SECURITY GUARD. DAVID WAS PUSHED BACK. IT WAS A HARD PUSH. I DO NOT KNOW WHAT OCCURED BEFORE THE PUSH.

REDACTED

**EXHIBIT 25**

INCIDENT INFORMATION SLIP
PD 301-164 (Rev. 11-10)
K3P41073 - 11.25J191

Welcome to ___60th___ PRECINCT
(Command)

We hope that your business with us was handled satisfactorily. You particular matter has been assigned the following number(s):

Complaint Report No.: _____

Accident Report No.: _____

Aided Report No.: _____

Reported to: __PO Lott Green__ Tax Reg. No.: _____
(Rank)        (Name)

Date of Occurrence: __5/11/15__ Time: __0855__

Local. of Occurrence: __2855 W 8 St__

Crime: __Harassment__

Please keep this report should you have to refer to this matter in the future. If you need any further assistance feel free to contact us at telephone number (718) 946 __3311__. Please let us know if you have any suggestions on how we can better serve you. As you may already know, we will provide you with a crime prevention survey of your residence or business. Please ask for more information on this and other crime prevention initiatives. Our goal is to make you an your property safe.

COURTESY * PROFESSIONALISM * RESPECT

REMEMBER : CALL "911" FOR EMERGENCIES ONLY!!!!

2951 WEST 8 STREET BKLYN NY 11224
(Address)

(718) 946 - 3311
(Telephone Number)

Date: __5/11/15__

**EXHIBIT 26**



# MEMORANDUM

DATE:       May 27, 2015

TO:         Jean Flanagan and Vincent Palmieri

FROM:       Danielle Calvo

RE:         May 2015 Monthly Report

OFFICE:     Brooklyn South TVB

**Training**

REDACTED

**Staff**

REDACTED

**Workplace Violence**

On 5/5 two of the attorneys (Mr.Capagrosso and Mr.Tahir) had an altercation and a workplace violence report was submitted. On 5/11 Mr.Capogrosso pushed our security guard David Smart and another workplace violence report was submitted. Mr. Capogrosso was asked to leave the building that day and since then has not been permitted to enter any of the TVB offices.

**www.dmv.ny.gov**

**EXHIBIT 27**

June 2015

Re: Mario Cappogrosso, Esq.
To whom this concerns:

I hate to speak against another person when doing so could jeopardize their livlihood, but Mario Cappogrosso, Esq., a practicing attorney at the Coney Island TAB, has become such a disturbance at the TAB, that I am compelled to do just that.

Since becoming an ALJ at Coney Island in 2/2014, I've come to know Mr. Cappogrosso to be notorious for his badgering of witnesses during hearings, as well as his undue penchant to make frivolous/unsupported motions to dismiss. This conduct was tolerated notwithstanding that it oftentimes went beyond what could be considered permissible advocacy.

Apart from his notoriety for being an obnoxious litigator, more recently, i.e. since Spring 2015 he has become a frightening & menacing litigator. Both his appearance &

previously well-kempt, he now comes to court unshaven and with sunken eyes. I believe he came to court with a black eye on one occasion. He has also become more argumentative in court so that his cross-examinations have had to be curtailed so as not to waste time on irrelevant lines of questioning. On one occasion, I had to stop court because he was yelling in the hallway to the point that court could not proceed in the midst of his loud tirade. I've never had to stop court before, over the course of 1000's of hearings.

I hate to admit it, and I cannot be sure my fears are warranted, but I am fearful that he is capable of violence, & I am even fearful that it could be directed at me.

Feel free to contact me with any questions

Sincerely

REDACTED

**EXHIBIT 28**

313111

TO JUDGE ALAN GleBStein
FROM Roy Tucci, Clerk.

INCIDENT 3/3/11 9:10 RM 3
MARIO CAPPOGROSSO ATTY. JUDGE DREW TILLMAN
Clerk RoyTucci
AT 9:10 AM MR CAPPOGROSSO Presented Ticket FOR RAKESh
K. SHARMA, Ticket MARKED READY. With OFFICE McGRATH.
AT: 9:25 CASES PENDING CALLED MR CAPPOGROSSO AND
MR GERBASI ATTORNYS were NOTIFIED that the
HEARINGS WAS READY. MR GERBASI WAS IN A HEARING IN RM
4, AND INDICATED He Would be in RM 3 AS SOON AS
POSSIBLE 9:30 AM MR GERBASI HEARING BEGAN I WENT
to RM 6. AND ADVISED WANDA ALFORD, CLERK AND
MR CAPPOGROSSO that His CASE IS READY. MR CAPPOGROSSO
JUST STARED And DIDNOT SAY Anything. AT 9:45 PM I
CALLED Traffic Violation MANAGEMENT AND Detailed the Problem.
AT 9:52 AM MR CAPPOGROSSO CAME INTO the RM with
Another CASE With OFFICER MALONE. AND SAID We
HAVE to DO this CASE. MR CAPPOGROSSO WAS INFORMED SINCE
9:25 AM He WAS PERSONALLY CALLED three times AND
DIDNOT HAVE the Time to ADVISE US WHAT WAS
the Delay. MR CAPPOGROSSO ONLY Response
WAS A BLANK STARE. And IF WE HAVE
A Problem, INFORM the SENIOR JUDGE.
MR CAPPOGROSSO ATTITUDE IS that He WILL
NOT TAKE Any DIRECTION FROM A Clerk,
JUDGE OR SENIOR JUDGE.

Sincerly,
Roy Tucci