# EXHIBIT E

Home (/)    Find a lawyer (/find-a-lawyer)

# Mario Capogrosso's reviews
★★★★★ 6 total

Review Mario Capogrosso (/attorneys/10532-ny-mario-capogrosso-1480563/write_review.html)

View contact info (/attorneys/10532-ny-mario-capogrosso-1480563.html#contact)

| | | |
|---|---|---|
| 5 Star | (/attorneys/10532-ny-mario-capogrosso-1480563/reviews.html?rating=5) | 100% (/attorneys/10532-ny-mario-capogrosso-1480563/reviews.html?rating=5) |
| 4 Star | | 0% |
| 3 Star | | 0% |
| 2 Star | | 0% |
| 1 Star | | 0% |

## Best lawyer Yet
★★★★★
Posted by Usher October 30, 2015

I know him for a nice few years now and had quite a few tickets and he dismissed all of them he is a great lawyer I would recommend everyone to give him a try !

This review is from a person who hired this attorney.
Hired attorney 

### we thank GOD for you .sultan glory
★★★★★

Posted by sultan September 27, 2015

my husband and I ,meet lawyer Mario Capogrosso, in Coney island ,we needed help and he took our case, and help my husband sultan: mr Capogrosso explain how the law work and the court work ,he was very professional ,my husband and I thank him very very much, thank you sir.

This review is from a person who hired this attorney.
Hired attorney 

### Very Helpful
★★★★★

Posted by Tanya September 25, 2015

My name is Tanya, and I met 1st met Mario over a decade ago in Brooklyn when looking for someone to help out with a traffic ticket. Mario explained everything very clearly and in great detail, and didn't promise he'd win but explained we had much better odds with him representing us. He won our case to my surprise and throughout the years whenever we needed his services or a different...

More ⌄

This review is from a person who hired this attorney.
Hired attorney 

### 12 years working with Mario
★★★★★

Posted by Mario Capogrosso in 2003, and have hired him over the years to help out with several traffic tickets. Mario has always been very sharp, attentive, and has won a few cases for me. As he states up front, "you have

a better chance with me than without me", so have no illusion that you're going to win every case. You're not. But after watching him several times, he truly is GREAT at his...

More ∨

This review is from a person who hired this attorney.
Hired attorney 

### Excellent experience
★★★★★

Posted by Arek from New Paltz August 27, 2015

What other lawyers said is impossible for him it was simple and doable. His rates are reasonable and much lower compared to others. Mr. Capogrosso helped me with many cases, criminal and traffic offenses. Highly recommended!

This review is from a person who hired this attorney.
Hired attorney 

### He won my case!
★★★★★

Posted by Hector August 19, 2010

I approached Mr. Capogrosso at Brooklyn South DMV 4 months ago after I posted bond for my traffic violation (Seat Belt). I asked him to represent me on my hearing on August 18th, 2010. He sat down with me for 10 minutes and reviewed my case right before we went and saw the judge. He was very persuasive and nailed the cop who wrote me the ticket on the inconsistencies...

More ∨

Write a review for Mario Capogrosso (/attorneys/10532-ny-mario-capogrosso-1480563/write_review.html)

About Avvo (/about_avvo/about_us)  Careers (/about_avvo/jobs)

Review your lawyer (/review-your-lawyer)  Blog (//stories.avvo.com)

For lawyers (/for-lawyers)

Recently Answered Questions (/free-legal-advice/recent)

Terms of use (/support/terms)  Privacy policy (/support/privacy)
Support (https://support.avvo.com/hc/en-us)
Community guidelines (/support/community_guidelines)  Sitemap (/sitemap)



© Avvo Inc. All Rights Reserved 2018