Papacresta
v.
Gelbstein

(CV-18-2710)

ORIGINAL 1/2

J. Brodie

J., Magistrate Bloom

1/31/2019

RE: Report and Recommendation

I reviewed J. Bloom's Report and Recommendation today 1/31/2019 at the Federal computer found in Eastern District Pro Se Office.

I read page 23 top 2 lines of par. 1 as

"Accordingly, the State Defendants Motion to Dismiss plaintiff's claim for prospective injunctive relief should BE DENIED with regard to Gelbstein (Arvo and Trawlen"

CAPOZZI
v.
GELBSTEIN

J. Bloom's ~~Summary~~ CONCLUSION, Page 30

~~Conclusion~~ Reads: Line ~~6~~ ~~8~~ 7

Reads

"Likewise Plaintiff's claims for prospective injunctive relief against Gelbstein, Calvo, and Trusten should be denied"

J. Bloom's

The Conclusion, contradicts ~~your~~ N ruling as I read the Recommendation.

I seek clarification, I would like to continue to proceed in at the TVB

I opt in under penalty of perjury that I mailed and attached to all attys & pro se letters on 1/31/19.

Respectfully, Truthfully, Schnitzel
Mario H. Capogrosso