UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARIO H. CAPOGROSSO,

                Plaintiff,

  -against-

ALAN GELBSTEIN, *in his official and individual capacity*, BORSHIRA VAHDATLAMAS, *in her official and individual capacity, also known as Bushra Vahdat*, IDA TRASCHEN, *in her official and individual capacity*, ELIZABETH PRICKETT-MORGRAN, *in her official and individual capacity*, JEAN FLANAGAN, *in her official and individual capacity*, VINCENT PALMIERI, *in his official and individual capacity*, DANIELLE CALVO, *in her official and individual capacity*, SADIQ TAHIR, *in his individual capacity*, PEC GROUP OF NY, INC., DAVID SMART, and JOHN AND JANE DOE,

                Defendants.
----------------------------------------------------------------X

**ORDER**
**18 CV 2710 (MKB)(LB)**

**BLOOM, United States Magistrate Judge:**

      This Order is to correct the Conclusion of my January 30, 2019 Report and Recommendation. Plaintiff notes an error in the Conclusion of my January 30, 2019 Report and Recommendation regarding his claim for prospective injunctive relief. ECF No. 52. The relevant portion of the Conclusion should be corrected to read: "Likewise, the State Defendants' motion to dismiss plaintiff's claim for prospective injunctive relief against Gelbstein, Calvo, and Traschen should be denied."

SO ORDERED.

                                              /S/
                                    LOIS BLOOM
                                    United States Magistrate Judge

Dated: February 4, 2019
       Brooklyn, New York