RCV'd 2/... J. Lee

J. Bloom

☐ ORIGINAL

*FILED*
2019 FEB 11 PM 8:50

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MARIO H. CAPOGROSSO,                           CIV18-2710

        Plaintiff

-against-

ALAN GELBSTEIN, in his official and individual capacity;
BOSHRA VAHDATLAMAS, (also known as BUSHRA VAHDAT) in her official and individual capacity;
IDA TRASCHEN, in her official and individual capacity;
ELIZABETH PRICKETT-MORGAN, in her official and individual capacity;
JEAN FLANAGAN, in her official and individual capacity;
VINCENT PALMIERI, in his official and individual capacity;
DANIELLE CALVO, in her official and individual capacity;
SADIQ TAHIR, in his individual capacity;
PEC GROUP OF NY, INC.;
DAVID SMART, in his individual capacity;
JOHN AND JANE DOE.

        Defendants



RECEIVED
FEB 11 2019
PRO SE OFFICE

---

## REQUEST FOR EXTENSION OF TIME TO FILE

## OBJECTIONS TO THE REPORT AND RECOMMENDATION

I request and additional fourteen days to respond to the <u>Report and Recommendation</u> filed on January 30, 2019. The time is needed to fully explore all the issues raised in such report. I thank J. Magistrate Bloom for the recommendations which were in my favor.

1

February 11, 2019
New Rochelle, NY

*[signature: M.H.C.]*

Mario H. Capogrosso, Esq.
21 Sheldrake Place
New Rochelle, NY 10804
(914) 806-3692

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

MARIO H. CAPOGROSSO, ESQ.

                              Plaintiff

-against-                                             CV18-2710

ALAN GELBSTEIN, et. al                    **AFFIRMATION OF SERVICE**

                              Defendants

---

       I, Mario H. Capogrosso, declare under penalty of perjury that I have served a copy of the attached Request for An Extension of Time upon:

Mark Siegmund
Assistant Attorney General
28 Liberty Street
New York, NY 10005
(upon affirmation of his representation of defendants
Gelbstein, Traschen, Vahdat, Palmieri, Flanagan, Calvo,
and Prickett-Morgan)

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

Pec Group of NY
935 S. Lake Blvd. #7
Mahopac, NY 10541

David Smart
2875 West 8th Street
Brooklyn, NY 11224

via U.S. Postal Service First Class Mail, this 11th day of February 2019.

New Rochelle, NY
February 11, 2019

                                                  Mario H. Capogrosso
                                                  21 Sheldrake Place
                                                  New Rochelle, NY 10804
                                                  (914) 806-3692