

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8627

February 12, 2019

VIA ECF

Hon. Margo K. Brodie  
United States District Judge  
Eastern District of New York  
225 Cadman Plaza East, Courtroom 6F  
Brooklyn, NY 11201

RE: *Capogrosso v. Gelbstein et al.*, No. 18-cv-2710 (E.D.N.Y.)

Dear Judge Brodie:

This Office represents defendants Gelbstein, Vahdat, Traschen, Morgan (formerly Prickett-Morgan), Calvo, Flanagan and Palmieri (collectively, the "State Defendants") in the above-referenced action.  Plaintiff recently submitted to the Court a Request for Extension of Time to File Objections to the Report and Recommendation (ECF Doc. No. 54), wherein he requested a 14 day extension, from February 13 to February 27, to respond to Magistrate Judge Bloom's Report and Recommendation, dated January 30, 2019.  Plaintiff's request did not comply with Your Honor's Rule 1(F), which requires that any request for an extension state, *inter alia*, "Whether the adversary consents, and, if not, the reasons given by the adversary for refusing to consent."

If Plaintiff had asked the State Defendants for consent, I would have informed him that they consent to no more than a one-week extension, provided that they are granted the same extension of time to submit their own objections and responses.  Accordingly, we respectfully request that, should the Court grant an extension to Plaintiff, the State Defendants be given the same extension of time to submit their own objections and responses.

Hon. Margo K. Brodie                                            February 12, 2019
                                                                                                         Page 2 of 2

                                                        Respectfully submitted,

                                                        /s/ Mark Siegmund

                                                        Mark Siegmund
                                                        Assistant Attorney General

Cc:      Mr. Mario H. Capogrosso (via First-Class Mail)
         21 Sheldrake Place
         New Rochelle, NY 10804

         Mr. David Smart (via First-Class Mail)
         2875 West 8th Street
         Brooklyn, NY 11229

         Mr. Sadiq Tahir (via First-Class Mail)
         2875 West 8th Street
         Brooklyn, NY 11224