FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ FEB 08 2019 ★
BROOKLYN OFFICE

RECEIVED
FEB 08 2019
PRO SE OFFICE

Mr. David S. Smart
2875 West 8th St.
Brookly, NY 11224

18CV2710
(MKB)

United States Magistrate Judg.
Clerk of U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Sir:

Your legal documents to me on a case dealing with with Mr-Mr Mario H. Caporosso, recie'd on January 31, 2019. Your honor my case is different- Mr. Mario H. Caporosso pushed me hard in my face at 2875 West 8th Street on 5/11/2015 — see attached documents of on & the police plaza — documents. I am requesting to have the case dismissed now.

Sincerely
Mr. David Smart

MR. DAVID SMART
1875 WEST 8th STREET
BROOKLYN, NY 11224

To:
From:

HONORABLE
UNITED ST
EASTERN DIS
225 CADMAN
BROOKLYN, N



U.S. POSTAGE PAID
FCM LG ENV
BROOKLYN, NY
11224
FEB 04, 19
AMOUNT
$1.15
R2304M116026-10

Lois Bloom
TES MAGISTRATE J[udge]
TRICT OF NEW YORK
PLAZA EAST