**INCIDENT INFORMATION SLIP**
PD 381-164 (REV. 11-10) Pct(RMU)
RD911673-11A52191



DATE: 05/11/2018

Welcome to the __60Pct__ 2951 West 8TH STREET, BROOKLYN, NEW YORK, 11224 (718)946-3311

We hope that your business with us was handled satisfactorily. Your particular matter has been assigned the following number(s).

Complaint Report No: __2573__   Accident Report No: _____   Aided Report No: _____

Reported to: __PO LettGreen__   Date of Occurrence: __05/11/2018__   Time: __0855hrs x 0930 hrs__

Location of Occurrence: __Inside of 2875 West 8th Street, Brooklyn NY 11224__

Crime: __Harassment__

Please keep this report, should you have to refer to this matter in the future. If you need any further assistance feel free to contact us at telephone Number (718) 946-3311. Please let us know if you have any suggestions on how we can better serve you. As you may already know, we will Provide you with a crime prevention survey of your residence or business. Please ask for more information on this and other crime prevention initiatives. Our goal is to make you our priority.

**COURTESY * PROFESSIONALISM * RESPECT**

**REMEMBER: CALL "911" FOR EMERGENCY ONLY!!!**

INCIDENT INFORMATION SLIP
PD 301-164 (Rev. 11-10) Pct (RMU)
KD941673 - IL352191

Welcome to __60th PRECINCT__ at __2951 WEST 8 STREET__
(Command)                         (Address)

We hope that your business with us was handled satisfactorily. Your complaint has been assigned the following number(s):

Complaint Report No. _____     Accident Report No. _____     (718) _____
                                                                                       (Telephone Number)

Reported to: __P.O. Quinn-Dudley__   _____   __8/30/12__   Time: __2105__   Date: __8/30/12__
             (Rank)   (Name)         Date

Crime: __Harassment__

Location of Occurrence: __2875 W. 8 St.__

Please keep this report should you have to refer to this matter in the future. If you need any further assistance feel free to contact us at telephone number (718) 946-3311. Please let us know if you have any suggestions on how we can better serve you. As you may already know, we will provide you a crime prevention survey of your residence or business. Please ask for more information on this and other crime prevention programs to make your property safe.

COURTESY * PROFESSIONALISM * RESPECT

REMEMBER: CALL "911" FOR EMERGENCIES ONLY!!!

COPY

RECEIVED AUG -2 2018 PRO SE OFFICE

Mr. David Smart
2875 West 8th St.
Brooklyn, NY 11229
August 2, 2018

Judge Margo K. Brodie
United States District Court
For the Eastern District
of New York         18 CV 2710
225 Cadman Plaza East
Room 1185
Brooklyn, NY 11201

Dear Your Honor.
   I am submitting two separate documents.
   (A) Reports from the Police Dept.
   (B) Reports Depart of Labor Relations of Department of Motor Vehicles.
   Thanks.

          Sincerely,
          Mr. David Smart

CC: Mario H. Capogrosso

# New York State Department of Motor Vehicles
## Coney Island
## Traffic Violations Bureau
## 2875 West 8th Street
## Brooklyn, New York 11224




Date: 5/11/15

To: Labor Relations

From: Danielle Calvo

Number of pages including coversheet: 5

Our Telephone: 718-266-6867
Our Fax:        718-266-7478

The last page is Mr. Tahir's statement from last week's incident. He just gave it in today.



MV-984 (12/11)



New York State Department of Motor Vehicles
## DIVISION OF LABOR RELATIONS
## REPORT OF WORKPLACE VIOLENCE INCIDENT

| OFFICE USE ONLY | |
|---|---|
| FILE NUMBER: | |
| Received: | |
| X RE: | |
| X RE: | |
| PRIVACY CONCERN: ☐ YES ☐ NO | |

Please fill out the form as accurately as possible and fax it to the Division of Field Investigation at (518) 474-7543 AND Labor Relations at (518) 474-8423. If the incident is a written threat, please include a copy of the letter with this report. Originals should be maintained in a workplace violence report folder at the primary office that the reporter works in.

