**CLERK OF U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



18CV2710

14 FEB '19
PM 14

neo
02/    019

ZIP 11201
041     271720

Sadiq Tahir
2994 Coney Island Ave
Brooklyn, NY 11235

NIXIE       100    DE 1        0003/05/19

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 11201183299      *3045-07377-14-45

## Orders on Motions
1:18-cv-02710-MKB-LB
Capogrosso v. Gelbstein et al

NPROSE

### U.S. District Court

### Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 2/13/2019 at 12:42 PM EST and filed on 2/13/2019
**Case Name:**        Capogrosso v. Gelbstein et al
**Case Number:**      1:18-cv-02710-MKB-LB
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER granting [54] Motion for Extension of Time to File. The parties shall file any objections to Magistrate Judge Bloom's Report & Recommendation on or before February 27, 2019. Ordered by Judge Margo K. Brodie on 2/13/2019. (Obanor, Dorielle)**


**1:18-cv-02710-MKB-LB Notice has been electronically mailed to:**

Elizabeth A. Forman     elizabeth.forman@ag.ny.gov, Stephanie.Rosenberg@ag.ny.gov,
liz_forman@yahoo.com, oaglitb@ag.ny.gov

Mark Siegmund     mark.siegmund@ag.ny.gov

**1:18-cv-02710-MKB-LB Notice will not be electronically mailed to:**

David Smart
2875 West 8th Street
Brooklyn, NY 11224

Mario H. Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804

Sadiq Tahir
2994 Coney Island Ave
Brooklyn, NY 11235