ATTN: 1:18-CV-02710-MKB-LB

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ APR 15 2019 ★
BROOKLYN OFFICE

MR. DAVID SMART
2875 WEST 8th STREET
BROOKLYN, NY 11224
APRIL 8, 2019

US MAGISTRATE JUDE BLOOM,
ATTN: PRO SE OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST RM 1185
BROOKLYN, NY 11201

Dear Sir/Honor
 This letter is in reference to the case of my efforts to dismisse my case against Mr. MARRIO H. CAPOGROSSO, who was a man IN 5/11/2015 punged me in my chest — Police was notified the same date & he dissapeared the same date at the traffic court 2875 W. 8th Street, Brooklyn, NY 11224. Your Honor Mr. MARRIO H. CAPOGROSS is a BLACK BELT: KEMPO — MARTIAL ART a Deadly weapon of a kind that will kill anyone. I was futunate to survive is force. Mr. MARIO CAPOGROSSO is a man always punching the walls at the traffic court room

II   CASE #1: 18-CV-2710
                  MKB-LB

Your HONOR SIR — THE PEC SECURITY COMPANY IS No Longer operating Now — I am now working with a Complete Security firm who has No Connection with MR. MARIO H. Capobrosso.

I ask you to dismiss this case because I was a victim of MR. MARIO H. Capobrosso with his deadly Martial Arts — KEMPO — Martial Arts — BLACK BELT.

Your HONOR ATTACHED ARE DOCUMENTS — SUPPORTIVE INDEED AGAINST — MR. MARIO H. CAPOGROSSO WITH VARIOUS REPORTS FROM MANY VICTINESSES AT THE TRAFFIC COURT — 2875 W. 8th STREET BROOKLYN, NY 11224. WHICH STATED Purely of his actions against me & others.

Thank you your HONOR.

Sincerely,
MR David Smart

TO NOTE IN 29 MAY 2018

Document — SIGED & SIGNED BY MR Smart, THE DATE MAY 29, 2018 — SEEKING the Amount $100,000.00 AGAINST MR. M.H. CAPOGROSSO

# VERIFICATION OF CRIME/LOST PROPERTY
PD 542-061 (Rev. 09-16)

Requests from complainants/victims or their authorized representative will be completed free of charge. Requests received from any other party must be accompanied by a **non-refundable** processing fee of $15.00 (Check or Money Order — **NO CASH**) payable to the NYC Police Department. Complainants/Victims designating an authorized representative must also complete and submit a notarized AUTHORIZATION LETTER [page 2]. All applicants must enclose a stamped self-addressed envelope. Please mail requests to: New York City Police Department, Criminal Records Section (Verification Unit), 1 Police Plaza, Room 303, New York, NY 10038. In order to find this record you MUST furnish all information requested below, particularly the complaint number and precinct of record (occurrence). Verification of your request cannot be made without this information. The complaint number may be obtained by calling the precinct or detective squad concerned during the hours of 7 a.m. to Midnight.

002091
MAY 16, 2018
NO FEE
FOR USE BY NYPD

| *Complaint Number | *Precinct of Report | Exact location where crime took place |
|---|---|---|
| 2573 | 60 | 2875 WEST 8 STREET |

| Mail Record To: (Print or Type) | Full name and address of complainant/victim as reported to Police Department |
|---|---|
| MR. DAVID SMART<br>2355 BATCHELDER ST. 3E<br>BROOKLYN, NY 11229 | MR. DAVID SMART<br>2355 BATCHELDER ST. 3E<br>BROOKLYN, NY 11229 |

| Date reported to Police | Time (if known) 05/11/2015 | This report concerns: ☐ Crime ☐ Lost Property ☑ Other (describe) HARASSMENT |
|---|---|---|

| Date and Time of Crime / Loss of Property (if different than date of report) | Date 05/11/2015 | Time 8:50 | Name of officer who received your report, if known. PO LETTGREEN |
|---|---|---|---|

Any additional information which may aid in searching for your record

| Applicant's Name | Applicant's Signature | Date |
|---|---|---|
| DAVID SMART | | 05/29/2018 |

**FOR POLICE DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE**
THE FOLLOWING IS A VERIFICATION OF THE ABOVE REQUEST INCLUDING PROPERTY INVOLVED

## HARASSMENT/OTHER

COMPLAINANT STATES WHILE HAVING A VERBAL ARGUMENT OVER DEFT STARING AT HIM, DEFT DID PUSH COMPLAINANT. COMPLAINANT SUSTAINED NO INJURIES.

