From:- Civil Docket For Case # 18CV02710-MKB-LB

David Smart
2875 West 8th Street
Brooklyn, NY 11224

To:-

United States Magistrte Judge Bloom
United States District Court
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, NY 11201

