**MR. DAVID SMART IS SERIOUSLY SEEKING A PRO BONO LAWYER FOR THIS CASE**

rev. 7/08

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

Mario H. Capogrosso
                                    Plaintiff,

        -against-

Mr. David Smart
                                    Defendant(s).
---------------------------------------------------------X

REQUEST TO PROCEED
*IN FORMA PAUPERIS*
IN SUPPORT OF THE
APPLICATION FOR THE COURT TO
REQUEST COUNSEL

18 cv CV02710

I, __David Smart__ (print or type your name) am the plaintiff/defendant in the above-entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed, give the name and address of your employer and state the amount of earnings per month.
   __Employed by Explorer Security Company Now__

2. If you are not presently employed, state the date you were last employed and your earnings per month at that time. You must answer this question even if you are incarcerated.
   __None__

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.
   __None__

   a) Are you receiving any public benefits?         ☒ No  ☐ Yes, $_____

   b) Do you receive any income from any other source?  ☒ No  ☐ Yes, $_____

RECEIVED APR 24 2019 PRO SE OFFICE

rev. 7/08

STERLING BANK NY $47.00
BROOKLYN NY

4. Do you have any money, including money in a checking or savings account? If so, how much?

YES – FROM STERLING NATNL BANK

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other valuable property? If the answer is yes, describe the property and state its approximate value.

[X] No  [ ] Yes, $ _____ NONE

6. Do you pay for rent or for a mortgage? If so, how much each month?
[ ] No  [X] Yes, $ 843.00 A MONTH FROM NYC HOUSING AUTHORITY BK, NY

7. List the person(s) that you pay money to support and the amount you pay each month.

NONE

8. State any special circumstances which the Court should consider.

I AM CURRENTLY MAKING $18.00 AN HOUR – PAYING RENT OF $843.00 A MONTH.

I understand that the Court may dismiss this case if I give a false answer to any question in this declaration. THIS CASE MUST BE DISMISSED

I understand that if the Court grants this application in a complaint against the Commissioner of Social Security, the pro bono attorney, if successful, has the statutory right to request that the Court award a fee of up to 25% of the accrued Social Security or Supplemental Security Income Benefits. See 42 U.S.C. § 406.  I DO NOT HAVE MONEY TO MAINTAIN A LAWYER

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/22/19

Signature

rev. 7/08

NOTE I MAKE $18.00 DOLLARS A WEEK I MUST HAVE A LAWYER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

CAPOGROSSO, MARIO

Plaintiff,

-against-

MR DAVID SMART

Defendant(s).
-----------------------------------------------------------X

**AFFIRMATION OF SERVICE**

1:18cv02710 (m) KB-LB

I, MR. DAVID SMRT (print or type your name), declare under penalty of perjury that I have served a copy of the attached Application for the Court to Request Counsel upon the defendant(s) or the attorney for defendant(s) MR. DAVID SMART REQUESTING A PRO-NONO A LAWYER whose address is: 2875 WEST 8th ST BKLYN, NY 11224 by MAIL TO THE ORGAN OF COURT. (describe how you served document: For example - personal delivery, mail, overnight express, etc.)

Dated: 4/22/19

Signature

2875 WEST 8th ST.
Address

BROOKYN, NY 11224
NY, NY 11224
City, State & Zip Code

RECEIVED
APR 4 2019
PRO SE OFFICE

*rev. 7/08*

MR. DAVID SCHORR
287 SUNSET ST.
BROOKLYN NY 11224

ATTN: PRO SE WRIT CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN NY 11201

RECEIVED APR 24 2019 PRO SE OFFICE

U.S. POSTAGE PAID
FCM LG ENV
BROOKLYN, NY
11224
APR 22, 19
AMOUNT
$1.15
R2304E107350-1