ORIGINAL

18-CV-2710
(MKB)(LB)

5/24/19

J. BRODIE,

Defendant Smart has filed a letter/motion on ~~Thursday~~ of April 15, 2019. (DKT. No. 65). There is no Affidavit of Service attached. ~~stated~~

I did not receive such letter ~~and/or~~ or Motion by mail, personal service or otherwise.

I SEEK CLARIFICATION AS TO:

~~Mr.~~ Will Defendant ~~Smart~~ Smart's letter/Motion (Docket No. 65) be considered by this court as a Motion to ~~Dismiss~~ Dismiss to which I must ~~Respond~~ respond.

Respectfully Requested

M. H. C. [signature]

MARIO H. CAPOGROSSO

I affirm that the above mentioned letter was mailed by 1st class mail on 22nd day of May, 2019

RECEIVED MAY 24 2019 PRO SE OFFICE