ORIGINAL ORIGINAL

May 24, 2019

Hon. Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

United States Magistrate Judge Bloom
United States District Court
Eastern District of Ne York
225 Cadman Plaza East
Brooklyn, NY 11201



Re:   Capogrosso v. Gelbstein et al, No. 18-cv-2710 (E.D.N.Y.)

Judge Brodie:

### Request Seeking Relief

I am getting thin. I need to eat. I also need to pay some bills.

As such, I request a decision on the State Defendants' Motion to Dismiss filed with the Court on October 11, 2018.

I also request a ruling on the relief as requested in my Complaint, dated May 7, 2018, which seeks prospective injunctive relief enjoining the Defendants from denying the Plaintiff the right to practice law in the Traffic Violations Bureau Courts in the State of New York.

### Response to Defendant Smart's Letter and/or Motion filed February 8, 2019

I have only recently been made aware by your Court Clerk that Defendant Smart has filed a letter and/or motion to dismiss my Complaint with the Court on February 8, 2019.

I object to this letter and/or motion and request that such letter and/or motion be

1

denied.

The letter and/or motion bears no Affidavit of Service.

As an attorney duly licensed in the states of New York and Connecticut, I, Mario H. Capogrosso, affirm under penalty of perjury that I did not receive this letter and/or motion from Defendant Smart by mail, personal service, or otherwise. I have not been properly served.

Further the letter and/or motion states grounds for dismissal which show no earlier support in Defendant Smart's Answer and Counterclaim.

For such reasons, this letter and/or motion must be denied.


Respectfully truthfully requested,

*/s/ M.H.C.*
Mario H. Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

---

MARIO H. CAPOGROSSO, ESQ.

           Plaintiff

-against-                  CV-18-2710

ALAN GELBSTEIN, et. al          **AFFIRMATION OF SERVICE**

           Defendants

---

I, Mario H. Capogrosso, declare under penalty of perjury that I have served a copy of the attached Letter Seeking a Decision and Objection to Motion to Dismiss

upon:

Mark Siegmund (upon his affirmation
in representing Defendants
Gelbstein, Vahdat, Traschen, Prickett Morgan,
Flanagan, Palmieri, Calvo)
Assistant Attorney General
28 Liberty Street
New York, NY 10005

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

Pec Group of NY
935 S. Lake Blvd. #7
Mahopac, NY 10541

David Smart
2875 West 8th Street
Brooklyn, NY 11229

1

via U.S. Postal Service First Class Mail, or in hand personal service this 24th day of May, 2019.

New Rochelle, NY
May 24, 2019

*M.H.C.*
Mario H. Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804
(914) 806-3692

2