CV-18-2710

1.

RECEIVED SEP 30 2019 PRO SE OFFICE

ORIGINAL 9/30/2019

J. BRODIE.

I REQUEST CLARIFICATION OF YOUR MEMORANDUM AND DECISION OF SEPTEMBER 25, 2019. ON PAGE 22, SECTION IV CONCLUSION, THE COURT WRITES "THE COURT DENIES THE MOTION TO DISMISS PLAINTIFF'S FIRST AMENDMENT RETALIATION CLAIM AND CLAIM FOR PROSPECTIVE INJUNCTIVE RELIEF AGAINST GELBSTEIN, CALVO AND TRAICHEA"

<u>CLARIFICATION</u> — BY SUCH DECISION, HAVE I BEEN AWARDED PROSPECTIVE INJUNCTIVE RELIEF BY THE COURT WHICH WOULD ALLOW ME THE ABILITY TO PRACTICE LAW IN THE NEW YORK TRAFFIC VIOLATIONS BUREAUS COURT.

d.

Respectfully
Requested

M.H.C.
MARIO H. CAPOGROSSO

I AFFIRM THAT I HAVE SERVED A COPY OF THE LETTER OF CLARIFICATION UPON ALL PARTIES OF RECORD THIS 30th DAY OF SEPTEMBER 2019

M.H.C.
MARIO H. CAPOGROSSO