UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

―――――――――――――――――――― X

MARIO H. CAPOGROSSO

                         Plaintiff

-against-                                         18 CV 2710

ALAN GELBSTEIN, et. al                    **AFFIRMATION OF SERVICE**

                        Defendants.

―――――――――――――――――――― X

*FILED*
2019 OCT 24  PM 9:03


RECEIVED
OCT 24 2019
PRO SE OFFICE

I, Mario H. Capogrosso, declare under penalty of perjury that I have served a copy of the attached Amended Verified Complaint upon:

Mark Siegmund
(representing Defendants
Gelbstein, Traschen, Vahdat, Palmieri, Flanagan, Calvo,
and Prickett-Morgan)
Assistant Attorney General
28 Liberty Street
New York, NY 10005

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

Pec Group of NY
935 S. Lake Blvd. #7
Mahopac, NY 10541

David Smart
2875 West 8th Street
Brooklyn, NY 11224

1

via U.S. Postal Service First Class Mail, this 24 th day of October 2019.

Westchester, New York
October 24, 2019

Mario H. Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804
(914) 806-3692