

October 24, 2019

Hon. Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

United States Magistrate Judge Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  Capogrosso v. Gelbstein et al, No. 18-cv-2710 (E.D.N.Y.)

Letter of Clarification to Plaintiff's Amended Complaint

Judge Brodie:

  Pages 11-14 and paragraphs 44-64 of the my Amended Complaint show the changes made by way of such Amended Complaint.

October 24, 2019
Westchester County, New York

Respectfully truthfully provided,

_____
Mario H. Capogrosso

