UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____ X

MARIO H. CAPOGROSSO

                       Plaintiff

-against-                                      18 CV 2710

ALAN GELBSTEIN, et. al                       **AFFIRMATION OF SERVICE**

                       Defendants.

_____ X

*FILED*
2019 OCT 24  PM 9:03



      I, Mario H. Capogrosso, declare under penalty of perjury that I have served a copy of the attached Letter of Clarification to Plaintiff's Amended Complaint upon:

Mark Siegmund
(representing Defendants
Gelbstein, Traschen, Vahdat, Palmieri, Flanagan, Calvo,
and Prickett-Morgan)
Assistant Attorney General
28 Liberty Street
New York, NY 10005

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

Pec Group of NY
935 S. Lake Blvd. #7
Mahopac, NY 10541

David Smart
2875 West 8th Street
Brooklyn, NY 11224

1

via U.S. Postal Service First Class Mail, this 24 th day of October 2019.


Westchester, New York
October 24, 2019

_____
Mario H. Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804
(914) 806-3692