**CLERK OF U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
225 CADMAN PLAZA EAST
BROOKLYN, NY  11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300





neopost
10/30/2019
US POSTAGE $000.50⁰

FIRST-CLASS MAIL

ZIP 11201
041M11271726

Sadiq Tahir
2994 Coney Island Ave
Brooklyn, NY 11235



NIXIE        100   DE 1         0011/06/19
            RETURN TO SENDER
          INSUFFICIENT ADDRESS
           UNABLE TO FORWARD

BC: 11201183299      *0545-07482-30-45

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 08 2019 ★
BROOKLYN OFFICE

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ OCT 28 2019 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARIO H. CAPOGROSSO,

            Plaintiff,

  -against-

ALAN GELBSTEIN, *in his official and individual capacity*, BORSHRA VAHDATLAMAS, *in her official and individual capacity, also known as Bushra Vahdat*, IDA TRASCHEN, *in her official and individual capacity*, ELIZABETH PRICKETT-MORGRAN, *in her official and individual capacity*, JEAN FLANAGAN, *in her official and individual capacity*, VINCENT PALMIERI, *in his official and individual capacity*, DANIELLE CALVO, *in her official and individual capacity*, SADIQ TAHIR, *in his individual capacity*, PEC GROUP OF NY, INC., DAVID SMART, and JOHN AND JANE DOE,

            Defendants.
----------------------------------------------------------------X

ORDER
18 CV 2710 (MKB)(LB)

RP 11/13/19
AmH

**BLOOM, United States Magistrate Judge:**

The Court shall hold the initial conference in *pro se* plaintiff's case on November 14, 2019 at 12:00 p.m. in Courtroom 11A South of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York. No planning conference pursuant to Rule 26(a) shall be required at this time. Parties are advised that they must contact each other before making any request for an adjournment to the Court. Any request for an adjournment must be received in writing at least forty-eight (48) hours before the scheduled conference.

SO ORDERED.

                                                                   /s/ *Lois Bloom*
                                                                 LOIS BLOOM
                                                                 United States Magistrate Judge

Dated: October 28, 2019
        Brooklyn, New York