UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Hon. Lois Bloom
United States Magistrate Judge

Civil Conference Appearance Sheet

INITIAL CONFERENCE
NOVEMBER 14, 2019

Case Name: Capogrosso v. Gelbstein et al

Docket Number: 18cv2710

Tick Numbers: 12:07 - 1:09
Total Time in Court: 1 hr, 2 mins

**Plaintiff/Plaintiff's Counsel:**

Name: MARIO H. CAPOGROSSO

Address/Firm: 21 SHELDRAKE PLACE NEW ROCHELLE N.Y. 10804

Telephone: 914-806-3692

☐ This is a new address.

**Defendant(s):**

Counsel: Mark Siegmund

Firm Name: NY Attorney General

Counsel: David Smart

Firm Name: pro se