UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

MARIO H. CAPOGROSSO,

                        Plaintiff,

                        No. 18 Civ. 2710 (MKB) (LB)

    - against -

                        **NOTICE OF APPEARANCE**

ALAN GELBSTEIN, *et al.*,

                        Defendants.
----------------------------------------------------------------------X

PLEASE TAKE NOTICE that JAMES M. THOMPSON, an Assistant Attorney General in the Office of LETITIA JAMES, the Attorney General of the State of New York, certifies that he is admitted to practice before this Court and hereby appears as counsel of record for defendants Alan Gelbstein, Ida Traschen, and Danielle Calvo, in their individual and official capacities.

Dated:   New York, New York
            November 18, 2019

                                                                       LETITIA JAMES
                                                                       Attorney General of the State of New York
                                                                       <u>Attorney for Defendants Gelbstein, Traschen,</u>
                                                                         <u> and Calvo</u>

                                                                       By:    <u>/s/  James M. Thompson</u>
                                                                       James M. Thompson
                                                                       Assistant Attorney General
                                                                       28 Liberty Street
                                                                       New York, New York 10005
                                                                       (212) 416-6556

Cc:     Counsel of Record (via ECF)

        Mario Capogrosso (via First-Class Mail)
        21 Sheldrake Place
        New Rochelle, NY 10804

        David Smart (via First-Class Mail)
        2875 West 8th Street
        Brooklyn, NY 11224

        Sadiq Tahir (via First-Class Mail)
        2994 Coney Island Avenue
        Brooklyn, NY 11235