UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARIO H. CAPOGROSSO,

                Plaintiff,

- against -

ALAN GELBSTEIN, *in his official and individual capacity*, IDA TRASCHEN, *in her official and individual capacity*, DANIELLE CALVO, *in her official and individual capacity*, SADIQ TAHIR, *in his individual capacity*, PEC GROUP OF NY, INC., and DAVID SMART,

                Defendants.

No. CV 18-2710-MKB-LB

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 20 2019 ★
BROOKLYN OFFICE

/S/ Judge L. Bloom 11/20/19

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

On this day came for consideration the Motion of Mark Siegmund for Leave to Withdraw as Counsel for defendants Alan Gelbstein, Ida Traschen, and Danielle Calvo (collectively, the "State Defendants"). Having considered the motion, the Court finds that it is hereby GRANTED.

Accordingly, it is ORDERED that Mark Siegmund is hereby withdrawn as counsel of record for the State Defendants and shall be removed from all future notices in this lawsuit. SO ORDERED.

Dated: Brooklyn, New York
_____, 2019

So Ordered: /S/ Judge Lois Bloom
11/20/19
Lois Bloom
U.S. Magistrate Judge