UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARIO H. CAPOGROSSO,

              Plaintiff,

    -against-

ALAN GELBSTEIN, *in his official and
individual capacity*, IDA TRASCHEN,
*in her official and individual capacity*,
DANIELLE CALVO, *in her official and
individual capacity*, SADIQ TAHIR,
*in his individual capacity*, PEC GROUP
OF NY, INC., and DAVID SMART,

              Defendants.
-----------------------------------------------------------------X

**ORDER**
**18 CV 2710 (MKB)(LB)**

**BLOOM, United States Magistrate Judge:**

The state defendants request an extension of the December 4, 2019 deadline to answer

plaintiff's complaint and for the parties to exchange their initial disclosures. ECF No 89. Although

plaintiff consents to the extension of time to exchange initial disclosures, he does not consent to

extend the state defendants' time to answer his complaint. The state defendants' request is granted

over plaintiff's objection.

The state defendants shall answer plaintiff's Complaint, ECF No. 1, and plaintiff and the

state defendants shall exchange initial disclosures by **December 18, 2019.**

SO ORDERED.

              /S/ Judge Lois Bloom
              LOIS BLOOM
              United States Magistrate Judge

Dated: November 27, 2019
      Brooklyn, New York