**ORIGINAL**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

_____ X

MARIO H. CAPOGROSSO

                          Plaintiff

-against-                                    18 CV 2710

ALAN GELBSTEIN, et. al                 **AFFIRMATION OF SERVICE**

                          Defendants.

_____ X

RECEIVED DEC 0 2 2019 PRO SE OFFICE

I, Mario H. Capogrosso, declare under penalty of perjury that I have served a copy of the attached Letter to Judge Brodie and J. Magistrate Bloom seeking relief:

upon:

James Thomson
(representing Defendants
Gelbstein, Traschen, and Calvo),
Assistant Attorney General
28 Liberty Street
New York, NY 10005

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

Pec Group of NY
935 S. Lake Blvd. #7
Mahopac, NY 10541

David Smart
2875 West 8th Street
Brooklyn, NY 11224



1

via U.S. Postal Service First Class Mail, this 1st day of December 2019.

New Rochelle, NY
December 1, 2019

*/s/ Mario H. Capogrosso*

Mario H. Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804
(914) 806-3692