Case 1:18-cv-02710-EK-LB  Document 92  Filed 12/03/19  Page 1 of 1 PageID #: 1239

**CLERK OF U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



RD 12/4/19



neopost
11/21/2019
US POSTAGE $000.50⁰

FIRST-CLASS MAIL

ZIP 11201
041M11271726

Sadiq Tahir
2875 W. 8th Street
Brooklyn, NY 12224

RECEIVED DEC 03 2019 PRO SE OFFICE

NIXIE    100      1           0011/27/19
         RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD

ANK    BC: 11201183299    *0444-10132-22-45