| | |
|---|---|
| **From:** | nry4@aol.com |
| **To:** | Thompson, James |
| **Subject:** | Re: Capogrosso v. Gelbstein, et al., No. 18 Civ. 2710 (E.D.N.Y.) |
| **Date:** | Tuesday, December 3, 2019 12:04:00 PM |
| **Attachments:** | image002.png |

**[EXTERNAL]**

I talk to people, so I do not accept.

Your exact words in our first telephone conversation were  - "You sought an extension to file discovery"

Our second conversation stated - "The order indicates discovery and Answer." and that you sought an extension on both.

**I want to be dealt with honestly by your office.**

**Tape our conversations - I have no problem - if you do**

**then you are not being truthful.**

I have no problem with all our conversations being taped.

If I cannot talk to you directly, perhaps another attorney should be assigned.

**File anything you like I will respond.**


2) With respect to my going to DMV to comply with discovery,

have you spoken to legal counsel for DMV.

Mario H. Capogrosso


-----Original Message-----
From: Thompson, James <James.Thompson@ag.ny.gov>
To: NRY4@AOL.COM <NRY4@AOL.COM>
Sent: Tue, Dec 3, 2019 11:49 am
Subject: Capogrosso v. Gelbstein, et al., No. 18 Civ. 2710 (E.D.N.Y.)

Dear Mr. Capogrosso,

I have received a copy of your letter-motion via ECF, in which you write *inter alia* that I made a "misrepresentation" to the Court regarding our telephone calls last week and refer to me as a "lying lawyer[] at the DMV."  I anticipate that we will put in a substantive response within the time allotted in Local Civil Rule 37.3, but suffice it to say that your recollection of the two telephone calls is not correct: I clearly communicated to you in both conversations that we sought an extension of both the time to answer and the initial disclosure deadline.

Given the manifest difficulties that we have encountered in working together by phone, I think it is best if we conduct all future communications via email.  In so doing, we can avoid any ambiguity over who said what and when.  You can always reach me at this email address, which I check

regularly, and I will email you at the address above, which is the one listed on your New York State attorney registration, or at any other address you prefer.

Yours sincerely,

James



**James M. Thompson | Assistant Attorney General**

New York State Office of the Attorney General, Litigation Bureau

28 Liberty Street, 17th Floor | New York, NY 10005

Tel: (212) 416-6556 | James.Thompson@ag.ny.gov

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.