**CLERK OF U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RD 12/11/19

18 CV 2710 MKB



neopost
11/21/2019
US POSTAGE $000.50⁰
FIRST-CLASS MAIL
ZIP 11201
041M11271726



Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

NIXIE        100    DE  1            0012/05/19

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

IA    BC: 11201183299    *0444-10131-22-45