Case 1:18-cv-02710-EK-LB Document 97 Filed 12/12/19 Page 1 of 1 PageID #: 1249

**CLERK OF U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RD 12/6/19

neopost
11/27/2019
US POSTAGE $000.50⁰

FIRST-CLASS MAIL

ZIP 11201
041M11271726

18cv2710 MKB

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 12 2019 ★

BROOKLYN OFFICE

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

NIXIE  188  DE  1  0012/10/19
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 11201183299  *1145-92464-02-41