

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

RD 12/16/19

neopost
12/04/2019
US POSTAGE $000.50⁰

FIRST-CLASS MAIL

ZIP 11201
041M11271726

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 13 2019 ★

BROOKLYN OFFICE

