**CLERK OF U.S. DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

**225 CADMAN PLAZA EAST**

**BROOKLYN, NY 11201**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



RD 11/2/20

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 30 2019 ★

BROOKLYN OFFICE



neopost
12/12/2019
US POSTAGE $000.50⁰

FIRST-CLASS MAIL

ZIP 11201
041M11271726



18cv2710 MKB

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

NIXIE       100   SE 1           0012/28/19

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

NSN          BC: 11201183299       *1483-07816-13-01
11201>1832