| | |
|---|---|
| **From:** | nry4@aol.com |
| **To:** | Thompson, James |
| **Subject:** | Re: Capogrosso v. Gelbstein, et al., No. 18 Civ. 2170 (EDNY) |
| **Date:** | Wednesday, December 11, 2019 8:30:43 PM |
| **Attachments:** | image002.png |
| | image003.png |

I listen to judges not lawyers.

I have an order from J. Magistrate Bloom to comply with disclosure.

I will obey such order, and do so I need to enter the DMV, if the presiding judge tells me to leave I will have to obey.

At that point, that judge violates J. Magistrates Bloom's Order as well as J. Brodies directive as of August 2018, our initial conference

wherein J. Brodie states that she will not decide on whether I can or cannot go to DMV.

I will direct you to our last conference,

If you need a reference - ECF no. 82, "The parties shall complete all discovery by 5/15/2020."

ECF 90 - "The parties shall exchange initial disclosures by 12/18/19"

This is my Complaint, I conduct discovery as I see fit, in compliance with ECF 82 and 90,

as well as J. Brodie's directive of August 2018, our initial conference.

I have not received nor reviewed the last filing by the Court, and will need to review it.

And I have not received by mail your last filing of December 6, 2019, I demand expeditious mailing of all filings.

Mario H. Capogrosso

-----Original Message-----
From: Thompson, James <James.Thompson@ag.ny.gov>
To: nry4@aol.com <nry4@aol.com>
Sent: Wed, Dec 11, 2019 5:06 pm
Subject: RE: Capogrosso v. Gelbstein, et al., No. 18 Civ. 2170 (EDNY)

Dear Mr. Capogrosso,

I have conferred with DMV, which has instructed me to tell you that you should not physically go to the TVB unless and until there is an order from the Court allowing it.  I am not aware of any such order – I suspect there is not one, since if the Court had already ordered that you be permitted to go physically to the TVB, you would not have needed to make the motion you made last week.  That said, if I am incorrect and the Court has issued such an order, please forward me a copy.

You made your motion to compel entry to the TVB last week, and we opposed it last week.  As you

may have seen earlier today, the Court has scheduled a conference on January 10 to discuss it.  The Court will make her ruling, and if it is in your favor we will of course comply with it.  In the meantime, you should not go to the TVB.

Best,

James



**James M. Thompson | Assistant Attorney General**
New York State Office of the Attorney General, Litigation Bureau
28 Liberty Street, 17th Floor | New York, NY 10005
Tel: (212) 416-6556 | James.Thompson@ag.ny.gov

**From:** nry4@aol.com <nry4@aol.com>
**Sent:** Wednesday, December 11, 2019 4:31 PM
**To:** Thompson, James <James.Thompson@ag.ny.gov>
**Subject:** Re: Capogrosso v. Gelbstein, et al., No. 18 Civ. 2170 (EDNY)

[EXTERNAL]

I will be at the DMV to perform discovery with respect to my Complaint.

A Court Order has been issued by Judge Magistrate Bloom that allows me to conduct discovery in this matter.

Since Judge Magistrate Bloom's Order has not been vacated nor amended, it is in full force and effect.


Further with respect to the allegations brought before me ,they are allegations,  they all remain unproven

and I have responded to all of them in kind.


Mario H. Capogrosso

-----Original Message-----
From: Thompson, James <James.Thompson@ag.ny.gov>
To: NRY4@AOL.COM <NRY4@AOL.COM>
Sent: Wed, Dec 11, 2019 10:08 am
Subject: Capogrosso v. Gelbstein, et al., No. 18 Civ. 2170 (EDNY)

Dear Mr. Capogrosso,

I received your voicemail message from earlier today requesting a copy of our response to your recent letter-motion.  A digital version is attached, and our office also sent you a copy by mail.

Going forward, I would recommend that you register for notifications via the Court's ECF website, which will automatically email you whenever a document or other entry is filed to the docket.  It also makes filing documents and motions a lot easier.  In the meantime, we will keep sending you copies of our filings by mail, or by email if you'd prefer.

Best,

James



**James M. Thompson | Assistant Attorney General**
New York State Office of the Attorney General, Litigation Bureau
28 Liberty Street, 17th Floor | New York, NY 10005
Tel: (212) 416-6556 | James.Thompson@ag.ny.gov

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.