

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

2020 JAN -8 PM 9: 57

---

MARIO H. CAPOGROSSO, ESQ.

                            Plaintiff

-against-                                    CV-18-2710

ALAN GELBSTEIN, et. al                  **AFFIRMATION OF SERVICE**

                            Defendants

---

      I, Mario H. Capogrosso, declare under penalty of perjury that I have served a copy of the attached Letter of Reply to State Defendants letters of December 6, 2019 and December 11, 2019 upon:

James Thomson (representing Defendants
Gelbstein, Vahdat, Traschen, Prickett Morgan,
Flanagan, Palmieri, Calvo)
Assistant Attorney General
28 Liberty Street
New York, NY 10005

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

Pec Group of NY
935 S. Lake Blvd. #7
Mahopac, NY 10541

David Smart
2875 West 8th Street
Brooklyn, NY 11229



1

via U.S. Postal Service First Class Mail, or in hand personal service this 8th day of January 2020.

New Rochelle, NY
January 8, 2020

_____
Mario H. Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804
(914) 806-3692