J. BRODIE

By Clerk of Court First.



RECEIVED
JAN 08 2020
PRO SE OFFICE