UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Hon. Lois Bloom
United States Magistrate Judge

Civil Conference Appearance Sheet

STATUS CONFERENCE
JANUARY 10, 2020

Case Name: Capogrosso v. Gelbstein, et al.

Docket Number: 18 cv 2710

Tick Numbers: 10:50 – 11:33
Total Time in Court: 43 mins

**Plaintiff/Plaintiff's Counsel:**

Name: _____

Address/Firm: _____

Telephone: _____

☐ This is a new address.

**Defendant(s):**

*State Defendants and DMV*

Counsel: James M. Thompson
Firm Name: Office of the New York State Attorney General

π →

Counsel: MARIO H. CAPOGROSSO
Firm Name: [signature/scribble]