UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARIO H. CAPOGROSSO,

                Plaintiff,                              **ORDER**
                                                               **18 CV 2710 (EK)(LB)[1]**

  -against-

ALAN GELBSTEIN, *in his individual capacity*, IDA
TRASCHEN, *in her individual capacity*, DANIELLE
CALVO*, in her individual capacity*, SADIQ TAHIR,
*in his individual capacity*, PEC GROUP
OF NY, INC., DAVID SMART, and DMV
COMMISSIONER MARK SCHROEDER,
*in his official capacity*,

                Defendants.
-----------------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

        Plaintiff filed two letters regarding the parties' depositions. ECF Nos. 109–110. He reports that defendants seek to hold Ida Traschen's deposition in Albany instead of Brooklyn. ECF No. 109 at 2, 6. Plaintiff does not consent to deposing Traschen by telephone. Id. at 5. As Traschen is a named defendant in this action and defendants were granted permission to hold all the depositions in this action in the Brooklyn Courthouse, defendants shall bear the cost for Traschen's travel to Brooklyn to be deposed. Plaintiff also reports that he intends to depose three defendants in the same day. ECF No. 110 at 3, 6. Rule 30 of the Federal Rules of Civil Procedure provides that a deposition "is limited to 1 day of 7 hours." Fed. R. Civ. P. 30(d)(1). Although the Court would not advise trying to depose three defendants in the same day, plaintiff may do so. However, if he chooses to do so, he must complete all three depositions on the selected day.

        The Court has reserved Room 402 South in the Brooklyn Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, from 9:00 a.m. to 5:00 p.m. for the parties to conduct

---

[1] This case was reassigned to the Honorable Eric Komitee on February 7, 2020.

depositions on the four dates requested: March 12, March 19, April 29, and April 30, 2020. ECF No. 109 at 1. The parties shall jointly confirm in writing the dates of the depositions by February 25, 2020. The parties are reminded of their obligation to cooperate regarding discovery and that they must make a good-faith effort to resolve any dispute prior to seeking Court intervention. L. Civ. R. 26.4, 37.3.

SO ORDERED.

Dated: February 18, 2020
      Brooklyn, New York

/S/
LOIS BLOOM
United States Magistrate Judge