

Case 1:18-cv-02710-EK-LB   Document 112   Filed 02/18/20   Page 1 of 1

**CLERK OF U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

18cv2710 EK

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

NIXIE       100       FE 1       0002/12/20

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 11201183299       *1645-00393-14-46

neopost
01/14/2020
US POSTAGE $000.50⁰

ZIP 11201
041M11271726