**CLERK OF U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

3/4/20

neopost
02/19/2020
US POSTAGE $000.50

ZIP 11201
041M11271726

18cv2710 EK

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

NIXIE       100     FE 1         0002/28/20
                RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
                UNABLE TO FORWARD

BC: 11201183299      *0745-02630-19-43