

## STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-6556

March 20, 2020

**Via ECF**

The Honorable Lois Bloom  
United States District Court for the Eastern District of New York  
Theodore Roosevelt United States Courthouse  
225 Cadman Plaza East  
Brooklyn, NY 11201

    Re:   <u>Capogrosso v. Gelbstein, et al.</u>, No. 18 Civ. 2710 (EK) (LB)

Dear Judge Bloom,

    Pursuant to the Court's Order dated March 18, 2020, Dkt. No. 118, attached as Exhibit 1 please find an affirmation of service, certifying that I sent a hard copy of Your Honor's Order to the *pro se* attorney Plaintiff by mail.

    The State Defendants note for the record that, as evidenced by the email exchange attached as Exhibit 2, the *pro se* attorney Plaintiff appears to be receiving notice of docket filings electronically, despite his refusal to participate in the ECF filing system.

                        Respectfully submitted,

                        James M. Thompson  
                        Assistant Attorney General  
                        james.thompson@ag.ny.gov

Cc:   All counsel of record (via ECF)

       Mario Capogrosso (via email)  
       21 Sheldrake Place  
       New Rochelle, NY 10804