AFFIRMATION OF SERVICE

JAMES M. THOMPSON, an attorney admitted to practice in the State of New York and an Assistant Attorney General in the office of LETITIA JAMES, Attorney General of the State of New York, attorney for the State Defendants, affirms the following under penalty of perjury:

On March 19, 2020, I served a copy of the Court's Order dated the previous day (Dkt. No. 118) upon the Plaintiff, by depositing a true copy thereof, properly enclosed in a sealed, stamped envelope, in a mailbox located at Amsterdam Avenue and Cathedral Parkway, New York, NY, a depository under the exclusive care and custody of the United States Postal Service, directed to the Plaintiff at the address heretofore designated for that purpose, as follows:

**Mario Capogrosso**
**21 Shelldrake Place**
**New Rochelle, NY 10804**

Dated: New York, New York
       March 20, 2020

_____
JAMES M. THOMPSON