# Exhibit 1

**From:** nry4@aol.com
**To:** Thompson, James
**Subject:** Deposition Notices, CV 18-2710
**Date:** Wednesday, March 11, 2020 3:49:09 PM
**Attachments:** Deposition Notices.pdf

**[EXTERNAL]**

Find attached depositon notices.

Mario H. Capogrosso

# Attachments Omitted