# Exhibit 2

| | |
|---|---|
| **From:** | nry4@aol.com |
| **To:** | Thompson, James |
| **Subject:** | Re: Capogrosso v. Gelbstein, et al., No. 18 Civ. 2170 (EDNY) |
| **Date:** | Wednesday, December 11, 2019 4:40:26 PM |
| **Attachments:** | image004.png |
| | image003.png |

Dont tell me how to handle my case.

I did not consent to electronic service in this matter.

Mail everything to me and mail it timely. I have not received your Dec. 6, 2019 filing.

There is a Court order in effect concerning discovery which has not been vacated nor amended.

I will abide by it.

And stop with your false accusations. No allegation nor complaint has been proven against me.

I have an impeccable record at the DMV.



Mario H. Capogrosso




-----Original Message-----
From: Thompson, James <James.Thompson@ag.ny.gov>
To: nry4@aol.com <nry4@aol.com>
Sent: Wed, Dec 11, 2019 4:32 pm
Subject: RE: Capogrosso v. Gelbstein, et al., No. 18 Civ. 2170 (EDNY)

Hi Mr. Capogrosso,

A copy of our response was attached to the previous email.  The response was also sent to you by mail and is available on the public docket.  In the interest of convenience, the response is attached to this email as well.

Best,

James



**James M. Thompson | Assistant Attorney General**
New York State Office of the Attorney General, Litigation Bureau
28 Liberty Street, 17th Floor | New York, NY 10005
Tel: (212) 416-6556 | James.Thompson@ag.ny.gov

**From:** nry4@aol.com <nry4@aol.com>
**Sent:** Wednesday, December 11, 2019 4:17 PM
**To:** Thompson, James <James.Thompson@ag.ny.gov>
**Subject:** Re: Capogrosso v. Gelbstein, et al., No. 18 Civ. 2170 (EDNY)

**[EXTERNAL]**

I suggest you do not tell me how to handle my case.

I have not agreed to electronic service.

Once again as of close of business on Dec 10 2019 I have not received your last filing

I need it immediately

an pick up the phone.

I talk to people - not machines.

Mario H. Capogrosso

-----Original Message-----
From: Thompson, James <James.Thompson@ag.ny.gov>
To: NRY4@AOL.COM <NRY4@AOL.COM>
Sent: Wed, Dec 11, 2019 10:08 am
Subject: Capogrosso v. Gelbstein, et al., No. 18 Civ. 2170 (EDNY)

Dear Mr. Capogrosso,

I received your voicemail message from earlier today requesting a copy of our response to your recent letter-motion.  A digital version is attached, and our office also sent you a copy by mail.

Going forward, I would recommend that you register for notifications via the Court's ECF website, which will automatically email you whenever a document or other entry is filed to the docket.  It also makes filing documents and motions a lot easier.  In the meantime, we will keep sending you copies of our filings by mail, or by email if you'd prefer.

Best,

James



**James M. Thompson | Assistant Attorney General**
New York State Office of the Attorney General, Litigation Bureau
28 Liberty Street, 17th Floor | New York, NY 10005
Tel: (212) 416-6556 | James.Thompson@ag.ny.gov

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.