# Exhibit 3

| | |
|---|---|
| **From:** | nry4@aol.com |
| **To:** | Thompson, James |
| **Subject:** | Re: Capogrosso v. Gelbstein, et al., No. 18 Civ. 2710 (EDNY) |
| **Date:** | Wednesday, March 18, 2020 9:02:11 PM |
| **Attachments:** | image002.png |

**[EXTERNAL]**

I did not consent to electronic delivery.

I demand a hard copy for my files.

You can bill the AG office.


Mario H. Capogrosso


-----Original Message-----
From: Thompson, James <James.Thompson@ag.ny.gov>
To: nry4@aol.com <nry4@aol.com>
Sent: Wed, Mar 18, 2020 2:35 pm
Subject: Capogrosso v. Gelbstein, et al., No. 18 Civ. 2710 (EDNY)

Dear Mr. Capogrosso,

Attached please find a copy of the letter-motion we filed today on behalf of Ida Traschen, seeking to have her deposition taken remotely.  Please note that because virtually all OAG staff are working remotely due to the threat of the coronavirus, we will not be sending the attached document separately by mail.

Best,

James



**James M. Thompson | Assistant Attorney General**

New York State Office of the Attorney General, Litigation Bureau

28 Liberty Street, 17th Floor | New York, NY 10005

Tel: (212) 416-6556 | James.Thompson@ag.ny.gov


**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.