Hon. Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

2020 MAR 27  AM 6:39

United States Magistrate Judge Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Capogrosso v. Gelbstein et al, No. 18-cv-2710 (E.D.N.Y.)
    Addendum to Motion dated March 20, 2020 and Reply dated March 26, 2020

Judge Komitee:

Judge Magistrate Bloom:

    With respect to my request for sanctions and costs for filing the aforementioned Motion, dated March 20, 2020 and Reply, dated March 26, 2020 I seek $2000.00 in costs, that being 8 hours of labor and time billed at $250.00 an hour for a total of $2,000.00.

Dated: March 27, 2020
New Rochelle, New York

Respectfully truthfully stated and requested,

_M. H. C._
Mario H. Capogrosso

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X

MARIO H. CAPOGROSSO

                              Plaintiff

-against-                                                18 CV 2710

ALAN GELBSTEIN, et. al                           **AFFIRMATION OF SERVICE**

                              Defendants.

---------------------------------------------------------X

      I, Mario H. Capogrosso, declare under penalty of perjury that I have served a copy of the attached Addendum to Motion dated March 20, 2020 and Reply dated March 26, 2020 upon:

James Thompson
(representing Defendants
Gelbstein, Traschen, Vahdat, Palmieri, Flanagan, Calvo,
and Prickett-Morgan)
Assistant Attorney General
28 Liberty Street
New York, NY 10005

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

Pec Group of NY
935 S. Lake Blvd. #7
Mahopac, NY 10541

David Smart
2875 West 8th Street
Brooklyn, NY 11224

via U.S. Postal Service First Class Mail, this 27h day of March, 2020.

1

March 27, 2020
New Rochelle, New York

_____
Mario H. Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804
(914) 806-3692

2