

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

| | | |
|---|---|---|
| LETITIA JAMES<br>ATTORNEY GENERAL | Writer's Direct Dial: (212) 416-6556 | DIVISION OF STATE COUNSEL<br>LITIGATION BUREAU |

April 27, 2020

<u>Via ECF</u>

The Honorable Lois Bloom
United States District Court for the Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: <u>Capogrosso v. Gelbstein, et al.</u>, No. 18 Civ. 2710 (EK) (LB)

Dear Judge Bloom,

  This Office represents Defendants Alan Gelbstein, Ida Traschen, and Danielle Calvo, in their individual capacities, and Mark Schroeder, Commissioner of the New York State Department of Motor Vehicles, in his official capacity (collectively, the "State Defendants"), in the above-referenced matter. I write pursuant to Your Honor's March 18, 2020 Order, Dkt. No. 118, to suggest that the next telephone conference in this matter be scheduled for the morning of Tuesday, May 5, 2020 or Thursday, May 7, 2020.

  I have contacted the *pro se* attorney Plaintiff, who left me a voicemail stating that he was available at any time. I have been unable to contact Defendants David Smart and Sadiq Tahir, as neither of their listed phone numbers are accepting incoming calls and neither has ever listed an email address.

  The State Defendants thank the Court for its time and consideration, and look forward to appearing at the upcoming conference.

              Respectfully submitted,

              James M. Thompson
              Assistant Attorney General
              james.thompson@ag.ny.gov

Cc: Mario Capogrosso (via email at nry4@aol.com)