**CLERK OF U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300





neopost
05/01/2020
US POSTAGE $001.00⁰

ZIP 11201
041M11271726

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235



NIXIE        100  DE  1         0005/24

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD



9400921483142190        IA        BC: 11201183299    *1145-04870-08-45
                    11201>1832

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARIO H. CAPOGROSSO,

                    Plaintiff,                                      ORDER
                                                              18 CV 2710 (EK)(LB)
        -against-

ALAN GELBSTEIN, *in his individual capacity*, IDA
TRASCHEN, *in her individual capacity*, DANIELLE
CALVO, *in her individual capacity*, SADIQ TAHIR,
*in his individual capacity*, PEC GROUP
OF NY, INC., DAVID SMART, and DMV
COMMISSIONER MARK SCHROEDER,
*in his official capacity*,

                    Defendants.
----------------------------------------------------------------X
```

**BLOOM, United States Magistrate Judge:**

The Court held a telephone status conference in this case on May 5, 2020.[1] As discussed on the record, plaintiff failed to comply with the safe harbor provision of Rule 11 of the Federal Rules of Civil Procedure and failed to establish a factual or legal basis upon which to impose sanctions; thus, plaintiff's motion for sanctions against the State defendants' counsel, ECF No. 120, is denied. See In re Pennie & Edmonds LLP, 323 F.3d 86, 90 (2d Cir. 2003) (discussing the showing required to impose sanctions pursuant to Rule 11 or the Court's inherent powers); Castro v. Mitchell, 727 F. Supp. 2d 302, 305–06 (S.D.N.Y. 2010) (collecting cases where courts denied motions for sanctions for failure to comply with the Rule 11 safe harbor provision).

During the conference, the Court suggested that plaintiff register for electronic case notifications. By registering for electronic notifications, plaintiff will be waiving his right to receive service of court issued documents such as notices, decisions, opinions, memoranda & orders, orders, judgments and appeal instructions in paper form by mail. Instead, plaintiff will be sent notices of electronic filing via e-mail. Because plaintiff will be receiving court-issued documents only in electronic form, plaintiff must maintain a valid email address and regularly check his email. For more information and for eligibility criteria, please review the enclosed

---

[1] David Smart and Sadiq Tahir did not appear for the conference. The Court excuses their appearances. A transcript of the May 5, 2020 conference shall be made part of the record.