

CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

06/10/2020 US POSTAGE $001.00
ZIP 11201
041M11271726

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

NIXIE    100  DE  1          0006/27/20

        RETURN TO SENDER
        INSUFFICIENT ADDRESS
        UNABLE TO FORWARD

BC: 11201183299       *0745-01989-19-47

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARIO H. CAPOGROSSO,

        Plaintiff,

  -against-

ALAN GELBSTEIN, *in his individual capacity*, IDA TRASCHEN, *in her individual capacity*, DANIELLE CALVO, *in her individual capacity*, SADIQ TAHIR, *in his individual capacity*, PEC GROUP OF NY, INC., DAVID SMART, and DMV COMMISSIONER MARK SCHROEDER, *in his official capacity*,

        Defendants.
-------------------------------------------------------------------X

**ORDER**
**18 CV 2710 (EK)(LB)**

**BLOOM, United States Magistrate Judge:**

The Court held a telephone status conference in plaintiff's case on June 16, 2020 and reset the following deadlines. The parties shall complete all discovery by October 16, 2020. All depositions shall be conducted remotely. The parties shall notify the Court of the agreed-upon dates for all depositions. Once the depositions are scheduled, the Court shall provide an e-mail address to the parties which may be used should a dispute arise during the deposition that the parties cannot resolve despite their best efforts. See Local Rule 37.3. The parties shall file any pre-motion conference request in accordance with Judge Komitee's Individual Rules by October 30, 2020.

SO ORDERED.

                                            /S/
                                  LOIS BLOOM
                                  United States Magistrate Judge

Dated: June 16, 2020
       Brooklyn, New York