FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 03 2020 ★
BROOKLYN OFFICE

Mr. David Smart
2875 W. 8th St.
Brooklyn, NY - 11224
Aug. 10, 2002

Clerk of U.S. District Court
Eastern Dist. of NY
225 Cadman Place East
Brooklyn, NY 11201

Dear Sir:
 Mr. David - Case #
18 CIV 2710 (MKB)(LB)
Against Mr. Mario
Caporososo. Still Pending

Sincere
David Smart

MR. DAVID BUART
875 W. 8th St.
Brooklyn, NY 11224

CLERK OF US DISTRICT COURT
EASTERN DIST OF NY
225 CAD MAN PLACE EAST
BROOKLYN, NY 11201

NEW YORK NY 100
15 AUG 2020 PM 14 L

Gwen Ifill
usa forever
BLACK HERITAGE