FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 16 2020 ★
BROOKLYN OFFICE

Mr. David Schwar

Can Be Reached at

347 942 7977 At

Any Time

RECEIVED
SEP 16 2020
PRO SE OFFICE

CASE # CV18-2710 (MKB)
LB

MR. DAVID SMART
2875 WEST 8th ST.
BROOKLYN, NY 11224

AUGUST 31, 2020

PRO SE WRIT CLERK
UNITED STATES DISTRICT COURT
EASTERN COURT OF NY
225 CADMAN PLAZA Rm 1185
BROOKLYN, NY 11201.

Dear Sirs,
ATTACHED ARE resent letter from MR. MARIO Capogrosso for your file

Sincerely,
MR. DAVID SMART

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MARIO H. CAPOGROSSO,

        Plaintiff

-against-

                                    **AFFIRMATION OF SERVICE**

                                    **Case No. CV-18-2710**

ALAN GELBSTEIN, in his official and individual capacity;
IDA TRASCHEN, in her official and individual capacity;
DANIELLE CALVO, in her official and individual capacity;
SADIQ TAHIR, in his individual capacity;
PEC GROUP OF NY, INC.;
DAVID SMART, in his individual capacity;
JOHN AND JANE DOE, and
DMV COMMISSIONER MARK SCHROEDER, in his official capacity

        Defendants

---

        I, Mario H. Capogrosso, declare under penalty of perjury that I have served a copy of the attached Plaintiff's Interrogatories and Request for Production upon:

David Smart
2875 West 8h Street
Brooklyn, NY 11224

1

incorporated by reference.

2. Documents refer to any document s or electronically stored information ("ESI") in any form whatsoever in the possession, custody or control of the defendant that is used, has been used, or may be used relative Defendant's qualification for employment, promotion, transfer, compensation or disciplinary action. Documents also include any document or ESI in any form whatsoever in the possession, custody or control of a person, corporation, partnership or other entity that keeps or supplies a personnel record for the Defendant. Without limiting the foregoing, all of the following documents and/or ESI constitute part of the personnel records:
a) Defendant job application
b) Defendant's record or other form of employment inquiry
c) Defendant's offer of employment, promotion or transfer
d) Defendant' performance evaluation
e) documents or ESI concerning any disciplinary action taken against the defendant
f) termination notices and letters of rejection

Documents produced shall be Bates – stamped or otherwise numbered sequentially.

3. Th answers to these interrogatories shall be promptly supplemented and amended as required by Rule 26e of the Federal Rules of Civil Procedure.

4. In the event an answer o any interrogatory is made by reference to records from which the answer may be derived, or ascertained, as permitted by Rule 33(d) of the Federal Rules of Civil Procedure, provide the information required by Local Rule 33.1 and make the documents or ESI referred to available for inspection and copying within fourteen (14 days after service for answers to these interrogatories as required by Local Rule 33.1(d)

## INTERROGATORIES AND REQUEST FOR PRODUCTION

**Interrogatories**

**Defendant David Smart**

1. Identify your job title and description, as well as the starting and termination date for your employment at the Brooklyn South Traffic Violations Bureau (TVB) as located at 2875 West 8th Street Brooklyn NY.

2. Are you still currently working at the Brooklyn South TVB located at 2875 West 8th Street Brooklyn NY.

3. Who is your current employer while you are currently working at the Brooklyn South TVB.

4. Are you currently working at the Brooklyn South.

3

**Request for Production**

1. Produce all documents relating to any disciplinary action taken against you relating to your employment, whether it be by and employer, the Department of Motor Vehicles or any administrative law judge while you were or as currently working at the Brooklyn South TVB from your initial date of employment to the present time.

Dated: August 25, 2020
       New Rochelle, NY

Submitted,

*[signature]*

Mario H. Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804
(914) 806-3692

4

Mr. David Smart
2875 West 8th St.
Brooklyn, NY 11224

Pro Se Writ
United States District Court
Eastern Court of New York
225 Cadman Plaza, Rm 1185
Brooklyn, NY 11201

CMKB-LB