CASE # CV18-2710 (MKB, LB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 16 2020 ★
BROOKLYN OFFICE

RECEIVED
SEP 16 2020
PRO SE OFFICE

Mr. David Smart
2875 West 8th St.
Brooklyn, NY 11224
August 31, 2020

Honorable
Judge & Lois Bloom,
U.S. Magistrate
Eastern District Court
Brooklyn, NY

Dear Honorable, Lois Bloom,
US Magistrate, Eastern District Court, Brooklyn, NY

Please I am sending you all copies of Marston Mariott Capogrosso to me and he thinks is above the law.

Thanks,
Mr. David Smart

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MARIO H. CAPOGROSSO,

        Plaintiff

-against-

**AFFIRMATION OF SERVICE**

**Case No. CV-18-2710**

ALAN GELBSTEIN, in his official and individual capacity;
IDA TRASCHEN, in her official and individual capacity;
DANIELLE CALVO, in her official and individual capacity;
SADIQ TAHIR, in his individual capacity;
PEC GROUP OF NY, INC.;
DAVID SMART, in his individual capacity;
JOHN AND JANE DOE, and
DMV COMMISSIONER MARK SCHROEDER, in his official capacity

        Defendants

---

    I, Mario H. Capogrosso, declare under penalty of perjury that I have served a copy of the attached Plaintiff's Interrogatories and Request for Production upon:

David Smart
2875 West 8h Street
Brooklyn, NY 11224

1

via U.S. Postal Service First Class Mail, this 25th day of August, 2020.

New Rochelle, NY
August 25, 2020

                                                                                                 Mario H. Capogrosso
                                                                                                  21 Sheldrake Place
                                                                                                  New Rochelle, NY 10804
                                                                                                  (914) 806-3692

## **INTERROGATORIES AND REQUEST FOR PRODUCTION**

**Interrogatories**

**Defendant David Smart**

1. Identify your job title and description, as well as the starting and termination date for your employment at the Brooklyn South Traffic Violations Bureau (TVB) as located at 2875 West 8th Street Brooklyn NY.

2. Are you still currently working at the Brooklyn South TVB located at 2875 West 8th Street Brooklyn NY.

3. Who is your current employer while you are currently working at the Brooklyn South TVB.

4. Are you currently working at the Brooklyn South.

**Request for Production**

1. Produce all documents relating to any disciplinary action taken against you relating to your employment, whether it be by and employer, the Department of Motor Vehicles or any administrative law judge while you were or as currently working at the Brooklyn South TVB from your initial date of employment to the present time.

Dated: August 25, 2020
       New Rochelle, NY

Submitted,

*/s/ M-H. C*

Mario H. Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804
(914) 806-3692

4

Mr. David B_____
2875 West 12 St.
Brooklyn, NY 11224

Honorable Judge Joy Bloom
United States District Court
Eastern District of New York
Brooklyn NY

225 Cadman Plaza East, Brooklyn NY

NEW YORK NY 100
9 SEP 2020 PM 10