

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

Writer's Direct Dial: (212) 416-6556

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

November 30, 2020

**Via ECF**

The Honorable Lois Bloom
United States District Court for the Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Capogrosso v. Gelbstein, et al., No. 18 Civ. 2710 (MKB) (LB)

Dear Judge Bloom,

This Office represents Defendants Alan Gelbstein, Ida Traschen, and Danielle Calvo, in their individual capacities, and Mark Schroeder, in his official capacity as Commissioner of the New York State Department of Motor Vehicles ("DMV") (together, the "State Defendants"), in the above-referenced matter. I write with the consent of the *pro se* attorney Plaintiff and of Defendant Smart to request an extension of discovery through Tuesday, December 22, for the limited purpose of completing depositions. In order to accommodate the holidays, we request that summary judgment pre-motion letters be due to Judge Komitee three weeks later, on Tuesday, January 12, 2021.

The additional time is necessary due to delays in obtaining document discovery. However, with the Plaintiff's recent production, which was served in hard copy on November 20 and received by the undersigned counsel on November 25, depositions are the only portion of the discovery process that remains outstanding. The proposed schedule would wrap up discovery before the holidays and allow for the summary judgment motions to be briefed early in the New Year.

This is the parties' second request for an extension of time to complete discovery. The previous request was made on September 22, 2020, see Dkt. No. 137, and granted the following day, see Dkt. No. 138. We thank the Court for its time and consideration of this matter.

Respectfully submitted,

James M. Thompson
Assistant Attorney General
james.thompson@ag.ny.gov

Cc:     Mario Capogrosso (via First-Class mail)
        21 Sheldrake Place
        New Rochelle, NY 10804

        David Smart (via First-Class Mail)
        2875 West 8th Street
        Brooklyn, NY 11224

        Sadiq Tahir (via First-Class Mail)
        2994 Coney Island Avenue
        Brooklyn, NY 11235