UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARIO H. CAPOGROSSO,

                Plaintiff,                                    **ORDER**
                                                   **18 CV 2710 (EK)(LB)**

   -against-

ALAN GELBSTEIN, *in his individual capacity*, IDA
TRASCHEN, *in her individual capacity*, DANIELLE
CALVO*, in her individual capacity*, SADIQ TAHIR,
*in his individual capacity*, PEC GROUP
OF NY, INC., DAVID SMART, and DMV
COMMISSIONER MARK SCHROEDER,
*in his official capacity*,

                Defendants.
-----------------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

       Defendants, with plaintiff's consent, request a second extension of the deadline for the parties to complete all discovery. ECF No. 142. The request is granted. The parties shall complete all discovery by December 22, 2020. The parties shall file any pre-motion conference request by January 12, 2021, in accordance with Judge Komitee's Individual Rules.

SO ORDERED.

                                                                     /S/
                                               LOIS BLOOM
                                               United States Magistrate Judge

Dated: December 1, 2020
       Brooklyn, New York