# EXHIBIT D

Mr. David Smart
2875 W. 8th St.
Brooklyn, NY 11224

August 10, 2020

Mr. Mario Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804

Dear Sir:

Case # 18 CIV 2710 (MKB)(LB)

Please Note that We Still In Court. Do Not Send me Notes any more. Please

Mr. David Smart

MR. DAVID SMART
2875 WEST 8th ST.
BROOKLYN, NY 11224

MR. MARIO H. CAPOGROSO,
21 SHELDRAKE PLACE
NEW ROCHELLE, NY 10804

Dear MR. M.H. CAPOGROSO,
Your letter of August 25, 2020 - received.
For your information Contact FEC for your answers.

Sincerely,
MR. DAVID SMART

Mr. David Smart
2875 West 8th St.
Brooklyn, NY 11224
Sept. 5, 2020

Mr. Mario Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804

Dear Sir,
  Responding to your letter dated Sept 2, 2020.
  Please contact the City Bar Justice Center at the U.S. District Court EDNY, at 225 Cadman Plaza East, Brooklyn, NY 11201. Please contact them for dates to meet.
  Thanks.

Sincerely,
Mr. David Smart