| | |
|---|---|
| **From:** | Thompson, James |
| **To:** | nry4@aol.com |
| **Bcc:** | Arz, Roderick; Montena, Barbara A (DMV) |
| **Subject:** | Capogrosso v. Gelbstein, et al., No. 18 Civ. 2710 (EDNY) - Service Information For Marisol Cervoni |
| **Date:** | Friday, March 6, 2020 10:33:00 AM |
| **Attachments:** | image001.png |
| | image003.png |

Dear Mr. Capogrosso,

Per our earlier discussion, we have contacted Marisol Cervoni, who has agreed that DMV counsel's office can accept service of a deposition subpoena on her behalf. The address for service is:

Marisol Cervoni
C/o Barbara Montena, DMV Counsel's Office
6 Empire State Plaza
Room 522-A
Albany NY 12228

Best,

James


**James M. Thompson | Assistant Attorney General**

New York State Office of the Attorney General, Litigation Bureau

28 Liberty Street, 17th Floor | New York, NY 10005

Tel: (212) 416-6556 | James.Thompson@ag.ny.gov