NPROSE

# U.S. District Court
## Eastern District of New York (Brooklyn)
### CIVIL DOCKET FOR CASE #: 1:18-cv-02710-EK-LB

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 18 2021 ★

Return Mail Date
BROOKLYN OFFICE

Capogrosso v. Gelbstein et al
Assigned to: Judge Eric R. Komitee
Referred to: Magistrate Judge Lois Bloom
Cause: 42:1983 Civil Rights Act

Date Filed: 05/08/2018
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 03/01/2021 | | ORDER re 51 Motion for Pre Motion Conference -- The Court has reviewed the parties' pre-motion letters concerning State Defendants' motion for summary judgment and has determined that a pre-motion conference is not necessary. The motion shall be briefed as follows: State Defendants' motion by March 31, 2021; Plaintiff's response by April 30, 2021; and State Defendants' reply, if any, by May 10, 2021. As a courtesy to the Court, the parties are encouraged not to file their motion papers and submit courtesy copies until the motion has been fully briefed, unless doing so might cause a party to miss a statutory deadline. *See* Rule III.B.2 this Court's Individual Practices and Rules. Ordered by Judge Eric R. Komitee on 3/1/2021. *c/m to pro se parties.* (Guy, Alicia) (Entered: 03/01/2021) |



Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235