UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Mario Capogrosso,

        Plaintiff,

v.

Alan Gelbstein et al,

        Defendants.

Civ. No. 1:18-cv-02710-EK-LB

**NOTICE OF LIMITED APPEARANCE FOR THE PURPOSE OF**

**SUMMARY JUDGMENT**

To the Clerk of this Court and all parties of record:

Please enter my appearance as pro bono counsel in this case on behalf of David Smart for the limited purpose of representation in connection with a motion for summary judgment. I certify that I am admitted to practice in this Court.

Dated: March 26, 2021

DAVIS POLK & WARDWELL LLP

By: */s/ Maura Douglas*

Maura Douglas
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Bar Number: 5659958
Tel: (212) 450-3957
Email: maura.douglas@davispolk.com