UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mario Capogrosso,<br><br>                Plaintiff,<br><br>      v.<br><br>Alan Gelbstein, et al,<br><br>                Defendants. | Civ. No. 1:18-cv-02710-EK-LB |

# NOTICE OF LIMITED APPEARANCE FOR THE PURPOSE OF

# SUMMARY JUDGMENT

To the Clerk of this Court and all parties of record:

Please enter my appearance as pro bono counsel in this case on behalf of David Smart for the limited purpose of representation in connection with a motion for summary judgment. I certify that I am admitted to practice in this Court.

Dated: March 26, 2021

DAVIS POLK & WARDWELL LLP

By: */s/ Brianne Holland-Stergar*

Brianne Holland-Stergar
DAVIS POLK & WARDWELL LLP 450
Lexington Avenue
New York, NY 10017
Bar Number: 5681333
Tel: (646) 413-8350
Email: brianne.holland-stergar@davispolk.com