CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

NEW YORK NY 100
27 MAR 2021 PM 6 L

neopost
03/18/2021
US POSTAGE $001.00⁰

ZIP 11201
041M11271726



**Sadiq Tahir**
2994 Coney Island Avenue
Brooklyn, NY

NIXIE        166    DE  1          0003/30/21

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 11201183299        *2445-08360-27-35

**Orders on Motions**

1:18-cv-02710-EK-LB
Capogrosso v. Gelbstein et al

NPROSE



**U.S. District Court**

**Eastern District of New York**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 05 2021 ★

BROOKLYN OFFICE

**Notice of Electronic Filing**

The following transaction was entered on 3/26/2021 at 1:19 PM EDT and filed on 3/26/2021
**Case Name:**          Capogrosso v. Gelbstein et al
**Case Number:**        1:18-cv-02710-EK-LB
**Filer:**
**Document Number:** No document attached

**Docket Text:**
ORDER granting [166] Motion for Extension of Time to File. The motion schedule is amended as follows: State Defendants' motion by April 30, 2021; Plaintiff's response by June 1, 2021; and State Defendants' reply, if any, by June 11, 2021. c/m to *pro se* parties. Ordered by Judge Eric R. Komitee on 3/26/2021 (LiCalzi, Christine)


**1:18-cv-02710-EK-LB Notice has been electronically mailed to:**

Elizabeth A. Forman     eforman@nycourts.gov, jlee@nycourts.gov

James M. Thompson     james.thompson@ag.ny.gov, OAGLitB@ag.ny.gov

**1:18-cv-02710-EK-LB Notice will not be electronically mailed to:**

David Smart
2355 Batchelder St.
Apartment 3E
Brooklyn, NY 11229

Mario H. Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235