

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-6556

April 7, 2021

**Via ECF**

The Honorable Eric R. Komitee
United States District Court for the Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    <u>Capogrosso v. Gelbstein, et al.</u>, No. 18 Civ. 2710 (EK) (LB)

Dear Judge Komitee,

    This Office represents Defendants Alan Gelbstein, Ida Traschen, and Danielle Calvo, in their individual capacities, and New York State Department of Motor Vehicles ("DMV") Commissioner Mark Schroeder, in his official capacity (collectively, the "State Defendants"), in the above-referenced matter. I write pursuant to Your Honor's Individual Rule III(B)(4) and the related docket entry dated today in order to respond to the pre-motion conference letter filed by Defendant David Smart, Dkt. No. 170, concerning an upcoming motion for summary judgment.

    The State Defendants do not oppose Mr. Smart's motion for summary judgment, and in fact have consistently maintained that Mr. Smart was not a state employee or actor. <u>See, e.g.,</u> Dkt. No. 44 at 19-20; Dkt. No. 158 at 1. We would request that any briefing schedule for Mr. Smart's motion be harmonized with that of the State Defendants' upcoming motion for summary judgment, so that all parties can proceed at the same time and the Court can render a single omnibus opinion resolving the motions, and hopefully the case.

                                            Respectfully submitted,

                                            James M. Thompson
                                            Assistant Attorney General
                                            james.thompson@ag.ny.gov

Cc:    All counsel of record (via ECF)

Mario Capogrosso (via First-Class Mail)
21 Sheldrake Place
New Rochelle, NY 10804

Sadiq Tahir (via First-Class Mail)
2994 Coney Island Avenue
Brooklyn, NY 11235