UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

---

MARIO H. CAPOGROSSO

                          Plaintiff

-against-                                    CV18-2710

ALAN GELBSTEIN, et. al                   **AFFIRMATION OF SERVICE**

                         Defendants

---

      I, Mario H. Capogrosso, declare under penalty of perjury that I have served a copy of the attached Letter in Response to defendant David Smart's pre motion conference request upon:

Maura Douglas, Esq.
Davis Polk & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017

James Thompson, Esq.
Assistant Attorney General
28 Liberty Street
New York, NY 10005

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

Pec Group of NY
935 S. Lake Blvd. #7
Mahopac, NY 10541

via U.S. Postal Service First Class Mail, this 17th day of April, 2021.

New Rochelle, NY
April 17,2021

*M.H.C.*
Mario H. Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804
(914) 806-3692

TO: PRO SE OFFICE

RE: CAPOGROSSO v. GELBSTEIN, et. c.)

18-CV-2710







FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 17 2021 ★
BROOKLYN OFFICE