**Notices**

1:18-cv-02710-EK-LB
Capogrosso v. Gelbstein et al

NPROSE

**U.S. District Court**

**Eastern District of New York**



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 2 6 2021 ★
BROOKLYN OFFICE

**Notice of Electronic Filing**

The following transaction was entered on 4/7/2021 at 10:34 AM EDT and filed on 4/7/2021
**Case Name:** Capogrosso v. Gelbstein et al
**Case Number:** 1:18-cv-02710-EK-LB
**Filer:**
**Document Number:** No document attached

**Docket Text:**
NOTICE: Defendant David Smart submitted a letter requesting a pre-motion conference on an anticipated motion for summary judgment on April 6, 2021. The Parties are reminded that pursuant to Rule III.B.4 of Judge Komitee's Individual Motion Practices and Rules, all served parties are required to serve and file a letter response of three pages or less, within five days from service of defendant Smart's letter. *c/m to pro se parties.* (Guy, Alicia)

**1:18-cv-02710-EK-LB Notice has been electronically mailed to:**

Elizabeth A. Forman    eforman@nycourts.gov, jlee@nycourts.gov

James M. Thompson    james.thompson@ag.ny.gov, OAGLitB@ag.ny.gov

Maura Douglas    maura.douglas@davispolk.com

Brianne Holland-Stergar    brianne.holland-stergar@davispolk.com

**1:18-cv-02710-EK-LB Notice will not be electronically mailed to:**

Mario H. Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235



CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

NIXIE    100    DE 1           0004/15/21
           RETURN TO SENDER
          INSUFFICIENT ADDRESS
           UNABLE TO FORWARD
BC: 11201183299     *2645-02617-07-37