UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARIO H. CAPOGROSSO,

                Plaintiff,

      -against-                                  Case No. 18 Civ. 2710 (EK)(LB)

ALAN GELBSTEIN, *in his individual capacity*, IDA
TRASCHEN, *in her individual capacity*, DANIELLE     **NOTICE OF MOTION FOR**
CALVO, *in her individual capacity*, MARK J.F.           **SUMMARY JUDGMENT**
SCHROEDER, *in his official capacity as Commissioner
of the New York State Department of Motor Vehicles*,
SADIQ TAHIR, *in his individual capacity*, PEC GROUP
OF NY, INC., and DAVID SMART,

                Defendants.
------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law; the Declarations of Alan Gelbstein, Ida Traschen, Danielle Calvo, and James M. Thompson; the exhibits thereto; and the accompanying statements pursuant to Local Civil Rules 56.1 and 56.2, Defendants Alan Gelbstein, Danielle Calvo, and Ida Traschen, in their individual capacities, and Mark J.F. Schroeder, in his official capacity as Commissioner of the New York State Department of Motor Vehicles (collectively, the "State Defendants"), by their attorney, Letitia James, Attorney General of the State of New York, will move this Court before the Honorable Eric Komitee, United States District Judge, and the Honorable Lois Bloom, United States Magistrate Judge, at the Theodore Roosevelt United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, at such time as the Court deems proper, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment for the State Defendants and dismissing the Complaint as against them in its entirety and with prejudice, together with such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       May 17, 2021

                              LETITIA JAMES
                              Attorney General of the State of New York
                              <u>Attorney for the State Defendants</u>

                              By: _____
                              James M. Thompson
                              Assistant Attorney General
                              28 Liberty Street
                              New York, NY  10005
                              (212) 416-6556
                              james.thompson@ag.ny.gov