05/09/2014  10:27  1718-266-7478  BROOKLYN SOUTH  PAGE 02/04

MV-984 (12/11)

# New York State Department of Motor Vehicles
## DIVISION OF LABOR RELATIONS
### REPORT OF WORKPLACE VIOLENCE INCIDENT

5/9/14 - Reviewed - NS
Josef please follow up w/ Coney Island Thanks

Please fill out the form as accurately as possible and fax it to the Division of Field Investigation at (518) 474-7543 **AND** Labor Relations at (518) 474-8423. If the incident is a written threat, please include a copy of the letter with this report. Originals should be maintained in a workplace violence report folder at the primary office that the reporter works in.

**OFFICE USE ONLY**
FILE NUMBER:
Received:
X RE:
X RE:
PRIVACY CONCERN: ☐ YES ☐ NO

WV050514B

### NAME OF INDIVIDUAL FILING REPORT

| Name | Title | Office Location | Phone Number |
|---|---|---|---|
| Geri Piparo | SMVRI | Brooklyn SO 2875 N8 St Brooklyn, NY | 718-266-5512 |

### INCIDENT REPORTED TO

| Date Reported | Person Reported To | Title |
|---|---|---|
| 5-5-14 | Geri Piparo | SMVRI |

### INCIDENT

| Date | Time | AM/PM | Location of Occurrence |
|---|---|---|---|
| 5-5-14 | | ☒ AM ☐ PM | In front of service counter |

DFI Contacted? ☐ Yes ☒ No    DFI Contact Name

### EMPLOYEES INVOLVED

| Name | Title |
|---|---|
| David Smart | Security Guard |
| | |
| | |

### OUTSIDE INDIVIDUALS INVOLVED

| Name | Sex | Phone | Client ID # |
|---|---|---|---|
| Mario Cappagroso | ☒ Male ☐ Female | | |
| Address | City | State | Zip Code |
| Name | Sex ☐ Male ☐ Female | Phone | Client ID # |
| Address | City | State | Zip Code |
| Name | Sex ☐ Male ☐ Female | Phone | Client ID # |
| Address | City | State | Zip Code |

### WITNESSES

| Name | Sex ☐ Male ☐ Female | Phone | |
|---|---|---|---|
| Address | City | State | Zip Code |
| Name | Sex ☐ Male ☐ Female | Phone | |
| Address | City | State | Zip Code |
| Name | Sex ☐ Male ☐ Female | Phone | |
| Address | City | State | Zip Code |

Continue on other side                                      Page 1 of 2

**EXHIBIT**
Exhibit 20

**Description of Events Leading to the Incident and What Occured:**

WJ050574B

Mario Cappagroso accused David Smart of looking at him + there were heated words exchanged. P.O. Nielsen intervened.

**Nature and Extent of Injuries:**

No injuries.

**Additional Comments:**

Mr. Cappagroso has written a letter to Judge Gelbstein. See Attached.

_____
Geri Piparo
Name of Individual Filing Report

_____
Name of Supervisor

▶ _____
Geri Piparo
Signature of Individual Filing Report

▶ _____
Signature of Supervisor

5-9-14
Date

5-9-14
Date

MV-984 (12/11)

Page 2 of 2