## JEFFREY ZIFF & ASSOCIATES, P.C.
Attorney and Counselor at Law
2875 West 8th Street
Brooklyn, N.Y. 11224
Ph: (718) 265-2211 ☏ Fax: (718) 265-2252
lawtic@gmail.com
zifftrafficlaw.com

William H. Ziff, Esq. ** - Associate
Anthony J. Adinolfi, Esq. * - Associate

---

May 11, 2015

Re:   TVB Incident, Brooklyn South

To Whom It May Concern:

On Monday, May 11, 2015, I, Anthony J Adinolfi, was standing outside of Hearing Room 4 in Brooklyn South Traffic Violations Bureau in Coney Island, New York, at approximately 9:00 a.m. when Attorney Mario Cappagrosso yelled at and pushed the Security Guard, David, with his right hand to David's chest/ shoulder area.

David was knocked back into a pole that divides the lanes of the line for the service counter. The push also knocked the coat out of David's hand(s).

The attack seemed to be unsolicited and David did not defend himself or push Mr. Capagrosso back at all. David walked away and proceeded to contact the head Supervisor who notified the 60th Precinct.

If you have any questions or concerns please contact me.

Thank you for your attention to this matter.

Respectfully Submitted,

*Anthony J. Adinolfi* (signature)

Anthony J Adinolfi, Esq.

---

** Admitted to practice in New York and New Jersey
* Admitted to practice in New York

DMV-0000009

**EXHIBIT**
Exhibit 34