04-21-09

JUDGE GELBSTEIN
   DEAR SIR,
    ON TUESDAY APRIL 21, 2009 WHILE WORKING THE CASHIERS WINDOW, STATION BS24 I HEARD A LOUD VOICE FROM the Lawyers Area. I looked up and SAW Mr CAPOGROSSO, Esq. SEATED ON the BENCH STATING "GET AWAY FROM HERE". He then Rose AND told "TANYA the interparter" to get away. Mr CAPOGROSSO MOVED TOWARD TANYA, AND they seem to Bump. the Noise Continued UNTIL OUR supervisor Danielle CALVO intervened

Sincerely,
Roy Tucci
Roy Tucci
CLERK

cc. J. Vetere

P-82

**EXHIBIT**
Exhibit 4