This is in refrence to the incident happened on Dec. 20, 11. Mr. Yackov Brody was sitting on the bench in lawyers room. Mr Copogrosso walked in the room and said "excuse me". Mr. Brody moved to the side so that Mr Copogrosso could reach to his bag laying on the floor. He was looking so angry that he again said "excuse me" in a loud voice. Mr Brody said you have enough room, why are you so rude. Mr Copogrosso got so upset that he started shouting against Jews. Mr. Beer who also sitting in the room asked Mr. Copogrosso that it is enough you cannot curse Jews. Mr Copogrosso said you can call me "fucking Italian ginny". Mr. Brody said that you are anti-semite, you don't belong to this place. Mr. Brody shouted that stop it, in the meantime Ms Danial came in the room and tried to cool down the situation.

Little later Mr. Meyers came in the room and asked Mr. Copogrosso that he should apology for his remarks, he then tried to hit Mr Meyers. I don't know if he wanted to hit Mr Meyers or give some massage to other people. Mr Copogrosso said to Mr Meyers that I will send you to the hospital. Mr. Meyers said I will not report against you, I will sue you and get every penny you have. Mr. Copogrosso went out of the room and started hitting the wall and steel guards.

M. Sadiq Tahir

P-96

**EXHIBIT**
Exhibit 10