Phone (718) 996-4705   Cell (347) 733-6447

# *Jeffrey A. Meyers Attorney at Law*

8855 Bay Parkway, Suit 9E
Brooklyn, NY. 11214

December 23rd, 2011

In the A.M of the day of December 21st, 2011, I overheard a loud commotion which I was told resulted in a tirade of anti-Semitic slurs shouted by Mr. Mario Capogrosso. I later implored Mr. Capogrosso to apologize and and to make peace with his fellow attorneys, but to no avail, his conduct the rest of the day was one of abrasive incoherent loud mutterings in which he smashed his fist against concrete walls and steel beans that are situated outside the DMV hearing rooms, coupled with more anti- Semitic comments, he kept saying "everyone here wants to fight me".

At about 2 o'clock that day I was sitting in the lawyers room across from Mr. Capogrosso not engaging in any conversation with him when he suddenly became enraged and lunged at me with his fists with great speed and then smacked his fists against his other hand in a marshal arts form coming within 12 inches of my face. Claiming "I could put you in the hospital with just one punch, i could hit hard objects with my fists without hurting my hands. His eyes were filed with mindless rage. I loudly exclaimed as his fists flew close at various times" stop Mario, its me Jeffrey I'm your friend" I'll have to sue you if you put me in the hospital. "He kept repeating the phrase " you people, you people".He later told me that he envisioned all of us (Jews) and didn't mean to single me out during his assault on me. I didn't report the incident immediately until I was called in to the office after an eye witness attorney reported it first and I was asked to verify it.

Jeffrey A. Meyers

*/s/ Jeffrey A. Meyers*

Ex. 1 p. 010

P-248

**EXHIBIT**
Exhibit 11