February 3

AT 9:15 AM MARIO CAPOGROSSO DELIBERATELY WALKED INTO ME. I ASKED HIM WHY — AND HE SAID THAT HE INTENDED TO REACH THE COURT BOARD. I REPORTED THE INCIDENT TO MY SUPERVISORS.

Unsigned NOTE OF DAVID Smart

GELB-0000059

**EXHIBIT**
Exhibit 22