I Paul Perez was treated wrongly by Esq Mario Capacuso on 2/5/15.

Mario Capacuso was taking on a case for me Paul Perez and didn't live up to his responsibilty.

I Paul Perez was threatened by Mario Capacuso and told to go find another lawyer because he messed up, at that time I told him I would like another lawyer and my money back and he told me to go fuck my self and that we can take it outside. I Paul Perez refused to fight with Mario Capacuso and went to speak with the DMV superviser.

Paul Perez

Lic# 723 587 541

~~[redacted]~~

718-688-5654

GELB-0000058

EXHIBIT
Exhibit 23