From: 0000000000     Page: 2/4     Date: 2/5/2015 1:55:20 PM

MV-984 (1-2/11)



**New York State Department of Motor Vehicles**
**DIVISION OF LABOR RELATIONS**
**REPORT OF WORKPLACE VIOLENCE INCIDENT**

| OFFICE USE ONLY | |
|---|---|
| FILE NUMBER: | WV020515A |
| Received: | |
| X RE: | |
| X RE: | |
| PRIVACY CONCERN: | ☐ YES  ☐ NO |

Please fill out the form as accurately as possible and fax it to the Division of Field Investigation at (518) 474-7543 **AND** Labor Relations at (518) 474-8423. If the incident is a written threat, please include a copy of the letter with this report. Originals should be maintained in a workplace violence report folder at the primary office that the reporter works in.

### NAME OF INDIVIDUAL FILING REPORT

| Name | Title | Office Location | Phone Number |
|---|---|---|---|
| Melanie Levine | SMVR1 | Brooklyn South TVB | 718-266-5512 |

### INCIDENT REPORTED TO

| Date Reported | Person Reported To | Title |
|---|---|---|
| 02/05/15 | Jean Flanagan | TVB Operations Manager |

### INCIDENT

| Date | Time | AM/PM | Location of Occurrence |
|---|---|---|---|
| 02/05/15 | 9:55 | ☑ AM  ☐ PM | Lobby of Brooklyn South TVB |

DFI Contacted? ☐ Yes  ☑ No    DFI Contact Name

### EMPLOYEES INVOLVED

| Name | Title |
|---|---|
| | |
| | |
| | |

### OUTSIDE INDIVIDUALS INVOLVED

| Name | Sex | Phone | Client ID # |
|---|---|---|---|
| Paul Perez | ☑ Male  ☐ Female | 718-688-5654 | 723587541 |
| Address | City | State | Zip Code |
| 288 Bay 38th St 25 | Brooklyn | NY | 11214 |
| Name | Sex | Phone | Client ID # |
| Mario Capogrosso | ☑ Male  ☐ Female | | |
| Address | City | State | Zip Code |
| 245 Saw Mill River Rd Suite 106 | Hawthorne | NY | 10532 |
| Name | Sex | Phone | Client ID # |
| | ☐ Male  ☐ Female | | |
| Address | City | State | Zip Code |
| | | | |

### WITNESSES

| Name | Sex | Phone |
|---|---|---|
| Melissa Vergara | ☐ Male  ☑ Female | 718-266-5512 |
| Address | City | State | Zip Code |
| 2875 W 8th St | Brooklyn | NY | 11224 |
| Name | Sex | Phone |
| | ☐ Male  ☐ Female | |
| Address | City | State | Zip Code |
| | | | |
| Name | Sex | Phone |
| | ☐ Male  ☐ Female | |
| Address | City | State | Zip Code |
| | | | |

Continue on other side                                        Page 1 c

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**EXHIBIT**
Exhibit 25

**Description of Events Leading to the Incident and What Occured:**

Attorney Capogrosso had represented Mr. Perez at trial for three violations on 01/21/15. His fines were due yesterday, on 02/04/15, and now included three suspension termination fees. Attorney Capogrosso and Mr. Perez engaged in a very loud verbal argument, in the lobby, with threats of escalating to a physical altercation, outside in the parking lot. Based on witness statements, at first Mr. Perez appeared to be in favor of meeting Attorney Capogrosso in the parking lot, but then got on the cashiers' line instead. Attorney Capogrosso continued to verbally provoke Mr. Perez into going outside, while he was on line, and throughout his experience at the service counter, being helped by MVR Melissa. I spoke to Mr. Perez, at the counter, regarding his questions about the STFs and about how to possibly file a complaint about his dissatisfaction with the services provided by Attorney Capogrosso. When I returned to the back office, I could hear the verbal confrontation starting up again and I called the police room for assistance.

**Nature and Extent of Injuries:**

None.

**Additional Comments:**

Please also see the attached statement from the motorist, Paul Perez.

Melanie Levine
Name of Individual Filing Report

*[signature]*
Signature of Individual Filing Report

02/05/15
Date

Jean Flanagan
Name of Supervisor

*[signature]*
Signature of Supervisor

02/05/15
Date

Page 2 of 2

MV4964 (12/11)

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

I Paul Perez was treated wrongly by Esq Mario Capacuso on 2/5/15.

Mario Capacuso was taking on a case for me Paul Perez and didn't live up to his responsibilty.

I Paul Perez was threatened by Mario Capacuso and told to go find another lawyer because he messed up, at that time I told him I would like another lawyer and my money back and he told me to go fuck my self and that we can take it outside. I Paul Perez refused to fight with Mario Capacuso and went to speak with the DMV superviser.

Paul Perez
Lic# 723 587 541

~~[scribbled out]~~
718-688-5654

 

# New York State Department of Motor Vehicles
# Coney Island
# Traffic Violations Bureau
## 2875 West 8th Street
## Brooklyn, New York 11224

**Date:** 2/5/15

**To:** Labor Relations

**From:** Melanie Levine

**Number of pages including coversheet:** 4

**Our Telephone:** 718-266-6867
**Our Fax:** 718-266-7478

Workplace Violence Incident

