### Gelbstein, Alan (DMV)

| | |
|---|---|
| **From:** | Piparo, Geri (DMV) |
| **Sent:** | Monday, February 09, 2015 10:59 AM |
| **To:** | Gelbstein, Alan (DMV) |
| **Cc:** | Levine, Melanie (DMV) |
| **Subject:** | Capagroso |

In November when I hung the dockets I would take the paperclip off and leave it on the garbage pail. Mr. Capagroso thought someone was doing this to annoy him. He made a complant to Judge Gelbstein who called me to find out who was doing this to him. I told Judge Gelbstein that it was me & that I left it for anyone who might want to use it. So I stopped doing it. He then call Judge Vahdat to complain that someone was still putting a paperclip on the garbage pail and leaving an empty coffee cup where he sits. I informed her that it wasn't true.

On November 18 as I was walking through the office Mr. Cappagroso was with a customer and as I passed he said "Geri stick it where the sun don't shine". I said excuse me, he said never mind.

I informed Judge Gelbstein & Judge Vahdat again. Judge Gelbstein went out to speak to him. Where he verbally attacked Judge Gelbstein and me, cursing.

I told him just don't speak to me....ever. I won't deal with him or his problems again.

1

GELB-0000035

**EXHIBIT**
Exhibit 26