```
RECEIVED  05/05/2015 14:46    17186363943           TVB ADMINISTRATION
04/15/2015  14:53   1718-266-7478                   BROOKLYN SOUTH              PAGE  02/04
```

MV-984 (12/11)

**New York State Department of Motor Vehicles**
**DIVISION OF LABOR RELATIONS**
**REPORT OF WORKPLACE VIOLENCE INCIDENT**

**OFFICE USE ONLY**

FILE NUMBER: _____

Received: _____

X RE: _____

X RE: _____

Please fill out the form as accurately as possible and fax it to the Division of Field Investigation at (518) 474-7543 **AND** Labor Relations at (518) 474-8423. If the incident is a written threat, please include a copy of the letter with this report. Originals should be maintained in a workplace violence report folder at the primary office that the reporter works in.

PRIVACY CONCERN: ☐ YES  ☐ NO

### NAME OF INDIVIDUAL FILING REPORT

| Name | Title | Office Location | Phone Number |
|---|---|---|---|
| Danielle Calvo | Supervisor Gr 17 | Brooklyn South TVB | 718-266-5512 |

### INCIDENT REPORTED TO

| Date Reported | Person Reported To | Title |
|---|---|---|
| 5/5/15 | Alan Gelbstein | Senior ALJ |

### INCIDENT

| Date | Time | AM/PM | Location of Occurrence |
|---|---|---|---|
| 5/5/15 | 11:45 | ☑ AM ☐ PM | Lawyer's room |

DFI Contacted? ☐ Yes ☑ No    DFI Contact Name: _____

### EMPLOYEES INVOLVED

| Name | Title |
|---|---|
| Alan Gelbstein | Senior ALJ |
| Danielle Calvo | Supervisor Grade 17 |
| | |

### OUTSIDE INDIVIDUALS INVOLVED

| Name | Sex | Phone | Client ID # |
|---|---|---|---|
| Mario H. Capogrosso (attorney) | ☑ Male ☐ Female | 914-806-3692 | |
| Address: 245 Saw Mill River Road Suite 106 | City: Hawthorne | State: NY | Zip Code: 10532 |
| M. Sadiq Tahir (attorney) | ☑ Male ☐ Female | 718-313-7994 | |
| Address: 3087 Brighton 4th Street #2M | City: Brooklyn | State: NY | Zip Code: 11235 |
| | ☐ Male ☐ Female | | |
| Address: | City: | State: | Zip Code: |

### WITNESSES

| Name | Sex | Phone | |
|---|---|---|---|
| Kimberly Rivers (MVR) | ☐ Male ☑ Female | 718-266-5512 (work) | |
| Address: 2875 West 8th Street (work address) | City: Brooklyn | State: NY | Zip Code: 11224 |
| Marisol Cervoni | ☐ Male ☑ Female | 718-266-5512 (work) | |
| Address: 2875 West 8th Street (work address) | City: Brooklyn | State: NY | Zip Code: 11224 |
| | ☐ Male ☐ Female | | |
| Address: | City: | State: | Zip Code: |

Continue on other side

Page 1 of :

DMV-0000013

**EXHIBIT**
Exhibit 32

**Description of Events Leading to the Incident and What Occured:**

I went to the lawyer's room when I heard Mr. Capogrosso screaming "don't touch my stuff". I told him that he needed to stop yelling, that we could not have this here and at that time after repeating myself, Mr. Capogrosso stopped. This caused a disruption of the office to both the motorists and the staff. I then went to report what happened to Judge Gelbstein and then we both went back to the lawyer's room to speak to Mr. Capogrosso and Mr. Tahir. Mr. Capogrosso started raising his voice that he does not want anyone touching his belongings and kept insisting we watch our video tapes. Mr. Capogrosso alleges that Mr. Tahir touched his bag.

**Nature and Extent of Injuries:**

**Additional Comments:**

_Danielle Calvo_
Name of Individual Filing Report

_[signature]_
Signature of Individual Filing Report

5/5/15
Date

_JEAN FLANAGAN_
Name of Supervisor

_[signature]_
Signature of Supervisor

5/5/15
Date

Page 2 of 2

MV-984 (12/11)

DMV-0000014