MAY 11, 2015

I WAS LEAVING ROOM 5 TO PHOTOCOPY SOMETHING FOR MY JUDGE. AS I WAS PASSING THE MOTOREST I SAW MR CAPOGROSSO ~~SHOVED~~ SHOVE THE SECURITY GUARD. DAVID WAS PUSHED BACK. IT WAS A HAND PUSH. I DO NOT KNOW WHAT OCCURED BEFORE THE PUSH.

*[signature]*