**Subject:** FW: Announcement

Announcement

I am pleased to announce several appointments in the Department's management team.

Ida Traschen has been appointed to the position of Principal Attorney. In her new position, she continues to be responsible for the Legal Bureau and the FOIL unit, but also becomes responsible for the Traffic Violation Bureau and the Safety Hearing program.

Thea Rosenberg has been appointed to direct the newly formed Agency Program Support Division. This program incorporates the current Program Analysis and Data Services units, but adds a new unit that will manage high-level projects and foster the adoption and use of project management standards. As part of this latter initiative, Thea will be responsible for expanding the size and scope of the Program Analysis program.

In addition, the REAL ID project team will be incorporated into the new Agency Program Support Division. REAL ID, after all, is one of the largest projects (if not the largest) on the schedule and incorporating into the new division puts the project into its logical "home" for ultimate design and development.

As plans for this expansion are refined, Greg Kline—the Deputy Commissioner for Administration—will issue an announcement providing details and timelines.

Kathy McHale has been appointed Director of the newly named Driver Training Bureau (formerly the Driver Program Regulation Bureau). In her new position, Kathy will be responsible for, among other things, implementing the legislatively mandated internet Point Insurance Reduction Program.

Robin Long has been appointed to the newly named Safety Program Analysis and Development Bureau which incorporates the Accident Reporting unit and assumes responsibility for the design and development of new driver safety programs and systems.

Jim Allen has been appointed as the Director of Operations within the Governor's Traffic Safety Committee. Jim succeeds Ken Carpenter who retired last year.

Terri Egan—the Deputy Commissioner for Safety Programs—will clarify the roles and responsibilities of Kathy, Robin, and Jim as well as others in the Driver Safety units in a separate announcement.

Please join me in congratulating all of these managers as they embark on these new challenges.

DAVID J. SWARTS
Commissioner