1      UNITED STATES DISTRICT COURT

       EASTERN DISTRICT OF NEW YORK

2      --------------------------------------------X

3      MARIO H. CAPOGROSSO

4                        Plaintiff,

5                                     Case No:

          - against -          1:18-CV-02710

6                                     (EKLB)

7      ALAN GELBSTEIN, et al.,

8                        Defendants.

9      --------------------------------------------X

10

11                     December 18, 2020

                       9:45 a.m.

12

13

14

15

16

17        VIRTUAL VIDEOTAPED EXAMINATION BEFORE TRIAL OF

18

19     MARIO H. CAPOGROSSO, the Plaintiff, pursuant to

20

21     Notice, taken at the above date and time, before

22

23     MARIA ACOCELLA, a Notary Public within and for the

24

25     State of New York.

Page 2

1   A P P E A R A N C E S :

2

3

4       MARIO H. CAPOGROSSO, ESQ., Pro Se

5           21 Sheldrake Place

6           New Rochelle, New York 10804

7

8

9

10   STATE OF NEW YORK

11   OFFICE OF THE ATTORNEY GENERAL

12   LETITIA JAMES

13       Attorneys for Defendants

14       28 Liberty Street

15       New York, New York 10005

16   BY: JAMES THOMPSON, ESQ.,

17       Assistant Attorney General

18       Litigation Bureau

19

20

21

22

23   ALSO PRESENT: Howard Brodsky, Videographer

24

25

Page 3

1       Mario H. Capogrosso

2   THE VIDEOGRAPHER: Good morning. Here

3   begins the video recorded virtual

4   remote deposition of Mario H.

5   Capogrosso, appearing from his location

6   in New Rochelle, New York.

7       This deposition is taken by the

8   Defendants in the matter of Mario H.

9   Capogrosso, Plaintiff, against Alan

10   Gelbstein, et al. defendants, Case

11   Number 1:18-CV-02710 and KBLB in the

12   United States District Court for the

13   Eastern District of New York.

14       Today is Friday, December 18,

15   2020. The time is approximately 9:45

16   a.m. eastern standard time.

17       My name is Howard Brodsky, and I

18   am the legal video specialist in

19   association with Veritext Legal

20   Solutions with offices, located in

21   New York, New York. The court reporter

22   is Maria Acocella, in association with

23   Veritext.

24       Will counsel please state their

25   appearances for the record.

Page 4

1       Mario H. Capogrosso

2       MR. THOMPSON: Yes. James M.

3   Thompson, from the Office of the

4   Attorney General, Letitia James,

5   Attorney General of the State of

6   New York, 28 Liberty Street, New York,

7   New York 10005 on behalf of the State

8   Defendants.

9       THE WITNESS: I am Mario

10   Capogrosso, Pro Se Plaintiff who happens

11   to also be an attorney; 21 Sheldrake

12   Place, New Rochelle, New York 10804.

13       THE VIDEOGRAPHER: Thank you,

14   Counsel.

15       I am sorry. Go ahead.

16       MR. THOMPSON: One slight

17   correction, Mr. Brodsky, on the case

18   number. The suffix is now -- the case

19   number is correct, but the suffix is now

20   EKLB. A couple of months ago we were

21   assigned a different judge.

22       THE VIDEOGRAPHER: Thank you very

23   much for that correction, Counsel.

24       The parties have stipulated and

25   agreed that the court reporter may take

Page 5

1       Mario H. Capogrosso

2   the witness's oath remotely.

3       Will the court reporter please

4   swear in the witness.

5       THE COURT REPORTER: Can you

6   raise your right hand for me.

7       Do you solemnly swear the

8   testimony you are about to give will be

9   the whole truth and nothing but the

10   truth, so help you God?

11       THE WITNESS: Yes, I do.

12       THE COURT REPORTER: Thank you.

13       MR. THOMPSON: Thank you very

14   much, Mr. Capogrosso.

15   M A R I O   H.   C A P O G R O S S O, the

16   Plaintiff herein, having been first duly

17   sworn by a Notary Public within and for the

18   State of New York, was examined and

19   testified as follows:

20   EXAMINATION BY

21   MR. THOMPSON:

22       Q.   My name is James Thompson. I am

23   Assistant Attorney General, and I represent

24   the defendants in this lawsuit.

25       So during the deposition there is

2 (Pages 2 - 5)

Mario H. Capogrosso

1
2 a couple of preliminaries.  I am going to be
3 asking you a number of questions, and there
4 is a handful of things that are helpful to
5 remember for the benefit of the transcript
6 and the court reporter, first of which is
7 when I ask a question, please wait until the
8 end of my question before beginning your
9 answer.  That way, we don't have the two of
10 us talking at the same time.
11         If I ask a question that you
12 don't understand, please ask me clarify it.
13 If you give me an answer, I will assume that
14 you understood the question.
15         Similarly, please make all your
16 answers are verbal.  In regular conversation
17 you have people respond by nodding their head
18 or shaking their head and saying uh-huh or
19 uh-uh, and that can make the transcript
20 difficult, even in a case like this one,
21 where we have a videographer.
22         And if at any point in the
23 deposition you feel like you need a break,
24 just ask me, and we will take one.  I may ask
25 you to finish answering the question that I

Mario H. Capogrosso

1
2 posed or a short line of questioning.  But if
3 you need a break, just let me know, and we
4 will definitely take it.
5         Does all of that make sense?
6     A.    Yes.
7     Q.    Great.  So Mr. Capogrosso, what
8 is your full name?
9     A.    Mario H -- Mario Henry
10 Capogrosso.
11    Q.    And what is your date of birth,
12 sir?
13    A.    July 4, 1961.
14    Q.    And have you ever been deposed
15 before?
16    A.    No.
17    Q.    And do you understand that you
18 are under oath today?
19    A.    Yes.
20    Q.    And what is your understanding of
21 what that means?
22    A.    That I will tell the truth, as I
23 always have.
24    Q.    Are you suffering from any
25 illness or other condition that could affect

Mario H. Capogrosso

1
2 your ability to answer questions truthfully
3 today?
4     A.    No.
5     Q.    Did you take any medication that
6 could affect your ability to answer questions
7 today?
8     A.    No.
9     Q.    Is there any other reason why you
10 might not be able to give complete and
11 truthful answers to the questions that you
12 are asked today?
13    A.    Absolutely not.
14    Q.    Great.  Sir, are you represented
15 by counsel?
16    A.    I am representing myself.  I am
17 an attorney.  I am representing myself.
18    Q.    And have you ever been
19 represented by counsel in this case?
20    A.    No.
21    Q.    So what did you do to prepare for
22 today's deposition?
23    A.    I read -- I read my complaint.  I
24 read all the pleadings that were filed in my
25 complaint.  I read all the exhibits that I

Mario H. Capogrosso

1
2 filed, all the response to discovery that you
3 provided; and that was it.
4     Q.    Have you discussed this
5 deposition with anyone?
6     A.    No.
7     Q.    All right.  So, Mr. Capogrosso,
8 where did you grow up?
9     A.    In the Bronx, New York.
10    Q.    And where did you go to high
11 school?
12    A.    Iona Prep in New Rochelle.
13    Q.    And college?
14    A.    I went to three colleges.  I have
15 a bachelor's of art from Columbia University
16 in 1983.  And in 1992 I got a bachelor's of
17 science in mechanical engineering from
18 Manhattan College School of Engineering.  And
19 I graduated from Quinnipiac School of Law in
20 May of 2000.
21    Q.    So tell me about that.
22         You graduated from college in
23 1983m and what did you do after you
24 graduated?
25    A.    I worked -- let me look at my

Mario H. Capogrosso

1
2 resume.
3          I worked as a laborer in a
4 construction, which my father was a project
5 manager for -- i.e., executive in the
6 construction company.  I worked for him for
7 several years because I enjoyed it, truly
8 liked being outside, after sitting in a
9 classroom.  And I didn't know which direction
10 to take my career in.  I worked as a laborer.
11          Then I worked for a construction
12 company as draftsman and as a project
13 engineer out in the field.
14          Then I went -- decided to get my
15 engineering degree, and I went to engineering
16 school and finished my engineering degree.
17    Q.    So why did you decide to get an
18 engineering degree?
19    A.    Because I was working in the
20 engineering field.  I enjoyed it.  I enjoyed
21 it very much.  I enjoyed the guys I was
22 working with.  I enjoyed the people I was
23 working with.  And I enjoyed working with my
24 dad very much.  And wanted to go back and get
25 my engineering degree, which I did.

Mario H. Capogrosso

1
2    Q.    And did you like engineering
3 school?
4    A.    I liked -- well, it was fun.  I
5 mean, I enjoyed the mathematical part of it,
6 yes.  I enjoyed the people, and I enjoyed
7 the -- I was good at it.  I was a good
8 engineer.  I still am a good engineer.
9    Q.    So how long -- well, actually, I
10 am getting ahead of myself.
11          What did you do after you
12 graduated engineering school?
13    A.    I worked for an engineering
14 company, several engineering companies.
15    Q.    What did your duties there
16 entail?
17    A.    Well, I was hired by Ebasco
18 Engineering.  I worked at a nuclear power
19 plant as a project engineer, Nuclear power
20 planet design engineer.
21          I did both design work and
22 project work.  I was responsible for the
23 design work at several nuclear power plants,
24 and I enjoyed it.  I liked it.  It was fun.
25 I enjoyed it.  I traveled a lot.  I had to go

Mario H. Capogrosso

1
2 to different job sites, nuclear sites.
3          So -- and the one thing that I
4 was taught at these job sites, nuclear sites,
5 is that you tell the truth.  You be very
6 truthful and very direct, because if you
7 don't, there are severe consequences.  So
8 that is my personality.
9    Q.    Okay.
10    A.    I worked at nuclear power plants
11 and in various parts of the country.  It was
12 design work and engineering work.
13    Q.    And you said the name of that
14 company was Ebasco Company, I am sorry?
15    A.    Ebasco, E-B-A-S-C-O, Esbaso,
16 which later became Racions (phonetic)
17 Engineers and Constructors.
18          Actually, before then it was
19 Washington Group International.
20    Q.    And --
21    A.    Go ahead.
22    Q.    How long did you work for them?
23    A.    I worked at -- let me see -- I
24 worked between 1992 and 1996 at various
25 engineering companies.

Mario H. Capogrosso

1
2          No, I worked -- no, I am sorry.
3 1992 to 1994 I worked for Ebasco Engineers,
4 then I worked from '94 to '96 with a
5 construction company that was doing retrofit
6 work on power plants.  Then I worked for --
7 as a mechanical engineer to 2001, Washington
8 Group International, at various other nuclear
9 power plants.
10          And then I worked for BGA
11 Consulting Engineers, which we did also work
12 at nuclear plants, because they liked my work
13 in 2003.
14    Q.    And, Mr. Capogrosso, you look
15 from the picture as if you are looking at a
16 document there; is that correct?
17    A.    My resume.
18    Q.    Can I ask for a copy of that to
19 be produced to us?
20    A.    Yeah, sure.
21    Q.    Do you have any other documents
22 that you are looking at, as you are giving
23 testimony today?
24    A.    Well, I have all the exhibits
25 that I provided to you yesterday and I

4 (Pages 10 - 13)

Mario H. Capogrosso

1
2 provided in this case, and I have all your
3 discovery. That is what I have to refresh my
4 recollection.
5    Q.   Okay. So can you list for me the
6 documents you have in front of you? Because
7 normally when you do a deposition, there is
8 no documents in front of the witness other
9 than what is put in front of them as an
10 exhibit.
11   A.   Well, I do have certain exhibits.
12 I have all the exhibits that were provided to
13 you yesterday. That is what I have. That is
14 what I have in front me.
15   Q.   Okay.
16   A.   There are 86 exhibits. I have
17 all 86 exhibits. You don't want me to refer
18 to them to refresh my recollection, well,
19 then you have to make an objection, but that
20 is what I have in front me.
21   Q.   The problem is that since we are
22 on Zoom, I can't see what is in front of you
23 in the way I could if we were all around the
24 table together. So can I ask you to please
25 clear the desk in front of you.

Mario H. Capogrosso

1
2    A.   It is cleared. It is cleared.
3    Q.   Thank you.
4        So, Mr. Capogrosso, why did you
5 decide to go to law school?
6    A.   I liked learning. I liked, you
7 know, pursuing academic endeavors.
8        And truthfully, I was married and
9 divorced, and I was sitting in my apartment
10 all alone. I said -- I had nothing to do at
11 night. Let me go to law school; it will give
12 me something to do.
13       I put in an application. I take
14 the exam. And I didn't study very long for
15 the exam; took the book, I read through it.
16       They accepted me into law school.
17 So rather than siting at home in the
18 apartment, I figured let me sit in a law
19 school. So I worked as an engineer during
20 the day, and at night I went to law school,
21 for four years. Helped me get through my
22 divorce, kept me busy.
23   Q.   And did you have a particular
24 career intention when you applied to law
25 school?

Mario H. Capogrosso

1
2    A.   Not really. Not really.
3        I worked as an engineer after I
4 graduated. I graduated in 2000. I still
5 enjoyed working as an engineer.
6        But the company I worked for
7 wanted me to travel, and I didn't want to
8 travel anymore. They wanted me to go to the
9 west coast, California, and be an engineer in
10 one of the power -- out in Washington State,
11 actually, not California.
12       I didn't want to go to Washington
13 State. I just didn't. I said, let me -- I
14 passed two bars, New York and Connecticut,
15 but I was still working as an engineer.
16       I said, all right. Let me send
17 out a resume, see if somebody gives me a job.
18 I got a job offer, and I went and took it.
19   Q.   And where -- where was that job
20 offer?
21   A.   That job offer was at the
22 Brooklyn TVB.
23   Q.   Okay. So you applied to work at
24 the Brooklyn TVB?
25   A.   No. I applied to an attorney,

Mario H. Capogrosso

1
2 Terry Kalker, who is a lawyer down there who
3 was looking for a lawyer. I sent him [sic]
4 my resume. She [sic] responded. I said, you
5 know, I don't know what type of work she did.
6        But I went down, started working
7 for her as one of her attorneys.
8    Q.   And how do you spell Ms. Kalker's
9 name?
10   A.   K-A -- I think K-A-L-K-E-R.
11   Q.   And so can you tell me a little
12 bit about working for Ms. Kalker?
13   A.   Well, when I worked for her, it
14 seemed fine when I first started. When I
15 first started, it seemed fine.
16       But she made certain
17 representations to me that she didn't
18 fulfill. Now I was getting -- now medical
19 insurance is very important to me, and making
20 a representation of following through with it
21 is very important to me.
22       She made a representation that I
23 would have medical insurance after three
24 months. I worked for her for three months,
25 and I said, where is my medical insurance?

Page 18

Mario H. Capogrosso

1        Mario H. Capogrosso
2 Because I had it in my previous job.
3        Working for an engineer, if they
4 say something, they do it.
5        Terry Kalker didn't do that.  She
6 said, well, you will get medical insurance a
7 year and three months from now, which upset
8 me greatly, very greatly.
9        So at that point I said, all
10 right, you don't want to pay me medical
11 insurance, you are not upholding what you
12 said you were going to do.
13       I left her and went into practice
14 for myself.  And that is what I started doing
15 in June, June of 2005.  I started work for
16 Terry Kalker in April 2005, April or March of
17 2005.  I only spent three or four months with
18 her.
19   Q.    And how did she respond when you
20 objected?
21   A.    She continued with that
22 affirmation, you will get your insurance from
23 a year.  I said, that is unacceptable.  I
24 said, you can't make a representation and
25 don't follow through with it.

Page 19

Mario H. Capogrosso

1        Mario H. Capogrosso
2        So at that point I really -- I
3 started not to trust this woman anymore.  I
4 said, that is enough.  She was sent in -- I
5 normally, with my engineering firm, if they
6 sent me someplace, they always paid my
7 expenses.
8        She said she was going to pay
9 expenses, and then she decided not to pay
10 expenses.  And she sending me to all
11 different courts, all over Long Island and
12 Upstate New York.  I said, I can't afford
13 this.  I can't afford it.  Gas, tolls.
14       So at that point I said, you
15 know, you are not going to truthful with me,
16 I don't feel comfortable working with you.  I
17 decided to end it.
18       My clients who I was representing
19 liked me, liked my representation, so I said,
20 I will do this on my own, which is what I
21 did.
22   Q.    So what was your salary with
23 Ms. Kalker?
24   A.    That beginning salary, what I
25 recall was $40,000 a year, back in 2005.

Page 20

Mario H. Capogrosso

1        Mario H. Capogrosso
2   Q.    And that is without expenses?
3   A.    Without expenses.  Without
4 medical insurance.  No, maybe it was 50.  I
5 am not sure.  I think maybe it was 50.  Maybe
6 it was 50.  I think she offered 40, and I got
7 her up to 50, something like that, between 40
8 and 50.  It was either 40 or 50.  I am not
9 exactly sure.  I don't remember.  She paid
10 me, you know, a weekly check.  It might have
11 been 50.  Might have been.
12   Q.    And how did that compare to your
13 engineer -- your work at the engineering
14 firm?  What were you paid there?
15   A.    I was paid more, and they were
16 paying expenses.  I don't recall the exact
17 last salary I had as an engineer, but it was
18 more than that.
19   Q.    Do you have a ballpark figure,
20 approximately?
21   A.    Maybe 57 or 80, plus they gave me
22 per diem, which means when I went to a job
23 site, which I often did, they gave me a daily
24 per diem.
25       Or if I had to stay there for

Page 21

Mario H. Capogrosso

1        Mario H. Capogrosso
2 several months, they gave me per diem to pay
3 for my living expenses.  They treated their
4 employees very well.
5        But I made the decision to try to
6 be a lawyer, because I went to law school at
7 night.  I didn't want to do any more
8 traveling.  I made that decision, and I
9 wanted to stay in one place for a while.
10       And my company wanted me to
11 travel, and I didn't want to travel anymore,
12 and so I said, let me give it -- I went to
13 law school and I passed two exams, so let me
14 try it.  And I did, and my clients liked me.
15   Q.    And so you started your practice
16 before TVB, your solo practice before the TVB
17 at -- in summer of 2005, correct?
18   A.    June, early July, late June,
19 early July 2005.
20   Q.    And can you sort of describe your
21 practice to me.
22   A.    I represented motorists at
23 hearings, traffic violation hearings.  The
24 clients loved me.  Police officers didn't
25 like me because I really grilled them, did

Page 22

Mario H. Capogrosso

1
2 grill them.  I went after them.
3        My clients loved me; they did.
4        I submitted several reviews to
5 you, many reviews.  My clients really liked
6 me as an attorney, they did.  Police officers
7 didn't.  I really went after a police officer
8 in the court, I did.  It was my obligation.
9 I felt an obligation to my clients to
10 zealously defend.
11        I remember taking that oath when
12 I got admitted into the bar, you have an
13 obligation to zealously defend, and that is
14 what I did.
15    Q.    Was your practice primarily in
16 the South Brooklyn TVB?
17    A.    Yes, pretty much.  Occasionally I
18 would get -- what happens is you get a ticket
19 that sometimes go to other courts, another
20 tribunal, so if you took it -- you take it,
21 you went.  Sometimes you get one Upstate,
22 Upstate New York or Long Island.  And you
23 took the case, you had to go, and I went.
24 Predominately it was in Brooklyn South.
25    Q.    If you have to put a percentage

Page 23

Mario H. Capogrosso

1
2 on that, what percent of your work would you
3 say was in the South Brooklyn TVB?
4    A.    Ninety percent.  90 percent.
5    Q.    Did you practice before any other
6 administrative tribunals other than the TVB?
7    A.    Let me think.  Other
8 administrative.
9        I went to criminal court, 346
10 Broadway, which is down in New York City.  I
11 went to criminal court often.  Occasionally
12        Sometimes they had a pink ticket,
13 which is not a yellow ticket, and I would
14 have to go down to criminal court.  But that
15 wasn't a --
16    Q.    Can you explain that to me?
17    A.    Well, sometimes some of these
18 motorists would get, as opposed to a yellow
19 ticket, they would get a pink ticket, which
20 was covered by the penal code of New York
21 State, and it is a little more graver
22 implications.
23        Normally everything got pled out.
24 But I would go down to certain criminal
25 courts.  That's where police officers gave

Page 24

Mario H. Capogrosso

1
2 violations, summons that had criminal
3 implications.  They were held at a different
4 court, and I went there.  But for the most
5 part, that was it.
6    Q.    Did you do any other criminal
7 work outside of the pink tickets?
8    A.    I had one where a guy was accused
9 of stealing some groceries from a grocery
10 store, and another one where a man got
11 involved in an altercation with his --
12 another man concerning parking his truck in
13 front of his business.
14        And I went down to Red Hook
15 Criminal Court in Red Hook.  I went out to
16 immigration court once, and I represented a
17 client there who never showed up for his
18 hearing, and the case got thrown out.  That
19 is what I recall.  That is what I recall.
20    Q.    And so no other administrative
21 tribunal other than TVB?
22    A.    No.  That would be it.
23    Q.    Did you ever practice before the
24 OATH, the Office of Administrative Trials and
25 Hearings for New York City?

Page 25

Mario H. Capogrosso

1
2    A.    No.  I would have remembered
3 that.
4    Q.    So you said that you had
5 litigated a couple of criminal cases in
6 New York State Court and one immigration
7 case.
8        Have you litigated any other
9 cases in State court, criminal or civil?
10    A.    Well, after that point in time I
11 worked for an attorney down in Brooklyn, so
12 yes, there were other cases I have litigated.
13        I worked for an attorney in
14 Connecticut after I was removed from the
15 Brooklyn TVB system, the New York TVB system.
16 I worked for an attorney in Connecticut.
17        I worked for an attorney -- as an
18 independent -- well, and I worked for an
19 attorney in Brooklyn.
20    Q.    So let's step back to the TVB for
21 a second.
22        Did you like practicing at TVB?
23    A.    I loved it.  I loved it.  They
24 were short:  Got there at 8:30 the day was
25 over by 4:00.  I loved it.  I loved my

7 (Pages 22 - 25)

Page 26

Mario H. Capogrosso

clients. My clients loved me. I liked it. It wasn't a whole bunch of preparation for it.

It was the same defenses, for the most part. I liked being the courtroom. I liked to speak. My clients liked me.

I was right down by the water. I loved going to the beach. Afterwards, I would go to beach. I loved it. It was a short day. It was nice. I loved it.

Q. You said a short day.

What were your average hours?

A. 8:30. Court opened at 8:30. Got there right at 8:30 or 8:15. The doors opened right at 8:30, and the day ended Monday, Tuesday, Wednesday, Friday by 4:00. All cases are wrapped up by 3:30. On Thursday it went later, until 6:00. That was a late day.

All you had to make sure was that your calendar was kept properly. Calendar was very important. You had to make sure your calendar was right, and you had to make sure you stayed in contact with these

Page 27

Mario H. Capogrosso

motorists.

They wanted to know what happened. I would make phone calls all the time, whether I won, I lost. I always told them to show up. I always wanted my client with me in a courtroom, always. I wanted them to hear what I did and what I said. I wanted them to know, if they gave me money, I was defending them. I wanted them to know that.

A lot of other motorists -- other attorneys didn't like that. They didn't want their motorists showing up. I wanted my guys --

Q. So did you ever --

A. Go ahead.

Q. Did you ever consider taking another job while you were at the TVB?

A. No. I liked it. No, I really liked it. I enjoyed. I enjoyed it.

I know there were other aspects of law, but I know it would have taken a commitment. I enjoyed it.

Q. And if you had to estimate, how

Page 28

Mario H. Capogrosso

long were you planning on continuing to practice at the TVB? Were you thinking of retiring at some point?

A. I am a working man. I am going to die -- I am going to work until I die. I am a working man. I was brought up that way.

I told you after I left Columbia, my father put me as a laborer, and I worked as a laborer. I am a working man. I am going to work until I can't work anymore. I don't believe in retirement. I am going to work until I can't work any longer. That is my opinion. That is how I --

Q. All right. So after you were expelled from practicing before the TVB in 2015, what did do you for work?

A. Afterwards, very difficult to find work. I am not a youngster. Very difficult finding work. I sent out resumes.

First of all, first of all, the most important thing I did is I called every one of my clients. I had 850 clients. I called every one of them. I said, give me your address, and I have to return money.