### NAME OF INDIVIDUAL FILING REPORT

| Name | Title | Office Location | Phone Number |
|---|---|---|---|
| David Smart | Guard-Summit | Brooklyn South TVB | 718-266-5512 |

### INCIDENT REPORTED TO

| Date Reported | Person Reported To | Title |
|---|---|---|
| 5/11/15 | Danielle Calvo | Supervisor Grade 17 |

### INCIDENT

| Date | Time | AM/PM | Location of Occurrence |
|---|---|---|---|
| 5/11/15 | 8:50 | ☑ AM ☐ PM | Brooklyn South TVB near line 1 |

DFI Contacted? ☐ Yes ☑ No   DFI Contact Name

### EMPLOYEES INVOLVED

| Name | Title |
|---|---|
| David Smart | Security Guard-Summit Security |
| Name | Title |
| Name | Title |

### OUTSIDE INDIVIDUALS INVOLVED

| Name | Sex | Phone | Client ID # |
|---|---|---|---|
| Mario H. Capogrosso | ☑ Male ☐ Female | 914-806-3692 | |
| Address | City | State | Zip Code |
| 245 Saw Mill River Road Suite 106 | Hawthorne | NY | 10532 |
| Name | Sex ☐ Male ☐ Female | Phone | Client ID # |
| Address | City | State | Zip Code |
| Name | Sex ☐ Male ☐ Female | Phone | Client ID # |
| Address | City | State | Zip Code |

### WITNESSES

| Name | Sex | Phone |
|---|---|---|
| George Han-MVR | ☑ Male ☐ Female | 718-266-5512 |
| Address | City | State | Zip Code |
| 2875 West 8th Street | Brooklyn | NY | 11224 |
| Name | Sex | Phone |
| Anthony Adinolfi, ESQ | ☑ Male ☐ Female | 718-265-2211 |
| Address | City | State | Zip Code |
| 2875 West 8th Street | Brooklyn | NY | 11224 |
| Name | Sex ☐ Male ☐ Female | Phone | |
| Address | City | State | Zip Code |

Continue on other side

Page 1 of 2

From: 0000000000    Page: 3/5    Date: 5/11/2015 11:00:33 AM

**Description of Events Leading to the Incident and What Occured:**

Near line 1 Mr. Capogrosso said to security guard David Smart "Are you looking at me?". David replied "You are looking at me". Mr. Capogrosso said "back up, back up", he then pushed David in his chest.

**Nature and Extent of Injuries:**

**Additional Comments:**

911 was called and two officers responded. David went up to the 60pct with them to make a report. They said that they could not arrest Mr. Capogrosso because he pushed David with an open hand not a closed fist. I was told by Judge Gelbstein to go with officers from the police room, to tell Mr. Capogrosso that he must leave the building, and to give him legal's phone number for any further details. I did that and he left the building.

_____     VINCENT Palmieri
Danielle Calvo                    _____
Name of Individual Filing Report    Name of Supervisor

_____     _____
Signature of Individual Filing Report    Signature of Supervisor

5/11/15                       5/11/15
Date                          Date

4984 (12/11)

Page 2 of 2

From: 0000000000    Page: 5/5    Date: 5/11/2015 11:00:33 AM

Dear Sir,

Few weeks ago Attorney, Mario Copogrosso, put his bag on the chair where I regularly sit. Mr. Meyer moved his bag on the bench. A little later he again put his bag on the chair. Mr. Copogrosso & me had a little argument about this issue. I told him that chair is to sit, not for your bag. He tried to provoke me. I think, he thought I am an easy & soft target.

On 5/5/15 I put my bag & files on one corner of the bench as I have been putting my stuff for years. At about 12pm I left the room to use the bathroom, when I came back I saw Mr. Mario moved my bag & files and put his bag instead on the place where I kept my bag. I moved his bag on the other bench. He was looking at me and started shouting at me from outside. He came in the room and yelled at me, "Don't touch my bag!" I told him that you touched my bag and so I put your bag over there. I have nothing to do with your bag. He started yelling at me even louder. I think he wanted to provoke me, but I didn't give him any serious attention & tried to avoid him. He kept yelling at me, in the meantime Ms. Danielle came to the lawyers' room & told him "We don't want to hear it."

Then you came to find out as to what happened. I explained you everything, but he kept interfering during our conversation. You saw his attitude. I don't know as to what he was trying to prove. When you left, he again started shouting and called me "Shit". Then of course I raised my voice too.

After half an hour later I was going to the other side of the building when he passed me and said in a loud voice "Don't touch my stuff again!"

As you know, Ms. Fuller & me complained in writing for his behavior. Whenever he passes me he always said "Shit".