Raised seal required for validation

| Alarm No. | Report verified by (print title, name/sign) PAA KIM MUI | Date 05/29/2018 |
|---|---|---|

PAGE 1



**LABOR RELATIONS**
6 EMPIRE STATE PLAZA • ALBANY, NY 12228

July 2, 2018

David Smart
2355 Batchelder St., Apt. 3E
Brooklyn, NY 11229

Dear Mr. Smart:

On June 19, 2018, I received your letter requesting details of the event referenced in my May 15, 2015 letter to you. The May 15, 2015 letter confirmed that the Division of Labor Relations had received a report of a workplace violence incident on May 11, 2015.

In response to this request, I am providing you with the enclosed copy of this workplace violence incident report and accompanying documents that my office received.

Sincerely,

Nancy Spenziero
Director of Labor Relations

Enclosure

# New York State Department of Motor Vehicles
# Coney Island
# Traffic Violations Bureau
## 2875 West 8th Street
## Brooklyn, New York 11224




Date: 5/11/15

To: Labor Relations

From: Danielle Calvo

Number of pages including coversheet: 5

Our Telephone: 718-266-6867
Our Fax: 718-266-7478

The last page is Mr. Tahir's statement from last week's incident. He just gave it in today.



MV-984 (12/11)

# New York State Department of Motor Vehicles
## DIVISION OF LABOR RELATIONS
### REPORT OF WORKPLACE VIOLENCE INCIDENT

**OFFICE USE ONLY**

FILE NUMBER: _____

Received: _____

X RE: _____

X RE: _____

PRIVACY CONCERN: ☐ YES  ☐ NO

Please fill out the form as accurately as possible and fax it to the Division of Field Investigation at (518) 474-7543 **AND** Labor Relations at (518) 474-8423. If the incident is a written threat, please include a copy of the letter with this report. Originals should be maintained in a workplace violence report folder at the primary office that the reporter works in.

## NAME OF INDIVIDUAL FILING REPORT

| Name | Title | Office Location | Phone Number |
|---|---|---|---|
| David Smart | Guard-Summit | Brooklyn South TVB | 718-266-5512 |

## INCIDENT REPORTED TO

| Date Reported | Person Reported To | Title |
|---|---|---|
| 5/11/15 | Danielle Calvo | Supervisor Grade 17 |

## INCIDENT

| Date | Time | AM/PM | Location of Occurrence |
|---|---|---|---|
| 5/11/15 | 8:50 | ☑ AM ☐ PM | Brooklyn South TVB near line 1 |

DFI Contacted? ☐ Yes ☑ No    DFI Contact Name: _____

## EMPLOYEES INVOLVED

| Name | Title |
|---|---|
| David Smart | Security Guard-Summit Security |
| | |
| | |

## OUTSIDE INDIVIDUALS INVOLVED

| Name | Sex | Phone | Client ID # |
|---|---|---|---|
| Mario H. Capogrosso | ☑ Male ☐ Female | 914-806-3692 | |
| Address: 245 Saw Mill River Road Suite 106 | City: Hawthorne | State: NY | Zip Code: 10532 |
| Name: | ☐ Male ☐ Female | Phone: | Client ID #: |
| Address: | City: | State: | Zip Code: |
| Name: | ☐ Male ☐ Female | Phone: | Client ID #: |
| Address: | City: | State: | Zip Code: |

## WITNESSES

| Name | Sex | Phone |
|---|---|---|
| George Han-MVR | ☑ Male ☐ Female | 718-266-5512 |
| Address: 2875 West 8th Street | City: Brooklyn | State: NY  Zip Code: 11224 |
| Anthony Adinolfi, ESQ | ☑ Male ☐ Female | 718-265-2211 |
| Address: 2875 West 8th Street | City: Brooklyn | State: NY  Zip Code: 11224 |
| Name: | ☐ Male ☐ Female | Phone: |
| Address: | City: | State:  Zip Code: |

Continue on other side

Page 1 of 2

**Description of Events Leading to the Incident and What Occured:**

Near line 1 Mr. Capogrosso said to security guard David Smart "Are you looking at me?". David replied "You are looking at me". Mr. Capogrosso said "back up, back up", he then pushed David in his chest.