Page 29

Mario H. Capogrosso

Because everybody who paid me a fee, and I didn't complete that case, their money got returned. Everyone got their money back. Everyone. Give me an address, and for the most part, for a long time, long time, I was writing checks to return money.

I am not going to be called a thief. I am no thief. I returned money. I did that for a long time. And I don't think you have one complaint from a motorist I didn't return a fee to, not one. I returned every fee that I did not earn because I didn't complete the case.

Then when that got completed -- that took some time -- motorists were calling me daily, daily: Where are you? Why aren't you showing up? It was a real headache. They were calling me daily, all hours of the night, where is my money? How come you didn't return my money? I did return your money.

Well, how come I didn't get it yet? Give it a couple of days in the mail.

I returned every dollar. It took

Mario H. Capogrosso

1        Mario H. Capogrosso
2 a long time to tell my clients, I am not
3 practicing this type of law right now.  A lot
4 were asking, why not?  Well, that was it.
5        So I did that for a while.  That
6 took a long time, a good portion of time to
7 clear all the cases up.
8        And then I put out resumes, and I
9 got an offer in Connecticut.  I worked from
10 Connecticut.  And then I got the offer in
11 Brooklyn; I worked in Brooklyn.
12   Q.   So tell me about the position in
13 Connecticut.  What organization was that
14 with?
15   A.   It was for a law firm in
16 Connecticut.
17   Q.   And what was the name of that law
18 firm?
19   A.   Law Firm of Frank Peluso,
20 P-E-L-U-S-O.
21   Q.   P-E-L-U-S-O.
22        And when did you start working
23 there?
24   A.   You don't want me referring to my
25 resume.  Let me think.  2015, this happened.

Mario H. Capogrosso

1        Mario H. Capogrosso
2 I don't know.  Two thousand --
3   Q.   You can look at your resume if
4 you want; that is fine.  Just please provide
5 us with a copy of it after.
6   A.   2016, I think.  I think it was
7 2016, I believe.
8   Q.   Do you know what month in 2016?
9   A.   No.  I was working as an
10 independent contractor.  He paid me on a
11 1099.  So everything was always paid on 1099.
12        So was I officially with the
13 firm.  I reported to the firm every day.  I
14 reported to him every day.
15        Was I under -- was I salaried
16 employed?  No, I was being paid on 1099.
17   Q.   Do you remember sort of what time
18 of the year it was that you started working
19 there?
20   A.   No.
21   Q.   Spring, summer, fall?
22   A.   Had to be in -- let me think.  I
23 think it was May.  May 2016, I think.
24   Q.   Okay.  And what did your work for
25 the Peluso firm consist of?

Mario H. Capogrosso

1        Mario H. Capogrosso
2   A.   We had personal injury cases.  I
3 had one in New York, one in Connecticut,
4 several in New York, several in Connecticut.
5 I am licensed in both states.  He liked that.
6        I represented some criminal
7 defendants in criminal matters.  I think we
8 had a couple of divorce cases.  He was a
9 general practitioner.
10   Q.   And how much were you paid for
11 that work?
12   A.   I don't recall the exact salary.
13 I don't.  I know he paid me on a weekly
14 basis.  Might have been -- I don't know.  Let
15 me think.  1100 to 1200.  Thousand or 1100 a
16 week, something like that.  200 a day, 250 a
17 day, something like that.  He paid me on a
18 weekly basis, you know, 200 to $250 a day,
19 from what I recall.
20   Q.   And so why did you stop working
21 for the Peluso firm?
22   A.   He lost his malpractice
23 insurance.  It was an issue.  I am not going
24 to go into the details of it, but he lost his
25 malpractice insurance.

Mario H. Capogrosso

1        Mario H. Capogrosso
2        I said Frank, I can't work for a
3 person that doesn't have malpractice, I
4 can't.  I said, do you want to pay for my
5 malpractice insurance?  I didn't feel
6 comfortable with that, because then it is not
7 under my license.  I am really practicing
8 under my license.
9        I said, Frank, you gotta get
10 malpractice.  You lost it.  I said, I don't
11 feel comfort.  I have to leave you.  If you
12 don't have malpractice -- he had a problem or
13 issue; I don't want to get into it.
14        But he couldn't get malpractice
15 insurance.  I said, I can't take a chance,
16 Frank.
17   Q.   Can you give me a quick summary
18 of what the issue was?
19   A.   I don't recall the -- you know,
20 you have to ask -- I don't know the issue.  I
21 know one day he told me he had no
22 malpractice.
23        Frank, I can't work.  I am sorry.
24        I don't know what his issue was.
25 I didn't get into it.  I know he had

9 (Pages 30 - 33)

Page 34

Mario H. Capogrosso

litigation going on, and the insurance company decided to drop him, and he couldn't get it anyplace else.

Q. Did the issue have anything to do with any of the cases you were working on?

A. No, no. Before I got there, he had an issue on a matter.

No, not me. Not me. No, I wasn't involved in the malpractice suit. Didn't mention my name at any point. Didn't mention me. Mentioned him. And then he showed up.

Q. Um --

A. -- go ahead.

Q. I am sorry. I didn't mean to cut you off.

A. Well, before I took the job, I didn't know he had this issue. I had no idea. No idea. So I took the job.

Then I am into the job, and he tells me, well, they dropped me. Well, what do you want me to do, Frank? Had nothing to do with what I did. I was never named in any grievance or anything like that. Not.

Page 35

Mario H. Capogrosso

Q. And if you had to estimate, how many personal injury cases did you do while you were there?

A. Oh, I don't know. Personal injury, maybe -- oh, I don't know. The cases were all -- he had a lot of them. The ones I actually bring to complete -- I worked on a lot of them. Do I recall?

You know, he had a lot -- he had cases. But the ones I actually brought to completion while I was there, maybe three or four.

Q. And cases you worked on, in total? Just estimate.

A. At least 50. At least 50 cases that I had. But I only brought to completion maybe three or four, in terms of --

Q. How many criminal cases would you say you worked on with the Peluso firm?

A. Oh, he had cases, five or six that I completed. I said they were ongoing. They don't get completed overnight. They were ongoing.

Q. Yeah. Five or six that you

Page 36

Mario H. Capogrosso

completed.

And what is an estimate of how many that you worked on at one point or another?

A. He had a caseload. He had at least 75 cases in the office that I touched, that I had to get some type -- you know, that I was working, that he was throwing at me on different levels.

Q. The Peluso Firm, did you do any legal work other than personal injury and criminal defense?

A. We had a land dispute, a land dispute that I helped resolve. We settled that between parties, between two parties. Somebody putting up a fence, that I remember.

What else? Divorce case that I helped work on. And that was it.

Q. Okay. And when did you stop working for the Peluso Firm?

A. When I found out that he lost the malpractice.

Q. And when was that?

A. That would have been -- let me

Page 37

Mario H. Capogrosso

see. Probably in '17. The beginning of 2017. Beginning of 2017. Yeah, 2017.

Q. Okay. And what did you do after you stopped working with the Peluso Firm?

A. Well, then I was looking for work. It is not easy, finding a job at my age. I am 59 years old, not easy. I started looking for work.

So I was taking whatever I could. I was doing per diem work. I was sent out to -- they have this thing called Attorneys on Demand, AOD. I put my resume out there. So I would go -- for a while I was doing that, Attorneys on Demand. If they had a case, I would go out to the case and do an appearance and pay me for the appearance. I did that for a while.

Q. And about how much were you paid by AOD?

A. Oh, geez, it was substance level. You had to bargain with them, too. You know, there was a lot of attorneys. You know, everybody -- if you were an attorney that regularly went there, they gave it to them

Page 38

Mario H. Capogrosso

1  first.  It was nothing, 50, $75 maybe.
2
3      Q.    For an appearance?
4      A.    Yeah, hundred dollars an
5  appearance, maybe.  Hundred dollars an
6  appearance was max.
7          But you took what you could get.
8  I gotta eat.  You took what you could get.
9      Q.    And other than for AOD, did you
10  work at any other organizations at this time
11  before you joined the Brooklyn firm?
12     A.    I did some per diem work for a
13  couple of lawyers who needed some help on
14  certain things.  I forgot their names.  I
15  really did forget their names.
16          It wasn't a long time that I
17  worked for them.  It was per diem.  They --
18  work who needed some extra help.  I forget
19  their names, I do.
20          And then I got the opportunity to
21  work with -- in Brooklyn in 2018, and I took
22  that position.
23     Q.    Did you -- you know, before we
24  get to the Brooklyn position, did you do any
25  cases yourself?  Did you have any of your own

Page 39

Mario H. Capogrosso

1  clients?
2
3      A.    No, no.  All my clients got
4  returned to me.
5          My reputation in Brooklyn got
6  ruined.  My reputation in Brooklyn got ruined
7  because of this.
8          And I didn't want to go out on my
9  own yet until this got resolved.  I wanted
10  this put to an end.  I wanted my reputation
11  reestablished.  I want to tell my clients,
12  yeah, I won this case, and I am back to
13  practicing law, and I am a good lawyer.  And
14  I wanted this case resolved before I went
15  back on my own on a full-time basis, because
16  my reputation got ruined, and I wanted this
17  resolved.
18     Q.    So you said you took a job in
19  2018 with a firm in Brooklyn; is that
20  correct?
21     A.    The law firm of Yuan Jiang.
22     Q.    And can you spell Yuan Jiang?
23     A.    Yuan, Y-U-A-N, Jiang, J-I-A-N-G.
24     Q.    And how did you get connected to
25  the job with the Yuan Jiang firm?

Page 40

Mario H. Capogrosso

1
2      A.    I went on Craigslist he had
3  posted a job offering.  I sent out my resume.
4          He was a nice guy, Yuan.  I got
5  nothing bad to say about him.  He is a really
6  nice guy.  I sent out my resume.  He was a
7  nice guy, Yuan, and he gave me a job.  And I
8  am thankful for it, very thankful.
9      Q.    And when did you start working
10  with the Jiang firm?
11     A.    Once again, he paid me on a 1099.
12  But I was with the firm.  I was.  He paid me
13  on a 1099.  It was his firm.  I started in
14  March.  I know the exact date, actually.  I
15  think it was March 26, 2018.
16     Q.    And what did your duties consist
17  of at the Jiang firm?
18     A.    Well, one of his lead attorneys.
19  It was me, him, in the office.  There was
20  another attorney who left right away.
21  Another attorney came in.  And then there was
22  about three paralegals.  And his wife was
23  there.  She ran the front desk.  But I was
24  one of the attorneys.
25     Q.    So what did you do for them?

Page 41

Mario H. Capogrosso

1
2      A.    Drafted complaints, personal
3  injuries cases, drafted complaints, filed
4  complaints, answered complaints.  Had
5  criminal cases we did that.  What else?
6  Personal injury and criminal complaint work.
7          He had immigration work, which I
8  did a little bit of, but then he brought
9  somebody in who had a lot of experience in
10  immigration.  I didn't have the experience.
11  I had one experience with immigration.  But
12  he brought somebody in who was pretty good
13  with immigration.  And that was it.
14     Q.    And if you had to estimate, you
15  know, how many personal injury cases and how
16  many criminal cases -- let ask one at a time.
17          How many personal injury cases
18  did you work on for the Jiang firm?
19     A.    Like I said, probably touched --
20  you know, he had a lot of cases coming in.
21  He had a lot; 45, 40 to 45.  You know, I
22  would say about 40 cases.  And criminal work,
23  another 15.
24     Q.    And anything other than criminal
25  and personal injury?

11 (Pages 38 - 41)

Mario H. Capogrosso

1
2  A.  We had a matrimonial case.  I
3 enjoyed that one.  And I thought the lady was
4 being treated very badly.  It was a lady that
5 had been treated very, very badly.  I wanted
6 a nice settlement for her, and I was very
7 happy with that case.  We had a -- I had a
8 divorce case -- we actually had a couple of
9 divorce cases.  The one I actually settled,
10 and I got a nice settlement on, I was very
11 happy with.
12  Q.  And so what was your compensation
13 while you were at the Jiang firm?
14  A.  It was 85,000 a year.  85,000.
15 But I was paid on a weekly basis.
16  Q.  Did that include benefits?
17  A.  No benefits, no.
18  Q.  No insurance?
19  A.  No.  He covered my malpractice
20 insurance.  He covered the malpractice, and I
21 was -- it was great.  But other than that,
22 nothing, no.
23  Q.  And so how long were you at the
24 Jiang firm for?
25  A.  Until COVID 19 hit.  The last day

Mario H. Capogrosso

1
2 he closed the firm down, in March, what was
3 it 2020.  March 17th, put a notice on the
4 front door said, we are closed right now.  He
5 had me working from home like a week or two,
6 and said, this is not working, and put a
7 notice on the door and said we are closed.
8 It was exactly March 17, 2020.
9  Q.  So March 17th was your last day
10 working for the Jiang firm?
11  A.  Yes.
12  Q.  And it was an amicable
13 separation?
14  A.  Yeah.  You know, he closed the
15 door down.  Thank you.  Thank you very much,
16 you know.
17  Q.  At the point when -- at the point
18 where the COVID crisis is over, do you expect
19 that you will go back to work for the Jiang
20 firm?
21  A.  I think he has moved on.  I
22 haven't really spoken to him.  I think he is
23 open now, and he hasn't reached out to me.
24 So I am sure he has moved on.
25  I don't want to go back into a

Mario H. Capogrosso

1
2 situation where I am meeting clients and
3 interacting with clients.  I am fearful.  I
4 am 59 years old, I am and I have had two
5 relatives who have died of this disease
6 already.
7  Q.  I am very sorry.
8  A.  Thank you.  I am sorry.  Thank
9 you.
10  I am fearful of interacting with
11 clients on a daily basis, I am.  So until I
12 get vaccinated --
13  And I think Jiang has moved on.
14 I did drive by the office, and I saw it was
15 open.  So at some level, he is open.
16  But I don't know what his
17 caseload is like, and I don't know if he is
18 generating any revenue.
19  Q.  And you haven't reached out to
20 him about that?
21  A.  No.  I do wish him the best.  He
22 is nice guy, Yuan.  He is a nice guy and nice
23 wife.  And I do wish him the best, yes.
24  Q.  So what you are doing for work
25 currently?

Mario H. Capogrosso

1
2  A.  Nothing.  Nothing.  Nothing.
3 Nothing.
4  Q.  You don't have any clients of
5 your own?
6  A.  No, nope.  I told you, I need
7 this resolved.  I need this resolved.  One
8 way or the other, I need this resolved.
9 Either my name gets cleared as an attorney,
10 my name gets cleared and my reputation gets
11 reestablished as an attorney, or I move on in
12 another direction, because I am -- or I move
13 on.  That is my feeling on this.
14  Q.  You said move on in another
15 direction.  What would that be?
16  A.  I don't know.  I don't know.  I
17 will go out and do something to make a
18 living.
19  I do get made pandemic
20 assistance.  I do.  I am not going to lie
21 about that; I do get pandemic assistance.  It
22 is going to run out very shortly; it will.
23 At that point, I don't know what I am going
24 to do.  I will have to figure it out.
25  Q.  When you say pandemic assistance,

12 (Pages 42 - 45)

Page 46

Mario H. Capogrosso

1
2 you mean unemployment?
3     A.    Yes.
4     Q.    And this is under the -- what is
5 it, the Cares Act that they passed?
6     A.    Yeah.  I am not sure under what
7 act it was.  But I do get PUA, pandemic
8 unemployment assistance.  But it is going to
9 be running out.  You get 39 weeks of it.
10     Q.    So you haven't done any legal or
11 other work since leaving the Jiang firm in
12 March; is that correct?
13     A.    Other than the work on my case,
14 and other than work on this case, no.
15           Wait, no.  I had one client.  He
16 is a friend, not really a client.  He was a
17 friend that I talked to about a case.
18           Other than that, no.
19     Q.    All right.  Was that -- did he
20 pay you for that legal advice?
21     A.    No.  Nope.  It was friend.  A
22 friend.  He was going -- he wanted to try to
23 establish visitation rights with his child.
24           First of all, I don't think it is
25 appropriate to represent friends or family.

Page 47

Mario H. Capogrosso

1
2 You get too emotionally involved.  Especially
3 me, I get too emotionally involved.
4           He has another attorney now, and
5 I wish him the best.  I hope he gets
6 visitation, because he is a nice guy.  And
7 that is it.
8     Q.    And do you have any other sources
9 of income at this time?
10     A.    No.  I day trade a little bit,
11 making some money day trading.  That is very
12 chancy.  I have to resort to that, but I did
13 make some money day trading.
14     Q.    About how much money did you make
15 day trading?
16     A.    Oh, I don't know.  How much money
17 do you lose day trading, is more like it.
18 There is no guaranteed money day trading.
19     Q.    Are you good at it?  Do you win
20 more than you lose?
21     A.    There is no way to generate an
22 income.  I am okay, but I don't generate any
23 significant -- first of all, you need money
24 to day trade.
25           I am okay.  I am okay.  I am not

Page 48

Mario H. Capogrosso

1
2 great, but I to have resort to that right
3 now, but --
4     Q.    Would you say you make a couple
5 of thousand a year, more or less?
6     A.    I don't know.  I don't know.  I
7 really don't know.
8           It is not a thing I do often.  It
9 is not something I can rely on, let me say
10 that.  It is not something I can rely on.
11           I prefer being an engineer or
12 being a lawyer.  You know, I enjoyed what I
13 was doing down in Brooklyn.  I enjoyed being
14 an engineer.
15           I want this resolved.  And once
16 this is resolved, I will make the decision
17 what direction to go in.
18     Q.    And you had mentioned that if you
19 don't prevail in the case, you would be
20 looking to do something else.  Do you mean
21 something nonlegal, or do you have an idea in
22 mind?
23     A.    I don't know.  I don't like the
24 way the legal professional acts.  I don't --
25 I worked for an engineer a long time in my

Page 49

Mario H. Capogrosso

1
2 life, nuclear -- at a nuclear -- if I lied
3 once, I was off the job.  Once.  Good-bye.
4           If I said inappropriate -- if I
5 didn't know anything, I kept my mouth shut.
6 But I would never say -- I would never lie.
7 I mean, it is not accepted.
8           I have dealt with more lawyers
9 and judges who have lied, who have not
10 investigated facts.  Terry Kalker, who I
11 started out with, who told me, you will have
12 medical insurance in three months, which was
13 a lie, which is why I left her.
14           Yuan didn't do it.  Yuan was a
15 straight guy.
16           Frank Peluso, who lost his
17 malpractice insurance.
18           I dealt with more lawyers who
19 have lied that I can -- it just disturbed the
20 heck out of me.  It does.  It does disturb
21 it.  I am a very truthful guy.
22           In engineering, you cannot be
23 non-truthful.  So I do want to stay in this
24 professional -- I don't know.  I don't know
25 at this point.

13 (Pages 46 - 49)

Page 50

1          Mario H. Capogrosso
2          I want to clear my name; that is
3  what I do know.
4     Q.    So that is what this case is
5  about for you, clearing your name?
6     A.    Clearing my name and getting the
7  money that I lost that I could have made.
8          I am a working man.  Like I told
9  you, I am a working man.
10         I had to return a lot of fees, a
11 lot of fees, and I was put out of work
12 wrongly.  Wrongly I was put out of work.
13    Q.    So can you summarize for me what
14 this case is about?
15    A.    Vindication of my name, my
16 reputation as an attorney.  To getting the
17 money that I lost because I couldn't work as
18 an attorney.  The money I had to return.
19         And for a Brooklyn jury to make a
20 decision, whether there are judges and
21 lawyers who have lied on my behalf to get rid
22 of me, because Judge Gelbstein needed a piece
23 of the action.  Because he has lunch with
24 ticket brokers on a weekly basis.  He has
25 other attorneys covering for him on cases

Page 51

1          Mario H. Capogrosso
2  down there, and he wanted me out.
3          And judges like that shouldn't be
4  practicing, and he shouldn't be covered for
5  by his superiors.  And complaints should not
6  be made against a hard working attorney like
7  myself, which is what I was.
8          There was not one grievance from
9  a motorist or a client against -- what he did
10 for them, not one grievance.
11         And my reputation has to be
12 besmirched, and they wanted me out of there
13 because I told the truth and reported what I
14 saw and heard, and they wanted me out of
15 there.
16         And they set me up.  Not only the
17 incident with Yaakov Brody, which I think I
18 was set up on, but with these two who --
19 David Smart.
20         And then repeated it -- repeated
21 pleas for help, not only with your office,
22 where my complaint was lost and was never
23 responded to in my letter of March 20, 2015;
24 it was lost.
25         And I believe I was set up, and I

Page 52

1          Mario H. Capogrosso
2  believe a Brooklyn jury has to hear it.  And
3  people should be punished for their actions.
4  And how I was treated, they should be
5  punished.  That is what this case is about.
6     Q.    So I mean, so some of this is
7  items that I intend to get to a little later
8  in the deposition.
9          You mentioned a couple of
10 incidents just now regarding Judge Gelbstein
11 and some allegations that you feel are valid.
12 You said something about a piece of the
13 action.  Can you explain that to me?
14    A.    First meeting with Judge
15 Gelbstein, first meeting when I arrived, we
16 had a meeting.  He arrived pretty much a
17 couple weeks or months after I arrived.  He
18 has a meeting with all the lawyers.
19         And one of the first things I
20 remember -- I have a very good memory.  I
21 have a very good memory -- how do I get a
22 piece of the action?  How do I get a piece of
23 action?  This is judge asking for a piece of
24 the action.
25    Q.    So can you explain to me sort of

Page 53

1          Mario H. Capogrosso
2  the context in which that came up, like what
3  was said before that?
4     A.    I don't know if he is saying it
5  in what respect.  But if you say to another
6  attorney, how do I get a piece of the action,
7  and you are a judge, and you think you are
8  saying this facetiously or being funny, I
9  don't accept it that way.
10         I don't -- I am a young attorney
11 down there.  I am just kind of observing.  It
12 hit me the wrong way, for a judge to say, how
13 do I get a piece of the action?
14         He had an attorney's meeting with
15 all the attorneys down there, all the regular
16 attorneys he calls it.  He wanted a meeting
17 with everybody when I first arrived.
18    Q.    And when was this, what year?
19    A.    Well, I started working down in
20 June of -- like I said, June of 2005.  So it
21 was right at that point, after that point, a
22 couple of months afterwards, he arrived;
23 July, August.
24    Q.    July, August 2005?
25    A.    Yes.  He had the first meeting

14 (Pages 50 - 53)

1        Mario H. Capogrosso
2 with all the regular attorneys down there,
3 and I was one of them at that point.
4     Q.    And can you tell me what happened
5 in the meeting?
6     A.    He was introducing himself as
7 Judge Gelbstein, and he makes this remark.
8        And I didn't know how this game
9 was played down there.  And eventually I
10 found out what is going on.
11        And looking around, I said, this
12 judge might be getting a piece of the action.
13        Was I upset about it?
14 Absolutely.
15     Q.    So going back to the meeting, he
16 just said out of nowhere -- was anything said
17 before he said that?  Did someone ask him a
18 question?  Or was he talking about something
19 else?
20     A.    No, no.  No, just makes the
21 remark, how do I get a piece of the action?
22     Q.    Just out of nowhere, how do I get
23 a piece of the action?
24     A.    Yeah.
25        Then I see a meeting with ticket

1        Mario H. Capogrosso
2 brokers on a weekly basis.
3        Ticket brokers is a guy who comes
4 down there; that is what happens.  They give
5 summons to lawyers, and these ticket brokers
6 are in his office every week.
7        And I asked -- walked in one day
8 said, what is going on?
9     Q.    Let's take a step back to the
10 initial meeting that we are talking about
11 here, if you would.
12        You had said you didn't think it
13 was funny, or that he was being facetious.
14        Was he joking when he said this?
15     A.    I don't know.  I don't know.
16     Q.    Do you think he thought he was
17 joking?
18     A.    I don't know.
19        Listen, I came from a background,
20 if a man said something, you held him to his
21 word.  That is the background I came from.  I
22 came from an engineering background.
23        If a judge says something -- we
24 are all adults here, and he is a judge.  He
25 is not a guy; you know, he is a judge.  He is

1        Mario H. Capogrosso
2 a lawyer.
3        You say that, and you expect me
4 to not accept it as truth?  I don't know how
5 he meant or said it.  I know he said it.  I
6 am testifying to what I heard.  I am not
7 getting paid --
8     Q.    Did he say --
9     A.    I am not getting paid to do the
10 Attorney General -- I shouldn't be looking
11 into this.  This is not my responsibility to
12 be looking into, if a judge says how do I get
13 a piece of the action.  I don't think it is
14 my responsibility.  I reported what I heard.
15     Q.    Was there any other context
16 about, you know, that indicated what he might
17 have meant, that you recall?
18     A.    No.  He said, I hope you guys all
19 make a lot of money.  I know that, something
20 to that effect, that -- you know, I hope all
21 you attorneys make money.
22        He was introducing himself to the
23 attorneys.  And he ended it with how do I get
24 a piece of the action?
25     Q.    All right.  So the second item

1        Mario H. Capogrosso
2 that you raised was something to do with
3 ticket brokers.  Can you explain that to me?
4     A.    Ticket brokers are guys that
5 gather tickets from the community: Cab
6 drivers, motorists.  And they would bring the
7 ticket down to lawyers.  The lawyers would
8 take the ticket and argue the case on behalf
9 of the ticket broker and the client without
10 ever meeting the client himself.
11        And they would get a piece of the
12 action, the ticket brokers.
13     Q.    So the ticket broker would get a
14 cut of the legal fee?
15     A.    The ticket broker would collect
16 the legal fee, which I thought was terrible,
17 and they would pay the lawyer.  The ticket
18 broker would take 200 for a ticket, call
19 himself a lawyer.  I don't what he was
20 calling himself.  Then they would come down
21 to the courthouse, and every -- all the
22 attorneys had them.  And the ticket broker
23 would give the lawyer money, and then the
24 lawyer would argue the case, take the case
25 on.