He is more powerful and strong than me and I am afraid that one day he can physically hurt me.

Thank you for your time and assistance on this matter.

Very truly yours,

M. Sadiq Tahir
Attorney At Law

**INCIDENT INFORMATION SLIP**
PD 301-164 (Rev. 11-10) Ferst (DiMi)
KDB9461-11353191



Welcome to __60th__ PRECINCT
(Command)

We hope that your business with us __2951 WEST 8 STREET BKLYN NY 11224__ has been handled satisfactorily. This particular matter has been assigned to the following number(s):

__(718) 946 - 3311__
(Telephone Number)

Complaint Report No.: __PO__ (circled)   Accident Report No.: _____   Alleged Report No.: _____

Reported to: __PO Cole Crespo #6661__
(Rank) (Name)   Date of Occurrence: __5/11/15__

Local of Occurrence: __2651 W 8 st__   Date: __5/11/15__   Time: __0855__

Crime: __Harassment__

Please keep this report should you have to refer to this matter in the future. If you need any further assistance feel free to contact us at (telephone number (718) 946 - 3311. Please let us know if you have any suggestions on how we can better serve you. As you may already know, we will provide you with a crime prevention survey of your residence or business. Please ask for more information on this and other crime prevention initiatives. Our goal is to make you feel safe.

**COURTESY * PROFESSIONALISM * RESPECT**

**REMEMBER : CALL "911" FOR EMERGENCIES ONLY!!!!**



# VERIFICATION OF CRIME/LOST PROPERTY
PD 542-061 (Rev. 09-16)

| Requests from complainants/victims or their authorized representative will be completed free of charge. Requests received from any other party must be accompanied by a **non-refundable** processing fee of $15.00 (Check or Money Order — NO CASH) payable to the NYC Police Department. Complainants/Victims designating an authorized representative must also complete and submit a notarized AUTHORIZATION LETTER [page 2]. All applicants must enclose a stamped self-addressed envelope. Please mail requests to: New York City Police Department, Criminal Records Section (Verification Unit), 1 Police Plaza, Room 303, New York, NY 10038. In order to find this record you MUST furnish all information requested below, particularly the complaint number and precinct of record (occurrence). Verification of your request cannot be made without this information. The complaint number may be obtained by calling the precinct or detective squad concerned during the hours of 7 a.m. to Midnight. | 002091 MAY 16, 2018 NO FEE FOR USE BY NYPD |

| * Complaint Number | * Precinct of Report | Exact location where crime took place |
|---|---|---|
| 2573 | 60 | 2875 WEST 8 STREET |

| Mail Record To: (Print or Type) | Full name and address of complainant/victim as reported to Police Department |
|---|---|
| MR. DAVID SMART<br>2355 BATCHELDER ST. 3E<br>BROOKLYN, NY 11229 | MR. DAVID SMART<br>2355 BATCHELDER ST. 3E<br>BROOKLYN, NY 11229 |

| Date reported to Police | Time (if known) 05/11/2015 | This report concerns: ☐ Crime  ☐ Lost Property<br>☑ Other (describe) HARASSMENT |
|---|---|---|

| Date and Time of Crime / Loss of Property (if different than date of report) | Date 05/11/2015 | Time 8:50 | Name of officer who received your report, if known.<br>PO LETTGREEN |
|---|---|---|---|

Any additional information which may aid in searching for your record

| Applicant's Name | Applicant's Signature | Date |
|---|---|---|
| DAVID SMART | | 05/29/2018 |

**FOR POLICE DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE**
THE FOLLOWING IS A VERIFICATION OF THE ABOVE REQUEST INCLUDING PROPERTY INVOLVED

## HARASSMENT/OTHER

COMPLAINANT STATES WHILE HAVING A VERBAL ARGUMENT OVER DEFT STARING AT HIM, DEFT DID PUSH COMPLAINANT. COMPLAINANT SUSTAINED NO INJURIES.

[NEW YORK CITY POLICE DEPARTMENT CRIMINAL RECORDS SECTION – ROOM 303, 1 POLICE PLAZA, NEW YORK, NEW YORK 10038 — stamp, appears twice]

Raised seal required for validation

| Alarm No. | Report verified by (print title, name/sign)<br>PAA KIM MUI | Date<br>05/29/2018 |
|---|---|---|

PAGE 1