**Nature and Extent of Injuries:**

**Additional Comments:**

911 was called and two officers responded. David went up to the 60pct with them to make a report. They said that they could not arrest Mr. Capogrosso because he pushed David with an open hand not a closed fist. I was told by Judge Gelbstein to go with officers from the police room, to tell Mr. Capogrosso that he must leave the building, and to give him legal's phone number for any further details. I did that and he left the building.

| Danielle Calvo | Vincent Palmieri |
|---|---|
| Name of Individual Filing Report | Name of Supervisor |
| [signature] | [signature] |
| Signature of Individual Filing Report | Signature of Supervisor |
| 5/11/15 | 5/11/15 |
| Date | Date |

V-984 (12/11)  Page 2 of 2

Dear Sir,

Few weeks ago Attorney, Mario Copogrosso, put his bag on the chair where I regularly sit. Mr. Meyer moved his bag on the bench. A little later he again put his bag on the chair. Mr. Copogrosso & me had a little argument about this issue. I told him that chair is to sit, not for your bag. He tried to provoke me. I think, he thought I am an easy & soft target.

On 5/5/15 I put my bag & files on one corner of the bench as I have been putting my stuff for years. At about 12pm I left the room to use the bathroom, when I came back I saw Mr. Mario moved my bag & files and put his bag instead on the place where I kept my bag. I moved his bag on the other bench. He was looking at me and started shouting at me from outside. He came in the room and yelled at me, "Don't touch my bag!" I told him that you touched my bag and so I put your bag over there. I have nothing to do with your bag. He started yelling at me even louder. I think he wanted to provoke me, but I didn't give him any serious attention & tried to avoid him. He kept yelling at me, in the meantime Ms. Danielle came to the lawyers' room & told him "We don't want to hear it."

Then you came to find out as to what happened. I explained you everything, but he kept interfering during our conversation. You saw his attitude. I don't know as to what he was trying to prove. When you left, he again started shouting and called me "Shit". Then of course I raised my voice too.

After half an hour later I was going to the other side of the building when he passed me and said in a loud voice "Don't touch my stuff again!"

As you know, Ms. Fuller & me complained in writing for his behavior. Whenever he passes me he always said "Shit".

He is more powerful and strong than me and I am afraid that one day he can physically hurt me.

Thank you for your time and assistance on this matter.

Very truly yours,

M. Sadiq Tahir
Attorney At Law



From: 0000000000 Page: 4/5 Date: 5/11/2015 11:00:33 AM

**INCIDENT INFORMATION SLIP**
PD 301-164 (Rev. 11-10) Pcnl (RMU)
KU941693 - 11352191

Date: 5/11/15

Welcome to 60th PRECINCT (Command) 2951 WEST 8 STREET BKLYN NY 11224 (Address) (718) 946 - 3311 (Telephone Number)

We hope that your business with us was handled satisfactorily. Your particular matter has been assigned the following number(s):

Complaint Report No.: ______ Accident Report No.: ______ Aided Report No.: ______

Reported to: PO Catt Green (Rank) (Name) Date of Occurrence: 5/11/15 Time: 0855

Location of Occurrence: 2815 W 8 St

Crime: Harassment

Please keep this report should you have to refer to this matter in the future. If you need any further assistance feel free to contact us at telephone number (718) 946 3311. Please let us know if you have any suggestions on how we can better serve you. As you may already know, we will provide you with a crime prevention survey of your residence or business. Please ask for more information on this and other crime prevention initiatives. Our goal is to make you and your property safe.

**COURTESY * PROFESSIONALISM * RESPECT**

**REMEMBER : CALL "911" FOR EMERGENCIES ONLY!!!!**

This fax was received by GFI FaxMaker fax server. For more information, visit http://www.gfi.com

INCIDENT INFORMATION SLIP
PD 381-164 (REV. 11-10) Pent(RMU)
RD911673-11A52191

DATE: 05/11/2018

Welcome to the   60Pct   2951 West 8Th STREET, BROOKLYN, NEW YORK, 11224   (718)946-3311

We hope that your business with us was handled satisfactorily. Your particular matter has been assigned the following number(s).

Complaint Report No: 2573         Accident Report No: _____   Aided Report No: _____

Reported to: PO Lett Green     Date of Occurrence: 05/11/2015     Time: 0855hrs x 0930 hrs

Location of Occurrence: Inside of 2875 West 8th Street, Brooklyn NY 11224

Crime: Harassment

Please keep this report, should you have to refer to this matter in the future. If you need any further assistance feel free to contact us at telephone Number (718) 946-3311. Please let us know if you have any suggestions on how we can better serve you. As you may already know, we will Provide you with a crime prevention survey of your residence or business. Please ask for more information on this and other crime prevention initiatives. Our goal is to make you our priority.

**COURTESY * PROFESSIONALISM * RESPECT**

**REMEMBER: CALL "911" FOR EMERGENCTY ONLY!!!**