15 (Pages 54 - 57)

1        Mario H. Capogrosso
2    Q.    You said he -- at one point in
3  that description, is there one specific
4  ticket broker you are thinking about?
5    A.    There were a lot of ticket
6  brokers, a lot of ticket brokers:  Chinese
7  ticket brokers, Jewish ticket brokers.
8        I felt terrible about it.  To me,
9  I called the bar association about it.  I
10  said, is this wrong, for ticket brokers to
11  come down and pay lawyers to do tickets for
12  people who are not themselves?
13        The bar association couldn't give
14  me a straight answer.  So, you know, for the
15  longest time -- first of all, they were
16  taking money out of the attorney's pocket,
17  which I didn't like.
18        And I did call the bar
19  association, and they didn't give me a
20  straight answer, or they didn't understand
21  it.  So that was it.
22    Q.    And you indicated that you found
23  something objectionable about the way Judge
24  Gelbstein handled ticket brokers.  Can you
25  explain that?

1        Mario H. Capogrosso
2    A.    They were in his office.  They
3  were in his office on a weekly basis.
4        And I walked into -- I knocked on
5  his door one day, and I said, do you know who
6  you are having lunch with here?  He says, he
7  is a friend of my wife.  I have dinner with
8  him, but I don't know what he does for
9  living.
10    Q.    Who is this, that we are talking
11  about?
12    A.    This is one of the Jewish ticket
13  brokers.
14    Q.    Do you know his name, sir?
15    A.    No.  I didn't want to know his
16  name.
17        I didn't want to deal with these
18  guys; I really didn't.  I really didn't want
19  to deal with them.  I thought what they did
20  was wrong.  They were taking money out of the
21  attorney's pocket, number one.  Number two, I
22  don't know what kind of representations they
23  were making.  They were making
24  representations in order to get these monies
25  from these clients and these motorists.  They

1  were saying something to them, and I don't
2  know what they were saying.
3        But to me, there was an
4  appearance of impropriety.  I didn't want to
5  get involved with it.  I felt it was
6  abhorrent that ticket brokers would be in his
7  office, abhorrent.
8    Q.    Is it correct to say there is one
9  particular ticket broker who was in his
10  office, the one who he said was a friend of
11  his wife's?
12    A.    I think there was a father and a
13  son.  They were related on some basis.  They
14  were related.  I don't know any names.
15    Q.    Do you know anything else that
16  would identify them, of description or other,
17  you know, information?
18    A.    No, no.  They had the Jewish --
19  one man has the traditional Jewish, I don't
20  know, garb that Jewish people wear.  Another
21  person didn't.
22        But I know what they did.  They
23  weren't lawyers.  I knew the lawyers down
24  there.  They were not lawyers.  And I knew

1        Mario H. Capogrosso
2  what they did.
3    Q.    And so Judge Gelbstein was having
4  lunch with them?
5    A.    They were in his office on a
6  weekly basis.  In his office on a weekly
7  basis.
8        Now, I do --
9    Q.    Um -- I am sorry, continue.
10    A.    Well, there was another lady,
11  Tanya Rabinovich who I mentioned, who was
12  down there, actually in the courtroom,
13  calling herself a lawyer.
14        But clients, motorists, would
15  approach me and say, where is Tanya, the
16  lawyer?  I said, she is not a lawyer.  She is
17  not a lawyer.  Where is Tanya the lawyer?
18  Where is Tanya the lawyer?  She is not a
19  lawyer.
20        She had an office right near the
21  DMV at one point, right near the DMV
22  upstairs.  Where is Tanya, the lawyer?  I
23  said, she is not a lawyer.
24        I called the district attorney
25  one day.  I said, you have a woman down here

16 (Pages 58 - 61)

Mario H. Capogrosso
1
2 calling herself a lawyer.  Does anybody care?
3 She is making representations that she has a
4 legal degree, and she is not a lawyer.
5        You know, I went to law school at
6 night for four years while I worked during
7 the day, a full day as an engineer at a
8 nuclear power plant.  I worked at night.  I
9 went a hundred grand in debt to go to this
10 law school.
11        And I paid off every dollar.
12 Every dollar got paid off.  I didn't renege
13 on any loans that I took.  Every dollar got
14 paid off.  I passed two bar exams.
15        And she gets to call herself a
16 lawyer in his courtroom, so I called the
17 district attorney concerning her.  There is
18 an investigation made.
19        Next thing I know, she is not
20 there any more.  And Gelbstein -- Judge
21 Gelbstein approaches me and says, who are
22 you, Don Quixote?  I said, now I know this
23 guy is on the take.  Now I know it.  He wants
24 everybody to be quiet.  He wants everything
25 to go on as is.

1        Mario H. Capogrosso
2        It is in my opinion, and I am
3 entitled to my opinion.  Now I know this guy
4 is on the take.
5    Q.    And so let's take a step back.
6        This conversation where he said,
7 who are you, Don Quixote, when did that
8 happen?
9    A.    That is after I called the
10 district attorney on this woman, then I don't
11 see her anymore.
12    Q.    Do you know when that was?
13    A.    You know, when I first got there,
14 I didn't understand the game, who all the
15 players were.  But after I started practicing
16 down there, it is when the clerks started not
17 to like me.
18        They liked Tanya.  And I have an
19 understanding why they might have like her.
20 She was probably paying them off.  She was
21 going to the counter and doing business with
22 them on a daily basis.  She was going up to
23 the counter, and she would put in and ask for
24 tickets.  She was given -- the clerks were
25 giving her tickets, summons for the clients

1        Mario H. Capogrosso
2 she had.
3        I said, how does this woman, who
4 is not a lawyer, and clerks are giving her
5 the summons that she is asking for, and she
6 is not a lawyer?  How is she doing this?
7        And she would be rescheduling
8 these cases for these people.  So obviously
9 she was giving these clerks something, for
10 them to do this.
11        I said, this is wrong.  I said,
12 this is wrong.  And the clerks were doing her
13 business.
14        I called the district attorney,
15 yeah, I did.  I made that statement.
16        Next thing I know, the clerks
17 don't like me.  The clerks don't like me at
18 this point.
19    Q.    When was this?  Do you remember
20 what year?
21    A.    If I can refer to my document, I
22 can probably look at.  It is in one of my
23 exhibits.
24        One of the clerks said I pushed
25 her.  She actually came up to me -- it is in

1        Mario H. Capogrosso
2 one of the documents, one of the exhibits I
3 gave you.  You can look it up.  In my
4 affirmation in response, one of them said I
5 assaulted them.
6        There is no assault.  I called
7 the district attorney.  She comes over,
8 yelling and screaming, did you call the
9 district attorney?  I could have denied it.
10 I could have denied that I didn't call.
11        I didn't deny it.  I told her the
12 truth:  Yeah, I called.  You are calling
13 yourself a lawyer.  You are doing business
14 down here as a lawyer.
15        She starts yelling and screaming
16 at me.  I tried to get away from her, and I
17 walk away from her.  We might have brushed
18 shoulders.  I don't know.  I didn't do
19 anything to her, but she is right on top of
20 me.
21        Now these clerks didn't like me
22 for that.  I have a feeling for that, I
23 really do, that I called the district
24 attorney.
25        Judge Gelbstein didn't like it.

17 (Pages 62 - 65)

Mario H. Capogrosso
1
2 Clerks probably didn't like it. Go ahead.
3        Q.    So, Mr. Capogrosso, you said you
4 called the district attorney, and then there
5 was an investigation, and then she wasn't
6 there any more; is that correct?
7        A.    I don't know if there was an
8 investigation. Nobody ever reported anything
9 to me.
10        To me, I did my job. I saw --
11        Q.    So you called the district
12 attorney, and she was not there at all?
13        A.    Yes.
14        Q.    Do you know -- do you know if she
15 was kicked out?
16        A.    All I know is Gelbstein
17 approaches me and says, who are you, Don
18 Quixote?
19        I have no idea. Nobody gave me a
20 report as to what happened. I told the
21 district attorney what I saw; I told them.
22 And after that, I don't see her anymore.
23        And that is -- if you look at the
24 exhibits, the date of that alleged incident
25 between me and her is the date I made the

Mario H. Capogrosso
1
2 call, I believe, right around that date.
3        Q.    And sitting here today, do you
4 remember what year that was?
5        A.    Well, I am not going to look at
6 my exhibits; so no, I don't recall.
7        Q.    Was it before that first lawsuit
8 that you had in 2012?
9        A.    Like I said, I don't remember.
10        And I am not going to look at the
11 exhibit. You told me not to.
12        Q.    All right. Was it before 2015?
13        A.    Absolutely, yes.
14        Q.    Okay. And similarly, the time
15 when Judge Gelbstein was having the two
16 Jewish ticket brokers, the father and son, in
17 his office, do you remember when that was,
18 what year?
19        A.    Oh, I sure do. That is the first
20 day I got there.
21        And I understood who the players
22 were, who were the brokers, who these ticket
23 brokers were and what they did. I saw them
24 right from day one.
25        Q.    And was there a time that it

Mario H. Capogrosso
1
2 stopped, him seeing those two Jewish ticket
3 brokers?
4        A.    No. Up until the date May
5 11th -- up until May 11th, I still saw them
6 down there. Up to May 11th, they were still
7 there.
8        Q.    Okay.
9        A.    Let me tell you the worst thing,
10 because I gotta get this one out. The worst
11 thing that really got me about this is when I
12 saw Gelbstein in the GE on a side bar, on a
13 side bar with Judge Bohmstein, ALJ Bohmstein,
14 pleading motorists guilty and rescheduling
15 cases. Then I just threw my hands up. I
16 said, this is terrible.
17        Q.    What is it that you saw? Can you
18 describe it to me in a little more detail?
19        A.    Judge Gelbstein, I had some
20 tickets GE, general -- waiting to be heard.
21 I am sitting there. He walks in with about
22 10 or 15, 20 tickets in the thing, before ALJ
23 Bohmstein sitting there.
24        I am entering a guilty plea on
25 this ticket, this ticket, this ticket, five

Mario H. Capogrosso
1
2 or six or seven. What the heck is going on
3 down here? This is a judge who has access to
4 every, every ticket in the system in his
5 office. On a computer system, he has access.
6 He has access to all of them.
7        If he needs to reschedule a case
8 because something -- he can do it in office.
9 He is doing GE before another judge, not on
10 the record. There was no appearance made.
11        I said -- I throw my hands up. I
12 can't work in this type -- I can't work here.
13 This is terrible.
14        Q.    I am sorry, I may not understand
15 this. But if Judge Gelbstein is talking with
16 this other judge, you said Judge Bohmstein?
17        A.    Yeah, on a side bar.
18        Q.    How do you spell Bohmstein?
19        A.    B-O-H-M-S-T-E-I-N,
20 B-O-H-M-S-T-E-I-N.
21        THE COURT REPORTER: Counselor?
22        Q.    So?
23        THE COURT REPORTER: Counselor?
24 Counselor?
25        THE WITNESS: Yes.

18 (Pages 66 - 69)

Page 70

Mario H. Capogrosso

1
2    THE COURT REPORTER:  I need to go
3 off the record.
4    MR. THOMPSON:  Yes.
5    THE COURT REPORTER:  You need to
6 go off the record for two minutes.
7    THE VIDEOGRAPHER:  The time is
8 10:48 a.m. we are off the record.
9    (Discussion off the record).
10    THE VIDEOGRAPHER:  The time is
11 10:50.  We are on the record.
12  Q.   So, Mr. Capogrosso, we were
13 discussing an instance when you saw Judge
14 Gelbstein in the GE room rescheduling cases.
15 And I may not understand it.
16    But what is wrong with him
17 rescheduling cases, as a judge?
18  A.   If you are carrying a caseload --
19 this is what I am thinking.  If you are
20 carrying a caseload, let me tell you how the
21 game is played.  Attorneys take tickets in,
22 and they would push the tickets out,
23 reschedule three, four, five, six times,
24 stretch the money, they would call.  They
25 would stretch the money.  You get $200 a

Page 71

Mario H. Capogrosso

1
2 ticket, you stretch it out for two years, and
3 plead the guy guilty, and you give the guy no
4 points.  You give the motorist no points.
5    It is called stretching the
6 money, which is what the attorneys were
7 doing.  A lot of attorneys would go to the
8 courtroom and enter a guilty plea, which is
9 one way of handling a ticket.
10    If you stretch it out 18 months,
11 the points don't show up on your license.  If
12 you reschedule a whole bunch of cases, and
13 you push them out 18 months, and then you
14 enter a guilty plea for the guy, and he
15 doesn't get suspended, and they waive the
16 STV, and they give them a minimum fine, you
17 know, the motorist goes home happy.
18    My license is still good.  I am
19 happy I got a minimum fine.  I am not
20 suspended.  That is one way you can play the
21 game.
22    Did I play it like that?  No.
23 They hired me to fight a ticket, I fought a
24 ticket; so my clients liked me.
25  Q.   So, Mr. Capogrosso, I guess I

Page 72

Mario H. Capogrosso

1
2 still don't understand what you contend is
3 wrong about what Judge Gelbstein did.
4 Because if he is a judge, and he is talking
5 to another judge to set up the docket, and
6 when cases will be heard, is there anything
7 wrong with that?
8  A.   I am told -- I don't know.  I
9 don't know.  I am -- I reported what I saw
10 and what I heard.  I don't know.  I reported
11 what -- if you reschedule things on a sidebar
12 without putting in an appearance, and you are
13 entering guilty pleas without putting in an
14 authorization, to me, there is something
15 wrong.
16    I don't know.  Maybe he had a
17 legitimate purpose.  I reported what I saw
18 and what I heard.
19    I know I had a conflict with
20 another attorney over a ticket that we were
21 put in a room.  We bought, put the same one
22 in I want to speak with him about.
23    He says, I am covering the case
24 for Gelbstein.
25  Q.   So let's put a pin on that one

Page 73

Mario H. Capogrosso

1
2 and come to that in just a second.
3    This instance when you saw Judge
4 Gelbstein rescheduling tickets with judge
5 Bohmstein --
6  A.   And entering guilty pleas.
7  Q.   -- and entering guilty pleas.
8    First of all, you said you
9 reported that.
10    Who did you report that to?
11  A.   Who did I report it to?  No, at
12 that point I said, I can't work here anymore.
13 At that point after I was removed, after I
14 was removed, there is nobody to report it to.
15 Nobody is listening.
16    I write to your office.  Your
17 office doesn't respond to me in my letter of
18 complaint.  I wrote a letter to Pricket
19 Morgan, March 20th.  I got no response.
20    I have written to the grievance
21 committee.  I explained this in the grievance
22 committee.  They don't care.  They said they
23 have no authority over this.
24    I have wrote to the Inspector
25 General's office.  They told me it is an

19 (Pages 70 - 73)

Page 74

Mario H. Capogrosso
1
2 internal review. I wrote to the Commission
3 of Judicial Conduct. They have no control
4 over what goes on at the TVB, because it is
5 not a recognized tribunal.
6          I forgot who else I wrote to, but
7 I wrote and I explained everything that I
8 saw. And they all told me they have no
9 jurisdiction over this tribunal and what goes
10 on.
11     Q.    And so my next question is, this
12 time when you saw Judge Gelbstein speaking
13 with Judge Bohmstein and doing this with the
14 cases, when was that, approximately?
15     A.    That was right before this
16 happened that I got removed. It was maybe a
17 month or less before I got removed, May 11,
18 2015.
19     Q.    So April or May of 2015?
20     A.    Yeah. The first time I ever --
21     Q.    Do you have any reason to believe
22 that the adjournments and guilty pleas that
23 you saw were not valid, were not correct?
24     A.    As an attorney, if you to tell me
25 how do I get a piece of the action, if you

Page 75

Mario H. Capogrosso
1
2 have ticket brokers in your office, and you
3 tell me you don't know what they do for a
4 living, but they are friends of your wife,
5 and you don't know what they do for a living;
6 when you have a discrepancy with another
7 lawyer, and he tells me I am covering the
8 case for Gelbstein, and then you see this
9 happening in the GE, and then I make
10 complaints and complaints and complaints
11 against concerning the action of Defendant
12 Smart, right, and he laughs and giggles and
13 tells me a spade is a spade, and he doesn't
14 respond to any of the complaints, right.
15          The harassment continues. The
16 man wants me out. The man wants me out. He
17 doesn't see to see what he is doing. He wants
18 me out, and he got me there.
19     Q.    I appreciate that,
20 Mr. Capogrosso, but the question was a little
21 bit more narrow than that.
22          These specific adjournments and
23 these specific guilty pleas in this
24 conversation between Judge Gelbstein and
25 Judge Bohmstein, do you know whether or not

Page 76

Mario H. Capogrosso
1
2 those adjournments and guilty pleas were
3 correct?
4     A.    No, I said I have no idea. I
5 reported what I saw and heard. That is it.
6          I have no idea what he was doing.
7 I don't know. I never questioned him about
8 it. At that point, I just threw my hands up.
9 I don't know what he was doing. I reported
10 truthfully what I heard and what I saw. That
11 is not my job to make this investigation. It
12 is not my job.
13     Q.    So lastly you mentioned one other
14 incident, when you say someone said that he
15 was covering a case for Judge Gelbstein.
16          Can you explain to me what you
17 are discussing there?
18     A.    We both put a ticket in.
19 Sometimes clients they hired two lawyers
20 because they lose track of something. They
21 got two lawyers on the same summons. We both
22 put the ticket into GE, into the courtroom.
23          I go in the courtroom, the clerk
24 or the court -- and it has happened several
25 times. There is a lot of clients, a lot of

Page 77

Mario H. Capogrosso
1
2 motorists. Sometimes they hire the same
3 lawyer. There are lawyers on both -- there
4 is two lawyers on the same ticket, for
5 whatever reason.
6          So I will go up to this other
7 attorney. I said, what is going on? And he
8 tells me, I am covering the case for
9 Gelbstein. I said, do what you gotta do.
10          And I pulled off my ticket, and I
11 said, you want to cover it, go ahead.
12          And then I am thinking back to
13 myself, what is going on here? You are
14 covering the case for Gelbstein. Who am I
15 going to report it to? I am going to report
16 it to Judge Gelbstein. Who is listening to
17 these complaints?
18          I reported it to Bushra Vahdat.
19 Who wants to listen to these complaints, so I
20 let it go.
21     Q.    So, Mr. Capogrosso, first of all,
22 who is the attorney who said he was covering
23 the case for Judge Gelbstein?
24     A.    Eugene Gerbasi.
25     Q.    Eugene Gerbasi.

20 (Pages 74 - 77)

Page 78

Mario H. Capogrosso
1
2       Can you spell Gerbasi for me?
3    A.    I believe G-E-R-B-A-S-I.
4    Q.    And so when he said was covering
5 the case, what did that mean?
6    A.    That means he was going to argue
7 the case.  In my opinion, that is what it
8 meant.
9    Q.    Okay.  So let me ask, what's --
10 what's wrong with him arguing a case?
11    A.    You are arguing a case for a
12 judge.
13       I don't know.  I don't know.
14 Maybe there is nothing wrong with it.  I
15 reported what I heard.  I don't know.  You do
16 your investigation.  That is not my job.  I
17 reported truthfully what I heard, what I saw.
18 I don't know.
19    Q.    So he said he was covering -- he
20 said he was covering a case.
21       You know, was Judge Gelbstein the
22 person with the ticket, or I guess what is
23 your concern about?
24    A.    I don't know.  He said he is
25 covering a case for Gelbstein.

Page 79

Mario H. Capogrosso
1
2       If you see ticket brokers -- if I
3 see ticket brokers in your office, and you
4 tell me you don't know what they are doing
5 for a living, I see you pleading guys in the
6 GE and rescheduling cases, and if another
7 attorney tells me he is covering a case for
8 you, my opinion -- and only my opinion, which
9 I am entitled to -- you got a caseload.  You
10 got a caseload, and you are trying to get a
11 piece of the action.  That is my opinion.
12    Q.    When you say you have got a
13 caseload, you think he is practicing law as
14 an attorney at the TVB?
15    A.    As well as being a judge.  Yeah,
16 that is my opinion.  That is my opinion.  I
17 don't know if it is true or not.  That is not
18 my job.  That is my opinion.  I don't know if
19 it is true.  I don't know if that is true.  I
20 reported what I saw and what I heard.
21    Q.    But you never saw Judge Gelbstein
22 arguing a case at the TVB or representing a
23 client at THE TVB; is that correct?
24    A.    No, I never saw him do that.  No.
25    Q.    Let's take a step back,

Page 80

Mario H. Capogrosso
1
2 Mr. Capogrosso.
3       Why did you decide to sue in this
4 case?
5    A.    I want to go back to practicing
6 law at New York TVB.  I want to clear my
7 name.  I want to clear my name.
8       I was removed from the Brooklyn
9 TVB on May 11, 2015.  Nobody looked at this
10 videotape, which we established that
11 yesterday.  Nobody looked at it.
12       Did an Danielle Calvo, somebody
13 told her that there was an incident between
14 me and Smart.  Danielle Calvo makes a call to
15 Judge Gelbstein.  Gelbstein calls Traschen,
16 and Traschen tells Calvo to have me removed.
17       Nobody looks at the videotape.
18 The videotape was never kept.  It is lost.
19 There is affidavit and affidavit and
20 accusations made against me and my name and
21 my reputation as a lawyer that I was never
22 served with so I could respond.
23       I asked yesterday, how come you
24 didn't file an affidavit?  I never received a
25 complaint.  I can't respond to a complaint if

Page 81

Mario H. Capogrosso
1
2 I never received it.
3       I wrote to -- and nobody is --
4 and I wrote to Traschen.  I wrote to Bushra
5 Vahdat.  And I wrote to Judge Gelbstein, and
6 I wrote to your office.
7       And when I write to your office
8 concerning my concern -- detailing my
9 concerns what is going on, I get no response
10 from any of these offices.
11       And then I have some security
12 guard approach me on the morning of May 11th,
13 instigates an altercation, and I am removed
14 within five minutes.
15       I want to clear my name.  I think
16 I was set up.  I think Judge Gelbstein and
17 all these other parties wanted me out because
18 I wasn't playing the game.
19       And I want to clear my name.  I
20 want to get back to work.  I want the money
21 that I lost.  And I think whoever did this,
22 especially if they are judges, should get
23 punished.  They should not be a judges, and
24 they should not be represented --
25    Q.    When you say they wanted you out

21 (Pages 78 - 81)

Mario H. Capogrosso
1
2 because you weren't playing the game, what do
3 you mean?
4       A.    I was not playing off the clerks.
5 I was not paying off the clerks.  I was not
6 dealing with ticket brokers.  I was not
7 giving the clerks part of this court money
8 and cash for the holidays.
9       The other attorneys were.
10 Several attorneys walked up to me, how much
11 you giving the clerks for Christmas?  I said,
12 I am giving them nothing.  I am giving them
13 nothing.
14       I gotta pay them.  They have a
15 job to do.  They get paid.  I am not giving
16 them any more money.
17       Attorney said, why don't you buy
18 them breakfast?  I am not going to buy them
19 breakfast in the morning.  I am not doing
20 that.  There is an appearance of impropriety.
21 I refuse to participate.
22       There was an appearance.  I don't
23 know if you are allowed to do it or not.  I
24 don't know if you are allowed to give the
25 clerks money.  I don't know if you are

Mario H. Capogrosso
1
2 allowed to give them breakfast, give them
3 parties.  There was appearance of
4 impropriety.
5       I chose not to participate.  I
6 chose not to.
7       Q.    And you think that everyone
8 wanted to get rid of you because you weren't
9 paying money for the clerks?
10       A.    I don't know why they wanted to
11 get rid -- they didn't like me.  They didn't
12 like my approach, my style, whatever.  They
13 didn't like me, I knew that.
14       My clients loved me.  My clients
15 loved me.  You don't have one grievance from
16 or complaint from a client over ten years of
17 service in this tribunal.  Ten years I was
18 down there, from motorist or a client.  Other
19 than maybe a fee dispute or something, that
20 is it.  Other than this one to Mr. Perez, I
21 never got -- I can't explain what happened
22 there.  Not one complaint --
23       Q.    We will discuss Mr. Perez in a
24 bit later today.
25       Taking a step back, you mentioned

Mario H. Capogrosso
1
2 ticket brokers.
3       Let me ask you, the practice of
4 ticket brokers, people who bring cases in in
5 exchange for a cut of the attorney's fees, is
6 that legal or is that illegal?
7       A.    I have no idea.  I don't know.
8       I think if you are calling
9 yourself a lawyer, and you are taking a the
10 fee and representing that you are an
11 attorney, and you take that fee, I think that
12 is terrible.  I think that is wrong.
13       I think if you go into the ticket
14 counter, like Tanya Rabinovich was doing, and
15 the clerks were giving a whole of bunch
16 summons for the day and rescheduling cases
17 for her, and she is not a lawyer, I think
18 that is practicing law.
19       I think that is wrong.  I think
20 that is wrong.  Absolutely wrong.  Because
21 now you are acting -- now you are taking an
22 authority over that summons.
23       I don't know.  And you are --
24 and maybe you are even pleading guilty.
25 Maybe she was pleading them guilty, too.  You

Mario H. Capogrosso
1
2 can do that at the counter.
3       Q.    But, Mr. Capogrosso, assuming
4 that the ticket broker isn't holding
5 themselves out to be anything but a ticket
6 broker, is there anything illegal or
7 unethical about the practice?
8       A.    I don't know.  I don't know.  If
9 you are calling yourself a ticket broker, I
10 don't know.  I don't know.
11       I think if you make the
12 representation that you are lawyer, that is
13 wrong, or you are making --
14       Q.    And --
15       A.    I think that is wrong.  I think
16 if you come down to the DMV with a ticket,
17 and the attorney takes the ticket and doesn't
18 talk to the client directly, directly, I
19 think that is wrong.  Because then you don't
20 know what the client expectation is under.
21       The attorney is not talking to
22 the client himself, he is talking to an
23 intermediary, and I think that is wrong.  You
24 should have some type of interaction with the
25 lawyer directly.

22 (Pages 82 - 85)

1        Mario H. Capogrosso
2        I don't know if it is right or
3 wrong.  You are the Attorney General; that is
4 your decision.
5        I am telling you what I saw and
6 what I heard.  I am telling you that I didn't
7 feel comfortable dealing with these people.
8 I did not.
9    Q.    Mr. Capogrosso, sitting here
10 today, you are not aware of any statute or
11 regulation or source of authority that says
12 that ticket brokers are not legal or
13 permissible; is that correct?
14    A.    I think you can't make a
15 representation that you are a lawyer when you
16 are not a lawyer and collect a fee.
17    Q.    But --
18    A.    I think that is wrong.
19    Q.    Leaving aside if they don't
20 represent that they are a lawyer, you are not
21 aware of any statute prohibiting ticket
22 brokers, correct?
23    A.    I don't know.
24    Q.    Statute or --
25    A.    I didn't think its ever been

1        Mario H. Capogrosso
2 broached, this question.
3    Q.    Okay.
4    A.    I don't think the question has
5 ever been looked at.
6    Q.    Mr. Capogrosso, did there come a
7 time when ticket brokers were banned from the
8 TVB?
9    A.    I saw ticket brokers there up
10 until the day I left, so obviously they were
11 not banned.  I saw them up till the day -- I
12 know some paralegals were banned because they
13 were taking money, stealing money, but I
14 didn't see ticket brokers banned.
15    Q.    So your testimony is no, there
16 was never a ban on ticket brokers?
17    A.    Not that I was aware of.  I
18 always saw them down there, even up to the
19 day I was asked to leave.
20    Q.    All right.  So a couple more
21 questions about bringing the case.
22        You were expelled from practice
23 in 2015.  You brought this case in 2018.
24        Why did you wait so long to bring
25 the case?

1        Mario H. Capogrosso
2    A.    I wanted to see if they had
3 anything against me.  Seriously.  I gave them
4 three years to bring their case against me.
5 They wanted to sweep my complaints and
6 everything I had under the rug.  If there was
7 a complaint against me or my office, you
8 could have aggrieved me.
9        I was waiting for a grievance.  I
10 was waiting for them to sue me.  If I had
11 assaulted this security guard, I could have
12 been sued for assault.  They brought nothing
13 against me for three years.  I waited three
14 years to see if they had anything against me.
15        They had nothing against me.
16 Nothing.  Not an assault, not a criminal
17 charge, not a grievance to the grievance
18 committee, nothing.  They had nothing to hold
19 their hat on, other than they removed me
20 improperly.  And I think they set me up that
21 morning.  I waited three years because I
22 wanted to see if they had anything against
23 me, and they didn't.
24    Q.    Is it possible they were just
25 satisfied that you were no longer at TVB?

1        Mario H. Capogrosso
2    A.    I know they wanted me out.  They
3 wanted me out, and they got me out, and they
4 wanted -- and they wanted to ignore any
5 complaints or any follow-up.
6        They didn't want to talk to me.
7 I wrote letters, I made phone calls.  Nothing
8 was answered.  I wrote letters to your
9 office, it wasn't answered.  I wrote to
10 Traschen, Bushra Vahdat, Gelbstein.  They
11 were all ignored.
12        I was charged -- I was not
13 charged by the police.  There was nothing
14 they had against me.  I did nothing wrong.
15    Q.    And so you were expelled in May
16 of 2015.
17        Why didn't you bring an Article
18 78 proceeding?
19    A.    Because I couldn't get money.  I
20 had money that I had to return, that I was
21 due.  I couldn't get money in an Article 78
22 proceeding.
23        I wanted a Federal Court judge on
24 this case.  I was tired with this New York
25 State Court, everybody protecting one another

1        Mario H. Capogrosso
2 and brushing complaints under the rug.  I was
3 tired of it.  I wanted a Federal Court judge
4 to listen to this complaint, because they
5 stand above it.  That was my opinion.  I
6 wanted a Federal Court judge, number one.
7        And two, I was owed money, and I
8 can't get that in an Article 78 proceeding.
9    Q.    So you think -- so you think the
10 New York State Courts were corrupt?
11    A.    No.  I didn't think I was going
12 to get a fair hearing.
13    Q.    Why not?
14    A.    I wanted a Federal Court judge.
15 I wanted a judge who stood above it.
16    Q.    Why didn't you think you would
17 get a fair hearing in Kings County Supreme
18 Court?
19    A.    I didn't think I would.
20    Q.    Why not?
21    A.    I saw how all the judges at the
22 TVB were treating me.  I saw how the judges
23 at the TVB, Judge Gelbstein, laughing and
24 giggling when I made my complaint; a spade is
25 a spade.  Bushra Vahdat lying, a judge lying.

1        Mario H. Capogrosso
2 I can go into her lies.  Traschen not
3 returning phone calls.
4        I saw how I was being treated.  I
5 didn't think I was going to get a fair
6 chance.  That was my decision.
7        I told you why I made it.  I
8 wanted to see, number one, if they had
9 anything against me, either criminally or by
10 way of a grievance, and they do not.
11        And two, I wanted a judge who
12 stood above it all.
13        And three, I was owed money.
14    Q.    So if you felt that the State
15 Supreme Court was going to be corrupt or
16 unfair, why would --
17    A.    I didn't say that.  I said I
18 wasn't going to get a fair chance.
19        MR. THOMPSON:  Withdrawn.
20    Q.    If you felt the State Supreme
21 Court was going to be unfair, why would the
22 Federal Court be any different?
23    A.    I told you my belief is a Federal
24 Court judge sits above this, sits above it.
25 That is just my opinion.  I am entitled to my

1        Mario H. Capogrosso
2 opinion.  And I wanted the money owed to me
3 on this case.
4    Q.    All right.
5        MR. THOMPSON:  Hold on one
6 second.  And this maybe a little dicey,
7 because we are doing this over Zoom, but
8 I am going to share a document with you
9 and with everyone.  So please, everyone
10 let me know if there is a problem
11 viewing this.
12        Can everyone see this document?
13        THE WITNESS:  Yes.
14        MR. THOMPSON:  Mr. Videographer
15 and Madam Court Reporter, can you see
16 the document?
17        THE COURT REPORTER:  Yes.
18        MR. VIDEOGRAPHER:  I am sorry.
19 My mic was muted.
20        I see it, Counsel.
21        MR. THOMPSON:  Okay.  Very good.
22    Q.    Mr. Capogrosso, do you recognize
23 this document?
24    A.    My affirmation of service.
25    Q.    I will scroll down to page two,

1        Mario H. Capogrosso
2 because that may make it a little easier to
3 recognize.
4    A.    Yeah.  My response to your
5 interrogatories, yeah.  Yes, I do.
6    Q.    And this is your document that
7 you wrote, correct?
8    A.    Yes.  Well, I have to see my
9 signature.  But yeah, I would assume it is.
10    Q.    We can go down here to page --
11    A.    Yeah, that is my signature.
12    Q.    -- 17.  That is your signature?
13    A.    Yes.
14        MR. THOMPSON:  Madam, I ask you
15 to mark this as Defendant's 1, with the
16 understanding that we discussed before
17 that it will actually be formally marked
18 once it is entered into the Veritext
19 server after the deposition.
20        Is that something that you need
21 to explain on the record, Madam Court
22 Reporter?
23        THE COURT REPORTER:  No.
24        (Whereupon, a document was deemed
25 marked as Defendant's Exhibit 1 for

24 (Pages 90 - 93)

Mario H. Capogrosso

1
2       identification, as of this date.)
3       Q.    Let's go down to page 17.  And
4  again, you said this was your signature?
5       A.    Yes.
6       Q.    And this declaration on page 18,
7  you declared that, correct?
8       A.    Yes.
9       Q.    So do you still believe
10  everything in your interrogatory responses is
11  true and correct?
12      A.    I signed it, so yes.
13      Q.    Are you aware under the Federal
14  Rules, you have the right and the obligation
15  to amend your responses if anything is not
16  correct or if there is an important omission?
17      A.    Yes.  I am trying to be truthful,
18  yes.
19      Q.    Okay.  So let's go up there to
20  interrogatory one.  We are on page five.  I
21  would like to talk a little bit about the
22  damages that you are claiming in this case.
23      A.    All right.
24      Q.    So interrogatory number one, we
25  asked you for a calculation of damages and

Mario H. Capogrosso

1
2  how they were calculated.
3            The first category you see, you
4  said plaintiff seeks punitive damages in an
5  amount to be determined, but not to exceed 20
6  million dollars, as stated in your complaint.
7            How much punitive damages are you
8  actually seeking, because there is sort of
9  not a specific figure.
10      A.    Everything I stated in my
11  complaint, 20 million dollars per count.  I
12  have to have look at my --
13      Q.    20 million dollars?
14      A.    It is my count.
15      Q.    So you are seeking 20 million
16  dollars in punitive damages?
17      A.    Yeah, sure.  Absolutely.
18      Q.    Where does that figure come from?
19      A.    These are judges.  Judges who
20  acted wrongly.  Judges who acted wrongly to
21  have damaged my name and reputation, and they
22  need to be honest.  That is my opinion.  That
23  is for a jury to decide how much.
24      Q.    When you say judges, do you
25  mean -- who specifically do you mean?

Mario H. Capogrosso

1
2       A.    Judge Gelbstein.  Bushra Vahdat,
3  the worst of them, Bushra Vahdat.  Ida
4  Traschen, your clerical staff, Danielle
5  Calvo, who never looked at the videotape and
6  had me removed.  Who else?  Melanie Levine,
7  another clerical supervisor who I didn't
8  mention.
9       Q.    Okay.
10      A.    David Smart, who approached me
11  and instigated this.
12      Q.    And you want them all to be
13  punished?
14      A.    Yes, I do.  Yeah, yes.  The jury
15  is going to make that determination.
16            But do I seek punishment?  Yes.
17      Q.    And are you aware that Ms. Vahdat
18  is no longer a defendant in this case, and I
19  don't believe Ms. Levine was ever a defendant
20  in this case?
21      A.    True.  That is true.
22      Q.    So this figure, this 20 million
23  dollar figure, where does that come from?
24      A.    Where does it come from?
25      Q.    Yes?

Mario H. Capogrosso

1
2       A.    That is just a number.
3            It comes from my heart.  That is
4  where it comes from.  It is how I felt when I
5  wrote this complaint.  What these judges,
6  this tribunal did to me, it comes from my
7  heart.
8       Q.    So there is no formula that you
9  used to get there?
10      A.    I don't know how you arrive at a
11  formula for punitive damages.  I don't know
12  if there is formula.
13      Q.    So no?
14      A.    It comes from my heart.  It comes
15  from the damage to my reputation and my name,
16  which I value at 20 million dollars.  All
17  right.  The damage to my name and reputation
18  as a lawyer, as a lawyer that I want to
19  continue practicing.
20            And I told you, I am going to
21  work until I drop, and I want to continue to
22  work my whole life.
23            Damage to my name and reputation
24  as a lawyer, that is where it comes from.
25      Q.    So were --

25 (Pages 94 - 97)

Mario H. Capogrosso

1
2    A.    And I have to explain this
3    number, explain my removal to any court that
4    I seek admittance to.  Any court, I have to
5    explain this somehow.
6       Q.    So why 20 million dollars and not
7    50 million dollars or five million dollars or
8    500,000?
9       A.    I don't -- let's see.  All right.
10   Let's see.  Normally -- I am 58 when I wrote
11   this.  I want to work at least -- I was
12   figuring a million dollars a year for the
13   next 20 years, the damage to my name and
14   reputation.
15      Q.    So you viewed this punitive
16   damage as covering the damage to your name
17   and reputation, correct?
18      A.    Name, reputation and for the
19   wrongful conduct, the wrongful, improper
20   conduct of judges, the clerical staff at the
21   Brooklyn TVB; wrongful, egregious conduct of
22   these judges and this clerical staff, yes.
23      Q.    So moving to item number two, you
24   say $122,715 in lost revenue, representing
25   approximately 15 months of projected

Mario H. Capogrosso

1
2    receipts.
3       Q.    Can you explain how you came to
4    that figure?
5       A.    I gave you my exhibit.  That was
6    the money that I had collected, the money
7    that I was owed to me.  It was the total
8    monies owed, I think.
9       And I gave you my breakdown that
10   was still on my calendar, that I either would
11   have earned or collected if I was given the
12   ability to represent to finish my caseload.
13   It was $122,000, and was still remaining on
14   my caseload going forward.
15      Q.    Okay.
16      A.    From May 11th, the day I left, my
17   caseload showed $122,000.
18      Q.    So these were cases that you had
19   already -- that you had already argued and
20   conducted, that you had outstanding bills
21   for, or these were cases that you were going
22   to argue in the future?
23      A.    Going to argue in the future,
24   that I was not able to earn.
25      Q.    Okay.  And you had already -- and

Mario H. Capogrosso

1
2    you had already collected this money; is that
3    correct?
4       A.    Part of it was collected.  Not
5    all of it.
6       It was due.  All of that was due.
7    Part it was, part of it wasn't.  It is all in
8    the exhibit to you.
9       MR. THOMPSON:  So let's go to
10      that exhibit.  I am going to figure out
11      how to stop sharing my screen.  Please
12      bear with me.  I am having some
13      technical difficulties.
14      Can you guys see Exhibit 2 now?
15      THE WITNESS:  No.
16      MR. THOMPSON:  You are seeing the
17   same thing?
18      THE WITNESS:  Yes, not seeing any
19   exhibits.
20      MR. THOMPSON:  You are not seeing
21   anything?
22      THE WITNESS:  No.
23      MR. THOMPSON:  All right.  Can
24   everyone see this?
25      THE WITNESS:  Yes.

Mario H. Capogrosso

1
2       MR. THOMPSON:  Okay.  So let's
3    rotate this, just so that it is facing
4    up.
5       So can everyone see this document
6    here?
7       THE VIDEOGRAPHER:  Yes, Counsel.
8       THE WITNESS:  Yes.
9       Q.    And, Mr. Capogrosso, do you
10   recognize this document?
11      A.    Yes.
12      Q.    What is it?
13      A.    That is my Excel worksheet that
14   shows my -- the date that I was initially
15   hired, the location.
16      I kept a very detailed calendar,
17   very detailed.  The subject matter would show
18   the client's name and the ticket, which I
19   redacted; the due date, which is the date I
20   had to be in court; the total amount that I
21   charged on the case, the amount that was paid
22   and the amount that was owed.
23      Now, on the ones that are on the
24   right there, it wasn't a Brooklyn TVB case or
25   a TVB case for Red Hook, it was down in

Page 102

Mario H. Capogrosso
1
2 criminal court.  I moved that to the right.
3 I didn't feel that was appropriate.
4       Q.     So for instance, you are talking
5 about this line here, and I am
6 highlighting --
7       A.     Yes.
8       Q.     -- this line here, Monday,
9 April 27, 2015, due Monday, May 18, 2015?
10      A.     Which myself, I had to be --
11      Q.     Page one.
12      A.     I had to be on Red Hook, which is
13 criminal court, down in Brooklyn, on May --
14 and that was -- gave me 300 on that case.
15      Yes, so I didn't put that in
16 there, because it wasn't a TVB case.
17      Q.     Just for the record, this
18 document is number P191 through P206,
19 correct?
20      A.     That was my Bates Stamp when I
21 submitted the document to you.
22      Q.     Can you explain to me what the
23 start date means?
24      A.     The start date was when I
25 initially got hired on, the date.

Page 103

Mario H. Capogrosso
1
2       Q.     So I have noticed some of these
3 start dates are after your expulsion from the
4 TVB.  For instance, I am looking at the
5 bottom of page P191, and there is two --
6 there is a number of items that are marked
7 Thursday, May 21, 2015.  One is BS, one is
8 appeal, one is STLISL, and one Kent.
9       Can you explain to me what those
10 mean?
11      A.     Yeah, I don't know.  Maybe that
12 is just a clerical error.
13      I know I took on no new cases
14 after I was removed.  I don't know how that
15 happened.  Maybe it was just a clerical --
16      Q.     What is --
17      A.     I don't know.  I seriously I
18 don't know.  I don't know.
19      Q.     What do those four -- my
20 apologies, Mr. Capogrosso.  You can keep
21 answering, if you have more that you need to
22 say.
23      A.     I don't know why that is like
24 that.  I don't understand that.
25      I know I didn't appear in any

Page 104

Mario H. Capogrosso
1
2 court after May 11th.  I was ordered not to,
3 and I did not.  I didn't take any new cases
4 on after May 11th and have the ability --
5       Q.     And so --
6       A.     Go ahead.
7       Q.     And so what is -- is BS, Brooklyn
8 South?
9       A.     Yes.
10      Q.     What is appeal?
11      A.     Appeal, they hired me on an
12 appeal.
13      Q.     Is that DMV appeals court?
14      A.     Yes.  But I didn't take anything
15 after May 11th.
16      Q.     What is STLISL?
17      A.     Staten Island.
18      Q.     And what is Kent?
19      A.     That would have been Upstate,
20 which I moved to the right.  That is an
21 Upstate court that I was hired on.
22      Q.     Is that Kent County?
23      A.     It was Kent -- Kent -- Kent.
24 Yeah, I don't know.
25      I would have written it out with

Page 105

Mario H. Capogrosso
1
2 the Kent County Village Court Upstate.
3       Q.     And so the due date starts on
4 May 11, 2015, because these are future cases
5 that you were going to handle in the future;
6 is that correct?
7       A.     Yes, that I was not able to.
8       Q.     Can you explain how you billed
9 your cases?  Did you charge by the hour or
10 case?
11      A.     The motorists would come in.
12 They knew me.  They would approach me.
13      I never approached a motorist,
14 never.  There were signs all over the place
15 not to -- the other attorneys did, solicited
16 left and right.  I didn't.
17      They approached me, asked me if I
18 am a lawyer.  A lot of guys knew me already,
19 they walked up to me.  You want to take the
20 case?  Yes.  Took out my legal pad.  I wrote
21 down their name, their phone number, their
22 license ID, license number, their date of
23 birth, which is the information I needed.
24      The court in which it was in,
25 which is mostly Brooklyn South.  I wrote them

27 (Pages 102 - 105)

Mario H. Capogrosso

1
2 a receipt the way all the attorneys did it.
3 We wrote it on the back of a business card,
4 for the most part. Put the total, the amount
5 paid, the amount owed. I gave them the
6 receipt. I had my legal pad, showed
7 everything, all the information I took.
8        And I calendared it. I put it in
9 my calendar. Oftentimes these due dates got
10 changed, all the time. All the time, the due
11 dates got changed. Cases were being
12 rescheduled constantly.
13        Albany has the ability to
14 reschedule a case. The motorist can
15 reschedule a case. The police officer can
16 reschedule a case. I can reschedule a case.
17 The DMV can reschedule a case. The cases got
18 rescheduled all the time. Those due dates
19 changed all the time.
20    Q.   So, Mr. Capogrosso, that
21 wasn't -- I appreciate that.
22        I think the question was a little
23 bit narrower, which was how did you charge
24 for your services? Did you bill by the hour?
25    A.   No, each ticket. Each ticket.

Mario H. Capogrosso

1
2    Q.   So you billed by the ticket?
3    A.   Yeah. 150, 250. The total was
4 the amount I billed. That column that says
5 total, that is the amount that I charged.
6    Q.   And how did you know how much to
7 charge?
8    A.   Which is what everybody -- just
9 the going rate that everybody was charging.
10        If the case was in Brooklyn
11 South, and it was that day, normally I
12 charged a hundred. If it was -- you know,
13 other than that, I normally charge 150,
14 because the case, like I say, got pushed out
15 several times over.
16        If it was that day, it was
17 charged a hundred. If it was like, I don't
18 know, tinted window, I charged less, because
19 it didn't carry no point violations.
20        If it was in another county, I
21 charged more, because I had to travel there.
22        If it was like in Manhattan
23 South, I would charge 200, because I had to
24 travel and be at a different courthouse.
25 That is pretty much how I did it.

Mario H. Capogrosso

1
2 Predominately it was 150 or a hundred. If it
3 was done that day, and they walked in that
4 day, I charged a hundred. But that is how I
5 did it.
6    Q.   I think the most I saw for any of
7 the cases on here was 250.
8        What would be a $250 case?
9    A.   That was Queens South. So I
10 would have to travel down to Queens South. I
11 couldn't be in the Brooklyn South Traffic
12 Violations Bureau, so I had to reschedule to
13 make sure I was there. And that is the fee
14 we agreed on.
15    Q.   Okay. So why did you redact the
16 items in the middle?
17    A.   It was client information. I
18 didn't feel comfortable revealing it. Names,
19 phone numbers, ID numbers, driver's license
20 ID numbers, dates of births, phone numbers, I
21 am not going to give you that information.
22 It is not right.
23    Q.   Is there any legal authority for
24 you to redact that?
25    A.   It is just client information.

Mario H. Capogrosso

1
2 It is privileged information. I am not going
3 to give you my client's phone numbers. I am
4 not going to do that. I don't think it's
5 appropriate, or their name. It is not
6 appropriate. Or their New York driver's
7 license ID, I don't think it's appropriate.
8 I don't think it is relevant and material.
9 To me, it is privileged information.
10    Q.   Did you seek -- did you seek a
11 protective order or confidentiality order?
12    A.   No, I did not.
13    Q.   All right. So I will show you,
14 Mr. Capagrosso, in what you produced to us,
15 the pages there is a gap between pages 201
16 and 206. Are you aware of that? It goes
17 straight from 201 down to 206. Why didn't
18 you produce the pages in between?
19    A.   No, I produced it. I have to
20 look.
21        How did I send this to you?
22 Maybe your -- maybe your -- I sent you this.
23 Maybe your -- I walked this down to your
24 office. I didn't scan it and send it to you,
25 I walked this down to your office.

Page 110

1          Mario H. Capogrosso
2          Maybe the person who scanned it
3  didn't scan it in properly.  I didn't leave
4  out anything.  None.  Maybe somebody in your
5  office that scanned it improperly.
6      Q.    Okay.  So you are confident --
7      A.    Yes, I am.  Absolutely.  I left
8  nothing out.
9      Q.    You are confident you produced
10 everything, correct?
11     A.    Yes.  And I will get you those
12 missing pages, I will.  I don't think I
13 misnumbered this.
14     Q.    So you indicated that the lost
15 revenue was $122,715 for 15 months; is that
16 correct?
17     A.    That was the money remaining on
18 my docket, yes, that I couldn't finish.
19     Q.    And did you divide that by adding
20 up this column paid?
21     A.    No, the total column, total.
22     Q.    So did that assume that everyone
23 was going to pay you what they owed?
24     A.    Yes, the money that was due.
25     Q.    Does everyone always pay you what

Page 111

1          Mario H. Capogrosso
2  they owe?
3      A.    Yeah, for the most part.  My
4  clients are very -- for the most part, yes.
5  Yes.
6      Q.    But sometimes people don't?
7      A.    For the most part, my clients
8  paid me.  They liked me, and they paid me,
9  and they respected what I did for them in a
10 courtroom, they did.  I rarely had a
11 problem --
12     Q.    Wouldn't it be true that --
13 wouldn't it be true to say that sometimes
14 clients don't pay what they owe?
15     A.    For the most part, my client
16 always paid.  They paid.
17     Q.    But not always, correct?
18     A.    I don't recall when they didn't.
19 I really don't.
20         My clients paid me.  They liked
21 me, my clients.  They respected what I did
22 for them in a courtroom, and they paid me.
23     Q.    So you indicated that $122,715
24 figure was lost revenue.
25         What were your expenses for your

Page 112

1          Mario H. Capogrosso
2  practice?
3      A.    I had a -- I had a virtual office
4  up in Hawthorne, Connecticut, where I
5  received mail, where I can receive clients.
6  You can use the conference room.  I had my
7  home office I used.  I had an apartment in
8  Brooklyn at the time.  I had travel expenses.
9  I had my home -- we have the home up here in
10 New Rochelle.  What else?  Travel expenses.
11 What else do you have?  You have the bridges
12 going back and forth, gas, the tolls.  That
13 is it, normal operating expenses.
14         Laptop, desktop, copier, paper,
15 You know, my dues, my association dues to
16 practice law, my license dues, my CLE dues,
17 all that stuff.
18     Q.    So why didn't you include your
19 expenses in your calculation?
20     A.    I didn't think I needed to.
21         My expenses are my expenses.
22         That is the total money that I
23 was owed.
24         My expenses are my expenses.
25     Q.    But if you weren't practicing

Page 113

1          Mario H. Capogrosso
2  law, didn't you not need to pay for a great
3  deal of those expenses?
4      A.    What does that have to do with
5  the money I could have generated?  I don't
6  understand.  It is not relevant.  Has nothing
7  to do with my expenses, with the money I could
8  have been given.  Nothing to do with it.
9      Q.    So it is your testimony that it
10 wouldn't have cost you any money to make this
11 money?
12     A.    It would have cost me money to
13 make this money.
14     Q.    So why didn't you include your
15 expenses in your calculations of your damage?
16     A.    Including my expenses, I didn't
17 think it was relevant.  That is the money I
18 was owed.  To me, it is not -- why expenses
19 should be taken off of the total revenue to
20 me, it was not relevant.  That is the money to
21 me, it was owed.
22     Q.    Okay.  And in terms of --
23     A.    Wait.  Wait.  Wait.  Let me think
24 about this question for a minute.
25     Q.    Sure.

29 (Pages 110 - 113)

Mario H. Capogrosso

1
2  A.  Because I have to understand what
3  you're saying here.
4         Total money owed, you are saying
5  that I should take off my expenses.
6         Let me try to understand it.
7  That is the money I was owed, that is it.
8  That is the money was I owed and the money I
9  lost.
10  Q.  Okay.  And your expenses included
11  the virtual office in Connecticut, home
12  office in --
13  A.  No, no.  Virtual office was
14  Hawthorne, New York.
15  Q.  Apologies.  The virtual office in
16  Hawthorne, New York, the mail in Connecticut,
17  home office, Brooklyn apartment, CLE, bar
18  fees, travel, wear and tear on the car.
19         Anything else?
20  A.  Yeah.  There was no mail in
21  Connecticut.
22  Q.  Didn't you say you had a place in
23  Connecticut where you received mail?
24  A.  No, no, no, no.  I received my
25  mail -- at that point I had an apartment in

Mario H. Capogrosso

1
2  Brooklyn.  We have a home up here in
3  New Rochelle.
4         No.  I was licensed in
5  Connecticut.  I did have a couple of cases in
6  Connecticut, only a couple which did not
7  involve the TVB; but I do have an office in
8  Connecticut.
9  Q.  So, Mr. Capogrosso, do you recall
10  that we asked you for your tax returns from
11  the relevant period?
12  A.  Yes.
13  Q.  And did you produce them?
14  A.  No.
15  Q.  Why not?
16  A.  Because I don't think they are
17  relevant material.  I do not.
18  Q.  Why don't you think so?
19  A.  Because I am showing you what I
20  could have made right there.  I showed you
21  what I could have made.  I have given you all
22  the money that I generated.
23         My tax returns are my tax
24  returns.  I don't think they are relevant
25  material.  I have shown you the money that I

Mario H. Capogrosso

1
2  collected.  I have shown you that.
3         Now, did I earn all that money?
4  No.  I showed you the money that I could have
5  collected.
6  Q.  Mr. Capogrosso, how much income
7  did you claim on your taxes in 2013?
8  A.  I don't recall.
9  Q.  Do you recall --
10  A.  Was it everything -- all the
11  revenue showed here?  No.  Not all the
12  revenue is shown here, because these tickets
13  were not necessarily completed on the due
14  date.  And I didn't earn this money until I
15  completed the ticket.
16         For example, a ticket that was
17  due date on May 11, 2015 might not get done,
18  completed for two years from that date.  Two
19  years.  Cases got rescheduled constantly.
20  Q.  So the actual income that you
21  would report on your taxes would be lower; is
22  that correct?
23  A.  Yes, lower.  Because that was the
24  money, the money when I completed the cases,
25  when I actually completed it.  That, to me,

Mario H. Capogrosso

1
2  then I finally earned that money.  Until I
3  completed the case, I didn't earn it.
4  Q.  Mr. Capogrosso, do you have an
5  estimate of how much money you claimed as
6  income on your taxes in 2013, ballpark
7  figure?
8  A.  What I am showing here is I would
9  bring in about 8,000 a month.  Bring in,
10  which is what this works out to.  But you
11  didn't complete $8,000 worth of work in a
12  month, you didn't complete it.  That is what
13  you brought in.  You might have finished, you
14  know, maybe 11, 1200 a week, maybe, where you
15  actually completed 11, 1200 dollars worth of
16  work a week.
17         You know, that is what I would
18  have completed.
19         Probably what you brought in was
20  more.
21  Q.  So I apologize if I don't quite
22  understand.
23         You would have completed about 11
24  or 1200 dollars worth of work per week, but
25  you would have brought in a little more.

30 (Pages 114 - 117)

1        Mario H. Capogrosso
2        Can you explain that?
3    A.    Bring in clients, you bring in
4  revenue.
5        Like I said, a guy would hire me,
6  give me a ticket.  You might collect $2,000
7  worth of tickets in a week or $8,000 in a
8  month.
9        But the cases that were actually
10 finished in that month or in that week would
11 be about 11 to 1200 dollars, around that
12 figure a week.
13   Q.    And it is not income for you
14 until the case is completed; is that correct?
15   A.    Absolutely.  Absolutely.  I have
16 not earned that money until I argue that
17 case.  I have not earned that money until I
18 personally appeared and argue that case.  I
19 have not earned that money.
20   Q.    Understood.
21       So do you have an estimate of how
22 much income you would claim on your taxes in
23 2013, 2014?
24   A.    I don't recall.  Probably would
25 have been 11 to 1200 dollars a week.  That

1        Mario H. Capogrosso
2  was work that I actually completed, actually
3  completed for the week.
4    Q.    And do you recall approximately
5  how much income you claimed on your taxes in
6  2015?
7    A.    No.
8    Q.    What about in 2016, the year
9  after the first full year when you were no
10 longer work at the TVB?  Do you recall how
11 much money you claimed on your taxes?
12   A.    No.
13   Q.    And 2017 and 2018, do you also
14 not recall?
15   A.    Well, in '18 I was working for
16 Jiang.  Like I said, he was paying me 85,000
17 year, 85,000.
18       But I was a 1099, so that is what
19 it would have been.  The Law Firm of Yuan
20 Jiang, I know he was paying me 85 a year.
21   Q.    And so the same for 2019?
22   A.    Yeah.  But I started with Jiang
23 in March of 2018, and 2019 it would have been
24 a full.  But this part of 2020, I stopped
25 working for him on March 17, 2020.

1        Mario H. Capogrosso
2    Q.    Well, I am sure as heck not ready
3  to pay my 2020 taxes, so I won't ask you for
4  your estimates for this year, because I
5  certainly have no idea.
6        So let's go back to Exhibit 1.
7    A.    Yeah.
8    Q.    Switching my screen back to that.
9        MR. THOMPSON:  Can everyone see
10 Exhibit 1?
11       THE WITNESS:  Yes.
12       MR. THOMPSON:  And, Madam Court
13 Reporter, before we are done with
14 Exhibit 2, had I asked you to mark that
15 yet?
16       THE COURT REPORTER:  I can check
17 for you.  Off the top of my head, I
18 don't remember, Counsel.
19       MR. THOMPSON:  There is no need
20 to check.  Let me just ask you now to
21 please have that marked as Exhibit 2.
22       (Whereupon, a document was deemed
23 marked as Exhibit 2 for identification,
24 as of this date.)
25       THE COURT REPORTER:  Before we

1        Mario H. Capogrosso
2  continue, can we take a break?
3        MR. THOMPSON:  Sure.  Actually
4  yeah, let's take a quick five-minute
5  break.
6        Is that fine with you,
7  Mr. Capogrosso?
8        THE WITNESS:  Yes.  11:45?
9        MR. THOMPSON:  11:45.
10       THE VIDEOGRAPHER:  The time is
11 11:40.  We are off the record.
12       (Whereupon, a short recess was
13 taken at 11:40).
14       (Time noted:  11:40 a.m.)
15

_____
16       MARIO H. CAPOGROSSO
17
   Subscribed and sworn to before me this
18
   _____ day of _____, 2020.
19
   _____, Notary
20 Public.
21
22
23
24
25

31 (Pages 118 - 121)

Page 122

```
1
2           INDEX TO TESTIMONY
3                   Page   Line
4   Examination by      5     20
    Mr. Thompson
5
6
        INDEX TO DEFENDANT'S EXHIBITS
7
    Description            Page   Line
8
    Exhibit 1  Interrogatories    193   24
9
    Exhibit 2  Document           120   22
10
11
            INDEX TO REQUESTS
12
                   Page   Line
13
    Provide resume        13   18
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 124

```
1               ERRATA SHEET
          VERITEXT/NEW YORK REPORTING, LLC
2
    CASE NAME: Capogrosso v. Gelbstein, Et Al.
3   DATE OF DEPOSITION: 12/18/2020
    WITNESSES' NAME: Mario Capogrosso , a.m.
4
5   PAGE  LINE (S)   CHANGE         REASON
6   ____|_____|_____|_____
7   ____|_____|_____|_____
8   ____|_____|_____|_____
9   ____|_____|_____|_____
10  ____|_____|_____|_____
11  ____|_____|_____|_____
12  ____|_____|_____|_____
13  ____|_____|_____|_____
14  ____|_____|_____|_____
15  ____|_____|_____|_____
16  ____|_____|_____|_____
17  ____|_____|_____|_____
18  ____|_____|_____|_____
19  ____|_____|_____|_____
20
21            Mario Capogrosso , a.m.
22  SUBSCRIBED AND SWORN TO BEFORE ME
    THIS ____ DAY OF _____, 20__.
23
24
25  (NOTARY PUBLIC)        MY COMMISSION EXPIRES:
```

Page 123

```
1
2           CERTIFICATE
3
4    I, MARIA ACOCELLA, a Notary Public within
5   and for the State of New York, do hereby
6   certify:
7    That the witness whose deposition is
8   hereinbefore set forth, was duly sworn by me
9   and that the within transcript is a true
10  record of the testimony given by such
11  witness.
12   I further certify that I am not related to
13  any of the parties to this action by blood
14  or marriage and that I am in no way
15  interested in the outcome of this matter.
16   IN WITNESS WHEREOF, I have hereunto set my
17  hand this 5th day of January, 2021.
18
19
20
21           MARIA ACOCELLA
22
23
24
25
```

32 (Pages 122 - 124)

| **0** |
| --- |

**02710**   1:5 3:11

| **1** |
| --- |

**1**   93:15,25 120:6
120:10 122:8
**10**   68:22
**10005**   2:15 4:7
**10804**   2:6 4:12
**1099**   31:11,11,16
40:11,13 119:18
**10:48**   70:8
**10:50**   70:11
**11**   74:17 80:9
105:4 116:17
117:14,15,23
118:11,25
**1100**   32:15,15
**11:40**   121:11,13
121:14
**11:45**   121:8,9
**11th**   68:5,5,6
81:12 99:16 104:2
104:4,15
**12/18/2020**   124:3
**120**   122:9
**1200**   32:15 117:14
117:15,24 118:11
118:25
**122,000**   99:13,17
**122,715**   98:24
110:15 111:23
**13**   122:13
**15**   41:23 68:22
98:25 110:15
**150**   107:3,13 108:2
**17**   37:2 43:8 93:12
94:3 119:25
**17th**   43:3,9
**18**   1:11 3:14 71:10
71:13 94:6 102:9

119:15 122:13
**19**   42:25
**193**   122:8
**1961**   7:13
**1983**   9:16
**1983m**   9:23
**1992**   9:16 12:24
13:3
**1994**   13:3
**1996**   12:24
**1:18**   1:5 3:11

| **2** |
| --- |

**2**   100:14 120:14,21
120:23 122:9
**2,000**   118:6
**20**   51:23 68:22
95:5,11,13,15
96:22 97:16 98:6
98:13 122:4
124:22
**200**   32:16,18 57:18
70:25 107:23
**2000**   9:20 16:4
**2001**   13:7
**2003**   13:13
**2005**   18:15,16,17
19:25 21:17,19
53:20,24
**201**   109:15,17
**2012**   67:8
**2013**   116:7 117:6
118:23
**2014**   118:23
**2015**   28:17 30:25
51:23 67:12 74:18
74:19 80:9 87:23
89:16 102:9,9
103:7 105:4
116:17 119:6
**2016**   31:6,7,8,23
119:8

**2017**   37:3,3,3
119:13
**2018**   38:21 39:19
40:15 87:23
119:13,23
**2019**   119:21,23
**2020**   1:11 3:15
43:3,8 119:24,25
120:3 121:18
**2021**   123:17
**206**   109:16,17
**20th**   73:19
**21**   2:5 4:11 103:7
**22**   122:9
**24**   122:8
**250**   32:16,18 107:3
108:7,8
**26**   40:15
**27**   102:9
**28**   2:14 4:6

| **3** |
| --- |

**300**   102:14
**346**   23:9
**3865**   123:20
**39**   46:9
**3:30**   26:18

| **4** |
| --- |

**4**   7:13
**40**   20:6,7,8 41:21
41:22
**40,000**   19:25
**45**   41:21,21
**4:00**   25:25 26:17

| **5** |
| --- |

**5**   122:4
**50**   20:4,5,6,7,8,8
20:11 35:16,16
38:2 98:7
**500,000**   98:8

**57**   20:21
**58**   98:10
**59**   37:8 44:4
**5th**   123:17

| **6** |
| --- |

**6:00**   26:19

| **7** |
| --- |

**75**   36:7 38:2
**78**   89:18,21 90:8

| **8** |
| --- |

**8,000**   117:9,11
118:7
**80**   20:21
**85**   119:20
**85,000**   42:14,14
119:16,17
**850**   28:23
**86**   14:16,17
**8:15**   26:15
**8:30**   25:24 26:14
26:14,15,16

| **9** |
| --- |

**90**   23:4
**94**   13:4
**96**   13:4

| **a** |
| --- |

**a.m.**   1:11 3:16
70:8 121:14 124:3
124:21
**abhorrent**   60:7,8
**ability**   8:2,6 99:12
104:4 106:13
**able**   8:10 99:24
105:7
**absolutely**   8:13
54:14 67:13 84:20
95:17 110:7
118:15,15

| | | | |
|---|---|---|---|
| **academic** 15:7 | **ago** 4:20 | **appeal** 103:8 | **article** 89:17,21 |
| **accept** 53:9 56:4 | **agreed** 4:25 | 104:10,11,12 | 90:8 |
| **accepted** 15:16 | 108:14 | **appeals** 104:13 | **aside** 86:19 |
| 49:7 | **ahead** 4:15 11:10 | **appear** 103:25 | **asked** 8:12 55:7 |
| **access** 69:3,5,6 | 12:21 27:17 34:15 | **appearance** 37:17 | 80:23 87:19 94:25 |
| **accusations** 80:20 | 66:2 77:11 104:6 | 37:17 38:3,5,6 | 105:17 115:10 |
| **accused** 24:8 | **al** 1:7 3:10 124:2 | 60:5 69:10 72:12 | 120:14 |
| **acocella** 1:23 3:22 | **alan** 1:7 3:9 | 82:20,22 83:3 | **asking** 6:3 30:4 |
| 123:4,21 | **albany** 106:13 | **appearances** 3:25 | 52:23 64:5 |
| **act** 46:5,7 | **alj** 68:13,22 | **appeared** 118:18 | **aspects** 27:22 |
| **acted** 95:20,20 | **allegations** 52:11 | **appearing** 3:5 | **assault** 65:6 88:12 |
| **acting** 84:21 | **alleged** 66:24 | **application** 15:13 | 88:16 |
| **action** 50:23 52:13 | **allowed** 82:23,24 | **applied** 15:24 | **assaulted** 65:5 |
| 52:22,23,24 53:6 | 83:2 | 16:23,25 | 88:11 |
| 53:13 54:12,21,23 | **altercation** 24:11 | **appreciate** 75:19 | **assigned** 4:21 |
| 56:13,24 57:12 | 81:13 | 106:21 | **assistance** 45:20 |
| 74:25 75:11 79:11 | **amend** 94:15 | **approach** 61:15 | 45:21,25 46:8 |
| 123:13 | **amicable** 43:12 | 81:12 83:12 | **assistant** 2:17 5:23 |
| **actions** 52:3 | **amount** 95:5 | 105:12 | **association** 3:19 |
| **acts** 48:24 | 101:20,21,22 | **approached** 96:10 | 3:22 58:9,13,19 |
| **actual** 116:20 | 106:4,5 107:4,5 | 105:13,17 | 112:15 |
| **adding** 110:19 | **answer** 6:9,13 8:2 | **approaches** 62:21 | **assume** 6:13 93:9 |
| **address** 28:25 | 8:6 58:14,20 | 66:17 | 110:22 |
| 29:5 | **answered** 41:4 | **appropriate** 46:25 | **assuming** 85:3 |
| **adjournments** | 89:8,9 | 102:3 109:5,6,7 | **attorney** 2:11,17 |
| 74:22 75:22 76:2 | **answering** 6:25 | **approximately** | 4:4,5,11 5:23 8:17 |
| **administrative** | 103:21 | 3:15 20:20 74:14 | 16:25 22:6 25:11 |
| 23:6,8 24:20,24 | **answers** 6:16 8:11 | 98:25 119:4 | 25:13,16,17,19 |
| **admittance** 98:4 | **anybody** 62:2 | **april** 18:16,16 | 37:24 40:20,21 |
| **admitted** 22:12 | **anymore** 16:8 | 74:19 102:9 | 45:9,11 47:4 |
| **adults** 55:24 | 19:3 21:11 28:11 | **argue** 57:8,24 78:6 | 50:16,18 51:6 |
| **advice** 46:20 | 63:11 66:12,22 | 99:22,23 118:16 | 53:6,10 56:10 |
| **affect** 7:25 8:6 | 73:12 | 118:18 | 61:24 62:17 63:10 |
| **affidavit** 80:19,19 | **anyplace** 34:4 | **argued** 99:19 | 64:14 65:7,9,24 |
| 80:24 | **aod** 37:13,20 38:9 | **arguing** 78:10,11 | 66:4,12,21 72:20 |
| **affirmation** 18:22 | **apartment** 15:9,18 | 79:22 | 74:24 77:7,22 |
| 65:4 92:24 | 112:7 114:17,25 | **arrive** 97:10 | 79:7,14 82:17 |
| **afford** 19:12,13 | **apologies** 103:20 | **arrived** 52:15,16 | 84:11 85:17,21 |
| **age** 37:8 | 114:15 | 52:17 53:17,22 | 86:3 |
| **aggrieved** 88:8 | **apologize** 117:21 | **art** 9:15 | **attorney's** 53:14 |
| | | | 58:16 59:21 84:5 |

**attorneys** 2:13
17:7 27:13 37:12
37:15,23 40:18,24
50:25 53:15,16
54:2 56:21,23
57:22 70:21 71:6
71:7 82:9,10
105:15 106:2
**august** 53:23,24
**authority** 73:23
84:22 86:11
108:23
**authorization**
72:14
**average** 26:13
**aware** 86:10,21
87:17 94:13 96:17
109:16

**b**

**b** 12:15 69:19,20
78:3
**bachelor's** 9:15,16
**back** 10:24 19:25
25:20 29:4 39:12
39:15 43:19,25
54:15 55:9 63:5
77:12 79:25 80:5
81:20 83:25 106:3
112:12 120:6,8
**background** 55:19
55:21,22
**bad** 40:5
**badly** 42:4,5
**ballpark** 20:19
117:6
**ban** 87:16
**banned** 87:7,11,12
87:14
**bar** 22:12 58:9,13
58:18 62:14 68:12
68:13 69:17

114:17
**bargain** 37:22
**bars** 16:14
**basis** 32:14,18
39:15 42:15 44:11
50:24 55:2 59:3
60:14 61:6,7
63:22
**bates** 102:20
**beach** 26:9,10
**bear** 100:12
**beginning** 6:8
19:24 37:2,3
**begins** 3:3
**behalf** 4:7 50:21
57:8
**belief** 91:23
**believe** 28:12 31:7
51:25 52:2 67:2
74:21 78:3 94:9
96:19
**benefit** 6:5
**benefits** 42:16,17
**besmirched** 51:12
**best** 44:21,23 47:5
**bga** 13:10
**bill** 106:24
**billed** 105:8 107:2
107:4
**bills** 99:20
**birth** 7:11 105:23
**births** 108:20
**bit** 17:12 41:8
47:10 75:21 83:24
94:21 106:23
**blood** 123:13
**bohmstein** 68:13
68:13,23 69:16,18
73:5 74:13 75:25
**book** 15:15

**bottom** 103:5
**bought** 72:21
**break** 6:23 7:3
121:2,5
**breakdown** 99:9
**breakfast** 82:18
82:19 83:2
**bridges** 112:11
**bring** 35:8 57:6
84:4 87:24 88:4
89:17 117:9,9
118:3,3
**bringing** 87:21
**broached** 87:2
**broadway** 23:10
**brodsky** 2:23 3:17
4:17
**brody** 51:17
**broker** 57:9,13,15
57:18,22 58:4
60:10 85:4,6,9
**brokers** 50:24
55:2,3,5 57:3,4,12
58:6,6,7,7,10,24
59:13 60:7 67:16
67:22,23 68:3
75:2 79:2,3 82:6
84:2,4 86:12,22
87:7,9,14,16
**bronx** 9:9
**brooklyn** 16:22,24
22:16,24 23:3
25:11,15,19 30:11
30:11 38:11,21,24
39:5,6,19 48:13
50:19 52:2 80:8
98:21 101:24
102:13 104:7
105:25 107:10
108:11 112:8
114:17 115:2

**brought** 28:7
35:11,17 41:8,12
87:23 88:12
117:13,19,25
**brushed** 65:17
**brushing** 90:2
**bs** 103:7 104:7
**bunch** 26:3 71:12
84:15
**bureau** 2:18
108:12
**bushra** 77:18 81:4
89:10 90:25 96:2
96:3
**business** 24:13
63:21 64:13 65:13
106:3
**busy** 15:22
**buy** 82:17,18
**bye** 49:3

**c**

**c** 2:1 5:15 12:15
**cab** 57:5
**calculated** 95:2
**calculation** 94:25
112:19
**calculations**
113:15
**calendar** 26:22,22
26:24 99:10
101:16 106:9
**calendared** 106:8
**california** 16:9,11
**call** 57:18 58:18
62:15 65:8,10
67:2 70:24 80:14
**called** 28:22,24
29:8 37:12 58:9
61:24 62:16 63:9
64:14 65:6,12,23
66:4,11 71:5

**[calling - client's]**                                                      Page 4

**calling** 29:16,19
  57:20 61:13 62:2
  65:12 84:8 85:9
**calls** 27:4 53:16
  80:15 89:7 91:3
**calvo** 80:12,14,16
  96:5
**capagrosso** 109:14
**capogrosso** 1:3,19
  2:4 3:1,5,9 4:1,10
  5:1,14 6:1 7:1,7
  7:10 8:1 9:1,7
  10:1 11:1 12:1
  13:1,14 14:1 15:1
  15:4 16:1 17:1
  18:1 19:1 20:1
  21:1 22:1 23:1
  24:1 25:1 26:1
  27:1 28:1 29:1
  30:1 31:1 32:1
  33:1 34:1 35:1
  36:1 37:1 38:1
  39:1 40:1 41:1
  42:1 43:1 44:1
  45:1 46:1 47:1
  48:1 49:1 50:1
  51:1 52:1 53:1
  54:1 55:1 56:1
  57:1 58:1 59:1
  60:1 61:1 62:1
  63:1 64:1 65:1
  66:1,3 67:1 68:1
  69:1 70:1,12 71:1
  71:25 72:1 73:1
  74:1 75:1,20 76:1
  77:1,21 78:1 79:1
  80:1,2 81:1 82:1
  83:1 84:1 85:1,3
  86:1,9 87:1,6 88:1
  89:1 90:1 91:1
  92:1,22 93:1 94:1

95:1 96:1 97:1
  98:1 99:1 100:1
  101:1,9 102:1
  103:1,20 104:1
  105:1 106:1,20
  107:1 108:1 109:1
  110:1 111:1 112:1
  113:1 114:1 115:1
  115:9 116:1,6
  117:1,4 118:1
  119:1 120:1 121:1
  121:7,16 124:2,3
  124:21
**car** 114:18
**card** 106:3
**care** 62:2 73:22
**career** 10:10 15:24
**cares** 46:5
**carry** 107:19
**carrying** 70:18,20
**case** 1:5 3:10 4:17
  4:18 6:20 8:19
  14:2 22:23 24:18
  25:7 29:3,14
  36:18 37:16,16
  39:12,14 42:2,7,8
  46:13,14,17 48:19
  50:4,14 52:5 57:8
  57:24,24 69:7
  72:23 75:8 76:15
  77:8,14,23 78:5,7
  78:10,11,20,25
  79:7,22 80:4
  87:21,23,25 88:4
  89:24 92:3 94:22
  96:18,20 101:21
  101:24,25 102:14
  102:16 105:10,20
  106:14,15,16,16
  106:17 107:10,14
  108:8 117:3

118:14,17,18
  124:2
**caseload** 36:6
  44:17 70:18,20
  79:9,10,13 99:12
  99:14,17
**cases** 25:5,9,12
  26:18 30:7 32:2,8
  34:6 35:3,6,11,14
  35:16,19,21 36:7
  38:25 41:3,5,15,16
  41:17,20,22 42:9
  50:25 64:8 68:15
  70:14,17 71:12
  72:6 74:14 79:6
  84:4,16 99:18,21
  103:13 104:3
  105:4,9 106:11,17
  108:7 115:5
  116:19,24 118:9
**cash** 82:8
**category** 95:3
**certain** 14:11
  17:16 23:24 38:14
**certainly** 120:5
**certificate** 123:2
**certify** 123:6,12
**chance** 33:15 91:6
  91:18
**chancy** 47:12
**change** 124:5
**changed** 106:10
  106:11,19
**charge** 88:17
  105:9 106:23
  107:7,13,23
**charged** 89:12,13
  101:21 107:5,12
  107:17,18,21
  108:4

**charging** 107:9
**check** 20:10
  120:16,20
**checks** 29:7
**child** 46:23
**chinese** 58:6
**chose** 83:5,6
**christmas** 82:11
**city** 23:10 24:25
**civil** 25:9
**claim** 116:7
  118:22
**claimed** 117:5
  119:5,11
**claiming** 94:22
**clarify** 6:12
**classroom** 10:9
**cle** 112:16 114:17
**clear** 14:25 30:7
  50:2 80:6,7 81:15
  81:19
**cleared** 15:2,2
  45:9,10
**clearing** 50:5,6
**clerical** 96:4,7
  98:20,22 103:12
  103:15
**clerk** 76:23
**clerks** 63:16,24
  64:4,9,12,16,17,24
  65:21 66:2 82:4,5
  82:7,11,25 83:9
  84:15
**client** 24:17 27:6
  46:15,16 51:9
  57:9,10 79:23
  83:16,18 85:18,20
  85:22 108:17,25
  111:15
**client's** 101:18
  109:3

**clients** 19:18 21:14
21:24 22:3,5,9
26:2,2,7 28:23,23
30:2 39:2,3,11
44:2,3,11 45:4
59:25 61:14 63:25
71:24 76:19,25
83:14,14 111:4,7
111:14,20,21
112:5 118:3
**closed** 43:2,4,7,14
**coast** 16:9
**code** 23:20
**collect** 57:15 86:16
118:6
**collected** 99:6,11
100:2,4 116:2,5
**college** 9:13,18,22
**colleges** 9:14
**columbia** 9:15
28:8
**column** 107:4
110:20,21
**come** 29:20,23
57:20 58:11 73:2
80:23 85:16 87:6
95:18 96:23,24
105:11
**comes** 55:3 65:7
97:3,4,6,14,14,24
**comfort** 33:11
**comfortable** 19:16
33:6 86:7 108:18
**coming** 41:20
**commission** 74:2
124:25
**commitment**
27:24
**committee** 73:21
73:22 88:18

**community** 57:5
**companies** 11:14
12:25
**company** 10:6,12
11:14 12:14,14
13:5 16:6 21:10
34:3
**compare** 20:12
**compensation**
42:12
**complaint** 8:23,25
29:11 41:6 51:22
73:18 80:25,25
83:16,22 88:7
90:4,24 95:6,11
97:5
**complaints** 41:2,3
41:4,4 51:5 75:10
75:10,10,14 77:17
77:19 88:5 89:5
90:2
**complete** 8:10
29:3,14 35:8
117:11,12
**completed** 29:15
35:22,23 36:2
116:13,15,18,24
116:25 117:3,15
117:18,23 118:14
119:2,3
**completion** 35:12
35:17
**computer** 69:5
**concern** 78:23
81:8
**concerning** 24:12
62:17 75:11 81:8
**concerns** 81:9
**condition** 7:25
**conduct** 74:3
98:19,20,21

**conducted** 99:20
**conference** 112:6
**confident** 110:6,9
**confidentiality**
109:11
**conflict** 72:19
**connected** 39:24
**connecticut** 16:14
25:14,16 30:9,10
30:13,16 32:3,4
112:4 114:11,16
114:21,23 115:5,6
115:8
**consequences** 12:7
**consider** 27:18
**consist** 31:25
40:16
**constantly** 106:12
116:19
**construction** 10:4
10:6,11 13:5
**constructors**
12:17
**consulting** 13:11
**contact** 26:25
**contend** 72:2
**context** 53:2 56:15
**continue** 61:9
97:19,21 121:2
**continued** 18:21
**continues** 75:15
**continuing** 28:2
**contractor** 31:10
**control** 74:3
**conversation** 6:16
63:6 75:24
**copier** 112:14
**copy** 13:18 31:5
**correct** 4:19 13:16
21:17 39:20 46:12
60:9 66:6 74:23

76:3 79:23 86:13
86:22 93:7 94:7
94:11,16 98:17
100:3 102:19
105:6 110:10,16
111:17 116:22
118:14
**correction** 4:17,23
**corrupt** 90:10
91:15
**cost** 113:10,12
**counsel** 3:24 4:14
4:23 8:15,19
92:20 101:7
120:18
**counselor** 69:21
69:23,24
**count** 95:11,14
**counter** 63:21,23
84:14 85:2
**country** 12:11
**county** 90:17
104:22 105:2
107:20
**couple** 4:20 6:2
25:5 29:24 32:8
38:13 42:8 48:4
52:9,17 53:22
87:20 115:5,6
**court** 1:1 3:12,21
4:25 5:3,5,12 6:6
22:8 23:9,11,14
24:4,15,16 25:6,9
26:14 69:21,23
70:2,5 76:24 82:7
89:23,25 90:3,6,14
90:18 91:15,21,22
91:24 92:15,17
93:21,23 98:3,4
101:20 102:2,13
104:2,13,21 105:2

105:24 120:12,16
120:25
**courthouse** 57:21
107:24
**courtroom** 26:6
27:7 61:12 62:16
71:8 76:22,23
111:10,22
**courts** 19:11 22:19
23:25 90:10
**cover** 77:11
**covered** 23:20
42:19,20 51:4
**covering** 50:25
72:23 75:7 76:15
77:8,14,22 78:4,19
78:20,25 79:7
98:16
**covid** 42:25 43:18
**craigslist** 40:2
**criminal** 23:9,11
23:14,24 24:2,6,15
25:5,9 32:6,7
35:19 36:13 41:5
41:6,16,22,24
88:16 102:2,13
**criminally** 91:9
**crisis** 43:18
**currently** 44:25
**cut** 34:16 57:14
84:5
**cv** 1:5 3:11

**d**

**dad** 10:24
**daily** 20:23 29:17
29:17,19 44:11
63:22
**damage** 97:15,17
97:23 98:13,16,16
113:15

**damaged** 95:21
**damages** 94:22,25
95:4,7,16 97:11
**danielle** 80:12,14
96:4
**date** 1:21 7:11
40:14 66:24,25
67:2 68:4 94:2
101:14,19,19
102:23,24,25
105:3,22 116:14
116:17,18 120:24
124:3
**dates** 103:3 106:9
106:11,18 108:20
**david** 51:19 96:10
**day** 15:20 25:24
26:11,12,16,20
31:13,14 32:16,17
32:18 33:21 42:25
43:9 47:10,11,13
47:15,17,18,24
55:7 59:5 61:25
62:7,7 67:20,24
84:16 87:10,11,19
99:16 107:11,16
108:3,4 121:18
123:17 124:22
**days** 29:24
**deal** 59:17,19
113:3
**dealing** 82:6 86:7
**dealt** 49:8,18
**debt** 62:9
**december** 1:11
3:14
**decide** 10:17 15:5
80:3 95:23
**decided** 10:14
19:9,17 34:3

**decision** 21:5,8
48:16 50:20 86:4
91:6
**declaration** 94:6
**declared** 94:7
**deemed** 93:24
120:22
**defend** 22:10,13
**defendant** 75:11
96:18,19
**defendant's** 93:15
93:25 122:6
**defendants** 1:8
2:13 3:8,10 4:8
5:24 32:7
**defending** 27:10
**defense** 36:13
**defenses** 26:5
**definitely** 7:4
**degree** 10:15,16
10:18,25 62:4
**demand** 37:13,15
**denied** 65:9,10
**deny** 65:11
**deposed** 7:14
**deposition** 3:4,7
5:25 6:23 8:22 9:5
14:7 52:8 93:19
123:7 124:3
**describe** 21:20
68:18
**description** 58:3
60:17 122:7
**design** 11:20,21,23
12:12
**desk** 14:25 40:23
**desktop** 112:14
**detail** 68:18
**detailed** 101:16,17
**detailing** 81:8

**details** 32:24
**determination**
96:15
**determined** 95:5
**dicey** 92:6
**die** 28:6,6
**died** 44:5
**diem** 20:22,24
21:2 37:11 38:12
38:17
**different** 4:21 12:2
19:11 24:3 36:10
91:22 107:24
**difficult** 6:20
28:18,20
**difficulties** 100:13
**dinner** 59:7
**direct** 12:6
**direction** 10:9
45:12,15 48:17
**directly** 85:18,18
85:25
**discovery** 9:2 14:3
**discrepancy** 75:6
**discuss** 83:23
**discussed** 9:4
93:16
**discussing** 70:13
76:17
**discussion** 70:9
**disease** 44:5
**dispute** 36:14,15
83:19
**district** 1:1,1 3:12
3:13 61:24 62:17
63:10 64:14 65:7
65:9,23 66:4,11,21
**disturb** 49:20
**disturbed** 49:19
**divide** 110:19

**divorce** 15:22 32:8
36:18 42:8,9
**divorced** 15:9
**dmv** 61:21,21
85:16 104:13
106:17
**docket** 72:5
110:18
**document** 13:16
64:21 92:8,12,16
92:23 93:6,24
101:5,10 102:18
102:21 120:22
122:9
**documents** 13:21
14:6,8 65:2
**doing** 13:5 18:14
37:11,14 44:24
48:13 63:21 64:6
64:12 65:13 69:9
71:7 74:13 75:17
76:6,9 79:4 82:19
84:14 92:7
**dollar** 29:25 62:11
62:12,13 96:23
**dollars** 38:4,5 95:6
95:11,13,16 97:16
98:6,7,7,12 117:15
117:24 118:11,25
**don** 62:22 63:7
66:17
**door** 43:4,7,15
59:5
**doors** 26:15
**drafted** 41:2,3
**draftsman** 10:12
**drive** 44:14
**driver's** 108:19
109:6
**drivers** 57:6

**drop** 34:3 97:21
**dropped** 34:22
**due** 89:21 100:6,6
101:19 102:9
105:3 106:9,10,18
110:24 116:13,17
**dues** 112:15,15,16
112:16
**duly** 5:16 123:8
**duties** 11:15 40:16

**e**

**e** 2:1,1 12:15 17:10
30:20,21 69:19,20
78:3
**early** 21:18,19
**earn** 29:13 99:24
116:3,14 117:3
**earned** 99:11
117:2 118:16,17
118:19
**easier** 93:2
**eastern** 1:1 3:13
3:16
**easy** 37:7,8
**eat** 38:8
**ebasco** 11:17
12:14,15 13:3
**effect** 56:20
**egregious** 98:21
**either** 20:8 45:9
91:9 99:10
**eklb** 1:6 4:20
**emotionally** 47:2,3
**employed** 31:16
**employees** 21:4
**endeavors** 15:7
**ended** 26:16 56:23
**engineer** 10:13
11:8,8,19,20 13:7
15:19 16:3,5,9,15
18:3 20:13,17

48:11,14,25 62:7
**engineering** 9:17
9:18 10:15,15,16
10:18,20,25 11:2
11:12,13,14,18
12:12,25 19:5
20:13 49:22 55:22
**engineers** 12:17
13:3,11
**enjoyed** 10:7,20
10:20,21,22,23
11:5,6,6,24,25
16:5 27:21,21,24
42:3 48:12,13
**entail** 11:16
**enter** 71:8,14
**entered** 93:18
**entering** 68:24
72:13 73:6,7
**entitled** 63:3 79:9
91:25
**errata** 124:1
**error** 103:12
**esbaso** 12:15
**especially** 47:2
81:22
**esq** 2:4,16
**establish** 46:23
**established** 80:10
**estimate** 27:25
35:2,15 36:3
41:14 117:5
118:21
**estimates** 120:4
**et** 1:7 3:10 124:2
**eugene** 77:24,25
**eventually** 54:9
**everybody** 29:2
37:24 53:17 62:24
89:25 107:8,9

**exact** 20:16 32:12
40:14
**exactly** 20:9 43:8
**exam** 15:14,15
**examination** 1:17
5:20 122:4
**examined** 5:18
**example** 116:16
**exams** 21:13 62:14
**exceed** 95:5
**excel** 101:13
**exchange** 84:5
**executive** 10:5
**exhibit** 14:10
67:11 93:25 99:5
100:8,10,14 120:6
120:10,14,21,23
122:8,9
**exhibits** 8:25
13:24 14:11,12,16
14:17 64:23 65:2
66:24 67:6 100:19
122:6
**expect** 43:18 56:3
**expectation** 85:20
**expelled** 28:16
87:22 89:15
**expenses** 19:7,9,10
20:2,3,16 21:3
111:25 112:8,10
112:13,19,21,21
112:24,24 113:3,7
113:15,16,18
114:5,10
**experience** 41:9
41:10,11
**expires** 124:25
**explain** 23:16
52:13,25 57:3
58:25 76:16 83:21
93:21 98:2,3,5

99:3 102:22 103:9
105:8 118:2
**explained** 73:21
74:7
**expulsion** 103:3
**extra** 38:18

**f**

**facetious** 55:13
**facetiously** 53:8
**facing** 101:3
**facts** 49:10
**fair** 90:12,17 91:5
91:18
**fall** 31:21
**family** 46:25
**father** 10:4 28:9
60:13 67:16
**fearful** 44:3,10
**federal** 89:23 90:3
90:6,14 91:22,23
94:13
**fee** 29:2,12,13
57:14,16 83:19
84:10,11 86:16
108:13
**feel** 6:23 19:16
33:5,11 52:11
86:7 102:3 108:18
**feeling** 45:13
65:22
**fees** 50:10,11 84:5
114:18
**felt** 22:9 58:8 60:6
91:14,20 97:4
**fence** 36:17
**field** 10:13,20
**fight** 71:23
**figure** 20:19 45:24
95:9,18 96:22,23
99:4 100:10
111:24 117:7

118:12
**figured** 15:18
**figuring** 98:12
**file** 80:24
**filed** 8:24 9:2 41:3
**finally** 117:2
**find** 28:19
**finding** 28:20 37:7
**fine** 17:14,15 31:4
71:16,19 121:6
**finish** 6:25 99:12
110:18
**finished** 10:16
117:13 118:10
**firm** 19:5 20:14
30:15,18,19 31:13
31:13,25 32:21
35:20 36:11,21
37:5 38:11 39:19
39:21,25 40:10,12
40:13,17 41:18
42:13,24 43:2,10
43:20 46:11
119:19
**first** 5:16 6:6
17:14,15 28:21,21
38:2 46:24 47:23
52:14,15,19 53:17
53:25 58:15 63:13
67:7,19 73:8
74:20 77:21 95:3
119:9
**five** 35:21,25
68:25 70:23 81:14
94:20 98:7 121:4
**follow** 18:25 89:5
**following** 17:20
**follows** 5:19
**forget** 38:15,18
**forgot** 38:14 74:6

**formally** 93:17
**formula** 97:8,11
97:12
**forth** 112:12 123:8
**forward** 99:14
**fought** 71:23
**found** 36:22 54:10
58:22
**four** 15:21 18:17
35:13,18 62:6
70:23 103:19
**frank** 30:19 33:2,9
33:16,23 34:23
49:16
**friday** 3:14 26:17
**friend** 46:16,17,21
46:22 59:7 60:11
**friends** 46:25 75:4
**front** 14:6,8,9,14
14:20,22,25 24:13
40:23 43:4
**fulfill** 17:18
**full** 7:8 39:15 62:7
119:9,24
**fun** 11:4,24
**funny** 53:8 55:13
**further** 123:12
**future** 99:22,23
105:4,5

**g**

**g** 5:15 39:23 78:3
**game** 54:8 63:14
70:21 71:21 81:18
82:2
**gap** 109:15
**garb** 60:21
**gas** 19:13 112:12
**gather** 57:5
**ge** 68:12,20 69:9
70:14 75:9 76:22
79:6

**geez** 37:21
**gelbstein** 1:7 3:10
50:22 52:10,15
54:7 58:24 61:3
62:20,21 65:25
66:16 67:15 68:12
68:19 69:15 70:14
72:3,24 73:4
74:12 75:8,24
76:15 77:9,14,16
77:23 78:21,25
79:21 80:15,15
81:5,16 89:10
90:23 96:2 124:2
**general** 2:11,17
4:4,5 5:23 32:9
56:10 68:20 86:3
**general's** 73:25
**generate** 47:21,22
**generated** 113:5
115:22
**generating** 44:18
**gerbasi** 77:24,25
78:2
**getting** 11:10
17:18 50:6,16
54:12 56:7,9
**giggles** 75:12
**giggling** 90:24
**give** 5:8 6:13 8:10
15:11 21:12 28:24
29:5,24 33:17
55:4 57:23 58:13
58:19 71:3,4,16
82:24 83:2,2
108:21 109:3
118:6
**given** 63:24 99:11
113:8 115:21
123:10

| | | | |
|---|---|---|---|
| **gives** 16:17 | **gotta** 33:9 38:8 | 14:1 15:1 16:1 | **handled** 58:24 |
| **giving** 13:22 63:25 | 68:10 77:9 82:14 | 17:1 18:1 19:1 | **handling** 71:9 |
| 64:4,9 82:7,11,12 | **graduated** 9:19,22 | 20:1 21:1 22:1 | **hands** 68:15 69:11 |
| 82:12,15 84:15 | 9:24 11:12 16:4,4 | 23:1 24:1 25:1 | 76:8 |
| **go** 4:15 9:10 10:24 | **grand** 62:9 | 26:1 27:1 28:1 | **happen** 63:8 |
| 11:25 12:21 15:5 | **graver** 23:21 | 29:1 30:1 31:1 | **happened** 27:4 |
| 15:11 16:8,12 | **great** 7:7 8:14 | 32:1 33:1 34:1 | 30:25 54:4 66:20 |
| 22:19,23 23:14,24 | 42:21 48:2 113:2 | 35:1 36:1 37:1 | 74:16 76:24 83:21 |
| 26:10 27:17 32:24 | **greatly** 18:8,8 | 38:1 39:1 40:1 | 103:15 |
| 34:15 37:14,16 | **grievance** 34:25 | 41:1 42:1 43:1 | **happening** 75:9 |
| 39:8 43:19,25 | 51:8,10 73:20,21 | 44:1 45:1 46:1 | **happens** 4:10 |
| 45:17 48:17 62:9 | 83:15 88:9,17,17 | 47:1 48:1 49:1 | 22:18 55:4 |
| 62:25 66:2 70:2,6 | 91:10 | 50:1 51:1 52:1 | **happy** 42:7,11 |
| 71:7 76:23 77:6 | **grill** 22:2 | 53:1 54:1 55:1 | 71:17,19 |
| 77:11,20 80:5 | **grilled** 21:25 | 56:1 57:1 58:1 | **harassment** 75:15 |
| 84:13 91:2 93:10 | **groceries** 24:9 | 59:1 60:1 61:1 | **hard** 51:6 |
| 94:3,19 100:9 | **grocery** 24:9 | 62:1 63:1 64:1 | **hat** 88:19 |
| 104:6 120:6 | **group** 12:19 13:8 | 65:1 66:1 67:1 | **hawthorne** 112:4 |
| **god** 5:10 | **grow** 9:8 | 68:1 69:1,19,20 | 114:14,16 |
| **goes** 71:17 74:4,9 | **guaranteed** 47:18 | 70:1 71:1 72:1 | **head** 6:17,18 |
| 109:16 | **guard** 81:12 88:11 | 73:1 74:1 75:1 | 120:17 |
| **going** 6:2 18:12 | **guess** 71:25 78:22 | 76:1 77:1 78:1 | **headache** 29:18 |
| 19:8,15 26:9 28:5 | **guilty** 68:14,24 | 79:1 80:1 81:1 | **hear** 27:8 52:2 |
| 28:6,11,12 29:8 | 71:3,8,14 72:13 | 82:1 83:1 84:1 | **heard** 51:14 56:6 |
| 32:23 34:2 45:20 | 73:6,7 74:22 | 85:1 86:1 87:1 | 56:14 68:20 72:6 |
| 45:22,23 46:8,22 | 75:23 76:2 84:24 | 88:1 89:1 90:1 | 72:10,18 76:5,10 |
| 54:10,15 55:8 | 84:25 | 91:1 92:1 93:1 | 78:15,17 79:20 |
| 63:21,22 67:5,10 | **guy** 24:8 40:4,6,7 | 94:1 95:1 96:1 | 86:6 |
| 69:2 77:7,13,15,15 | 44:22,22 47:6 | 97:1 98:1 99:1 | **hearing** 24:18 |
| 78:6 81:9 82:18 | 49:15,21 55:3,25 | 100:1 101:1 102:1 | 90:12,17 |
| 90:11 91:5,15,18 | 62:23 63:3 71:3,3 | 103:1 104:1 105:1 | **hearings** 21:23,23 |
| 91:21 92:8 96:15 | 71:14 118:5 | 106:1 107:1 108:1 | 24:25 |
| 97:20 99:14,21,23 | **guys** 10:21 27:15 | 109:1 110:1 111:1 | **heart** 97:3,7,14 |
| 100:10 105:5 | 56:18 57:4 59:18 | 112:1 113:1 114:1 | **heck** 49:20 69:2 |
| 107:9 108:21 | 79:5 100:14 | 115:1 116:1 117:1 | 120:2 |
| 109:2,4 110:23 | 105:18 | 118:1 119:1 120:1 | **held** 24:3 55:20 |
| 112:12 | **h** | 121:1,16 | **help** 5:10 38:13,18 |
| **good** 3:2 11:7,7,8 | **h** 1:3,19 2:4 3:1,4 | **hand** 5:6 123:17 | 51:21 |
| 30:6 39:13 41:12 | 3:8 4:1 5:1,15 6:1 | **handful** 6:4 | **helped** 15:21 |
| 47:19 49:3 52:20 | 7:1,9 8:1 9:1 10:1 | **handle** 105:5 | 36:15,19 |
| 52:21 71:18 92:21 | 11:1 12:1 13:1 | | |

**helpful** 6:4
**henry** 7:9
**hereinbefore** 123:8
**hereunto** 123:16
**high** 9:10
**highlighting** 102:6
**hire** 77:2 118:5
**hired** 11:17 71:23 76:19 101:15 102:25 104:11,21
**hit** 42:25 53:12
**hold** 88:18 92:5
**holding** 85:4
**holidays** 82:8
**home** 15:17 43:5 71:17 112:7,9,9 114:11,17 115:2
**honest** 95:22
**hook** 24:14,15 101:25 102:12
**hope** 47:5 56:18 56:20
**hour** 105:9 106:24
**hours** 26:13 29:19
**howard** 2:23 3:17
**huh** 6:18
**hundred** 38:4,5 62:9 107:12,17 108:2,4

**i**

**i.e.** 10:5
**ida** 96:3
**idea** 34:20,20 48:21 66:19 76:4 76:6 84:7 120:5
**identification** 94:2 120:23
**identify** 60:17
**ignore** 89:4

**ignored** 89:11
**illegal** 84:6 85:6
**illness** 7:25
**immigration** 24:16 25:6 41:7 41:10,11,13
**implications** 23:22 24:3
**important** 17:19 17:21 26:23 28:22 94:16
**improper** 98:19
**improperly** 88:20 110:5
**impropriety** 60:5 82:20 83:4
**inappropriate** 49:4
**incident** 51:17 66:24 76:14 80:13
**incidents** 52:10
**include** 42:16 112:18 113:14
**included** 114:10
**including** 113:16
**income** 47:9,22 116:6,20 117:6 118:13,22 119:5
**independent** 25:18 31:10
**index** 122:2,6,11
**indicated** 56:16 58:22 110:14 111:23
**information** 60:18 105:23 106:7 108:17,21,25 109:2,9
**initial** 55:10
**initially** 101:14 102:25

**injuries** 41:3
**injury** 32:2 35:3,6 36:12 41:6,15,17 41:25
**inspector** 73:24
**instance** 70:13 73:3 102:4 103:4
**instigated** 96:11
**instigates** 81:13
**insurance** 17:19 17:23,25 18:6,11 18:22 20:4 32:23 32:25 33:5,15 34:2 42:18,20 49:12,17
**intend** 52:7
**intention** 15:24
**interacting** 44:3 44:10
**interaction** 85:24
**interested** 123:15
**intermediary** 85:23
**internal** 74:2
**international** 12:19 13:8
**interrogatories** 93:5 122:8
**interrogatory** 94:10,20,24
**introducing** 54:6 56:22
**investigated** 49:10
**investigation** 62:18 66:5,8 76:11 78:16
**involve** 115:7
**involved** 24:11 34:10 47:2,3 60:6
**iona** 9:12

**island** 19:11 22:22 104:17
**issue** 32:23 33:13 33:18,20,24 34:5,8 34:19
**item** 56:25 98:23
**items** 52:7 103:6 108:16

**j**

**j** 39:23
**james** 2:12,16 4:2 4:4 5:22
**january** 123:17
**jewish** 58:7 59:12 60:19,20,21 67:16 68:2
**jiang** 39:21,22,23 39:25 40:10,17 41:18 42:13,24 43:10,19 44:13 46:11 119:16,20 119:22
**job** 12:2,4 16:17 16:18,19,21 18:2 20:22 27:19 34:18 34:20,21 37:7 39:18,25 40:3,7 49:3 66:10 76:11 76:12 78:16 79:18 82:15
**joined** 38:11
**joking** 55:14,17
**judge** 4:21 50:22 52:10,14,23 53:7 53:12 54:7,12 55:23,24,25 56:12 58:23 61:3 62:20 65:25 67:15 68:13 68:19 69:3,9,15,16 69:16 70:13,17 72:3,4,5 73:3,4

74:12,13 75:24,25
76:15 77:16,23
78:12,21 79:15,21
80:15 81:5,16
89:23 90:3,6,14,15
90:23,25 91:11,24
96:2
**judges** 49:9 50:20
51:3 81:22,23
90:21,22 95:19,19
95:20,24 97:5
98:20,22
**judicial** 74:3
**july** 7:13 21:18,19
53:23,24
**june** 18:15,15
21:18,18 53:20,20
**jurisdiction** 74:9
**jury** 50:19 52:2
95:23 96:14

**k**

**k** 17:10,10,10
**kalker** 17:2,12
18:5,16 19:23
49:10
**kalker's** 17:8
**kblb** 3:11
**keep** 103:20
**kent** 103:8 104:18
104:22,23,23,23
105:2
**kept** 15:22 26:22
49:5 80:18 101:16
**kicked** 66:15
**kind** 53:11 59:22
**kings** 90:17
**knew** 60:24,25
83:13 105:12,18
**knocked** 59:4
**know** 7:3 10:9
15:7 17:5,5 19:15

20:10 27:3,9,10,22
27:23 31:2,8
32:13,14,18 33:19
33:20,21,24,25
34:19 35:5,6,10
36:8 37:22,23
38:23 40:14 41:15
41:20,21 43:14,16
44:16,17 45:16,16
45:23 47:16 48:6
48:6,7,12,23 49:5
49:24,24 50:3
53:4 54:8 55:15
55:15,18,25 56:4,5
56:16,19,20 58:14
59:5,8,14,15,22
60:3,15,16,18,21
60:23 62:5,19,22
62:23 63:3,12,13
64:16 65:18 66:7
66:14,14,16 71:17
72:8,9,10,16,19
75:3,5,25 76:7,9
78:13,13,15,18,21
78:24 79:4,17,18
79:19 82:23,24,25
83:10 84:7,23
85:8,8,10,10,20
86:2,23 87:12
89:2 92:10 97:10
97:11 103:11,13
103:14,17,18,18
103:23,25 104:24
107:6,12,18
112:15 117:14,17
119:20

**l**

**l** 17:10 30:20,21
**laborer** 10:3,10
28:9,10

**lady** 42:3,4 61:10
**land** 36:14,14
**laptop** 112:14
**lastly** 76:13
**late** 21:18 26:20
**laughing** 90:23
**laughs** 75:12
**law** 9:19 15:5,11
15:16,18,20,24
21:6,13 27:23
30:3,15,17,19
39:13,21 62:5,10
79:13 80:6 84:18
112:16 113:2
119:19
**lawsuit** 5:24 67:7
**lawyer** 17:2,3 21:6
39:13 48:12 56:2
57:17,19,23,24
61:13,16,16,17,17
61:18,19,22,23
62:2,4,16 64:4,6
65:13,14 75:7
77:3 80:21 84:9
84:17 85:12,25
86:15,16,20 97:18
97:18,24 105:18
**lawyers** 38:13
49:8,18 50:21
52:18 55:5 57:7,7
58:11 60:24,24,25
76:19,21 77:3,4
**lead** 40:18
**learning** 15:6
**leave** 33:11 87:19
110:3
**leaving** 46:11
86:19
**left** 18:13 28:8
40:20 49:13 87:10
99:16 105:16

110:7
**legal** 3:18,19 36:12
46:10,20 48:24
57:14,16 62:4
84:6 86:12 105:20
106:6 108:23
**legitimate** 72:17
**letitia** 2:12 4:4
**letter** 51:23 73:17
73:18
**letters** 89:7,8
**level** 37:21 44:15
**levels** 36:10
**levine** 96:6,19
**liberty** 2:14 4:6
**license** 33:7,8
71:11,18 105:22
105:22 108:19
109:7 112:16
**licensed** 32:5
115:4
**lie** 45:20 49:6,13
**lied** 49:2,9,19
50:21
**lies** 91:2
**life** 49:2 97:22
**liked** 10:8 11:4,24
13:12 15:6,6
19:19,19 21:14
22:5 26:2,6,7,7
27:20,21 32:5
63:18 71:24 111:8
111:20
**line** 7:2 102:5,8
122:3,7,12 124:5
**list** 14:5
**listen** 55:19 77:19
90:4
**listening** 73:15
77:16

litigated   25:5,8,12
litigation   2:18
    34:2
little   17:11 23:21
    41:8 47:10 52:7
    68:18 75:20 92:6
    93:2 94:21 106:22
    117:25
living   21:3 45:18
    59:9 75:4,5 79:5
llc   124:1
loans   62:13
located   3:20
location   3:5
    101:15
long   11:9 12:22
    15:14 19:11 22:22
    28:2 29:6,6,10
    30:2,6 38:16
    42:23 48:25 87:24
longer   28:13 88:25
    96:18 119:10
longest   58:15
look   9:25 13:14
    31:3 64:22 65:3
    66:23 67:5,10
    95:12 109:20
looked   80:9,11
    87:5 96:5
looking   13:15,22
    17:3 37:6,9 48:20
    54:11 56:10,12
    103:4
looks   80:17
lose   47:17,20
    76:20
lost   27:5 32:22,24
    33:10 36:22 49:16
    50:7,17 51:22,24
    80:18 81:21 98:24
    110:14 111:24

114:9
lot   11:25 27:12
    30:3 35:7,9,10
    37:23 41:9,20,21
    50:10,11 56:19
    58:5,6 71:7 76:25
    76:25 105:18
loved   21:24 22:3
    25:23,23,25,25
    26:2,9,10,11 83:14
    83:15
lower   116:21,23
lunch   50:23 59:6
    61:4
lying   90:25,25

m

m   4:2 5:15 69:19
    69:20
madam   92:15
    93:14,21 120:12
mail   29:24 112:5
    114:16,20,23,25
making   17:19
    47:11 59:23,23
    62:3 85:13
malpractice   32:22
    32:25 33:3,5,10,12
    33:14,22 34:10
    36:23 42:19,20
    49:17
man   24:10,12 28:5
    28:7,10 50:8,9
    55:20 60:20 75:16
    75:16
manager   10:5
manhattan   9:18
    107:22
march   18:16
    40:14,15 43:2,3,8
    43:9 46:12 51:23
    73:19 119:23,25

maria   1:23 3:22
    123:4,21
mario   1:3,19 2:4
    3:1,4,8 4:1,9 5:1
    6:1 7:1,9,9 8:1 9:1
    10:1 11:1 12:1
    13:1 14:1 15:1
    16:1 17:1 18:1
    19:1 20:1 21:1
    22:1 23:1 24:1
    25:1 26:1 27:1
    28:1 29:1 30:1
    31:1 32:1 33:1
    34:1 35:1 36:1
    37:1 38:1 39:1
    40:1 41:1 42:1
    43:1 44:1 45:1
    46:1 47:1 48:1
    49:1 50:1 51:1
    52:1 53:1 54:1
    55:1 56:1 57:1
    58:1 59:1 60:1
    61:1 62:1 63:1
    64:1 65:1 66:1
    67:1 68:1 69:1
    70:1 71:1 72:1
    73:1 74:1 75:1
    76:1 77:1 78:1
    79:1 80:1 81:1
    82:1 83:1 84:1
    85:1 86:1 87:1
    88:1 89:1 90:1
    91:1 92:1 93:1
    94:1 95:1 96:1
    97:1 98:1 99:1
    100:1 101:1 102:1
    103:1 104:1 105:1
    106:1 107:1 108:1
    109:1 110:1 111:1
    112:1 113:1 114:1
    115:1 116:1 117:1

118:1 119:1 120:1
    121:1,16 124:3,21
mark   93:15
    120:14
marked   93:17,25
    103:6 120:21,23
marriage   123:14
married   15:8
material   109:8
    115:17,25
mathematical
    11:5
matrimonial   42:2
matter   3:8 34:8
    101:17 123:15
matters   32:7
max   38:6
mean   11:5 34:16
    46:2 48:20 49:7
    52:6 78:5 82:3
    95:25,25 103:10
means   7:21 20:22
    78:6 102:23
meant   56:5,17
    78:8
mechanical   9:17
    13:7
medical   17:18,23
    17:25 18:6,10
    20:4 49:12
medication   8:5
meeting   44:2
    52:14,15,16,18
    53:14,16,25 54:5
    54:15,25 55:10
    57:10
melanie   96:6
memory   52:20,21
mention   34:11,12
    96:8

**mentioned** 34:12
48:18 52:9 61:11
76:13 83:25
**mic** 92:19
**middle** 108:16
**million** 95:6,11,13
95:15 96:22 97:16
98:6,7,7,12
**mind** 48:22
**minimum** 71:16
71:19
**minute** 113:24
121:4
**minutes** 70:6
81:14
**misnumbered**
110:13
**missing** 110:12
**monday** 26:17
102:8,9
**money** 27:9 28:25
29:3,4,7,9,20,21
29:22 47:11,13,14
47:16,18,23 50:7
50:17,18 56:19,21
57:23 58:16 59:20
70:24,25 71:6
81:20 82:7,16,25
83:9 87:13,13
89:19,20,21 90:7
91:13 92:2 99:6,6
100:2 110:17,24
112:22 113:5,7,10
113:11,12,13,17
113:20 114:4,7,8,8
115:22,25 116:3,4
116:14,24,24
117:2,5 118:16,17
118:19 119:11
**monies** 59:24 99:8

**month** 31:8 74:17
117:9,12 118:8,10
**months** 4:20 17:24
17:24 18:7,17
21:2 49:12 52:17
53:22 71:10,13
98:25 110:15
**morgan** 73:19
**morning** 3:2 81:12
82:19 88:21
**motorist** 29:11
51:9 71:4,17
83:18 105:13
106:14
**motorists** 21:22
23:18 27:2,12,14
29:16 57:6 59:25
61:14 68:14 77:2
105:11
**mouth** 49:5
**move** 45:11,12,14
**moved** 43:21,24
44:13 102:2
104:20
**moving** 98:23
**muted** 92:19

**n**

**n** 2:1 39:23,23
69:19,20
**name** 3:17 5:22
7:8 12:13 17:9
30:17 34:11 45:9
45:10 50:2,5,6,15
59:14,16 80:7,7,20
81:15,19 95:21
97:15,17,23 98:13
98:16,18 101:18
105:21 109:5
124:2,3
**named** 34:24

**names** 38:14,15,19
60:15 108:18
**narrow** 75:21
**narrower** 106:23
**near** 61:20,21
**necessarily** 116:13
**need** 6:23 7:3 45:6
45:7,8 47:23 70:2
70:5 93:20 95:22
103:21 113:2
120:19
**needed** 38:13,18
50:22 105:23
112:20
**needs** 69:7
**never** 24:17 34:24
49:6,6 51:22 76:7
79:21,24 80:18,21
80:24 81:2 83:21
87:16 96:5 105:13
105:14
**new** 1:1,25 2:6,6
2:10,15,15 3:6,6
3:13,21,21 4:6,6,7
4:12,12 5:18 9:9
9:12 16:14 19:12
22:22 23:10,20
24:25 25:6,15
32:3,4 80:6 89:24
90:10 103:13
104:3 109:6
112:10 114:14,16
115:3 123:5 124:1
**nice** 26:11 40:4,6,7
42:6,10 44:22,22
44:22 47:6
**night** 15:11,20
21:7 29:20 62:6,8
**ninety** 23:4
**nodding** 6:17

**non** 49:23
**nonlegal** 48:21
**nope** 45:6 46:21
**normal** 112:13
**normally** 14:7
19:5 23:23 98:10
107:11,13
**notary** 1:23 5:17
121:19 123:4
124:25
**noted** 121:14
**notice** 1:21 43:3,7
**noticed** 103:2
**nuclear** 11:18,19
11:23 12:2,4,10
13:8,12 49:2,2
62:8
**number** 3:11 4:18
4:19 6:3 59:21,21
90:6 91:8 94:24
97:2 98:3,23
102:18 103:6
105:21,22
**numbers** 108:19
108:19,20,20
109:3

**o**

**o** 5:15,15,15,15
12:15 30:20,21
69:19,20
**oath** 5:2 7:18
22:11 24:24
**objected** 18:20
**objection** 14:19
**objectionable**
58:23
**obligation** 22:8,9
22:13 94:14
**observing** 53:11
**obviously** 64:8
87:10

occasionally  22:17
  23:11
offer  16:18,20,21
  30:9,10
offered  20:6
offering  40:3
office  2:11 4:3
  24:24 36:7 40:19
  44:14 51:21 55:6
  59:2,3 60:8,11
  61:5,6,20 67:17
  69:5,8 73:16,17,25
  75:2 79:3 81:6,7
  88:7 89:9 109:24
  109:25 110:5
  112:3,7 114:11,12
  114:13,15,17
  115:7
officer  22:7
  106:15
officers  21:24 22:6
  23:25
offices  3:20 81:10
officially  31:12
oftentimes  106:9
oh  35:5,6,21 37:21
  47:16 67:19
okay  12:9 14:5,15
  16:23 31:24 36:20
  37:4 47:22,25,25
  67:14 68:8 78:9
  87:3 92:21 94:19
  96:9 99:15,25
  101:2 108:15
  110:6 113:22
  114:10
old  37:8 44:4
omission  94:16
once  24:16 40:11
  48:15 49:3,3
  93:18

ones  35:7,11
  101:23
ongoing  35:22,24
open  43:23 44:15
  44:15
opened  26:14,16
operating  112:13
opinion  28:14 63:2
  63:3 78:7 79:8,8
  79:11,16,16,18
  90:5 91:25 92:2
  95:22
opportunity  38:20
opposed  23:18
order  59:24
  109:11,11
ordered  104:2
organization
  30:13
organizations
  38:10
outcome  123:15
outside  10:8 24:7
outstanding  99:20
overnight  35:23
owe  111:2,14
owed  90:7 91:13
  92:2 99:7,8
  101:22 106:5
  110:23 112:23
  113:18,21 114:4,7
  114:8

**p**

p  2:1,1 5:15 30:20
  30:21
p191  102:18 103:5
p206  102:18
pad  105:20 106:6
page  92:25 93:10
  94:3,6,20 102:11
  103:5 122:3,7,12

124:5
pages  109:15,15
  109:18 110:12
paid  19:6 20:9,14
  20:15 29:2 31:10
  31:11,16 32:10,13
  32:17 37:19 40:11
  40:12 42:15 56:7
  56:9 62:11,12,14
  82:15 101:21
  106:5 110:20
  111:8,8,16,16,20
  111:22
pandemic  45:19
  45:21,25 46:7
paper  112:14
paralegals  40:22
  87:12
parking  24:12
part  11:5 24:5
  26:6 29:6 82:7
  100:4,7,7 106:4
  111:3,4,7,15
  119:24
participate  82:21
  83:5
particular  15:23
  60:10
parties  4:24 36:16
  36:16 81:17 83:3
  123:13
parts  12:11
passed  16:14
  21:13 46:5 62:14
pay  18:10 19:8,9
  21:2 33:4 37:17
  46:20 57:17 58:11
  82:14 110:23,25
  111:14 113:2
  120:3

paying  20:16
  63:20 82:5 83:9
  119:16,20
peluso  30:19 31:25
  32:21 35:20 36:11
  36:21 37:5 49:16
penal  23:20
people  6:17 10:22
  11:6 52:3 58:12
  60:21 64:8 84:4
  86:7 111:6
percent  23:2,4,4
percentage  22:25
perez  83:20,23
period  115:11
permissible  86:13
person  33:3 60:22
  78:22 110:2
personal  32:2 35:3
  35:5 36:12 41:2,6
  41:15,17,25
personality  12:8
personally  118:18
phone  27:4 89:7
  91:3 105:21
  108:19,20 109:3
phonetic  12:16
picture  13:15
piece  50:22 52:12
  52:22,22,23 53:6
  53:13 54:12,21,23
  56:13,24 57:11
  74:25 79:11
pin  72:25
pink  23:12,19 24:7
place  2:5 4:12 21:9
  105:14 114:22
plaintiff  1:4,19 3:9
  4:10 5:16 95:4
planet  11:20

**planning** 28:2
**plant** 11:19 62:8
**plants** 11:23 12:10
  13:6,9,12
**play** 71:20,22
**played** 54:9 70:21
**players** 63:15
  67:21
**playing** 81:18 82:2
  82:4
**plea** 68:24 71:8,14
**plead** 71:3
**pleading** 68:14
  79:5 84:24,25
**pleadings** 8:24
**pleas** 51:21 72:13
  73:6,7 74:22
  75:23 76:2
**please** 3:24 5:3 6:7
  6:12,15 14:24
  31:4 92:9 100:11
  120:21
**pled** 23:23
**plus** 20:21
**pocket** 58:16
  59:21
**point** 6:22 18:9
  19:2,14 25:10
  28:4 34:11 36:4
  43:17,17 45:23
  49:25 53:21,21
  54:3 58:2 61:21
  64:18 73:12,13
  76:8 107:19
  114:25
**points** 71:4,4,11
**police** 21:24 22:6,7
  23:25 89:13
  106:15
**portion** 30:6

**posed** 7:2
**position** 30:12
  38:22,24
**possible** 88:24
**posted** 40:3
**power** 11:18,19,23
  12:10 13:6,9
  16:10 62:8
**practice** 18:13
  21:15,16,21 22:15
  23:5 24:23 28:3
  84:3 85:7 87:22
  112:2,16
**practicing** 25:22
  28:16 30:3 33:7
  39:13 51:4 63:15
  79:13 80:5 84:18
  97:19 112:25
**practitioner** 32:9
**predominately**
  22:24 108:2
**prefer** 48:11
**preliminaries** 6:2
**prep** 9:12
**preparation** 26:3
**prepare** 8:21
**present** 2:23
**pretty** 22:17 41:12
  52:16 107:25
**prevail** 48:19
**previous** 18:2
**pricket** 73:18
**primarily** 22:15
**privileged** 109:2,9
**pro** 2:4 4:10
**probably** 37:2
  41:19 63:20 64:22
  66:2 117:19
  118:24
**problem** 14:21
  33:12 92:10

111:11
**proceeding** 89:18
  89:22 90:8
**produce** 109:18
  115:13
**produced** 13:19
  109:14,19 110:9
**professional** 48:24
  49:24
**prohibiting** 86:21
**project** 10:4,12
  11:19,22
**projected** 98:25
**properly** 26:22
  110:3
**protecting** 89:25
**protective** 109:11
**provide** 31:4
  122:13
**provided** 9:3
  13:25 14:2,12
**pua** 46:7
**public** 1:23 5:17
  121:20 123:4
  124:25
**pulled** 77:10
**punished** 52:3,5
  81:23 96:13
**punishment** 96:16
**punitive** 95:4,7,16
  97:11 98:15
**purpose** 72:17
**pursuant** 1:19
**pursuing** 15:7
**push** 70:22 71:13
**pushed** 64:24
  107:14
**put** 14:9 15:13
  22:25 28:9 30:8
  37:13 39:10 43:3
  43:6 50:11,12

63:23 72:21,21,25
  76:18,22 102:15
  106:4,8
**putting** 36:17
  72:12,13

**q**

**queens** 108:9,10
**question** 6:7,8,11
  6:14,25 54:18
  74:11 75:20 87:2
  87:4 106:22
  113:24
**questioned** 76:7
**questioning** 7:2
**questions** 6:3 8:2,6
  8:11 87:21
**quick** 33:17 121:4
**quiet** 62:24
**quinnipiac** 9:19
**quite** 117:21
**quixote** 62:22 63:7
  66:18

**r**

**r** 2:1 5:15,15 17:10
  78:3
**rabinovich** 61:11
  84:14
**racions** 12:16
**raise** 5:6
**raised** 57:2
**ran** 40:23
**rarely** 111:10
**rate** 107:9
**reached** 43:23
  44:19
**read** 8:23,23,24,25
  15:15
**ready** 120:2
**real** 29:18

**really** 16:2,2 19:2
  21:25 22:5,7
  27:20 33:7 38:15
  40:5 43:22 46:16
  48:7 59:18,18
  65:23 68:11
  111:19
**reason** 8:9 74:21
  77:5 124:5
**recall** 19:25 20:16
  24:19,19 32:12,19
  33:19 35:9 56:17
  67:6 111:18 115:9
  116:8,9 118:24
  119:4,10,14
**receipt** 106:2,6
**receipts** 99:2
**receive** 112:5
**received** 80:24
  81:2 112:5 114:23
  114:24
**recess** 121:12
**recognize** 92:22
  93:3 101:10
**recognized** 74:5
**recollection** 14:4
  14:18
**record** 3:25 69:10
  70:3,6,8,9,11
  93:21 102:17
  121:11 123:10
**recorded** 3:3
**red** 24:14,15
  101:25 102:12
**redact** 108:15,24
**redacted** 101:19
**reestablished**
  39:11 45:11
**refer** 14:17 64:21
**referring** 30:24

**refresh** 14:3,18
**refuse** 82:21
**regarding** 52:10
**regular** 6:16 53:15
  54:2
**regularly** 37:25
**regulation** 86:11
**related** 60:14,15
  123:12
**relatives** 44:5
**relevant** 109:8
  113:6,17,20
  115:11,17,24
**rely** 48:9,10
**remaining** 99:13
  110:17
**remark** 54:7,21
**remember** 6:5
  20:9 22:11 31:17
  36:17 52:20 64:19
  67:4,9,17 120:18
**remembered** 25:2
**remote** 3:4
**remotely** 5:2
**removal** 98:3
**removed** 25:14
  73:13,14 74:16,17
  80:8,16 81:13
  88:19 96:6 103:14
**renege** 62:12
**repeated** 51:20,20
**report** 66:20 73:10
  73:11,14 77:15,15
  116:21
**reported** 31:13,14
  51:13 56:14 66:8
  72:9,10,17 73:9
  76:5,9 77:18
  78:15,17 79:20
**reporter** 3:21 4:25
  5:3,5,12 6:6 69:21

69:23 70:2,5
  92:15,17 93:22,23
  120:13,16,25
**reporting** 124:1
**represent** 5:23
  46:25 86:20 99:12
**representation**
  17:20,22 18:24
  19:19 85:12 86:15
**representations**
  17:17 59:22,24
  62:3
**represented** 8:14
  8:19 21:22 24:16
  32:6 81:24
**representing** 8:16
  8:17 19:18 79:22
  84:10 98:24
**reputation** 39:5,6
  39:10,16 45:10
  50:16 51:11 80:21
  95:21 97:15,17,23
  98:14,17,18
**requests** 122:11
**reschedule** 69:7
  70:23 71:12 72:11
  106:14,15,16,16
  106:17 108:12
**rescheduled**
  106:12,18 116:19
**rescheduling** 64:7
  68:14 70:14,17
  73:4 79:6 84:16
**resolve** 36:15
**resolved** 39:9,14
  39:17 45:7,7,8
  48:15,16
**resort** 47:12 48:2
**respect** 53:5
**respected** 111:9
  111:21

**respond** 6:17
  18:19 73:17 75:14
  80:22,25
**responded** 17:4
  51:23
**response** 9:2 65:4
  73:19 81:9 93:4
**responses** 94:10
  94:15
**responsibility**
  56:11,14
**responsible** 11:22
**resume** 10:2 13:17
  16:17 17:4 30:25
  31:3 37:13 40:3,6
  122:13
**resumes** 28:20
  30:8
**retirement** 28:12
**retiring** 28:4
**retrofit** 13:5
**return** 28:25 29:7
  29:12,21,21 50:10
  50:18 89:20
**returned** 29:4,9,12
  29:25 39:4
**returning** 91:3
**returns** 115:10,23
  115:24
**revealing** 108:18
**revenue** 44:18
  98:24 110:15
  111:24 113:19
  116:11,12 118:4
**review** 74:2
**reviews** 22:4,5
**rid** 50:21 83:8,11
**right** 5:6 9:7 16:16
  18:10 26:8,15,16
  26:24 28:15 30:3
  40:20 43:4 46:19

48:2 53:21 56:25
61:20,21 65:19
67:2,12,24 74:15
75:12,14 86:2
87:20 92:4 94:14
94:23 97:17 98:9
100:23 101:24
102:2 104:20
105:16 108:22
109:13 115:20
**rights**  46:23
**rochelle**  2:6 3:6
4:12 9:12 112:10
115:3
**room**  70:14 72:21
112:6
**rotate**  101:3
**rug**  88:6 90:2
**ruined**  39:6,6,16
**rules**  94:14
**run**  45:22
**running**  46:9

**s**

**s**  2:1 5:15,15 12:15
30:20,21 69:19,20
78:3 124:5
**salaried**  31:15
**salary**  19:22,24
20:17 32:12
**satisfied**  88:25
**saw**  44:14 51:14
66:10,21 67:23
68:5,12,17 70:13
72:9,17 73:3 74:8
74:12,23 76:5,10
78:17 79:20,21,24
86:5 87:9,11,18
90:21,22 91:4
108:6
**saying**  6:18 53:4,8
60:2,3 114:3,4

**says**  55:23 56:12
59:6 62:21 66:17
72:23 86:11 107:4
**scan**  109:24 110:3
**scanned**  110:2,5
**school**  9:11,18,19
10:16 11:3,12
15:5,11,16,19,20
15:25 21:6,13
62:5,10
**science**  9:17
**screaming**  65:8,15
**screen**  100:11
120:8
**scroll**  92:25
**se**  2:4 4:10
**second**  25:21
56:25 73:2 92:6
**security**  81:11
88:11
**see**  12:23 14:22
16:17 37:2 54:25
63:11 66:22 75:8
75:17 79:2,3,5
87:14 88:2,14,22
91:8 92:12,15,20
93:8 95:3 98:9,10
100:14,24 101:5
120:9
**seeing**  68:2 100:16
100:18,20
**seek**  96:16 98:4
109:10,10
**seeking**  95:8,15
**seeks**  95:4
**send**  16:16 109:21
109:24
**sending**  19:10
**sense**  7:5
**sent**  17:3 19:4,6
28:20 37:11 40:3

40:6 109:22
**separation**  43:13
**seriously**  88:3
103:17
**served**  80:22
**server**  93:19
**service**  83:17
92:24
**services**  106:24
**set**  51:16,18,25
72:5 81:16 88:20
123:8,16
**settled**  36:15 42:9
**settlement**  42:6,10
**seven**  69:2
**severe**  12:7
**shaking**  6:18
**share**  92:8
**sharing**  100:11
**sheet**  124:1
**sheldrake**  2:5 4:11
**short**  7:2 25:24
26:11,12 121:12
**shortly**  45:22
**shoulders**  65:18
**show**  27:6 71:11
101:17 109:13
**showed**  24:17
34:13 99:17 106:6
115:20 116:4,11
**showing**  27:14
29:18 115:19
117:8
**shown**  115:25
116:2,12
**shows**  101:14
**shut**  49:5
**sic**  17:3,4
**side**  68:12,13
69:17

**sidebar**  72:11
**signature**  93:9,11
93:12 94:4 123:20
**signed**  94:12
**significant**  47:23
**signs**  105:14
**similarly**  6:15
67:14
**sir**  7:12 8:14 59:14
**sit**  15:18
**site**  20:23
**sites**  12:2,2,4,4
**siting**  15:17
**sits**  91:24,24
**sitting**  10:8 15:9
67:3 68:21,23
86:9
**situation**  44:2
**six**  35:21,25 69:2
70:23
**slight**  4:16
**smart**  51:19 75:12
80:14 96:10
**solemnly**  5:7
**solicited**  105:15
**solo**  21:16
**solutions**  3:20
**somebody**  16:17
36:17 41:9,12
80:12 110:4
**someplace**  19:6
**son**  60:14 67:16
**sorry**  4:15 12:14
13:2 33:23 34:16
44:7,8 61:9 69:14
92:18
**sort**  21:20 31:17
52:25 95:8
**source**  86:11
**sources**  47:8

**south** 22:16,24
23:3 104:8 105:25
107:11,23 108:9
108:10,11
**spade** 75:13,13
90:24,25
**speak** 26:7 72:22
**speaking** 74:12
**specialist** 3:18
**specific** 58:3 75:22
75:23 95:9
**specifically** 95:25
**spell** 17:8 39:22
69:18 78:2
**spent** 18:17
**spoken** 43:22
**spring** 31:21
**staff** 96:4 98:20,22
**stamp** 102:20
**stand** 90:5
**standard** 3:16
**start** 30:22 40:9
102:23,24 103:3
**started** 17:6,14,15
18:14,15 19:3
21:15 31:18 37:8
40:13 49:11 53:19
63:15,16 119:22
**starts** 65:15 105:3
**state** 1:25 2:10
3:24 4:5,7 5:18
16:10,13 23:21
25:6,9 89:25
90:10 91:14,20
123:5
**stated** 95:6,10
**statement** 64:15
**staten** 104:17
**states** 1:1 3:12
32:5

**statute** 86:10,21
86:24
**stay** 20:25 21:9
49:23
**stayed** 26:25
**stealing** 24:9
87:13
**step** 25:20 55:9
63:5 79:25 83:25
**stipulated** 4:24
**stlisl** 103:8 104:16
**stood** 90:15 91:12
**stop** 32:20 36:20
100:11
**stopped** 37:5 68:2
119:24
**store** 24:10
**straight** 49:15
58:14,20 109:17
**street** 2:14 4:6
**stretch** 70:24,25
71:2,10
**stretching** 71:5
**study** 15:14
**stuff** 112:17
**stv** 71:16
**style** 83:12
**subject** 101:17
**submitted** 22:4
102:21
**subscribed** 121:17
124:22
**substance** 37:21
**sue** 80:3 88:10
**sued** 88:12
**suffering** 7:24
**suffix** 4:18,19
**suit** 34:10
**summarize** 50:13
**summary** 33:17

**summer** 21:17
31:21
**summons** 24:2
55:5 63:25 64:5
76:21 84:16,22
**superiors** 51:5
**supervisor** 96:7
**supreme** 90:17
91:15,20
**sure** 13:20 20:5,9
26:21,23,25 43:24
46:6 67:19 95:17
108:13 113:25
120:2 121:3
**suspended** 71:15
71:20
**swear** 5:4,7
**sweep** 88:5
**switching** 120:8
**sworn** 5:17 121:17
123:8 124:22
**system** 25:15,15
69:4,5

**t**

**t** 69:19,20
**table** 14:24
**take** 4:25 6:24 7:4
8:5 10:10 15:13
22:20 33:15 55:9
57:8,18,24 62:23
63:4,5 70:21
79:25 84:11 104:3
104:14 105:19
114:5 121:2,4
**taken** 1:21 3:7
27:23 113:19
121:13
**takes** 85:17
**talk** 85:18 89:6
94:21

**talked** 46:17
**talking** 6:10 54:18
55:10 59:10 69:15
72:4 85:21,22
102:4
**tanya** 61:11,15,17
61:18,22 63:18
84:14
**taught** 12:4
**tax** 115:10,23,23
**taxes** 116:7,21
117:6 118:22
119:5,11 120:3
**tear** 114:18
**technical** 100:13
**tell** 7:22 9:21 12:5
17:11 30:2,12
39:11 54:4 68:9
70:20 74:24 75:3
79:4
**telling** 86:5,6
**tells** 34:22 75:7,13
77:8 79:7 80:16
**ten** 83:16,17
**terms** 35:18
113:22
**terrible** 57:16 58:8
68:16 69:13 84:12
**terry** 17:2 18:5,16
49:10
**testified** 5:19
**testifying** 56:6
**testimony** 5:8
13:23 87:15 113:9
122:2 123:10
**thank** 4:13,22 5:12
5:13 15:3 43:15
43:15 44:8,8
**thankful** 40:8,8
**thief** 29:9,9

**thing** 12:3 28:22
  37:12 48:8 62:19
  64:16 68:9,11,22
  100:17
**things** 6:4 38:14
  52:19 72:11
**think** 17:10 20:5,6
  23:7 29:10 30:25
  31:6,6,22,23,23
  32:7,15 40:15
  43:21,22 44:13
  46:24 51:17 53:7
  55:12,16 56:13
  60:13 79:13 81:15
  81:16,21 83:7
  84:8,11,12,13,17
  84:19,19 85:11,15
  85:15,19,23 86:14
  86:18,25 87:4
  88:20 90:9,9,11,16
  90:19 91:5 99:8
  106:22 108:6
  109:4,7,8 110:12
  112:20 113:17,23
  115:16,18,24
**thinking** 28:3 58:4
  70:19 77:12
**thompson** 2:16 4:2
  4:3,16 5:13,21,22
  70:4 91:19 92:5
  92:14,21 93:14
  100:9,16,20,23
  101:2 120:9,12,19
  121:3,9 122:4
**thought** 42:3
  55:16 57:16 59:19
**thousand** 31:2
  32:15 48:5
**three** 9:14 17:23
  17:24 18:7,17
  35:12,18 40:22

49:12 70:23 88:4
  88:13,13,21 91:13
**threw** 68:15 76:8
**throw** 69:11
**throwing** 36:9
**thrown** 24:18
**thursday** 26:19
  103:7
**ticket** 22:18 23:12
  23:13,19,19 50:24
  54:25 55:3,5 57:3
  57:4,7,8,9,12,13
  57:15,17,18,22
  58:4,5,6,7,7,10,24
  59:12 60:7,10
  67:16,22 68:2,25
  68:25,25 69:4
  71:2,9,23,24 72:20
  75:2 76:18,22
  77:4,10 78:22
  79:2,3 82:6 84:2,4
  84:13 85:4,5,9,16
  85:17 86:12,21
  87:7,9,14,16
  101:18 106:25,25
  107:2 116:15,16
  118:6
**tickets** 24:7 57:5
  58:11 63:24,25
  68:20,22 70:21,22
  73:4 116:12 118:7
**till** 87:11
**time** 1:21 3:15,16
  6:10 25:10 27:5
  29:6,6,10,16 30:2
  30:6,6 31:17
  38:10,16 39:15
  41:16 47:9 48:25
  58:15 67:14,25
  70:7,10 74:12,20
  87:7 106:10,10,18

106:19 112:8
  121:10,14
**times** 70:23 76:25
  107:15
**tinted** 107:18
**tired** 89:24 90:3
**today** 3:14 7:18
  8:3,7,12 13:23
  67:3 83:24 86:10
**today's** 8:22
**told** 27:5 28:8
  33:21 45:6 49:11
  50:8 51:13 65:11
  66:20,21 67:11
  72:8 73:25 74:8
  80:13 91:7,23
  97:20
**tolls** 19:13 112:12
**top** 65:19 120:17
**total** 35:15 99:7
  101:20 106:4
  107:3,5 110:21,21
  112:22 113:19
  114:4
**touched** 36:7
  41:19
**track** 76:20
**trade** 47:10,24
**trading** 47:11,13
  47:15,17,18
**traditional** 60:20
**traffic** 21:23
  108:11
**transcript** 6:5,19
  123:9
**traschen** 80:15,16
  81:4 89:10 91:2
  96:4
**travel** 16:7,8 21:11
  21:11 107:21,24
  108:10 112:8,10

114:18
**traveled** 11:25
**traveling** 21:8
**treated** 21:3 42:4
  42:5 52:4 91:4
**treating** 90:22
**trial** 1:17
**trials** 24:24
**tribunal** 22:20
  24:21 74:5,9
  83:17 97:6
**tribunals** 23:6
**tried** 65:16
**truck** 24:12
**true** 79:17,19,19
  94:11 96:21,21
  111:12,13 123:9
**truly** 10:7
**trust** 19:3
**truth** 5:9,10 7:22
  12:5 51:13 56:4
  65:12
**truthful** 8:11 12:6
  19:15 49:21,23
  94:17
**truthfully** 8:2 15:8
  76:10 78:17
**try** 21:5,14 46:22
  114:6
**trying** 79:10 94:17
**tuesday** 26:17
**tvb** 16:22,24 21:16
  21:16 22:16 23:3
  23:6 24:21 25:15
  25:15,20,22 27:19
  28:3,16 74:4
  79:14,22,23 80:6,9
  87:8 88:25 90:22
  90:23 98:21
  101:24,25 102:16
  103:4 115:7

119:10
**two**  6:9 16:14
  21:13 31:2 36:16
  43:5 44:4 51:18
  59:21 62:14 67:15
  68:2 70:6 71:2
  76:19,21 77:4
  90:7 91:11 92:25
  98:23 103:5
  116:18,18
**type**  17:5 30:3
  36:8 69:12 85:24

**u**

**u**  30:20,21 39:23
**uh**  6:18,19,19
**um**  34:14 61:9
**unacceptable**
  18:23
**understand**  6:12
  7:17 58:20 63:14
  69:14 70:15 72:2
  103:24 113:6
  114:2,6 117:22
**understanding**
  7:20 63:19 93:16
**understood**  6:14
  67:21 118:20
**unemployment**
  46:2,8
**unethical**  85:7
**unfair**  91:16,21
**united**  1:1 3:12
**university**  9:15
**upholding**  18:11
**upset**  18:7 54:13
**upstairs**  61:22
**upstate**  19:12
  22:21,22 104:19
  104:21 105:2
**use**  112:6

**v**

**v**  124:2
**vaccinated**  44:12
**vahdat**  77:18 81:5
  89:10 90:25 96:2
  96:3,17
**valid**  52:11 74:23
**value**  97:16
**various**  12:11,24
  13:8
**verbal**  6:16
**veritext**  3:19,23
  93:18 124:1
**video**  3:3,18
**videographer**  2:23
  3:2 4:13,22 6:21
  70:7,10 92:14,18
  101:7 121:10
**videotape**  80:10
  80:17,18 96:5
**videotaped**  1:17
**viewed**  98:15
**viewing**  92:11
**village**  105:2
**vindication**  50:15
**violation**  21:23
**violations**  24:2
  107:19 108:12
**virtual**  1:17 3:3
  112:3 114:11,13
  114:15
**visitation**  46:23
  47:6

**w**

**wait**  6:7 46:15
  87:24 113:23,23
  113:23
**waited**  88:13,21
**waiting**  68:20 88:9
  88:10

**waive**  71:15
**walk**  65:17
**walked**  55:7 59:4
  82:10 105:19
  108:3 109:23,25
**walks**  68:21
**want**  14:17 16:7
  16:12 18:10 21:7
  21:11 27:13 30:24
  31:4 33:4,13
  34:23 39:8,11
  43:25 48:15 49:23
  50:2 59:15,17,18
  60:5 72:22 77:11
  80:5,6,7 81:15,19
  81:20,20 89:6
  96:12 97:18,21
  98:11 105:19
**wanted**  10:24 16:7
  16:8 21:9,10 27:3
  27:6,7,9,10,14
  39:9,10,14,16 42:5
  46:22 51:2,12,14
  53:16 81:17,25
  83:8,10 88:2,5,22
  89:2,3,4,4,23 90:3
  90:6,14,15 91:8,11
  92:2
**wants**  62:23,24
  75:16,16,17 77:19
**washington**  12:19
  13:7 16:10,12
**water**  26:8
**way**  6:9 14:23
  28:7 45:8 47:21
  48:24 53:9,12
  58:23 71:9,20
  91:10 106:2
  123:14
**wear**  60:21 114:18

**wednesday**  26:17
**week**  32:16 43:5
  55:6 117:14,16,24
  118:7,10,12,25
  119:3
**weekly**  20:10
  32:13,18 42:15
  50:24 55:2 59:3
  61:6,6
**weeks**  46:9 52:17
**went**  9:14 10:14
  10:15 15:20 16:18
  17:6 18:13 20:22
  21:6,12 22:2,7,21
  22:23 23:9,11
  24:4,14,15 26:19
  37:25 39:14 40:2
  62:5,9
**west**  16:9
**whereof**  123:16
**wife**  40:22 44:23
  59:7 75:4
**wife's**  60:12
**win**  47:19
**window**  107:18
**wish**  44:21,23 47:5
**withdrawn**  91:19
**witness**  4:9 5:4,11
  14:8 69:25 92:13
  100:15,18,22,25
  101:8 120:11
  121:8 123:7,11,16
**witness's**  5:2
**witnesses'**  124:3
**woman**  19:3 61:25
  63:10 64:3
**won**  27:5 39:12
**word**  55:21
**work**  11:21,22,23
  12:12,12,22 13:6
  13:11,12 16:23

17:5 18:15 20:13
23:2 24:7 28:6,11
28:11,13,13,17,19
28:20 31:24 32:11
33:2,23 36:12,19
37:7,9,11 38:10,12
38:18,21 41:6,7,18
41:22 43:19 44:24
46:11,13,14 50:11
50:12,17 69:12,12
73:12 81:20 97:21
97:22 98:11
117:11,16,24
119:2,10
**worked**  9:25 10:3
10:6,10,11 11:13
11:18 12:10,23,24
13:2,3,4,6,10
15:19 16:3,6
17:13,24 25:11,13
25:16,17,18 28:9
30:9,11 35:8,14,20
36:4 38:17 48:25
62:6,8
**working**  10:19,22
10:23,23 16:5,15
17:6,12 18:3
19:16 28:5,7,10
30:22 31:9,18
32:20 34:6 36:9
36:21 37:5 40:9
43:5,6,10 50:8,9
51:6 53:19 119:15
119:25
**works**  117:10
**worksheet**  101:13
**worst**  68:9,10 96:3
**worth**  117:11,15
117:24 118:7
**wrapped**  26:18

**write**  73:16 81:7
**writing**  29:7
**written**  73:20
104:25
**wrong**  53:12 58:10
59:20 64:11,12
70:16 72:3,7,15
78:10,14 84:12,19
84:20,20 85:13,15
85:19,23 86:3,18
89:14
**wrongful**  98:19,19
98:21
**wrongly**  50:12,12
95:20,20
**wrote**  73:18,24
74:2,6,7 81:3,4,4,5
81:6 89:7,8,9 93:7
97:5 98:10 105:20
105:25 106:3

**x**

**x**  1:2,9

**y**

**y**  39:23
**yaakov**  51:17
**yeah**  13:20 35:25
37:3 38:4 39:12
43:14 46:6 54:24
64:15 65:12 69:17
74:20 79:15 93:4
93:5,9,11 95:17
96:14 103:11
104:24 107:3
111:3 114:20
119:22 120:7
121:4
**year**  18:7,23 19:25
31:18 42:14 48:5
53:18 64:20 67:4
67:18 98:12 119:8

119:9,17,20 120:4
**years**  10:7 15:21
37:8 44:4 62:6
71:2 83:16,17
88:4,13,14,21
98:13 116:18,19
**yelling**  65:8,15
**yellow**  23:13,18
**yesterday**  13:25
14:13 80:11,23
**york**  1:1,25 2:6,10
2:15,15 3:6,13,21
3:21 4:6,6,7,12
5:18 9:9 16:14
19:12 22:22 23:10
23:20 24:25 25:6
25:15 32:3,4 80:6
89:24 90:10 109:6
114:14,16 123:5
124:1
**young**  53:10
**youngster**  28:19
**yuan**  39:21,22,23
39:25 40:4,7
44:22 49:14,14
119:19

**z**

**zealously**  22:10,13
**zoom**  14:22 92:7

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.