Page 125

1

2    UNITED STATES DISTRICT COURT

     EASTERN DISTRICT OF NEW YORK

3    CASE NO. CV-18-2710

4    -----------------------------------x

5    MARIO H. CAPOGROSSO,

6

                         Plaintiff,

7

8            -against-

9    ALAN GELBSTEIN, et al.,

10                       Defendants.

11   -----------------------------------x

12

                         December 18, 2020

13                       11:48 a.m.

14

15       VIDEO EXAMINATION BEFORE TRIAL of

16   MARIO H. CAPOGROSSO, the Plaintiff

17   herein, taken by the Defendants, pursuant

18   to Notice, before Lisa H. MacDonald, RPR,

19   and Notary Public of the State of New

20   York.

21

22               VOLUME II

23

24

25

Page 126

```
1
2  A P P E A R A N C E S :
3
4
   MARIO H. CAPOGROSSO, ESQ.
5  21 Sheldrake Place
   New Rochelle, New York 10804
6      Plaintiff Pro Se
7
8
   STATE OF NEW YORK, OFFICE OF THE ATTORNEY
9  GENERAL, LETITIA JAMES
   28 Liberty Street
10 New York, New York 10005
        Attorneys for Defendants
11 BY:    JAMES THOMPSON, ASSISTANT
            ATTORNEY GENERAL
12
13
   ALSO PRESENT:
14
   Howard Brodsky, Videographer
15
16
17
18
19
20
21
22
23
24
25
```

Page 127

```
1           M.H. Capogrosso
2           MR. VIDEOGRAPHER:  The time
3  is 11:48.  We are on the record.
4  EXAMINATION BY
5  MR. THOMPSON:
6     Q     So thank you,
7  Mr. Capogrosso.  You can see we are back
8  looking at Exhibit 1; correct?
9     A     Yes.
10    Q     And we are at page 4 of the
11 breakdown of your damages.  You see item
12 number 4 which talks about compensatory
13 damages to the loss and resultant damages
14 to your legal reputation in the Brooklyn
15 community.  You see that, correct,
16 Mr. Capogrosso?
17    A     I do, yeah.
18    Q     And you estimated damages as
19 5 times the value of 15 months of your
20 revenue; is that correct?
21    A     Yes.
22    Q     So how did you arrive at
23 that figure?
24    A     Well, your reputation as an
25 attorney is paramount.  If you take money
```

Page 128

```
1           M.H. Capogrosso
2  on a case and you don't show up on that
3  case, your reputation has been -- has
4  been damaged.  It's been taken away.
5  Nobody is going to trust you anymore.
6  Nobody is going to hire you on another
7  case especially in Brooklyn if you take
8  their money and you don't show up.  The
9  worst thing you can do to a Brooklyn
10 motorist or a Brooklyn client is take
11 their money and not show up.
12          I've dealt with the Brooklyn
13 community for 10 years.  I've had threats
14 against my safety from the Brooklyn
15 community when I don't show up for a case
16 and I took their money.  It's the worst
17 thing you can do is not show up on a case
18 and you take their money.
19          These are all cab drivers
20 that -- a lot of these cases.  They're
21 all business -- they're all working men
22 for a living and you can't take their
23 money and not show up.
24          Now my reputation for
25 showing up in a courthouse in the
```

Page 129

```
1           M.H. Capogrosso
2  Brooklyn community has been -- has been
3  just -- has been ruined.  I can't tell
4  you how it's been ruined.  Who's going to
5  hire me on a case again?  That's how I
6  got that number.
7     Q     So but when you -- I
8  understand you feel that your reputation
9  has been harmed, but why did you
10 determine that the value of it was 5
11 times $122,715?
12    A     The exact number -- well,
13 122 was the money I could have brought
14 in, 122 and five years is the amount of
15 money since I left to the time I brought
16 the Complaint.  I was removed on May 11,
17 2015 and to currently right now it's been
18 five years.
19    Q     So --
20    A     Five and-a-half years.  I
21 could have put it at 5.5, but I put it at
22 five.
23    Q     So you chose that number
24 because you feel that it reflects the
25 amount of money that you could have
```

2 (Pages 126 - 129)

Page 130

M.H. Capogrosso

1    brought in over those five years;
2    correct?
3    Q    Over those five years, plus
4    the damage to my reputation over those
5    five years.
6    Q    Yeah.  The question I'm
7    trying to get at, Mr. Capogrosso, is why
8    do you put the value of the damage of
9    your reputation as the same of the value
10   of five years of your expense -- of your
11   income or your billings rather?
12   A    Well, that was the five
13   years I was not able to -- the damage to
14   my reputation for those five years I was
15   not present and being able to do this
16   type of work, not being able to talk to
17   my clients, not being able to represent
18   my clients for those five years.
19   Q    I guess my question is
20   what's the difference between your
21   reputational claims and the future
22   prospective revenue that you could be --
23   that you also claim?
24   A    Revenue is one thing.

(Note: line numbering above — lines 1–25 as printed)

Page 131

M.H. Capogrosso

1    Damage to -- I might not be able to get
2    that revenue ever again counsel.  I might
3    not ever be able to generate any type of
4    revenue in this community or in any TVB
5    in New York.  I might not be able to
6    generate that revenue again.
7         Now that is for a jury to
8    decide as to what the damage to my
9    reputation is, a jury to decide how these
10   defendants should be punished.  I have
11   given you figures.  I have told you the
12   total amount of revenue I brought in, the
13   amount of months, what it breaks down per
14   month.  I've given you my figures.  A
15   jury needs to make those determinations,
16   but that's how I made it, the five years
17   I've been out, the value to my reputation
18   that I don't think I'll be able to get
19   many more clients in the Brooklyn
20   community because of this and the money
21   which I lost because I was not able to
22   work for the Brooklyn community during
23   this period of time.
24   Q    So let me ask you -- let me

Page 132

M.H. Capogrosso

1    ask the question a different way.  If
2    your reputation had not been harmed at
3    all and you had continued practicing in
4    the TVB, would you have -- you would have
5    continued making money at that $8,181 per
6    month or you would have continued --
7    sorry.  Let me withdraw the question and
8    phrase it a different way.
9         If you had not had your
10   reputation damaged at all, isn't it the
11   case that you would have just continued
12   making the same amount of money you were
13   making before you were expelled?
14   A    Well, I don't know that.  I
15   can't assume that.  I can't assume it.  I
16   may have made more.  I may have made
17   less.  I don't know.  I probably would
18   have made more because people liked me.
19   My clients liked me.  My clients really
20   liked me.
21        I probably would have
22   brought even more money in, which is the
23   reason some of these attorneys down there
24   wanted me out.  It's a very competitive

Page 133

M.H. Capogrosso

1    business this ticket broker, this ticket
2    business.  We are all vying for the
3    same -- the same ticket.  There's only so
4    many tickets written.  It's a very
5    competitive business with the attorneys.
6         So my reputation was growing
7    and I probably would have made more.
8    Q    So let me ask you, do you
9    have any basis to believe or any evidence
10   for the proposition that you would have
11   made more money in the future?
12   A    My clients liked me.  My
13   reputation was good at that point.  I
14   reestablished my reputation.  I was
15   getting -- I was getting, you know,
16   clients, you know.  I don't know.  People
17   liked me.  My clients liked me.
18   Q    And how do you know that
19   your reputation was damaged?
20   A    Nobody is going to hire me
21   anymore when you -- I had to call 850
22   clients, I gave you my calendar, 850
23   clients and tell them I can't show up.
24   You took my money, Counsel, why aren't

3 (Pages 130 - 133)

M.H. Capogrosso

1     M.H. Capogrosso
2  you here?  I had to explain it to 850
3  clients.
4         I can't tell you why.  I
5  have no idea.  I was given nothing in
6  writing.  I was told by Danielle Calvo to
7  leave and told by Ida Traschen I'm not
8  allowed.  I was given nothing in writing.
9  I have nothing to tell them.  I was given
10 nothing by your office.  I have nothing
11 to tell my clients.  I don't know why.  I
12 have no reason.  I was told to leave.
13    Q     All right.
14    A     So my reputation -- so my
15 reputation has been damaged.
16    Q     But you were still able to
17 get jobs in the legal community.  You
18 said you represented clients on dozens of
19 cases, personal injury cases, criminal
20 cases and other cases; isn't that
21 correct?
22    A     It took me a while to get a
23 job.  They're not easy to find,
24 especially as you get older.  They're not
25 easy to find.  It took me a year to find

M.H. Capogrosso

1     M.H. Capogrosso
2  the first job and then Jiang was nice,
3  then Jiang's office, but it's not easy,
4  it is not and it's not --
5     Q     Did you --
6     A     I liked -- I liked doing
7  what I did.
8     Q     But your reputation --
9     A     People my age are retiring,
10 retiring at this age.  I like to work and
11 it's not easy getting a job at this age.
12    Q     Your reputation didn't
13 prevent you from getting these jobs
14 though, the one in the Perla firm and
15 then the one at the Jiang firm; is that
16 correct?
17    A     I had to leave this type
18 of -- well, they didn't know about this,
19 my reputation.  They didn't know about
20 this lawsuit or that I didn't show up on
21 cases, I wasn't allowed to show up.
22 Neither one of them asked me about this.
23 I would have told them if they did, but
24 they didn't ask me.
25         But in terms of the clients,

M.H. Capogrosso

1     M.H. Capogrosso
2  yes, it was ruined.  In terms of the
3  employers, no, it was not ruined because
4  I was never asked.
5     Q     So can you specifically
6  identify any economic harm that you've
7  caused -- that you've suffered based on
8  the damage to your reputation?
9     A     If I was to go back to
10 practice this type of law, I'm not going
11 to get as many cases as I did before.  My
12 name and reputation as somebody who shows
13 up and argues a case and represents a
14 client zealously, which is an oath I
15 took, is not the same and it's not by my
16 fault.  It's not by my fault.  I took an
17 oath to zealously advocate and I could
18 not zealously advocate because I was
19 removed for no reason.  No reasons were
20 given to me.  I got a 10 second phone
21 call from Ida Traschen.
22    Q     Okay.  But so the question
23 was can you specifically identify any
24 economic harm that has been caused by the
25 damage to your reputation?

M.H. Capogrosso

1     M.H. Capogrosso
2     A     I'm not able to generate the
3  income that I was generating at the
4  Brooklyn TVB and I showed you the revenue
5  I was bringing in.
6     Q     But is that because you're
7  not practicing at the Brooklyn TVB or is
8  that because of the damage to your
9  reputation?
10    A     Because I'm not working at
11 the Brooklyn TVB and because of the
12 damage to my reputation.  No one is ever
13 going to give me a case again down there,
14 nobody.
15    Q     Because you --
16    A     Nobody is going to give me a
17 case.
18    Q     Because you can't practice
19 there?
20    A     I can't practice there and
21 if I could they still wouldn't hire me.
22    Q     So it's more a contingent
23 thing in the event that you were to be
24 reinstated?
25    A     Listen, my -- my reputation

4 (Pages 134 - 137)

1       M.H. Capogrosso
2  as an attorney has been damaged.  I have
3  to explain this removal from the Brooklyn
4  TVB in 50 states in the United States if
5  I decide to go practice in any one of
6  these states, 50.  In federal court, I
7  have to explain this.  Immigration court,
8  I have to explain this.  If I decide to
9  go down to the US PTO patent court, I
10  have to explain this.
11       That's the damage to my name
12  and reputation.  I have to explain this
13  every place I go down the road and every
14  court I seek admittance to I have to
15  explain it.  You put a number on it.  I'm
16  low.  This number should be much higher.
17  You have to explain this when you try to
18  seek admission to another state court
19  someplace or to your federal court, the
20  Eastern District court, try to.
21       I was removed without an
22  explanation as to what happened.  A 10
23  second phone call from Ida Traschen, from
24  somebody, a clerk who didn't even look at
25  the videotape.  That's the damage --

1       M.H. Capogrosso
2    Q   So how would you --
3    A   -- to my reputation.
4    Q   How would you describe your
5  reputation while you were practicing at
6  the TVB?
7    A   My clients loved me.  I sent
8  you my reviews.  They loved me.  Police
9  officers didn't like me.  I argued a very
10  tough case.  The other attorneys didn't
11  like me, I was competition, I know that.
12  But my clients -- the clerks didn't love
13  me, I know that, too, because I wasn't
14  giving them gifts and money and buying
15  them breakfast, I understand that.
16       But my clients loved me.  I
17  argued every case.
18    Q   Did the ALJs like you?
19    A   I don't know.  I didn't
20  associate with judges.  You're not
21  allowed to.  There's a rule about that.
22  There's a rule you're not supposed to
23  talk to judges outside a courtroom.
24  Whether they liked me or not, I really
25  didn't care.  I know I argued a good

1       M.H. Capogrosso
2  case.  I didn't talk to the judges
3  outside the courtroom.  You're not
4  allowed to.
5    Q   So you don't know if you
6  were liked and respected by the judges --
7    A   I didn't --
8    Q   -- is that correct?
9    A   I cared what my clients
10  thought.  I cared what my clients
11  thought.  I argued a tough case.  I
12  wasn't trying to please a judge.  I was
13  trying to win my client's case.  I was
14  not trying to please the judge.
15    Q   I understand that,
16  Mr. Capogrosso, but the question was a
17  little narrower.  Do you know if the
18  judges liked and respected you?
19    A   No, I don't.  I don't know.
20  I really don't care.
21    Q   Okay.
22    A   I really don't care.  I did
23  what I had to do for my clients.  Whether
24  a judge liked me or not --
25    Q   Okay?

1       M.H. Capogrosso
2    A   -- I wasn't trying to seek
3  their favor.
4    Q   And the clerks, did the
5  clerks like and respect you?
6    A   Clerks, I don't think they
7  liked me, no.  I told you I wasn't giving
8  them any money.  I wasn't giving them --
9    Q   Why not?
10    A   -- a piece of the action.
11       No, I don't think the clerks
12  liked me.  No, I think maybe one clerk
13  liked me.  I treated them all nicely and
14  respectfully.  I might have been loud.  I
15  have a loud voice when I talk.  I never
16  verbally abused anyone.  Never called --
17  never made a racial threat, verbally
18  abused anyone.
19       I would argue zealously for
20  my clients, I wanted the best for them,
21  but I never verbally abused anyone.
22    Q   And the other attorneys, did
23  they like you?
24    A   The other attorneys?  We
25  were in a competitive business, no.  No,

1         M.H. Capogrosso
2    they didn't like me.  Yaakov Brody told
3    me to go fuck myself, I'm a Jew hater
4    anti-Semite because I was making too much
5    money in his presence.  He had no other
6    reason for saying it.
7         When you go through all the
8    complaints written against me, there's
9    not one from a client or a motorist that
10   I made a racial epi -- a racial remark or
11   an anti-Semitic remark, not one from a
12   client.  There's a couple complaints
13   about a fee, that I didn't show up or
14   something about a fee, but not one that I
15   made a racial remark or an inappropriate
16   remark to a client or I didn't show up on
17   a case.
18        Now Yaakov Brody didn't like
19   me and I'm sure --
20   Q    So is it your contention --
21   A    Yes.
22   Q    I apologize.  I didn't mean
23   to cut you off, Mr. Capogrosso.
24   A    Go ahead.  I'm listening.
25   Q    So is it your contention

1         M.H. Capogrosso
2    that the complaints about you are made
3    up?
4    A    There's no substance.  No,
5    they're not made up.  They're real.  I
6    saw them.  I was given no opportunity to
7    respond to them.  The first time I saw
8    these complaints was -- well, I was given
9    no opportunity to respond.  I might have
10   seen -- I know I saw them in response to
11   the --
12   Q    Let me rephrase the
13   question.
14   A    I saw the complaints in
15   response to the motion to dismiss, the
16   first time I saw them.
17   Q    Let me rephrase the
18   question.  We are not -- Mr. Capogrosso,
19   if I may, obviously there's not a
20   question as to whether the complaints are
21   real or not, but is it your contention
22   that the allegations in the complaints
23   are untruthful?
24   A    Yes, absolutely.  I was
25   given no --

1         M.H. Capogrosso
2    Q    How --
3    A    I'll go through them one by
4    one.  Put them up, let's go through them.
5    I'll respond to every complaint written
6    against me.  I will respond to every
7    complaint written against me, I will
8    respond to.  I'm glad I have the
9    opportunity.  I --
10   Q    So that is where we are
11   going to next.  Hold on one quick second
12   while I bring up the first of them.
13        Mr. Capogrosso, can you see
14   the exhibit that I've just brought up?
15   A    Yeah.  April 1.  Yes, not
16   the whole part of it.  I can only see the
17   top portion of it, so I'd like to read --
18        MR. THOMPSON: Madam Court
19   Reporter, can you see it?
20        MR. VIDEOGRAPHER:  This is
21   the videographer.  I see it, Counsel.
22   A    I can only see a portion of
23   it.
24   Q    Yeah.  There's more down
25   here.

1         M.H. Capogrosso
2         MR. THOMPSON:  I just wanted
3    to check with Ms. MacDonald because I
4    know you just swapped in.  Are you
5    seeing the exhibits okay?
6         MS. REPORTER:  Sorry.  I was
7    on mute.  Yes.
8         MR. THOMPSON:  Okay.  Good.
9    Q    So, Mr. Capogrosso, do you
10   recognize this document?
11   A    Well, I'd like to see the
12   bottom of it.  I do recognize it,
13   absolutely.
14   Q    Sure.
15   A    All right.  Go ahead.  Yes.
16   I know exactly what this is.
17   Q    And this is, just for the
18   record, this is a document that you
19   produced at number P-80; is that correct?
20   A    I've produced it.  I think
21   you produced it.  You had this.  I've
22   also given it back to you.  Yes, it's
23   been produced.
24   Q    And you said you recognize
25   it.  What is this document?

Page 146

```
1            M.H. Capogrosso
2     A     Well, this is the date with
3   Tanya Rubinowitz.  This is the lawyer,
4   the woman calling herself a lawyer in
5   Judge Gelbstein's courtroom and this is
6   written by a clerk, I'm not sure who that
7   is, Perez, one of the clerks there and it
8   happened on 2009.
9            This is after I called the
10  District Attorney and I said we have a
11  woman down here calling herself a lawyer
12  on a repeated basis and people asked me
13  where's Tanya, the lawyer.  I said she's
14  not a lawyer.
15            And she approaches me that
16  day and says did you call -- did you call
17  the District Attorney?  I said yes, I
18  did, I admitted it to her and then she
19  starts yelling and berating me and I
20  tried walking away from her.
21            Now, this clerk -- this
22  happened near the attorney's room.  I
23  know exactly where it happened.  Between
24  the attorney's room and the clerks, it's
25  at least 60 feet.
```

Page 147

```
1            M.H. Capogrosso
2            But that's what happened.
3   She came at me yelling and screaming why
4   did you call the District Attorney.  I
5   admitted that I did.  I could not have
6   admitted to it.  I could have said I
7   didn't call her, right.  I could have
8   just walked away, but I didn't.  I
9   admitted the truth and I tried walking
10  away.  That's what happened.
11            I wasn't charged.  I wasn't
12  arrested.  I didn't do anything wrong but
13  tried to get away from the situation and
14  telling the truth.  I told her what
15  happened and what I did.
16     Q     So in this statement from
17  Mr. Perez he writes that he saw -- "He
18  observed and heard Mr. Capogrosso
19  screaming and yelling profanities and
20  obscenities at Ms. Rabinovich, Tanya."
21            Is that true?
22     A     No, it's not.  There's not
23  one --
24     Q     You did not?
25     A     No.  I did not.  I was
```

Page 148

```
1            M.H. Capogrosso
2   telling her to get away from me.  I
3   didn't yell any profanity because you
4   know what, they're not listed here.  And
5   what obscenity was used?  The clerk
6   doesn't put it down.
7            I was telling her to get
8   away from me, but I yelled no profanity
9   and no obscenity.  You can't make an
10  allegation that I used a profanity or
11  obscenity if you don't tell me what it is
12  and I used none.  I never talked to a
13  woman like that, never.  I treat women
14  very respectful.
15            I was loud, that I agree I
16  was loud, but I did not use a profanity
17  or obscenity and none is listed.  Tell me
18  which one I used.
19     Q     Mr. Perez also writes that
20  "Mr. Capogrosso was sitting down.  I
21  observed him getting up" -- "get up from
22  his seat and approach Ms. Rabinovich
23  walking fast and hard toward her when he
24  bumped real hard into her as he tried to
25  pass by her, which was very unnecessary
```

Page 149

```
1            M.H. Capogrosso
2   given he had plenty of room to walk
3   around her."
4            Is that true?
5     A     I did get up.  She's right
6   in my face, right about three feet away
7   from me, right on top of me.  I did get
8   up and walk away.  I don't recall bumping
9   into her, no.  I would never hit a woman,
10  never, never.
11     Q     Would you bump --
12     A     I don't -- she was like
13  right on top of me, maybe three feet
14  away, pointing her finger at me and
15  yelling at me in Russian and some other
16  nonsense, yelling and screaming at me.
17            Did I bump into her, no.  I
18  would never hit a woman.  But I did tell
19  her to get away from me and I did admit
20  to what I did and she was upset, but she
21  didn't --
22     Q     Did you --
23     A     She was upset.
24     Q     Did you make contact with
25  her in any way?
```

7 (Pages 146 - 149)

Page 150

```
1           M.H. Capogrosso
2      A      No, not that I recall, no.
3   She would have filed a police report
4   against me that I hit her and none was
5   filed.  I do not recall hitting her,
6   absolutely not.
7      Q      So I'll tell you,
8   Mr. Capogrosso, we are going to look at a
9   number of reports and this has some
10  similarities to some other ones in there
11  will be a number of reports that say that
12  you were yelling and shouting obscenities
13  and there will be a number of reports
14  saying that you bump into people and then
15  indicate that it's not on purpose.
16     A      Well --
17     Q      Is there any truth to that?
18     A      Well, you can write and say
19  whatever you want.  You can write and say
20  whatever you want.  You know, I was never
21  arrested on anything.  I didn't yell any
22  obscenity.  You have to give me the
23  obscenity I used.  You can make any
24  allegation you want at me.  You have to
25  prove it.  You have to have some type of
```

Page 151

```
1           M.H. Capogrosso
2   corroboration.  Is anybody corroborating
3   this, Ms. Perez, that they saw me?
4      Q      Well --
5      A      Was there a police report
6   written against me?
7      Q      Well, this is not a, you
8   know, this is not a statement in a court
9   of law.  This is just a complaint saying
10  what happened; isn't it?
11     A      Well, where's my affidavit
12  in response?  Where's Judge Gelbstein
13  giving me a chance to respond to this so
14  we get right to the heart of the matter
15  in 2009?
16     Q      So this person L. Perez,
17  Jr., do you know who that is?
18     A      No.
19     Q      It says MVR 1.  Do you know
20  what an MVR 1 is?
21     A      No.
22     Q      I would suspect that it
23  means Motor Vehicle Representative 1,
24  which is the pay grade for the people who
25  work as clerks behind the counter.
```

Page 152

```
1           M.H. Capogrosso
2      So let's just ask here,
3   Mr. Perez who wrote this statement, is he
4   lying?
5      A      I did not bump into anybody.
6   I did not hit anybody.  I did walk away
7   from this woman who approached me,
8   approached me and asked me if I called
9   the DA on her and I said yes, I did, but
10  that story doesn't get --
11     Q      So --
12     A      -- that story doesn't get
13  told.
14     Q      So Mr. Capogrosso that
15  wasn't quite the question.  The question
16  is is Mr. Perez lying?
17     A      That I used an obscenity,
18  absolutely, absolutely.
19     Q      Why would he lie?
20     A      They like Tanya.  I told you
21  this already.  Tanya was doing business
22  with the clerks.  I saw Tanya at the
23  clerk's counter rescheduling cases as if
24  she was a lawyer.  Maybe she was entering
25  guilty pleas at the counter as if she was
```

Page 153

```
1           M.H. Capogrosso
2   a lawyer.  She had a case load.
3      She had an office right
4   outside the DMV and they were doing work
5   for her for some reason, which I don't
6   know, but, you know, it wasn't for free,
7   so they liked Tanya.
8      Q      And so you think Perez was
9   lying because Ms. Rabinovich bribed the
10  clerks --
11     A      That's not --
12     Q      -- is that correct?
13     A      I don't know.  I don't know.
14  I know I didn't bump into anybody.  I
15  know she was right on top of me.  I know
16  I don't use obscenities with women,
17  absolutely not.  There's not one --
18     Q      Okay.
19     A      -- from a motorist.  If you
20  go through all the complaints against me,
21  they're all by clerks.  Not one motorist
22  or client has made a complaint against me
23  that I used an obscenity.  You go through
24  all my complaints.
25     Q      Well, we'll see some --
```

8 (Pages 150 - 153)

1        M.H. Capogrosso
2    A    You go through all my
3 complaints.
4    Q    Well, we'll see some of
5 those as we go forward.  I'm going to
6 bring up another document here.
7        MR. THOMPSON: Oh, actually
8    before I do, Madam Court Reporter,
9    Ms. MacDonald, can I ask you to
10   please mark that as Exhibit 3?
11       Ms. MacDonald?
12       MS. REPORTER: Sure.  I
13   usually don't like to speak while
14   you're videotaping so I've just been
15   nodding, but, yes, I'm noting in the
16   index that it will be marked.
17       MR. THOMPSON: Okay.  Good.
18       MS. REPORTER: Are you
19   e-mailing -- did you e-mail all of
20   these exhibits to the other reporter?
21       MR. THOMPSON: Well, we
22   e-mailed all of them to Veritext
23   yesterday and we got a receipt, a
24   confirmation e-mail and I know that
25   the other reporter had them.

1        M.H. Capogrosso
2        MS. REPORTER: Okay.
3        (The above-referred-to
4    statement was marked as Exhibit 3 for
5    identification as of this date.)
6    Q    Mr. Capogrosso, I'm going to
7 bring up another exhibit --
8    A    Yes.
9    Q    -- and share my screen here.
10   Mr. Capogrosso, do you see
11 the exhibit?
12   A    Yes, yes.  I remember that
13 one.  April, yes.
14   Q    And you see this one was
15 produced by you and marked P-82; correct?
16   A    Yes.
17   Q    And so what is this
18 document?
19   A    Well, this is the same
20 incident and look what Roy says.  Look
21 what Roy says.  He was seated on the
22 bench.  He stated get away from me, which
23 is what I'm telling Tanya.  Then he rose
24 up and told Tanya to get away.
25       There's no indication I

1        M.H. Capogrosso
2 bumped into her because I didn't bump
3 into her.  That's Roy's version of the
4 same story.  I'm telling the woman to get
5 away from me.
6    Q    So this is a complaint
7 written by Roy Tucci; correct?
8    A    Yeah, Roy I know.  He's one
9 of the clerks.  There's no indication --
10   Q    Does --
11   A    Wait, you've got to let me
12 finish.
13   Q    Sure.
14   A    There's no indication I
15 verbally abused or I said any
16 obscenities.  Now they both observed the
17 same incident.  What Roy states is I told
18 Tanya to get away from me, which I did.
19       MR. THOMPSON: So -- well,
20   first of all, Madam, Ms. MacDonald,
21   can I ask you to please mark this as
22   Exhibit 4?
23       (The above-referred-to
24   statement was marked as Exhibit 4 for
25   identification as of this date.)

1        M.H. Capogrosso
2    Q    And, Mr. Capogrosso,
3 Mr. Tucci does say that he heard a loud
4 voice and that he saw you.
5    A    Well, I do speak loudly,
6 yes.
7    Q    He then writes "He then rose
8 and told Tanya the interpreter to get
9 away.  Mr. Capogrosso moved towards Tanya
10 and they seemed to bump."
11   A    I didn't --
12   Q    "The noise continued" --
13   A    Go ahead, finish.
14   Q    So this is Mr. Tucci
15 corroborating that you bumped into
16 Ms. Rabinovich; isn't that correct?
17   A    She bumped into me.  I'm
18 trying to get away from her.  She
19 approaches me.  She's right on top of me.
20 I'm telling her to get away.  She's
21 yelling and screaming in Russian at me
22 pointing her finger at me and I'm trying
23 to get away from her.
24       He doesn't indicate I bumped
25 into her.  He said they seemed to bump.

Page 158

M.H. Capogrosso

1
2     Q     Well, he said that you moved
3 toward Tanya. You'll see I'm
4 highlighting that language here. He says
5 that you moved toward her.
6     A     She's right in front of me.
7 I'm trying to get away from this woman
8 who's yelling and screaming at me at the
9 top of her lungs.
10         Now, did anybody report that
11 she's yelling at me, no. "They seem to
12 bump." She's three feet away from me.
13 I'm trying to get away from her. That's
14 what happened.
15     Q     Mr. Tucci says you're moving
16 towards her.
17     A     She was in front of me.
18 Where do you want me to go? How do I get
19 away from the woman?
20     Q     So is Mr. Tucci telling the
21 truth here?
22     A     I tried walking away from
23 this woman.
24     Q     I understand, but that's not
25 the question. The question is is

Page 159

M.H. Capogrosso

1
2 Mr. Tucci telling the truth here?
3     A     I don't recall touching this
4 woman at any point, at any point.
5     Q     I understand that,
6 Mr. Capogrosso, but the question is
7 Mr. Tucci lying in this statement?
8     A     I don't know if he's lying
9 or not. Maybe that's what he thought he
10 saw. I don't remember hitting this or
11 touching this woman.
12     Q     Is it possible that you did?
13     A     I don't recall. I've never
14 hit or touched a woman like this in my
15 life, never. Bumping into somebody --
16 you're three feet away from me. Why are
17 you in my face? Why are you yelling and
18 screaming at me? How do I get away from
19 you at this point in time?
20     Q     Is it possible you bumped
21 into her on purpose?
22     A     Absolutely not. I would
23 never hit a woman in my life ever.
24     Q     Mr. Tucci writes that "The
25 noise continued until our supervisor

Page 160

M.H. Capogrosso

1
2 Danielle Calvo intervened." Do you
3 remember what happened?
4     A     She's yelling and screaming
5 at me in Russian, in Russian after I
6 admitted to her that I called the
7 District Attorney. She's yelling and
8 screaming in Russian at me. I don't know
9 what she was screaming.
10     Q     So --
11     A     And I like Russian women,
12 don't get me wrong, but I don't like a
13 Russian woman calling herself a lawyer
14 who's not. I didn't like that,
15 absolutely not.
16     Q     Do you remember if --
17     A     I did not bump into her.
18     Q     So do you remember if your
19 bodies made contact at all?
20     A     I've answered this. No, I
21 do not.
22     Q     Okay. No, you don't
23 remember or no, it didn't happen?
24     A     I would never -- I don't
25 recall bumping into this woman. No, I do

Page 161

M.H. Capogrosso

1
2 recall telling her to get away from me.
3 That's what I recall.
4     Q     How big is Ms. Rabinovich?
5     A     I don't recall. At that
6 point in time she was a nice 5'5" maybe.
7     Q     And how tall are you,
8 Mr. Capogrosso?
9     A     5'10".
10     Q     And are you a bigger guy,
11 are you a muscular guy?
12     A     Oh, absolutely, I'm not
13 going to deny that. I work out every
14 day.
15     Q     So you're, it's safe to say,
16 a lot more physically imposing than
17 Ms. Rabinovich was; is that correct?
18     A     That's why I was trying to
19 move away from her. I'm 210. I'm 5'10",
20 210. That's why I'm trying to get away
21 from her.
22     Q     All right.
23     A     That's why I'm telling her
24 to get away from me.
25     Q     Okay. Let's move on to the

10 (Pages 158 - 161)

Page 162

M.H. Capogrosso

1       M.H. Capogrosso
2  next document. I'll stop the Screen
3  Share.
4       MR. THOMPSON:  And, Madam
5    Court Reporter, that was Exhibit 4.
6    Q    I'm going to share another
7  document here.
8       Mr. Capogrosso, can you see
9  this document?
10    A    Yeah.
11    Q    And what is this document?
12  Do you recognize it?
13    A    Well, it's from Marisol. I
14  know Marisol.
15    Q    And this document you
16  produced and Bates stamped P-84; correct?
17    A    Yes.
18    Q    And so what is this specific
19  document?
20    A    I guess it's her complaint
21  about me that I was acting aggressively
22  toward her.
23       MR. THOMPSON:  Okay.
24    Ms. MacDonald, can I ask you to
25    please mark this as Exhibit 5?

Page 163

M.H. Capogrosso

1       M.H. Capogrosso
2       (The above-referred-to
3    statement was marked as Exhibit 5 for
4    identification as of this date.)
5    Q    So, Mr. Capogrosso, who is
6  Marisol Cervoni?
7    A    She's a clerk at the TVB,
8  Brooklyn TVB.
9    Q    Did you have a good
10  relationship with her?
11    A    She was a clerk. I just --
12  I went to the counter and she helped me
13  get the tickets for the day. She was a
14  clerk. I wasn't trying to have a
15  relationship with clerks. I wasn't
16  trying to have a relationship. I was
17  just trying to deal with her and to do my
18  job.
19    Q    I understand,
20  Mr. Capogrosso, but the question was did
21  you have a good relationship with
22  Ms. Cervoni?
23    A    I had a good relationship on
24  a business level with all the clerks. I
25  went up to the counter, I gave them my

Page 164

M.H. Capogrosso

1       M.H. Capogrosso
2  tickets that I needed for the day. Can I
3  please have my tickets, thank you very
4  much. That's all I said or did.
5    Q    Okay.
6    A    I did what was required to
7  do.
8    Q    So --
9    A    Did I talk to her after work
10  or during work or have conversations with
11  her, no. I did my business at the
12  counter or when I put the ticket in the
13  courtroom. That was the extent of it.
14  Hello, here's my ticket, thank you.
15    Q    So, Mr. Capogrosso,
16  Ms. Cervoni writes that on June 9, 2009
17  at approximately 9:45 a.m. she called a
18  customer to her counter. "The motorist
19  was accompany by Michael, who is the
20  assistant of Mr. Capogrosso who's one of
21  the lawyers who represents motorists at
22  their hearings at Brooklyn South."
23       Who is Michael?
24    A    Well, at that point in time
25  we were allowed to have paralegals. He

Page 165

M.H. Capogrosso

1       M.H. Capogrosso
2  would -- they were a lot of Russian
3  clients down there. He was a paralegal
4  that worked for me. He spoke Russian.
5  He translated -- he translated clients
6  who spoke Russian to English and helped
7  in the courtroom when we needed
8  translation.
9    Q    And you --
10    A    All the attorneys had a
11  paralegal at that point.
12    Q    And did you employ him?
13    A    He was paid as an
14  independent contractor.
15    Q    About how much did you pay
16  him?
17    A    I don't know. It varied.
18  It depends how many hours he put in.
19    Q    How much did you pay him per
20  hour?
21    A    I don't recall.
22    Q    Do you have a ballpark
23  estimate?
24    A    No. I don't recall. We
25  paid him -- we paid him on a daily basis.

11 (Pages 162 - 165)

Page 166

M.H. Capogrosso

1          M.H. Capogrosso
2    I made sure he got paid every day for the
3    work he did.
4        Q      And how long did you have an
5    assistant for --
6        A      I don't recall.
7        Q      -- or a paralegal?
8        A      I don't recall how long.
9    You know, it must have been -- all the
10   other attorneys had them, so at some
11   point in time I was doing well, I said
12   let me take on and they all were using
13   them, so I did.
14        I don't recall the exact
15   amount of time.  I know they were all
16   thrown out at one point in time because
17   there were accusations against them, so
18   they were thrown out of all the TVBs.
19        Q      What --
20        A      We weren't allowed to have
21   them anymore.
22        Q      What were these accusations?
23        A      I don't know exactly.  As I
24   understand it, they were stealing,
25   stealing from motorists, stealing from

Page 167

M.H. Capogrosso

1          M.H. Capogrosso
2    clients, stealing from lawyers, stealing
3    from each other.
4        Q      Were there accusations
5    against Michael?
6        A      No, no.  Michael was a nice
7    guy, real nice guy.
8        Q      And what was Michael's last
9    name?
10        A      I don't remember, I really
11   don't, but he was a nice guy.  He had a
12   brother --
13        Q      Did you --
14        A      His brother --
15        Q      Did you ever --
16        A      His brother worked for -- go
17   ahead.
18        Q      Did you ever employ an
19   assistant other than Michael?
20        A      His brother and I, when I
21   first came down, his brother was a
22   paralegal for Terry Horton.  We became
23   friends.  I forgot his name.  Andy was
24   his brother.
25        But did I ever employ him,

Page 168

M.H. Capogrosso

1          M.H. Capogrosso
2    no.  He worked for -- Andy worked for
3    Eugene Gabase(phonetic).
4        Q      So Michael is the only
5    assistant --
6        A      Yes.
7        Q      -- that you employed; is
8    that correct?
9        A      As I recall, yes, but Andy
10   and I were friends.
11        Q      All right.  So in here, in
12   Exhibit 5 you see Ms. Cervoni writes that
13   the motorist handed her driver's license.
14   "And Michael called Mr. Capogrosso over
15   to my window.  Mr. Capogrosso thinking
16   there was a problem approached my counter
17   and aggressively and belligerently began
18   yelling at me."
19        Do you recall this incident?
20        A      I don't think I was
21   aggressive or belligerent.  I might have
22   been loud.  I do speak loudly.  I want
23   people to hear me when I speak.  I think
24   maybe she's a little oversensitive.
25   Maybe I was trying to understand what was

Page 169

M.H. Capogrosso

1          M.H. Capogrosso
2    going on because I cared about my client
3    and what was going on and I actually give
4    a damn about my client and their
5    licenses.
6        So I was trying to get to
7    the heart of the matter, but I was not
8    belligerent or aggressive.  Maybe I was
9    loud.
10        Q      So do you recall this
11   specific incident?
12        A      I recall Michael calling me
13   over, yeah.  I never cursed or insulted
14   the woman, absolutely not, absolutely
15   not.  She doesn't put down what curse or
16   insult I used.  You make general
17   allegations --
18        Q      Does she have to?
19        A      Well, yeah.  If you make an
20   accusation somebody is cursing or
21   insulting me, tell me what I said.  Tell
22   me exactly.  I might have been loud.
23   Listen, I am loud.  I want people to hear
24   me when I speak.  But tell me what word I
25   used to curse or what word I used to

12 (Pages 166 - 169)

Page 170

M.H. Capogrosso

1  insult. I'd like to know.
2
3        I don't curse or insult
4  women. It's not something I do.
5    Q    Does it make her wrong if
6  she didn't list the curse word?
7    A    Absolutely, because I want
8  to know what I'm being accused of. Don't
9  accuse somebody of something if you can't
10  stand behind it. Tell me what curse word
11  I used and what word I used to insult
12  you. I want to know that.
13    Q    So you --
14    A    Tell her that.
15    Q    So you admit that you were
16  speaking with her, but you say you were
17  not belligerent --
18    A    I wasn't --
19    Q    -- is that correct?
20    A    I wasn't belligerent. I was
21  speaking loudly as I'm speaking to you.
22  I speak in a loud voice. If she took it
23  wrongly, I'm sorry.
24    Q    As you said, Mr. Capogrosso,
25  you're a big guy. You're an athletic

Page 171

M.H. Capogrosso

1
2  guy. Is it possible -- and when you
3  speak loudly to someone, particularly a
4  woman, isn't it possible that they are
5  going to view that as aggressive and
6  belligerent?
7    A    I don't know how you view
8  it. I don't know how you view it. View
9  it anyway you like. I wasn't cursing. I
10  wasn't insulting. I might have been
11  loud. I might have been talking loudly
12  because I'm trying to get to the heart of
13  the matter and help my client out, but
14  how it's interpreted, I don't know.
15    Q    So she writes that she
16  assured you there was no problem and that
17  she had already printed out the ticket
18  for your client, quote, "but at that
19  point he was already out of control and
20  continued yelling, cursing and insulting
21  me."
22        Is that true?
23    A    No. I never cursed or
24  yelled or insulted, absolutely not.
25  Absolutely not.

Page 172

M.H. Capogrosso

1
2    Q    So --
3    A    Absolutely not.
4    Q    So is Ms. Cervoni lying?
5    A    Yes. When she says I'm
6  cursing and insulting and yelling, yes.
7  I might have been loud, but not cursing
8  and insulting.
9        She doesn't put --
10    Q    Why would she --
11    A    -- down what I said.
12    Q    Why would she lie?
13    A    I don't know.
14    Q    What motivation would she
15  have to lie about you?
16    A    Like I said, maybe I wasn't
17  giving her gifts and presents and money
18  like the other clerks were getting. The
19  other attorneys were giving these clerks
20  money for Christmas, buying them
21  breakfast.
22    Q    Did --
23    A    You got to let me finish.
24        Buying them breakfast in the
25  morning, giving them parties. One of the

Page 173

M.H. Capogrosso

1
2  attorneys says how much money are you
3  giving the clerks for Christmas? I was
4  not doing this. I was there to do a job,
5  that's it. I was not trying to --
6    Q    So is --
7    A    -- endear myself to the
8  clerks, I was not in any way. To me
9  there was an appearance of impropriety if
10  I tried to endear myself to these clerks
11  by giving them gifts or buying them
12  breakfast.
13    Q    Did --
14    A    You got to let me finish.
15  Buying them breakfast --
16    Q    Sure.
17    A    -- or giving them cash as
18  the other attorneys were doing. It was
19  an appearance. I didn't want to do it.
20  I just wanted to do my job.
21        Was I loud? I definitely
22  probably was loud, I'll admit to that.
23  Was I cursing and insulting, absolutely
24  not.
25    Q    Mr. Capogrosso, is it your

13 (Pages 170 - 173)

1        M.H. Capogrosso
2    testimony that Ms. Cervoni made this up
3    because you weren't giving money to the
4    clerks?
5    A      She's not telling the truth
6    there.  I did not curse and I didn't
7    insult.  I don't know why.  I'm a zealous
8    advocator in this court, that's what I
9    took an oath to do, zealously advocate.
10   I took an oath when I got sworn in.
11   That's what I do.
12        I didn't curse at --
13   Q     Do you think Ms. Cervoni
14   wanted to see you gone from the TVB?
15   A     I don't know.  I don't know.
16   I think we became friends afterwards.  I
17   think we became friends right before we
18   left.  That's why I wanted to depose her.
19   I think she really liked me at one point
20   in time.  She's a very beautiful woman,
21   Marisol and I think at one point -- she's
22   a nice woman and I think at one point we
23   became friends.
24        But was I trying to endear
25   myself to any of these clerks, no.  I was

1        M.H. Capogrosso
2    trying to do my job.  That's all I'm
3    required to do.
4    Q     She writes that -- she
5    writes that "The supervisors, Geri,
6    Danielle and John all came out to see
7    what the commotion was and to resolve the
8    situation, but he" and I assume that
9    means you "refused to listen to reason or
10   leave my counter."
11        Did you refuse to leave?
12   A     I don't recall, no, no.
13   Maybe I -- well, wait a second, wait.
14   Wait a second.  Maybe I wanted the issue
15   resolved and I wanted some explanation of
16   the issue, which is my duty to do.  I
17   have a duty to my client, not to a clerk,
18   but to my client to make sure the issue
19   is resolved, whatever this issue was.
20        Michael called me over,
21   there was an issue.  I have a duty to
22   make sure that issue gets resolved as the
23   attorney for the motorist, that's my job,
24   make sure it's resolved, right?  That's
25   the job of the attorney here, right?  I

1        M.H. Capogrosso
2    had the obligation, so let me resolve it.
3    Let me speak to somebody else if there's
4    an issue and one person can't solve it,
5    you go to another person and maybe they
6    can solve it.
7        So, yeah, I had a duty to my
8    client to resolve that issue, so maybe --
9    Q     So she writes --
10   Mr. Capogrosso, she writes "Throughout
11   the day Mr. Capogrosso was taunting me.
12   He would walk past my station making
13   comments and smirking at me."  Is that
14   true?
15   A     No.  Taunt?  Wait a second.
16   How exactly did I taunt?  Now you give me
17   the exact words I used.  That's a lie.
18        Smirk?  You know, when an
19   issue is resolved with me, it's resolved.
20   I don't hold on -- you know, I don't keep
21   going back after it.  I did not smirk.  I
22   don't know what smirking is.
23        First of all, is there a
24   problem with smirking?  I think we have a
25   Vice President now that smirks all the

1        M.H. Capogrosso
2    time.  She enjoys smirking.  That's my
3    opinion.
4        I don't see anything wrong
5    with smirking, though I don't recall
6    doing it.  I don't even know what
7    smirking is.  Laughing?
8    Q     Smirking is a little smile.
9    A     All right.  We got a Vice
10   President that seems to do it all the
11   time.  It's all right for the Vice
12   President.
13   Q     I'm not sure I understand
14   what this has to do with the Vice
15   President.
16   A     Well, I'm telling you we
17   have a Vice President now, Kamala, who
18   likes to smirk.
19        I don't -- I don't know what
20   smirking is.  I have an issue, I resolve
21   the issue, I move on.  I'm not trying to
22   have a beef with a clerk at a DMV.  That
23   is not my issue to have a beef or an
24   argument with a clerk.  I need these
25   clerks to help me out.

14 (Pages 174 - 177)

Page 178

M.H. Capogrosso

```
 1         M.H. Capogrosso
 2     Q    If you don't know what
 3   smirking is --
 4     A    I have -- I have no reason
 5   to have an argument or an altercation
 6   with a clerk, none, no reason.
 7     Q    Mr. Capogrosso, if you don't
 8   know what smirking is, how do you know
 9   the Vice President does it?
10     A    Well, to me a smirk is when
11   you laugh sarcastically, right, that's a
12   smirk?  That's what a smirk is, you laugh
13   sarcastically.
14         And once again I will
15   repeat, it does me no good to have any
16   type of issue with a clerk.  I'm there to
17   do a job.  I smirk?  Now I smirk?  I mean
18   I don't believe I'm being accused of
19   smirking.
20     Q    I will tell you,
21   Mr. Capogrosso, this is not the first
22   complaint that we'll see today where
23   someone indicates that you kept coming by
24   and smiling at them and sort of taunting
25   them throughout the day.
```

Page 179

M.H. Capogrosso

```
 1         M.H. Capogrosso
 2     A    Well, you can --
 3     Q    Do you have any response to
 4   that?
 5     A    Well, you can make any
 6   complaint you like, it doesn't mean it's
 7   true and I have no reason, no reason to
 8   have any beef, any complaints with a
 9   clerk and clerks at this office that I
10   need.  Now, I was given no opportunity to
11   respond to this, none at the time, none.
12     Q    Mr. Capogrosso she writes "I
13   can no longer interact with
14   Mr. Capogrosso at the service counter
15   because I fear for my safety.  On many
16   occasions I've observed him display his
17   aggressive behavior toward my coworkers,
18   his clients, the other attorneys and
19   their assistants."
20         She feared for her safety,
21   what does that mean to you?
22     A    I don't know.  I treated her
23   nicely and respectfully.  Nicely and
24   respectfully I treated this woman.  I
25   never threatened her or harmed her.
```

Page 180

M.H. Capogrosso

```
 1         M.H. Capogrosso
 2         I mean you can have any
 3   perception you like of somebody.  You can
 4   have any perception you like.  It doesn't
 5   mean that that's what I am.
 6     Q    Were you aware --
 7     A    I was a zealous advocate,
 8   but --
 9     Q    Mr. Capogrosso, were you --
10     A    Let me finish.
11     Q    Sure.
12     A    Well, let me finish.  What
13   reason did she fear?  What exactly did I
14   do?  See, I want to know the specifics.
15   I don't want to know the allegations.
16   Tell me exactly why you felt fearful.
17         And let me tell you
18   something, you tell me once, you never
19   have to tell me twice.  Tell me exactly
20   what --
21     Q    Mr. Capogrosso --
22     A    -- I did.  I'd like to know.
23     Q    Well, it seems here you
24   yelled at her and cursed at her and
25   wouldn't leave when she asked you to.
```

Page 181

M.H. Capogrosso

```
 1         M.H. Capogrosso
 2     A    Well, I didn't yell and I
 3   didn't curse, I didn't insult.  No words
 4   are shown, no words.  What words were
 5   spoken?
 6         Now what I did --
 7     Q    Mr. Capogrosso --
 8     A    -- do, maybe I was loud, but
 9   I did not yell and I did not curse.  I
10   did not curse and I did not insult and
11   for what reason she's fearful I do not
12   know.  I didn't schmooze with her in the
13   morning and ask her how's she doing and
14   is she okay and how is your weekend and
15   how's all this.  I didn't talk about all
16   that stuff.  I was there to do a job.
17     Q    Mr. Capogrosso, were you
18   aware that there were people at the TVB
19   who were afraid of you?
20     A    No.
21     Q    No?
22     A    None of these complaints
23   were ever brought to me.  You tell me
24   once, you don't have to tell me twice.
25     Q    That's not the question
```

15 (Pages 178 - 181)

M.H. Capogrosso

1         M.H. Capogrosso
2 though.  The question is were you aware
3 that there were people who were afraid of
4 you?
5     A      No.  Tell me who.  I was
6 never put on notice.  You tell me once,
7 you never have to tell me twice.
8     Q      Did anyone around you seem
9 afraid of you?
10    A      Seem afraid?  I don't know
11 how other people feel.  I know I have a
12 very strong presence, I understand that.
13 I've been told that I have a certain
14 strong presence and maybe it's because a
15 lot of things I've done in my life, but I
16 do have a strong presence.
17    Q      If --
18    A      I've been told that.
19    Q      If someone was afraid of
20 you, would you care?
21    A      I would try to rectify it.
22 I would do everything I could in my
23 ability to rectify it.  But was I trying
24 to endear myself to these clerks, no.  I
25 was trying to do a job.

1         M.H. Capogrosso
2    Q      Were you aware that
3 Ms. Cervoni had filed a complaint?
4    A      No, no, absolutely not.
5 Like I said, if she had brought this to
6 my attention I would have rectified it
7 immediately.  If anybody brought this to
8 my attention, I would have rectified it
9 immediately.
10    Q      She writes that you
11 assaulted a female assistant who works
12 for another lawyer.  Is she referring to
13 Ms. Rabinovich?
14    A      Yeah.  That was not an
15 assault.  That's a lie.  There was no
16 assault.  There was no assault.  I would
17 have been arrested if there's an assault.
18 That's an absolute lie.  Your words are
19 very important here.  You can't make
20 accusations against somebody that aren't
21 true.
22    Q      So why is Ms. Cervoni lying?
23    A      Why?  I don't know.  There
24 was no assault.
25    Q      Why would --

1         M.H. Capogrosso
2    A      Was I arrested for assault?
3    Q      Why would she lie?
4    A      Well, maybe she liked Tanya
5 and she didn't like me.  Maybe she liked
6 Tanya and she didn't like me.  I didn't
7 schmooze with these law -- with these
8 clerks.  I wasn't there in the morning
9 saying how was your day.  I wasn't there
10 saying how was your weekend.  I wasn't
11 there saying what do you want to do for
12 lunch today.
13    Q      Well, she's --
14    A      I wasn't doing that.
15    Q      -- not saying that you're
16 not saying, you know, asking her how
17 she's doing, schmoozing her in the
18 mornings.  She's saying that you're
19 physically scaring her.
20    A      How did I physically scare
21 her?  Tell me the specifics.
22    Q      You --
23    A      Tell me what I did.
24    Q      -- yelled at her and cursed
25 at her and you wouldn't leave when she

1         M.H. Capogrosso
2 said to leave.
3    A      I didn't curse.  I might
4 have been loud.  I didn't curse.
5    Q      She says she had to go to
6 the back office to get away from you.
7    A      Well, that was her decision.
8 My duty is to my client.  If a supervisor
9 comes out, I'm trying to resolve the
10 issue, I'm going to talk to the
11 supervisor.
12    Q      Do you remember her leaving
13 to get away from you?
14    A      No.
15    Q      She writes "His aggressive
16 behavior has steadily progressed within
17 the past few months.  I no longer feel
18 comfortable at my place of employment
19 because of this individual's behavior and
20 I wish to go on record in the event of
21 any future conflicts."
22    A      Well --
23    Q      Had your aggressive behavior
24 been progressing?
25    A      I don't know what she means

16 (Pages 182 - 185)

Page 186

M.H. Capogrosso

1
2  by aggressive behavior.  Tell me what I
3  did.
4      Q      Well, were you aware at this
5  point that there have been multiple
6  incidents where people claimed that you
7  had been aggressive?
8      A      No, no, no.  I --
9      Q      You had no idea that anyone
10  complained about the incident with
11  Ms. Rabinovich?
12      A      No, no.  You tell me -- I've
13  never seen these complaints.  If Judge
14  Gelbstein was doing his job or his
15  clerical supervisor was doing their job,
16  they would have brought this complaint to
17  my attention and I would have resolved
18  it.  You tell me once, you don't have to
19  tell me twice.
20      Q      So --
21      A      You have to let me finish.
22  You tell me once, you never have to tell
23  me twice.  You have to let me finish.
24      Q      So --
25      A      Let me finish.

Page 187

M.H. Capogrosso

1
2      Q      Sure.
3      A      This was never brought to my
4  attention so I could resolve it.  I'm
5  there working on a daily basis.  I have
6  no reason to have any altercations with
7  anybody.  I was there to zealously
8  advocate on behalf of my clients.
9              You tell me what the
10  aggressive behavior is and I will resolve
11  it, but don't accuse me of something --
12      Q      So --
13      A      You got to let me finish.
14      Q      Sure.
15      A      -- and leave out the details
16  of what the aggressive behavior was, then
17  don't show me this affidavit ever or
18  bring it to my attention so I can resolve
19  it.  That's not being fair.
20      Q      So Mr. Capogrosso --
21      A      You've got to let me finish.
22      Q      I do need to ask another
23  question.
24      A      You have to let me finish.
25  I'm not finished.

Page 188

M.H. Capogrosso

1
2              That is not being fair to
3  me.  You have to let me finish.  You're
4  not being fair to me if you make an
5  accusation and you don't let me address
6  it and resolve it, you're not being fair
7  to me.
8      Q      All right.
9      A      You have let me finish.
10      Q      Mr. Capogrosso, let's move
11  on to the next question.
12      A      I want to finish.
13      Q      Respectfully --
14      A      You're not --
15      Q      -- we are going to move on
16  to the next question.
17      A      You're not being fair to me
18  if you don't let me address that issue.
19      Q      Mr. Capogrosso, you've been
20  addressing the issue.  We have other
21  questions that we need to get to, the
22  first of which is yesterday at his
23  deposition, Judge Gelbstein testified
24  that when he received a complaint about
25  you, he would take you into his office

Page 189

M.H. Capogrosso

1
2  and speak with you verbally about it.
3              Did he do that in this
4  case --
5      A      No, he did not.
6      Q      -- with the complaints?
7      A      No.
8      Q      Do you remember him ever
9  taking you to his office to discuss
10  complaints about you and about aggressive
11  behavior?
12      A      Absolutely not.  Now --
13      Q      Not once?
14      A      You have to let me finish.
15      Q      Sure.
16      A      All these complaints, Judge
17  Gelbstein never presented to me one of
18  these complaints, not one, because I
19  would have filed --
20      Q      Mr. Capogrosso --
21      A      You have to let me finish.
22  Mr. Thompson, you've got to let me
23  finish.
24      Q      Well, let me clarify the
25  question.

17 (Pages 186 - 189)

Page 190

1       M.H. Capogrosso
2           MS. REPORTER:  Wait, time
3   out.  I'm going off the record right
4   now.
5       Q      Mr. Capogrosso --
6           MS. REPORTER:  Time out.
7   I'm stopping.  I'm not even writing
8   this.
9           MR. THOMPSON:  Let's go off
10  the record.
11          MS. REPORTER:  Off the
12  record, please, off the record.  We
13  are having an issue.
14          MR. THOMPSON:  Off the
15  record, please.
16          MR. VIDEOGRAPHER:  The time
17  is 12:40.  We are off the record.
18          (A short recess was taken.)
19          MR. VIDEOGRAPHER:  The time
20  is 12:45.  We are on the record.
21      Q      So, Mr. Capogrosso, as I
22  mentioned, yesterday at his deposition
23  Judge Gelbstein testified that when he
24  received a complaint about you, he would
25  take you into his office and tell you

Page 191

1       M.H. Capogrosso
2   verbally the substance of that complaint.
3       Do you remember him
4   testifying to that?
5       A      He testified to it.
6       Q      Did that happen in this
7   case, in the case of Ms. Cervoni's
8   complaint?
9       A      Not to me, no, never.
10      Q      Do you remember him ever
11  having a verbal conversation with you
12  about complaints that had been made about
13  you?
14      A      No, nothing, no because he
15  never gave me any complaint to respond
16  to.  I would have responded.
17      Q      And let me clarify the
18  question.  I'm not asking whether he gave
19  you the physical hard copy complaint.
20  I'm asking whether he verbally told you
21  about complaints that had been made about
22  you?
23      A      No.  You tell me once --
24      Q      He never did that?
25      A      No.  You tell me once, you

Page 192

1       M.H. Capogrosso
2   don't have to tell me twice.
3       Q      So was Mr. Gelbstein lying
4   when he said that he spoke with you
5   verbally about complaints?
6       A      Yes.  I've never -- he never
7   gave me a specific of any complaint that
8   I could respond to, never the specific of
9   any complaint that I could respond to and
10  resolve.
11      Q      Did he ever tell you that
12  there had been complaints without giving
13  you the specifics?
14      A      No.  Give me the specific
15  complaint.  No.  Tell me what it is and I
16  will respond and resolve it.
17      Q      So were you aware that there
18  had ever been any complaint made about
19  you by any person?
20      A      No, no.  I saw no
21  complaints.  People didn't like me, I
22  understand that, but I saw no complaints
23  from anyone that I could respond to and
24  resolve because --
25      Q      And --

Page 193

1       M.H. Capogrosso
2       A      -- I'm the first one to
3   attempt to resolve it.
4       Q      And Mr. Capogrosso I want to
5   make this question very clear, I'm not
6   asking whether you saw a physical hard
7   copy paper complaint.  I'm asking you
8   were you ever aware that anyone had ever
9   made a complaint about your conduct?
10      A      No.
11      Q      Let's move on to a new
12  document.  I'll close out of that one.
13          MR. THOMPSON:  I'm not sure
14      if we marked that one, Ms. MacDonald,
15      but let's mark that Exhibit 5 if we
16      haven't already, the previous one.
17      Q      Mr. Capogrosso, can you see
18  this document?
19      A      Yes.
20      Q      Do you recognize this
21  document?
22      A      Yeah.  I recognize the top
23  portion of it, but I'm sure it's --
24      Q      And you see this document
25  was produced by you and marked P-86;

18 (Pages 190 - 193)

M.H. Capogrosso

1          M.H. Capogrosso
2    correct?
3       A    Yes.
4       Q    What is this document?
5       A    I don't know.  It's a
6    complaint from Diantha Fuller I guess.
7            MR. THOMPSON:  Can I, Madam
8       Court Reporter, can I ask you to mark
9       this as Exhibit 6?
10           (The above-referred-to
11      statement was marked as Exhibit 6 for
12      identification as of this date.)
13      Q    Mr. Capogrosso, my first
14   question is these redactions up at the
15   top, did you add these?
16      A    No.
17      Q    Where are they from?
18      A    Where are they from?  I
19   don't know where they're from.  I know
20   you submitted it to my office and then I
21   returned it.
22      Q    Because to my knowledge,
23   these were not redacted --
24      A    Oh.
25      Q    -- when we submitted them.

1          M.H. Capogrosso
2       A    I'll tell you where I got
3    this.  I got this redacted like this in
4    a motion -- in your motion to dismiss,
5    this was attached redacted.  You filed
6    these affidavits.  The first time I'm
7    seeing these affidavits is in your motion
8    to dismiss to me and they were redacted
9    in that manner.  That's where I got it.
10      Q    Okay.  So who is Diantha L.
11   Fuller?
12      A    She's a lawyer that worked
13   down there.
14      Q    And do you have a good
15   relationship with Ms. Fuller?
16      A    No.  Diantha did not like
17   me.  Diantha did not like me.  She did
18   not like me at all.
19      Q    Why not?
20      A    I don't know.  She just
21   didn't like me.  I didn't talk to her.  I
22   didn't socialize with her.  I didn't like
23   the type of attorney she was.
24      Q    What type of attorney was
25   she?

1          M.H. Capogrosso
2       A    Well, she just pretty much
3    pleaded you guilty.  She went into the
4    courtroom, took a case, postponed it and
5    she just entered a guilty plea.  She
6    didn't really argue for her clients and I
7    felt that was terrible.
8            She's used to solicit
9    attorneys -- solicit clients all the
10   time, solicit clients all the time.
11   She'd walk up to a client in the morning,
12   hand them his bus -- her business card
13   and says here, I'm a lawyer.  I thought
14   it was terrible.  Judge Gelbstein allowed
15   it.
16           So I didn't like her as an
17   attorney whatsoever.  It was terrible
18   what she was doing.  There's signs all
19   around that say you shouldn't solicit and
20   she was soliciting everybody.
21      Q    So Ms. Fuller writes "As
22   requested by your staff, below is Agnes
23   Paez's report of the events that
24   transpired on 7/31/09 in the Coney Island
25   Traffic Bureaus, which I took directly

1          M.H. Capogrosso
2    from an e-mail she submitted to me."
3            Do you know who Agnes Paez
4    is?
5       A    Yes.  She was a paralegal
6    down there.
7       Q    And who did she work for?
8       A    Well, actually I do remember
9    her now.  Now actually this lady did work
10   for me for a while before Michael came on
11   and then went to work -- she did, she
12   worked as a translator.  She spoke
13   Spanish.  She did work for a couple of
14   months I think.  I don't know exactly how
15   long, but for a couple of months with me
16   down there.  She was a translator.
17           And I didn't like what she
18   was doing, so I let her go and I brought
19   Michael in instead.
20      Q    And was this time that she
21   worked with you before or after July 31,
22   2009?
23      A    It was before.  Before then,
24   before then.
25      Q    And you said you fired

19 (Pages 194 - 197)

M.H. Capogrosso

1
2 Ms. Paez; is that true?
3      A      I told her -- well, she
4 went -- I said we are not going to work
5 anymore together.  I didn't like what she
6 was doing.
7      Q      What was she doing that you
8 didn't like?
9      A      She was soliciting,
10 soliciting motorists in the parking lot
11 and they was walking in.  It was
12 embarrassing.  She was hungry for money
13 this woman.  She was walking -- she
14 was -- and the other attorneys were
15 complaining, too.  She was in the parking
16 lot as motorists were walking in in the
17 morning, she was handing out business
18 cards.  I said you can't do that, you're
19 a translator.
20           She was soliciting motorists
21 as they were walking in the building.  I
22 said it's terrible.
23      Q      Was she soliciting -- I
24 apologize.  Keep going.
25      A      Yeah.  It was terrible what

M.H. Capogrosso

1
2 she was doing.  I said I'm not having
3 this.
4      Q      Was she soliciting these
5 motorists on your behalf to work for you?
6      A      Well, it seemed like that
7 and as soon as I saw that happen, I said
8 that's it, no more, no more.  You're not
9 supposed to solicit.  You don't walk up
10 to clients.  You're here as a translator.
11           Now she was doing it for
12 Diantha and Diantha didn't seem to have
13 any problem with it, which is the other
14 reason I didn't like Diantha because
15 Diantha was soliciting and Agnes was
16 soliciting.  I said you girls do what you
17 want.  I'm not going to engage in that.
18      Q      So Ms. Paez writes that she
19 was speaking with a client on behalf of
20 Ms. Fuller when she was approached by
21 you.  You then "stood in front of me and
22 told Ms. Fuller's client that I was not a
23 lawyer and he should not be speaking to
24 me.  He then handed my client his
25 business card."

M.H. Capogrosso

1
2      Is that true?
3      A      No.  That's not true.  I
4 don't think I ever would have interrupted
5 another person in a conversation, that's
6 not what I do, absolutely not.
7      Q      And she says the client did,
8 in fact, know that Ms. Paez was not an
9 attorney and was shocked at your
10 behavior.
11           She writes "Mr. Capogrosso
12 then turned to me and called me a variety
13 of vulgar and profane names and
14 threatened me with violence to stay away
15 from the Department of Motor Vehicles."
16 Is that true?
17      A      No.  It's absolutely a lie.
18 I would have been arrested for that,
19 Counselor.  I would have been -- a police
20 report would have been filed and I would
21 have been arrested, arrested if that's
22 true.
23           Now you can say --
24      Q      Do you remember --
25      A      -- what you like.  I would

M.H. Capogrosso

1
2 have been arrested.
3      Q      Do you remember this
4 incident?
5      A      No, I absolutely do not.  I
6 know I didn't like what she was doing
7 down there.  Judge Gelbstein condoned it.
8 There's nothing I could do about it.  But
9 did I ever approach her, absolutely not.
10 There was no reason for me to.  I had
11 plenty.
12      Q      Why would -- why would
13 Ms. Paez lie?
14      A      I don't know.  Diantha
15 didn't like me.  I saw what she was doing
16 soliciting.  I let her go.  I didn't want
17 to work with her anymore.
18      Q      So you don't know why she
19 would lie?
20      A      I don't know.  What she's
21 saying here is not the truth.  I have no
22 reason to interfere between two people.
23 I had no reason to interfere.  I had
24 plenty of clients down there.  My clients
25 liked me.

20 (Pages 198 - 201)

1          M.H. Capogrosso
2     Q     So, Mr. Capogrosso, you're
3  telling us that a lot of people are
4  telling the same lie about you, that
5  they're all lying the same way, they're
6  all saying that you yelled and screamed
7  and cursed at them.  Why would they all
8  tell the same lie?
9     A     I have no idea.  I'm
10  responding to each affidavit in kind, all
11  right.  I'm responding to this affidavit
12  in kind.  Let's just stick to this one.
13  Let's be very specific, not general.  If
14  there's affidavits written against me, I
15  will address them.
16          Now, this affidavit --
17     Q     Well, I think it's --
18     A     Go ahead.
19     Q     I'm sorry, Mr. Capogrosso,
20  sometimes when you speak you pause and I
21  think you're done with your response and
22  then I speak up.
23     A     This affidavit states
24  generalizations, nothing specific.  It
25  states in a violent manner.  What exactly

1          M.H. Capogrosso
2  did I do?  Towering over me, what exactly
3  did I do?  Threatening, what exactly did
4  I do to threaten?  Frighten, what did I
5  do to frighten?  You tell me.  I used
6  vulgar and profane names.  Tell me the
7  names I used.  Tell me exactly what I did
8  to threaten.
9          Now you might feel that,
10  that might be your perception, but tell
11  me the specifics that I actually did and
12  there are none listed here.
13     Q     Well, she says that you
14  turned to her and you tried to get her to
15  stop speaking to somebody, you called her
16  a variety of vulgar and profane names and
17  you threatened her with violence.  I mean
18  that may not be specific enough for you,
19  but it's pretty specific.
20     A     Well, how exactly did I
21  threaten?  What did I say, I'm going to
22  hit you?  What did I say?
23     Q     Does it matter what you
24  said?
25     A     It does.

1          M.H. Capogrosso
2     Q     I mean if --
3     A     It's your allegations.
4  Well, tell me what I said.  Tell me
5  exactly what was said.  Give me an
6  opportunity to respond.
7     Q     She's characterizing your
8  speech.  She said you said vulgar and
9  profane names and threated her with
10  violence.
11     A     Well, first of all I did.  I
12  would never talk to a woman like that,
13  but I want to know exactly what was said.
14  Tell me what was said.  You can make --
15  you know, I can write affidavits about
16  everybody down there.  I can say the same
17  thing about somebody.
18          You can't make these blatant
19  accusations about people and don't give
20  the specifics.  Exactly what was said?
21  If I threatened somebody with violence, I
22  would have been arrested.
23     Q     She writes "Finally
24  Mr. Capogrosso told me to stay away from
25  him in a very violent manner, towering

1          M.H. Capogrosso
2  over me and spoke so loudly and in a
3  threatening manner that a plain clothes
4  policeman standing next to me asked if he
5  needed to get involved."
6          Do you -- does that refresh
7  your recollection at all?
8     A     No.  I was never arrested
9  for anything.  I did nothing wrong.
10  Obviously the cop understood that.
11     Q     You know that you're a big
12  and intimidating guy.  Do you ever get in
13  someone's personal space because you know
14  that --
15     A     Absolutely not, no.
16     Q     What did --
17     A     I avoid situations.  I don't
18  want a situation.  I avoid if -- I
19  absolutely avoid.  Will I confront when
20  necessary, yes.  When it's on behalf of
21  my client, yes.
22          But if you're going to tell
23  me I threatened you, you better tell me
24  exactly what I said to threaten you.  I
25  would never threaten a woman number one.

21 (Pages 202 - 205)

1          M.H. Capogrosso
2     Q     Well, a number of people
3  have asserted that you did and we'll see
4  a couple more throughout the course of
5  the day.
6     A     Well, let's go through them
7  one at a time.
8     Q     All right.  She writes
9  again, "I was especially nervous because
10  I am six months pregnant and I was in
11  fear his outbursts would turn violent."
12     A     Well, you --
13     Q     Do you have any response to
14  that?
15     A     You might have any
16  perception you want.  I don't recall
17  having any altercation with this woman,
18  other than telling her I didn't want her
19  working for me anymore and as she was
20  soliciting motorists in the parking lot
21  and soliciting motorists on the DMV floor
22  and Diantha Fuller was condoning all
23  these actions.
24     Q     So is Ms. Fuller lying here?
25     A     About what?  What's

1          M.H. Capogrosso
2  Ms. Fuller's statements?
3     Q     Well, she's passing along
4  this statement from her paralegal.
5     A     Well, Ms. Fuller did not
6  observe it now, did she, so I don't know
7  what Ms. Fuller is observing.
8     Q     But Ms. Paez is lying, is
9  that your testimony?
10     A     I did not threaten a woman.
11  I would never threaten a woman in my
12  life.
13     Q     So yes, she's lying?
14     A     Yes, yes, absolutely lying.
15     Q     And you have no -- and you
16  have no sense of why she would lie; is
17  that correct?
18     A     I don't think you need a --
19  I don't know why.  We are all
20  competitive.  We are all going after the
21  same summonses down there.  All going
22  over the same summonses.  Did the woman
23  like me, no.
24     Q     So you think that's why
25  she's lying?

1          M.H. Capogrosso
2     A     I don't know why she's
3  lying, I have no idea, but what's -- if
4  you're going to accuse me of threatening
5  you, tell me the words I used or have me
6  arrested, but don't threaten -- don't say
7  something like that --
8     Q     All right.
9     A     -- ruin my reputation and my
10  name and don't give me the specifics of
11  exactly what I did.
12     Q     So let's move on to the next
13  exhibit.
14          MR. THOMPSON:  And,
15     Ms. MacDonald, I can't recall whether
16     we had that marked, but that previous
17     exhibit, let's have that marked as
18     Exhibit 6 if hasn't been already.
19     Q     Mr. Capogrosso, can you see
20  the exhibit?
21     A     Ah, yes, all the clerks
22  don't like me.  They're signing their
23  names, yes, yes.
24     Q     So do you recognize this
25  document?

1          M.H. Capogrosso
2     A     Yes, absolutely.
3     Q     And what is this document?
4     A     This is a complaint.  This
5  was something --
6     Q     What is this document?
7     A     I have no idea.  Something
8  that all the clerks signed that Bushra
9  Vahdat had them sign.
10     Q     And  this document was
11  produced by us and it's Bates stamped DMV
12  lots of zeros 244; correct?
13     A     Yeah.  Yes.  The clerks
14  didn't like me, I know that.
15     Q     You see that down in the
16  lower right?
17     A     Yeah.  The clerks didn't
18  like me.  I know that.
19     Q     And so, Mr. Capogrosso,
20  what's this document?
21     A     I don't know.  This is an
22  affidavit by all the clerks.
23     Q     It's not an affidavit.  I
24  don't think there's a notarization or
25  anything.

22 (Pages 206 - 209)

M.H. Capogrosso

1      M.H. Capogrosso
2   A   I don't know what it is.
3 It's a bunch of signatures.
4   Q   Either way --
5   A   It's a bunch of signatures
6 by people at the DMV.
7     MR. THOMPSON:  Ms.
8   MacDonald, can we have this marked as
9   Exhibit 7?
10    (The above-referred-to
11   statement along with signatures was
12   marked as Exhibit 7 for
13   identification as of this date.)
14   Q   And so the people who signed
15 this document, right, "We the undersigned
16 clerks, supervisors and judges of the
17 Brooklyn South Traffic Violations Bureau
18 state that we feel the presence of
19 attorney Mario Capogrosso on our premises
20 constitutes a threat to our physical
21 safety."
22    Why would they think that,
23 Mr. Capogrosso?
24   A   I have no idea.  Tell me the
25 specifics.  I have no idea.  You can't

M.H. Capogrosso

1      M.H. Capogrosso
2 make allegations against a man and his
3 reputation if you don't give me the
4 specifics that occurred and give me an
5 opportunity to respond and resolve it.
6 Let me know what I did.
7   Q   Did people --
8   A   I'd like to know.
9   Q   Did people view you as a
10 threat to their physical safety?
11   A   I don't know.  I have no
12 idea, none.  I can't answer that.  They
13 might have.  They --
14   Q   Did --
15   A   They might have.
16   Q   Were they right to view you?
17   A   I don't know.  I am -- you
18 know, I was dealing with a lot of tough
19 guys down there, a lot of tough
20 motorists.  There are tough guys down
21 there in Brooklyn, they are.  I'm dealing
22 with a lot of tough guys.
23    And do I have a strong
24 presence, absolutely, I admit that.  Do I
25 come across with a strong presence,

M.H. Capogrosso

1      M.H. Capogrosso
2 absolutely.  How you perceive me, that's
3 up to you.  What did I actually do is a
4 different situation.  You can perceive me
5 in any manner you like.  What did I
6 actually do?
7   Q   What do you mean by strong
8 presence?
9   A   I do have a strong presence.
10 I've been told that.  I'm not --
11   Q   What do you mean by the term
12 strong presence?
13   A   Well, I'm not afraid to
14 speak my mind.  I'm not afraid to
15 confront.  I'm not afraid to confront,
16 that's what lawyers do.  I'm -- I -- I
17 state the truth, I get right to the issue
18 and I try to resolve it.  That's who I am
19 as a person, as a man, as an attorney,
20 that's who I am.
21    If you perceive -- if you
22 have a perception of me that you feel,
23 tell me what I did.  Give me an
24 opportunity to resolve it.  Give me the
25 opportunity to resolve it.  Don't just

M.H. Capogrosso

1      M.H. Capogrosso
2 make blatant accusations against a man.
3   Q   When you say strong
4 presence, do you mean strong physical
5 presence?
6   A   I have a strong physical
7 presence, a strong persona.  People say
8 that when I walk in the room, they feel
9 me or they sense me.  I don't know why,
10 they do.  They -- I've been told this.  I
11 don't know why.
12    I'm trying to figure out why
13 they feel intimidated by me.  I don't
14 know why.  But if they do, give me an
15 opportunity to resolve it.
16   Q   But you knew that some
17 people felt intimidated by --
18   A   No, I did not.
19   Q   -- you; is that correct?
20   A   I did not.  I did not.  I
21 speak to everybody the same.  I speak to
22 everybody the same.  If you feel that
23 type -- if you feel that, give me an
24 opportunity to resolve it.  Give me an
25 opportunity.

23 (Pages 210 - 213)

M.H. Capogrosso

1
2    Q      But were you aware that
3  people were intimidated by your strong
4  physical presence?
5    A      No, no.  Absolutely not.
6  I'm sorry if -- I'm sorry if I have a
7  strong physical presence.  I'm sorry.
8  You're allowed to have a strong physical
9  presence.  You're allowed.  You're
10  allowed.
11    Q      So Mr. Capogrosso --
12    A      You have to let me finish.
13  I can't help that.  You're allowed to
14  have that.
15    Q      So Mr. Capogrosso, they
16  write "We believe that Mr. Capogrosso's
17  behavior is unstable and hereby state
18  that he has gotten into confrontations
19  with many of us in the past years" and
20  you'll see some of the names on this list
21  like Marisol Cervoni are the list of
22  people who have filed complaints or
23  otherwise indicated that they had
24  confrontations with you.
25    A      Well, they --

M.H. Capogrosso

1
2    Q      They write "These
3  confrontations have been escalating to
4  the point where a physical confrontation
5  has nearly ensued between him and a
6  Brooklyn South employee on January 5,
7  2011 after the close of business."
8          Do you know what they're
9  referring to?
10    A      Absolutely.  I remember
11  that.  Absolutely.
12    Q      And what incident are they
13  referring to?
14    A      I'm going to the counter on
15  a ticket.  There's George and then
16  there's Cindy.  Cindy is George's
17  girlfriend, I didn't realize this, but
18  she's a nice lady.  I was talking to
19  Cindy.  I actually thought Cindy was a
20  very pretty woman.  I was taking to
21  Cindy.  George is getting upset I guess.
22  I didn't realize they were dating.  I had
23  no idea.
24          He starts yelling and
25  screaming at me.  I said that's enough,

M.H. Capogrosso

1
2  I'll talk to you about it later and
3  that's it.  But now I'm not allowed to
4  talk to a clerk.  I didn't know that
5  Cindy and George were dating and now I'm
6  not allowed to talk to Cindy.  So I was
7  talking to Cindy.  George got upset.  He
8  starts yelling and screaming at me.  I
9  said I'll talk to you about it later if
10  you want to talk and I said the word
11  talk.  I didn't threaten anybody.  I said
12  the word talk.
13    Q      Who told you that you
14  weren't allowed to talk to someone?
15    A      George was getting upset.
16  George was getting upset.  I don't know.
17  I was talking --
18    Q      Were you flirting with --
19    A      I wasn't flirting.
20    Q      Were you flirting with
21  Cindy?
22    A      Cindy's a beautiful woman.
23  Cindy was a beautiful woman.  Was I
24  flirting?  I don't know if I was
25  flirting.  Did I like Cindy?  Cindy was

M.H. Capogrosso

1
2  very pretty.
3          When I found out that they
4  were dating, I said that's it.
5    Q      What did you say to Cindy?
6    A      I wasn't flirting.  I
7  thought Cindy was a very attractive
8  woman.  Marisol Cervoni is a very
9  attractive woman.
10    Q      But what did you say to
11  Cindy on this day, January 5?
12    A      I don't remember.  I know it
13  was maybe how are you doing, what are you
14  doing for the weekend, are you going --
15  you know, maybe something to that.  I
16  don't know.  I don't remember the
17  specifics.
18          But I do remember I liked --
19  Cindy was a nice lady.  She was a nice
20  lady and she was a beautiful woman.
21    Q      Did you try to -- did you
22  try to fight Mr. Hon (phonetic)?
23    A      No.  Absolutely not.
24    Q      Did you block in his car?
25    A      Absolutely not.  If you look

24 (Pages 214 - 217)

Page 218

M.H. Capogrosso

1  M.H. Capogrosso
2  at the --
3     Q     What happened?
4     A     If you look at the affidavit
5  that George Hon wrote, George Hon wrote,
6  not what Bushra Vahdat said happened,
7  what George Hon wrote was that I was
8  sitting in my car, which I do after work,
9  to make phone calls to my clients, which
10  I'm required to do and that George
11  approached me, got out of his car. At
12  that point I get out of my car.
13        If somebody approaches me in
14  their car, stops their car -- if they
15  stay in the car, I stay in the car. If
16  you get out of your car, I'm getting out
17  of my car. And he approached me. That's
18  what George Hon wrote. Read it.
19     Q     So did you have any sort of
20  confrontation with George Hon out in the
21  parking lot?
22     A     I said what's the problem.
23  He started yelling and screaming at me
24  about this and that. I said what's the
25  problem. Then I find out they're dating.

Page 219

1  M.H. Capogrosso
2  I said fine, hands off, I don't need this
3  aggravation. She's a nice woman, but I
4  don't need the aggravation.
5     Q     So he yelled at you. You
6  didn't yell at him?
7     A     I'm sitting in my car like I
8  do every day. Either I go there, I sit
9  in a park, sometimes I go to the beach.
10  I'm sitting there, I'm making phone
11  calls. I'm sitting in my car.
12        Read what George wrote and
13  then read what Bushra Vahdat wrote, some
14  story, I'm blocking people. Read what
15  George wrote. He approaches me. He gets
16  out of his car. I'm sitting in my car.
17  That's the truth.
18     Q     And so did George and Bushra
19  lie?
20     A     George didn't lie. Bushra
21  lied. Bushra lied.
22     Q     Okay.
23     A     Bushra should not be a judge
24  if you make up a story like that.
25     Q     So, Mr. Capogrosso, you see

Page 220

M.H. Capogrosso

1  M.H. Capogrosso
2  this petition where 18 people sign a
3  letter saying that they believe that
4  you're a threat to their safety and that
5  your behavior is unstable.
6        What do you think that the
7  TVB should have done about this petition?
8     A     They should have shown it to
9  me, number one. They should have shown
10  it to me, number one.
11        Number two, they should have
12  told me exactly what I did, exactly what
13  I did and to give me an attempt to
14  resolve it. Give me an attempt to
15  resolve it. Give me the specifics, give
16  me a chance to apologize if I said
17  something wrong or I did something wrong.
18  Give me an opportunity to apologize.
19  Give me an opportunity to address it.
20  Tell me the specifics.
21        Now, the fact that you feel
22  intimidated by my presence, I can't help
23  that. I'm sorry, I can't. I am who I
24  am. I can't help it. I can't change it.
25  I am who I am. I've been very direct

Page 221

1  M.H. Capogrosso
2  with you, very direct to the Court. I am
3  who I am.
4        But if you feel that well,
5  maybe that's your own personal
6  insecurity. You might have personal
7  insecurities. They're not my
8  insecurities. They're your insecurities.
9  But give me the exact threats that I used
10  or what exactly I did.
11        But if you have personal
12  insecurity, don't put that personal
13  insecurity on me.
14     Q     Mr. Capogrosso, so this is a
15  petition which 18 separate people say
16  that they think that you're unstable and
17  a threat to their safety. How do you
18  feel about that?
19     A     I want to know the
20  specifics. I feel insulted, number one
21  and I feel improperly accused. Tell me
22  what I did. Give me an opportunity to
23  defend myself and respond and respond to
24  it and resolve it. Give me that
25  opportunity. Don't make --

25 (Pages 218 - 221)

M.H. Capogrosso

1
2    Q    Do you think you did --
3    A    Don't make accusations and
4  don't give me an opportunity to respond.
5    Q    Do you think you did
6  anything wrong to have 18 people feel
7  that you're a threat to their physical
8  safety?
9    A    I want to know the exact
10 specifics.  Tell me what I did.
11   Q    I know, but that's not the
12 question.  The question is --
13   A    No, I know.
14   Q    -- do you think you did
15 anything wrong?
16   A    I don't think I did anything
17 wrong, no, I do not.  My clients loved
18 me.  My clients --
19   Q    Do you think that -- do you
20 think that people get petitions written
21 about them with 18 signatures saying
22 they're a threat to their physical safety
23 if they haven't done anything wrong?
24   A    I don't know why they wrote
25 it.  Tell me what I did to threaten their

M.H. Capogrosso

1
2  physical safety.  Tell me what I did.
3  Listen, I'm a black --
4    Q    Do you think --
5    A    I'm a black belted martial
6  artist, I am.  Can I handle myself,
7  absolutely.  Am I more fearful what I
8  would do to somebody as to what they
9  would do to me, absolutely.  I walk away
10 from confrontations all the time.  I
11 don't want to get into it with anybody, I
12 don't.  I've been studying martial arts a
13 long time.  I've been in a boxing ring a
14 long time.  I don't want to have a
15 confrontation with anybody, I do not.  I
16 know how to handle myself.
17        That being said, if you feel
18 intimidated or threatened by me, I can't
19 help that.  That's my persona.  That's
20 who I am.
21        You tell me the specifics of
22 what I did and I will resolve it.
23   Q    Well, there were a number of
24 complaints that we've discussed and more
25 that we will.

M.H. Capogrosso

1
2    A    Sure.
3        MR. THOMPSON:  So,
4  Ms. MacDonald, can I ask you to
5  please mark this as Exhibit 7 if you
6  haven't already.
7    Q    One more quick note,
8  Mr. Capogrosso, you see how many of the
9  signatures on here, such as Marisol
10 Cervoni, supervisor as Roy Tucci, are
11 people who have already signed complaints
12 about your behavior; is that correct?
13   A    Well, they signed
14 complaints, yes.  Yes, I've seen the --
15 you presented them, I've looked at the
16 complaints and I've addressed them.
17   Q    And you feel that they were
18 wrong?
19   A    I've already explained them
20 to you.  The first time I saw them and
21 the first time I was given an
22 opportunity -- you want to talk about
23 Roy's?  I didn't bump into him.  Well, I
24 already explained my position on each
25 complaint --

M.H. Capogrosso

1
2    Q    Okay.
3    A    -- that you've presented.
4    Q    And so you feel -- is it
5  fair to say that you feel that these
6  complaints that they were threatened were
7  unfounded?
8    A    They're unfounded because
9  there's no basis for them.  Tell me what
10 I did.  They're absolutely unfounded.
11 Tell me what I did.  You don't have to
12 like me.  You know, good attorneys are
13 not liked.  I don't have to be liked to
14 do my job.  I have to do my job.
15        People don't like me.
16 Either they like me or they hate me, I
17 know that, but I don't have to be liked.
18 I was not shown --
19   Q    I think we have been --
20   A    Well, I have not been trying
21 to endear myself to the clerks.  I did
22 not.  I was there to do a job.  The one
23 time I tried doing it, talking to Cindy,
24 George got upset.
25   Q    So let's move on to a new

26 (Pages 222 - 225)

1       M.H. Capogrosso
2   exhibit.  I'm going to un-share my
3   screen.
4       MS. REPORTER:  Did you guys
5   take a lunch break yet before I came
6   on or --
7       MR. THOMPSON:  Would you
8   like one, Mr. Capogrosso?
9       THE WITNESS:  I don't need
10   my brakes.
11       MR. THOMPSON:  Ms. MacDonald
12   or Mr. Brodsky, you're also -- if you
13   would like one, we can certainly take
14   one.  I'm perfectly happy to keep
15   going.
16       MR. VIDEOGRAPHER:  You can
17   proceed Counsel, please.
18       MS. REPORTER:  I mean I'd
19   like at least every hour and-a-half a
20   five minute break because you guys
21   are going -- and this is my fourth
22   deposition of the day, so --
23       MR. THOMPSON:  We can take
24   a -- we can take a five minute break
25   if you'd like.

1       M.H. Capogrosso
2       MS. REPORTER:  Sure.
3       MR. THOMPSON:  Why don't we
4   do that and reconvene at one 1:20.
5       MR. VIDEOGRAPHER:  Okay.
6   The time is 1:15.  We are off the
7   record.
8       (A short recess was taken.)
9       MR. VIDEOGRAPHER:  The time
10   is 1:20.  We are on the record.
11       MR. THOMPSON:  Actually, I'm
12   having some problems here where it's
13   not letting me share my screen all of
14   a sudden.
15       Actually, can we go back off
16   the record while I figure out what's
17   wrong here?  My apologies.
18       MR. VIDEOGRAPHER:  Sure.
19   The time is 1:21.  We are off the
20   record.
21       (A short recess was taken.)
22       MR. VIDEOGRAPHER:  The time
23   is 1:22.  We are on the record.
24   Q       Mr. Capogrosso, I'm showing
25   you a document.  Do you recognize this

1       M.H. Capogrosso
2   document?
3   A       Yes.  I recognize the top,
4   yes.  Is this the one from Yaakov?  Yes,
5   absolutely, yes.
6   Q       And what is this document?
7   A       This is an affidavit from
8   Yaakov Brody about the incident that
9   occurred on December 22, 2011.
10   Q       And this is the document
11   marked P-92 in your production; correct?
12   A       Absolutely.
13       MR. THOMPSON:  And,
14   Ms. MacDonald, I'll ask that this
15   document be marked Exhibit 8.
16       (The above-referred-to
17   statement was marked as Exhibit 8 for
18   identification as of this date.)
19   Q       So who is Yaakov Brody?
20   A       He's an attorney that works
21   down there.
22   Q       Did you have a good
23   relationship with him?
24   A       I never talked to the man.
25   I mean I never talked to him really.  I

1       M.H. Capogrosso
2   knew he was down there, but I never
3   really had any conversation with him
4   until the morning of -- I thought it was
5   December 22nd of December.  He says
6   December 21, 2011.
7   Q       And so you never talked to
8   him before this?
9   A       Not really, no.  He --
10   Q       Okay.
11   A       He used to like to schmooze
12   with the clerks all the time.  He was up
13   there for a half an hour at a time
14   talking to the clerks, not me.
15   Q       So Mr. Brody writes
16   "Mr. Capogrosso walked in and went to
17   reach for his briefcase which was lying
18   on the floor next to me.  Mr. Capogrosso
19   then said excuse me so I could move over
20   so that he could get to his briefcase.
21   He already had plenty of time, but
22   regardless I shifted my body so he would
23   have even more room to reach for his
24   belongings."
25       Do you recall any of this?

27 (Pages 226 - 229)

Page 230

1          M.H. Capogrosso
2     A     Yeah.  It's not the truth.
3  I'll tell you what happened.  I go in the
4  morning in the attorney's room, which is
5  about six feet long by about four feet
6  wide.  It's a very small area.  I get a
7  cup of coffee in the morning and the New
8  York Post.  I get my coffee, I put it
9  under the bench -- under the bench with
10  my briefcase because I don't want my
11  coffee spilling on anybody's papers.
12          That day Brody is there.
13  He's right in front of my coffee.  I say
14  excuse me, may I please get me coffee?
15  Excuse me, can I get my coffee?  Brody
16  tells me excuse yourself, go fuck
17  yourself, you Jew hater anti-Semite.  I
18  said what?
19          I get my coffee.  I walk
20  away.  I come back -- I go in the
21  courtroom, I argue a case.  I come back,
22  put my coffee down where it was again and
23  Brody's right there, right -- right in
24  front of the coffee between -- the
25  coffee's under the bench.  He's right

Page 231

1          M.H. Capogrosso
2  where the bench is and he says to me
3  again -- I say excuse me, can I get my
4  coffee?  He says excuse yourself, go fuck
5  yourself you Jew hater anti-Semite.
6          That's what I remember and
7  that's what happened.
8     Q     And what happened after
9  that?
10     A     Then after that he walked
11  out about 20 feet away, he's looking in
12  and Mr. Jeff Meyers came in to talk to me
13  as to what happened.
14     Q     And then?
15     A     And then I threw a punch in
16  the vicinity of a wall, not in the
17  vicinity of anyone.  I didn't hit the
18  wall, I wasn't charged and I was not
19  arrested.  I was mad.  The guy just told
20  me to go fuck myself twice.  I didn't hit
21  the wall.  I didn't hit Jeff Meyers.
22          I threw a punch in the
23  vicinity of a wall.  I didn't hit the
24  wall and I was not charged and I was not
25  arrested and I was required to take an

Page 232

1          M.H. Capogrosso
2  anger management course.
3     Q     And did anything happen
4  after that?
5     A     That's it.  Nobody took my
6  affidavit.  Nobody asked me my story.
7  There's affidavit after affidavit after
8  affidavit here from lawyers who said they
9  were there, but the lawyer that was
10  actually there, me, got no opportunity to
11  explain what happened, nothing.
12          But Yaakov Brody gets to --
13  who created this incident, told me to go
14  fuck myself twice, gets the opportunity
15  to write an affidavit.  He states at one
16  point I'm going to hit you with my
17  briefcase.  I'm not the type of guy who's
18  going to hit you with a briefcase.  I'm
19  not.  If there's an incident and I got to
20  defend myself I will, but I'm not going
21  to hit you with my briefcase.
22          A lying lawyer at the DMV
23  who wanted me out, for what reason I
24  don't know.  I was making too much money
25  in his presence.  That's what I stated

Page 233

1          M.H. Capogrosso
2  and that's what I'll hold to.
3     Q     So your testimony is that
4  Mr. Brody just said fuck you, you Jew
5  hater anti-Semite out of nowhere?
6     A     Yeah.  I walked in in the
7  morning as I always did.  I get coffee at
8  the deli.  I get a paper at the deli.  I
9  like the Post.  I take my coffee, before
10  I go in the courtroom I put it under the
11  bench.  I do it the same way all the
12  time.
13          I was reaching for my
14  coffee, for whatever reason he decided to
15  come at me this morning.  Do I think he
16  was put up to it?  I think so.  I think
17  Bushra Vahdat who had just come on maybe
18  wanted me out, I don't know and this was
19  her opportunity to get me out.  So she
20  created this incident, that's my opinion.
21          I was blindsided.  I can
22  have an opinion though.  But this is the
23  first time I think I was blindsided.
24  That's my opinion.  Vahdat, Gelbstein
25  wanted me out and maybe they put this

28 (Pages 230 - 233)

Page 234

M.H. Capogrosso

1    attorney up to it because out of the blue
2    he just happens to say this.
3         My mind was --
4    Q    Why would --
5    A    You got to let me finish.
6    My mind was someplace else.  It was right
7    around Christmas time.  I'm not really
8    thinking.  I'm thinking about I got to
9    buy Christmas presents and what I'm
10   buying for who.  That's where my mind was
11   on that morning.  But that's what
12   happened.
13   Q    Why would Bushra Vahdat and
14   Alan Gelbstein want you out?
15   A    Bushra Vahdat -- well, they
16   had complaints against me from the
17   clerical staff, right and they had to
18   have a reason to have me removed and this
19   would have been an excellent reason,
20   right.  They had all these complaints
21   that they were filing against me.  There
22   was no sum and substance to any of them,
23   right.
24        But in order to get me

Page 235

M.H. Capogrosso

1    removed they needed an incident like
2    this, so they created one.  They
3    didn't -- they didn't have no -- they had
4    no basis to grieve me.  There was no
5    grievance filed against me.  They grieved
6    in Emig Tieg (phonetic) in Manhattan
7    North because they had a basis for that,
8    but they had no basis to grieve me
9    because there was no sum or substance to
10   any of these complaints, otherwise they
11   would have, so they created an incident.
12   That's my opinion.
13        And I was blindsided.  My
14   mind was someplace else, it was Christmas
15   time and I took the bait.  I did the
16   right thing.  I did throw a punch at a
17   wall.  I didn't hit the wall because I
18   was upset.  What makes me a Jew hater
19   anti-Semite?  What nerve does this
20   attorney have to call me a Jew hater
21   anti-Semite?  I'm working down there 10
22   years.  There's not one complaint from a
23   motorist or a client that I used an
24   anti-Semitic remark or a racist remark.

Page 236

M.H. Capogrosso

1    What right does this man
2    have to call me an anti-Semite Jew hater?
3    Q    So why would he think that
4    you're a Jew hater anti-Semite?  Why
5    would he say that out of nowhere?
6    A    Let me know.  I'd like --
7    why don't you ask him?  Why don't you ask
8    him?  Ask this Mr. Yaakov Brody.
9    Q    Had you ever --
10   A    I'm making too much money in
11   his presence?  I don't know.  I'm an
12   Italian America down there.  I'm
13   surrounded by Jewish lawyers.  Most of
14   the lawyers down there are Jewish.  Most
15   of the judges are Jewish.
16        Maybe I'm making too much
17   money.  I don't know.  Maybe I saw what
18   Judge Gelbstein was doing with the ticket
19   brokers.  I don't know.  But this guy had
20   it in for me --
21   Q    Had --
22   A    -- and I took the bait.
23   Q    Had you ever discussed Jews
24   or Judaism with Mr. Brody before this?

Page 237

M.H. Capogrosso

1    A    Absolutely not.  Listen, I
2    was there 10 years, 10 years I was there.
3    Look at the complaints against me.  Not
4    one client or motorist made a statement
5    that I made an anti-Semitic or a racist
6    remark, not one.
7        Now I have to have this
8    lawyer call me a Jew hater anti-Semite.
9    For what reason?
10   Q    So had you had conversations
11   with Jews -- about Jews or Judaism at all
12   with anyone previous to this?
13   A    No.  I don't -- no, no.  I
14   don't care who you are, what religion you
15   are.  I'm Catholic.  I don't care what
16   you want to be.  You're Jewish, fine.  Do
17   whatever you like.  God bless.  I could
18   care less.
19        You look at the motorists
20   and the clients that I represented,
21   they're all nationalities, all races, all
22   of them.  Not one indicated I made an
23   anti-Semitic or a racist remark and I'm
24   dealing with thousands, almost 850

29 (Pages 234 - 237)

M.H. Capogrosso

1          M.H. Capogrosso
2  clients I had on the docket.  I'm dealing
3  with hundreds of clients on a monthly
4  basis.  Not one made a statement that I
5  made any type of statement, any type of
6  racist or anti-Semitic statement, not
7  one.
8          I took this very personally
9  and I had to go to an anger management
10  course because I did take it personally.
11     Q     So Mr. Brody writes that
12  "Mr. Capogrosso lashed out at me and said
13  he was being nice by saying excuse me and
14  next time he would simply hit me with his
15  briefcase" and you said you never said
16  that; correct?
17     A     I would never hit you with
18  my briefcase.  If I'm going to hit you,
19  I'm going to hit you.  If I'm going to --
20  if I have to -- if it comes to the point
21  where I've got to hit you, I'm going to
22  hit you.  All right.
23          If I have to defend myself
24  against a physical attack, a knife, a
25  gun, I'm going to hit you or I'm going to

M.H. Capogrosso

1          M.H. Capogrosso
2  get hit, but I'm not going to hit you
3  with my briefcase.  That's not something
4  I would do.
5          This guy, Yaakov Brody, I
6  don't know what type of man he is, but
7  I'm not going to hit you with my
8  briefcase.  That's an absolute lie.  I am
9  not the type of guy who's going to hit
10  you with a briefcase.
11     Q     So he writes that you
12  proceeded to tell him that the next time
13  you see him you better get out of his
14  way.
15     A     That's not true.
16     Q     Did you say that?
17     A     No, absolutely not.  Get out
18  of my way for what reason?  We are both
19  working in the same building.  How is he
20  going to get out of my way?  We are both
21  attorneys at the same location.  How is
22  he going to get out of my way?
23     Q     He writes that there were
24  three other attorneys in the room.  Do
25  you remember there being anyone else in

M.H. Capogrosso

1          M.H. Capogrosso
2  the room?
3     A     I remember -- let me think.
4  The first time, no, it was just me and
5  him.
6          The second time I went back
7  and I put my -- I went to the courtroom
8  and I came back and I said this guy
9  must -- I don't know.  He was there in
10  the same location.  My coffee, I put my
11  coffee back under the chair.  He was
12  exactly in the same exact location as the
13  first time.
14          At that time -- who was in
15  there at that time?  I think -- there was
16  another attorney.  It wasn't Rick Maher,
17  that I know.  He wasn't there.  There was
18  another lawyer there, but I forgot the
19  guy's name.  I forgot.  There was one
20  other lawyer there, but I forgot the
21  guy's name.  It wasn't Meyers, but there
22  was another lawyer there.
23     Q     So he writes that you took a
24  seat across from Mr. Brody and complained
25  that you didn't -- that he didn't give

M.H. Capogrosso

1          M.H. Capogrosso
2  you enough room.  He continued to ignore
3  you he says.
4          Then he writes, quote,
5  "Eager to show how angry he really was,
6  he took his coffee cup which still had
7  some coffee inside and threw it my
8  direction toward the garbage can that was
9  next to me."
10          Did you throw the garbage --
11  the coffee cup?
12     A     First of all, we are in a
13  lawyers' room that's six feet by about
14  four feet wide.  There's bench on either
15  side.  All right.  I'm allowed to go in
16  the lawyers' room.  Even after -- I'm
17  allowed to go in.  My briefcase was in
18  there, number one.  I wanted to make sure
19  nobody touched my briefcase.  I had my
20  files in it.
21          Number two, my coffee's
22  still there in the lawyers' room because
23  I can't bring it into a courtroom.  So I
24  get my coffee now.  Now, I'm sitting
25  there and he comes in and sits there next

30 (Pages 238 - 241)

Page 242

M.H. Capogrosso
1
2 to the garbage can, this Brody.  I finish
3 my coffee cup.  I said this guy is going
4 to start in on me again.  Now he's going
5 to come at me for the third time.  I
6 finish my coffee and as I'm leaving, he's
7 sitting right next to the coffee -- right
8 next to the garbage can.  I threw my
9 empty cup, which I'm allowed to do, into
10 a garbage can.  I didn't throw it at him.
11 I threw it into a garbage can and I
12 walked out.
13        And he came -- when I was in
14 there first and then he comes back in for
15 a third time and then he goes -- then
16 what do you call it, Meyers comes in,
17 into there and says what's going on, Jeff
18 Meyers who was a lawyer.  That's what
19 happened that day.
20    Q    So Mr. Brody writes that "I
21 complained to Mr. Capogrosso that this
22 was not civilized behavior and I did
23 nothing to warrant such hostility.
24 Enraged, Mr. Capogrosso went on a rant on
25 how I was a, quote, Jew fucking cunt, a

Page 243

M.H. Capogrosso
1
2 phrase which he repeated about six or
3 seven times."
4        What's your memory of what
5 happened here?
6    A    Well, I might have said
7 that.
8        MS. REPORTER:  Wait, hold
9    on.  My machine just stopped writing.
10   Let me read what I have and then pick
11   up from there.
12        (The requested portion was
13    read back by the Court Reporter.)
14    A    Well, the man just told me
15 to go fuck myself twice, I'm a Jew hater
16 anti-Semite.  Now out of the blue I'm
17 making a statement like this, you Jew
18 fucking cunt?  First of all, he is a Jew.
19 The word fucking, I might have used that
20 and the C word, I'm not sure.
21        But was he acting like a
22 real man on that date provoking a fight
23 when I say excuse me, can I get a cup of
24 coffee?
25        I mean I don't recall making

Page 244

M.H. Capogrosso
1
2 the statement.  I know I was mad.  I was
3 mad and I did take an anger management
4 course and I was blindsided, but all I
5 did was say excuse me can I get my
6 coffee.
7        And if you look at the
8 affidavit from Tahir, it states that I
9 said excuse me twice.  That's all I have
10 to say about that.
11    Q    Mr. Brody writes that after
12 that you went on to say that the place
13 was run by Jews.  Did you say that?
14    A    I don't recall saying that,
15 but all the --
16    Q    Did you --
17    A    There are Jewish -- Judge
18 Gelbstein is Jewish.  It's a true
19 statement.  It is a true statement.  Most
20 of the judges down there, it's a true
21 statement.  Bushra Vahdat is a Jew.  Ida
22 Traschen is a Jew.  I am an Italian
23 American.
24        Is it a true statement,
25 yeah.  Did I say that?  I don't recall

Page 245

M.H. Capogrosso
1
2 saying it.  But is it a true statement,
3 yeah, most of the judges in the Brooklyn
4 TVB were Jewish, yes.  Most of the
5 lawyers were Jewish.
6        I'm trying to understand in
7 my head why this guy is telling me to go
8 fuck myself, I'm a Jew hater anti-Semite
9 when I've been there since 2005 and you
10 don't have a complaint or an allegation
11 from a client that I ever acted in this
12 manner or said anything to a client or
13 motorist.
14        What is making this guy say
15 this to me I'm trying to think and I
16 still can't figure it out, other than he
17 was put up to it, other than he was put
18 up to it and I took an anger management
19 course because I did throw a punch at a
20 wall and I should not have thrown -- have
21 done that, but I -- what do you want me
22 to do?  I'm a human being.
23    Q    So I'm not sure if I was
24 quite clear.  Did you -- did you actually
25 say that the place was run by Jews?

31 (Pages 242 - 245)

Page 246

1        M.H. Capogrosso
2    A    I don't recall saying that,
3  but is that true that it is mostly Jewish
4  judges, yes, that's a true statement.  Do
5  I remember saying it, no, I don't
6  remember saying it.  But is it true, yes,
7  it is true.
8        All my accusers in this
9  case, Judge Gelbstein, Ida Traschen,
10  Bushra Vahdat, Yaakov Brody who started
11  this is Jewish, are Jewish.  I'm an
12  Italian American.  That's a true
13  statement.
14    Q    Do you think -- does it make
15  a difference that they're Jewish or that
16  you're Italian?
17    A    No.  I don't care who you
18  are.  I treat everybody the same.  I
19  treat everyone respectfully.  I treat
20  everyone respectfully.  Look at the --
21    Q    And do you --
22    A    Look at my clients, there's
23  not one accusation from a client that I
24  used -- and there's all different
25  nationalities I'm dealing with down in

Page 247

1        M.H. Capogrosso
2  Brooklyn TVB, Russian, Jewish, Italian,
3  Arabic, Muslim, not one from a client or
4  a motorist, that I used an anti-Semitic
5  or racist remark.
6        The only racist here is
7  Judge Gelbstein who told me a spade is a
8  spade.
9    Q    Does it make a difference
10  that many of the people in leadership at
11  the DMV are, in fact, Jewish?
12    A    No.  I could care less.  God
13  bless, you got a job, God bless.
14  Actually, the best judges were the Jewish
15  judges.  In a courtroom, Gelbstein gave
16  you the best chance.  Bonstein
17  (phonetic), I mean not Gelbstein,
18  Bonstein gave you a great chance to win.
19  Chauney (phonetic) gave me a great
20  chance.  Tilman gave me a great chance to
21  win.  What do you call it?
22        The best judges were the
23  Jewish judges in the courtroom for me.
24  Walters gave me good -- Walters gave me a
25  terrible choice to win.  Ross gave me a

Page 248

1        M.H. Capogrosso
2  bad choice.  Who else was there?
3  Esposito, he gave me a -- he eventually
4  got better, but at the start he was very
5  tough.
6        But the best judges at the
7  start for me doing my job were Bonstein,
8  Tilman and Chauney.  They were the best.
9  Abish (phonetic) was great in a courtroom
10  for a lawyer in dealing with these cases.
11    Q    So, Mr. Capogrosso,
12  yesterday at his deposition Judge
13  Gelbstein testified that you called him
14  to his face a beanie wearing Kike; is
15  that true?
16    A    That's an absolute lie.
17  That is an absolute lie.  That judge
18  should be taken off the bench for making
19  a statement like that.  That is an
20  absolute lie.  That is a judge who wrote
21  that affirmation after I was removed from
22  the Brooklyn TVB because of this incident
23  in 2011 he wrote that affirmation.  You
24  don't see that -- you don't see that
25  documented anyplace until after I was

Page 249

1        M.H. Capogrosso
2  removed.
3        That is an absolute lie by
4  that judge.  He doesn't indicate the
5  circumstances for which I said it or does
6  anybody corroborate it, anybody witnessed
7  it.  That is an absolute lie and that
8  judge should be removed because he made
9  that statement to get me kicked out and
10  that is why I'm looking for punitive
11  damages.
12        That is a lying lawyer
13  acting as a judge who should be taken off
14  the bench.
15    Q    And why at this point did he
16  want you kicked out?
17    A    I don't -- why did he
18  want -- you saw all the affidavits
19  written about me.  He wanted me out.  You
20  saw all the clerks' affidavits.  He
21  wanted me out.  I was -- maybe I was
22  making too much.  I don't know why.  He
23  wanted to keep things nice and quiet down
24  there so he could get a piece of the
25  action.

32 (Pages 246 - 249)

Page 250

```
 1          M.H. Capogrosso
 2      I don't know why he wanted
 3  me out, but I never made that statement.
 4  Never made that statement to him.
 5      Q    So Mr. Brody writes that
 6  when he protested to you how he could use
 7  the language about being Jewish that you
 8  stated "What do you care, just call me a
 9  fucking Italian ginny."
10      A    That should be Gini, but I
11  never recall saying that.
12      Q    You never said that?
13      A    No.  I know I was upset.  I
14  walked in that morning and I was having a
15  personal problem with some woman I was
16  dating at the time and I'm thinking what
17  present I have to buy her and my head was
18  not there with buying this woman a
19  present and next thing you know I get
20  blindsided because I'm saying excuse me,
21  can I get my coffee and he blindsided me.
22      Q    And is it safe to say so
23  you -- let me withdraw that question.
24      So, Mr. Capogrosso, you
25  believe that Mr. Brody lied in this
```

Page 251

```
 1          M.H. Capogrosso
 2  complaint; correct?
 3      A    Absolutely, the whole thing,
 4  the whole thing.  I pointed them out.
 5  I'm not hitting you with my briefcase.  I
 6  am not going to hit you with my
 7  briefcase.  I never heard of such
 8  nonsense.  I am not the type of guy who's
 9  going to hit you with a briefcase.  I
10  never heard of that nonsense.
11      There's no reason for me to
12  act like this in the morning when I say
13  excuse me to the man.  I go from excuse
14  me to go fuck -- I go from that, I say
15  excuse me, I'm trying to be polite.
16      Come on, a lying lawyer at
17  the DMV wanted me out.  I don't know why.
18  I think Bushra Vahdat and Alan Gelbstein
19  put him up to it.  That's my opinion.
20      Q    Okay.  So let's move on.
21      MR. THOMPSON:  This I
22      believe was marked as Exhibit 8.  If
23      we didn't do that, let's please mark
24      it that way.
25      Let me close out of this and
```

Page 252

```
 1          M.H. Capogrosso
 2  out of the Screen Share.
 3      (The above-referred-to
 4  statement was marked as Exhibit 9 for
 5  identification as of this date.)
 6      Q    Mr. Capogrosso, can you see
 7  this document?
 8      A    Yes.
 9      Q    And this document is from
10  your production marked P-250; correct?
11      A    Yeah.  This is from Richard
12  Maher, yes.
13      Q    And what is this document?
14      A    Well, that was an affidavit
15  that another attorney got to write, I
16  never got to write my affidavit as to
17  what happened, who was not even in the
18  room that day.  Maher was not even in the
19  room.  I know Brody was in the room at
20  the first one, the time he said excuse
21  me, go fuck yourself.
22      And then the second time
23  there was another attorney, I forgot the
24  guy's name, but it wasn't Maher.  Maher
25  was not even in the room.  I don't think
```

Page 253

```
 1          M.H. Capogrosso
 2  he was even there that day, but I'll go
 3  through it, what I remember.
 4      Q    So who is Richard Maher
 5  before we get too far?
 6      A    He's a lawyer down there
 7  that worked at the TVB.
 8      Q    Did you have a good
 9  relationship with Mr. Maher?
10      A    I never talked to the guy
11  that much.
12      Q    And for the transcript Maher
13  is M-A-H-E-R; correct?
14      A    I don't know how he spells
15  his name.  I don't know.
16      Q    It's spelled that way on
17  here.
18      A    Right.  I don't know how he
19  spells it.
20      Q    So is it correct to say that
21  this statement corroborates Mr. Brody's
22  account?
23      A    I don't know.  I don't know.
24  That's his version.  I don't know if it
25  corroborates it or not.  I don't know.
```

33 (Pages 250 - 253)

Page 254

M.H. Capogrosso

1   M.H. Capogrosso
2   He wasn't in the room.  They could be
3   making up -- they could have corroborated
4   the story after the fact.
5          The man was not in the room.
6   I know who was in the room.  I was there.
7   This man was not in the room.
8   Q      So it's your testimony that
9   Mr. Maher made up what's in this
10  statement?
11  A      Well, tell me exactly which
12  portions.  He was not in the room that
13  day.  I remember it very, very
14  distinctly.
15  Q      Sure.
16  A      He was not in the room.
17  When Brody came in and I said excuse me,
18  me and him were the only ones there.
19          When I came back again,
20  there was another attorney there.  I
21  forgot the man's name.  It wasn't this
22  attorney.  Maher was never anyplace to be
23  seen.
24  Q      So first off I'll note he
25  says that the lawyers' room can

Page 255

1   M.H. Capogrosso
2   accommodate up to a dozen attorneys; is
3   that right?
4   A      The lawyers' room is
5   precisely I would say six to eight feet
6   long, five feet wide.  There are benches
7   that are at least, what, a foot in width,
8   so that leaves about three feet to walk,
9   three feet between the benches.  Eight
10  feet, six to eight feet long, five feet
11  wide, the benches are a foot, that's the
12  dimensions.
13          I don't think it could fit
14  12, no.  I don't believe so, no.
15  Q      Mr. Maher writes "When
16  Mr. Capogrosso entered, he asked
17  Mr. Brody to move so he could sit.
18  Mr. Brody did his best to reasonably
19  comply with this request.  The bench
20  contained the belongings of other
21  attorneys and Brody in fact tried to make
22  more room so that Capogrosso could sit."
23  Then there's a parenthetical here.
24          "Far from acknowledging
25  Mr. Brody's attempt to show him courtesy,

Page 256

M.H. Capogrosso

1   M.H. Capogrosso
2   Capogrosso grumbled about Mr. Brody's
3   lack of decorum and began to berate
4   Brody."
5          So that's basically the same
6   version of events that Mr. Brody said;
7   correct?
8   A      No, it's not.  It's not what
9   happened.  I'm not looking to sit down.
10  I'm looking to get my coffee.  I have to
11  go in the -- I'm looking to get my
12  coffee.  I'm not looking to sit down.  I
13  said excuse me, can I get my coffee.
14  Those are the words I actually stated.
15          I'm not looking to sit down.
16  My coffee is already under the bench.  My
17  briefcase is already under the bench.
18  I'm looking to get my coffee so I can
19  have some coffee before I go into the
20  courtroom to argue my cases.  I'm not
21  looking to sit down.  It's not correct.
22  Q      And when he says that you
23  began to berate Brody; is that correct?
24  A      No.  I said excuse me very
25  politely, can I get my coffee.  He said

Page 257

1   M.H. Capogrosso
2   excuse yourself, go fuck yourself you Jew
3   hater anti-Semite, at which point I took
4   my coffee and I walked away.  I came
5   back, I put my coffee under it.  He -- I
6   had some coffee, I put it back under the
7   bench so I could go argue my case.
8          I come back, he's standing
9   in the same place again and tells me
10  again excuse myself, go fuck myself.
11  Q      Mr. Maher writes "Capogrosso
12  then began to inveigh against Brody in
13  vituperative terms as his temper
14  continued to rise beyond all reason given
15  the fact that Brody was extending
16  courtesy to him by now under duress."
17  A      That -- this is an absolute
18  lying lawyer at the DV -- at the TVB
19  again.
20  Q      So why would Mr. --
21  A      I don't --
22  Q      Why would Mr. Maher lie?
23  A      Let me finish.  Okay.
24  Finish your question.  Go ahead.
25  Q      I'm sorry.  Part of the

34 (Pages 254 - 257)

M.H. Capogrosso

1
2 problem is you speak and then you pause
3 and then I think you're done and then I
4 start talking.
5     A     What's the question?
6     Q     So why would Mr. Maher lie?
7     A     Ask Mr. Maher.  I have no
8 idea.  This is not what happened.  I'm
9 telling you what happened.  I'm not
10 getting this angry over nothing.  I'm not
11 getting this angry if Brody didn't
12 approach me and tell me to go fuck myself
13 twice.  I'm not getting angry like this
14 and upset like this if the man didn't
15 approach me and tell me to go fuck myself
16 twice when all I said to the man was
17 excuse me, can I get my coffee.
18         Now write whatever you like,
19 but no man's going to get angry like this
20 unless he's told to go fuck himself
21 twice.
22     Q     So you have no idea why
23 Mr. Maher would write this?
24     A     I have no idea.  Maybe
25 they're friends.  I don't know.  I don't

M.H. Capogrosso

1
2 know.
3     Q     Do you have a suspicion?
4     A     No.  I don't know.  Maybe
5 they're two Jewish American attorneys and
6 I'm an Italian American attorney and
7 they're ganging up on me.  I don't know.
8 You figure it out.  You ask them.  I
9 don't know.
10     Q     Did you --
11     A     That's a fact.  He --
12     Q     Did you think that
13 Mr. Maher --
14     A     I don't know.  Go ahead.
15     Q     Did you think Mr. Maher
16 wanted you out?
17     A     I don't know if he did or
18 not.  I never talked to the man.  I
19 didn't like him.  I didn't like the way
20 he handled cases.  Did I like the man,
21 no.  Did I dislike him, no, I really
22 didn't care.  He had a job to do, I had a
23 job to do.
24         I wasn't -- I wasn't
25 required to like other attorneys.  I was

M.H. Capogrosso

1
2 required to do a job.  You know, I choose
3 my friends very carefully.  I get -- you
4 know, I choose them very carefully.  I
5 don't have to like everybody in this
6 world.
7         Did I like his approach, no,
8 but he had -- he had his right to do his
9 job.  I had a right to do my job.
10     Q     Mr. Maher --
11     A     I don't have to like you.
12     Q     Mr. Maher writes again that
13 your remarks, quote, "became intensely
14 personal, directed at Brody, his person
15 and his culture, his ethnicity and his
16 very humanity."  Is that true?
17     A     He told me to go fuck myself
18 twice.  Did I call him a fucking Jew
19 cunt?  I probably called him a fucking
20 something.  I don't remember exactly the
21 words I did, but if you're going to tell
22 me to go fuck myself, I am going to
23 respond, all right.
24     Q     So this --
25     A     If you tell me to go fuck

M.H. Capogrosso

1
2 myself twice, that I'm an anti-Semite Jew
3 hater, that I'm making too much money
4 it's my opinion in your presence, I'm
5 going to respond.  I'm going to respond.
6 I think any normal man would respond,
7 whether an attorney or not.  Outside of a
8 courtroom when it's not -- any normal man
9 is going to respond to an accusation like
10 that.
11         So is this man lying, yeah,
12 he's lying.
13     Q     So Mr. Maher writes, quote,
14 "Nothing Brody did or said during
15 Capogrosso's verbal attack was in any way
16 provocative or confrontational."
17     A     Well, first of all --
18     Q     Do you see that?
19     A     Yeah.  Maher wasn't in the
20 room on the first instance.  He wasn't
21 there on the second incident either, so
22 he doesn't know what Brody said to me.
23 Brody told me excuse yourself, go fuck
24 yourself, you're a Jew hater anti-Semite
25 twice, not once, twice.  The first time I

35 (Pages 258 - 261)

Page 262

M.H. Capogrosso

1  walked away.  The second time I said
2  what's going on with this guy.  He said
3  it twice to me and I was never given an
4  opportunity to write my affidavit.
5     Q    So Mr. Maher writes that
6  Mr. Brody spoke up strongly, quote, "when
7  Capogrosso referred to him as a fucking
8  Jew cunt."
9        So there's the language
10  again.  Does that refresh your memory at
11  all?
12     A    Did I say something to
13  Brody, yeah.  Yeah, I did.  I don't know
14  if I called him a Jew cunt.  Is he a Jew,
15  yeah.  Did I use the word fuck, I might
16  have.  Was he acting like a man at this
17  point, no, not in my estimation.
18        If you provoke a fight like
19  that and you say this out of the blue,
20  was he acting like a real man, no, he
21  wasn't acting like a man.
22        Did I use those words?  I
23  don't think I used the word -- I don't
24  know what I said, but I probably said
25

Page 263

M.H. Capogrosso

1  something, but I don't know exactly what
2  I said, but I did say something.  I was
3  mad.  The man got me --
4     Q    He said --
5     A    The man blindsided me, got
6  me thrown out of the DMV, blindsided me.
7  I was thrown out of the DMV the next day
8  by Gelbstein telling me I'm not welcome
9  here anymore.  I was never given an
10  opportunity to write an affidavit to say
11  what I had to say, my version of the
12  story, by anybody.
13        Judge Gelbstein, Bushra
14  Vahdat, Ida Traschen, never given an
15  opportunity to write my affidavit, where
16  every attorney got an opportunity to
17  write an affidavit.  I was thrown out.  I
18  had to take an anger management course
19  that cost me $10,000.  So was I upset
20  that day, yeah, I was upset.
21     Q    Mr. Maher writes that
22  Michael Beer spoke up and said that you
23  crossed the line of decency.  Do you
24  remember Michael Beer saying anything?
25

Page 264

M.H. Capogrosso

1     A    Michael Beer was the other
2  attorney in the room the second time.
3  The second time Beer was there.  Now you
4  refreshed it, yeah.  Michael Beer was the
5  other attorney.  He wasn't there the
6  first time.  He was there the second
7  time, that I remember, Beer.  Beer was
8  there.
9        When Brody was standing in
10  front of the coffee again and I said
11  excuse me, can I get my coffee, so Beer
12  was in the -- was in the room the second
13  time that Brody did this to me.
14     Q    And Mr. Maher writes that
15  you, quote, "expressed the belief that
16  the DMV was in fact run by fucking Jew
17  cunts;" is that correct?
18     A    I don't remember saying that
19  exactly.  I don't remember saying that,
20  no.  Is it run by Jewish judges and
21  lawyers, yeah.  Am I an Italian American,
22  absolutely.  Did Judge Gelbstein give me
23  an opportunity to write my affidavit and
24  response, no.  Did Bushra Vahdat give me
25

Page 265

M.H. Capogrosso

1  an opportunity, no.  Did Ida Traschen,
2  no.  They accepted this all as truth,
3  these affidavits, giving me no
4  opportunity to respond.
5        Now, most of the judges down
6  there are Jewish.  The best -- the best
7  judges in the courtroom were Jewish, I'm
8  not going to deny that, they were, but
9  these Jewish judges gave me no
10  opportunity to respond.
11     Q    So let's move on to the next
12  exhibit.
13     A    Please.
14     Q    Mr. Capogrosso, can you see
15  this exhibit?
16     A    Yes.
17     Q    And you can see this is from
18  your production and marked P-96; correct?
19     A    Yes.  This is a Sadiq Tahir,
20  yes.
21     Q    Do you recognize this
22  document?
23     A    Yes.
24     Q    And what is it?

36 (Pages 262 - 265)

Page 266

M.H. Capogrosso

1        M.H. Capogrosso
2     A     It's an affidavit from
3   Tahir, another attorney, who had the
4   opportunity to write an affidavit and I
5   didn't as to what happened.
6         MR. THOMPSON:  And,
7     Ms. MacDonald, can we mark this as
8     Exhibit 10.
9         (The above-referred-to
10    statement was marked as Exhibit 10
11    for identification as of this date.)
12    Q     So, Mr. Capogrosso, who is
13  Sadiq Tahir?
14    A     He's a lawyer at the
15  Brooklyn TVB.  We were friends at one
16  point in time, really good friends.  We
17  used to go out drinking together.
18    Q     When was that?
19    A     Before this incident.  We
20  used to go out all the time.  We used to
21  hang out at the same clubs.  We used to
22  hang out.  We both drank.  We used to go
23  out drinking in Brooklyn.
24    Q     Mr. Capogrosso, do you know
25  what Mr. Tahir's current status is?

Page 267

1        M.H. Capogrosso
2     A     I think he's passed.  I
3   think he died.
4     Q     I heard that, too.  You
5   know, I don't --
6     A     I don't know.
7     Q     I heard people say that, but
8   I don't know if it's actually true.
9     A     I don't know either, but we
10  were friends at one point in time.
11  Really -- I used to drive him -- I used
12  to drive him home at night.  He used to
13  ask me for a ride home.  We used to be
14  really close.  I went over to his
15  apartment.
16        This hurts me more than
17  anything, this affidavit.  We were
18  really, really close me and him.
19    Q     So then if you were so
20  close, why do you think he wrote this
21  statement?
22    A     I don't know what happened.
23  I don't know.  I know that he tells me
24  Mr. Capogrosso walked, and he's being
25  truthful here, and said excuse me.  I

Page 268

1        M.H. Capogrosso
2   did.  He says that and I did say that.
3   Maybe he was in the room.  I don't know.
4         "He moved to the side to
5   reach for his bag lying under the" -- "he
6   then said again excuse me."  I'm saying
7   excuse me twice.  Now Brody says why are
8   you being rude, you have enough -- I said
9   I didn't have enough room.  If I
10  didn't -- if I had room enough to get my
11  coffee -- this -- why would I say excuse
12  me?
13        That's when Brody says
14  excuse yourself, go fuck yourself, I'm a
15  Jew hater anti-Semite.
16    Q     So up until this point when
17  he talks about saying excuse me, is
18  Mr. Tahir's account correct?
19    A     I don't know.  What point?
20  Mr. Capogrosso walked into the room.  I
21  did do that.  I said excuse me.  I did do
22  that.  I was looking for my coffee.  Now,
23  Brody didn't move away.  I had to say
24  excuse me twice.  I had to say it twice.
25        I have to be expelled from

Page 269

1        M.H. Capogrosso
2   the Brooklyn TVB because I'm asking an
3   attorney back in December of 2011 excuse
4   me, can I get my coffee.  I have to be
5   expelled and take an anger management
6   course because this lawyer couldn't just
7   move to the side and let me get my
8   coffee.  He had to call me -- tell me I'm
9   a Jew hater, fuck you I'm a Jew hater and
10  I'm the cause of this now.
11        But go ahead, I'm listening.
12    Q     Mr. Tahir writes "Mr. Brody
13  said you have enough room.  Why are you
14  so rude.  Mr. Capogrosso got so upset
15  that he started shouting against Jews.
16  Mr. Beer who was also sitting in the room
17  asked Mr. Capogrosso that it's enough,
18  that you -- it's enough, you can't curse
19  Jews."  Is that correct?
20    A     Beer was in the room.  Beer
21  was in the room, that I remember.  I
22  remember -- said you had enough room -- I
23  didn't have enough room.  I said excuse
24  me, can I get my coffee.  He refused to
25  move the first time and then he -- then

M.H. Capogrosso
1
2 he's telling me excuse yourself, go fuck
3 yourself.
4       Then I come back, Beer is
5 there. I remember Beer. I'm not sure if
6 Sadiq was there and -- Sadiq must have
7 obviously been there because he does say
8 the words excuse me.
9       And he refused to be --
10 he -- then he said it again to me, excuse
11 yourself, go fuck yourself. At that time
12 I got upset. At that point I got upset.
13 He walked -- at that point I got upset.
14 Yes, I did, I'm not going to deny it. I
15 took an anger management course.
16    Q    So he writes that
17 "Mr. Capogrosso said you can call me a
18 fucking Italian Gini. Mr. Brody said
19 that you're an anti-Semite and you don't
20 belong in this place. Mr. Brody shouted
21 stop it and in the meantime Ms. Daniel,"
22 I guess that means Danielle, "Calvo came
23 into the room and tried to cool down the
24 situation." Is this correct?
25    A    I know Beer was in the room.

M.H. Capogrosso
1
2 I don't remember what he was saying. I
3 was upset at that point in time. Listen,
4 I was upset. You know, I don't recall
5 exactly what I said.
6       Did Calvo come out? Calvo,
7 if she came out she took everybody's
8 affidavit, every lawyers' affidavit but
9 mine. She took every lawyers' affidavit
10 but mine as to what happened.
11       Beer I do remember in the
12 room and that's it. That's all I
13 remember. That's what I remember.
14    Q    So is there anyone -- you
15 know, of what we've looked at so far, is
16 there anything that Mr. Tahir has written
17 that is untrue?
18    A    Well, I don't know. I don't
19 know. I'm not going to say that because
20 I'll admit to the fact I said -- that I
21 said excuse me, that's what I'll admit
22 to. I don't know about the rest. I
23 don't recall the rest. I do remember
24 saying excuse me twice. I do -- I do
25 recall -- I do recall being upset. I

M.H. Capogrosso
1
2 was.
3       I do recall Beer being in
4 the room, that's what I remember. I
5 don't remember Calvo coming out, but
6 maybe she did. I know Maher was not in
7 the room, that I remember.
8    Q    So Mr. Tahir writes "A
9 little later Mr. Meyers came in the room
10 and" -- I can't actually quite read what
11 he says.
12    A    I have to apologize --
13 Meyers is asking me to apologize to
14 Brody. Meyers is asking me to apologize
15 to a guy that just told me to go fuck
16 myself twice. That's what I have to do.
17    Q    And what happened then?
18    A    I got -- I got upset. I got
19 to apologize to a guy that just told me
20 to go fuck myself twice? Are you kidding
21 me? I mean are you really kidding me?
22 That's when I threw the punch at the
23 wall. I didn't hit the wall. I wasn't
24 charged. I wasn't arrested. That's when
25 I really got -- he's asking me to

M.H. Capogrosso
1
2 apologize to a guy that just told me to
3 go fuck myself twice.
4       At that point Brody is
5 standing outside the -- outside the room.
6 He looks in and then he goes -- goes to
7 Judge Gelbstein. I think that's what
8 happened. I'm not sure.
9    Q    So Mr. Tahir writes that you
10 said to Mr. Meyers that I'll send you to
11 the hospital.
12    A    I never said that. I never
13 would say that. There's no reason for me
14 having -- being mad at Meyers. No reason
15 for me. Meyers didn't do anything.
16 Meyers just walked in the room. He's
17 asking me to apologize which is just
18 terrible because you know the truth
19 doesn't matter here. You know, the truth
20 doesn't matter as to what actually
21 happened. He's asking me to apologize to
22 a guy that just told me to go fuck myself
23 twice.
24       I never said I was going to
25 put Meyers in the hospital, never. I

1        M.H. Capogrosso
2   have no beef with Jeff Meyers.  I mean we
3   weren't actually friends, but we did --
4   he was a funny guy, Jeff Meyers.  He's a
5   funny guy to talk to, real funny guy.  He
6   makes you laugh.
7        Q     So --
8        A     He's a nice --
9        Q     So is --
10       A     He's a funny guy.
11       Q     So is Mr. --
12       A     And I've been over to his
13  apartment.  I mean we weren't friends.
14  We weren't close, but I was to his
15  apartment once.  I did drive him home
16  several times after work because he
17  had -- his car was in the repair shop.  I
18  did drive the man home.
19            But were we close, no, but
20  he was a funny guy to talk to.
21       Q     So is Mr. Tahir lying here?
22       A     What portion?  Exactly what
23  portion?
24       Q     When he says that you
25  threatened to put Mr. Meyers in the

1        M.H. Capogrosso
2   hospital?
3        A        Absolutely.  I wouldn't
4   threaten.  I don't believe in
5   threatening.  If you're going to do
6   something, just do it.  I don't threaten.
7   I would never threaten anybody like that.
8   First of all, I could get arrested for
9   that and you don't threaten.
10            I mean if I have to defend
11  myself in this instance I would just do
12  it, but I'm not going to threaten you
13  with that.  I don't threaten.  I don't
14  believe in that.  If you have to defend
15  yourself, you defend yourself, but you
16  don't threaten.
17       Q     So why would Mr. Tahir lie?
18       A     I don't know.  I don't know
19  if that's a lie.  I don't remember -- I
20  don't remember saying that, absolutely
21  not.  I don't know why he lied.  Ask the
22  man.
23       Q     Well, I can't.  I think he
24  passed away.
25       A     Yeah.  I think he did.  I

1        M.H. Capogrosso
2   don't remember saying I would put
3   Meyers -- there's no reason to have a
4   beef with Meyers, none.  Brody, yeah.  I
5   have no reason to have an argument with
6   Meyers.
7            Over asking excuse me, at
8   Christmas time, can I please get my
9   coffee, this had to escalate to this.
10       Q     Did Mr. Tahir want you gone
11  from the TVB?
12       A     I don't know.  I mean we
13  were friends at one point, but, you know,
14  I -- you know, I was making money down
15  there and, you know, this is a very
16  competitive business and you lose friends
17  over money.  When everybody is, you know,
18  is chasing the same nickel, you lose
19  friends.  There's only so many tickets
20  and only so much money to be made, you
21  know.  And after a while if people aren't
22  making enough money and they see other
23  people making money, they get jealous and
24  attorneys, that it's, that's the game
25  down there.

1        M.H. Capogrosso
2            You know, people come down
3   with cash in their hands, paying you 200,
4   150, 100, $50 on a ticket.  And they see
5   those transactions, people get jealous.
6   So do other attorneys want other
7   attorneys out, absolutely.  It's a very
8   competitive business, it was all cash and
9   there's only so many tickets out there.
10            So maybe he wanted me out.
11  Maybe he wasn't making enough.  I don't
12  know.
13       Q     And he --
14       A     I'm listening.
15       Q     Lastly Mr. Tahir writes
16  "Mr. Capogrosso went out of the room and
17  started hitting the wall and steel
18  guards."  Is that true?
19       A     No.  I don't recall doing
20  that.  I do not recall doing that.  I
21  remember I threw a punch at a wall in the
22  lawyers' room because the man just told
23  me to go fuck myself, but, no, I didn't.
24  I don't remember hitting a wall in the
25  DMV, I do not.

39 (Pages 274 - 277)

M.H. Capogrosso
1       M.H. Capogrosso
2       First of all, if I hit a
3   steel guard I would have broke my hand.
4       Q    So is it your testimony that
5   you did not hit a wall that day, December
6   21, 2011?
7       A    I don't recall, no.
8       Q    Did you ever hit a wall or a
9   steel guard at the DMV?
10      A    No.  Now, if I -- no, no.  I
11  was never accused of it by Judge
12  Gelbstein.  Judge Gelbstein never told
13  me.  If you tell me once, it would never
14  happen twice.  You only have to tell me
15  once.  You don't have to tell me twice.
16  If I did something wrong, you tell me
17  once, you never have to tell me twice.
18      Q    So you never punched a wall
19  or any other object --
20      A    Not that I recall.
21      Q    -- at DMV?
22      A    No.
23      Q    Okay.
24      A    Not that I recall, no.  Like
25  I said, if it happened, you tell me once,

M.H. Capogrosso
1       M.H. Capogrosso
2   it never happens twice.
3       Q    So let's move on to a new
4   document.
5       A    I do not recall.
6       Q    I'm sorry, Mr. Capogrosso, I
7   didn't quite catch that.
8       A    I said no, I do not recall.
9       Q    Mr. Capogrosso, can you see
10  this document?
11      A    Yeah.  Jeff Meyers.  I used
12  to drive him home every afternoon.
13      Q    And this is a document from
14  your production Bates numbered P-248;
15  correct?
16      A    Yeah.
17      Q    And do you recognize this
18  document?
19      A    Yeah.  It's Jeff.  Jeff's a
20  funny guy.
21      Q    And what is this document?
22      A    It's his affidavit.  Like I
23  said, everybody got a chance to write an
24  affidavit but me as to what happened,
25  everybody.

M.H. Capogrosso
1       M.H. Capogrosso
2       MR. THOMPSON:  So,
3   Ms. MacDonald, can I --
4       A    I never got a chance.
5       Q    I'm sorry.  I missed what
6   you said there, Mr. Capogrosso.
7       A    I never got a chance to
8   write my affidavit as to what happened,
9   never got a chance and I was the one
10  there.
11      MR. THOMPSON:  Ms.
12  MacDonald, let's mark this as Exhibit
13  11.
14      (The above-referred-to
15  statement was marked as Exhibit 11
16  for identification as of this date.)
17      Q    And so here again Mr. Meyers
18  writes that he overheard a loud commotion
19  which he was told resulted in a tirade of
20  anti-Semitic slurs and that he later
21  implored Mr. Capogrosso to apologize.
22      Did he, in fact, ask you to
23  apologize?
24      A    Yes, he did.
25      Q    He writes that your "conduct

M.H. Capogrosso
1       M.H. Capogrosso
2   the rest of the day was one of abrasive
3   incoherent loud mutterings in which he
4   smashed his fist against concrete walls
5   and steel beams that are situated outside
6   the DMV hearing rooms, coupled with more
7   anti-Semitic comments.  He kept saying
8   everyone here wants to fight me."
9       Does that refresh your
10  recollection at all?
11      A    Yeah.  That didn't happen.
12  It didn't refresh me because I never said
13  that.  I was upset and I was mad.  I
14  didn't hit any concrete walls or steel
15  beams.  I don't recall making that
16  statement, no, I do not.
17      Was I upset, absolutely I
18  was upset.  I just got blindsided by this
19  guy Yaakov Brody telling me to go fuck
20  myself twice, that I'm a Jew hater.  For
21  what reason?  Anti-Semite, for what
22  reason?
23      Q    So Mr. Meyers is lying here;
24  correct?
25      A    I never smashed my hand

Page 282

M.H. Capogrosso

1 against the wall, no.  I think I would
2 have broke -- broke my hand if I hit it
3 or hit anything.  A steel column or a
4 brick wall, I would have broke my hand
5 so, yes.
6     Q     And why would Mr. Meyers
7 want to lie?
8     A     I don't know.  I never said
9 it.  Maybe he's a -- I don't know why.
10 You ask him.  Ask him.
11    Q     Did --
12    A     I know what I said.  I was
13 very upset.  But did I hit a brick
14 concrete wall, no.
15    Q     Did Mr. Meyers want you
16 gone?
17    A     I don't know.  Ask Meyers.
18 We were all very competitive, believe me.
19 This was a competitive environment.  It's
20 an all cash environment.  Money gets
21 transferred -- transferred on the floor
22 all day between lawyers and motorists.
23 There's only so many motorists coming in.
24         If I'm not there, Meyers

Page 283

M.H. Capogrosso

1 makes more money.  If Meyers is not
2 there, I make more money.  That's just
3 how the game is played.
4     Q     Later he writes that he was
5 sitting in the lawyers room across from
6 you, not engaging in any conversation
7 with him when he, Mr. Capogrosso, quote,
8 "suddenly became enraged and lunged at me
9 with his fists with great speed and
10 smacked his fists against his other hand
11 in a martial arts form coming within
12 12 inches of my face."  Is that true?
13    A     No.  I threw a punch at a
14 wall.
15    Q     What happened?
16    A     I told you several times, I
17 threw a punch at a wall in the vicinity
18 of no one.  I didn't hit the wall, I
19 wasn't charged with it and I was not
20 arrested.  I was mad, I'm sorry, I was.
21         Throwing a punch in the air,
22 not in the vicinity of anyone I don't
23 think is any -- I wasn't charged and I
24 wasn't arrested.  I'm sorry, I did not.

Page 284

M.H. Capogrosso

1     Q     Mr. Meyers --
2     A     I did not come anywhere
3 close to Jeff Meyers.  If I did, I would
4 have been charged or arrested.
5     Q     Mr. Meyers writes that you
6 said, quote, "I could put you in the
7 hospital with one just punch" -- "with
8 just one punch."  Is that true, did you
9 say that?
10    A     Well, did I say it?  No, no.
11 Now do I have that ability, absolutely.
12 Do I have the ability, yes.  Did I say
13 it, no.  I don't threaten people.  Do I
14 have that ability, yes.  I've been
15 training in martial arts my whole life.
16 I've been in and out of boxing rings my
17 whole life.  Can I -- do I have the
18 ability, yes.  Did I say it, no.  I don't
19 threaten.
20         Now, did he feel intimidated
21 by me, did he feel that, yeah, maybe he
22 did, I don't know.  But did I say that --
23    Q     Which martial arts -- I'm
24 sorry.  I didn't mean to cut you off.

Page 285

M.H. Capogrosso

1         Did you have anything more
2 you wanted to say there?
3     A     No.
4     Q     Which martial art do you
5 train in?
6     A     Kempo, K-E-M-P-O.
7     Q     And you have a black belt in
8 it; is that true?
9     A     Yes.  A very high level
10 black belt.
11    Q     What level?
12    A     I'm a high level black belt.
13    Q     But can you tell me what
14 level?
15    A     I don't recall.  I'm a high
16 level black belt.
17    Q     You don't recall what level
18 of black belt you are?
19    A     At a certain point, you
20 forget.
21    Q     Do you have an estimate?
22    A     No.  I'm a high level black
23 belt.  I've been training a long time.
24    Q     Do you have any training in

41 (Pages 282 - 285)

M.H. Capogrosso

1       M.H. Capogrosso
2  other martial arts?
3       A       Before Kempo I trained in
4  Mas Oyama and then in a boxing ring
5  and -- which I still was going to up to a
6  couple of years ago, which I had to stop,
7  but that's it.
8       Q       So Mr. Meyers writes "He
9  kept repeating the phrase you people, you
10  people.  He later told me he envisioned
11  all of us as Jews and didn't mean to single
12  me out during his assault on me."  Is
13  this true?
14       A       You people?  Now you're not
15  allowed to say you people.  Isn't freedom
16  of expression?  I don't recall saying
17  that.  I mean he's offended because I say
18  you people?  What's wrong with saying you
19  people?  What is wrong with saying you
20  people?  Maybe I was referring to lawyers
21  in general down there.
22       I've had lawyer after lawyer
23  make affidavit against me.  Now I'm
24  making an anti-Semitic remark by saying
25  you people?  Maybe he's a little

1       M.H. Capogrosso
2  oversensitive.  I never used the word --
3  I said you people, so what.  I don't
4  recall saying it, but maybe I was talking
5  about the lawyers down there.
6       Q       So Mr. Meyers writes "He
7  later told me that he envisioned all of
8  us Jews and didn't mean to single me out
9  during his assault on me."  Did you say
10  that?
11       A       I envisioned all of us and
12  didn't mean to -- all of us, did I say
13  the word Jew?  I said all of us.  Maybe
14  all your lawyers who don't want me.  All
15  you lawyers, maybe that's what I said.
16       Did I use the word Jew, no.
17  He has the Jew in parenthesis.  Go to all
18  the --
19       Q       Okay.
20       A       Go to all the complaints
21  against me from a client or a motorist,
22  is there any Jewish person that states I
23  made an anti-Semitic remark, no.  I mean
24  come on.
25       Q       So, Mr. Capogrosso, four of

1       M.H. Capogrosso
2  your colleagues, your fellow attorneys --
3       A       They're not my colleagues.
4  They're not my colleagues.  Don't use
5  that word with me.  They are not my
6  colleagues.
7       Q       Why are they not your
8  colleagues?
9       A       Because they don't -- they
10  don't write false defamatory statements
11  against somebody and give them no
12  opportunity to respond.  They don't say
13  excuse me, go fuck yourself you Jew
14  hater.  That's not a colleague.  That's
15  not a colleague or -- I could go into
16  millions of things.
17       They're not colleagues.
18  They were attorneys I worked with down in
19  the Brooklyn TVB.  I had to work
20  alongside.  I didn't work with them.
21  They were there working.  I was there
22  working.  I was not their colleague.  We
23  did not work together.  We worked
24  separately and independently.
25       Q       All right.  Four of your

1       M.H. Capogrosso
2  fellow attorneys at the Brooklyn TVB --
3       A       Yes.
4       Q       -- and they all remember the
5  incident the same way.  Is that a
6  coincidence?
7       A       I don't know.  You ask them.
8  I don't think they remembered it all the
9  same day.  There are discrepancies here,
10  many discrepancies.  I pointed them out
11  to you.  One -- one affidavit says I'm
12  attempting to sit down.  I wasn't
13  attempting to sit down.
14       Q       So if everything that is in
15  these affidavits were true and I know you
16  don't think it is, but if it were and you
17  had, in fact, said these things, thrown a
18  cup of coffee at Mr. Brody --
19       A       Well, that's not true.  I
20  threw a cup of coffee in the garbage can.
21  Get the facts straight.
22       Q       I understand that you -- I
23  understand that you don't agree with the
24  facts, but I'm asking for the
25  hypothetical if these facts were true,

42 (Pages 286 - 289)

M.H. Capogrosso

1 would they justify excluding you from the
2 TVB?
3 A They're not true. They're
4 not true, so there's no reason to exclude
5 me. They're not true. I told you what
6 happened that day. I was blindsided by
7 Brody. I have a right to get mad. Told
8 me to go excuse myself and go fuck myself
9 twice. I have a right to get mad. It's
10 a normal --
11 Q I understand that you
12 disagree with the fact --
13 A I was blindsided and that's
14 all that happened that day, that's it.
15 Now, this is a competitive
16 business, I told you that. These lawyers
17 wanted me out. I was making money and
18 every dollar I make is a dollar that they
19 don't make. So the more attorneys they
20 can get out of there, the better it is.
21 Q Let me rephrase the
22 question. If someone, not you, had used
23 the phrase fucking Jew cunt, thrown a cup
24 of coffee at somebody and tried to punch,

M.H. Capogrosso

1 you know, the air in front of somebody
2 else's face and told them that they'd put
3 them in the hospital, would that person
4 be someone who could be excluded from the
5 TVB?
6 A No. I don't know. It
7 didn't happen. I don't know. First of
8 all, it didn't happen. I didn't throw
9 a -- I told you the facts, so I'm not
10 going to -- I'm not going to discuss a
11 hypothetical, what could have or could
12 not happen. Nobody wants to take my
13 affidavit as to what happened here,
14 nobody.
15 Q Okay. Let's --
16 A Everybody, you know,
17 everybody here could have looked at the
18 videotape if I'm punching a wall or
19 punching a steel beam. Judge Gelbstein
20 had the ability to pull the videotape and
21 look at the videotape as to what happened
22 and what happened that day and he didn't
23 do it.
24 He had the ability to take

M.H. Capogrosso

1 my affidavit as to what happened and he
2 didn't do it, he didn't. If I'm punching
3 a wall or a steel beam, let Gelbstein
4 pull the videotape and he didn't do it.
5 Q So let's move on to another
6 exhibit here.
7 A And I don't like
8 hypotheticals that don't exist because
9 the facts that you're presenting aren't
10 true. I threw a cup, an empty cup in a
11 coffee -- in a garage can that Brody was
12 sitting next to. I didn't throw a punch
13 in the vicinity of any attorney. I
14 didn't hit any steel beams.
15 If you had the opportunity
16 to look at the videotape, the judge would
17 have saw that and he didn't do it and he
18 had an opportunity to do it.
19 Q So, Mr. Capogrosso, can you
20 see the document that I just put up?
21 A Yes.
22 Q And this document is Bates
23 stamped DMV-0000224; correct?
24 A Yes.

M.H. Capogrosso

1 Q Do you recognize this
2 document?
3 A Bushra Vahdat's affidavit.
4 MR. THOMPSON: Ms.
5 MacDonald, can I ask you to mark this
6 as Exhibit 12?
7 (The above-referred-to
8 statement was marked as Exhibit 12
9 for identification as of this date.)
10 Q We'll just discuss this
11 document and then we'll take a bit of a
12 break because I know we are all a little
13 tired.
14 A I'm not tired. I'm not
15 tired at all.
16 Q So what is this document?
17 A I think it's an affidavit
18 from Bushra Vahdat.
19 Q And Ms. Vahdat writes that
20 when she was first appointed, the
21 clerical staff approached her and handed
22 her an affidavit signed by all of them
23 requesting help dealing with an attorney.
24 Do you think she's talking

43 (Pages 290 - 293)

Page 294

M.H. Capogrosso

1     M.H. Capogrosso
2     about the petition that we looked at
3     earlier?
4        A    Yeah.  The petition that has
5     no facts attached to it, just a whole
6     bunch of signatures --
7        Q    And that --
8        A    -- which Bushra Vahdat never
9     presented to me so I could address the
10    issues and resolve them and tell me
11    exactly what I did so I could resolve it
12    and that's a judge.
13       Q    So she says that, in fact,
14    she did talk with you and in the next
15    paragraph she says and I'll highlight
16    this --
17       A    What paragraph?  Go ahead.
18    Go ahead.
19       Q    "At that time I met with
20    Mr. Capogrosso in Senior ALJ Gelbstein's
21    office and we jointly had a conversation
22    with Mr. Capogrosso."
23           Do you remember that
24    conversation?
25       A    No, no.  She was there.

Page 295

1     M.H. Capogrosso
2     Gelbstein told me you're not welcome here
3     anymore after this incident on December
4     22, which I was given no opportunity to
5     respond to, none, none.
6            She was there the next day
7     with Gelbstein when I arrived.  There was
8     a police officer in the room, that I
9     remember.  Gelbstein sitting down.
10    She's sitting next to him.  Gelbstein
11    tells me you're not welcome here anymore.
12    I said don't I have an opportunity to
13    explain, I've been here since 2005.  I
14    don't have an opportunity -- I've been
15    here since 2005 serving the Brooklyn
16    community.  I don't get an opportunity to
17    explain what happened yesterday by way of
18    affidavit, 2005.
19           Gelbstein tells me --
20       Q    So I believe --
21       A    You have to let me finish.
22           You're not welcome here
23    anymore.  You have to leave.
24       Q    So I believe she's referring
25    to an earlier conversation that happened

Page 296

M.H. Capogrosso

1     M.H. Capogrosso
2     sometime before that.  Do you remember
3     having a conversation with Ms. Vahdat and
4     Mr. Gelbstein prior to the time you were
5     expelled in 2011?
6        A    No, no.
7        Q    Okay.
8        A    The only time I remember
9     speaking to her was that time after this
10    event.
11       Q    So she writes "We explained
12    to him that his behavior was not
13    professional and that if he did not stop
14    his foul language and his threats we
15    would have to take action and bar him
16    from the TVB building.  At that point he
17    promised us that he would conduct himself
18    according to the rules of conduct for
19    attorneys."
20           Did that conversation ever
21    happen --
22       A    Well, what foul language?
23       Q    -- do you recall?
24       A    Tell me exactly what foul
25    language I used and what threats?  Was it

Page 297

1     M.H. Capogrosso
2     the incident of December 22?
3        Q    Well, I --
4        A    I'd like to know.
5        Q    Well, Mr. Capogrosso --
6        A    What foul language did I
7     use?
8        Q    -- the question was do you
9     recall this conversation?
10       A    I recall -- the only
11    conversation I remember with her was
12    after this event.
13       Q    So this conversation that
14    I've -- that we've highlighted here, you
15    don't recall that ever happening; is that
16    correct?
17       A    The only conversation I
18    recall with this woman was the
19    conversation I had with Gelbstein and her
20    in the office after this.
21       Q    Okay.
22       A    Now, if you go back to the
23    following paragraph, "He abused the
24    clerks and followed a clerk in his car,"
25    which is a complete lie being made by a

44 (Pages 294 - 297)

1        M.H. Capogrosso
2   judge, I followed a clerk in a car.  Look
3   at what George Hon wrote.  If she's
4   taking about George Hon, that's a
5   complete lie.
6        Q        So, Mr. Capogrosso, the
7   question is, it's just a narrow question,
8   yes or no, do you recall the highlighted
9   conversation in which you met with
10  Ms. Vahdat and --
11       A        No.  I've answered --
12       Q        -- Mr. Capogrosso?
13       A        I've answered that question.
14  I recall one conversation --
15       Q        Okay.
16       A        -- with this woman.
17       Q        All right.  So she says that
18  you were warned that if there were
19  further incidents that you would be
20  expelled; is that true?
21       A        I remember one conversation
22  with this woman with Gelbstein after the
23  event of December 22, that's it.
24       Q        Were you -- had you ever
25  previously been warned that if there were

1        M.H. Capogrosso
2   any further incidents you would be
3   expelled?
4        A        Tell me what incidents
5   you're talking about.  Give me an
6   opportunity to respond.  So no, I do not.
7   I don't know what incident she's talking
8   about.  The one with Brody where he told
9   me to go fuck myself twice?
10       Q        So Mr. Capogrosso --
11       A        What incident is she talking
12  about?
13       Q        Mr. Capogrosso, I'm not
14  asking about an incident.  I'm just
15  asking for a narrow question.  Were you
16  warned that prior to December 21 that you
17  might be expelled from the TVB if there
18  were an incident?
19       A        What -- I had one
20  conversation with this woman that I
21  recall on December 22 when Gelbstein told
22  me I had to leave because Brody
23  approached me in the lawyers' room.
24       Q        Let me --
25       A        That's it.

1        M.H. Capogrosso
2        Q        Let me rephrase the question
3   and see if --
4        A        I'll say it again, I had one
5   conversation with this woman, that's it.
6        Q        So did --
7        A        There's nothing in writing.
8        Q        Mr. Capogrosso --
9        A        That's all I had.
10       Q        -- let me see if I can
11  clarify the question for you.  Did anyone
12  warn you prior to December 21, 2011 that
13  you could be banned from the TVB for
14  misbehavior?
15       A        No.  I received no
16  affidavits, no warnings, nothing to
17  respond to, nothing.  I wish you had.  I
18  wish you had given me these affidavits
19  and given me an opportunity to respond
20  and I would have responded, corrected it,
21  apologized for it if I did something
22  wrong.  Tell me what I did and I would
23  have addressed it, but I was given no
24  opportunity.
25       Q        So Ms. Vahdat writes "On

1        M.H. Capogrosso
2   Wednesday, December 21, I received an
3   e-mail from Danielle Calvo.  She was very
4   concerned that she had to go into the
5   attorney room and stop Mr. Capogrosso
6   from shouting religious obscenities.
7   Mr. Capogrosso had thrown a coffee cup at
8   another attorney, Mr. Brody, in the
9   attorney room and after Mr. Brody had
10  objected, Mr. Capogrosso started to
11  scream and shout obscenities at everyone
12  around him.  A crowd had gathered and the
13  entire courthouse was disturbed."
14       And then she writes "An hour
15  later I received another e-mail from
16  Ms. Calvo stating that Mr. Capogrosso had
17  tried punching one of the other
18  attorneys, Mr. Mayer, but had stopped
19  about an inch away from his face.
20  Mr. Mayer was very upset and left the
21  area in fear."
22       Is that referring to the
23  same incidents that we've been talking
24  about in the previous four statements?
25       A        Yes, but Danielle Calvo

45 (Pages 298 - 301)

Page 302

1         M.H. Capogrosso
2   never gave the full story.  She only
3   gives half the story.  She doesn't give
4   my version of what happened that day.
5       Q    So --
6       A    She only gives half a story,
7   Danielle Calvo, half a story.  What
8   precipitated that event?  First of all, I
9   didn't punch Jeff Meyers or throw a punch
10  in his vicinity.  I did not, number one.
11       Number two -- you turned it
12  away.  You turned away from it.  She
13  doesn't say what Brody said to me that
14  day.  Why is that left out?  Why?  Why is
15  Calvo not asking me what happened?  Like
16  that all happened for no reason?
17       She doesn't understand that
18  Brody told me to go excuse myself, go
19  fuck myself twice.  She doesn't put that
20  down.
21       Q    So you'll see here at the
22  bottom of page 1 -- that's not a good
23  highlight.  I can do a better highlight
24  than that.
25       A    You know, this is not a --

Page 303

1         M.H. Capogrosso
2       Q    Ms. Vahdat writes that
3   "After taking everyone's statement
4   Mr. Gelbstein and I met with
5   Mr. Capogrosso.  We asked him for his
6   version of the prior day's events and he
7   admitted to shouting the religious
8   obscenities and trying to punch, as he
9   put it, the air in front of Mr. Mayer's
10  face.  He was not remorseful and claimed
11  that he needs to punch the walls in our
12  office to let out steam.  I also observed
13  that his knuckles were severely bruised."
14       So what --
15       A    All right.  What do you
16  want?  What's the question?  What's the
17  question?
18       Q    My question is what do you
19  recall from this meeting?
20       A    This meeting what I
21  recall -- first of all, Gelbstein told me
22  you're not welcome here.  I was given no
23  opportunity to respond by way of written
24  affidavit as to what happened.  I did not
25  shout religious obscenities.  Again, I

Page 304

1         M.H. Capogrosso
2   was mad and I was upset.  I don't recall
3   what I said.
4       I did not go anywhere near
5   Meyers, nowhere near Meyers.  I was given
6   no opportunity to respond.  I threw an
7   empty coffee cup --
8       Q    Was he --
9       A    Let me finish.  I threw an
10  empty coffee cup --
11       Q    Sure.
12       A    -- not at Brody.  I threw it
13  in a can, in a can that's in the lawyers'
14  room where I'm allowed to do that.  I'm
15  allowed to throw an empty coffee cup in a
16  can in a lawyers' room.  I'm allowed to.
17       She doesn't write down what
18  Brody said to me, that I'm a Jew hater
19  anti-Semite go fuck yourself twice.
20       My hands are bruised.  I've
21  been going to martial arts all my entire
22  life.  My hands are bruised.  Sometimes I
23  get a black eye.  It happens.  I accept
24  the reality of that.  It's not because I
25  hit a wall at the DMV.  Because I go to a

Page 305

1         M.H. Capogrosso
2   boxing gym and a martial arts gym that it
3   happens.  That's when I --
4       Q    So, Mr. Capogrosso, she --
5   you said you weren't able to put in your
6   version of events, but she writes that
7   she asked you for -- we asked him for his
8   version of the prior day's events and he
9   admitted shouting religious obscenities
10  and trying to punch at and that you were
11  not remorseful and claims that you needed
12  to punch the walls in the office.
13       So you were able to verbally
14  give your version of events; weren't you?
15       A    No, I wasn't.  First of all,
16  it's a lie.  First of all, it's a lie.
17  And what she's stating here is -- you
18  have to move this over -- up a little
19  bit, down or up.
20       Q    Sure.
21       A    That I -- this is an
22  absolute lie from a judge that I needed
23  to punch a wall in the office to let off
24  steam.
25       I have to look at it.  It's

46 (Pages 302 - 305)

M.H. Capogrosso

1 still being blocked. I can't see it.
2 Q    You want to go further up?
3 What are you looking for?
4 A    It's blocking it. Further
5 up. Further up. Further up. Whatever
6 this -- just further up.
7 Q    There's nothing further up.
8 A    Well then further down.
9 This is the second lie this
10 woman is stating, that if I don't punch a
11 wall to let off steam I'm going to hit
12 somebody. That he needs to punch the
13 walls in our facility, that's the most
14 ridiculous statement that a lawyer would
15 ever make to a judge. That's a lying
16 lawyer acting as an administrative law
17 judge. I don't know the worst criminal
18 in the world that's going to make that
19 statement.
20 Did I use an obscenity when
21 Brody told me to go fuck myself, I
22 probably did. I don't recall. Did I
23 throw a punch, I admitted to throw a
24 punch, not at Meyers, at a wall. I

M.H. Capogrosso

1 didn't hit the wall, I wasn't charged and
2 I wasn't arrested.
3 All right. Are my hands
4 bruised, yes. I told you the reasons
5 why.
6 Q    So --
7 A    But was I given an
8 opportunity to write a written affidavit,
9 no, never, as to what happened.
10 Q    So, Mr. Capogrosso, I didn't
11 ask you about a written affidavit. I
12 asked you if you were able to verbally
13 say what your perspective was and it
14 sounds like you were; correct?
15 A    No, I was not. Gelbstein
16 called me in the room. I was not. I'm
17 telling you these facts are not true.
18 Gelbstein called me in the room in the
19 presence of a police officer and -- and
20 told me you're not welcome here anymore.
21 That's what I remember. They accepted no
22 affidavit on my behalf as to what
23 happened, none.
24 So Brody's allowed to walk

M.H. Capogrosso

1 into an attorneys' room in the morning,
2 tell a lawyer to go fuck himself, that
3 he's a Jew hater, anti-Semite and that's
4 allowed, that's acceptable.
5 Q    So, Mr. Capogrosso, let me
6 ask you, isn't this basically the same
7 thing that happened when you were
8 expelled from the TVB in 2015, there was
9 an incident with other -- with someone
10 else, you dispute the version of events,
11 there was an allegation of violence and
12 then you're escorted out after TVB
13 leadership is --
14 A    Well, tell me --
15 Q    -- called?
16 A    Well, tell me what I did.
17 Well, tell me what exactly I did on
18 May 11. Tell me exactly what I did
19 wrong. Now you can accuse me and -- tell
20 me. I turned around and look at a
21 security guard. I'll tell you what
22 happened on May 11. He's grumbling and
23 mumbling, shaking his head, crosses over
24 two security barriers, gets within three

M.H. Capogrosso

1 inches of my face, ducks his head and
2 obscures his hand and I put my hand up
3 and I say back up, back up. That's what
4 happened on May 11.
5 It has nothing to do with
6 this incident. This is a security guard
7 who stole money from a client looking for
8 me and I reported it and then started to
9 harass and was getting away with it
10 because Judge Gelbstein allowed his
11 harassment and I told you all the
12 harassment that was going on, giving me
13 the sign of the cross, a spear hand,
14 hitting me from behind.
15 I put my hand up, back up,
16 back up. It's absolutely not the same.
17 Q    All right.
18 A    I got blindsided again by
19 this -- that's it. Go ahead.
20 MR. THOMPSON: So why don't
21 we take a 15 minute break, come back
22 at around 2:45. Is that okay with
23 everybody?
24 THE WITNESS: I don't need a

47 (Pages 306 - 309)

Page 310

1    M.H. Capogrosso
2  break, but if people need a break,
3  take a break.
4    MR. VIDEOGRAPHER:  All
5  right.  The time is 2:33.  We are off
6  the record.
7    (A short recess was taken.)
8    MR. VIDEOGRAPHER:  The time
9  is 2:48.  We are on the record.
10   Q    So, Mr. Capogrosso, I've put
11  up an exhibit here.  Do you recognize
12  this document?
13   A    Yes.
14   Q    What is this document?
15   A    Well, after the events with
16  Yaakov Brody in 2011, Gelbstein told me,
17  you know, you're not welcome here
18  anymore.  I hired a lawyer, he
19  communicated with the DMV and the
20  Attorney General's office and he
21  represented me in an Article 78
22  proceeding.
23   Q    Okay.  And you see this
24  document is Bates stamped DMV-0000226;
25  correct?

Page 311

1    M.H. Capogrosso
2   A    Yes.
3   Q    And so this is a document
4  that was filed -- sent on your behalf by
5  your lawyer; correct?
6   A    Yes, at that time, Chris
7  McDonough.
8    MR. THOMPSON:  All right.
9  Can you mark this as Exhibit 13?
10   (The above-referred-to
11   letter was marked as Exhibit 13 for
12   identification as of this date.)
13   Q    And is it safe to say that
14  this letter features your version of
15  events?
16   A    Well, as I told them to my
17  lawyer.
18   Q    And I want to go down to a
19  portion here at the bottom of the first
20  page, Mr. McDonough writes "One of the
21  managers of the center, Danielle, heard
22  the exchange, again Mr. Brody was yelling
23  at the cup" -- at the top of his lungs,
24  and came into the room.  In front of
25  Mr. Capogrosso she stated now's our

Page 312

1    M.H. Capogrosso
2  chance to get rid of him, referring to
3  Mr. Capogrosso."
4    Q    Can you tell me what's meant
5  by this?
6   A    I don't know what's meant.
7  That's what she said.  That's what she
8  said.  It's exactly what she said, now's
9  our opportunity to get rid of him.
10   Q    So --
11   A    Her clerks didn't like me.
12  You saw the affidavits written by her
13  clerks with no facts supporting anything
14  I said or did and she stated that, now's
15  our chance to get rid of him and I took
16  the bait.  I took the bait.
17   Q    The Danielle mentioned here,
18  is that Danielle Calvo?
19   A    Yes.
20   Q    And so in your
21  interrogatories you mentioned an incident
22  when Ms. Calvo said now's our chance to
23  get rid of him.  Is this the incident you
24  were referring to?
25   A    Yeah, yes.

Page 313

1    M.H. Capogrosso
2   Q    So let me ask you, when
3  we -- before the break when we were
4  talking about the incident with
5  Mr. Brody, why didn't you mention
6  Ms. Calvo coming in and saying that?
7   A    When I said during the
8  incident with Mr. Brody?  Because at --
9  at that -- you know, today is 2020.  I
10  talked to this lawyer when, 2011, 2012,
11  eight years ago and eight years ago I
12  remember her saying it.  Today, 2020, I
13  remember exactly what Brody said,
14  exactly.
15    So do I remember what she
16  said in 2012, no, but do I remember what
17  I stated to this lawyer, that's what I
18  said.  If that's what I said, yes.
19   Q    So sitting here today, do
20  you contend that Ms. Calvo said these
21  words?
22   A    Yes, I do.  I said them in
23  2012, what was it, January, a month after
24  this happened, yes, absolutely.  I said
25  that a month, one month after this

48 (Pages 310 - 313)

Page 314

```
 1          M.H. Capogrosso
 2   happened.  It is now 2020, eight years.
 3       Q      But sitting here today, you
 4   don't remember the circumstances in which
 5   she said that; is that correct?
 6       A      Listen, I remember what -- I
 7   told you what happened that day.  I said
 8   excuse me, can I get my coffee.  Was I
 9   upset, yes.  Was I -- was my voice loud,
10   yes.  Did she come --
11       Q      And why would she --
12       A      Did she come in, she
13   probably did.  Now that I'm looking at
14   this, yeah, she probably, she came in.  I
15   said this --
16       Q      Why would she want to --
17       A      -- in 2012.  I already told
18   you that.  Didn't you have all these
19   affidavits you're showing me that her
20   clerks didn't like me, didn't you show me
21   all these affidavits?
22          For what reason I don't
23   know, other than the other attorneys were
24   giving them money for Christmas, cash for
25   Christmas, buying them breakfast in the
```

Page 315

```
 1          M.H. Capogrosso
 2   morning, talking, you know, schmoozing
 3   with them for 20 minutes at the DMV.
 4   Talking.
 5          I was there to do a job,
 6   that's it.  I don't know why they didn't
 7   like me, but the clerks didn't like me.
 8   I understood.  Maybe I wasn't giving her
 9   money.  Maybe the other attorneys were
10   paying her.  There's been allegations in
11   the Brooklyn, in the TVB and I showed you
12   those allegations, clerks getting paid
13   often.
14          I know the other attorneys
15   there were giving these clerks money in
16   cash for Christmas and the holidays, I
17   know it.  They were asking me how much
18   they should give them.  I know that
19   because the other attorneys were asking
20   me and I said I don't give them anything.
21   I know other attorneys were
22   buying them meals in the morning and
23   buying them lunch.  I didn't do it.  I
24   know that for a fact.  Maybe that's why.
25          I know I complained about
```

Page 316

```
 1          M.H. Capogrosso
 2   Tanya Rabinovich to the District
 3   Attorney's office and she was removed
 4   after that complaint and I know maybe
 5   they liked Tanya because she was doing
 6   business at the Brooklyn TVB with the
 7   clerks and maybe they were getting paid
 8   by her, I don't know, but those are my
 9   reasons.
10       Q      So you'll see,
11   Mr. Capogrosso, I'm highlighting a
12   paragraph about halfway down page 2 where
13   your lawyer writes "Two weeks later
14   Mr. Capogrosso contacted Judge Vahdat,"
15   Vahat it says, "and asked her to explain
16   her determination.  She advised that if
17   Mr. Capogrosso was good and stayed quiet,
18   she'd reconsider her determination three
19   months later and at that time determine
20   if he could go back into other Department
21   of Motor Vehicle adjudication centers,
22   but not Brooklyn South."
23          Do you recall that
24   conversation?
25       A      I might have called.  I
```

Page 317

```
 1          M.H. Capogrosso
 2   don't know.  I was calling everybody
 3   after I got expelled.  Everybody I was
 4   making phone calls to.  After this
 5   incident where I was given --
 6       Q      Did --
 7       A      You have to let me finish.
 8       Q      Sure.
 9       A      After this incident I was
10   given no opportunity to file an affidavit
11   on my behalf and I was not allowed back
12   in the Brooklyn TVB and I had all these
13   clients whose money I was holding,
14   Brooklyn clients who I was not showing up
15   for cases on, that I was calling
16   everybody to try to get some explanation
17   of this.
18          And I probably got through
19   to her and if that's what she said,
20   that's what she said.  But that I had to
21   work my way back in, what does that mean
22   work my way back in?  I have to be good
23   and stay quiet?  I don't understand what
24   that means.  Are you suppressing my
25   freedom of expression?  I'm not allowed
```

49 (Pages 314 - 317)

Page 318

M.H. Capogrosso

1        M.H. Capogrosso
2  to talk as a lawyer?  What do I have to
3  do, stay quiet?
4    Q   So --
5    A   I don't know what that
6  means --
7    Q   So do you --
8    A   -- stay quiet.
9    Q   Mr. Capogrosso, sitting here
10  today, do you recall this conversation?
11   A   If I said that to my
12  attorney in 2012, then that's a true
13  statement.  It's a true statement.
14   Q   Understood, Mr. Capogrosso,
15  but the question was sitting here today,
16  do you recall this conversation with
17  Ms. Vahdat?
18   A   Today do I remember it?  Let
19  me think.  I did try to make a lot of
20  phone calls.  I did make phone calls
21  right after this happened.  Do I recall
22  making this exact conversation, I don't
23  remember.  I don't remember saying that
24  exact conversation, but I remember if I
25  said it to him at that time that that was

Page 319

M.H. Capogrosso

1        M.H. Capogrosso
2  the truth.
3    Q   Okay.
4    A   I had a big client case at
5  that point.  I had clients calling me,
6  asking me where are you, what's going on.
7  So was I trying to reach out to people,
8  yes, I was, absolutely.
9    MR. THOMPSON:  So let's mark
10  this as Exhibit 13 if we haven't
11  already and I suspect you already
12  did.
13   Q   And let's -- a couple of
14  other quick questions.  So you filed an
15  Article 78 lawsuit; is that correct?
16   A   My attorney did on my
17  behalf, Chris McDonough at that point.
18   Q   And how did the lawsuit
19  proceed?
20   A   We went down to court, went
21  before a judge, Judge Gelbstein was there
22  and I was given the opportunity to go to
23  a hearing a year from now, a year from
24  the date -- a year, one year the judge
25  said.  We'll hear the case in a year she

Page 320

M.H. Capogrosso

1        M.H. Capogrosso
2  told me or you agree to take an anger
3  management course.
4    Well, I had a lot of
5  clients.  I had -- I forgot what that
6  letter said, but it was a lot of clients.
7  I had people calling me where are you,
8  where are you, why aren't
9  you showing up.  I had clients calling me
10  left and right.  I felt an obligation to
11  these clients because that's who I am.
12  If a guy gives me money to do a job, I
13  feel an obligation to do that job.  I
14  feel a very strong obligation to do it
15  and to show up.  I show up.
16    And I said all right, if I
17  have to wait a year in order for my case
18  to be heard and that was a bad decision.
19  I should have adjudicated this right at
20  the start because Chris McDonough told me
21  listen, if you go back down there, you
22  sneeze the wrong way, they're going to
23  throw you out.  That's what he told me.
24  Chris told me that and he's a good
25  lawyer.  He told me the truth.  He said

Page 321

M.H. Capogrosso

1        M.H. Capogrosso
2  if you sneeze the wrong way, they're
3  going to throw you out again.  I said
4  Chris, I got a ton of clients here and I
5  feel an obligation.
6    So I took the course rather
7  than wait a year to get a hearing on the
8  matter and I should have waited.  I
9  should have waited it out and I should
10  have adjudicated this back then and I
11  didn't do it.
12   Q   So what were the terms of
13  the agreement that resolved the case?
14   A   I don't know.  There were no
15  terms.  I was told to take an anger
16  management course, that's it.  I was told
17  to take an anger management course,
18  that's all I -- that's all Chris told me
19  to do.
20   Q   Were you told that any
21  violent or aggressive behavior would
22  result in your removal from the TVB?
23   A   I was given a letter, two
24  days before I was supposed to -- allowed
25  to go back in, a letter that was mailed

50 (Pages 318 - 321)

M.H. Capogrosso

1
2  to my attorney two days before I was to
3  go. I agreed to take an anger management
4  course, that's all I agreed to, that's
5  it. I signed no other stipulation. I
6  agreed to nothing.
7       I know what the rules are
8  and how to act as a lawyer. I know that.
9    Q    Did --
10   A    But I didn't sign nothing.
11  I agreed to take an anger management
12  course and that's what I did. That's
13  what I told the judge.
14       Now, your office threw
15  something at me after the fact. After
16  this agreement that we reached your
17  office puts all these conditions, which I
18  adhered to anyway, but it was after the
19  fact, after I already agreed only to take
20  an anger management course.
21       So go ahead.
22   Q    And what was the Attorney
23  General's office's role in that lawsuit?
24   A    I assume they represented
25  the DMV.

M.H. Capogrosso

1
2    Q    Just for the litigation or
3  for anything else?
4    A    I don't know. Chris would
5  know that better than me, my attorney on
6  the Article 78.
7    Q    I'm going to bring up an
8  exhibit and, Mr. Capogrosso, can you see
9  the exhibit here?
10   A    Yes.
11   Q    And this is marked in the
12  defendants' production DMV-0000205;
13  correct?
14   A    Yeah.
15   Q    And do you recognize this
16  document?
17   A    No, I don't. I have
18  probably seen it, but I got to see the
19  whole thing. Can you scroll down? I've
20  seen this.
21   Q    Sure.
22   A    Can you scroll down, please?
23  Go ahead. Now can you go up, please?
24       This is from who, Assistant
25  Attorney General?

M.H. Capogrosso

1
2    Q    It's from Serwat Farooq.
3    A    Fine. I didn't sign this,
4  but fine. That was something that --
5    Q    So do you recognize --
6    A    Yeah. I do recognize it.
7  It's a letter from --
8    Q    Do you recognize it?
9    A    It's a letter from Chris
10  McDonough. Yeah, Chris is my lawyer.
11  Jackie was the lady that worked under
12  him.
13       I do remember -- I do
14  recognize this. This is a letter from --
15  I don't know if I remember seeing this
16  letter. I don't remember. I don't know.
17  I know I had to take an anger management
18  course. That's all I remember.
19       I don't think I was ever
20  shown this letter. Did I --
21   Q    Did you --
22   A    What's the marking on this?
23   Q    I'm not sure. This came
24  from our production.
25   A    Then I don't -- I don't

M.H. Capogrosso

1
2  remember seeing this. I remember seeing
3  that one letter that was -- that had the
4  second half of this down. I only saw
5  this second half on the letter that was
6  sent to me, please be advised --
7    Q    Okay.
8    A    That's the portion I saw
9  where it says please be advised. That's
10  the letter I saw. I never saw this top
11  portion of it. I saw this second half
12  portion of it from please be advised down
13  and that portion of it was sent to me in
14  a letter with your letterhead on it
15  without these first four paragraphs --
16  without these first three paragraphs and
17  it was sent to me two days before I was
18  to go back in. That's what I remember.
19   Q    So you don't recognize this
20  letter here?
21   A    I recognize the last two
22  paragraphs where it says please be
23  advised. That's what was sent to me.
24  That's what I recognize.
25   Q    Okay.

51 (Pages 322 - 325)

M.H. Capogrosso

2 A     I don't remember the top
3 portion of it.
4         MR. THOMPSON: Ms.
5 MacDonald, we are skipping around a
6 little bit on the exhibits as we get
7 later in the day.  So this is Exhibit
8 16 in what we sent to Veritext, but
9 please mark it down as the next
10 exhibit, which I think is Exhibit 14,
11 is that right?
12        MS. REPORTER:  I have not
13 been keeping track because usually I
14 write the exhibits down.  If you want
15 to just give me a minute.
16        MR. THOMPSON:  We can mark
17 this as Exhibit 16 and we'll just
18 have a couple of exhibits with a gap.
19        (The above-referred-to
20 letter was marked as Exhibit 16 for
21 identification as of this date.)
22 A     Like I said, I only remember
23 seeing the bottom half of that letter,
24 please be advised, that's what was sent
25 to me.  That was sent to me two -- it was

M.H. Capogrosso

2 sent to me by your office two days before
3 I was to go back to work, two days.
4 Q     So, Mr. Capogrosso, I'm
5 showing you another document.  Do you
6 recognize this?
7 A     Yes, John McCann.
8 Q     And this is from your
9 production Bates stamped P-28; correct?
10 A     Yes.
11 Q     What document is this?
12 A     That's from the anger
13 management doctor I had to go to, anger
14 management course.
15        MR. THOMPSON:  And so can we
16 mark this down, Ms. MacDonald, as
17 Exhibit 17.
18        (The above-referred-to
19 report was marked as Exhibit 17 for
20 identification as of this date.)
21 Q     So, Mr. Capogrosso, what did
22 the anger management course consist of?
23 A     I showed up at this man's
24 office.  It was in the basement of his
25 house.  There was couches, about 10 to 12

M.H. Capogrosso

2 guys all sitting there, all looking
3 angry.  I talked to a few of them.  They
4 all had problems at work or with their
5 girlfriends or with their wives.
6         I got called into his
7 office.  I sat down with him.  He gave me
8 a book to read about I over E,
9 intelligence over emotion.  He kept
10 telling me intelligence over emotion.  I
11 went back there week after week.  He kept
12 telling me intelligence over emotion, to
13 read a chapter in the book every week.  I
14 did that.
15        He told me, you know, I felt
16 bad -- he told me he felt bad for me.  He
17 told me I was wrongfully accused, he felt
18 bad for me and he said I completed the
19 course.
20 Q     Do you feel like you got
21 anything out of the course?
22 A     I over E, I'll always
23 remember I over E, intelligence over
24 emotion.  I mean it's a little easier
25 said than done.  You know, I'm an

M.H. Capogrosso

2 emotional guy.  It's a little easier said
3 than done, you know.
4         I over E is what he kept
5 telling me, I over E, so I try to think
6 before I act he told me.  I said well,
7 it's easier said than done.  When a guy
8 tells you go excuse yourself, go fuck
9 yourself twice, you know, you get upset
10 and that I'm a Jew hater.  For what
11 reason I'm a Jew hater, I don't know,
12 so --
13 Q     Sir, do you think --
14 A     Go ahead.
15 Q     Do you think you benefited
16 from the course at all?
17 A     Absolutely.  I went -- I
18 went to the Philippines.  I had some -- I
19 took a break, I went to the Philippines
20 and I came back and I went back to work.
21 Q     And --
22 A     After I took the course I
23 went to the Philippines and I had some
24 fun and I came back.
25 Q     And did taking the course

Page 330

M.H. Capogrosso

1        help you get along with co-workers at the
2   TVB?
3        A    Well, it made me more
4   suspicious of everybody.  I hate to say
5   that, but it did.  I was never a
6   suspicious person.  You know, I pretty
7   much -- you know, but you have to be
8   suspicious of everything you say and
9   everything you do.  You have to look at
10  every word.
11       I was never like that.  I
12  was very, you know, outgoing and, you got
13  to be careful everything you say and
14  everything you do, who's taking it the
15  wrong way, who am I insulting, who's
16  fearful of my presence.
17       I mean, you know, so then I
18  got fearful of everything I said or do.
19  Every time I walk into a courthouse I got
20  to look around like I'm in church, but it
21  is what it is.  A clerk, if I look at a
22  clerk, I'm smirking at clerk.  What the
23  hell is smirking at a clerk?
24       So now I'm fearful of

Page 331

M.H. Capogrosso

1        everything I do when I walk in a
2   courtroom, absolutely.  You got to watch
3   every word you say.  It's like you're
4   walking into church in the morning and
5   that's the way I act now when I go into a
6   courtroom.  I don't talk to anybody.  I
7   just do my business and that's it.  I'm
8   very circumspect.  I listen to every word
9   I say and I make sure it's not construed
10  in the wrong way, that's it.
11       Q    All right.  Let's close out
12  of this and I'm going to bring up another
13  document here.
14       MR. THOMPSON:  And,
15  Ms. MacDonald, in case I didn't say
16  it already, let's have that previous
17  document marked Exhibit 16 (sic).
18       Q    Mr. Capogrosso, do you
19  recognize this document?
20       A    This is the document I
21  reviewed, this document that was sent to
22  me.  This document was sent to me.
23  That's the document.
24       Q    Okay.  So what is this

Page 332

M.H. Capogrosso

1        document?
2        A    That I took the anger
3   management course, which I did.  I'll be
4   allowed to come back June 27.  It's seven
5   days, I said two days, it's seven days
6   before I was -- that I get this document.
7   On June 20 I get this document, seven
8   days before I was supposed to go back in.
9        Q    And --
10       A    I already agreed just to
11  take an anger management course.  You
12  want to throw all these other conditions,
13  that's fine because I adhered to all of
14  them, I did adhere to all of them, but I
15  said I'm going to -- I'm not going to
16  dispute it at this point because I'll --
17  you know, I'm not because I'm going back
18  to work in seven days, but I adhered to
19  all of it anyway.
20       But did I sign off on this
21  document, I never signed off to this
22  document.
23       Q    And just for the record,
24  Mr. Capogrosso, this document was marked

Page 333

M.H. Capogrosso

1        P-143 in your production; correct?
2        A    Yes.
3        MR. THOMPSON:  And,
4   Ms. MacDonald, let me ask you to
5   please mark this as Exhibit 19.
6        (The above-referred-to
7   letter was marked as Exhibit 19 for
8   identification as of this date.)
9        Q    So, Mr. Capogrosso, I'll --
10  you said that this is not something you
11  agreed to; correct?
12       A    I didn't sign it, the
13  written stipulation.  It was thrown at
14  me, thrown at me, mailed to me on June
15  20, 2012.  I think I received it -- maybe
16  it was dated -- I think I only received
17  it two days before I was to go back in,
18  two days and it's the first time I saw
19  it.  I agreed to take an anger management
20  course, which is what I did.
21       I never saw this document,
22  no, until two days before I could go
23  back.  Now, did I adhere to everything,
24  yes.  Did I see it, no.

53 (Pages 330 - 333)

Page 334

M.H. Capogrosso

1
2     Q     So, Mr. Capogrosso, you see
3     where it says "Please be advised that if
4     and when Mr. Capogrosso appears at a TVB
5     office, he must strictly adhere to the
6     standards of conduct required of
7     attorneys appearing before State courts?
8     Threatening conduct by Mr. Capogrosso,
9     verbal threats of physical violence and
10    verbal abuse, including the use of ethic
11    slurs, will not be tolerated."  Do you
12    see that?
13    A     Yes.
14    Q     And you read that prior to
15    going back; correct?
16    A     And I adhered to all of it,
17    all of it.
18    Q     And you see the passage that
19    says "DMV reserves all rights to respond
20    to future misconduct including, if
21    warranted, by immediately and permanently
22    barring Mr. Capogrosso from appearing on
23    behalf of DMV licensees at TVB offices;"
24    correct?
25    A     Well, you can say whatever

Page 335

M.H. Capogrosso

1
2     you like.  You can say whatever you like.
3     Did I sign off on that statement, no.
4     No, I did not sign.
5     Q     Did you sign off on --
6     A     I signed off on going to --
7     Q     Did you sign off --
8     A     I signed off on going to
9     anger management, that it's.  I agreed to
10    take an anger management course, that's
11    it, not all these conditions.  I agreed
12    to take an anger management course,
13    that's all I agreed to do.
14           You threw this at me.  Your
15    office threw this at me.  I received this
16    two days before I was to go back.
17    After --
18    Q     Mr. Capogrosso --
19    A     Let me finish.  After the
20    expense of $10,000 and an anger
21    management course.  It cost me 10 grand.
22    After that expense, you throw this at me
23    two days before.
24           If you were going to put all
25    these conditions, you should have told me

Page 336

M.H. Capogrosso

1
2     up front and maybe I would have --
3     Q     Mr. Capogrosso, I'll
4     represent to you that these conditions
5     were included in the letter to your
6     lawyer that we previously discussed at
7     Exhibit 16.
8     A     The only time I saw that,
9     that was on -- that letter is dated June
10    20.  That letter is dated June 20 and
11    that's the letter I received.
12    Q     And I'll represent to you
13    that the previous letter was dated May
14    15, 2012, which was sent to your lawyer.
15    A     The letter I received was
16    dated June 20.  I was told to take an
17    anger management course.  Now, I adhered
18    to all those conditions, but I agreed to
19    take an anger management course, that's
20    it.
21    Q     So hold on one second while
22    I bring up another document.
23           Mr. Capogrosso, can you see
24    this document?
25    A     Yeah.  I think I remember

Page 337

M.H. Capogrosso

1
2     seeing that, yes.
3     Q     And what is this?
4     A     Stipulation of
5     Discontinuance.
6     Q     And is this the document
7     that ended the Article 78?
8     A     I believe so, yeah.  I mean
9     I hate to say the word I believe.  Let me
10    look at it.
11           Yeah, that's Jackie's
12    signature, yes.
13    Q     And so do you see anywhere
14    on here where there's an anger management
15    requirement?
16    A     No.
17    Q     I don't either.
18    A     No.
19    Q     So was anger management part
20    of the deal to have you come back to the
21    TVB?
22    A     The only deal I agreed to.
23    I was -- the judge told me the day I went
24    to court initially on this Article 78,
25    the judge told me two things and he said

54 (Pages 334 - 337)

M.H. Capogrosso

1        M.H. Capogrosso
2  either -- she told me.  She told me I'll
3  give you a date a year from now to argue
4  this case or go take an anger management
5  course.  I told the judge I'll take an
6  anger management course because I threw a
7  punch at a wall and to me -- well,
8  that's -- I said let me take the anger
9  because that's -- I said let me take the
10  anger management course.  I had a lot of
11  clients calling me left and right, I had
12  to get back to court and deal with this.
13       I took an anger management
14  course.  That's what I agreed.
15       MR. THOMPSON:  And,
16  Ms. MacDonald, let's please mark this
17  Stipulation of Discontinuance as
18  Exhibit 18.
19       (The above-referred-to
20  stipulation of discontinuance was
21  marked as Exhibit 18 for
22  identification as of this date.)
23  Q    And now, Mr. Capogrosso, you
24  see how we are back at Exhibit 19?
25  A    Yes.

M.H. Capogrosso

1        M.H. Capogrosso
2  I agreed to.
3       Now, did I -- did I not
4  reserve my right to question any removal?
5  I never, never disavowed my right to
6  question my removal, never, never.  I
7  would never have signed off on that, that
8  I didn't have a right to respond or to
9  defend myself against these allegations.
10  I would never have -- I would never sign
11  off to anything like that, never.
12       I have a right to defend
13  myself in a courtroom against statements
14  and affidavits written against me.  I
15  would never surrender that right on any
16  level.
17  Q    So, Mr. Capogrosso, one more
18  quick question on Exhibit 19.  Is this
19  the document that established your right
20  to go back to the TVB?
21  A    No.
22  Q    And I'll point to this last
23  part of the first paragraph where
24  Ms. Farooq writes that she is going to,
25  quote, "advise you that Mr. Capogrosso

M.H. Capogrosso

1        M.H. Capogrosso
2  Q    So is it safe to say,
3  whether or not you feel that it's part of
4  the deal, that DMV warned you in this
5  letter that threatening conduct or
6  physical violence would result in your
7  expulsion?
8  A    Listen, I agreed to take an
9  anger management course.  You can say
10  whatever you like.  Obviously if there's
11  threatening conduct and all this other
12  stuff, you have a right to do what you
13  have to do, but I have a right to defend
14  myself as to those allegations.
15       Now, Chris told me Mario, if
16  you go back there and you sneeze the
17  wrong way they're throwing you out again.
18  He told me that.  So he said he didn't
19  trust Gelbstein at all.  He didn't trust
20  Gelbstein as to what he was saying.
21  I said Chris, I took the
22  anger management course.  It cost me a
23  lot of money.  I told you it cost me
24  what, $10,000, 7,500, plus I had to give
25  Chris his fee.  I took it and that's what

M.H. Capogrosso

1        M.H. Capogrosso
2  may appear on behalf of his clients at
3  Traffic Violation Bureau offices as of
4  June 27, 2012."
5  A    My attorney told me that I
6  could go back on June 27.  My attorney
7  told me to go back.  This letter was
8  thrown at me two days before I was to go
9  back from your office with all these
10  conditions.
11       I never, never surrendered
12  any right to go to trial or go to a
13  hearing and defend myself against any
14  accusations.  That wouldn't make any
15  sense.  Why would I do that?  I'd
16  rather --
17  Q    I think you did.
18  A    I would rather go to the
19  Article 78 proceeding and give myself a
20  fair chance before a judge to hear the
21  case.  I would never surrender that
22  right.
23       I was told by my lawyer
24  you're free to go back on June 27, which
25  is what I did.  Your office sent me that

55 (Pages 338 - 341)

Page 342

M.H. Capogrosso

1    letter two days beforehand.  That's when
2    I received it.
3    Q    Do you think at this point
4    that the TVB wanted to get rid of you?
5    A    Yeah and I think your office
6    didn't treat me fairly.  That letter
7    or anything should have been sent to me a
8    hell of a lot earlier.  Two days before
9    I'm going back, are you treating me fair?
10   Q    Mr. Capogrosso, I'll
11   represent --
12   A    I don't think --
13   Q    -- to you that we did, in
14   fact, send exhibits.
15   A    They did not treat me
16   fairly, no.  Absolutely they wanted to
17   get rid of me, absolutely.
18   Q    Okay.  And so did you, in
19   fact, return to practice at the TVB on
20   June 27, 2012?
21   A    Yes, yes.
22   Q    So let's move on to a new
23   exhibit.
24        Mr. Capogrosso, do you
25

Page 343

M.H. Capogrosso

1
2    recognize this document?
3    A    It's a Work Violence Report.
4    Q    And what is it?
5    A    It's a Work Violence Report
6    by one of your -- by one of your
7    representatives at the DMV, by -- Calvo's
8    name is on it.  That's the name I
9    recognize.
10   Q    Do you recognize Geri
11   Piparo?
12   A    No.
13        MR. THOMPSON:  All right.
14   Ms. MacDonald, can I ask you to mark
15   this as Exhibit 20?
16        (The above-referred-to
17   report was marked as Exhibit 20 for
18   identification as of this date.)
19   Q    So, Mr. Capogrosso, do you
20   know who Geri Piparo is?
21   A    No.  I never heard --
22   Q    I'll represent to you --
23   A    -- of that name.
24   Q    I'll represent to you that
25   she's one of the clerks and that she

Page 344

M.H. Capogrosso

1
2    signed the petition regarding you in
3    2011.
4    A    All right.  Fine.
5    Q    On page 2 she writes "Mario
6    Capogrosso accused David Smart of looking
7    at him and there were heated words
8    exchanged.  PO Nielsen intervened."
9        Can you tell me what
10   happened?
11   A    Well, there was a hell of a
12   lot more than looking at me.  When I came
13   back from the -- my anger management
14   course, which I came back in June, I had
15   to leave in December of 2011, I was told
16   by one of the clerks, Cindy, the lady I
17   was talking to who liked me I guess a
18   little bit, that a motorist came down
19   looking for me, came down looking for me
20   to give me a fee because he owed me money
21   on a case and that she was told by the
22   motorist that David took the fee.  It was
23   $80 and a $150 fee, right.  So I report
24   that to Judge Gelbstein because he stole
25   it.  You steal money, you should get

Page 345

M.H. Capogrosso

1
2    reported.
3        After that there was a
4    series of harassments by David Smart
5    against my person.  I've gone into them
6    with you.  I've gone into them.  He's
7    pushed me from behind.  He gave me the
8    sign of the cross and the spear hand one
9    day.  He would get in my face, a couple
10   of inches, but the same David Smart that
11   approached me on May 11 after he stole
12   the money and I reported him.  Get in my
13   face.  What's the problem?  Fuck you,
14   you're the problem.  Again, fuck you,
15   you're the problem, two, three, four
16   times.
17        So I tell -- I must have
18   told this woman, you know, this guy
19   doesn't want to leave me alone.  Doesn't
20   want to leave me alone.  Why do I have
21   to --
22   Q    And is this --
23   A    -- be harassed because I
24   report a theft which should have been
25   reported, which is the right thing to do,

56 (Pages 342 - 345)

1         M.H. Capogrosso
2  so that's what was going on.
3      Q     Is this incident, May 5th of
4  2014, is this the first incident or
5  confrontation you had with Mr. Smart?
6      A     No, no.  Like I said, I
7  walked away a million times.  I have no
8  reason to have a beef with a security
9  guard.  I'm a lawyer.  I got two licenses
10  I have to protect.  I spent a lot of
11  money, a lot of time getting this
12  license.  I don't need a beef with a
13  security guard.  I don't need it.  I
14  walked away.
15      Q     What was --
16      A     Let me finish.  It's not the
17  first time, no, not the first time.
18      Q     When was the first time?
19      A     June of 2012.  As soon as I
20  got back in, he comes up from behind me
21  and pushes me from behind.  He's like --
22  pushes me.
23          I tell Gelbstein about it.
24  He looks at the security tape I think and
25  he says you don't need this down here.  I

1         M.H. Capogrosso
2  said the man just assaulted me from
3  behind.  Are you going to do anything
4  about it?  And that was the end of it.
5  He pushes me from behind, June of 2012
6  when I -- first week I was back in there.
7  I reported it to Gelbstein.
8  He looked at the videotape.  He did
9  nothing about it.  Did I go to the cops,
10  no, I don't go to the cops.  I'm not
11  going to complain about a cop and get a
12  guy arrested.  I'm not doing it.  That's
13  not who I am.
14          But should he have been
15  removed from the DMV at that point in
16  time, absolutely and he wasn't.
17      Q     Mr. Capogrosso, I'm bringing
18  up another document.
19          And can you see the
20  document?  Can you see it okay,
21  Mr. Capogrosso?
22      A     Yeah.  I can't see the whole
23  thing.  You have to go down.
24      Q     Yeah, sure.  Actually, let
25  me zoom out a little bit.  Is that

1         M.H. Capogrosso
2  easier?
3      A     Who wrote this?  Wanda,
4  Wanda was a clerk.
5      Q     And this document is marked
6  or is Bates stamped DMV-0000061; correct?
7      A     Yeah, right.  She's accusing
8  me -- okay.  Go ahead.
9      Q     Do you recognize this
10  document?
11      A     Yeah.  I see this document,
12  yeah.
13      Q     And what is it?
14      A     Wanda is accusing me of
15  telling a motorist to give a clerk an
16  attitude.  I don't understand that.  I
17  don't understand how I could tell a
18  motorist to give a clerk an attitude.  I
19  mean that's just ridiculous.
20          MR. THOMPSON:  Can we mark
21  this as Exhibit 21?
22          (The above-referred-to
23  statement was marked as Exhibit 21
24  for identification as of this date.)
25      A     I'm telling a motorist to

1         M.H. Capogrosso
2  give a clerk an attitude?  How do you
3  tell a motorist to give a clerk an
4  attitude?
5          This is the clerks I had to
6  deal with.  I told the guy that I'm not
7  here to give -- now go ahead.
8      Q     So what's your recollection
9  of what happened in this incident on
10  October 29, 2014?
11      A     I never saw -- I was never
12  addressed with this issue.  I never saw
13  this until I received this affidavit from
14  your office.
15          But she's telling me that I
16  told a guy that I'm -- to encourage the
17  motorist beforehand to give me an
18  attitude is what she's accusing me of
19  doing.  Me, a lawyer, is telling a
20  motorist to go to the clerk and give the
21  clerk an attitude.
22      Q     Now what --
23      A     That's what your clerks are
24  accusing me of.
25      Q     But, sir, do you have,

57 (Pages 346 - 349)

M.H. Capogrosso

1
2   sitting here today at the deposition, do
3   you have any independent recollection of
4   this?
5       A       No, absolutely not because I
6   wouldn't even know how to say that to a
7   motorist. Go to a clerk -- no, I have no
8   knowledge of this. I would not know how
9   to tell --
10      Q       So --
11      A       I would not know how to tell
12  a motorist to go give a clerk an
13  attitude. I mean this is a clerk whose
14  got some issues. I was --
15      Q       So did this happen?
16      A       I don't know. No, it didn't
17  happen, number one and it's ludicrous.
18  How do you tell a motorist to give a
19  clerk an attitude and these are the
20  clerks I got to deal with.
21      Q       So is it Ms. Alford lying
22  here?
23      A       I did not tell a motorist to
24  give a clerk an attitude. I did not.
25  That's a ridiculous friggon -- that's

M.H. Capogrosso

1
2   a -- excuse my language. That's a
3   ridiculous accusation against me,
4   ridiculous, but these are the type of
5   clerks I have to deal with.
6       Q       So the question was do you
7   believe that she's lying here?
8       A       I did not tell a motorist to
9   give a clerk an attitude. I did not.
10  Now --
11      Q       I understand that, but yes
12  or no?
13      A       Maybe she -- I don't know
14  what she's thinking, but I did not tell a
15  clerk -- a motorist to give a clerk an
16  attitude. First of all, I don't even
17  know how to do that or how a motorist
18  would know how to do that. How would a
19  motorist know how to give a clerk an
20  attitude?
21      Q       So why would she write this?
22      A       I don't know. I don't know.
23  They didn't want me there. I don't know.
24  Maybe you got a bunch of crazy clerks
25  down there.

M.H. Capogrosso

1
2       Q       Did Ms. Alford not want you
3   there?
4       A       Who's Ms. Alford? Wanda?
5       Q       Wanda Alford who --
6       A       I don't know.
7       Q       -- wrote the letter.
8       A       I don't know. This is the
9   first -- the first time I saw this
10  complaint that I have an opportunity to
11  respond to is when you sent it to me and
12  I don't even know how to respond to it.
13  I wouldn't know how to deal with this.
14  I'm accused of telling a motorist to give
15  a clerk an attitude.
16          MR. THOMPSON: And,
17      Ms. MacDonald, if we didn't do that
18      already, let's mark that as Exhibit
19      21.
20      A       Is that threatening conduct
21  or verbal abuse?
22      Q       Mr. Capogrosso, can you see
23  the document that I just put up?
24      A       Yeah. This is something
25  David Smart wrote.

M.H. Capogrosso

1
2       Q       Do you recognize this?
3       A       Yeah. I saw it when you
4   gave it to me, yes. He signed something.
5   It's an unsigned note of David Smart.
6       Q       And this is -- this document
7   is marked Gelb-0000059; correct?
8       A       Yeah.
9       Q       What is this document?
10      A       Some type of complaint by --
11  on February 3, I don't know what year,
12  9:15 a.m. Smarts telling me that I
13  deliberately walked into him. I am --
14  there's a board --
15      Q       Mr. Capogrosso, I'm sorry,
16  we lost your audio for a second there.
17  Can you restate that?
18      A       Yeah. This is -- I'm being
19  accused -- I'm being accused of walking
20  into a security guard. Now, at the DMV
21  there's a board that was hanging up when
22  I was there and every day there was a
23  calendar on the board as in most
24  courthouses that tell you where each case
25  is going to be heard.

58 (Pages 350 - 353)

M.H. Capogrosso

1
2       I go in the morning, right.
3  David would put up or somebody would put
4  up the calendar.  Most times it was David
5  Smart and in the afternoon he would take
6  it down.  So I have to go to the calendar
7  to look at the calendar because in the
8  morning there's a lot of people and
9  everybody's rushing around here and
10 there.  You have to know what courtroom
11 to go in.
12      So I'm walking to the
13 calendar and he tells -- and I'm trying
14 to go to the calendar and he tells me I
15 deliberately walked into him.  I mean
16 that's just stupid.  We are both working
17 in the same location.  We both have to go
18 to the calendar.  He has to hang it up
19 and I have to look at it.
20      I'm deliberately walking
21 into a security?  I have to work in this
22 courthouse.  I'm sorry.  As a lawyer I
23 have to go to the board and look at the
24 docket to see where my case is being
25 held.  This is what I'm being accused of,

M.H. Capogrosso

1
2  deliberately walking into a guard.
3       We work in the same
4  building.  We both have to go to the --
5  to the board in the morning, to the
6  docket.  He has to hang it up.  I got to
7  look at it to see where my case is.
8  That's all I have to say about this.
9       Q    So is Mr. Smart lying?
10      A    That I deliberately walked
11 into him, yes, absolutely.  I don't
12 need --
13      Q    Why is he --
14      A    -- this beef with a security
15 guard.  I don't need a beef with a
16 security guard at a courthouse that I'm
17 trying to make a living at.
18      Q    And why do you think he's
19 lying?
20      A    I don't know.  Why would I
21 deliberately walk into a security -- I'm
22 going to the board to check the calendar.
23      Q    Did he have any animis
24 towards you?
25      A    I told you, I reported to

M.H. Capogrosso

1
2  Gelbstein that he stole $80 and a $150
3  fee and I found that out when I got back
4  after taking my anger management course.
5  I told you that.  Cindy told --
6       Q    And --
7       A    And then I wrote to the
8  motorist.  The motorist confirmed it.  I
9  didn't go to the police because that's
10 not what I do.  I'm not going to get the
11 guy arrested.  Like maybe I should have
12 looking back on this thing now.
13      Q    And would you have --
14      A    Gelbstein investigated it.
15 Gelbstein admits to me that Smart said he
16 took the money and he gave it to me,
17 which is an absolute lie.  First of all,
18 I authorized nobody to take money on my
19 behalf, collect money on my behalf.  He
20 had no authority to collect a fee on my
21 behalf, this security guard, Smart and
22 Gelbstein believes it, that he gave me
23 the money.  Gelbstein believes this.
24      I told him the security
25 guard had no authority to take the money,

M.H. Capogrosso

1
2  but he allows the security guard to stay
3  and then the harassment started and I
4  guess this is one of the ways he did it.
5  He's saying I deliberately walked into
6  him.
7       Q    And would it be correct to
8  say that you feel that Mr. Smart had a
9  grudge against you after this?
10      A    Absolutely, absolutely he
11 had a grudge.  He wouldn't let it go.  If
12 you steal, I'm going to report it.  It's
13 a theft.  It's a theft.  I am a lawyer.
14 I am an officer of the court.  You steal,
15 you're not stealing from me.  You're
16 stealing from that cab driver who $80 is
17 a lot of money to.
18      Q    And do you believe that he
19 wanted -- not he.  Do you believe that
20 Mr. Smart wanted to get rid of you --
21      A    Absolutely.
22      Q    -- because of this threat?
23      A    Absolutely.  He wouldn't
24 start the harassment.  I told you all the
25 incidents.  He gets in my face.  What's

59 (Pages 354 - 357)

1        M.H. Capogrosso
2  the problem?  Fuck you, you're the
3  problem.  I told you that.
4      Q      One last question.
5  Mr. Capogrosso, this note is marked
6  February 3 at 9:15 a.m.  Do you recall
7  what year this was?
8      A      It was after.  I don't know.
9  It's the first time -- the only time I
10  saw this note is when you produced it to
11  me in discovery.  I assume -- I assume it
12  was after the incident with Brody because
13  that's when I reported the theft.
14     Q      After the incident with?
15  I'm sorry, I didn't quite hear that.
16     A      With Brody.  It was after I
17  came back in June of 2012 --
18     Q      Okay.
19     A      -- because that's when I
20  reported the theft.
21     Q      So, Mr. Capogrosso, I'm
22  going to bring up --
23         MR. THOMPSON:  Oh, and
24     actually before we are done, I don't
25     know if I marked that, but

1        M.H. Capogrosso
2  Ms. MacDonald if we didn't please
3  mark that as Exhibit 22, that note.
4         (The above-referred-to note
5     was marked as Exhibit 22 for
6     identification as of this date.)
7      Q      Mr. Capogrosso, do you see
8  the document that I just put up?
9      A      Yeah, Paul Perez.
10  Absolutely, I remember this one.
11     Q      And do you recognize this
12  document?
13     A      Well, I recognize it because
14  you produced it.  I never saw it before.
15  Just the fact that you produced it.
16     Q      And this document is marked
17  Gelb-0000058; correct?
18     A      Yes.
19     Q      And it's your testimony that
20  you never saw this document before the
21  case; correct?
22     A      I never saw any of these
23  affidavits before this case.
24         MR. THOMPSON:  Ms.
25     MacDonald, can I ask you to mark this

1        M.H. Capogrosso
2  as Exhibit 23?
3         (The above-referred-to
4     statement was marked as Exhibit 23
5     for identification as of this date.)
6      Q      And, Mr. Capogrosso, who is
7  Paul Perez?
8      A      What I remember, he was a
9  motorist that came down to the DMV.  I
10  did not represent him on any hearings
11  even though there's a work -- there's an
12  incident report that says I represented
13  him in court.  I never represented -- and
14  it could have been investigated and it
15  wasn't.  I never represented him on his
16  hearing.
17         He had a hearing before
18  Judge Walters, that I know because I was
19  sitting outside the courtroom.  He came
20  outside the courtroom while I was sitting
21  on the bench and I think he was with his
22  girlfriend and they asked me if I'm a
23  lawyer because I'm sitting there with a
24  suit on and my calendar and can you help
25  him write an appeal.  I said I'll take

1        M.H. Capogrosso
2  the appeal.  He was very nice when I
3  first met him, very nice.  Sat down, I
4  said I'll take it on appeal.  Collect a
5  fee on the appeal.
6         I never represented him in a
7  courtroom.  I did not get his license
8  suspended.  I was not the -- I was not in
9  the courtroom with him.  I did not argue
10  his case.  I was hired to write the
11  appeal.
12         The next day he comes down.
13  He finds out that his license got
14  suspended.  This guy had a terrible
15  license, terrible.  He comes in, comes at
16  me, starts yelling at me.  I said here,
17  take your appeal -- take your appeal and
18  I gave him his money back.
19         No.  First thing he says
20  was -- is that he curses me out.  He says
21  I'm going to cut you with a knife and
22  slash the tires of your car.  I said I
23  didn't get your license suspended.  I'm
24  hired to write the appeal.  I'm going to
25  cut you -- his exact words, I'll never

60 (Pages 358 - 361)

M.H. Capogrosso

1        M.H. Capogrosso
2   forget it, I'm going to cut you with a
3   knife and I'm going to slash tires of
4   your car.
5            At that point I gave him his
6   money back on his appeal and he keeps
7   saying it to me, I'm going to cut you
8   with a knife, I'm going to slash the
9   tires of your car.
10           I look around for the
11  security guard. He's nowhere to be
12  found, Smart. Smart's not there. The
13  police officers are there, but they're
14  not doing anything about this.
15           At that point in time
16  Gelbstein told me if you got an unruly
17  client -- and I don't know if this guy's
18  got a knife on him or not, I really don't
19  know because there's no -- there's no
20  metal detectors coming into DMV. You
21  just walk in and out. You can carry
22  anything you want, guns, knives,
23  whatever.
24           Gelbstein told me if you got
25  a bad client, unruly client, you got to

M.H. Capogrosso

1        M.H. Capogrosso
2   go outside the courthouse and speak to
3   him outside, which I proceeded to do with
4   this guy. He just threatened me twice,
5   he's going to cut me with a knife and
6   slash the tires of my car. I said let's
7   go outside, we got to talk, which is what
8   Gelbstein told me to do and I obeyed.
9   That's what happened here.
10           And he didn't go out -- he
11  walked halfway and he turned around. I
12  obeyed what defendant Gelbstein told me
13  to do. I'm not going to be threatened
14  with a knife and tell me the tires of my
15  car were going to be slashed. The
16  security guard is nowhere to be found,
17  Smart. The police officers don't want to
18  get involved. It's not going to happen
19  to me.
20           And I obeyed what Gelbstein
21  did. I went out -- he said talk to him
22  outside. I said let's go talk outside,
23  which is what I did. That's what
24  happened here. And it could have been
25  investigated, that I was not in this

M.H. Capogrosso

1        M.H. Capogrosso
2   courtroom, I did not argue his case, I
3   did not get his license suspended. I did
4   not.
5            And the facts of this case
6   were never investigated, nor was my --
7   nor was I ever given an opportunity to
8   state what happened in this case.
9   Apparently --
10      Q     Mr. Capogrosso --
11      A     -- but Perez made a
12  statement.
13           Go ahead.
14      Q     Mr. Capogrosso, when Perez
15  writes that you were taking on a case for
16  him and, quote, "didn't live up to his
17  responsibility," what does he mean?
18      A     I have no idea. I don't
19  know. I don't know. The next day he
20  comes in, the day after he got suspended
21  in court, the day after Walters suspended
22  his license he comes in and tells me I'm
23  going to cut you with a knife and slash
24  the tires.
25           I didn't argue your case,

M.H. Capogrosso

1        M.H. Capogrosso
2   Mr. Perez. I didn't argue your case.
3   Here's your money back on the appeal. I
4   don't want you as a -- take your money
5   back. I'm not going to -- I'm not
6   going -- I'm not going to be threatened
7   by a client with a knife.
8       Q     Do you think -- do you think
9   he blamed you for the loss of his case at
10  the TVB?
11      A     I think he might have been
12  on drugs, seriously on drugs this guy
13  because when I met him for the first
14  time, he was a normal nice guy, normal,
15  had a normal conversation because I could
16  size up a guy pretty quickly. I've been
17  dealing with these clients for a long
18  time. I can size you up. He was normal
19  and nice. His girlfriend was nice.
20           The next day I'm cutting you
21  with a knife and I'm slashing the tires
22  of your car. That's the incident.
23  That's what happened.
24      Q     So his version of events
25  says that he told you he wanted another

61 (Pages 362 - 365)

1          M.H. Capogrosso
2   lawyer and his money back and that you
3   told him to go fuck myself and that we
4   can take it outside.
5       A    I gave him the --
6       Q    Is that true?
7       A    No. First of all, I didn't
8   argue the case. He hired me on the
9   appeal. He hired me on the appeal. I
10  gave him his money back right away. I
11  gave him his money back. I took --
12      Q    Did you tell him --
13      A    Let me finish. If I didn't
14  give him money back, right, because every
15  time I give money back I take the receipt
16  back. He would have produced my receipt
17  and he doesn't produce it. I give him a
18  business card with my receipt on the
19  back. I sign my name to it. I tell him
20  the total amount, the amount paid.
21         But if I give you the money
22  back, which I did here, he gives me the
23  receipt back this way I'm not going to --
24  this way he has proof -- I have proof I
25  gave him the money back, he no longer has

1          M.H. Capogrosso
2   my receipt, right.
3          He doesn't produce the
4   receipt here. I gave him my money back
5   and he, like he said --
6       Q    So --
7       A    -- he's going to cut me with
8   a knife and slash the tires of my car.
9       Q    Mr. Capogrosso, did you tell
10  him to go fuck himself?
11      A    I don't remember what I
12  said. After you tell me to go -- after
13  you tell me you're going to slash my
14  tires, he's going to cut me with a knife
15  and slash the tires of my car, I might
16  have said that. I might have told him
17  fuck, yes, I might have said something
18  like that.
19      Q    Did you tell him that you'd
20  take it outside?
21      A    I looked around for the
22  security -- no. What I said was this and
23  I'll tell it exactly again, I said here's
24  your money back. He came in the next
25  day. There was no way I could have

1          M.H. Capogrosso
2   written the appeal in a day anyway. Take
3   your money back. Because I didn't mess
4   up his case in any way. I didn't mess it
5   up because I didn't argue it and I was
6   given no opportunity to argue the appeal,
7   so I messed up nothing. I messed up
8   nothing.
9          He came back the next day
10  and if you investigated the facts of this
11  you would have seen it, at that -- at
12  which point in time he tells me I'm going
13  to cut you with a knife and I'm going to
14  slash the tires of your car.
15         Take your money back and
16  then he repeatedly tells me he's going to
17  cut me with a knife and slash the tires
18  of my car. At that point, like I said, I
19  looked for the security guard, not there.
20  This is what happened. The police were
21  standing there. They did nothing. After
22  he repeatedly telling I'm going to cut
23  you with a knife and slash the tires on
24  your car, I said we have to talk outside.
25  That's what I said.

1          M.H. Capogrosso
2       Q    So you said we have to talk
3   outside?
4       A    I said we have to talk
5   outside is what I said. The guy might be
6   having -- the guy might have a knife on
7   him. I don't know what he's got on him.
8       Q    So --
9       A    There's no camera. There is
10  no -- when you walk in the TVB, there is
11  no metal detectors there. There's nobody
12  checking. Anybody can walk in. I did
13  what I had to do in that --
14      Q    So this --
15      A    I did what I had to do in
16  that instance.
17      Q    So, Mr. Capogrosso, is Paul
18  Perez lying in this statement that he
19  made?
20      A    I didn't mess up. He's
21  lying there. I never messed up. I
22  didn't argue the case and I didn't have
23  any time to write the appeal, so I didn't
24  mess up.
25      Q    So why would --

62 (Pages 366 - 369)

Page 370

M.H. Capogrosso

1
2    A    I gave him his money back.
3    Q    -- he lie about you?
4    A    I'm telling you what
5  happened.  I don't know why he would lie.
6  Ask him.  I'm telling you the facts.  He
7  did lie because if you investigated the
8  facts and Danielle Calvo investigated it,
9  she would have seen that I didn't
10  represent him in a courthouse -- in the
11  hearing room.  There's the lie.  I never
12  was in the hearing room with him, ever
13  and the incident report that was written
14  indicates that I argued three cases for
15  him.  That is a lie.
16          I never argued three cases
17  for him and got him suspended.  I was
18  never in the hearing room.
19    Q    But why would he lie though?
20    A    I don't know why.  Ask him
21  why.  He was upset I would imagine.  I
22  can't speculate to that.  I never argued
23  three cases for him in the -- in the
24  hearing room, I never argued, but that's
25  what the report says --

Page 371

M.H. Capogrosso

1
2    Q    And how --
3    A    -- I argued three cases.  He
4  is lying.  Why he's lying, I don't know,
5  but he is lying.  He's upset his license
6  got suspended.  I didn't suspend his
7  license.  The judge suspended him.
8          MR. THOMPSON:  Ms.
9    MacDonald, can you mark that document
10    for Mr. Perez if we haven't already
11    as Exhibit 23.
12    Q    Mr. Capogrosso, I'm about to
13  show you another document.  Do you
14  recognize this document, sir?
15    A    Can you go down a little
16  bit?
17    Q    Sure.
18    A    Yeah.  This is Perez, this
19  thing with Perez.  Who wrote this one?
20  Melissa, who's Melissa?  I don't know who
21  Melissa is, but go ahead.  I've seen this
22  document, yeah.
23    Q    And what is this document?
24    A    It's another affidavit that
25  was submitted against me.

Page 372

M.H. Capogrosso

1
2    Q    And this one is marked --
3  Bates stamped DMV-0000059; correct?
4    A    Yeah.
5          MR. THOMPSON:  Ms.
6    MacDonald, if we could mark that as
7    Exhibit 24.
8          (The above-referred-to
9    statement was marked as Exhibit 24
10    for identification as of this date.).
11    Q    So who is Melissa Vergara?
12    A    I have no idea who Melissa
13  is.
14    Q    So she says she was sitting
15  at information station 7, so does that
16  refresh your recollection at all?
17    A    No.
18    Q    But if she was sitting at an
19  information station, she was probably a
20  clerk; right?
21    A    Well, yeah.  She would be a
22  clerk, yeah.
23    Q    So as you said she's talking
24  about the situation with Mr. Perez.  She
25  says she could hear arguing between Mario

Page 373

M.H. Capogrosso

1
2  Capogrosso and a male motorist who was
3  later identified as Paul Perez.
4    A    Yup.  I was arguing with the
5  man, yes.
6    Q    And then she writes and I'll
7  highlight this on the screen, "In a clear
8  and hostile tone, Mr. Capogrosso said to
9  the motorist to take this outside.
10  Originally the motorist began following.
11  He had even taken off his jacket and
12  swung it on to a stanchion, but only got
13  about halfway before he stopped himself,
14  turned around, picked up his jacket and
15  placed himself in the information line.
16  Mr. Capogrosso did not.  He kept walking
17  to the door."
18          Does that refresh your
19  recollection of what happened?
20    A    Yeah, that's what happened.
21  After he said he was going to cut me with
22  a knife and slash the tires on my car, he
23  said it more than once to me, I looked
24  around for the security guard, nowhere to
25  be there.  Police officer didn't get

63 (Pages 370 - 373)

1        M.H. Capogrosso
2   involved.  Gelbstein told me we have to
3   talk outside.  I said we got to go
4   outside and talk.
5        I started walking to the
6   door to talk to this man and he stopped.
7        Q    Ms. Vergara --
8        A    That's what happened.
9        Q    Ms. Vergara also says that
10  you said to take it outside.  Do you
11  recall that?
12       A    I said we have to talk
13  outside.
14       Q    Okay.
15       A    We have to talk outside is
16  what I said.  We have to go outside and
17  talk, which is what Gelbstein told me to
18  do.  You know, I don't go to the DMV to
19  get cut and slashed by a motorist.  I
20  don't go there for that.  I go there to
21  represent clients and make a living.
22       Now, there should have been
23  a security guard in there intervening or
24  the police should have intervened, I
25  should not have been put in this

1        M.H. Capogrosso
2   situation, but neither one did.  And I
3   should not have been told by Gelbstein in
4   a situation like this to go outside the
5   courtroom and talk to him about it.
6        Q    And do you think --
7        A    I don't go to a courtroom --
8   where most courthouses they have metal
9   detectors, this one has none.  Where I'm
10  going to be told I'm going to get cut
11  with a knife and slash the tires on my
12  car and I got to sit there and be quiet.
13       Q    And do you think they didn't
14  do anything because they wanted you gone?
15       A    I don't know.  Nobody got
16  involved.  Smart didn't get involved.
17  Nobody took my affidavit as to what
18  happened.  Nobody investigated the facts
19  as to what happened because they would
20  have seen I never represented him in a
21  courthouse.  I never represented him in a
22  trial, I never did and they would have
23  seen that.  But in the incident report
24  they wrote, they state that I represented
25  him in a hearing, which is a lie.  I did

1        M.H. Capogrosso
2   not get the man's license suspended.
3        Q    So, Mr. Capogrosso, I'm
4   bringing up another document.  Do you
5   recognize this document?
6        A    Yes.  I recognize Melanie
7   Levine.
8        Q    And what is this document?
9        A    That's the incident report
10  concerning Mr. Perez.
11       MR. THOMPSON:  And,
12    Ms. MacDonald, can I ask you to
13    please mark this as Exhibit 25?
14       (The above-referred-to
15    report was marked as Exhibit 25 for
16    identification as of this date.).
17       Q    So, Mr. Capogrosso, who is
18  Melanie Levine?
19       A    Well, I thought she was a
20  clerk, but she's actually a supervisor of
21  the clerks down at the DMV, Brooklyn TVB.
22       Q    And she writes that you did
23  represent Mr. Perez at trial for three
24  violations.  If she's a clerk, is she in
25  a position to know whether or not you did

1        M.H. Capogrosso
2   that?
3        A    If she's a supervisory
4   clerk, yes.
5        Q    So she writes that "Attorney
6   Capogrosso and Mr. Perez engaged in a
7   very loud verbal argument in the lobby
8   with threats of escalating to a physical
9   altercation outside in the parking lot."
10       A    I told you what happened.
11  She never took my affidavit.  The man
12  threatened to cut me with a knife and
13  slash the tires on my car twice.
14       Q    Well, she writes later on
15  even afterwards that -- I highlighted
16  that wrong -- that "Attorney Capogrosso
17  continued to verbally provoke Mr. Perez
18  into going outside while he was on line
19  and throughout his experience at the
20  service counter being helped by MVR
21  Melissa."
22       A    That's an absolute lie.
23  That's an absolute lie.  I'm not
24  provoking a guy with a knife who wants to
25  cut me for a further altercation.  I'm

Page 378

M.H. Capogrosso
1 M.H. Capogrosso
2 not doing that. I don't know the worst
3 idiot in the world who's doing that. I
4 don't know the worst -- that's an
5 absolute lie.
6 Q So why would Melanie lie?
7 A I don't know why. That's an
8 absolute lie. I never continued to
9 provoke. I walked to the door. He
10 stopped. He went back on line. I guess
11 he thought he didn't want to get involved
12 with this any longer and he went back on
13 line. I turned away. I never provoked
14 that incident any further.
15 I've been in incidents like
16 this before, I didn't provoke it, but the
17 man was telling me twice he wants to cut
18 me with a knife. There was no security
19 guard. The police chose not to get
20 involved. I said we have to talk about
21 this outside at this point in time. I
22 start walking to the door and he stops.
23 That's what I remember and that's what
24 happened.
25 Why she's writing this, I

Page 379

1 M.H. Capogrosso
2 don't know. If she investigated the
3 facts of this she would have seen I never
4 represented him in a courtroom and she
5 didn't investigate the facts and she
6 never asked my story on it.
7 Q So Ms. Vergara and
8 Ms. Levine both said that even after he
9 went back in, you continued to provoke
10 him.
11 A I didn't provoke him. I was
12 standing there watching him. I don't
13 know if this guy's coming at me with a
14 knife at this point. I didn't provoke.
15 I'm watching. That's not provoking. I'm
16 watching the man. I'm watching to see if
17 my car -- my tires on my car get slashed,
18 which I'm allowed to do.
19 Q Then why would --
20 A I was not provoking.
21 Q So why would they say
22 something --
23 A I don't know why.
24 Q -- that's not true?
25 A You keep asking me why they

Page 380

1 M.H. Capogrosso
2 say things. I don't know why. But tell
3 me what words I used to provoke. Tell me
4 what words I actually stated. They're
5 not there. I provoked nothing. Tell me
6 what words I used to provoke.
7 Q Well, this is sort of an
8 overview -- well, I think the word, one
9 of the words is take this outside.
10 But, Mr. Capogrosso, I think
11 this speaks to sort of a broader question
12 in this case, which is there are all of
13 these documents alleging that you --
14 A Well, I'm going to respond
15 to each document separately, separately.
16 Q And we've been addressing
17 them separately, but it's worth talking
18 about them together because --
19 A Okay. What's your question?
20 Q -- each of these documents
21 that you're saying --
22 A Counselor --
23 Q -- are broad --
24 A Counselor, what is your
25 question?

Page 381

1 M.H. Capogrosso
2 Q I'm getting there. There
3 are all these documents we've been
4 talking about written by different
5 people, each of which you say are lies,
6 each of which say more or less the same
7 thing, that you verbally or physically
8 threatened or intimidated somebody.
9 Why are there so many people
10 saying this and why are they all lying
11 about you?
12 A I've addressed each
13 affidavit individually and I've told you
14 my statement on each affidavit, each
15 affidavit. I was there 10 years. I told
16 you my statement on each affidavit and
17 I've given you those reasons already.
18 I'm not going to go into them again, but
19 I'm telling you on this affidavit what
20 happened that day.
21 Q And you don't think there's
22 a pattern here?
23 A I responded to each
24 affidavit individually. No, I do not
25 think there's a pattern, no.

65 (Pages 378 - 381)

M.H. Capogrosso

1
2     Q      Why not?
3     A      He told me he was going to
4   cut me a knife, slash the tires on my car
5   twice.  I was told my Gelbstein if you
6   got an unruly client, talk to him outside
7   the courtroom, which is what I did.  That
8   is not provoking.  That is not
9   threatening.  That is not verbal abusing.
10         He walked to the line.  I
11  didn't -- I walked halfway and I stopped.
12  I kept my eyes on this guy and I made
13  sure he didn't cut the tires on my car.
14  I did nothing wrong there.
15         I do not think there's a
16  pattern.  I think each affidavit has to
17  be taken individually and you tell me the
18  facts of each affidavit.  There is no
19  pattern.
20    Q      Would someone who's not
21  familiar with your situation, like Bushra
22  Vahdat or Ida Traschen, see a pattern in
23  all of these complaints?
24    A      Well, maybe if they asked me
25  my opinion as to what happened and gave

M.H. Capogrosso

1
2   me an opportunity to state my opinion,
3   then they would have seen what actually
4   happened here, but they gave me no
5   opportunity, none.  They write an
6   incident report that's a lie because they
7   could have investigated it and they
8   didn't.
9          I didn't represent this guy
10  Perez.  They have -- so I don't know what
11  they're going to -- at least ask me my
12  opinion as to what happened on each case
13  and give me an opportunity to defend
14  myself.
15    Q      I mean how many
16  investigations are they supposed to run?
17  You know, at this point we are on Exhibit
18  25 we just went through.  How many
19  investigations are they supposed to have
20  made?
21    A      Counsel, anybody can write
22  an allegation.  Anybody can write an
23  affidavit.  If you're going to write it,
24  then defend it and give me an opportunity
25  to respond to it.

M.H. Capogrosso

1
2     Q      Do they have an obligation
3   to investigate every single complaint?
4     A      Yeah, they do.  If you're
5   going to put me out of work, yeah, they
6   do.  Yes, they do.  I don't care how long
7   it takes.  If you're going to use it to
8   put me out of work, you better
9   investigate it --
10    Q      And what's --
11    A      -- otherwise you're not
12  giving me a fair chance.
13    Q      And what's the legal
14  authority for your contention that they
15  had an obligation to investigate all
16  these?
17    A      Because are they truthful or
18  not?  Are they truthful, the truth?  Is
19  there any substance to any of them?
20  Anybody can make an allegation.
21    Q      So, Mr. Capogrosso, I
22  understand that, but --
23    A      I can walk into the DMV and
24  make allegations.
25    Q      Mr. --

M.H. Capogrosso

1
2     A      I can walk -- wait a minute.
3   I can walk into the DMV and make
4   allegation, allegation and allegation and
5   you know what, they would throw me out
6   because I made allegations.
7     Q      Mr. Capogrosso, but the
8   question was are you aware of any statute
9   or regulation or other legal authority
10  requiring the investigations that you're
11  demanding?
12    A      I think if you're to make an
13  allegation against a guy, you got to give
14  a guy a chance to defend himself, hear
15  the facts, otherwise it's not a --
16  there's no allegation, just a one-sided
17  statement.
18    Q      Mr. Capogrosso, I would
19  appreciate it if you can answer this
20  question yes or no.  Are you aware of any
21  statute, regulation or other legal
22  authority that requires the
23  investigations that you're demanding?
24    A      How about the 14th
25  Amendment, due process of law?

66 (Pages 382 - 385)

M.H. Capogrosso

1
2    Q      What does that mean to you?
3    A      To me it means I get a fair
4  hearing. I get a chance to defend
5  myself, present evidence, give an
6  affidavit in response. The due process,
7  the 14th Amendment to the Constitution.
8  Due process, you're a lawyer. Let me
9  tell my side. Let an independent
10  somebody -- let them hear my side, give
11  evidence --
12    Q      And --
13    A      -- present witnesses, give
14  my statement --
15    Q      And Mr. Capogrosso --
16    A      -- do an investigation.
17    Q      Mr. Capogrosso, are you --
18    A      It can't be all one sided.
19    Q      Mr. Capogrosso --
20    A      You have to let me finish.
21    Q      No. Let me -- I have
22  another question, so let me state my
23  question. Are you aware that your due
24  process complaint was dismissed by Judge
25  Brody?

M.H. Capogrosso

1
2    A      I had a right to be heard on
3  these complaints. Anybody can write a
4  complaint. This one by Perez is
5  ridiculous. The man wants to cut me with
6  a knife and you're telling me that that's
7  acceptable in your -- in this courthouse.
8    Q      Mr. Capogrosso, my question
9  was are you aware that your due process
10  claim was dismissed?
11    A      No. I do not.
12    Q      No, you're not aware of
13  that?
14    A      No, I'm not. Maybe it was
15  dismissed, but when I was working at
16  this, they should have heard my side of
17  the story.
18    Q      But --
19    A      Mr. Perez comes down and
20  threatens me with a knife twice, twice --
21    Q      But Mr. Capogrosso --
22    A      -- and nobody takes my
23  affidavit concerning this. I mean is
24  this -- is this whole system just
25  ludicrous?

M.H. Capogrosso

1
2    Q      Mr. Capogrosso, the federal
3  court did dismiss your due process claim.
4  That's no longer a part of this case.
5    A      All right. Fine. So let
6  me go down to the --
7    Q      You know that; right?
8    A      Let me go down to the
9  Brooklyn TVB and take a knife. Is that
10  what you want me to do? Is that what the
11  DMV wants me to do, take a knife?
12    Q      Are you --
13    A      Get cut by a motorist, is
14  that acceptable?
15    Q      Are you threatening that?
16    A      No. I'm not threatening
17  that, but that's what you want. No, you
18  want me to take a knife. You want
19  Mr. Perez to come down and slice up an
20  attorney.
21    Q      No. No one wants that.
22    A      Well, then what would you
23  want me to do in this instance?
24    Q      Well --
25    A      It's ridiculous.

M.H. Capogrosso

1
2    Q      Well, if the incident
3  didn't --
4    A      You have no metal detectors,
5  no metal detectors, no security guard to
6  be found, told by Gelbstein to talk to --
7  to take the motorist outside.
8          I did nothing wrong here.
9  I'm sorry, I didn't. Let a Brooklyn jury
10  hear it.
11    Q      All right. Let's move on.
12  Mr. Capogrosso, I'm going to show you
13  another document. Do you recognize this
14  document, sir?
15    A      No. This one I don't know,
16  no.
17    Q      This document is --
18    A      It's talking about a paper
19  clip. I don't know what this is about a
20  paper clip. I have no idea.
21    Q      Marked Gelb-0000035;
22  correct?
23    A      Yeah.
24    Q      And I'll represent to you
25  it's an e-mail from Geri Piparo sent on

67 (Pages 386 - 389)

Page 390

M.H. Capogrosso

1
2 Monday, February 9, 2015.
3       A       You have a clerk leaving one
4 paper clip, one paper clip every morning.
5 I don't understand what this is about,
6 but that's what she's doing.  For an
7 attorney to use, for what reason leaving
8 one paper clip.
9             This is the type of clerks
10 you have down there.  She's leaving one
11 paper clip for an attorney to use, any
12 attorney.
13      Q       So --
14      A       I don't understand what your
15 clerks get paid to do, but this is what
16 she likes to do.
17      Q       Why is that --
18 Mr. Capogrosso, if I can ask, why is
19 it -- why is there a problem with leaving
20 a paper clip on a garbage pail?
21      A       There is none, do whatever
22 you want, but it doesn't make any sense.
23 What are you doing it for?  What's the
24 purpose?  What is this Geri, whatever her
25 name is, get paid to do?

Page 391

M.H. Capogrosso

1
2             But there is no -- there is
3 no reason, but I never said -- it doesn't
4 make any sense to me this whole thing.
5 It doesn't make any sense.
6       Q       Did you make a complaint to
7 Judge Gelbstein about this paper clip?
8       A       No.  Absolutely not.  No.
9       Q       So why would she say that
10 you did?
11      A       I don't know.  She admits to
12 doing it, it doesn't make a whole lot of
13 sense, but she does what she does.  This
14 is what your clerks at the DMV get paid
15 to do.
16      Q       Is she lying?
17      A       About leaving the clip, no.
18 Did I make a complaint about it, no.  I
19 could care less about a paper clip.
20      Q       So is she lying about your
21 conduct with the paper clip?
22      A       Absolutely.  I could give a
23 damn about a paper clip.  Was it stupid
24 that clerks have to waste time doing
25 nonsense stuff like this, yes, stupid.

Page 392

M.H. Capogrosso

1
2 You have --
3       Q       So --
4       A       It's absolutely stupid.  Did
5 I complain about it, no.  Did I care
6 about it, no.
7       Q       She then writes "On November
8 18 as I was walking through the office,
9 Mr. Capogrosso was with a customer and as
10 I passed he said Geri, stick it where the
11 sun don't shine."
12      A       No.  I never said that.
13      Q       You never said that?
14      A       No.  I could care less --
15      Q       Did you say anything like
16 that?
17      A       No.  I could care less about
18 a paper clip.  I could care less about a
19 paper clip.
20      Q       I don't think that statement
21 was in connection with the paper clip.  I
22 think she said that that was a different
23 incident.
24      A       Well, concerning what?
25 Concerning what?

Page 393

M.H. Capogrosso

1
2       Q       It's not clear.
3       A       Well, tell me what exactly
4 I'm being accused of.  I could care less
5 about a paper clip.  Tell me exactly.
6       Q       She says that you told her
7 to stick it where the sun don't shine.
8       A       For what reason would I say
9 that?  Tell me why I would say that.
10      Q       I don't know.  You're the
11 deponent.  You tell me.
12      A       I don't know why.  I don't
13 know why.  I did not say it and tell me
14 why she thinks I would have said it
15 because it wasn't said.
16      Q       She then says "I informed
17 Judge Gelbstein and Judge Vahdat again.
18 Judge Gelbstein went out to speak to
19 him."
20             Do you remember this
21 conversation?
22      A       No.
23      Q       She says that you verbally
24 attacked Judge Gelbstein and her cursing.
25      A       No.

68 (Pages 390 - 393)

1       M.H. Capogrosso
2   Q     Do you remember that?
3   A     No.  I would never curse a
4   judge.  I would never curse a woman,
5   never.
6   Q     So why is she lying?
7   A     I don't know.  Ask her.  I
8   do admit that there was -- she was -- she
9   admits to leaving this paper clip.  It's
10  absolutely ridiculous.  Absolutely
11  ridiculous that your clerks -- this is
12  what clerks do.  But do I give a damn
13  about a paper clip, no.
14  Q     Can you explain to me why --
15  like why is it ridiculous that they leave
16  a paper clip someplace?
17  A     What's the purpose of
18  leaving a paper clip someplace?  It
19  doesn't make -- for an attorney to use.
20  Why would I -- I don't know.  I don't
21  understand the whole purpose of this
22  though.  It's just nonsensical.
23  Q     I guess my question is who
24  cares if they leave a paper clip
25  somewhere?

1       M.H. Capogrosso
2   A     I don't care.  That's the
3   whole deal, I don't care.  I don't know
4   what this is about.  I don't care.  I
5   don't give a darn about a paper clip in a
6   courthouse.  There's paper clips all over
7   the place.  You got a bunch of idiot
8   clerks down there.  I'm smirking at one
9   and now I'm complaining about a clip.
10  You got a bunch of idiot clerks.
11  Q     Do you think that Ms. Piparo
12  wanted to get rid of you?
13  A     I think -- I think all of
14  the clerks didn't like me.  I told you, I
15  was there a long time.  They were getting
16  gifts and money from all the other
17  attorneys and I was not getting involved
18  in this.
19      Now, nothing was said, but
20  the other attorneys told me that they
21  were giving the clerks money, cash,
22  buying them breakfast in the morning.
23  How many times do I have to say it to
24  you?
25  Q     And you think that's

1       M.H. Capogrosso
2   connected to this complaint?
3   A     I don't know.
4   Q     But you think --
5   A     I could care less about a
6   paper clip.  I think you got a bunch of
7   idiot clerks there who need to -- you
8   know, who didn't like me because I
9   wasn't, you know, like I said, giving
10  them money, giving them cash, giving them
11  presents, buying them breakfast.  I was
12  there to do a job.  I told you that
13  repeatedly.
14      MR. THOMPSON:  All right.
15  Ms. MacDonald, can we mark that
16  document as Exhibit 26?
17      (The above-referred-to
18  e-mail was marked as Exhibit 26 for
19  identification as of this date.)
20      THE WITNESS:  Listen, I got
21  27 minutes left.  I hope you
22  understand that, Attorney Thompson.
23      MR. THOMPSON:  Let's take a
24  quick break and go off the record
25  then and talk.

1       M.H. Capogrosso
2       THE WITNESS:  Because it's a
3   seven hour day.
4       MR. VIDEOGRAPHER:  Okay.  So
5   the time is 4:03.  We are off the
6   record.
7       (A short recess was taken.)
8       MR. VIDEOGRAPHER:  The time
9   is 4:05.  We are on the record.
10  Q     And, Mr. Capogrosso, while
11  we were off the record we just had a
12  discussion about the timing of the
13  deposition and we agreed that we would go
14  until there's a full seven hours on
15  the record; correct?
16  A     Yes, which should take us to
17  5:23 if we don't take any breaks.
18  Q     Good.
19      So, Mr. Capogrosso, I'm
20  going to show you a document.  Do you
21  recognize this document?
22  A     Yes.  Well, I recognize the
23  name, Diantha.
24  Q     Have you seen it before?
25  A     Yes.

69 (Pages 394 - 397)

Page 398

M.H. Capogrosso

1
2     Q      And what is this document?
3     A      Some complaint that Diantha
4  wrote about me and I'm saying the word
5  shit, which I wasn't.
6     Q      And this document is Bates
7  stamped DMV-0000003; correct?
8     A      Yes.
9     Q      So Ms. Fuller says that
10 since she came back to practice at the
11 TVB in September 2014, you would say shit
12 whenever she passed by you --
13    A      No.
14    Q      -- is that correct?
15    A      No. I say eesha. I say
16 eesha.
17    Q      You said what?
18    A      Eesha, eesha. I was
19 practicing martial -- it's just something
20 I say to myself. I say it quietly, I say
21 it under my breath. It was never the
22 word shit. It was the word eesha,
23 E-E-S-H-A. I'm saying it for a long
24 time. It gets me motivated.
25    Q      What --

Page 399

M.H. Capogrosso

1
2     A      It's just something I say.
3     Q      What does eesha mean?
4     A      It just means something to
5  me. It keeps me motivated. It's under
6  my breath. It's very low. It was never
7  the word shit. It was never directed to
8  any person. I say it to myself. It
9  keeps me motivated.
10       There's no -- no prohibition
11 against speaking to yourself. It's said
12 quietly. It keeps me motivated. It
13 means something to me. I'm allowed to
14 say it. If there was a problem with it,
15 all you had to do was tell me once, I
16 would never say it again, but it was not
17 the word shit and it was not directed to
18 her.
19    Q      So, in fact, she says that
20 she did say it was a problem. She says
21 that on March 13, 2015 you passed by her
22 and said shit to her and she responded --
23 and she responded saying that you were
24 crazy and that she was sick of you saying
25 shit to her.

Page 400

M.H. Capogrosso

1
2     A      Well, I didn't say --
3     Q      Do you recall that
4  conversation?
5     A      I never said that word, no.
6  I never said the word. No, she's -- I
7  never said the word. I told you what I
8  said.
9     Q      Do you recall the
10 conversation where she --
11    A      No. I do not.
12    Q      -- objected to you saying
13 it?
14    A      No. She's verbally --
15 verbally swearing at me, that's not
16 appropriate. I say the word eesha and
17 I'm allowed to say it and I'll continue
18 saying it. There's nothing wrong with
19 it. It means something to me.
20       Now, if there was a problem
21 with that --
22    Q      Okay.
23    A      -- you don't barrage me with
24 swear words. You say Mr. Capogrosso,
25 what are you saying, can you please tell

Page 401

M.H. Capogrosso

1
2  me and if I -- and I would explain it to
3  her.
4     Q      And did you --
5     A      She didn't do that. She
6  didn't do that. What she did was a
7  barrage of swear words, telling me I'm
8  psycho and crazy.
9       Now, I'm allowed to say the
10 word because you are allowed. It's
11 called freedom of speech.
12    Q      And when you said eesha,
13 what does eesha mean to you?
14    A      It means something to me.
15    Q      What does it mean to you?
16    A      It just means something to
17 me. It keeps me motivated.
18    Q      Okay. But you're saying it
19 means something and I'm asking you what
20 it means.
21    A      It's just a little something
22 I say.
23    Q      And what is the meaning of
24 the little something that you say?
25    A      It's a motivational phrase

70 (Pages 398 - 401)

Page 402

M.H. Capogrosso
1
2 that I say to myself. I've been saying
3 it forever.
4    Q    Where does it come from?
5    A    It just comes from where it
6 comes from. I don't know where it comes
7 from. It just comes.
8    Q    It's just a thing that you
9 say for no reason at all?
10    A    It's a thing I say that
11 keeps me motivated, yes.
12    Q    And you would say it
13 whenever you walked by Ms. Fuller?
14    A    No. I would say it when I
15 was feeling kind of tired or a little --
16 a little fatigued because it's a
17 fatiguing day down there. It wasn't --
18    Q    And you said --
19    A    It was before anybody. I
20 would just be -- you know, I had a hard
21 day, I'd just keep moving and it just
22 keeping me motivated.
23    Q    And you see more that this
24 is signed by Mr. Tahir as well; correct?
25    A    Yeah. I'll tell you where I

Page 403

M.H. Capogrosso
1
2 got it from. I was training in a martial
3 arts gym a long time ago when I was a
4 younger guy and the instructor used to
5 say it all the time that I was training
6 with me at the time and it kept us
7 motivated throughout the course
8 seriously.
9        So I'm not going to give you
10 his name, a man I trained with at the
11 time, but it was in a gym and he would
12 say it to keep us -- and after that, you
13 know, we were -- I picked up on it.
14        Does it have anything to do
15 with shit or talking to this woman who's
16 calling me a psycho and swearing at me,
17 no. It's something I picked up in a
18 martial art gym a long time ago when I
19 was training and he would say it. I
20 never questioned him what it meant, but
21 it kept us going.
22        So that's where I picked it
23 up from, but it was not the word shit and
24 it wasn't directed to anybody.
25    Q    If this behavior were true,

Page 404

M.H. Capogrosso
1
2 and I know you don't think it is, but if
3 you were saying shit to another attorney
4 every time you walked past her, would
5 that justify your exclusion from the TVB?
6    A    I'm not going to -- I'm not
7 going to get into hypotheticals. I don't
8 know. I didn't -- first of all, I didn't
9 say the word shit. Ask me what I said.
10 Don't swear at me with a barrage of swear
11 words and tell me I'm a psycho. Just
12 talk to me and --
13    Q    And you --
14    A    -- I'll tell her. Like I
15 told you, I would tell her.
16    Q    You had been warned by --
17    A    I told you. Like I told
18 you, I would tell her.
19    Q    Mr. Capogrosso, you had been
20 warned by the DMV that verbal abuse could
21 get you expelled; correct?
22    A    There was no verbal abuse
23 here, I'm sorry, there wasn't.
24    Q    I know you don't think so,
25 but the question is had you been warned

Page 405

M.H. Capogrosso
1
2 before that verbal abuse could get you
3 expelled?
4    A    I saw the letter to that
5 effect. There was no verbal abuse.
6    Q    So were you worried after
7 this complaint from Ms. Fuller and
8 Mr. Tahir and this incident with
9 Ms. Fuller that you would be expelled
10 from the TVB?
11    A    No, because there was no
12 verbal abuse. It's called freedom of
13 expression. There was no verbal abuse --
14    Q    So were --
15    A    -- so stop making -- there
16 was no verbal abuse.
17    Q    Were you worried that this
18 incident would lead to your expulsion?
19    A    I'm allowed -- you know,
20 people pray all day. They say various
21 prayers. I'm down at the DMV, there's
22 guys praying. They're allowed to pray.
23 I'm allowed to say a word to myself
24 quietly under my breath. There was no
25 verbal abuse.

71 (Pages 402 - 405)

M.H. Capogrosso

1
2     Q     I understand,
3   Mr. Capogrosso, but that wasn't the
4   question.  The question is were you
5   worried that this incident would lead
6   to --
7     A     No.
8     Q     -- the TVB to expel you?
9     A     No.  I was not worried
10  because I did not verbally abuse anybody.
11  I was not worried.  I did not verbally
12  abuse.
13        I'm not going to be told I
14  can't say a word under my breath that was
15  not the word shit and not directed to
16  anybody.
17    Q     So I'll just note that the
18  letter that you sent to AAG
19  Prickett-Morgan was sent the very next
20  day after this letter.
21        Did you send that letter
22  because you were worried the DMV was
23  going to take action against you?
24    A     No.  I was worried because
25  the action with Smart.  I didn't even

M.H. Capogrosso

1
2   realize that -- the action with Smart is
3   what I was more concerned about.
4        Now, listen, this, what do
5   you call it, Diantha, she's assaulted me
6   with a barrage and she admits to it, a
7   barrage of verbal abuse and obscenities.
8   She's yelling at me, cursing me out,
9   calling me a psycho.  If that's not
10  verbal abuse, I don't know what it is.
11        So she's verbally abusing me
12  and she gets a pass.  She's not -- she's
13  not thrown out.  That's accepted, right.
14  She's verbally abusing me, calling me a
15  psycho and this and that.
16        I used the word eesha, not
17  the word shit.  That's not verbal abuse.
18    MR. THOMPSON:  So,
19  Ms. MacDonald, if we didn't already,
20  let's mark that letter from
21  Ms. Fuller and Mr. Tahir as Exhibit
22  27.
23        (The above-referred-to memo
24  was marked as Exhibit 27 for
25  identification as of this date.)

M.H. Capogrosso

1
2     Q     Mr. Capogrosso, I'm going to
3   bring up another letter here.  Do you
4   recognize this letter?
5     A     Absolutely.  That's the
6   letter that went to your office that got
7   lost in the mailroom for four weeks.
8     Q     Did you send this letter?
9     A     Yeah, I did.
10    Q     And this is marked P-41 in
11  your production; correct?
12    A     Yes.
13    MR. THOMPSON:  And,
14  Ms. MacDonald, let me ask that this
15  letter be marked as Exhibit 28.
16        (The above-referred-to
17  letter was marked as Exhibit 28 for
18  identification as of this date.)
19    Q     Mr. Capogrosso, you said
20  this was lost in our mailroom.  Can you
21  explain what you mean by that?
22    A     I sent it on March 20.  I
23  called a couple of days later to see if
24  you received it.  They didn't receive it.
25  I called again.  A week later they told

M.H. Capogrosso

1
2   me it was lost in the mailroom.  I called
3   again.  They said they still couldn't
4   find it in the mailroom.
5        About three or four weeks
6   later after I called, eventually it was
7   found.  I don't know how that happened.
8   I guess your office didn't want to
9   receive it, but that's what happened.
10    Q     So, Mr. Capogrosso, who is
11  Elizabeth Prickett-Morgan?
12    A     She's the Attorney General
13  of New York State.
14    Q     I'm pretty sure she's an
15  Assistant Attorney General.
16    A     I thought she was the
17  Attorney General.  She's an Assistant,
18  right.  Letitia James, right.
19    Q     So why would you send a
20  letter to her?
21    A     Because I complained to
22  Judge Gelbstein and when I complained to
23  Judge Gelbstein, he laughs and giggles
24  and tells me a spade is a spade.  I'm not
25  getting relief about the harassment of

M.H. Capogrosso

1      M.H. Capogrosso
2  Smart, the constant harassment by Smart
3  and I don't want an incident on this
4  floor and I'm seeing what's happening.
5  This guy, Smart, is provoking me into a
6  fight.  He gets in my face.  What's the
7  problem?  Fuck you, you're the problem.
8  Because I complained about him stealing
9  $80 and a fee and he's allowed to remain
10  by Gelbstein.  Vahdat's not --
11  Q    So --
12  A    Go ahead.  Vahdat's not
13  listening to me.
14  Q    Mr. Capogrosso, was
15  Ms. Elizabeth Prickett-Morgan part of
16  DMV?
17  A    I said let me call -- let me
18  write a letter to the Attorney General's
19  office, that's all I said to myself.  I
20  think that was the correspondence address
21  when I looked you up on the website.
22  Q    So -- and so did you file
23  this believing that Elizabeth
24  Prickett-Morgan was the Attorney General
25  of New York State?

M.H. Capogrosso

1      M.H. Capogrosso
2  A    I filed it with the Attorney
3  General of New York State and when I
4  looked you up on the website, that was
5  the correspondence address that I found
6  to correspond with.
7  Q    So --
8  A    I looked you up to send it
9  in and they put her name there, so that's
10  the one I used.
11  Q    So what's, you know, what's
12  the connection between the Attorney
13  General's office and DMV?
14  A    The Attorney General's
15  office represented DMV in my Article 78
16  proceeding, right.
17  Q    But hadn't --
18  A    They're the lawyers.
19  Q    Hadn't the Article 78
20  proceeding been over for three years by
21  this point?
22  A    Yeah, but they're the ones
23  who put all these conditions on me, right
24  and I had to act in a certain way, right,
25  even though other attorneys were verbal

M.H. Capogrosso

1      M.H. Capogrosso
2  abusing me is acceptable or using swear
3  words is acceptable or calling me a
4  psycho, Diantha Fuller, which is
5  acceptable.
6  So I don't want an incident.
7  The basis of this letter is this, I don't
8  want another incident at the TVB.  I
9  don't want anything to happen to me,
10  right.  I don't want an incident.
11  You gave me this letter.  No
12  verbal abuse, threatening physical
13  conduct.  I'm trying to be, you know, a
14  perfect gentleman, which is what I was,
15  right.  I'm trying to do the right thing.
16  I'm trying to be a perfect gentleman,
17  handle my cases, do what I have to do.
18  I'm seeking relief here.
19  Gelbstein, when I complain about Smart,
20  he laughs and giggles and tells me a
21  spade is a spade.  So let me call the
22  Attorney General's office who sent me
23  this letter, who represented me in the
24  Article 78, who gave me all these
25  conditions and tell her what's going on

M.H. Capogrosso

1      M.H. Capogrosso
2  down here.
3  Q    But Elizabeth
4  Prickett-Morgan --
5  A    And your office does not
6  seem to care.  They lose it in their
7  mailroom.  They lose it they eventually
8  find it.  They don't respond to it.  They
9  don't give me any response to it and
10  Smart approaches me in the morning on
11  May 11.
12  Q    Elizabeth Prickett-Morgan
13  didn't represent DMV in your case; did
14  she?
15  A    I don't know.  You would
16  have to talk to my attorney, Chris
17  McDonough, on this.  I don't know who
18  did.
19  When I looked you up on
20  the -- on Google for a correspondence
21  address, Prickett-Morgan's name was
22  attached to it.  That's why I wrote that.
23  Q    Did you speak with an
24  attorney about filing this letter?
25  A    No.

73 (Pages 410 - 413)

M.H. Capogrosso

1
2    Q     Did you speak with
3  Mr. McDonough?
4    A     No.  Chris did tell me if
5  you sneeze the wrong way, they're going
6  to throw you out again.
7    Q     So I guess my question is
8  you wrote this letter to the office that
9  represented DMV in the case three years
10  ago to an attorney who wasn't even on the
11  case.
12       Why do you think anyone
13  would care about this letter?
14    A     I'll say it again, the
15  Article 78 you gave me all these
16  conditions, right, in that letter, that
17  was from your office, no verbal abuse, no
18  threatening of physical contact or
19  conduct, right.  That was from your
20  office, right, from your office, the
21  Attorney General's office.  I did not
22  deal with the Attorney General's office.
23  Chris McDonough dealt with the Attorney
24  General's office.
25       I'm trying to adhere to all

M.H. Capogrosso

1
2  of these rules and regulations
3  specifically put on me, on me, that I had
4  to deal with now and I'm getting all this
5  harassment by Smart because I reported a
6  theft.  I go to Gelbstein.  Gelbstein
7  doesn't want to hear it.  He laughs and
8  giggles, tells me a spade is a spade
9  concerning Smart.
10       Who else do you want me
11  writing to?  If I'm supposed to adhere to
12  the conditions that you put on me, the
13  Attorney General's office, I got to go to
14  the Attorney General's office, say how do
15  I -- what do I do in this situation?
16       I can't adhere if I've got a
17  security guard who doesn't want to leave
18  me alone.
19    Q     So, Mr. Capogrosso, you
20  testify a moment ago that you wrote this
21  letter because you were worried that
22  there would be an incident?
23    A     Absolutely.
24    Q     Can you tell me what you
25  mean by that?

M.H. Capogrosso

1
2    A     I said this guy Smart
3  wouldn't stop.  I went into detail with
4  it and Gelbstein's giving me no
5  protection.  He's not telling this guy --
6  or he's incapable, incompetent or
7  complicit, I state that.  Smart will get
8  in my face, what's the problem?  Fuck
9  you, you're the problem.  He gives me the
10  sign of the cross and a spear hand.  He
11  bumps into me.
12    Q     And were you worried that
13  this incident --
14    A     Then the incident happens.
15  On May 11 this guys comes again.  He
16  comes, he gets in my face again.  I put
17  up my hand.  I tell him to back up.
18    Q     Let me ask you,
19  Mr. Capogrosso, when you wrote this
20  letter were you worried that this
21  incident would be used to justify your
22  expulsion from the TVB?
23    A     Would I -- I saw something
24  coming.  I saw something coming.  This
25  guy Smart didn't want to stop.  I don't

M.H. Capogrosso

1
2  know if Gelbstein -- I think Gelbstein
3  was putting him up to it.  I really
4  believe Gelbstein was putting --
5  Gelbstein wanted me out.  I really think
6  Gelbstein wanted me out of here and --
7    Q     And that's --
8    A     -- I think Gelbstein put
9  Smart up to it, I really do believe that,
10  because he didn't look at the videotape.
11  On the morning of May 11, he was
12  conveniently not in the DMV, just not
13  there.  He was not in the TVB, in the
14  Brooklyn TVB conveniently.
15       I think he put this guy
16  Smart up to it.  He wanted me out and I
17  saw it coming and I'm seeking --
18    Q     Is that part --
19    A     -- relief.  I'm seeking
20  relief.  I'm seeking for somebody to
21  allow me just to practice law like every
22  other lawyer.
23    Q     And is that part of why you
24  wrote the letter?
25    A     I'm seeking relief from your

74 (Pages 414 - 417)

1        M.H. Capogrosso
2   office.
3        Q       Yes.  So I understand, but
4   the question is you believe that Judge
5   Gelbstein was trying to get rid of you
6   through David Smart, was that why you
7   wrote this letter?
8        A       I want to practice law down
9   in Brooklyn TVB.  I was a good lawyer
10  down there.  I'm seeking relief.
11       Q   I understand that.
12       A       I don't know -- I don't know
13  if Gelbstein put this guy Smart up to it.
14  I don't know, but he --
15       Q       Did you suspect it at this
16  time?
17       A       What's that?
18       Q       Did you suspect at this time
19  that Judge Gelbstein was putting him up
20  to it?
21       A       I think Gelbstein is as
22  corrupt as they come, my personal opinion
23  and I told you the reasons why.  When
24  you -- when you complain to a judge and
25  that judge laughs and giggles and tells

1        M.H. Capogrosso
2   you a spade is a spade, I think he's
3   corrupt and doesn't deserve to hold the
4   office.
5        No matter who's protecting
6   him, I think he's corrupt and doesn't
7   deserve to hold that office.  He should
8   have stopped the behavior.
9        Q       So the question is --
10       A       Gelbstein should have
11  stopped this behavior and he didn't do
12  it.
13       Q       So the question,
14  Mr. Capogrosso, is when you wrote this
15  letter, were you -- did you do it because
16  you were worried that Judge Gelbstein was
17  going to use David Smart to get you
18  expelled?
19       A       I used it to stop the
20  harassment.  I didn't want an incident.
21  I spelled it out very clearly.  I did
22  not --
23       Q       Mr. Capogrosso, I understand
24  that.
25       A       I answered it.  I answered

1        M.H. Capogrosso
2   your question.  I used it because I did
3   not want an incident.  I did not --
4        Q       So Mr. Capogrosso --
5        A       I did not want an incident.
6        Q       Can I ask you to answer the
7   question with a yes or a no, did you
8   write this letter, in whole or in part,
9   because you believed Judge Gelbstein was
10  trying to get you expelled?
11       A       I wrote it because I did not
12  want an incident.  That's why I wrote it.
13       Q       Okay.  But can I ask you to
14  answer the question yes or no?
15       A       That is the question.  No
16  there's no -- that's the reason I wrote
17  it.
18       Q       So yes -- and, again, it's a
19  simple question, yes or no, was part of
20  the reason you wrote this because you
21  thought Judge Gelbstein was going to get
22  you expelled?
23       A       I wrote it because I didn't
24  want an incident on the floor.  That's
25  why I wrote it.

1        M.H. Capogrosso
2        Q       Mr. Capogrosso, is there
3   anything stopping you from giving a yes
4   or no answer to this question?
5        A       No.  That's the reason I
6   wrote it.  You're asking me why I wrote
7   it.  That's the reason.  That's the only
8   reason I wrote it.  I did not want to get
9   expelled.  I didn't want an incident.  I
10  don't want to get thrown out.  I wanted
11  to stay working.  I wanted to make a
12  living.  I wanted to pay bills.
13       Q       And so is the answer yes,
14  you believed that there was going to be
15  an incident Judge Gelbstein was going to
16  use to expel you?
17       A       I saw this guy Smart was not
18  backing off.  He was still with the
19  harassment.  I saw it.  He didn't want to
20  stop.
21       Q       Mr. Capogrosso --
22       A       I answered your question.  I
23  wrote it because I -- I wrote  -- I gave
24  you the reasons why, I did not want an
25  incident on this floor.

75 (Pages 418 - 421)

M.H. Capogrosso

1       M.H. Capogrosso
2           That's the last time I'm
3   going to answer this question.
4       Q    Well, Mr. Capogrosso, I'm
5   going to ask you again one more time to
6   please answer with a yes or a no.  When
7   you wrote this letter, were you worried
8   that Judge Gelbstein was going to cause
9   an incident to get you expelled?
10      A    I was worried that there
11  would be an incident on the floor.
12  That's what I was worried about.
13      Q    But you didn't know if it
14  would be something Judge Gelbstein would
15  cause?
16      A    Listen, I just didn't want
17  an incident, that's it.  I saw
18  Gelbstein --
19      Q    So why is it -- but why is
20  it so hard to get a yes or a no out of
21  you, Mr. Capogrosso?
22      A    I told you, I've given you
23  the reason I wrote this letter.  I didn't
24  want an incident on the floor.  I did not
25  want it.  I wanted to work.

1       M.H. Capogrosso
2       Q    Okay, but that again is not
3   the question.  Why can't you answer --
4       A    No.
5       Q    -- with a yes or a no?
6       A    I'm going to object right
7   now.  You're badgering.  I gave you the
8   reason I wrote this letter.
9       Q    All right.
10      A    You're badgering me.  You've
11  asked it seven times, eight times.  I
12  gave you my answer.  I did not want an
13  incident.  I'm begging for relief.  I
14  want to work.  I want to pay bills.  I
15  want to make my clients happy.
16      Q    You can object, but I just
17  want to put on the record my question is
18  yes or no, did you believe that when you
19  wrote this letter that Judge Gelbstein
20  was trying to manufacture an incident to
21  get you expelled and you're not willing
22  to answer that yes or no question; is
23  that correct?
24      A    Well, I truly believe
25  that -- I'll tell you when I truly

1       M.H. Capogrosso
2   believed that, when he approached me on
3   the afternoon of May 8.  On the afternoon
4   of May 8 --
5       Q    I'm not asking about that.
6       A    Well, on --
7       Q    I'm asking you about --
8       A    Well, on that date when he
9   told me can't you go practice somewhere
10  else, I saw what you wrote about me, I'm
11  implicit, incapable and incompetent, I
12  believe he wanted me out.  At that point
13  in time, yes.
14          And when I wrote this
15  letter, all I wanted was for the
16  harassment to stop, but when he
17  approached me on May 8 and told me can't
18  you go practice someplace else and then
19  on May 11 Smart approaches me, yes, then
20  I knew he wanted me out.
21      Q    I'm not asking about that.
22  I'm asking about now when you wrote this
23  letter.
24      A    When I wrote this letter, I
25  just wanted the harassment to stop for

1       M.H. Capogrosso
2   the tenth time.
3       Q    So can you give me a yes or
4   a no answer to the question?
5       A    I don't recall what I
6   thought.  I wanted the harassment just to
7   stop, that's what I wanted.  I wanted to
8   work.  I didn't want defendant Gelbstein
9   to laugh and giggle at me and tell me a
10  spade is a spade.  I did not want that.
11      Q    All right.
12      A    I wanted to stop the
13  harassment.
14      Q    You've once again refused to
15  answer yes or no and I'm just going to
16  let you know and I'm going to put on the
17  record that we are going to go back and
18  we are going to have to consider whether
19  to file a motion to compel.
20          In the meantime, let's move
21  on.
22          MS. REPORTER:  You know
23  what, if you still have an hour left,
24  I need a five minute break.  I'm at
25  350 pages --

76 (Pages 422 - 425)

1       M.H. Capogrosso
2       MR. THOMPSON:  Ms.
3   MacDonald --
4       MS. REPORTER:  Yes.  Let's
5   take a five minute break.
6       MR. THOMPSON:  Sure.  That's
7   fine.  We'll be back at 4:33.
8       MR. VIDEOGRAPHER:  The time
9   is 4:28.  We are off the record.
10      (A short recess was taken.)
11      MR. VIDEOGRAPHER:  The time
12  is 4:33.  We are on the record.
13  Q     Mr. Capogrosso, you still
14  see that we have Exhibit 28 up?
15  A    Yes.
16      MR. THOMPSON:  And,
17  Ms. MacDonald, in case we didn't mark
18  it as Exhibit 28, let's please do
19  that.
20  Q     You write in this letter
21  that upon completion of the anger
22  management course you were allowed to
23  practice law in all DMV courts on an
24  equal and unbiased standing with all
25  other attorneys in the DMV; is that

1       M.H. Capogrosso
2   correct?
3   A    That was my assumption, yes.
4   Q     You say it was your
5   assumption.  What do you mean by that?
6   A    I'm a lawyer.  I'm licensed
7   in the State of New York.  I should be
8   treated like every other lawyer.  I see
9   no reason why I shouldn't be.  I should
10  be held to the same standard as every
11  other lawyer practicing, no different.  I
12  took my course that I needed to take.  I
13  should be held on the same standard as
14  every other lawyer.
15  Q     But, in fact, you weren't
16  quite on the same standing because you
17  had been warned that any further incident
18  would lead to your expulsion; isn't that
19  true?
20  A    Well, that was an improper
21  warning in my opinion.  I should be
22  treated like any other lawyer, any other
23  lawyer.
24  Q     So why was it improper for
25  DMV to warn you that further incidents

1       M.H. Capogrosso
2   would lead to an expulsion?
3   A    Well, I don't know why they
4   threw that letter to me.  Like I said,
5   they threw it at me two days before I was
6   to go back to the DMV.  I agreed to
7   nothing but to take an anger management
8   course, that's it.
9   Q     Well, once again --
10  A    I took the course.  I should
11  be treated like every other lawyer, not
12  on a special, you know, special -- I
13  should be treated like every other
14  lawyer.  That's all I agreed to was take
15  a course.
16      I wouldn't have agreed to
17  anything else if I knew this letter was
18  going to be thrown at me.
19  Q     Mr. Capogrosso, you write
20  that "On numerous occasions your security
21  guard Dave Sparks told me to go F
22  myself."
23  A    I didn't know his name at
24  that point.  It's Smart, not Sparks.  I
25  didn't know his last name.

1       M.H. Capogrosso
2   Q     How did you not know his
3   last name at this point?
4   A    I didn't know it.
5   Q     You had been interacting
6   with him for years you said.
7   A    We all knew him by David.  I
8   never talked to him about his last name.
9   I know people said S Smart something or
10  Smarks or something.  I thought it was
11  Sparks.
12      I knew him -- I knew him as
13  the security guard, that's it.  I know
14  his first name was David.
15  Q     When you --
16  A    That's what I knew.
17  Q     When you write,
18  Mr. Capogrosso, when you write "Will
19  provide proof upon request," what proof
20  would you have provided?
21  A    I sent you all my letters,
22  all my -- all the complaints I filed with
23  Gelbstein.
24  Q     So the proof would have been
25  your own letters to Judge Gelbstein?

77 (Pages 426 - 429)

Page 430

M.H. Capogrosso

1          M.H. Capogrosso
2      A      Yes and my testimony.  The
3  fact that there was a video --
4      Q      Okay.
5      A      That I stated to Gelbstein
6  the man pushed me from behind in June of
7  2012.  They stole money from me.
8      Q      And the same question for
9  item number 2 when you talk about
10  instances where Sparks redirected other
11  clients who had come looking for you to
12  other attorneys or interfered with his
13  conversations, the proof there would have
14  been your statements as well?
15      A      Yeah.  I had an affidavit I
16  filed with -- I think I sent it to you
17  also, yes and I saw him doing it.
18      Q      So here on page 2 you see
19  and I'm going to highlight your
20  statement.
21      A      Yeah.  Go ahead.
22      Q      "I've made numerous
23  complaints to Judge Gelbstein.  His
24  response has been a spade is a spade.
25  His words not mine.  He laughs and

Page 431

M.H. Capogrosso

1          M.H. Capogrosso
2  giggles."
3      A      That's true.  That's
4  absolutely a true statement, absolutely
5  true.
6      Q      Well, he denied it
7  yesterday; didn't he?
8      A      It's an absolutely true
9  statement.  He took no action in response
10  to these.  He knew what I had to go
11  through back in 2011 with Yaakov Brody
12  and that incident.
13      Q      Mr. Capogrosso, that's not
14  the question.
15      A      He took no action --
16      Q      The question --
17      A      -- to respond to this.
18      Q      Sir, the question is he
19  denies it; correct?
20      A      I don't know if he denied
21  it.  That an absolutely true statement.
22  That's what he said to me.
23      Q      Were you not at the
24  deposition yesterday when he denied it?
25      A      I'm sure he denied it at the

Page 432

M.H. Capogrosso

1          M.H. Capogrosso
2  deposition, but that's what he said to me
3  this man.
4      Q      So what can you tell me
5  about the conversation in which he made
6  that statement allegedly?
7      A      I said can you tell this guy
8  to leave me alone, Smart and now I know
9  his name is David.  Now I know his name
10  is Smart.  I don't want an incident on
11  this floor.  I don't want anything to
12  happen.  I want to practice law.  I want
13  to make money.  I want to make my clients
14  happy.  I said can't you stop Smart from
15  doing this.  And three inches from my
16  face what's the problem?  Fuck you,
17  you're the problem.  He laughs and
18  giggles at me and tells me a spade is a
19  spade.
20      Q      So when was this --
21      A      It happened outside of his
22  chamber door one day.  He's walking, I
23  said judge, I got to talk to you for a
24  minute.  This guy doesn't want to stop.
25  Can you tell him to leave me alone?  What

Page 433

M.H. Capogrosso

1          M.H. Capogrosso
2  else do I need to do as a lawyer to tell
3  a judge to have a security guard leave a
4  hard working attorney alone and all he
5  does this judge is laugh and giggle at me
6  and tell me a spade is a spade.
7      Q      So, Mr. Capogrosso, when was
8  this conversation in which he said this?
9      A      Right before I wrote this
10  letter.  After he said that to me, I said
11  I had enough.  I said I had enough with
12  this guy.  Not only is he having lunch
13  with ticket brokers, pleading people
14  guilty, telling me he doesn't know what
15  these ticket brokers do for a living, now
16  he's telling me a spade is a spade and he
17  laughs and giggles.
18          This guy should not be on
19  the bench.
20      Q      And so it's your testimony
21  that he said this shortly before you
22  filed the letter?
23      A      Absolutely.  When he said
24  that to me, I said that's enough.  I got
25  to get --

78 (Pages 430 - 433)

Page 434

M.H. Capogrosso

1
2  Q    So you --
3  A    I have no protection down
4  here from this judge whatsoever, none.
5  Q    So in March of 2015?
6  A    Yeah. That's when he said
7  it to me. I wrote the letter. I'm
8  seeking relief. I don't want an incident
9  on this floor. Maybe your office could
10  help me.
11        What your office does is
12  they lose the -- they lose it in the
13  mailroom.
14  Q    And what is -- what do you
15  think a spade is a spade means?
16  A    Mr. Smart's a black man.
17  What I believe is that this Judge
18  Gelbstein is as prejudiced and biased as
19  they come because that's what he said to
20  me and Mr. --
21  Q    And what's your basis for
22  that belief?
23  A    Mr. Smart is a black man and
24  he was making fun of Mr. Smart's, um,
25  Mr. Smart. He's making fun of Mr. Smart.

Page 435

M.H. Capogrosso

1
2        Now, I've dealt with all
3  types of clients down there, all types of
4  clients, all different nationalities,
5  races. Not one, not one client made a
6  complaint against me that I made an
7  offensive or anti-Semitic or racist
8  remark.
9        But this judge, if you want
10  to call him a judge, Gelbstein, laughs
11  and giggles and tells me a spade is a
12  spade.
13  Q    Do you think he could have
14  been talking about you when he said a
15  spade is a spade?
16  A    Absolutely not. I'm
17  complaining about Smart and he laughs and
18  giggles. Why would he call me a spade?
19  Why would he call me a spade?
20  Q    I don't know. You tell me.
21  A    I don't know why. I'm
22  talking about Smart at this point. I'm
23  complaining to him about Smart, that he
24  gave me the sign of a cross and a spear
25  hand and now he's getting -- and now he

Page 436

M.H. Capogrosso

1
2  doesn't want to stop with the harassment.
3  Q    Can I ask, what is a spear
4  hand?
5  A    (Indicating). It's
6  something that can be very deadly. It's
7  a straight right hand like this
8  (indicating). Pointed right at somebody,
9  you can actually take a guy's eye out
10  with it if you do it right.
11  Q    Can you make a spear hand
12  and poke somebody's eye out?
13  A    Oh, absolutely. Would I,
14  no. Could I, yes, if I had to. If I
15  had, there's a guy with a knife or a gun
16  at me, absolutely. Coming at me with a
17  knife, absolutely I would do it in a
18  heartbeat.
19  Q    And --
20  A    I do whatever I can to avoid
21  that situation.
22  Q    And does Mr. Smart practice
23  any martial art that uses a spear hand to
24  your knowledge?
25  A    I have no idea. I'm telling

Page 437

M.H. Capogrosso

1
2  you what he did. He directed his hand
3  directly at me like this (indicating),
4  stood up and gave me the sign of a cross.
5  Q    So let me ask you, if you
6  were raising -- if you had all these
7  concerns about Judge Gelbstein, you know,
8  Tanya Rabinovich having lunch with Jewish
9  ticket brokers, adjourning cases,
10  entering guilty pleas, why didn't you put
11  any of that stuff in this letter?
12  A    In this letter?
13  Q    Yes.
14  A    I only cared about me and
15  working, seriously. You know, how you
16  make your living, I don't care what you
17  do. I don't get involved in other
18  people's businesses, I really don't. You
19  want to be a corrupt judge, be a corrupt
20  judge. You want to be a taxicab driver,
21  be a taxicab driver, God bless. You want
22  to be a -- you want to work at a strip
23  club as a stripper, be a stripper. I
24  don't care. You want to be a lawyer, be
25  a lawyer, but be straight.

79 (Pages 434 - 437)

M.H. Capogrosso

1
2 I care about me and making
3 my living. If you want to be a corrupt
4 judge, be a corrupt judge. I don't want
5 to get involved with it. I just want to
6 do --
7 Q So I understand that --
8 A I want to do my job.
9 Q -- but the question is if
10 you were complaining about Judge
11 Gelbstein, why not include that in this
12 letter?
13 A Because I cared about me, me
14 keeping my job. That's what I cared
15 about, for me to keep -- I don't care
16 what Judge Gelbstein does. If he wants
17 to make his living -- make a living on
18 the side working with ticket brokers, go
19 right ahead and do it. I could care
20 less. Do what you want to do. You want
21 to be a corrupt judge --
22 Q Were you --
23 A -- be a corrupt judge. What
24 I care about --
25 Q Were you worried that you

M.H. Capogrosso

1
2 would lose your job?
3 A I was worried about that I
4 wasn't -- that there was going to be an
5 incident on that floor with this guy
6 Smart and I wanted to keep working and
7 paying bills and representing my clients.
8 Q Let me ask you, you write
9 "I" -- you write "I do not seek to
10 litigate, but I will if I have to." What
11 lawsuit would you have filed?
12 A This one. I don't want to
13 get thrown out again. I don't want to
14 leave. I don't want to leave the
15 Brooklyn TVB. I don't want to. I want
16 to work. I want the harassment to stop.
17 I don't want Gelbstein to laugh and
18 giggle at me. I want him to put an end
19 to it.
20 I want your office to maybe
21 put an end to it so I can get up in the
22 morning and go make a living.
23 Q And you write "Please take
24 any and all action to expedite and
25 resolve issues," but you don't say what

M.H. Capogrosso

1
2 that action would be. What did you
3 expect Ms. Prickett-Morgan to do?
4 A I don't know. How about
5 respond to the letter? I was told to go
6 back to the DMV, I was allowed to, right.
7 I didn't expect to have all this
8 harassment thrown at me when I went back,
9 I did not.
10 We entered into a
11 stipulation agreement, right. I was
12 allowed to go back. Well, give me the
13 chance to practice law, practice it
14 properly without the harassment. Live up
15 to your side of the bargain. You allowed
16 me back. I took an anger management
17 course. I hired a lawyer. It cost me
18 $10,000 in total.
19 I did my part of the story.
20 Live up to your part. Put an end to this
21 harassment so I can make my living down
22 there and your office lost my complaint
23 in your mailroom for about three to four
24 weeks.
25 Q Was it our job --

M.H. Capogrosso

1
2 A Live up to your part.
3 Q Was it our office's job to
4 take care of your complaint?
5 A Listen, no -- I don't know.
6 You tell me. You're the Attorney
7 General.
8 Q No is what I would tell you.
9 A All right. Fine.
10 Q This is --
11 A Fine. So you sent the
12 complaint back to Gelbstein, nobody wants
13 to hear it, so I have no relief. There's
14 no relief being afforded to me. I got a
15 judge who laughs and giggles. The
16 Attorney General doesn't want to get
17 involved, doesn't even respond to it, to
18 my letter. She could have responded and
19 said this is not our job, it's not.
20 I make complaints. I called
21 the grievance. Nobody wants to listen.
22 That's what I did.
23 You don't want to respond to
24 the letter, don't respond. It's not your
25 job, it's not your job. You don't want

Page 442

```
1        M.H. Capogrosso
2  to control the actions of the DMV, you
3  don't have any control over it, fine.
4      Q     Mr. Capogrosso, you
5  represented in your complaint and in your
6  interrogatory responses that later on
7  Judge Gelbstein mentioned this letter to
8  you; is that correct?
9      A     Absolutely, May 8.  May 8.
10     Q     And can you tell me what
11 happened?
12     A     He approaches me in the
13 presence of Danielle Calvo.  I think
14 Calvo was there.  He said can't you go --
15 can't you go practice somewhere else?  I
16 saw what you wrote about me, I'm
17 complicit, incapable and incompetent.
18 May 8, Friday afternoon.
19        May 11, he's conveniently
20 not in the Brooklyn TVB.
21     Q     And he just came up and said
22 that out of nowhere?
23     A     I -- yeah.  He walks -- he
24 walks up to me.  He says can't you go
25 practice someplace else?  I saw what you
```

Page 443

```
1        M.H. Capogrosso
2  wrote about me, I'm complicit, incapable
3  and incompetent.
4      Q     And what did you say?
5      A     I said no, I cannot.  I have
6  too many clients.  I cannot, my exact
7  words to him, I cannot.  I have too many
8  clients who depend on me.  I had 850
9  clients on my docket at that point, 850.
10 How do I just pick up and leave?
11     Q     And did anyone witness this
12 statement by Mr. Gelbstein?
13     A     I think Calvo was there.  I
14 believe Calvo was there.  That's what I
15 wrote in -- Calvo I believe was there,
16 yes.
17     Q     And is this statement by
18 Mr. Gelbstein documented in any way?
19     A     I think I wrote it in my
20 complaint, didn't I?
21     Q     Yes.  You wrote it in your
22 complaint, but is there any contemporary
23 documentation of this statement?
24     A     Well, I wrote it in my
25 complaint.  Contemporary documentation?
```

Page 444

```
1        M.H. Capogrosso
2  That's what he said to me.  That's what
3  the man said to me on May 8.
4        On May 11 he's not in the
5  DMV.  Smart approaches me, creates this
6  incident.  He loses the videotape,
7  doesn't keep it.  Calvo doesn't even view
8  the videotape.
9      Q     So --
10     A     Traschen doesn't view the
11 videotape and I'm thrown out.
12     Q     Mr. Capogrosso, is it
13 correct to say that the only evidence of
14 this statement is your complaint which
15 you filed three years later?
16     A     That's what happened.
17 That's what he said to me.  I remember
18 it.
19     Q     So yes?
20     A     I remember that statement as
21 if it was yesterday.  That's exactly what
22 this man said to me, can't you go
23 practice somewhere else?  I saw what you
24 wrote about me, I'm complicit, incapable
25 and incompetent.  I'll remember it to the
```

Page 445

```
1        M.H. Capogrosso
2  day I die.  That's what he said to me.
3      Q     But Mr. Capogrosso that's
4  not the question.  The question is the
5  only evidence of this statement your
6  complaint three years later, yes or no?
7      A     I took notes of that.  I
8  took -- I took notes of a lot of stuff
9  that happened.
10     Q     Well, I don't think you've
11 produced those notes; have you?
12     A     That note, no, but I wrote
13 down a lot of these things that happened.
14     Q     So why didn't you produce
15 them?
16     A     Well, because they're my
17 notes.
18     Q     Don't you think they would
19 be relevant and --
20     A     They're my notes.  I
21 expressed my notes in my complaint.
22     Q     Do you still have these
23 notes?
24     A     I don't know.  I'd have to
25 go look at them.  I expressed my notes in
```

81 (Pages 442 - 445)

1        M.H. Capogrosso
2   my complaint.
3      Q      Did you look through your
4   notes in responding to our document
5   requests?
6      A      I looked through everything.
7      Q      And so why did you decide
8   not to produce them?
9      A      I have notes that I made
10  with respect to my complaint.  While
11  these things were happening, I was
12  taking -- I took down notes, yes.
13     Q      And don't you think those
14  notes would be relevant to the case?
15     A      I don't know.  No, it was
16  expressed in my complaint.  Everything
17  that was in my notes that I needed to say
18  I stated in my complaint.
19     Q      So were these notes that you
20  made in 2015 at the time or were these
21  notes that you made in 2018 when you were
22  writing your complaint?
23     A      2015.  Right after all this
24  stuff happened, I started taking notes of
25  everything that happened, okay.  I said

1        M.H. Capogrosso
2   this is not right.  What happened here is
3   not right.
4      Q      So Mr. Capogrosso, is it
5   your testimony that you had notes from
6   2015 that are contemporaneous to these
7   events and you didn't produce them?
8      A      I produced them in my
9   complaint.  Whether I still have them, I
10  don't know.  I don't think I do.
11     Q      Did you destroy them?
12     A      I put them in my complaint,
13  yes.
14     Q      So yes, you destroyed them?
15     A      I don't know if I still have
16  them or not.  I don't think I have them,
17  no.  I don't know.
18     Q      So then what happened to
19  them?
20     A      I expressed them in my
21  complaint.
22     Q      So you wrote your complaint
23  and then you destroyed the documents that
24  it was based on; is that correct?
25     A      I don't know.  I don't

1        M.H. Capogrosso
2   recall if I destroyed them or not.  I
3   don't know if I still have them.
4      Q      Can I ask you to --
5      A      I know I expressed
6   everything in my complaint.
7      Q      Can I ask you to make a
8   search for those notes now and produce
9   them if you have them?
10     A      Right at this moment in
11  time, no.
12     Q      I mean no, now we are in the
13  deposition, but can I ask you before the
14  close of discovery on Monday to look
15  through what you have, see if you have
16  those notes and produce them?  This is --
17  please treat this as a formal request.
18  We can make that request in writing if
19  you'd like, but we are requesting those
20  notes and others.
21     A      For the notes that I made,
22  I'll see if I have notes.  I don't know
23  if they're dated.  I know I wrote a lot
24  of stuff down while this was happening,
25  but everything that happened I expressed

1        M.H. Capogrosso
2   in my complaint.
3      Q      And any other notes that are
4   relevant to this case?
5      A      If I have them -- if I have
6   it, I will produce it.  But I know I did
7   take notes, I did use those notes to
8   write my complaint, I did do that.
9      Q      And if you don't have those
10  notes now, what happened to them?
11     A      I don't recall.
12     Q      You don't recall?  They'd
13  just be gone?
14     A      I don't know.  I don't --
15  there's a lot of paperwork involved.  I
16  don't know.
17     Q      All right.  Let's -- let me
18  put up a new document.  Do you see this
19  document?
20     A      Well, let me see the bottom
21  of it, see who wrote it, then I'll
22  remember it more.
23     Q      Sure.
24     A      Tahir, yeah.
25     Q      Do you recognize this

82 (Pages 446 - 449)

Page 450

M.H. Capogrosso

1      M.H. Capogrosso
2  document?
3      A      Yeah.  It's about Tahir
4  saying I used the word shit.  I never
5  used the word shit ever.  I used the word
6  eesha.  I told you that.
7      Q      And what is this document?
8      A      This is a complaint by
9  Tahir.
10     Q      And this is marked --
11     A      Which I never got an
12  opportunity to respond to or supply an
13  affidavit in relation.
14     Q      And Mr. Capogrosso this is
15  Bates stamped DMV-0000016; correct?
16     A      Yes.
17     Q      Mr. Tahir wrote that you got
18  into an argument about the placement of
19  his bag; is that correct?
20     A      When I came back -- no.
21  This is what happened here.  When you --
22     Q      What happened?
23     A      Well, in this little
24  attorneys' room that we got in DMV, I
25  said it's about six to eight feet long,

Page 451

M.H. Capogrosso

1      M.H. Capogrosso
2  five feet wide.  There's a chair in the
3  back, a chair in the back, one chair,
4  otherwise there's two benches.
5      Now, all the attorneys, I
6  don't know why they can't do this, but
7  they put their bags on top of -- on top
8  of the benches.  There's no place to sit
9  and then there's a chair in the back.
10  There's a chair in the back.
11     Now, Tahir thinks this is
12  his chair and only he can sit in it.  If
13  you sit in it, he gets all upset.  It's
14  only his chair.  He's the only person
15  allowed to sit in it.  I don't believe in
16  that.  Anybody can sit in a chair in the
17  attorneys' room.  But he believes because
18  he's the senior attorney there, the
19  oldest guy, it's his chair, don't touch
20  it, don't sit on it.
21     On that day, on May 5, I
22  walk in the attorney room.  I got up and
23  I'm getting my coat or I'm getting
24  something and I get a phone call from a
25  client, so I always answer the phone call

Page 452

M.H. Capogrosso

1      M.H. Capogrosso
2  right away from the client because
3  they're concerned about their license,
4  right.
5      I sit on the chair.  He
6  comes back.  Now, there's nothing on the
7  chair.  The chair is empty.  It's a blank
8  chair.  There's nothing on the chair.  I
9  sit on the chair to answer the phone
10  call.  I'm a little tired at the end of
11  the day, right.  I'm tired, I want to sit
12  down and all the benches have the bags
13  from the attorneys on it.  You can't sit
14  on the bench.
15     Tahir comes in and goes
16  crazy.  Why are you sitting on my chair?
17  This is my chair.  I mean he had
18  conflicts with other attorneys on this,
19  too.  Nobody's allowed to -- I sit where
20  I want to sit.  You don't own the chair.
21  This is a chair in the attorneys' room.
22  You don't own it.
23     And that's what caused this
24  incident on May 5, I sat on a chair in an
25  attorneys' room that only Tahir could sit

Page 453

M.H. Capogrosso

1      M.H. Capogrosso
2  on.  That's what happened.
3      Q      And then what happened?
4  What did he do?  What did you say?
5      A      He started screaming and
6  yelling at me.  He said I used the word
7  shit.  Actually moved his bag on the
8  other bench.  He was looking at me.  He
9  came in and yelled at me don't touch my
10  bag.  Whose is this?  I said I'm going to
11  move my bag.
12     He mentioned the chair.  I
13  was sitting on his chair.  He was upset
14  that I was sitting on his chair.  That
15  was the whole deal with this thing.  And
16  he tells me not to touch his stuff.
17  Well, I'm sorry, I'm allowed to sit in a
18  chair.  You don't own the chair.  That's
19  what happened here.
20     Q      Did you call him shit?
21     A      I said eesha.  I don't use
22  the word shit.  This man uses the word
23  mouther fucker like you don't believe.
24  Ever other time he speaks, it's mother
25  fucker this, mother fucker that.  That's

83 (Pages 450 - 453)

Page 454

1      M.H. Capogrosso
2  acceptable with this attorney to use
3  those words.
4      I said the word eesha. I
5  never said the word shit.
6    Q     Mr. Tahir writes that you
7  think -- he thinks that you thought that
8  he was, quote, "an easy and soft target."
9  Did you think that?
10    A     What do you mean, in a
11  boxing gym? In a box -- I mean an easy
12  and soft target for what?
13    Q     Harassment.
14    A     And easy and soft target?
15  I'm there to do a job. I'm not there to
16  harass a lawyer. I sat in his chair.
17  Another paranoid lawyer, an insecure
18  lawyer. It's his insecurities, not mine,
19  his insecurities.
20      I'm a -- he's a soft target
21  for what? What am I going -- what am I
22  in a boxing ring with this guy? We are
23  in a lawyers' -- we are in a lawyers'
24  room. We are in a courthouse. He's a
25  soft target? I don't even know what that

Page 455

1      M.H. Capogrosso
2  means.
3    Q     Is Mr. Tahir a big guy or
4  was he?
5    A     He's a frail guy. He drank
6  a lot. I was over his apartment. He
7  drinks like a fish. He drank a ton.
8    Q     Was he tall, short, fat,
9  skinny --
10    A     He was thin as a rail.
11    Q     -- muscular?
12    A     He was thin as a rail.
13    Q     How tall was he?
14    A     He was about my height, but
15  he was and he liked to drink. He drank a
16  ton.
17      MR. THOMPSON: All right.
18  Ms. MacDonald, let me ask you to --
19    A     Before I drove him home, he
20  used to go to the liquor store to pick up
21  liquor.
22    Q     Was Mr. Tahir a practicing
23  Muslim?
24    A     I don't know. I think he
25  was Muslim, but I don't know if he was

Page 456

1      M.H. Capogrosso
2  practicing. I think he was a Muslim.
3      MR. THOMPSON: Ms.
4  MacDonald, if I can ask you in case I
5  didn't already to -- (inaudible)
6      MS. REPORTER: I don't know
7  if you were speaking. You completely
8  cut out.
9      MR. THOMPSON: In case you
10  didn't already mark it, I was asking
11  you to mark that document for
12  Mr. Tahir as Exhibit 29.
13      (The above-referred-to
14  statement was marked as Exhibit 29
15  for identification as of this date.)
16    Q     Mr. Capogrosso, can you see
17  the document on the screen now?
18    A     Yes. That's from Beer,
19  right, on May 5?
20    Q     Do you recognize this
21  document?
22    A     You have to scroll down.
23  Let me read through it. I've seen this
24  document. You're going too fast. Can
25  you go up, please? You have to let me

Page 457

1      M.H. Capogrosso
2  read it. You're going too fast.
3      I have this. You're not
4  allowing me to refer to the documents I
5  have, so I have to read it, but you have
6  to -- you have to direct me to what you
7  want me to read.
8      I do reco -- I do recognize
9  the document.
10    Q     Okay. And what is the
11  document?
12    A     I think it was -- can you
13  see who's the signature on the bottom?
14  Is there a signature on it?
15      It's some type of affidavit
16  against me. All right. It's some type
17  of -- it's from Michael beer. All right.
18  Fine.
19    Q     And this document's marked
20  DMV-0000017; correct?
21    A     Yeah.
22      MR. THOMPSON: And,
23  Ms. McDonough, let me ask you to mark
24  this as Exhibit 31 and yes, I know we
25  just jumped one. Sorry about that.

84 (Pages 454 - 457)

M.H. Capogrosso

1        M.H. Capogrosso
2      (The above-referred-to
3  statement was marked as Exhibit 31
4  for identification as of this date.)
5    Q    Who is Michael Beer?
6    A    He's an attorney down there.
7    Q    Did you have a good
8  relationship?
9    A    I mean I knew him. I didn't
10  really talk to him. I didn't talk to a
11  lot of the lawyers. I was there to do my
12  job, that's it.
13    Q    Mr. Beer writes on May 5,
14  2015, which is the same day as the
15  incident with Mr. Tahir, that he came
16  into the attorneys' room and that as soon
17  as he did, "I was verbally accosted with
18  the demand of don't touch my fucking
19  stuff, don't stuff my fucking stuff."
20    A    No. I never said that. I
21  have never said that.
22    Q    You never said that?
23    A    No.
24    Q    Is he lying?
25    A    On that statement, yes. I

M.H. Capogrosso

1        M.H. Capogrosso
2  would never say that. I always carried
3  my stuff with me for the most part.
4    Q    He says that he didn't touch
5  your stuff. You asked about a camera.
6  Why did you ask about a camera?
7    A    There was no camera. There
8  was no camera, no. I did accuse Smart of
9  moving -- of tampering with my files, I
10  did do that and he was doing it because I
11  saw them moved when I left them in the
12  attorneys' room and I saw him go in there
13  and do it. I did see that.
14    But I never said anything
15  about putting a camera in the attorneys'
16  room and I never accused Beer. Beer was
17  actually a very nice lawyer. He was a
18  nice guy.
19    Q    He says that you said piece
20  of shit, piece of shit at him, which he
21  heard you state to others many times in
22  the past. Did you say that --
23    A    No.
24    Q    -- on May 5?
25    A    No. I never --

M.H. Capogrosso

1        M.H. Capogrosso
2    Q    No?
3    A    I never used the word shit.
4  If these attorneys would have just asked
5  me, I would have told them like I'm
6  telling you what I was saying. I said
7  eesha. It was never the word shit.
8    Now if these attorneys would
9  have just asked me what I was saying
10  under my breath, which I'm allowed to do,
11  I would have explained it to them.
12    Q    So Mr. Beer writes that he
13  did ask you. He said "Excuse me, what
14  did you just say to me" and you responded
15  that "It didn't relate to you. I'm angry
16  at a judge."
17    Do you remember that?
18    A    I might have been angry at a
19  judge's decision. A lot of times we got
20  angry at judge's decisions. I really
21  felt -- you know, I really was very
22  passionate about arguing and winning
23  cases for my clients, I was.
24    Sometimes when I thought a
25  judge really just did a bad job, I was

M.H. Capogrosso

1        M.H. Capogrosso
2  angry, yeah. I would get angry if a
3  judge made a bad decision, I really
4  would.
5    But if a judge made a good
6  decision and the cop, you know, did
7  everything right on the case, it was
8  fine, we all accepted it. But when I
9  thought a guy --
10    Q    So did you --
11    A    -- didn't get a fair chance
12  in a courtroom and no matter what you
13  did, I would get angry, of course I
14  would. I really took a very liking to my
15  clients and I felt badly that they lost.
16  I thought they should have won it, so
17  yeah, I was angry.
18    But did I say anything to
19  him, no, I didn't say anything to the
20  man.
21    Q    And you didn't say piece of
22  shit, piece of shit?
23    A    No, not to him. Not to him,
24  not to him.
25    Q    Mr. Beer writes -- Mr. Beer

Veritext Legal Solutions

M.H. Capogrosso

1
2 writes later that he left the room and
3 that the issue of don't touch my fucking
4 stuff was an ongoing issue all day.
5 Quote, "And I witnessed Mario Capogrosso
6 yelling at Mr. Tahir to not touch his
7 fucking stuff."
8        Does that refresh your
9 recollection at all about --
10    A    No.
11    Q    -- what happened on May 5?
12    A    No.  What I remember on
13 May 5 was one thing.  I walked in that
14 attorneys' room to sit on a chair.  It
15 was at the end of the day, to sit on a
16 chair or maybe I placed my bag on the
17 chair and Tahir said this is my chair and
18 get your stuff off it or don't sit on it,
19 but I know it involved Tahir's chair that
20 nobody was allowed to touch.
21        And maybe I put my bag on
22 the chair for a minute or I sat on the
23 chair for a minute or something to that
24 effect, but that was it and Tahir thought
25 that this chair, he owned the chair in

1        M.H. Capogrosso
2 the room.
3    Q    Mr. Beer writes --
4    A    That's what happened on May
5 5.
6    Q    So you never had an
7 altercation with Mr. Beer?
8    A    Not that I recall, no.  Beer
9 was a nice guy.  He was a really nice
10 guy.
11    Q    So why -- so you said that
12 he was lying about this.  Why would
13 Mr. Beer lie?
14    A    I don't know why.  I know
15 what happened that day.  I know exactly
16 what happened.  There was a chair there.
17 I wanted to sit down in the chair.  I
18 wanted to make a phone call.  I was
19 tired.  Maybe I stood up and put my bag
20 on the chair because there was nowhere
21 else to put the bag.  Maybe I was still
22 on the phone and Tahir comes in and gets
23 all upset and maybe Tahir was trying to
24 move my bag, I don't know, off his
25 personal chair because nobody was allowed

1        M.H. Capogrosso
2 to touch his chair.
3        And this is an attorneys'
4 room for all the attorneys, but nobody's
5 allowed to touch his chair or put
6 anything on his chair.  So maybe I told
7 Tahir leave my bag alone.
8    Q    Did you --
9    A    But did I use those words,
10 no, I never said that, no.
11    Q    Mr. Beer writes that you
12 started ranting that guy, alluding to
13 Gelbstein, threw out Chuck Willinger and
14 now Chuck Willinger is dead.  What does
15 that mean?
16    A    Well, Willinger was an
17 attorney when I first started.  I have to
18 read it.  Can you go back up?
19    Q    Sure.
20    A    Go back up.
21        Willinger was an attorney.
22 I never said for the judge to put a gun
23 to his head.  Willinger was a guy that
24 was a lawyer down at the Brooklyn TVB
25 when I first got there and he had some

1        M.H. Capogrosso
2 issues, Mr. Willinger.  To say the least,
3 he had some issues and he wasn't -- he
4 was -- as I understand it, eventually we
5 became friends me and him, as I
6 understand he had issues with drugs, a
7 lot of drugs.
8        And he was making money at
9 the start, but then he got involved with
10 cocaine and he winds up committing
11 suicide.  They found him dead on his bed
12 one day.
13    Q    Sorry.
14    A    He wasn't showing up for
15 cases because he was on so much drugs.
16 He wasn't showing up and Gelbstein threw
17 him out because he wasn't showing up for
18 some reason.  I don't know why he threw
19 the guy out of the DMV.
20        And he never gave the guy a
21 hearing.  Never gave him an opportunity
22 to at least, you know, give him a chance.
23    Q    Is there an entitlement to a
24 hearing if you're thrown out of the DMV?
25    A    Oh, no.  It's my personal

Page 466

M.H. Capogrosso

1  opinion.  If you're telling a guy he
2  can't show up, at least hear his story.
3  Give him a reason.  I don't know if
4  you're entitled or not, but give the guy
5  a chance.  Give him a fair chance, you
6  know.
7  Q      So --
8  A      I personally covered --
9  Q      -- Mr. Beer -- I'm sorry.
10  A      I covered cases for the guy
11  when he wasn't there.  I covered his
12  cases, some of his cases.  I tried the
13  best to help the guy out when he wasn't
14  there.  You know, he was on drugs, what
15  are you going to do.
16      But at least give the man a
17  chance to, you know, clean up his act,
18  but he threw him out, that's it and
19  then --
20  Q      Mr. Beer --
21  A      But I never said the judge
22  put a gun to his head.  That's
23  ridiculous.
24  Q      Well, Mr. Beer writes -- he

Page 467

M.H. Capogrosso

1  doesn't say that you told the judge to
2  put a gun to his head.  He says that you
3  said that if Judge Gelbstein was a man,
4  he would put a gun to his head.
5  A      No.  I never said that.
6  That's absolutely ridiculous.  That's a
7  total lie.  That's a lie.  First of all,
8  I don't really give a darn about
9  Willinger.  I felt bad for the man, you
10  know, but did I hang out with the guy,
11  no.
12      I mean, you know, he was a
13  lawyer, I was a lawyer.  I felt bad for
14  the guy, he was on drugs and he died of
15  suicide, but that was -- you know, he
16  made the decision what to do with his
17  life.
18      Why would I -- why would I
19  tell Gelbstein put a gun to his head?
20  That's ridiculous.
21  Q      Why would Mr. Beer be lying
22  about something like this?
23  A      I don't know.  I didn't say
24  that remark.  I know Willinger should

Page 468

M.H. Capogrosso

1  have been given a hearing, that's what I
2  felt, an opportunity to at least give his
3  position before they threw him out,
4  especially what happened to me in
5  December of 2011, right, that's how I
6  felt.
7      He should have gave
8  Willinger at least an opportunity to at
9  least hear his side of the story, but
10  they didn't give him that opportunity so,
11  yeah, I felt bad for the man because I
12  was in the same predicament as he was.
13  Q      Why --
14  A      Did I tell the judge to put
15  a gun to his head, absolutely not.
16  Q      Why were you in the same
17  predicament as Mr. Willinger?
18  A      Because I got thrown out
19  with that guy Brody over there, right, in
20  December 2011 after Brody told me to go
21  fuck myself twice, without a hearing,
22  without anything, without an affidavit,
23  nothing.
24      I felt bad for the guy.  I

Page 469

M.H. Capogrosso

1  did feel bad.  I covered his cases as
2  best as I could.  I didn't want to see
3  the guy, but I felt bad for him.  He had
4  a real drug problem this guy.  He wound
5  up dissolute, lost all his money.  They
6  found him dead in his apartment one day.
7  I felt bad for the man.  I truly did.  We
8  are all attorneys.  I felt bad for the
9  guy.
10      I didn't tell Gelbstein to
11  put a gun to his head.  It's ridiculous.
12  I was in the same predicament as
13  Willinger.  They threw me out, too.  They
14  gave me no opportunity to respond to
15  anything.
16  Q      Mr. Capogrosso, so we've
17  looked at reports from Tahir and
18  Mr. Beer.  I'll represent to you that
19  there are two other reports that
20  corroborate you yelling at people about
21  touching your things and being verbally
22  abusive on this day, May 5, the other two
23  being from Kimberly Rivers and Danielle
24  Calvo.

87 (Pages 466 - 469)

M.H. Capogrosso

1
2          Are they all lying about
3   you?
4       A       Now, Kimberly Rivers would
5   have been -- I don't know.  Let's address
6   them one at a time.  I told you what
7   happened that day.  I told you what
8   happened that day.  I was in the
9   attorneys' room, there was a chair in the
10  attorneys' room.  I'm telling you what
11  I -- what I recall.  Either I sat on the
12  chair or I put my bag on the chair.
13  Tahir thought this is only his chair,
14  that nobody could touch it.  He walks in
15  the room, starts moving my -- tells me
16  to -- and I'm sitting in the chair.
17          At some point I might have
18  gotten up and put my briefcase on it and
19  he starts moving my briefcase.  I said
20  don't touch my briefcase and he shouldn't
21  have touched it.  He shouldn't have
22  touched it.  He doesn't own the chair in
23  the lawyers' room.  He doesn't own it.
24      Q       So Mr. Capogrosso --
25      A       Now, what would you -- the

M.H. Capogrosso

1
2   man should not have put his hands on my
3   briefcase if that's what he did on that
4   day, but I was in the -- I was either
5   sitting on his chair or my briefcase was
6   on his chair and I'm making a phone call
7   to a client and I'm telling the other
8   lawyer leave my briefcase alone, that I
9   probably said or I was sitting on his
10  chair, which I had a right to do.
11      Q       Mr. Capogrosso, if -- and I
12  know you don't believe that it's true and
13  I know you don't agree, but if everything
14  that these four people said about you was
15  true and you had been yelling and cursing
16  at people about moving your stuff and
17  saying that the judge should put a gun to
18  his head, would those be grounds to expel
19  you from the TVB?
20      A       No.  First of all, I'm not
21  going to talk about hypotheticals because
22  none of that that they're saying
23  happened.  I told you exactly what
24  happened that day.  I'm not going to deal
25  in hypotheticals.  I know what happened

M.H. Capogrosso

1
2   that day.  I was there.  I was there.
3       Q       Let me --
4       A       I know what happened.
5       Q       Let me you ask a question.
6       A       Well, let me ask you a
7   question.  Tahir said the word mother
8   fucker throughout the day.  He doesn't
9   get removed.  He said the word mother
10  fucker to everybody and everyone, every
11  client sometimes.  He says mother fucker
12  judge this, he got a bad hearing.  He
13  says it all the time.
14          Diantha Fuller cursed me
15  out.  She curses.  Are they being removed
16  from the Brooklyn TVB, no.  No, they're
17  not.  So what is their basis?  Attorneys
18  curse all the time if it's not on -- they
19  do it at -- they curse all the time down
20  there.  I'm sorry --
21      Q       So let me ask you --
22      A       -- but I don't see any other
23  attorney getting thrown out.
24      Q       Mr. Capogrosso, let me ask
25  you the question if I may.  I have a

M.H. Capogrosso

1
2   question for you.  What conduct or
3   behavior would justify someone being
4   expelled from the TVB?
5       A       I have no idea.  I don't
6   know.  I didn't verbally abuse anybody.
7   I used the word eesha, eesha.
8       Q       So --
9       A       That's not verbal abuse.
10  Imagine I said stay away from my stuff, I
11  don't think that's verbal abuse.  Maybe I
12  sat in somebody's chair.  That's not
13  verbal abuse.  I didn't threaten anybody
14  with any physical conduct -- with any
15  physical -- with anything.
16      Q       So --
17      A       I didn't threaten anybody.
18      Q       -- Mr. Capogrosso --
19      A       I don't know.
20      Q       You don't know what standard
21  of behavior -- you don't know what
22  infractions would justify someone being
23  expelled from the TVB?
24      A       Well, have the same standard
25  for everybody.  Have the same standard

Page 474

M.H. Capogrosso

1  for everybody.
2
3      Q    I'm not asking about your
4  standard. I'm asking about the TVB's
5  standard.
6      A    I don't know. Ask the TVB.
7  I know I didn't verbally abuse anyone. I
8  abused no one.
9      Q    Let me ask you this, is
10 there --
11     A    I didn't abuse anyone.
12     Q    Is there anything that you
13 could do that would justify your being
14 expelled from the TVB?
15     A    I don't know. You tell me.
16 I don't know. Take -- I'll tell you
17 what, what I would do, if you took a case
18 as a lawyer and you didn't argue that
19 case before the judge and you just took
20 the money and didn't show up, yeah, I
21 would think that would get you removed.
22         That's why I took it very
23 seriously about showing up on every case.
24 When they threw it at -- you know, you
25 didn't show up for a case that you got

Page 475

M.H. Capogrosso

1
2  paid on, I think that would be egregious.
3      I think if you bribed a
4  clerk, which the attorneys -- or give
5  money to a clerk, I think that would be
6  egregious and you should be thrown out,
7  absolutely and I saw that or you gave
8  money to a clerk and cash gifts to a
9  clerk because you were seeking favor from
10 that clerk, I think that's a reason.
11         Paying off and bribing
12 clerks, I think that's a reason,
13 absolutely.
14     Q    Do you think that there's
15 anyone else who practiced before TVB who
16 should have been expelled?
17     A    Absolutely.
18     Q    Who?
19     A    Any lawyer who's bribing a
20 clerk, giving a clerk money. I think --
21     Q    Can you name anyone specific
22 who you think should have been expelled?
23     A    Any clerk -- any attorney
24 that's covering cases for Judge Gelbstein
25 I think should be thrown out. I think

Page 476

M.H. Capogrosso

1
2  that's totally inappropriate if
3  Gelbstein's got a caseload and there's an
4  attorney covering cases for him.
5      Q    I understand that, but the
6  question was can you name --
7      A    Name anyone?
8      Q    -- anyone by name who should
9  have been expelled?
10     A    Anybody who was paying
11 clerks and giving clerks cash in gifts
12 and buying breakfast to get favor from
13 those clerks, yes.
14     Q    The question is by name --
15     A    By name?
16     Q    -- can you name anyone?
17     A    You have to do your job.
18 I've done my job here. I told you what I
19 saw and I see. That's the Attorney
20 General's job. That's the DMV Inspector
21 General's job. That's not my job.
22         I told you what I saw and
23 what I -- you asked me a very specific
24 question. That would be the reason for
25 expelling somebody, bribing clerks.

Page 477

M.H. Capogrosso

1
2  Getting --
3      Q    So just for the record, you
4  have not named anyone.
5      A    How about Judge Gelbstein
6  asking for a piece of the action?
7  Absolutely he should be out. Absolutely
8  he should be out.
9         Ida -- Ida Traschen should
10 be thrown out for not viewing evidence,
11 not viewing evidence.
12         Danielle Calvo should be out
13 for not viewing evidence and saying I
14 pushed Smart when  she didn't view the
15 push. Danielle Calvo should be out
16 because she didn't view any evidence.
17         Melanie Levine should be out
18 because she filed a false report. She
19 should be out for filing a false report
20 about me and that could have been very
21 easily investigated.
22         Who else? Smart.
23         Vahdat should be thrown out
24 by giving a false statement that I
25 followed a clerk and stopped him, which

89 (Pages 474 - 477)

1          M.H. Capogrosso
2    is not what happened because if you asked
3    George Hon, that's a false statement.
4    She should be thrown out because George
5    Hon approached me that afternoon because
6    I was talking to his girlfriend and I
7    told you that.
8          Those are the people who
9    should be thrown out.
10    Q     Anyone else?
11    A     Traschen.  Who else did I
12    miss?  Vahdat, Gelbstein.  Gelbstein for
13    getting a piece of the action, having
14    lunch with ticket brokers and meeting
15    with ticket brokers when he doesn't know
16    what they're doing.
17          The judges -- the lawyers
18    paying off the clerks, giving them money.
19    The clerks accepting the money.  The
20    clerks accepting the money.  The clerks
21    advising motorists, and I heard this at
22    the DMV, these clerks advising go plead
23    yourself guilty.  You're not going to get
24    any points.  What are you telling a
25    motorist?  A clerk was doing that.

1          M.H. Capogrosso
2    Telling a motorist to go plead yourself
3    guilty or you don't need an attorney on
4    this, just go plead yourself guilty.
5          Why is a clerk giving advice
6    to a motorist?  That was happening all
7    the time.  I would get upset with that.
8          Those are the people who
9    should be thrown out, but -- those are
10    the people, not a hard working attorney
11    who has no complaints by any clients or
12    motorists, no, absolutely not.
13          Tanya Rabinovich should be
14    thrown out.  She's calling herself a
15    lawyer and collecting a fee and going to
16    the counter and the clerks are doing
17    business with her.  She's rescheduling
18    cases and pleading people guilty at the
19    counter and she's not a lawyer.  She
20    should be thrown out.
21          That's who should be thrown
22    out.
23    Q     Well, I have no further
24    questions.
25    A     There you go.

1          M.H. Capogrosso
2    MR. THOMPSON:  Ms.
3    MacDonald, Mr. Brodsky, is there
4    anything that we should discuss here
5    before we go off the record?
6          MR. VIDEOGRAPHER:  If
7    there's any stipulations you want to
8    put on the transcript, you can tell
9    the court reporter.
10          MR. THOMPSON:  I think only
11    that we agreed at yesterday's
12    deposition that Mr. Capogrosso would
13    share a copy of those transcripts
14    with me and that I would share a copy
15    of today's with him, correct?
16          Is that right,
17    Mr. Capogrosso?
18          THE WITNESS:  Yeah.  You're
19    going to send me a copy, I'll send
20    you a copy of what I ordered,
21    absolutely.
22          MR. VIDEOGRAPHER:  Then I'll
23    wrap it.  Here ends media unit number
24    six --
25          THE WITNESS:  I'm sorry.

1          M.H. Capogrosso
2    One question to Attorney Thompson.
3    How are you going to send me a copy?
4    Are you going to e-mail it to me or
5    are you going to send me a hard copy?
6          MR. THOMPSON:  That's a good
7    question.  I actually don't know what
8    format I'm going to get this in.
9          So, Ms. MacDonald, are we
10    going to get digital, hard copy or
11    both?
12          MS. REPORTER:  However you
13    want to order it.
14          MR. THOMPSON:  That's a good
15    question.  I generally much prefer
16    digital.  Can I e-mail it to you?
17          MS. REPORTER:  I think
18    that's to you, Mario.
19          MR. THOMPSON:  Yes.
20    Mr. Capogrosso?
21          THE WITNESS:  All right.  If
22    you get it digitally, I'll take it
23    digitally, that's it.  I'm not going
24    to ask you print it out.  If you get
25    it digitally, I'll take it digitally.

Page 482

1        M.H. Capogrosso
2        If I get it by hard copy,
3    then I'm going to get you a hard copy
4    back, all right?
5        MR. THOMPSON:  Okay.
6        THE WITNESS:  However I
7    receive it, I'll give it to you.
8    However you receive it, you give it
9    to me.  That's all I can do.
10        MR. THOMPSON:  Digital is
11    fine by us, so thank you.
12        THE WITNESS:  All right.
13        The other question is you
14    said you missed five pages out of one
15    of my exhibits I gave you showing
16    my -- my docket and my monies earned.
17    I have to get you those five pages or
18    if you ask your clerk in your office,
19    I don't think they scanned it in
20    because I didn't omit any pages, but
21    I will check that, all right.
22        MR. THOMPSON:  And, you
23    know, again as we did ask if you have
24    any of the contemporary notes from
25    2015 that you referenced, we'd like

Page 483

1        M.H. Capogrosso
2    copies of those as well.
3        THE WITNESS:  All right.
4    Fine.
5        MR. VIDEOGRAPHER:  Okay.
6    Then here ends media unit number six.
7    This concludes the video recorded
8    virtual remote deposition of Mario H.
9    Capogrosso taken by the defendants on
10    Friday, December 18, 2020.
11        The time is 5:21 p.m.
12    Eastern Standard Time and we are
13    going off the record.
14
15
16    ------------------------------
17        MARIO H. CAPOGROSSO
18
    Subscribed and sworn to
19
    before me on this _____ day
20
    of _____, 2021.
21
22
23
    _____
24        NOTARY PUBLIC
25

Page 484

1
2        INDEX
3    INDEX TO TESTIMONY
4        Page    Line
5    Examination by Mr.    127    6
    Thompson
6
7    INDEX TO REQUESTS
8
                Page    Line
9
    The notes    448    7
10
11    INDEX TO EXHIBITS
12
    Description    Page    Line
13
    Exhibit 3    155    3
14    Statement from L. Perez,
    Jr., Bates stamped
15    P-80
16    Exhibit 4    156    23
    Statement of Roy Tucci,
17    Bates stamped P-82
18    Exhibit 5    163    2
    Statement of Marisol
19    Cervoni, Bates stamped
    P-84
20
    Exhibit 6    194    10
21    Statement of Diantha
    Fuller, Bates stamped
22    P-86
23    Exhibit 7    210    10
    Statement with a list of
24    signatures, Bates
    stamped DMV-000024
25

Page 485

1        Index
2    Exhibit 8    228    16
    Statement of Yaakov
3    Brody, Bates stamped
    P-92
4
    Exhibit 9    252    3
5    Statement of Richard F.
    Maher, Bates stamped
6    P-250
7    Exhibit 10    266    9
    Statement of M. Sadiq
8    Tahir, Bates stamped
    P-96
9
    Exhibit 11    280    14
10    Statement of Jeffrey A.
    Meyers, Bates stamped
11    P-248
12    Exhibit 12    293    8
    Statement of Bushra
13    Vahdat, Bates stamped
    DMV-0000224
14
    Exhibit 13    311    10
15    Letter dated January 25,
    2012 to Ms. Fiala from
16    Chris McDonough, Bates
    stamped DMV-0000226
17
    Exhibit 16    326    19
18    Letter dated May 15,
    2012 to Chris
19    McDonough and
    Jacqueline A. Rappel
20    from Serwat Farooq,
    Bates stamped
21    DMV-0000205
22    Exhibit 17    327    18
    Report from John T.
23    McCann, PhD dated June
    14, 2012, Bates
24    stamped P-28 and P-29
25    Exhibit 19    333    7
    Letter dated June 20,

91 (Pages 482 - 485)

Page 486

Index
2012 to Jacqueline A. Rappel from Serwat Farooq, Bates stamped P-143

| | | |
|---|---|---|
| Exhibit 18 | 338 | 19 |
| Stipulation of Discontinuance | | |
| Exhibit 20 | 343 | 16 |
| Report of Workplace Violence Incident | | |
| Exhibit 21 | 348 | 22 |
| Statement of Wanda Alford, Bates stamped DMV-0000061 | | |
| Exhibit 22 | 359 | 4 |
| Note of David Smart, Bates stamped GELB-0000059 | | |
| Exhibit 23 | 360 | 3 |
| Statement of Paul Perez, Bates stamped GELB-0000058 | | |
| Exhibit 24 | 372 | 8 |
| Statement of Melissa Vergara, Bates stamped DMV-0000059 | | |
| Exhibit 25 | 376 | 14 |
| Report of Workplace Violence Incident | | |
| Exhibit 26 | 396 | 17 |
| E-mail from Geri Piparo to Alan Gelbstein, Bates stamped GELB-0000035 | | |
| Exhibit 27 | 407 | 23 |
| Memo to File from Diantha Fuller, Bates stamped DMV-0000003 | | |

Page 487

Index

| | | |
|---|---|---|
| Exhibit 28 | 408 | 16 |
| Letter dated March 20, 2015 to Elizabeth Prickett-Morgan from Mario Capogrosso, Bates stamped P-41 and P-42 | | |
| Exhibit 29 | 456 | 13 |
| Statement of M. Sadiq Tahir, Bates stamped DMV-0000016 | | |
| Exhibit 31 | 458 | 2 |
| Statement of Michael E. Beer, Bates stamped DMV-0000017 | | |

Page 488

C E R T I F I C A T I O N

I, LISA H. MACDONALD, a Registered Professional Reporter and a Notary Public, do hereby certify that the foregoing witness, MARIO H. CAPOGROSSO, was duly sworn on the date indicated, and that the foregoing is a true and accurate transcription of my stenographic notes.

I further certify that I am not employed by nor related to any party to this action.

*Lisa H. MacDonald*

LISA H. MACDONALD, RPR

Page 489

ERRATA SHEET
VERITEXT/NEW YORK REPORTING, LLC
1-800-727-6396
330 Old Country Road    1250 Broadway
Mineola, NY 11501    New York, NY 10001

NAME OF CASE:  Capogrosso v Gelbstein
DATE OF DEPOSITION: December 18, 2020
NAME OF DEPONENT: Mario H. Capogrosso

PAGE LINE (S)  CHANGE       REASON

MARIO H. CAPOGROSSO

SUBSCRIBED AND SWORN TO BEFORE ME
THIS ____ DAY OF _____, 20__.

(NOTARY PUBLIC)   MY COMMISSION EXPIRES:

[0000003 – 266]   Page 1

| **0** |
| --- |
| **0000003**   398:7<br>486:25 |
| **0000016**   450:15<br>487:7 |
| **0000017**   457:20<br>487:10 |
| **0000035**   389:21<br>486:22 |
| **0000058**   359:17<br>486:15 |
| **0000059**   353:7<br>372:3 486:12,17 |
| **0000061**   348:6<br>486:10 |
| **0000205**   323:12<br>485:21 |
| **0000224**   292:24<br>485:13 |
| **0000226**   310:24<br>485:16 |
| **000024**   484:24 |

| **1** |
| --- |
| **1**   127:8 144:15<br>151:19,20,23<br>302:22 |
| **1-800-727-6396**<br>489:3 |
| **10**   128:13 136:20<br>138:22 235:22<br>237:3,3 266:8,10<br>327:25 335:21<br>381:15 484:20,23<br>485:7,14 |
| **10,000**   263:20<br>335:20 339:24<br>440:18 |
| **100**   277:4 |
| **10001**   489:4 |

**10005**   126:10<br>
**10804**   126:5<br>
**11**   129:16 280:13<br>
280:15 308:19,23<br>
309:5 345:11<br>
413:11 416:15<br>
417:11 424:19<br>
442:19 444:4<br>
485:9<br>
**11501**   489:4<br>
**11:48**   125:13<br>
127:3<br>
**12**   255:14 283:13<br>
293:7,9 327:25<br>
485:12<br>
**122**   129:13,14<br>
**122,715**   129:11<br>
**1250**   489:4<br>
**127**   484:5<br>
**12:40**   190:17<br>
**12:45**   190:20<br>
**13**   311:9,11 319:10<br>
399:21 485:14<br>
487:6<br>
**14**   326:10 485:9,23<br>
486:18<br>
**143**   333:2 486:3<br>
**14th**   385:24 386:7<br>
**15**   127:19 309:22<br>
336:14 485:18<br>
**150**   277:4 344:23<br>
356:2<br>
**155**   484:13<br>
**156**   484:16<br>
**16**   326:8,17,20<br>
331:18 336:7<br>
485:2,17 486:6<br>
487:2<br>
**163**   484:18<br>
**17**   327:17,19<br>
485:22 486:20

**18**   125:12 220:2<br>
221:15 222:6,21<br>
338:18,21 392:8<br>
483:10 485:22<br>
486:4 489:6<br>
**18-2710**   125:3<br>
**19**   333:6,8 338:24<br>
340:18 485:17,25<br>
486:4<br>
**194**   484:20<br>
**1:15**   227:6<br>
**1:20**   227:4,10<br>
**1:21**   227:19<br>
**1:22**   227:23

| **2** |
| --- |
| **2**   316:12 344:5<br>430:9,18 484:18<br>487:8 |
| **20**   231:11 315:3<br>332:8 333:16<br>336:10,10,16<br>343:15,17 408:22<br>485:25 486:6<br>487:2 489:23 |
| **200**   277:3 |
| **2005**   245:9 295:13<br>295:15,18 |
| **2009**   146:8 151:15<br>164:16 197:22 |
| **2011**   215:7 228:9<br>229:6 248:23<br>269:3 278:6 296:5<br>300:12 310:16<br>313:10 344:3,15<br>431:11 468:6,21 |
| **2012**   313:10,16,23<br>314:17 318:12<br>333:16 336:14<br>341:4 342:21<br>346:19 347:5<br>358:17 430:7 |

485:15,18,23<br>
486:2<br>
**2014**   346:4 349:10<br>
398:11<br>
**2015**   129:17 308:9<br>
390:2 399:21<br>
434:5 446:20,23<br>
447:6 458:14<br>
482:25 487:3<br>
**2018**   446:21<br>
**2020**   125:12 313:9<br>
313:12 314:2<br>
483:10 489:6<br>
**2021**   483:20<br>
**21**   126:5 229:6<br>
278:6 299:16<br>
300:12 301:2<br>
348:21,23 352:19<br>
486:8<br>
**210**   161:19,20<br>
484:23<br>
**22**   228:9 295:4<br>
297:2 298:23<br>
299:21 359:3,5<br>
486:8,11<br>
**228**   485:2<br>
**22nd**   229:5<br>
**23**   360:2,4 371:11<br>
484:16 486:13,23<br>
**24**   372:7,9 486:16<br>
**244**   209:12<br>
**248**   279:14 485:11<br>
**25**   376:13,15<br>
383:18 485:15<br>
486:18<br>
**250**   252:10 485:6<br>
**252**   485:4<br>
**26**   396:16,18<br>
486:20<br>
**266**   485:7

**27** 332:5 341:4,6 341:24 342:21 396:21 407:22,24 486:23
**28** 126:9 327:9 408:15,17 426:14 426:18 485:24 487:2
**280** 485:9
**29** 349:10 456:12 456:14 485:24 487:6
**293** 485:12
**2:33** 310:5
**2:45** 309:23
**2:48** 310:9

**3**

**3** 154:10 155:4 353:11 358:6 484:13,13 485:4 486:13
**31** 197:21 457:24 458:3 487:8
**311** 485:14
**326** 485:17
**327** 485:22
**330** 489:4
**333** 485:25
**338** 486:4
**343** 486:6
**348** 486:8
**350** 425:25
**359** 486:11
**360** 486:13
**372** 486:16
**376** 486:18
**3840** 488:17
**396** 486:20

**4**

**4** 127:10,12 156:22 156:24 162:5 484:16 486:11
**407** 486:23
**408** 487:2
**41** 408:10 487:4
**42** 487:5
**448** 484:9
**456** 487:6
**458** 487:8
**4:03** 397:5
**4:05** 397:9
**4:28** 426:9
**4:33** 426:7,12

**5**

**5** 127:19 129:10 162:25 163:3 168:12 193:15 215:6 217:11 451:21 452:24 456:19 458:13 459:24 462:11,13 463:5 469:23 484:18
**5'10** 161:9,19
**5'5** 161:6
**5.5** 129:21
**50** 138:4,6 277:4
**5:21** 483:11
**5:23** 397:17
**5th** 346:3

**6**

**6** 194:9,11 208:18 484:5,20
**60** 146:25

**7**

**7** 210:9,12 224:5 372:15 484:9,23 485:25

**7,500** 339:24
**7/31/09** 196:24
**78** 310:21 319:15 323:6 337:7,24 341:19 411:15,19 412:24 414:15

**8**

**8** 228:15,17 251:22 424:3,4,17 442:9,9 442:18 444:3 485:2,12 486:16
**8,181** 132:6
**80** 145:19 344:23 356:2 357:16 410:9 484:15
**82** 155:15 484:17
**84** 162:16 484:19
**850** 133:22,23 134:2 237:25 443:8,9
**86** 193:25 484:22

**9**

**9** 164:16 252:4 390:2 485:4,7
**92** 228:11 485:3
**96** 265:19 485:8
**9:15** 353:12 358:6
**9:45** 164:17

**a**

**a.m.** 125:13 164:17 353:12 358:6
**aag** 406:18
**ability** 182:23 284:12,13,15,19 291:21,25
**abish** 248:9
**able** 130:14,16,17 130:18 131:2,4,6 131:19,22 134:16

137:2 305:5,13 307:13
**abrasive** 281:2
**absolute** 183:18 239:8 248:16,17 248:20 249:3,7 257:17 305:22 356:17 377:22,23 378:5,8
**absolutely** 143:24 145:13 150:6 152:18,18 153:17 159:22 160:15 161:12 169:14,14 170:7 171:24,25 172:3 173:23 183:4 189:12 200:6,17 201:5,9 205:15,19 207:14 209:2 211:24 212:2 214:5 215:10,11 217:23 217:25 223:7,9 225:10 228:5,12 237:2 239:17 251:3 264:23 275:3,20 277:7 281:17 284:12 309:17 313:24 319:8 329:17 331:3 342:17,18 347:16 350:5 355:11 357:10,10 357:21,23 359:10 391:8,22 392:4 394:10,10 408:5 415:23 431:4,8 431:21 433:23 435:16 436:13,16 436:17 442:9 467:7 468:16

[absolutely - age]                                                    Page 3

475:7,13,17 477:7
477:7 479:12
480:21
**abuse**   334:10
352:21 404:20,22
405:2,5,12,13,16
405:25 406:10,12
407:7,10,17
412:12 414:17
473:6,9,11,13
474:7,11
**abused**   141:16,18
141:21 156:15
297:23 474:8
**abusing**   382:9
407:11,14 412:2
**abusive**   469:23
**accept**   304:23
**acceptable**   308:5
387:7 388:14
412:2,3,5 454:2
**accepted**   265:3
307:22 407:13
461:8
**accepting**   478:19
478:20
**accommodate**
255:2
**accompany**
164:19
**accosted**   458:17
**account**   253:22
268:18
**accurate**   488:9
**accusation**   169:20
188:5 246:23
261:9 351:3
**accusations**
166:17,22 167:4
183:20 204:19
213:2 222:3

341:14
**accuse**   170:9
187:11 208:4
308:20 459:8
**accused**   170:8
178:18 221:21
278:11 328:17
344:6 352:14
353:19,19 354:25
393:4 459:16
**accusers**   246:8
**accusing**   348:7,14
349:18,24
**acknowledging**
255:24
**act**   251:12 322:8
329:6 331:6
411:24 466:18
**acted**   245:11
**acting**   162:21
243:21 249:13
262:17,21,22
306:17
**action**   141:10
249:25 296:15
406:23,25 407:2
431:9,15 439:24
440:2 477:6
478:13 488:13
**actions**   206:23
442:2
**add**   194:15
**address**   188:5,18
202:15 220:19
294:9 410:20
411:5 413:21
470:5
**addressed**   224:16
300:23 349:12
381:12

**addressing**   188:20
380:16
**adhere**   332:15
333:24 334:5
414:25 415:11,16
**adhered**   322:18
332:14,19 334:16
336:17
**adjourning**   437:9
**adjudicated**
320:19 321:10
**adjudication**
316:21
**administrative**
306:17
**admission**   138:18
**admit**   149:19
170:15 173:22
211:24 271:20,21
394:8
**admits**   356:15
391:11 394:9
407:6
**admittance**   138:14
**admitted**   146:18
147:5,6,9 160:6
303:7 305:9
306:24
**advice**   479:5
**advise**   340:25
**advised**   316:16
325:6,9,12,23
326:24 334:3
**advising**   478:21
478:22
**advocate**   136:17
136:18 174:9
187:8
**advocator**   174:8
180:7

**affidavit**   151:11
187:17 202:10,11
202:16,23 209:22
209:23 218:4
228:7 232:6,7,7,8
232:15 244:8
252:14,16 262:5
263:11,16,18
264:24 266:2,4
267:17 271:8,8,9
279:22,24 280:8
286:23 289:11
291:14 292:2
293:4,18,23
295:18 303:24
307:9,12,23
317:10 349:13
371:24 375:17
377:11 381:13,14
381:15,16,19,24
382:16,18 383:23
386:6 387:23
430:15 450:13
457:15 468:23
**affidavits**   195:6,7
202:14 204:15
249:18,20 265:4
289:15 300:16,18
312:12 314:19,21
340:14 359:23
**affirmation**
248:21,23
**afforded**   441:14
**afraid**   181:19
182:3,9,10,19
212:13,14,15
**afternoon**   279:12
354:5 424:3,3
442:18 478:5
**age**   135:9,10,11

aggravation 219:3
  219:4
aggressive 168:21
  169:8 171:5
  179:17 185:15,23
  186:2,7 187:10,16
  189:10 321:21
aggressively
  162:21 168:17
agnes 196:22
  197:3 199:15
ago 286:6 313:11
  313:11 403:3,18
  414:10 415:20
agree 148:15
  289:23 320:2
  471:13
agreed 322:3,4,6
  322:11,19 332:11
  333:12,20 335:9
  335:11,13 336:18
  337:22 338:14
  339:8 340:2
  397:13 428:6,14
  428:16 480:11
agreement 321:13
  322:16 440:11
ah 208:21
ahead 142:24
  145:15 157:13
  167:17 202:18
  257:24 259:14
  269:11 294:17,18
  309:20 322:21
  323:23 329:14
  348:8 349:7
  364:13 371:21
  410:12 430:21
  438:19
air 283:22 291:2
  303:9

al 125:9
alan 125:9 234:15
  251:18 486:21
alford 350:21
  352:2,4,5 486:9
alj 294:20
aljs 139:18
allegation 148:10
  150:24 245:10
  308:12 383:22
  384:20 385:4,4,4
  385:13,16
allegations 143:22
  169:17 180:15
  204:3 211:2
  315:10,12 339:14
  340:9 384:24
  385:6
allegedly 432:6
alleging 380:13
allow 417:21
allowed 134:8
  135:21 139:21
  140:4 164:25
  166:20 196:14
  214:8,9,10,13
  216:3,6,14 241:15
  241:17 242:9
  286:15 304:14,15
  304:16 307:25
  308:5 309:11
  317:11,25 321:24
  332:5 379:18
  399:13 400:17
  401:9,10 405:19
  405:22,23 410:9
  426:22 440:6,12
  440:15 451:15
  452:19 453:17
  460:10 462:20
  463:25 464:5

allowing 457:4
allows 357:2
alluding 464:12
alongside 288:20
altercation 178:5
  206:17 377:9,25
  463:7
altercations 187:6
amendment
  385:25 386:7
america 236:13
american 244:23
  246:12 259:5,6
  264:22
amount 129:14,25
  131:13,14 132:13
  166:15 366:20,20
andy 167:23 168:2
  168:9
anger 232:2 238:9
  244:3 245:18
  263:19 269:5
  270:15 320:2
  321:15,17 322:3
  322:11,20 324:17
  327:12,13,22
  332:3,12 333:20
  335:9,10,12,20
  336:17,19 337:14
  337:19 338:4,6,8
  338:10,13 339:9
  339:22 344:13
  356:4 426:21
  428:7 440:16
angry 241:5
  258:10,11,13,19
  328:3 460:15,18
  460:20 461:2,2,13
  461:17
animis 355:23

answer 211:12
  385:19 420:6,14
  421:4,13 422:3,6
  423:3,12,22 425:4
  425:15 451:25
  452:9
answered 160:20
  298:11,13 419:25
  419:25 421:22
anti 142:4,11
  230:17 231:5
  233:5 235:20,22
  235:25 236:3,5
  237:6,9,24 238:6
  243:16 245:8
  247:4 257:3 261:2
  261:24 268:15
  270:19 280:20
  281:7,21 286:24
  287:23 304:19
  308:4 435:7
anybody 151:2
  152:5,6 153:14
  158:10 183:7
  187:7 216:11
  223:11,15 249:6,6
  263:13 275:7
  331:7 369:12
  383:21,22 384:20
  387:3 402:19
  403:24 406:10,16
  451:16 473:6,13
  473:17 476:10
anybody's 230:11
anymore 128:5
  133:22 166:21
  198:5 201:17
  206:19 263:10
  295:3,11,23
  307:21 310:18

**anyplace** 248:25
254:22
**anyway** 171:9
322:18 332:20
368:2
**apartment** 267:15
274:13,15 455:6
469:7
**apologies** 227:17
**apologize** 142:22
198:24 220:16,18
272:12,13,14,19
273:2,17,21
280:21,23
**apologized** 300:21
**apparently** 364:9
**appeal** 360:25
361:2,4,5,11,17,17
361:24 362:6
365:3 366:9,9
368:2,6 369:23
**appear** 341:2
**appearance** 173:9
173:19
**appearing** 334:7
334:22
**appears** 334:4
**appointed** 293:21
**appreciate** 385:19
**approach** 148:22
201:9 258:12,15
260:7
**approached** 152:7
152:8 168:16
199:20 218:11,17
293:22 299:23
345:11 424:2,17
478:5
**approaches**
146:15 157:19
218:13 219:15

413:10 424:19
442:12 444:5
**appropriate**
400:16
**approximately**
164:17
**april** 144:15
155:13
**arabic** 247:3
**area** 230:6 301:21
**argue** 141:19
196:6 230:21
256:20 257:7
338:3 361:9 364:2
364:25 365:2
366:8 368:5,6
369:22 474:18
**argued** 139:9,17
139:25 140:11
370:14,16,22,24
371:3
**argues** 136:13
**arguing** 372:25
373:4 460:22
**argument** 177:24
178:5 276:5 377:7
450:18
**arrested** 147:12
150:21 183:17
184:2 200:18,21
200:21 201:2
204:22 205:8
208:6 231:19,25
272:24 275:8
283:21,25 284:5
307:3 347:12
356:11
**arrive** 127:22
**arrived** 295:7
**art** 285:5 403:18
436:23

**article** 310:21
319:15 323:6
337:7,24 341:19
411:15,19 412:24
414:15
**artist** 223:6
**arts** 223:12 283:12
284:16,24 286:2
304:21 305:2
403:3
**asked** 135:22
136:4 146:12
152:8 180:25
205:4 232:6
255:16 269:17
303:5 305:7,7
307:13 316:15
360:22 379:6
382:24 423:11
459:5 460:4,9
476:23 478:2
**asking** 184:16
191:18,20 193:6,7
269:2 272:13,14
272:25 273:17,21
276:7 289:24
299:14,15 302:15
315:17,19 319:6
379:25 401:19
421:6 424:5,7,21
424:22 456:10
474:3,4 477:6
**assault** 183:15,16
183:16,17,24
184:2 286:12
287:9
**assaulted** 183:11
347:2 407:5
**asserted** 206:3
**assistant** 126:11
164:20 166:5

167:19 168:5
183:11 323:24
409:15,17
**assistants** 179:19
**associate** 139:20
**assume** 132:16,16
175:8 322:24
358:11,11
**assumption** 427:3
427:5
**assured** 171:16
**athletic** 170:25
**attached** 195:5
294:5 413:22
**attack** 238:24
261:15
**attacked** 393:24
**attempt** 193:3
220:13,14 255:25
**attempting** 289:12
289:13
**attention** 183:6,8
186:17 187:4,18
**attitude** 348:16,18
349:2,4,18,21
350:13,19,24
351:9,16,20
352:15
**attorney** 126:8,11
127:25 138:2
146:10,17 147:4
160:7 175:23,25
195:23,24 196:17
200:9 210:19
212:19 228:20
234:2 235:21
240:16 252:15,23
254:20,22 259:6
261:7 263:17
264:3,6 266:3
269:3 292:14

293:24 301:5,8,9
310:20 318:12
319:16 322:2,22
323:5,25 341:5,6
377:5,16 388:20
390:7,11,12
394:19 396:22
404:3 409:12,15
409:17 410:18,24
411:2,12,14
412:22 413:16,24
414:10,21,22,23
415:13,14 433:4
441:6,16 451:18
451:22 454:2
458:6 464:17,21
472:23 475:23
476:4,19 479:3,10
481:2
**attorney's**  146:22
146:24 230:4
316:3
**attorneys**  126:10
132:24 133:6
139:10 141:22,24
165:10 166:10
172:19 173:2,18
179:18 196:9
198:14 225:12
239:21,24 255:2
255:21 259:5,25
276:24 277:6,7
288:2,18 289:2
290:20 296:19
301:18 308:2
314:23 315:9,14
315:19,21 334:7
395:17,20 411:25
426:25 430:12
450:24 451:5,17
452:13,18,21,25

458:16 459:12,15
460:4,8 462:14
464:3,4 469:9
470:9,10 472:17
475:4
**attractive**  217:7,9
**audio**  353:16
**authority**  356:20
356:25 384:14
385:9,22
**authorized**  356:18
**avoid**  205:17,18
205:19 436:20
**aware**  180:6
181:18 182:2
183:2 186:4
192:17 193:8
214:2 385:8,20
386:23 387:9,12

| **b** |
|---|

**back**  127:7 136:9
145:22 176:21
185:6 227:15
230:20,21 240:6,8
240:11 242:14
243:13 254:19
257:5,6,8 269:3
270:4 297:22
309:4,4,16,17,22
316:20 317:11,21
317:22 320:21
321:10,25 325:18
327:3 328:11
329:20,20,24
332:5,9,18 333:18
333:24 334:15
335:16 337:20
338:12,24 339:16
340:20 341:6,7,9
341:24 342:10
344:13,14 346:20

347:6 356:3,12
358:17 361:18
362:6 365:3,5
366:2,10,11,14,15
366:16,19,22,23
366:25 367:4,24
368:3,9,15 370:2
378:10,12 379:9
398:10 416:17
425:17 426:7
428:6 431:11
440:6,8,12,16
441:12 450:20
451:3,3,9,10 452:6
464:18,20 482:4
**backing**  421:18
**bad**  248:2 320:18
328:16,16,18
362:25 460:25
461:3 467:10,14
468:12,25 469:2,4
469:8,9 472:12
**badgering**  423:7
423:10
**badly**  461:15
**bag**  268:5 450:19
453:7,10,11
462:16,21 463:19
463:21,24 464:7
470:12
**bags**  451:7 452:12
**bait**  235:16 236:23
312:16,16
**ballpark**  165:22
**banned**  300:13
**bar**  296:15
**bargain**  440:15
**barrage**  400:23
401:7 404:10
407:6,7

**barriers**  308:25
**barring**  334:22
**based**  136:7
447:24
**basement**  327:24
**basically**  256:5
308:7
**basis**  133:10
146:12 165:25
187:5 225:9 235:5
235:8,9 238:4
412:7 434:21
472:17
**bates**  162:16
209:11 279:15
292:23 310:24
327:9 348:6 372:3
398:6 450:15
484:14,17,19,21
484:24 485:3,5,8
485:10,13,16,20
485:23 486:3,9,12
486:14,17,22,24
487:4,7,9
**beach**  219:9
**beam**  291:20
292:4
**beams**  281:5,15
292:15
**beanie**  248:14
**beautiful**  174:20
216:22,23 217:20
**bed**  465:11
**beef**  177:22,23
179:8 274:2 276:4
346:8,12 355:14
355:15
**beer**  263:23,25
264:2,4,5,8,8,12
269:16,20,20
270:4,5,25 271:11

272:3 456:18
457:17 458:5,13
459:16,16 460:12
461:25,25 463:3,7
463:8,13 464:11
466:10,21,25
467:22 469:19
487:9
**began** 168:17
256:3,23 257:12
373:10
**begging** 423:13
**behalf** 187:8 199:5
199:19 205:20
307:23 311:4
317:11 319:17
334:23 341:2
356:19,19,21
**behavior** 179:17
185:16,19,23
186:2 187:10,16
189:11 200:10
214:17 220:5
224:12 242:22
296:12 321:21
403:25 419:8,11
473:3,21
**belief** 264:16
434:22
**believe** 133:10
178:18 214:16
220:3 250:25
251:22 255:14
275:4,14 282:19
295:20,24 337:8,9
351:7 357:18,19
417:4,9 418:4
423:18,24 424:12
434:17 443:14,15
451:15 453:23
471:12

**believed** 420:9
421:14 424:2
**believes** 356:22,23
451:17
**believing** 410:23
**belligerent** 168:21
169:8 170:17,20
171:6
**belligerently**
168:17
**belong** 270:20
**belongings** 229:24
255:20
**belt** 285:8,11,13
285:17,19,24
**belted** 223:5
**bench** 155:22
230:9,9,25 231:2
233:11 241:14
248:18 249:14
255:19 256:16,17
257:7 360:21
433:19 452:14
453:8
**benches** 255:6,9
255:11 451:4,8
452:12
**benefited** 329:15
**berate** 256:3,23
**berating** 146:19
**best** 141:20 247:14
247:16,22 248:6,8
255:18 265:7,7
466:14 469:3
**better** 205:23
239:13 248:4
290:21 302:23
323:5 384:8
**beyond** 257:14
**biased** 434:18

**big** 161:4 170:25
205:11 319:4
455:3
**bigger** 161:10
**billings** 130:12
**bills** 421:12
423:14 439:7
**bit** 293:12 305:19
326:6 344:18
347:25 371:16
**black** 223:3,5
285:8,11,13,17,19
285:23 304:23
434:16,23
**blamed** 365:9
**blank** 452:7
**blatant** 204:18
213:2
**bless** 237:18
247:13,13 437:21
**blindsided** 233:21
233:23 235:14
244:4 250:20,21
263:6,7 281:18
290:7,14 309:19
**block** 217:24
**blocked** 306:2
**blocking** 219:14
306:5
**blue** 234:2 243:16
262:20
**board** 353:14,21
353:23 354:23
355:5,22
**bodies** 160:19
**body** 229:22
**bonstein** 247:16
247:18 248:7
**book** 328:8,13
**bottom** 145:12
302:22 311:19

326:23 449:20
457:13
**box** 454:11
**boxing** 223:13
284:17 286:4
305:2 454:11,22
**brakes** 226:10
**break** 226:5,20,24
293:13 309:22
310:2,2,3 313:3
329:19 396:24
425:24 426:5
**breakdown**
127:11
**breakfast** 139:15
172:21,24 173:12
173:15 314:25
395:22 396:11
476:12
**breaks** 131:14
397:17
**breath** 398:21
399:6 405:24
406:14 460:10
**bribed** 153:9
475:3
**bribing** 475:11,19
476:25
**brick** 282:5,14
**briefcase** 229:17
229:20 230:10
232:17,18,21
238:15,18 239:3,8
239:10 241:17,19
251:5,7,9 256:17
470:18,19,20
471:3,5,8
**bring** 144:12
154:6 155:7
187:18 241:23
323:7 331:13

336:22 358:22
408:3
**bringing** 137:5
347:17 376:4
**broad** 380:23
**broader** 380:11
**broadway** 489:4
**brodsky** 126:14
226:12 480:3
**brody** 142:2,18
228:8,19 229:15
230:12,15 232:12
233:4 236:9,25
238:11 239:5
240:24 242:2,20
244:11 246:10
250:5,25 252:19
254:17 255:17,18
255:21 256:4,6,23
257:12,15 258:11
260:14 261:14,22
261:23 262:7,14
264:10,14 268:7
268:13,23 269:12
270:18,20 272:14
273:4 276:4
281:19 289:18
290:8 292:12
299:8,22 301:8,9
302:13,18 304:12
304:18 306:22
310:16 311:22
313:5,8,13 358:12
358:16 386:25
431:11 468:20,21
485:3
**brody's** 230:23
253:21 255:25
256:2 307:25
**broke** 278:3 282:3
282:3,5

**broker** 133:2
**brokers** 236:20
433:13,15 437:9
438:18 478:14,15
**brooklyn** 127:14
128:7,9,10,12,14
129:2 131:20,23
137:4,7,11 138:3
163:8 164:22
210:17 211:21
215:6 245:3 247:2
248:22 266:15,23
269:2 288:19
289:2 295:15
315:11 316:6,22
317:12,14 376:21
388:9 389:9
417:14 418:9
439:15 442:20
464:24 472:16
**brother** 167:12,14
167:16,20,21,24
**brought** 129:13,15
130:2 131:13
132:23 144:14
181:23 183:5,7
186:16 187:3
197:18
**bruised** 303:13
304:20,22 307:5
**building** 198:21
239:19 296:16
355:4
**bump** 149:11,17
150:14 152:5
153:14 156:2
157:10,25 158:12
160:17 224:23
**bumped** 148:24
156:2 157:15,17
157:24 159:20

**bumping** 149:8
159:15 160:25
**bumps** 416:11
**bunch** 210:3,5
294:6 351:24
395:7,10 396:6
**bureau** 210:17
341:3
**bureaus** 196:25
**bus** 196:12
**bushra** 209:8
218:6 219:13,18
219:20,21,23
233:17 234:14,16
244:21 246:10
251:18 263:14
264:25 293:4,19
294:8 382:21
485:12
**business** 128:21
133:2,3,6 141:25
152:21 163:24
164:11 196:12
198:17 199:25
215:7 276:16
277:8 290:17
316:6 331:8
366:18 479:17
**businesses** 437:18
**buy** 234:10 250:17
**buying** 139:14
172:20,24 173:11
173:15 234:11
250:18 314:25
315:22,23 395:22
396:11 476:12

**c**

**c** 126:2 243:20
488:2,2
**cab** 128:19 357:16

**calendar** 133:23
353:23 354:4,6,7
354:13,14,18
355:22 360:24
**call** 133:22 136:21
138:23 146:16,16
147:4,7 235:21
236:3 237:9
242:16 247:21
250:8 260:18
269:8 270:17
407:5 410:17
412:21 435:10,18
435:19 451:24,25
452:10 453:20
463:18 471:6
**called** 141:16
146:9 152:8 160:6
164:17 168:14
175:20 200:12
203:15 248:13
260:19 262:15
307:17,19 308:16
316:25 328:6
401:11 405:12
408:23,25 409:2,6
441:20
**calling** 146:4,11
160:13 169:12
317:2,15 319:5
320:7,9 338:11
403:16 407:9,14
412:3 479:14
**calls** 218:9 219:11
317:4 318:20,20
**calvo** 134:6 160:2
270:22 271:6,6
272:5 301:3,16,25
302:7,15 312:18
312:22 313:6,20
370:8 442:13,14

[calvo - capogrosso]                                                                    Page 9

| | | | |
|---|---|---|---|
| 443:13,14,15 | 194:1,13 195:1 | 282:1 283:1,8 | 366:1 367:1,9 |
| 444:7 469:25 | 196:1 197:1 198:1 | 284:1 285:1 286:1 | 368:1 369:1,17 |
| 477:12,15 | 199:1 200:1,11 | 287:1,25 288:1 | 370:1 371:1,12 |
| **calvo's**  343:7 | 201:1 202:1,2,19 | 289:1 290:1 291:1 | 372:1 373:1,2,8,16 |
| **camera**  369:9 | 203:1 204:1,24 | 292:1,20 293:1 | 374:1 375:1 376:1 |
| 459:5,6,7,8,15 | 205:1 206:1 207:1 | 294:1,20,22 295:1 | 376:3,17 377:1,6 |
| **capogrosso**  125:5 | 208:1,19 209:1,19 | 296:1 297:1,5 | 377:16 378:1 |
| 125:16 126:4 | 210:1,19,23 211:1 | 298:1,6,12 299:1 | 379:1 380:1,10 |
| 127:1,7,16 128:1 | 212:1 213:1 214:1 | 299:10,13 300:1,8 | 381:1 382:1 383:1 |
| 129:1 130:1,8 | 214:11,15 215:1 | 301:1,5,7,10,16 | 384:1,21 385:1,7 |
| 131:1 132:1 133:1 | 216:1 217:1 218:1 | 302:1 303:1,5 | 385:18 386:1,15 |
| 134:1 135:1 136:1 | 219:1,25 220:1 | 304:1 305:1,4 | 386:17,19 387:1,8 |
| 137:1 138:1 139:1 | 221:1,14 222:1 | 306:1 307:1,11 | 387:21 388:1,2 |
| 140:1,16 141:1 | 223:1 224:1,8 | 308:1,6 309:1 | 389:1,12 390:1,18 |
| 142:1,23 143:1,18 | 225:1 226:1,8 | 310:1,10 311:1,25 | 391:1 392:1,9 |
| 144:1,13 145:1,9 | 227:1,24 228:1 | 312:1,3 313:1 | 393:1 394:1 395:1 |
| 146:1 147:1,18 | 229:1,16,18 230:1 | 314:1 315:1 316:1 | 396:1 397:1,10,19 |
| 148:1,20 149:1 | 231:1 232:1 233:1 | 316:11,14,17 | 398:1 399:1 400:1 |
| 150:1,8 151:1 | 234:1 235:1 236:1 | 317:1 318:1,9,14 | 400:24 401:1 |
| 152:1,14 153:1 | 237:1 238:1,12 | 319:1 320:1 321:1 | 402:1 403:1 404:1 |
| 154:1 155:1,6,10 | 239:1 240:1 241:1 | 322:1 323:1,8 | 404:19 405:1 |
| 156:1 157:1,2,9 | 242:1,21,24 243:1 | 324:1 325:1 326:1 | 406:1,3 407:1 |
| 158:1 159:1,6 | 244:1 245:1 246:1 | 327:1,4,21 328:1 | 408:1,2,19 409:1 |
| 160:1 161:1,8 | 247:1 248:1,11 | 329:1 330:1 331:1 | 409:10 410:1,14 |
| 162:1,8 163:1,5,20 | 249:1 250:1,24 | 331:19 332:1,25 | 411:1 412:1 413:1 |
| 164:1,15,20 165:1 | 251:1 252:1,6 | 333:1,10 334:1,2,4 | 414:1 415:1,19 |
| 166:1 167:1 168:1 | 253:1 254:1 255:1 | 334:8,22 335:1,18 | 416:1,19 417:1 |
| 168:14,15 169:1 | 255:16,22 256:1,2 | 336:1,3,23 337:1 | 418:1 419:1,14,23 |
| 170:1,24 171:1 | 257:1,11 258:1 | 338:1,23 339:1 | 420:1,4 421:1,2,21 |
| 172:1 173:1,25 | 259:1 260:1 261:1 | 340:1,17,25 341:1 | 422:1,4,21 423:1 |
| 174:1 175:1 176:1 | 262:1,8 263:1 | 342:1,11,25 343:1 | 424:1 425:1 426:1 |
| 176:10,11 177:1 | 264:1 265:1,15 | 343:19 344:1,6 | 426:13 427:1 |
| 178:1,7,21 179:1 | 266:1,12,24 267:1 | 345:1 346:1 347:1 | 428:1,19 429:1,18 |
| 179:12,14 180:1,9 | 267:24 268:1,20 | 347:17,21 348:1 | 430:1 431:1,13 |
| 180:21 181:1,7,17 | 269:1,14,17 270:1 | 349:1 350:1 351:1 | 432:1 433:1,7 |
| 182:1 183:1 184:1 | 270:17 271:1 | 352:1,22 353:1,15 | 434:1 435:1 436:1 |
| 185:1 186:1 187:1 | 272:1 273:1 274:1 | 354:1 355:1 356:1 | 437:1 438:1 439:1 |
| 187:20 188:1,10 | 275:1 276:1 277:1 | 357:1 358:1,5,21 | 440:1 441:1 442:1 |
| 188:19 189:1,20 | 277:16 278:1 | 359:1,7 360:1,6 | 442:4 443:1 444:1 |
| 190:1,5,21 191:1 | 279:1,6,9 280:1,6 | 361:1 362:1 363:1 | 444:12 445:1,3 |
| 192:1 193:1,4,17 | 280:21 281:1 | 364:1,10,14 365:1 | 446:1 447:1,4 |

448:1 449:1 450:1
450:14 451:1
452:1 453:1 454:1
455:1 456:1,16
457:1 458:1 459:1
460:1 461:1 462:1
462:5 463:1 464:1
465:1 466:1 467:1
468:1 469:1,17
470:1,24 471:1,11
472:1,24 473:1,18
474:1 475:1 476:1
477:1 478:1 479:1
480:1,12,17 481:1
481:20 482:1
483:1,9,17 487:4
488:7 489:5,6,21
**capogrosso's**
214:16 261:15
**car** 217:24 218:8
218:11,12,14,14
218:15,15,16,17
219:7,11,16,16
274:17 297:24
298:2 361:22
362:4,9 363:6,15
365:22 367:8,15
368:14,18,24
373:22 375:12
377:13 379:17,17
382:4,13
**card** 196:12
199:25 366:18
**cards** 198:18
**care** 139:25
140:20,22 182:20
237:15,16,19
246:17 247:12
250:8 259:22
384:6 391:19
392:5,14,17,18

393:4 395:2,3,4
396:5 413:6
414:13 437:16,24
438:2,15,19,24
441:4
**cared** 140:9,10
169:2 437:14
438:13,14
**careful** 330:14
**carefully** 260:3,4
**cares** 394:24
**carried** 459:2
**carry** 362:21
**case** 125:3 128:2,3
128:7,15,17 129:5
132:12 136:13
137:13,17 139:10
139:17 140:2,11
140:13 142:17
153:2 189:4 191:7
191:7 196:4
230:21 246:9
257:7 319:4,25
320:17 321:13
331:16 338:4
341:21 344:21
353:24 354:24
355:7 359:21,23
361:10 364:2,5,8
364:15,25 365:2,9
366:8 368:4
369:22 380:12
383:12 388:4
413:13 414:9,11
426:17 446:14
449:4 456:4,9
461:7 474:17,19
474:23,25 489:5
**caseload** 476:3
**cases** 128:20
134:19,19,20,20

135:21 136:11
152:23 248:10
256:20 259:20
317:15 370:14,16
370:23 371:3
412:17 437:9
460:23 465:15
466:11,13,13
469:2 475:24
476:4 479:18
**cash** 173:17 277:3
277:8 282:21
314:24 315:16
395:21 396:10
475:8 476:11
**catch** 279:7
**catholic** 237:16
**cause** 269:10
422:8,15
**caused** 136:7,24
452:23
**center** 311:21
**centers** 316:21
**certain** 182:13
285:20 411:24
**certainly** 226:13
**certify** 488:6,11
**cervoni** 163:6,22
164:16 168:12
172:4 174:2,13
183:3,22 214:21
217:8 224:10
484:19
**cervoni's** 191:7
**chair** 240:11 451:2
451:3,3,9,10,12,14
451:16,19 452:5,7
452:7,8,8,9,16,17
452:20,21,24
453:12,13,14,18
453:18 454:16

462:14,16,17,17
462:19,22,23,25
462:25 463:16,17
463:20,25 464:2,5
464:6 470:9,12,12
470:13,16,22
471:5,6,10 473:12
**chamber** 432:22
**chance** 151:13
220:16 247:16,18
247:20,20 279:23
280:4,7,9 312:2,15
312:22 341:20
384:12 385:14
386:4 440:13
461:11 465:22
466:6,6,18
**change** 220:24
489:8
**chapter** 328:13
**characterizing**
204:7
**charged** 147:11
231:18,24 272:24
283:20,24 284:5
307:2
**chasing** 276:18
**chauney** 247:19
248:8
**check** 145:3
355:22 482:21
**checking** 369:12
**choice** 247:25
248:2
**choose** 260:2,4
**chose** 129:23
378:19
**chris** 311:6 319:17
320:20,24 321:4
321:18 323:4
324:9,10 339:15

339:21,25 413:16
414:4,23 485:16
485:18
**christmas** 172:20
173:3 234:8,10
235:15 276:8
314:24,25 315:16
**chuck** 464:13,14
**church** 330:21
331:5
**cindy** 215:16,16
215:19,19,21
216:5,6,7,21,23,25
216:25 217:5,7,11
217:19 225:23
344:16 356:5
**cindy's** 216:22
**circumspect** 331:9
**circumstances**
249:5 314:4
**civilized** 242:22
**claim** 130:24
387:10 388:3
**claimed** 186:6
303:10
**claims** 130:22
305:11
**clarify** 189:24
191:17 300:11
**clean** 466:18
**clear** 193:5 245:24
373:7 393:2
**clearly** 419:21
**clerical** 186:15
234:18 293:22
**clerk** 138:24
141:12 146:6,21
148:5 163:7,11,14
175:17 177:22,24
178:6,16 179:9
216:4 297:24

298:2 330:22,23
330:23,24 348:4
348:15,18 349:2,3
349:20,21 350:7
350:12,13,19,24
351:9,15,15,19
352:15 372:20,22
376:20,24 377:4
390:3 475:4,5,8,9
475:10,20,20,23
477:25 478:25
479:5 482:18
**clerk's** 152:23
**clerks** 139:12
141:4,5,6,11 146:7
146:24 151:25
152:22 153:10,21
156:9 163:15,24
172:18,19 173:3,8
173:10 174:4,25
177:25 179:9
182:24 184:8
208:21 209:8,13
209:17,22 210:16
225:21 229:12,14
249:20 297:24
312:11,13 314:20
315:7,12,15 316:7
343:25 344:16
349:5,23 350:20
351:5,24 376:20
390:9,15 391:14
391:24 394:11,12
395:8,10,14,21
396:7 475:12
476:11,11,13,25
478:18,19,20,20
478:22 479:16
**client** 128:10
136:14 142:9,12
142:16 153:22

169:2,4 171:13,18
175:17,18 176:8
185:8 196:11
199:19,22,24
200:7 205:21
235:24 237:5
245:11,12 246:23
247:3 287:21
309:8 319:4
362:17,25,25
365:7 382:6 435:5
451:25 452:2
471:7 472:11
**client's** 140:13
**clients** 130:18,19
131:20 132:20,20
133:13,17,18,23
133:24 134:3,11
134:18 135:25
139:7,12,16 140:9
140:10,23 141:20
165:3,5 167:2
179:18 187:8
196:6,9,10 199:10
201:24,24 218:9
222:17,18 237:21
238:2,3 246:22
317:13,14 319:5
320:5,6,9,11 321:4
338:11 341:2
365:17 374:21
423:15 430:11
432:13 435:3,4
439:7 443:6,8,9
460:23 461:15
479:11
**clip** 389:19,20
390:4,4,8,11,20
391:7,17,19,21,23
392:18,19,21
393:5 394:9,13,16

394:18,24 395:5,9
396:6
**clips** 395:6
**close** 193:12 215:7
251:25 267:14,18
267:20 274:14,19
284:4 331:12
448:14
**clothes** 205:3
**club** 437:23
**clubs** 266:21
**coat** 451:23
**cocaine** 465:10
**coffee** 230:7,8,11
230:13,14,15,19
230:22,24 231:4
233:7,9,14 240:10
240:11 241:6,7,11
241:24 242:3,6,7
243:24 244:6
250:21 256:10,12
256:13,16,18,19
256:25 257:4,5,6
258:17 264:11,12
268:11,22 269:4,8
269:24 276:9
289:18,20 290:25
292:12 301:7
304:7,10,15 314:8
**coffee's** 230:25
241:21
**coincidence** 289:6
**colleague** 288:14
288:15,22
**colleagues** 288:2,3
288:4,6,8,17
**collect** 356:19,20
361:4
**collecting** 479:15
**column** 282:4

**come** 211:25
238:20,21 233:15
233:17 242:5
251:16 257:8
270:4 271:6 277:2
284:3 287:24
309:22 314:10,12
332:5 337:20
388:19 402:4
418:22 430:11
434:19
**comes** 185:9
238:20 241:25
242:14,16 346:20
361:12,15,15
364:20,22 387:19
402:5,6,6,7 416:15
416:16 452:6,15
463:22
**comfortable**
185:18
**coming** 178:23
272:5 282:24
283:12 313:6
362:20 379:13
416:24,24 417:17
436:16
**comments** 176:13
281:7
**commission**
489:25
**committing**
465:10
**commotion** 175:7
280:18
**communicated**
310:19
**community**
127:15 128:13,15
129:2 131:5,21,23
134:17 295:16

**compel** 425:19
**compensatory**
127:12
**competition**
139:11
**competitive**
132:25 133:6
141:25 207:20
276:16 277:8
282:19,20 290:16
**complain** 347:11
392:5 412:19
418:24
**complained**
186:10 240:24
242:21 315:25
409:21,22 410:8
**complaining**
198:15 395:9
435:17,23 438:10
**complaint** 129:16
144:5,7 151:9
153:22 156:6
162:20 178:22
179:6 183:3
186:16 188:24
190:24 191:2,8,15
191:19 192:7,9,15
192:18 193:7,9
194:6 209:4
224:25 235:23
245:10 251:2
316:4 352:10
353:10 384:3
386:24 387:4
391:6,18 396:2
398:3 405:7 435:6
440:22 441:4,12
442:5 443:20,22
443:25 444:14
445:6,21 446:2,10

446:16,18,22
447:9,12,21,22
448:6 449:2,8
450:8
**complaints** 142:8
142:12 143:2,8,14
143:20,22 153:20
153:24 154:3
179:8 181:22
186:13 189:6,10
189:16,18 191:12
191:21 192:5,12
192:21,22 214:22
223:24 224:11,14
224:16 225:6
234:17,21 235:11
237:4 287:20
382:23 387:3
429:22 430:23
441:20 479:11
**complete** 297:25
298:5
**completed** 328:18
**completely** 456:7
**completion** 426:21
**complicit** 416:7
442:17 443:2
444:24
**comply** 255:19
**concerned** 301:4
407:3 452:3
**concerning** 376:10
387:23 392:24,25
415:9
**concerns** 437:7
**concludes** 483:7
**concrete** 281:4,14
282:15
**conditions** 322:17
332:13 335:11,25
336:4,18 341:10

411:23 412:25
414:16 415:12
**condoned** 201:7
**condoning** 206:22
**conduct** 193:9
280:25 296:17,18
334:6,8 339:5,11
352:20 391:21
412:13 414:19
473:2,14
**coney** 196:24
**confirmation**
154:24
**confirmed** 356:8
**conflicts** 185:21
452:18
**confront** 205:19
212:15,15
**confrontation**
215:4 218:20
223:15 346:5
**confrontational**
261:16
**confrontations**
214:18,24 215:3
223:10
**connected** 396:2
**connection** 392:21
411:12
**consider** 425:18
**consist** 327:22
**constant** 410:2
**constitutes** 210:20
**constitution** 386:7
**construed** 331:10
**contact** 149:24
160:19 414:18
**contacted** 316:14
**contained** 255:20
**contemporaneous**
447:6

**contemporary**
443:22,25 482:24
**contend** 313:20
**contention** 142:20
142:25 143:21
384:14
**contingent** 137:22
**continue** 400:17
**continued** 132:4,6
132:7,12 157:12
159:25 171:20
241:2 257:14
377:17 378:8
379:9
**contractor** 165:14
**control** 171:19
442:2,3
**conveniently**
417:12,14 442:19
**conversation**
191:11 200:5
229:3 283:7
294:21,24 295:25
296:3,20 297:9,11
297:13,17,19
298:9,14,21
299:20 300:5
316:24 318:10,16
318:22,24 365:15
393:21 400:4,10
432:5 433:8
**conversations**
164:10 237:11
430:13
**cool** 270:23
**cop** 205:10 347:11
461:6
**copies** 483:2
**cops** 347:9,10
**copy** 191:19 193:7
480:13,14,19,20

481:3,5,10 482:2,3
**correct** 127:8,15
127:20 130:3
134:21 135:16
140:8 145:19
153:12 155:15
156:7 157:16
161:17 162:16
168:8 170:19
194:2 207:17
209:12 213:19
224:12 228:11
238:16 251:2
252:10 253:13,20
256:7,21,23
264:18 265:19
268:18 269:19
270:24 279:15
281:24 292:24
297:16 307:15
310:25 311:5
314:5 319:15
323:13 327:9
333:2,12 334:15
334:24 348:6
353:7 357:7
359:17,21 372:3
389:22 397:15
398:7,14 402:24
404:21 408:11
423:23 427:2
431:19 442:8
444:13 447:24
450:15,19 457:20
480:15
**corrected** 300:20
**correspond** 411:6
**correspondence**
410:20 411:5
413:20

**corroborate** 249:6
469:21
**corroborated**
254:3
**corroborates**
253:21,25
**corroborating**
151:2 157:15
**corroboration**
151:2
**corrupt** 418:22
419:3,6 437:19,19
438:3,4,21,23
**cost** 263:20 335:21
339:22,23 440:17
**couches** 327:25
**counsel** 131:3
133:25 144:21
226:17 383:21
**counselor** 200:19
380:22,24
**counter** 151:25
152:23,25 163:12
163:25 164:12,18
168:16 175:10
179:14 215:14
377:20 479:16,19
**country** 489:4
**couple** 142:12
197:13,15 206:4
286:6 319:13
326:18 345:9
408:23
**coupled** 281:6
**course** 206:4
232:2 238:10
244:4 245:19
263:19 269:6
270:15 320:3
321:6,16,17 322:4
322:12,20 324:18

327:14,22 328:19
328:21 329:16,22
329:25 332:4,12
333:21 335:10,12
335:21 336:17,19
338:5,6,10,14
339:9,22 344:14
356:4 403:7
426:22 427:12
428:8,10,15
440:17 461:13
**court** 125:2 138:6
138:7,9,14,18,19
138:20 144:18
151:8 154:8 162:5
174:8 194:8 221:2
243:13 319:20
337:24 338:12
357:14 360:13
364:21 388:3
480:9
**courtesy** 255:25
257:16
**courthouse** 128:25
301:13 330:20
354:22 355:16
363:2 370:10
375:21 387:7
395:6 454:24
**courthouses**
353:24 375:8
**courtroom** 139:23
140:3 146:5
164:13 165:7
196:4 230:21
233:10 240:7
241:23 247:15,23
248:9 256:20
261:8 265:8 331:3
331:7 340:13
354:10 360:19,20

Case 1:18-cv-02710-EK-LB   Document 222   Filed 05/17/21   Page 106 of 148 PageID #: 2511

361:7,9 364:2
375:5,7 379:4
382:7 461:12
**courts** 334:7
426:23
**covered** 466:9,11
466:12 469:2
**covering** 475:24
476:4
**coworkers** 179:17
**crazy** 351:24
399:24 401:8
452:16
**created** 232:13
233:20 235:3,12
**creates** 444:5
**criminal** 134:19
306:18
**cross** 309:14 345:8
416:10 435:24
437:4
**crossed** 263:24
**crosses** 308:24
**crowd** 301:12
**culture** 260:15
**cunt** 242:25
243:18 260:19
262:9,15 290:24
**cunts** 264:18
**cup** 230:7 241:6
241:11 242:3,9
243:23 289:18,20
290:24 292:11,11
301:7 304:7,10,15
311:23
**current** 266:25
**currently** 129:17
**curse** 169:15,25
170:3,6,10 174:6
174:12 181:3,9,10
185:3,4 269:18

394:3,4 472:18,19
**cursed** 169:13
171:23 180:24
184:24 202:7
472:14
**curses** 361:20
472:15
**cursing** 169:20
171:9,20 172:6,7
173:23 393:24
407:8 471:15
**customer** 164:18
392:9
**cut** 142:23 284:25
361:21,25 362:2,7
363:5 364:23
367:7,14 368:13
368:17,22 373:21
374:19 375:10
377:12,25 378:17
382:4,13 387:5
388:13 456:8
**cutting** 365:20
**cv** 125:3

**d**

**da** 152:9
**daily** 165:25 187:5
**damage** 130:5,9
130:14 131:2,9
136:8,25 137:8,12
138:11,25
**damaged** 128:4
132:11 133:20
134:15 138:2
**damages** 127:11
127:13,13,18
249:11
**damn** 169:4
391:23 394:12
**daniel** 270:21

**danielle** 134:6
160:2 175:6
270:22 301:3,25
302:7 311:21
312:17,18 370:8
442:13 469:24
477:12,15
**darn** 395:5 467:9
**date** 146:2 155:5
156:25 163:4
194:12 210:13
228:18 243:22
252:5 266:11
280:16 293:10
311:12 319:24
326:21 327:20
333:9 338:3,22
343:18 348:24
359:6 360:5
372:10 376:16
396:19 407:25
408:18 424:8
456:15 458:4
488:8 489:6
**dated** 333:17
336:9,10,13,16
448:23 485:15,18
485:23,25 487:2
**dating** 215:22
216:5 217:4
218:25 250:16
**dave** 428:21
**david** 344:6,22
345:4,10 352:25
353:5 354:3,4
418:6 419:17
429:7,14 432:9
486:11
**day** 146:16 161:14
163:13 164:2
166:2 176:11

178:25 184:9
206:5 217:11
219:8 226:22
230:12 242:19
252:18 253:2
254:13 263:8,21
278:5 281:2
282:23 289:9
290:7,15 291:23
295:6 302:4,14
314:7 326:7
337:23 345:9
353:22 361:12
364:19,20,21
365:20 367:25
368:2,9 381:20
397:3 402:17,21
405:20 406:20
432:22 445:2
451:21 452:11
458:14 462:4,15
463:15 465:12
469:7,23 470:7,8
471:4,24 472:2,8
483:19 489:23
**day's** 303:6 305:8
**days** 321:24 322:2
325:17 327:2,3
332:6,6,6,9,19
333:18,19,23
335:16,23 341:8
342:2,9 408:23
428:5
**dead** 464:14
465:11 469:7
**deadly** 436:6
**deal** 163:17
337:20,22 338:12
339:4 349:6
350:20 351:5
352:13 395:3

414:22 415:4
453:15 471:24
**dealing** 211:18,21
237:25 238:2
246:25 248:10
293:24 365:17
**dealt** 128:12
414:23 435:2
**december** 125:12
228:9 229:5,5,6
269:3 278:5 295:3
297:2 298:23
299:16,21 300:12
301:2 344:15
468:6,21 483:10
489:6
**decency** 263:24
**decide** 131:9,10
138:5,8 446:7
**decided** 233:14
**decision** 185:7
320:18 460:19
461:3,6 467:17
**decisions** 460:20
**decorum** 256:3
**defamatory**
288:10
**defend** 221:23
232:20 238:23
275:10,14,15
339:13 340:9,12
341:13 383:13,24
385:14 386:4
**defendant** 363:12
425:8
**defendants** 125:10
125:17 126:10
131:11 323:12
483:9
**definitely** 173:21

**deli** 233:8,8
**deliberately**
353:13 354:15,20
355:2,10,21 357:5
**demand** 458:18
**demanding** 385:11
385:23
**denied** 431:6,20
431:24,25
**denies** 431:19
**deny** 161:13 265:9
270:14
**department**
200:15 316:20
**depend** 443:8
**depends** 165:18
**deponent** 393:11
489:6
**depose** 174:18
**deposition** 188:23
190:22 226:22
248:12 350:2
397:13 431:24
432:2 448:13
480:12 483:8
489:6
**describe** 139:4
**description** 484:12
**deserve** 419:3,7
**destroy** 447:11
**destroyed** 447:14
447:23 448:2
**detail** 416:3
**details** 187:15
**detectors** 362:20
369:11 375:9
389:4,5
**determination**
316:16,18
**determinations**
131:16

**determine** 129:10
316:19
**diantha** 194:6
195:10,16,17
199:12,12,14,15
201:14 206:22
397:23 398:3
407:5 412:4
472:14 484:21
486:24
**die** 445:2
**died** 267:3 467:15
**difference** 130:21
246:15 247:9
**different** 132:2,9
212:4 246:24
381:4 392:22
427:11 435:4
**digital** 481:10,16
482:10
**digitally** 481:22,23
481:25,25
**dimensions** 255:12
**direct** 220:25
221:2 457:6
**directed** 260:14
399:7,17 403:24
406:15 437:2
**direction** 241:8
**directly** 196:25
437:3
**disagree** 290:13
**disavowed** 340:5
**discontinuance**
337:5 338:17,20
486:5
**discovery** 358:11
448:14
**discrepancies**
289:9,10

**discuss** 189:9
291:11 293:11
480:4
**discussed** 223:24
236:24 336:6
**discussion** 397:12
**dislike** 259:21
**dismiss** 143:15
195:4,8 388:3
**dismissed** 386:24
387:10,15
**display** 179:16
**dispute** 308:11
332:17
**dissolute** 469:6
**distinctly** 254:14
**district** 125:2,2
138:20 146:10,17
147:4 160:7 316:2
**disturbed** 301:13
**dmv** 153:4 177:22
206:21 209:11
210:6 232:22
247:11 251:17
263:7,8 264:17
277:25 278:9,21
281:6 292:24
304:25 310:19,24
315:3 322:25
323:12 334:19,23
339:4 343:7
347:15 348:6
353:20 360:9
362:20 372:3
374:18 376:21
384:23 385:3
388:11 391:14
398:7 404:20
405:21 406:22
410:16 411:13,15
413:13 414:9

417:12 426:23,25
427:25 428:6
440:6 442:2 444:5
450:15,24 457:20
465:19,24 476:20
478:22 484:24
485:13,16,21
486:10,17,25
487:7,10
**docket** 238:2
354:24 355:6
443:9 482:16
**doctor** 327:13
**document** 145:10
145:18,25 154:6
155:18 162:2,7,9
162:11,15,19
193:12,18,21,24
194:4 208:25
209:3,6,10,20
210:15 227:25
228:2,6,10,15
252:7,9,13 265:23
279:4,10,13,18,21
292:21,23 293:3
293:12,17 310:12
310:14,24 311:3
323:16 327:5,11
331:14,18,20,21
331:22,23,24
332:2,7,8,22,23,25
333:22 336:22,24
337:6 340:19
343:2 347:18,20
348:5,10,11
352:23 353:6,9
359:8,12,16,20
371:9,13,14,22,23
376:4,5,8 380:15
389:13,14,17
396:16 397:20,21

398:2,6 446:4
449:18,19 450:2,7
456:11,17,21,24
457:9,11
**document's**
457:19
**documentation**
443:23,25
**documented**
248:25 443:18
**documents** 380:13
380:20 381:3
447:23 457:4
**doing** 135:6
152:21 153:4
166:11 173:4,18
177:6 181:13
184:14,17 186:14
186:15 196:18
197:18 198:6,7
199:2,11 201:6,15
217:13,14 225:23
236:19 248:7
277:19,20 316:5
347:12 349:19
362:14 378:2,3
390:6,23 391:12
391:24 430:17
432:15 459:10
478:16,25 479:16
**dollar** 290:19,19
**door** 373:17 374:6
378:9,22 432:22
**dozen** 255:2
**dozens** 134:18
**drank** 266:22
455:5,7,15
**drink** 455:15
**drinking** 266:17
266:23

**drinks** 455:7
**drive** 267:11,12
274:15,18 279:12
**driver** 357:16
437:20,21
**driver's** 168:13
**drivers** 128:19
**drove** 455:19
**drug** 469:5
**drugs** 365:12,12
465:6,7,15 466:15
467:15
**ducks** 309:2
**due** 385:25 386:6
386:8,23 387:9
388:3
**duly** 488:8
**duress** 257:16
**duty** 175:16,17,21
176:7 185:8
**dv** 257:18

### e

**e** 126:2,2 154:19
154:19,22,24
197:2 253:13
285:7 301:3,15
328:8,22,23 329:4
329:5 389:25
396:18 398:23,23
481:4,16 486:21
487:9 488:2
**eager** 241:5
**earlier** 294:3
295:25 342:9
**earned** 482:16
**easier** 328:24
329:2,7 348:2
**easily** 477:21
**eastern** 125:2
138:20 483:12

**easy** 134:23,25
135:3,11 454:8,11
454:14
**economic** 136:6,24
**eesha** 398:15,16
398:18,18,22
399:3 400:16
401:12,13 407:16
450:6 453:21
454:4 460:7 473:7
473:7
**effect** 405:5
462:24
**egregious** 475:2,6
**eight** 255:5,9,10
313:11,11 314:2
423:11 450:25
**either** 210:4 219:8
225:16 241:14
261:21 267:9
337:17 338:2
470:11 471:4
**elizabeth** 409:11
410:15,23 413:3
413:12 487:3
**else's** 291:3
**embarrassing**
198:12
**emig** 235:7
**emotion** 328:9,10
328:12,24
**emotional** 329:2
**employ** 165:12
167:18,25
**employed** 168:7
488:12
**employee** 215:6
**employers** 136:3
**employment**
185:18

**empty**  242:9
292:11 304:7,10
304:15 452:7
**encourage**  349:16
**endear**  173:7,10
174:24 182:24
225:21
**ended**  337:7
**ends**  480:23 483:6
**engage**  199:17
**engaged**  377:6
**engaging**  283:7
**english**  165:6
**enjoys**  177:2
**enraged**  242:24
283:9
**ensued**  215:5
**entered**  196:5
255:16 440:10
**entering**  152:24
437:10
**entire**  301:13
304:21
**entitled**  466:5
**entitlement**
465:23
**environment**
282:20,21
**envisioned**  286:10
287:7,11
**epi**  142:10
**equal**  426:24
**errata**  489:2
**escalate**  276:9
**escalating**  215:3
377:8
**escorted**  308:13
**especially**  128:7
134:24 206:9
468:5

**esposito**  248:3
**esq**  126:4
**established**  340:19
**estimate**  165:23
285:22
**estimated**  127:18
**estimation**  262:18
**et**  125:9
**ethic**  334:10
**ethnicity**  260:15
**eugene**  168:3
**event**  137:23
185:20 296:10
297:12 298:23
302:8
**events**  196:23
256:6 303:6 305:6
305:8,14 308:11
310:15 311:15
365:24 447:7
**eventually**  248:3
409:6 413:7 465:4
**everybody**  196:20
204:16 213:21,22
246:18 260:5
276:17 279:23,25
291:17,18 309:24
317:2,3,16 330:5
472:10 473:25
474:2
**everybody's**  271:7
354:9
**everyone's**  303:3
**evidence**  133:10
386:5,11 444:13
445:5 477:10,11
477:13,16
**exact**  129:12
166:14 176:17
221:9 222:9
240:12 318:22,24

361:25 443:6
**exactly**  145:16
146:23 166:23
169:22 176:16
180:13,16,19
197:14 202:25
203:2,3,7,20 204:5
204:13,20 205:24
208:11 220:12,12
221:10 240:12
254:11 260:20
263:2 264:20
271:5 274:22
294:11 296:24
308:18,19 312:8
313:13,14 367:23
393:3,5 444:21
463:15 471:23
**examination**
125:15 127:4
484:5
**excellent**  234:20
**exchange**  311:22
**exchanged**  344:8
**exclude**  290:5
**excluded**  291:5
**excluding**  290:2
**exclusion**  404:5
**excuse**  229:19
230:14,15,16
231:3,4 238:13
243:23 244:5,9
250:20 251:13,13
251:15 252:20
254:17 256:13,24
257:2,10 258:17
261:23 264:12
267:25 268:6,7,11
268:14,17,21,24
269:3,23 270:2,8
270:10 271:21,24

276:7 288:13
290:9 302:18
314:8 329:8 351:2
460:13
**exhibit**  127:8
144:14 154:10
155:4,7,11 156:22
156:24 162:5,25
163:3 168:12
193:15 194:9,11
208:13,17,18,20
210:9,12 224:5
226:2 228:15,17
251:22 252:4
265:13,16 266:8
266:10 280:12,15
292:7 293:7,9
310:11 311:9,11
319:10 323:8,9
326:7,10,10,17,20
327:17,19 331:18
333:6,8 336:7
338:18,21,24
340:18 342:24
343:15,17 348:21
348:23 352:18
359:3,5 360:2,4
371:11 372:7,9
376:13,15 383:17
396:16,18 407:21
407:24 408:15,17
426:14,18 456:12
456:14 457:24
458:3 484:13,16
484:18,20,23
485:2,4,7,9,12,14
485:17,22,25
486:4,6,8,11,13,16
486:18,20,23
487:2,6,8

[exhibits - filed]                                                    Page 18

**exhibits** 145:5
  154:20 326:6,14
  326:18 342:15
  482:15 484:11
**exist** 292:9
**expect** 440:3,7
**expedite** 439:24
**expel** 406:8 421:16
  471:18
**expelled** 132:14
  268:25 269:5
  296:5 298:20
  299:3,17 308:9
  317:3 404:21
  405:3,9 419:18
  420:10,22 421:9
  422:9 423:21
  473:4,23 474:14
  475:16,22 476:9
**expelling** 476:25
**expense** 130:11
  335:20,22
**experience** 377:19
**expires** 489:25
**explain** 134:2
  138:3,7,8,10,12,15
  138:17 232:11
  295:13,17 316:15
  394:14 401:2
  408:21
**explained** 224:19
  224:24 296:11
  460:11
**explanation**
  138:22 175:15
  317:16
**expressed** 264:16
  445:21,25 446:16
  447:20 448:5,25
**expression** 286:16
  317:25 405:13

**expulsion** 339:7
  405:18 416:22
  427:18 428:2
**extending** 257:15
**extent** 164:13
**eye** 304:23 436:9
  436:12
**eyes** 382:12

**f**

**f** 428:21 485:5
  488:2
**face** 149:6 159:17
  248:14 283:13
  291:3 301:19
  303:10 309:2
  345:9,13 357:25
  410:6 416:8,16
  432:16
**facility** 306:14
**fact** 200:8 220:21
  247:11 254:4
  255:21 257:15
  259:11 264:17
  271:20 280:22
  289:17 290:13
  294:13 315:24
  322:15,19 342:15
  342:20 359:15
  399:19 427:15
  430:3
**facts** 289:21,24,25
  291:10 292:10
  294:5 307:18
  312:13 364:5
  368:10 370:6,8
  375:18 379:3,5
  382:18 385:15
**fair** 187:19 188:2
  188:4,6,17 225:5
  341:20 342:10
  384:12 386:3

**461:11 466:6**
**fairly** 342:7,17
**false** 288:10
  477:18,19,24
  478:3
**familiar** 382:21
**far** 253:5 255:24
  271:15
**farooq** 324:2
  340:24 485:20
  486:3
**fast** 148:23 456:24
  457:2
**fat** 455:8
**fatigued** 402:16
**fatiguing** 402:17
**fault** 136:16,16
**favor** 141:3 475:9
  476:12
**fear** 179:15 180:13
  206:11 301:21
**feared** 179:20
**fearful** 180:16
  181:11 223:7
  330:17,19,25
**features** 311:14
**february** 353:11
  358:6 390:2
**federal** 138:6,19
  388:2
**fee** 142:13,14
  339:25 344:20,22
  344:23 356:3,20
  361:5 410:9
  479:15
**feel** 129:8,24
  182:11 185:17
  203:9 210:18
  212:22 213:8,13
  213:22,23 220:21
  221:4,18,20,21

**222:6 223:17**
  224:17 225:4,5
  284:21,22 320:13
  320:14 321:5
  328:20 339:3
  357:8 469:2
**feeling** 402:15
**feet** 146:25 149:6
  149:13 158:12
  159:16 230:5,5
  231:11 241:13,14
  255:5,6,8,9,10,10
  255:10 450:25
  451:2
**fellow** 288:2 289:2
**felt** 180:16 196:7
  213:17 320:10
  328:15,16,17
  460:21 461:15
  467:10,14 468:3,7
  468:12,25 469:4,8
  469:9
**female** 183:11
**fiala** 485:15
**fight** 217:22
  243:22 262:19
  281:8 410:6
**figure** 127:23
  213:12 227:16
  245:16 259:8
**figures** 131:12,15
**file** 317:10 410:22
  425:19 486:24
**filed** 150:3,5 183:3
  189:19 195:5
  200:20 214:22
  235:6 311:4
  319:14 411:2
  429:22 430:16
  433:22 439:11
  444:15 477:18

**files**  241:20 459:9
**filing**  234:22
   413:24 477:19
**finally**  204:23
**find**  134:23,25,25
   218:25 409:4
   413:8
**finds**  361:13
**fine**  219:2 237:17
   324:3,4 332:14
   344:4 388:5 426:7
   441:9,11 442:3
   457:18 461:8
   482:11 483:4
**finger**  149:14
   157:22
**finish**  156:12
   157:13 172:23
   173:14 180:10,12
   186:21,23,25
   187:13,21,24
   188:3,9,12 189:14
   189:21,23 214:12
   234:6 242:2,6
   257:23,24 295:21
   304:9 317:7
   335:19 346:16
   366:13 386:20
**finished**  187:25
**fired**  197:25
**firm**  135:14,15
**first**  135:2 143:7
   143:16 144:12
   156:20 167:21
   176:23 178:21
   188:22 193:2
   194:13 195:6
   204:11 224:20,21
   233:23 240:4,13
   241:12 242:14
   243:18 252:20

254:24 261:17,20
   261:25 264:7
   269:25 275:8
   278:2 291:8
   293:21 302:8
   303:21 305:15,16
   311:19 325:15,16
   333:19 340:23
   346:4,17,17,18
   347:6 351:16
   352:9,9 356:17
   358:9 361:3,19
   365:13 366:7
   404:8 429:14
   464:17,25 467:8
   471:20
**fish**  455:7
**fist**  281:4
**fists**  283:10,11
**fit**  255:13
**five**  129:14,18,20
   129:22 130:2,4,6
   130:11,13,15,19
   131:17 226:20,24
   255:6,10 425:24
   426:5 451:2
   482:14,17
**flirting**  216:18,19
   216:20,24,25
   217:6
**floor**  206:21
   229:18 282:22
   410:4 420:24
   421:25 422:11,24
   432:11 434:9
   439:5
**followed**  297:24
   298:2 477:25
**following**  297:23
   373:10

**foot**  255:7,11
**foregoing**  488:7,9
**forever**  402:3
**forget**  285:21
   362:2
**forgot**  167:23
   240:18,19,20
   252:23 254:21
   320:5
**form**  283:12
**formal**  448:17
**format**  481:8
**forward**  154:5
**foul**  296:14,22,24
   297:6
**found**  217:3 356:3
   362:12 363:16
   389:6 409:7 411:5
   465:11 469:7
**four**  230:5 241:14
   287:25 288:25
   301:24 325:15
   345:15 408:7
   409:5 440:23
   471:14
**fourth**  226:21
**frail**  455:5
**free**  153:6 341:24
**freedom**  286:15
   317:25 401:11
   405:12
**friday**  442:18
   483:10
**friends**  167:23
   168:10 174:16,17
   174:23 258:25
   260:3 266:15,16
   267:10 274:3,13
   276:13,16,19
   465:5

**friggon**  350:25
**frighten**  203:4,5
**front**  158:6,17
   199:21 230:13,24
   264:11 291:2
   303:9 311:24
   336:2
**fuck**  142:3 230:16
   231:4,20 232:14
   233:4 243:15
   245:8 251:14
   252:21 257:2,10
   258:12,15,20
   260:17,22,25
   261:23 262:16
   268:14 269:9
   270:2,11 272:15
   272:20 273:3,22
   277:23 281:19
   288:13 290:9
   299:9 302:19
   304:19 306:22
   308:3 329:8
   345:13,14 358:2
   366:3 367:10,17
   410:7 416:8
   432:16 468:22
**fucker**  453:23,25
   453:25 472:8,10
   472:11
**fucking**  242:25
   243:18,19 250:9
   260:18,19 262:8
   264:17 270:18
   290:24 458:18,19
   462:3,7
**full**  302:2 397:14
**fuller**  194:6
   195:11,15 196:21
   199:20 206:22,24
   207:5,7 398:9

402:13 405:7,9
407:21 412:4
472:14 484:21
486:24
**fuller's** 199:22
207:2
**fun** 329:24 434:24
434:25
**funny** 274:4,5,5,10
274:20 279:20
**further** 298:19
299:2 306:3,5,6,6
306:7,8,9 377:25
378:14 427:17,25
479:23 488:11
**future** 130:22
133:12 185:21
334:20

**g**

**gabase** 168:3
**game** 276:24
283:4
**ganging** 259:7
**gap** 326:18
**garage** 292:12
**garbage** 241:8,10
242:2,8,10,11
289:20 390:20
**gathered** 301:12
**gelb** 353:7 359:17
389:21 486:12,15
486:22
**gelbstein** 125:9
151:12 186:14
188:23 189:17
190:23 192:3
196:14 201:7
233:24 234:15
236:19 244:18
246:9 247:7,15,17
248:13 251:18

263:9,14 264:23
273:7 278:12,12
291:20 292:4
295:2,7,9,10,19
296:4 297:19
298:22 299:21
303:4,21 307:16
307:19 309:11
310:16 319:21
339:19,20 344:24
346:23 347:7
356:2,14,15,22,23
362:16,24 363:8
363:12,20 374:2
374:17 375:3
382:5 389:6 391:7
393:17,18,24
409:22,23 410:10
412:19 415:6,6
417:2,2,4,5,6,8
418:5,13,19,21
419:10,16 420:9
420:21 421:15
422:8,14,18
423:19 425:8
429:23,25 430:5
430:23 434:18
435:10 437:7
438:11,16 439:17
441:12 442:7
443:12,18 464:13
465:16 467:4,20
469:11 475:24
477:5 478:12,12
486:21 489:5
**gelbstein's** 146:5
294:20 416:4
476:3
**general** 126:9,11
169:16 202:13
286:21 323:25

409:12,15,17
410:24 411:3
441:7,16
**general's** 310:20
322:23 410:18
411:13,14 412:22
414:21,22,24
415:13,14 476:20
476:21
**generalizations**
202:24
**generally** 481:15
**generate** 131:4,7
137:2
**generating** 137:3
**gentleman** 412:14
412:16
**george** 215:15,21
216:5,7,15,16
218:5,5,7,10,18,20
219:12,15,18,20
225:24 298:3,4
478:3,4
**george's** 215:16
**geri** 175:5 343:10
343:20 389:25
390:24 392:10
486:21
**getting** 133:16,16
135:11,13 148:21
172:18 215:21
216:15,16 218:16
258:10,11,13
309:10 315:12
316:7 346:11
381:2 395:15,17
409:25 415:4
435:25 451:23,23
472:23 477:2
478:13

**gifts** 139:14
172:17 173:11
395:16 475:8
476:11
**giggle** 425:9 433:5
439:18
**giggles** 409:23
412:20 415:8
418:25 431:2
432:18 433:17
435:11,18 441:15
**gini** 250:10 270:18
**ginny** 250:9
**girlfriend** 215:17
360:22 365:19
478:6
**girlfriends** 328:5
**girls** 199:16
**give** 137:13,16
150:22 169:3
176:16 192:14
204:5,19 208:10
211:3,4 212:23,24
213:14,23,24
220:13,14,15,15
220:18,19 221:9
221:22,24 222:4
240:25 264:23,25
288:11 299:5
302:3 305:14
315:18,20 326:15
338:3 339:24
341:19 344:20
348:15,18 349:2,3
349:7,17,20
350:12,18,24
351:9,15,19
352:14 366:14,15
366:17,21 383:13
383:24 385:13
386:5,10,13

391:22 394:12
395:5 403:9 413:9
425:3 440:12
465:22 466:4,5,6
466:17 467:9
468:3,11 475:4
482:7,8
**given** 131:12,15
134:5,8,9 136:20
143:6,8,25 145:22
149:2 179:10
224:21 257:14
262:4 263:10,15
295:4 300:18,19
300:23 303:22
304:5 307:8 317:5
317:10 319:22
321:23 364:7
368:6 381:17
422:22 468:2
**gives** 302:3,6
320:12 366:22
416:9
**giving** 139:14
141:7,8 151:13
172:17,19,25
173:3,11,17 174:3
192:12 265:4
309:13 314:24
315:8,15 384:12
395:21 396:9,10
396:10 416:4
421:3 475:20
476:11 477:24
478:18 479:5
**glad** 144:8
**go** 136:9 138:5,9
138:13 142:3,7,24
144:3,4 145:15
153:20,23 154:2,5
157:13 158:18

167:16 176:5
185:5,20 190:9
197:18 201:16
202:18 206:6
219:8,9 227:15
230:3,16,20 231:4
231:20 232:13
233:10 238:9
241:15,17 243:15
245:7 251:13,14
251:14 252:21
253:2 256:11,19
257:2,7,10,24
258:12,15,20
259:14 260:17,22
260:25 261:23
266:17,20,22
268:14 269:11
270:2,11 272:15
272:20 273:3,22
277:23 281:19
287:17,20 288:13
288:15 290:9,9
294:17,18 297:22
299:9 301:4
302:18,18 304:4
304:19,25 306:3
306:22 308:3
309:20 311:18
316:20 319:22
320:21 321:25
322:3,21 323:23
323:23 325:18
327:3,13 329:8,8
329:14 331:6
332:9 333:18,23
335:16 338:4
339:16 340:20
341:6,7,8,12,12,18
341:24 347:9,10
347:23 348:8

349:7,20 350:7,12
354:2,6,11,14,17
354:23 355:4
356:9 357:11
363:2,7,10,22
364:13 366:3
367:10,12 371:15
371:21 374:3,16
374:18,20,20
375:4,7 381:18
388:6,8 396:24
397:13 410:12
415:6,13 424:9,18
425:17 428:6,21
430:21 431:10
438:18 439:22
440:5,12 442:14
442:15,24 444:22
445:25 455:20
456:25 459:12
464:18,20 468:21
478:22 479:2,4,25
480:5
**god** 237:18 247:12
247:13 437:21
**goes** 242:15 273:6
273:6 452:15
**going** 128:5,6
129:4 133:21
136:10 137:13,16
144:11 150:8
154:5 155:6
161:13 162:6
169:2,3 171:5
176:21 185:10
188:15 190:3
198:4,24 199:17
203:21 205:22
207:20,21 208:4
215:14 217:14
226:2,15,21

232:16,18,20
238:18,19,19,21
238:25,25 239:2,7
239:9,20,22 242:3
242:4,17 251:6,9
258:19 260:21,22
261:5,5,9 262:3
265:9 270:14
271:19 273:24
275:5,12 286:5
291:11,11 304:21
306:12,19 309:13
319:6 320:22
321:3 323:7
331:13 332:16,16
332:18 334:15
335:6,8,24 340:24
342:10 346:2
347:3,11 353:25
355:22 356:10
357:12 358:22
361:21,24 362:2,3
362:7,8 363:5,13
363:15,18 364:23
365:5,6,6 366:23
367:7,13,14
368:12,13,16,22
373:21 375:10,10
377:18 380:14
381:18 382:3
383:11,23 384:5,7
389:12 397:20
403:9,21 404:6,7
406:13,23 408:2
412:25 414:5
419:17 420:21
421:14,15 422:3,5
422:8 423:6
425:15,16,17,18
428:18 430:19
439:4 453:10

454:21 456:24
457:2 466:16
471:21,24 478:23
479:15 480:19
481:3,4,5,8,10,23
482:3 483:13
**good** 133:14
139:25 145:8
154:17 163:9,21
163:23 178:15
195:14 225:12
228:22 247:24
253:8 266:16
302:22 316:17
317:22 320:24
397:18 418:9
458:7 461:5 481:6
481:14
**google** 413:20
**gotten** 214:18
470:18
**grade** 151:24
**grand** 335:21
**great** 247:18,19,20
248:9 283:10
**grievance** 235:6
441:21
**grieve** 235:5,9
**grieved** 235:6
**grounds** 471:18
**growing** 133:7
**grudge** 357:9,11
**grumbled** 256:2
**grumbling** 308:23
**guard** 278:3,9
308:22 309:7
346:9,13 353:20
355:2,15,16
356:21,25 357:2
362:11 363:16
368:19 373:24

374:23 378:19
389:5 415:17
428:21 429:13
433:3
**guards** 277:18
**guess** 130:20
162:20 194:6
215:21 270:22
344:17 357:4
378:10 394:23
409:8 414:7
**guilty** 152:25
196:3,5 433:14
437:10 478:23
479:3,4,18
**gun** 238:25 436:15
464:22 466:23
467:3,5,20 468:16
469:12 471:17
**guns** 362:22
**guy** 161:10,11
167:7,7,11 170:25
171:2 205:12
231:19 232:17
236:20 239:5,9
240:8 242:3 245:7
245:14 251:8
253:10 262:3
272:15,19 273:2
273:22 274:4,5,5
274:10,20 279:20
281:19 320:12
329:2,7 345:18
347:12 349:6,16
356:11 361:14
363:4 365:12,14
365:16 369:5,6
377:24 382:12
383:9 385:13,14
403:4 410:5 416:2
416:5,25 417:15

418:13 421:17
432:7,24 433:12
433:18 436:15
439:5 451:19
454:22 455:3,5
459:18 461:9
463:9,10 464:12
464:23 465:19,20
466:2,5,11,14
467:11,15 468:20
468:25 469:4,5,10
**guy's** 240:19,21
252:24 362:17
379:13 436:9
**guys** 211:19,20,22
226:4,20 328:2
405:22 416:15
**gym** 305:2,2 403:3
403:11,18 454:11

**h**

**h** 125:5,16,18
126:4 253:13
398:23 483:8,17
488:4,7,18 489:6
489:21
**half** 129:20 226:19
229:13 302:3,6,7
325:4,5,11 326:23
**halfway** 316:12
363:11 373:13
382:11
**hand** 196:12 278:3
281:25 282:3,5
283:11 309:3,3,14
309:16 345:8
416:10,17 435:25
436:4,7,11,23
437:2
**handed** 168:13
199:24 293:22

**handing** 198:17
**handle** 223:6,16
412:17
**handled** 259:20
**hands** 219:2 277:3
304:20,22 307:4
471:2
**hang** 266:21,22
354:18 355:6
467:11
**hanging** 353:21
**happen** 160:23
191:6 199:7 232:3
278:14 281:11
291:8,9,13 296:21
350:15,17 363:18
412:9 432:12
**happened** 138:22
146:8,22,23 147:2
147:10,15 151:10
158:14 160:3
218:3,6 230:3
231:7,8,13 232:11
234:13 242:19
243:5 252:17
256:9 258:8,9
266:5 267:22
271:10 272:17
273:8,21 278:25
279:24 280:8
283:16 290:7,15
291:14,22,23
292:2 295:17,25
302:4,15,16
303:24 307:10,24
308:8,23 309:5
313:24 314:2,7
318:21 344:10
349:9 363:9,24
364:8 365:23
368:20 370:5

373:19,20 374:8
375:18,19 377:10
378:24 381:20
382:25 383:4,12
409:7,9 432:21
442:11 444:16
445:9,13 446:24
446:25 447:2,18
448:25 449:10
450:21,22 453:2,3
453:19 462:11
463:4,15,16 468:5
470:7,8 471:23,24
471:25 472:4
478:2
**happening**  297:15
410:4 446:11
448:24 479:6
**happens**  234:3
279:2 304:23
305:3 416:14
**happy**  226:14
423:15 432:14
**harass**  309:10
454:16
**harassed**  345:23
**harassment**
309:12,13 357:3
357:24 409:25
410:2 415:5
419:20 421:19
424:16,25 425:6
425:13 436:2
439:16 440:8,14
440:21 454:13
**harassments**
345:4
**hard**  148:23,24
191:19 193:6
402:20 422:20
433:4 479:10

481:5,10 482:2,3
**harm**  136:6,24
**harmed**  129:9
132:3 179:25
**hate**  225:16 330:5
337:9
**hater**  142:3
230:17 231:5
233:5 235:19,21
236:3,5 237:9
243:15 245:8
257:3 261:3,24
268:15 269:9,9
281:20 288:14
304:18 308:4
329:10,11
**head**  245:7 250:17
308:24 309:2
464:23 466:23
467:3,5,20 468:16
469:12 471:18
**hear**  168:23
169:23 319:25
341:20 358:15
372:25 385:14
386:10 389:10
415:7 441:13
466:3 468:10
**heard**  147:18
157:3 251:7,10
267:4,7 311:21
320:18 343:21
353:25 387:2,16
459:21 478:21
**hearing**  281:6
319:23 321:7
341:13 360:16,17
370:11,12,18,24
375:25 386:4
465:21,24 468:2
468:22 472:12

**hearings**  164:22
360:10
**heart**  151:14
169:7 171:12
**heartbeat**  436:18
**heated**  344:7
**height**  455:14
**held**  354:25
427:10,13
**hell**  330:24 342:9
344:11
**hello**  164:14
**help**  171:13
177:25 214:13
220:22,24 223:19
293:24 330:2
360:24 434:10
466:14
**helped**  163:12
165:6 377:20
**high**  285:10,13,16
285:23
**higher**  138:16
**highlight**  294:15
302:23,23 373:7
430:19
**highlighted**
297:14 298:8
377:15
**highlighting**  158:4
316:11
**hire**  128:6 129:5
133:21 137:21
**hired**  310:18
361:10,24 366:8,9
440:17
**hit**  149:9,18 150:4
152:6 159:14,23
203:22 231:17,20
231:21,23 232:16
232:18,21 235:18

238:14,17,18,19
238:21,22,25
239:2,2,7,9 251:6
251:9 272:23
278:2,5,8 281:14
282:3,4,14 283:19
292:15 304:25
306:12 307:2
**hitting**  150:5
159:10 251:5
277:17,24 309:15
**hold**  144:11
176:20 233:2
243:8 336:21
419:3,7
**holding**  317:13
**holidays**  315:16
**home**  267:12,13
274:15,18 279:12
455:19
**hon**  217:22 218:5
218:5,7,18,20
298:3,4 478:3,5
**hope**  396:21
**horton**  167:22
**hospital**  273:11,25
275:2 284:8 291:4
**hostile**  373:8
**hostility**  242:23
**hour**  165:20
226:19 229:13
301:14 397:3
425:23
**hours**  165:18
397:14
**house**  327:25
**how's**  181:13,15
**howard**  126:14
**human**  245:22
**humanity**  260:16

hundreds  238:3
hungry  198:12
hurts  267:16
hypothetical
  289:25 291:12
hypotheticals
  292:9 404:7
  471:21,25

**i**

ida  134:7 136:21
  138:23 244:21
  246:9 263:15
  265:2 382:22
  477:9,9
idea  134:5 186:9
  202:9 208:3 209:7
  210:24,25 211:12
  215:23 258:8,22
  258:24 364:18
  372:12 389:20
  436:25 473:5
identification
  155:5 156:25
  163:4 194:12
  210:13 228:18
  252:5 266:11
  280:16 293:10
  311:12 326:21
  327:20 333:9
  338:22 343:18
  348:24 359:6
  360:5 372:10
  376:16 396:19
  407:25 408:18
  456:15 458:4
identified  373:3
identify  136:6,23
idiot  378:3 395:7
  395:10 396:7
ignore  241:2

ii  125:22
imagine  370:21
  473:10
immediately  183:7
  183:9 334:21
immigration
  138:7
implicit  424:11
implored  280:21
important  183:19
imposing  161:16
improper  427:20
  427:24
improperly
  221:21
impropriety  173:9
inappropriate
  142:15 476:2
inaudible  456:5
incapable  416:6
  424:11 442:17
  443:2 444:24
inch  301:19
inches  283:13
  309:2 345:10
  432:15
incident  155:20
  156:17 168:19
  169:11 186:10
  201:4 215:12
  228:8 232:13,19
  233:20 235:2,12
  248:22 261:21
  266:19 289:5
  295:3 297:2 299:7
  299:11,14,18
  308:10 309:7
  312:21,23 313:4,8
  317:5,9 346:3,4
  349:9 358:12,14
  360:12 365:22

370:13 375:23
  376:9 378:14
  383:6 389:2
  392:23 405:8,18
  406:5 410:3 412:6
  412:8,10 415:22
  416:13,14,21
  419:20 420:3,5,12
  420:24 421:9,15
  421:25 422:9,11
  422:17,24 423:13
  423:20 427:17
  431:12 432:10
  434:8 439:5 444:6
  452:24 458:15
  486:7,19
incidents  186:6
  298:19 299:2,4
  301:23 357:25
  378:15 427:25
include  438:11
included  336:5
including  334:10
  334:20
incoherent  281:3
income  130:12
  137:3
incompetent  416:6
  424:11 442:17
  443:3 444:25
independent
  165:14 350:3
  386:9
independently
  288:24
index  154:16
  484:2,3,7,11 485:1
  486:1 487:1
indicate  150:15
  157:24 249:4

indicated  214:23
  237:23 488:8
indicates  178:23
  370:14
indicating  436:5,8
  437:3
indication  155:25
  156:9,14
individual's
  185:19
individually
  381:13,24 382:17
information
  372:15,19 373:15
informed  393:16
infractions  473:22
initially  337:24
injury  134:19
insecure  454:17
insecurities  221:7
  221:8,8 454:18,19
insecurity  221:6
  221:12,13
inside  241:7
inspector  476:20
instance  261:20
  275:11 369:16
  388:23
instances  430:10
instructor  403:4
insult  169:16
  170:2,3,11 174:7
  181:3,10
insulted  169:13
  171:24 221:20
insulting  169:21
  171:10,20 172:6,8
  173:23 330:16
intelligence  328:9
  328:10,12,23

intensely   260:13
interact   179:13
interacting   429:5
interfere   201:22
  201:23
interfered   430:12
interpreted
  171:14
interpreter   157:8
interrogatories
  312:21
interrogatory
  442:6
interrupted   200:4
intervened   160:2
  344:8 374:24
intervening
  374:23
intimidated
  213:13,17 214:3
  220:22 223:18
  284:21 381:8
intimidating
  205:12
inveigh   257:12
investigate   379:5
  384:3,9,15
investigated
  356:14 360:14
  363:25 364:6
  368:10 370:7,8
  375:18 379:2
  383:7 477:21
investigation
  386:16
investigations
  383:16,19 385:10
  385:23
involved   205:5
  363:18 374:2
  375:16,16 378:11

378:20 395:17
437:17 438:5
441:17 449:15
462:19 465:9
island   196:24
issue   175:14,16,18
  175:19,21,22
  176:4,8,19 177:20
  177:21,23 178:16
  185:10 188:18,20
  190:13 212:17
  349:12 462:3,4
issues   294:10
  350:14 439:25
  465:2,3,6
italian   236:13
  244:22 246:12,16
  247:2 250:9 259:6
  264:22 270:18
item   127:11 430:9

**j**

jacket   373:11,14
jackie   324:11
jackie's   337:11
jacqueline   485:19
  486:2
james   126:9,11
  409:18
january   215:6
  217:11 313:23
  485:15
jealous   276:23
  277:5
jeff   231:12,21
  242:17 274:2,4
  279:11,19 284:4
  302:9
jeff's   279:19
jeffrey   485:10
jew   142:3 230:17
  231:5 233:4

235:19,21 236:3,5
237:9 242:25
243:15,17,18
244:21,22 245:8
257:2 260:18
261:2,24 262:9,15
262:15 264:17
268:15 269:9,9
281:20 287:13,16
287:17 288:13
290:24 304:18
308:4 329:10,11
jewish   236:14,15
  236:16 237:17
  244:17,18 245:4,5
  246:3,11,11,15
  247:2,11,14,23
  250:7 259:5
  264:21 265:7,8,10
  287:22 437:8
jews   236:24
  237:12,12 244:13
  245:25 269:15,19
  286:11 287:8
jiang   135:2,15
jiang's   135:3
job   134:23 135:2
  135:11 163:18
  173:4,20 175:2,23
  175:25 178:17
  181:16 182:25
  186:14,15 225:14
  225:14,22 247:13
  248:7 259:22,23
  260:2,9,9 315:5
  320:12,13 396:12
  438:8,14 439:2
  440:25 441:3,19
  441:25,25 454:15
  458:12 460:25
  476:17,18,20,21

476:21
jobs   134:17
  135:13
john   175:6 327:7
  485:22
jointly   294:21
jr   151:17 484:14
judaism   236:25
  237:12
judge   140:12,14
  140:24 146:5
  151:12 186:13
  188:23 189:16
  190:23 196:14
  201:7 219:23
  236:19 244:17
  246:9 247:7
  248:12,17,20
  249:4,8,13 263:14
  264:23 273:7
  278:11,12 291:20
  292:17 294:12
  298:2 305:22
  306:16,18 309:11
  316:14 319:21,21
  319:24 322:13
  337:23,25 338:5
  341:20 344:24
  360:18 371:7
  386:24 391:7
  393:17,17,18,24
  394:4 409:22,23
  418:4,19,24,25
  419:16 420:9,21
  421:15 422:8,14
  423:19 429:25
  430:23 432:23
  433:3,5 434:4,17
  435:9,10 437:7,19
  437:20 438:4,4,10
  438:16,21,23

441:15 442:7
460:16,25 461:3,5
464:22 466:22
467:2,4 468:15
471:17 472:12
474:19 475:24
477:5
**judge's** 460:19,20
**judges** 139:20,23
140:2,6,18 210:16
236:16 244:20
245:3 246:4
247:14,15,22,23
248:6 264:21
265:6,8,10 478:17
**july** 197:21
**jumped** 457:25
**june** 164:16 332:5
332:8 333:15
336:9,10,16 341:4
341:6,24 342:21
344:14 346:19
347:5 358:17
430:6 485:23,25
**jury** 131:8,10,16
389:9
**justify** 290:2 404:5
416:21 473:3,22
474:13

**k**

**k** 285:7
**kamala** 177:17
**keep** 176:20
198:24 226:14
249:23 379:25
402:21 403:12
438:15 439:6
444:7
**keeping** 326:13
402:22 438:14

**keeps** 362:6 399:5
399:9,12 401:17
402:11
**kempo** 285:7
286:3
**kept** 178:23 281:7
286:9 328:9,11
329:4 373:16
382:12 403:6,21
**kicked** 249:9,16
**kidding** 272:20,21
**kike** 248:14
**kimberly** 469:24
470:4
**kind** 202:10,12
402:15
**knew** 213:16
229:2 424:20
428:17 429:7,12
429:12,16 431:10
458:9
**knife** 238:24
361:21 362:3,8,18
363:5,14 364:23
365:7,21 367:8,14
368:13,17,23
369:6 373:22
375:11 377:12,24
378:18 379:14
382:4 387:6,20
388:9,11,18
436:15,17
**knives** 362:22
**know** 132:15,18
133:16,17,17,19
134:11 135:18,19
139:11,13,19,25
140:5,17,19
143:10 145:4,16
146:23 148:4
150:20 151:8,17

151:19 153:6,6,13
153:13,14,15,15
154:24 156:8
159:8 160:8
162:14 165:17
166:9,15,23 170:2
170:8,12 171:7,8
171:14 172:13
174:7,15,15
176:18,20,22
177:6,19 178:2,8,8
179:22 180:14,15
180:22 181:12
182:10,11 183:23
184:16 185:25
194:5,19,19
195:20 197:3,14
200:8 201:6,14,18
201:20 204:13,15
205:11,13 207:6
207:19 208:2
209:14,18,21
210:2 211:6,8,11
211:17,18 213:9
213:11,14 215:8
216:4,16,24
217:12,15,16
221:19 222:9,11
222:13,24 223:16
225:12,17 232:24
233:18 236:7,12
236:18,20 239:6
240:9,17 244:2
249:22 250:2,13
250:19 251:17
252:19 253:14,15
253:18,23,23,24
253:25 254:6
258:25 259:2,4,7,9
259:14,17 260:2,4
261:22 262:14,25

263:2 266:24
267:5,6,8,9,22,23
267:23 268:3,19
270:25 271:4,15
271:18,19,22
272:6 273:18,19
275:18,18,21
276:12,13,14,15
276:17,21 277:2
277:12 282:9,10
282:13,18 284:23
289:7,15 291:2,7,8
291:17 293:13
297:4 299:7
302:25 306:18
310:17 312:6
313:9 314:23
315:2,6,14,17,18
315:21,24,25
316:4,8 317:2
318:5 321:14
322:7,8 323:4,5
324:15,16,17
328:15,25 329:3,9
329:11 330:7,8,13
330:18 332:18
343:20 345:18
350:6,8,11,16
351:13,17,18,19
351:22,22,23
352:6,8,12,13
353:11 354:10
355:20 358:8,25
360:18 362:17,19
364:19,19 369:7
370:5,20 371:4,20
374:18 375:15
376:25 378:2,4,7
379:2,13,23 380:2
383:10,17 385:5
388:7 389:15,19

391:11 393:10,12
393:13 394:7,20
395:3 396:3,8,9
402:6,20 403:13
404:2,8,24 405:19
407:10 409:7
411:11 412:13
413:15,17 417:2
418:12,12,14
422:13 425:16,22
428:3,12,23,25
429:2,4,9,13
431:20 432:8,9
433:14 435:20,21
437:7,15 440:4
441:5 445:24
446:15 447:10,15
447:17,25 448:3,5
448:22,23 449:6
449:14,16 451:6
454:25 455:24,25
456:6 457:24
460:21 461:6
462:19 463:14,14
463:15,24 465:18
465:22 466:4,7,15
466:18 467:11,13
467:16,24,25
470:5 471:12,13
471:25 472:4
473:6,19,20,21
474:6,7,15,16,24
478:15 481:7
482:23
**knowledge**  194:22
350:8 436:24
**knuckles**  303:13

**l**

**l**  151:16 195:10
484:14

**lack**  256:3
**lady**  197:9 215:18
217:19,20 324:11
344:16
**language**  158:4
250:7 262:10
296:14,22,25
297:6 351:2
**lashed**  238:12
**lastly**  277:15
**laugh**  178:11,12
274:6 425:9 433:5
439:17
**laughing**  177:7
**laughs**  409:23
412:20 415:7
418:25 430:25
432:17 433:17
435:10,17 441:15
**law**  136:10 151:9
184:7 306:17
385:25 417:21
418:8 426:23
432:12 440:13
**lawsuit**  135:20
319:15,18 322:23
439:11
**lawyer**  146:3,4,11
146:13,14 152:24
153:2 160:13
183:12 195:12
196:13 199:23
232:9,22 237:9
240:18,20,22
242:18 248:10
249:12 251:16
253:6 257:18
266:14 269:6
286:22,22 306:15
306:17 308:3
310:18 311:5,17

313:10,17 316:13
318:2 320:25
322:8 324:10
336:6,14 341:23
346:9 349:19
354:22 357:13
360:23 366:2
386:8 417:22
418:9 427:6,8,11
427:14,22,23
428:11,14 433:2
437:24,25 440:17
454:16,17,18
459:17 464:24
467:14,14 471:8
474:18 475:19
479:15,19
**lawyers**  164:21
167:2 212:16
232:8 236:14,15
241:13,16,22
245:5 254:25
255:4 264:22
271:8,9 277:22
282:23 283:6
286:20 287:5,14
287:15 290:17
299:23 304:13,16
411:18 454:23,23
458:11 470:23
478:17
**lead**  405:18 406:5
427:18 428:2
**leadership**  247:10
308:14
**leave**  134:7,12
135:17 175:10,11
180:25 184:25
185:2 187:15
295:23 299:22
344:15 345:19,20

394:15,24 415:17
432:8,25 433:3
439:14,14 443:10
464:7 471:8
**leaves**  255:8
**leaving**  185:12
242:6 390:3,7,10
390:19 391:17
394:9,18
**left**  129:15 174:18
301:20 302:14
320:10 338:11
396:21 425:23
459:11 462:2
**legal**  127:14
134:17 384:13
385:9,21
**letitia**  126:9
409:18
**letter**  220:3
311:11,14 320:6
321:23,25 324:7,9
324:14,16,20
325:3,5,10,14,20
326:20,23 333:8
336:5,9,10,11,13
336:15 339:5
341:7 342:2,7
352:7 405:4
406:18,20,21
407:20 408:3,4,6,8
408:15,17 409:20
410:18 412:7,11
412:23 413:24
414:8,13,16
415:21 416:20
417:24 418:7
419:15 420:8
422:7,23 423:8,19
424:15,23,24
426:20 428:4,17

433:10,22 434:7
437:11,12 438:12
440:5 441:18,24
442:7 485:15,18
485:25 487:2
**letterhead** 325:14
**letters** 429:21,25
**letting** 227:13
**level** 163:24
285:10,12,13,15
285:17,18,23
340:16
**levine** 376:7,18
379:8 477:17
**liberty** 126:9
**license** 168:13
346:12 361:7,13
361:15,23 364:3
364:22 371:5,7
376:2 452:3
**licensed** 427:6
**licensees** 334:23
**licenses** 169:5
346:9
**lie** 152:19 172:12
172:15 176:17
183:15,18 184:3
200:17 201:13,19
202:4,8 207:16
219:19,20 239:8
248:16,17,20
249:3,7 257:22
258:6 275:17,19
282:8 297:25
298:5 305:16,16
305:22 306:10
356:17 370:3,5,7
370:11,15,19
375:25 377:22,23
378:5,6,8 383:6
463:13 467:8,8

**lied** 219:21,21
250:25 275:21
**lies** 381:5
**life** 159:15,23
182:15 207:12
284:16,18 304:22
467:18
**liked** 132:19,20,21
133:13,18,18
135:6,6 139:24
140:6,18,24 141:7
141:12,13 153:7
174:19 184:4,5
201:25 217:18
225:13,13,17
316:5 344:17
455:15
**likes** 177:18
390:16
**liking** 461:14
**line** 263:24 373:15
377:18 378:10,13
382:10 484:4,8,12
489:8
**liquor** 455:20,21
**lisa** 125:18 488:4
488:18
**list** 170:6 214:20
214:21 484:23
**listed** 148:4,17
203:12
**listen** 137:25
169:23 175:9
223:3 237:2 271:3
314:6 320:21
331:9 339:8
396:20 407:4
422:16 441:5,21
**listening** 142:24
269:11 277:14
410:13

**litigate** 439:10
**litigation** 323:2
**little** 140:17
168:24 177:8
272:9 286:25
293:13 305:18
326:6 328:24
329:2 344:18
347:25 371:15
401:21,24 402:15
402:16 450:23
452:10
**live** 364:16 440:14
440:20 441:2
**living** 128:22
355:17 374:21
421:12 433:15
437:16 438:3,17
438:17 439:22
440:21
**llc** 489:2
**load** 153:2
**lobby** 377:7
**location** 239:21
240:10,12 354:17
**long** 166:4,8
197:15 223:13,14
230:5 255:6,10
285:24 365:17
384:6 395:15
398:23 403:3,18
450:25
**longer** 179:13
185:17 366:25
378:12 388:4
**look** 138:24 150:8
155:20,20 217:25
218:4 237:4,20
244:7 246:20,22
291:22 292:17
298:2 305:25

308:21 330:10,21
330:22 337:10
354:7,19,23 355:7
362:10 417:10
445:25 446:3
448:14
**looked** 224:15
271:15 291:18
294:2 347:8
367:21 368:19
373:23 410:21
411:4,8 413:19
446:6 469:18
**looking** 127:8
231:11 249:10
256:9,10,11,12,15
256:18,21 268:22
306:4 309:8
314:13 328:2
344:6,12,19,19
356:12 430:11
453:8
**looks** 273:6 346:24
**lose** 276:16,18
413:6,7 434:12,12
439:2
**loses** 444:6
**loss** 127:13 365:9
**lost** 131:22 353:16
408:7,20 409:2
440:22 461:15
469:6
**lot** 128:20 161:16
165:2 182:15
198:10,16 202:3
206:20 211:18,19
211:22 218:21
318:19 320:4,6
338:10 339:23
342:9 344:12
346:10,11 354:8

357:17 377:9 391:12 445:8,13 448:23 449:15 455:6 458:11 460:19 465:7

**lots** 209:12

**loud** 141:14,15 148:15,16 157:3 168:22 169:9,22 169:23 170:22 171:11 172:7 173:21,22 181:8 185:4 280:18 281:23 314:9 377:7

**loudly** 157:5 168:22 170:21 171:3,11 205:2

**love** 139:12

**loved** 139:7,8,16 222:17

**low** 138:16 399:6

**lower** 209:16

**ludicrous** 350:17 387:25

**lunch** 184:12 226:5 315:23 433:12 437:8 478:14

**lunged** 283:9

**lungs** 158:9 311:23

**lying** 152:4,16 153:9 159:7,8 172:4 183:22 192:3 202:5 206:24 207:8,13 207:14,25 208:3 229:17 232:22 249:12 251:16 257:18 261:11,12 268:5 274:21

281:23 306:16 350:21 351:7 355:9,19 369:18 369:21 371:4,4,5 381:10 391:16,20 394:6 458:24 463:12 467:22 470:2

**m**

**m** 253:13 285:7 485:7 487:6

**m.h.** 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1 150:1 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1 162:1 163:1 164:1 165:1 166:1 167:1 168:1 169:1 170:1 171:1 172:1 173:1 174:1 175:1 176:1 177:1 178:1 179:1 180:1 181:1 182:1 183:1 184:1 185:1 186:1 187:1 188:1 189:1 190:1 191:1 192:1 193:1 194:1 195:1 196:1 197:1 198:1 199:1 200:1 201:1 202:1 203:1 204:1 205:1 206:1 207:1 208:1 209:1 210:1 211:1 212:1 213:1 214:1 215:1

216:1 217:1 218:1 219:1 220:1 221:1 222:1 223:1 224:1 225:1 226:1 227:1 228:1 229:1 230:1 231:1 232:1 233:1 234:1 235:1 236:1 237:1 238:1 239:1 240:1 241:1 242:1 243:1 244:1 245:1 246:1 247:1 248:1 249:1 250:1 251:1 252:1 253:1 254:1 255:1 256:1 257:1 258:1 259:1 260:1 261:1 262:1 263:1 264:1 265:1 266:1 267:1 268:1 269:1 270:1 271:1 272:1 273:1 274:1 275:1 276:1 277:1 278:1 279:1 280:1 281:1 282:1 283:1 284:1 285:1 286:1 287:1 288:1 289:1 290:1 291:1 292:1 293:1 294:1 295:1 296:1 297:1 298:1 299:1 300:1 301:1 302:1 303:1 304:1 305:1 306:1 307:1 308:1 309:1 310:1 311:1 312:1 313:1 314:1 315:1 316:1 317:1 318:1 319:1 320:1 321:1 322:1 323:1 324:1 325:1 326:1 327:1 328:1 329:1 330:1 331:1 332:1 333:1 334:1 335:1 336:1 337:1 338:1

339:1 340:1 341:1 342:1 343:1 344:1 345:1 346:1 347:1 348:1 349:1 350:1 351:1 352:1 353:1 354:1 355:1 356:1 357:1 358:1 359:1 360:1 361:1 362:1 363:1 364:1 365:1 366:1 367:1 368:1 369:1 370:1 371:1 372:1 373:1 374:1 375:1 376:1 377:1 378:1 379:1 380:1 381:1 382:1 383:1 384:1 385:1 386:1 387:1 388:1 389:1 390:1 391:1 392:1 393:1 394:1 395:1 396:1 397:1 398:1 399:1 400:1 401:1 402:1 403:1 404:1 405:1 406:1 407:1 408:1 409:1 410:1 411:1 412:1 413:1 414:1 415:1 416:1 417:1 418:1 419:1 420:1 421:1 422:1 423:1 424:1 425:1 426:1 427:1 428:1 429:1 430:1 431:1 432:1 433:1 434:1 435:1 436:1 437:1 438:1 439:1 440:1 441:1 442:1 443:1 444:1 445:1 446:1 447:1 448:1 449:1 450:1 451:1 452:1 453:1 454:1 455:1 456:1 457:1 458:1 459:1 460:1 461:1

462:1 463:1 464:1
465:1 466:1 467:1
468:1 469:1 470:1
471:1 472:1 473:1
474:1 475:1 476:1
477:1 478:1 479:1
480:1 481:1 482:1
483:1
**macdonald** 125:18
145:3 154:9,11
156:20 162:24
193:14 208:15
210:8 224:4
226:11 228:14
266:7 280:3,12
293:6 326:5
327:16 331:16
333:5 338:16
343:14 352:17
359:2,25 371:9
372:6 376:12
396:15 407:19
408:14 426:3,17
455:18 456:4
480:3 481:9 488:4
488:18
**machine** 243:9
**mad** 231:19 244:2
244:3 263:4
273:14 281:13
283:21 290:8,10
304:2
**madam** 144:18
154:8 156:20
162:4 194:7
**maher** 240:16
252:12,18,24,24
253:4,9,12 254:9
254:22 255:15
257:11,22 258:6,7
258:23 259:13,15

260:10,12 261:13
261:19 262:6
263:22 264:15
272:6 485:5
**mail** 154:19,24
197:2 301:3,15
389:25 396:18
481:4,16 486:21
**mailed** 154:22
321:25 333:15
**mailing** 154:19
**mailroom** 408:7
408:20 409:2,4
413:7 434:13
440:23
**making** 132:6,13
132:14 142:4
176:12 219:10
232:24 236:11,17
243:17,25 245:14
248:18 249:22
254:3 261:3
276:14,22,23
277:11 281:15
286:24 290:18
317:4 318:22
405:15 434:24,25
438:2 465:8 471:6
**male** 373:2
**man** 211:2 212:19
213:2 228:24
236:2 239:6
243:14,22 251:13
254:5,7 258:14,16
259:18,20 261:6,8
261:11 262:17,21
262:22 263:4,6
274:18 275:22
277:22 347:2
373:5 374:6
377:11 378:17

379:16 387:5
403:10 430:6
432:3 434:16,23
444:3,22 453:22
461:20 466:17
467:4,10 468:12
469:8 471:2
**man's** 254:21
258:19 327:23
376:2
**management**
232:2 238:9 244:3
245:18 263:19
269:5 270:15
320:3 321:16,17
322:3,11,20
324:17 327:13,14
327:22 332:4,12
333:20 335:9,10
335:12,21 336:17
336:19 337:14,19
338:4,6,10,13
339:9,22 344:13
356:4 426:22
428:7 440:16
**managers** 311:21
**manhattan** 235:7
**manner** 195:9
202:25 204:25
205:3 212:5
245:12
**manufacture**
423:20
**march** 399:21
408:22 434:5
487:2
**mario** 125:5,16
126:4 210:19
339:15 344:5
372:25 462:5
481:18 483:8,17

487:4 488:7 489:6
489:21
**marisol** 162:13,14
163:6 174:21
214:21 217:8
224:9 484:18
**mark** 154:10
156:21 162:25
193:15 194:8
224:5 251:23
266:7 280:12
293:6 311:9 319:9
326:9,16 327:16
333:6 338:16
343:14 348:20
352:18 359:3,25
371:9 372:6
376:13 396:15
407:20 426:17
456:10,11 457:23
**marked** 154:16
155:4,15 156:24
163:3 193:14,25
194:11 208:16,17
210:8,12 228:11
228:15,17 251:22
252:4,10 265:19
266:10 280:15
293:9 311:11
323:11 326:20
327:19 331:18
332:25 333:8
338:21 343:17
348:5,23 353:7
358:5,25 359:5,16
360:4 372:2,9
376:15 389:21
396:18 407:24
408:10,15,17
450:10 456:14
457:19 458:3

**marking**  324:22

**martial**  223:5,12
  283:12 284:16,24
  285:5 286:2
  304:21 305:2
  398:19 403:2,18
  436:23

**mas**  286:4

**matter**  151:14
  169:7 171:13
  203:23 273:19,20
  321:8 419:5
  461:12

**mayer**  301:18,20

**mayer's**  303:9

**mccann**  327:7
  485:23

**mcdonough**  311:7
  311:20 319:17
  320:20 324:10
  413:17 414:3,23
  457:23 485:16,19

**meals**  315:22

**mean**  142:22
  178:17 179:6,21
  180:2,5 203:17
  204:2 212:7,11
  213:4 226:18
  228:25 243:25
  247:17 272:21
  274:2,13 275:10
  276:12 284:25
  286:11,17 287:8
  287:12,23 317:21
  328:24 330:18
  337:8 348:19
  350:13 354:15
  364:17 383:15
  386:2 387:23
  399:3 401:13,15
  408:21 415:25

**427:5 448:12
  452:17 454:10,11
  458:9 464:15
  467:13**

**meaning**  401:23

**means**  151:23
  175:9 185:25
  270:22 317:24
  318:6 386:3 399:4
  399:13 400:19
  401:14,16,19,20
  434:15 455:2

**meant**  312:4,6
  403:20

**media**  480:23
  483:6

**meeting**  303:19,20
  478:14

**melanie**  376:6,18
  378:6 477:17

**melissa**  371:20,20
  371:21 372:11,12
  377:21 486:16

**memo**  407:23
  486:24

**memory**  243:4
  262:11

**men**  128:21

**mention**  313:5

**mentioned**  190:22
  312:17,21 442:7
  453:12

**mess**  368:3,4
  369:20,24

**messed**  368:7,7
  369:21

**met**  294:19 298:9
  303:4 361:3
  365:13

**metal**  362:20
  369:11 375:8**

**389:4,5**

**meyers**  231:12,21
  240:21 242:16,18
  272:9,13,14
  273:10,14,15,16
  273:25 274:2,4,25
  276:3,4,6 279:11
  280:17 281:23
  282:7,16,18,25
  283:2 284:2,4,6
  286:8 287:6 302:9
  304:5,5 306:25
  485:10

**michael**  164:19,23
  167:5,6,19 168:4
  168:14 169:12
  175:20 197:10,19
  263:23,25 264:2,5
  457:17 458:5
  487:9

**michael's**  167:8

**million**  346:7

**millions**  288:16

**mind**  212:14 234:4
  234:7,11 235:15

**mine**  271:9,10
  430:25 454:18

**mineola**  489:4

**minute**  226:20,24
  309:22 326:15
  385:2 425:24
  426:5 432:24
  462:22,23

**minutes**  315:3
  396:21

**misbehavior**
  300:14

**misconduct**
  334:20

**missed**  280:5
  482:14

**moment**  415:20
  448:10

**monday**  390:2
  448:14

**money**  127:25
  128:8,11,16,18,23
  129:13,15,25
  131:21 132:6,13
  132:23 133:12,25
  139:14 141:8
  142:5 172:17,20
  173:2 174:3
  198:12 232:24
  236:11,18 261:3
  276:14,17,20,22
  276:23 282:21
  283:2,3 290:18
  309:8 314:24
  315:9,15 317:13
  320:12 339:23
  344:20,25 345:12
  346:11 356:16,18
  356:19,23,25
  357:17 361:18
  362:6 365:3,4
  366:2,10,11,14,15
  366:21,25 367:4
  367:24 368:3,15
  370:2 395:16,21
  396:10 430:7
  432:13 465:8
  469:6 474:20
  475:5,8,20 478:18
  478:19,20

**monies**  482:16

**month**  131:15
  132:7 313:23,25
  313:25

**monthly**  238:3

**months**  127:19
  131:14 185:17

197:14,15 206:10
316:19
**morgan** 406:19
409:11 410:15,24
413:4,12 440:3
487:3
**morgan's** 413:21
**morning** 172:25
181:13 184:8
196:11 198:17
229:4 230:4,7
233:7,15 234:12
250:14 251:12
308:2 315:2,22
331:5 354:2,8
355:5 390:4
395:22 413:10
417:11 439:22
**mornings** 184:18
**mother** 453:24,25
472:7,9,11
**motion** 143:15
195:4,4,7 425:19
**motivated** 398:24
399:5,9,12 401:17
402:11,22 403:7
**motivation** 172:14
**motivational**
401:25
**motor** 151:23
200:15 316:21
**motorist** 128:10
142:9 153:19,21
164:18 168:13
175:23 235:24
237:5 245:13
247:4 287:21
344:18,22 348:15
348:18,25 349:3
349:17,20 350:7
350:12,18,23

351:8,15,17,19
352:14 356:8,8
360:9 373:2,9,10
374:19 388:13
389:7 478:25
479:2,6
**motorists** 164:21
166:25 198:10,16
198:20 199:5
206:20,21 211:20
237:20 282:23,24
478:21 479:12
**mouther** 453:23
**move** 161:19,25
177:21 188:10,15
193:11 208:12
225:25 229:19
251:20 255:17
265:12 268:23
269:7,25 279:3
292:6 305:18
342:23 389:11
425:20 453:11
463:24
**moved** 157:9
158:2,5 268:4
453:7 459:11
**moving** 158:15
402:21 459:9
470:15,19 471:16
**multiple** 186:5
**mumbling** 308:24
**muscular** 161:11
455:11
**muslim** 247:3
455:23,25 456:2
**mute** 145:7
**mutterings** 281:3
**mvr** 151:19,20
377:20

**n**

**n** 126:2 488:2
**name** 136:12
138:11 167:9,23
208:10 240:19,21
252:24 253:15
254:21 343:8,8,23
366:19 390:25
397:23 403:10
411:9 413:21
428:23,25 429:3,8
429:14 432:9,9
475:21 476:6,7,8
476:14,15,16
489:5,6
**named** 477:4
**names** 200:13
203:6,7,16 204:9
208:23 214:20
**narrow** 298:7
299:15
**narrower** 140:17
**nationalities**
237:22 246:25
435:4
**near** 146:22 304:4
304:5
**nearly** 215:5
**necessary** 205:20
**need** 177:24
179:10 187:22
188:21 207:18
219:2,4 226:9
309:25 310:2
346:12,13,25
355:12,15 396:7
425:24 433:2
479:3
**needed** 164:2
165:7 205:5 235:2
305:11,22 427:12

446:17
**needs** 131:16
303:11 306:13
**neither** 135:22
375:2
**nerve** 235:20
**nervous** 206:9
**never** 136:4
141:15,16,17,21
148:12,13 149:9
149:10,10,18
150:20 159:13,15
159:23 160:24
169:13 171:23
179:25 180:18
182:6,7 186:13,22
187:3 189:17
191:9,15,24 192:6
192:6,8 204:12
205:8,25 207:11
228:24,25 229:2,7
238:15,17 250:3,4
250:11,12 251:7
251:10 252:16
253:10 254:22
259:18 262:4
263:10,15 273:12
273:12,24,25
275:7 278:11,12
278:13,17,18
279:2 280:4,7,9
281:12,25 282:9
287:2 294:8 302:2
307:10 325:10
330:6,12 332:22
333:22 340:5,5,6,6
340:7,10,10,11,15
341:11,11,21
343:21 349:11,11
349:12 359:14,20
359:22 360:13,15

361:6,25 364:6
369:21 370:11,16
370:18,22,24
375:20,21,22
377:11 378:8,13
379:3,6 391:3
392:12,13 394:3,4
394:5 398:21
399:6,7,16 400:5,6
400:7 403:20
429:8 450:4,11
454:5 458:20,21
458:22 459:2,14
459:16,25 460:3,7
463:6 464:10,22
465:20,21 466:22
467:6
**new** 125:2,19
126:5,5,8,10,10
131:6 193:11
225:25 230:7
279:3 342:23
409:13 410:25
411:3 427:7
449:18 489:2,4
**nice** 135:2 161:6
167:6,7,11 174:22
215:18 217:19,19
219:3 238:13
249:23 274:8
361:2,3 365:14,19
365:19 459:17,18
463:9,9
**nicely** 141:13
179:23,23
**nickel** 276:18
**nielsen** 344:8
**night** 267:12
**nobody's** 452:19
464:4

**nodding** 154:15
**noise** 157:12
159:25
**nonsense** 149:16
251:8,10 391:25
**nonsensical**
394:22
**normal** 261:6,8
290:11 365:14,14
365:15,18
**north** 235:8
**notarization**
209:24
**notary** 125:19
483:24 488:5
489:25
**note** 224:7 254:24
353:5 358:5,10
359:3,4 406:17
445:12 486:11
**notes** 445:7,8,11
445:17,20,21,23
445:25 446:4,9,12
446:14,17,19,21
446:24 447:5
448:8,16,20,21,22
449:3,7,7,10
482:24 484:9
488:10
**notice** 125:18
182:6
**noting** 154:15
**november** 392:7
**now's** 311:25
312:8,14,22
**number** 127:12
129:6,12,23
138:15,16 145:19
150:9,11,13
205:25 206:2
220:9,10,11

221:20 223:23
241:18,21 302:10
302:11 350:17
430:9 480:23
483:6
**numbered** 279:14
**numerous** 428:20
430:22
**ny** 489:4,4

**o**

**o** 285:7 488:2
**oath** 136:14,17
174:9,10
**obeyed** 363:8,12
363:20
**object** 278:19
423:6,16
**objected** 301:10
400:12
**obligation** 176:2
320:10,13,14
321:5 384:2,15
**obscenities** 147:20
150:12 153:16
156:16 301:6,11
303:8,25 305:9
407:7
**obscenity** 148:5,9
148:11,17 150:22
150:23 152:17
153:23 306:21
**obscures** 309:3
**observe** 207:6
**observed** 147:18
148:21 156:16
179:16 303:12
**observing** 207:7
**obviously** 143:19
205:10 270:7
339:10

**occasions** 179:16
428:20
**occurred** 211:4
228:9
**october** 349:10
**offended** 286:17
**offensive** 435:7
**office** 126:8
134:10 135:3
153:3 179:9 185:6
188:25 189:9
190:25 194:20
294:21 297:20
303:12 305:12,23
310:20 316:3
322:14,17 327:2
327:24 328:7
334:5 335:15
341:9,25 342:6
349:14 392:8
408:6 409:8
410:19 411:13,15
412:22 413:5
414:8,17,20,20,21
414:22,24 415:13
415:14 418:2
419:4,7 434:9,11
439:20 440:22
482:18
**office's** 322:23
441:3
**officer** 295:8
307:20 357:14
373:25
**officers** 139:9
362:13 363:17
**offices** 334:23
341:3
**oh** 154:7 161:12
194:24 358:23
436:13 465:25

**okay** 136:22
140:21,25 145:5,8
153:18 154:17
155:2 160:22
161:25 162:23
164:5 181:14
195:10 219:22
225:2 227:5
229:10 251:20
257:23 278:23
287:19 291:16
296:7 297:21
298:15 309:23
310:23 319:3
325:7,25 331:25
342:19 347:20
348:8 358:18
374:14 380:19
397:4 400:22
401:18 420:13
423:2 430:4
446:25 457:10
482:5 483:5
**old** 489:4
**older** 134:24
**oldest** 451:19
**omit** 482:20
**once** 178:14
180:18 181:24
182:6 186:18,22
189:13 191:23,25
261:25 274:15
278:13,15,17,25
373:23 399:15
425:14 428:9
**ones** 150:10
254:18 411:22
**ongoing** 462:4
**opinion** 177:3
233:20,22,24
235:13 251:19

261:4 382:25
383:2,12 418:22
427:21 466:2
**opportunity** 143:6
143:9 144:9
179:10 204:6
211:5 212:24,25
213:15,24,25
220:18,19 221:22
221:25 222:4
224:22 232:10,14
233:19 262:5
263:11,16,17
264:24 265:2,5,11
266:4 288:12
292:16,19 295:4
295:12,14,16
299:6 300:19,24
303:23 304:6
307:9 312:9
317:10 319:22
352:10 364:7
368:6 383:2,5,13
383:24 450:12
465:21 468:3,9,11
469:15
**order** 234:25
320:17 481:13
**ordered** 480:20
**originally** 373:10
**outbursts** 206:11
**outgoing** 330:13
**outside** 139:23
140:3 153:4 261:7
273:5,5 281:5
360:19,20 363:2,3
363:7,22,22 366:4
367:20 368:24
369:3,5 373:9
374:3,4,10,13,15
374:16 375:4

377:9,18 378:21
380:9 382:6 389:7
432:21
**overheard** 280:18
**oversensitive**
168:24 287:2
**overview** 380:8
**owed** 344:20
**owned** 462:25
**oyama** 286:4

**p**

**p** 126:2,2 145:19
155:15 162:16
193:25 228:11
252:10 265:19
279:14 285:7
327:9 333:2
408:10 484:15,17
484:19,22 485:3,6
485:8,11,24,24
486:3 487:4,5
**p.m.** 483:11
**paez** 197:3 198:2
199:18 200:8
201:13 207:8
**paez's** 196:23
**page** 127:10
302:22 311:20
316:12 344:5
430:18 484:4,8,12
489:8
**pages** 425:25
482:14,17,20
**paid** 165:13,25,25
166:2 315:12
316:7 366:20
390:15,25 391:14
475:2
**pail** 390:20
**paper** 193:7 233:8
389:18,20 390:4,4

390:8,11,20 391:7
391:19,21,23
392:18,19,21
393:5 394:9,13,16
394:18,24 395:5,6
396:6
**papers** 230:11
**paperwork** 449:15
**paragraph** 294:15
294:17 297:23
316:12 340:23
**paragraphs**
325:15,16,22
**paralegal** 165:3,11
166:7 167:22
197:5 207:4
**paralegals** 164:25
**paramount** 127:25
**paranoid** 454:17
**parenthesis**
287:17
**parenthetical**
255:23
**park** 219:9
**parking** 198:10,15
206:20 218:21
377:9
**part** 144:16
257:25 337:19
339:3 340:23
388:4 410:15
417:18,23 420:8
420:19 440:19,20
441:2 459:3
**particularly** 171:3
**parties** 172:25
**party** 488:12
**pass** 148:25
407:12
**passage** 334:18

[passed - plus]                                                                 Page 35

**passed**   267:2
  275:24 392:10
  398:12 399:21
**passing**   207:3
**passionate**   460:22
**patent**   138:9
**pattern**   381:22,25
  382:16,19,22
**paul**   359:9 360:7
  369:17 373:3
  486:14
**pause**   202:20
  258:2
**pay**   151:24 165:15
  165:19 421:12
  423:14
**paying**   277:3
  315:10 439:7
  475:11 476:10
  478:18
**people**   132:19
  133:17 135:9
  146:12 150:14
  151:24 168:23
  169:23 181:18
  182:3,11 186:6
  192:21 201:22
  202:3 204:19
  206:2 210:6,14
  211:7,9 213:7,17
  214:3,22 219:14
  220:2 221:15
  222:6,20 224:11
  225:15 247:10
  267:7 276:21,23
  277:2,5 284:14
  286:9,10,14,15,18
  286:19,20,25
  287:3 310:2 319:7
  320:7 354:8 381:5
  381:9 405:20

429:9 433:13
  469:21 471:14,16
  478:8 479:8,10,18
**people's**   437:18
**perceive**   212:2,4
  212:21
**perception**   180:3
  180:4 203:10
  206:16 212:22
**perez**   146:7
  147:17 148:19
  151:3,16 152:3,16
  153:8 359:9 360:7
  364:11,14 365:2
  369:18 371:10,18
  371:19 372:24
  373:3 376:10,23
  377:6,17 383:10
  387:4,19 388:19
  484:14 486:14
**perfect**   412:14,16
**perfectly**   226:14
**period**   131:24
**perla**   135:14
**permanently**
  334:21
**person**   151:16
  176:4,5 192:19
  200:5 212:19
  260:14 287:22
  291:4 330:7 345:5
  399:8 451:14
**persona**   213:7
  223:19
**personal**   134:19
  205:13 221:5,6,11
  221:12 250:15
  260:14 418:22
  463:25 465:25
**personally**   238:8
  238:10 466:9

**perspective**
  307:14
**petition**   220:2,7
  221:15 294:2,4
  344:2
**petitions**   222:20
**phd**   485:23
**philippines**   329:18
  329:19,23
**phone**   136:20
  138:23 218:9
  219:10 317:4
  318:20,20 451:24
  451:25 452:9
  463:18,22 471:6
**phonetic**   168:3
  217:22 235:7
  247:17,19 248:9
**phrase**   132:9
  243:2 286:9
  290:24 401:25
**physical**   191:19
  193:6 210:20
  211:10 213:4,6
  214:4,7,8 215:4
  222:7,22 223:2
  238:24 334:9
  339:6 377:8
  412:12 414:18
  473:14,15
**physically**   161:16
  184:19,20 381:7
**pick**   243:10
  443:10 455:20
**picked**   373:14
  403:13,17,22
**piece**   141:10
  249:24 459:19,20
  461:21,22 477:6
  478:13

**piparo**   343:11,20
  389:25 395:11
  486:21
**place**   126:5 138:13
  185:18 244:12
  245:25 257:9
  270:20 395:7
  451:8
**placed**   373:15
  462:16
**placement**   450:18
**plain**   205:3
**plaintiff**   125:6,16
  126:6
**played**   283:4
**plea**   196:5
**plead**   478:22
  479:2,4
**pleaded**   196:3
**pleading**   433:13
  479:18
**pleas**   152:25
  437:10
**please**   140:12,14
  154:10 156:21
  162:25 164:3
  190:12,15 224:5
  226:17 230:14
  251:23 265:14
  276:8 323:22,23
  325:6,9,12,22
  326:9,24 333:6
  334:3 338:16
  359:2 376:13
  400:25 422:6
  426:18 439:23
  448:17 456:25
**plenty**   149:2
  201:11,24 229:21
**plus**   130:4 339:24

**po** 344:8
**point** 133:14 159:4
159:4,19 161:6
164:24 165:11
166:11,16 171:19
174:19,21,22
186:5 215:4
218:12 232:16
238:20 249:15
257:3 262:18
266:16 267:10
268:16,19 270:12
270:13 271:3
273:4 276:13
285:20 296:16
319:5,17 332:17
340:22 342:4
347:15 362:5,15
368:12,18 378:21
379:14 383:17
411:21 424:12
428:24 429:3
435:22 443:9
470:17
**pointed** 251:4
289:10 436:8
**pointing** 149:14
157:22
**points** 478:24
**poke** 436:12
**police** 139:8 150:3
151:5 200:19
295:8 307:20
356:9 362:13
363:17 368:20
373:25 374:24
378:19
**policeman** 205:4
**polite** 251:15
**politely** 256:25

**portion** 144:17,22
193:23 243:12
274:22,23 311:19
325:8,11,12,13
326:3
**portions** 254:12
**position** 224:24
376:25 468:4
**possible** 159:12,20
171:2,4
**post** 230:8 233:9
**postponed** 196:4
**practice** 136:10
137:18,20 138:5
342:20 398:10
417:21 418:8
424:9,18 426:23
432:12 436:22
440:13,13 442:15
442:25 444:23
**practiced** 475:15
**practicing** 132:4
137:7 139:5
398:19 427:11
455:22 456:2
**pray** 405:20,22
**prayers** 405:21
**praying** 405:22
**precipitated** 302:8
**precisely** 255:5
**predicament**
468:13,18 469:13
**prefer** 481:15
**pregnant** 206:10
**prejudiced** 434:18
**premises** 210:19
**presence** 142:5
182:12,14,16
210:18 211:24,25
212:8,9,12 213:4,5
213:7 214:4,7,9

220:22 232:25
236:12 261:4
307:20 330:17
442:13
**present** 126:13
130:16 250:17,19
386:5,13
**presented** 189:17
224:15 225:3
294:9
**presenting** 292:10
**presents** 172:17
234:10 396:11
**president** 176:25
177:10,12,15,17
178:9
**pretty** 196:2
203:19 215:20
217:2 330:7
365:16 409:14
**prevent** 135:13
**previous** 193:16
208:16 237:13
301:24 331:17
336:13
**previously** 298:25
336:6
**prickett** 406:19
409:11 410:15,24
413:4,12,21 440:3
487:3
**print** 481:24
**printed** 171:17
**prior** 296:4 299:16
300:12 303:6
305:8 334:14
**pro** 126:6
**probably** 132:18
132:22 133:8
173:22 260:19
262:25 306:23

314:13,14 317:18
323:18 372:19
471:9
**problem** 168:16
171:16 176:24
199:13 218:22,25
250:15 258:2
345:13,14,15
358:2,3 390:19
399:14,20 400:20
410:7,7 416:8,9
432:16,17 469:5
**problems** 227:12
328:4
**proceed** 226:17
319:19
**proceeded** 239:12
363:3
**proceeding** 310:22
341:19 411:16,20
**process** 385:25
386:6,8,24 387:9
388:3
**produce** 366:17
367:3 445:14
446:8 447:7 448:8
448:16 449:6
**produced** 145:19
145:20,21,23
155:15 162:16
193:25 209:11
358:10 359:14,15
366:16 445:11
447:8
**production** 228:11
252:10 265:19
279:14 323:12
324:24 327:9
333:2 408:11
**profane** 200:13
203:6,16 204:9

**profanities** 147:19
**profanity** 148:3,8
  148:10,16
**professional**
  296:13 488:5
**progressed** 185:16
**progressing**
  185:24
**prohibition**
  399:10
**promised** 296:17
**proof** 366:24,24
  429:19,19,24
  430:13
**properly** 440:14
**proposition**
  133:11
**prospective**
  130:23
**protect** 346:10
**protecting** 419:5
**protection** 416:5
  434:3
**protested** 250:6
**prove** 150:25
**provide** 429:19
**provided** 429:20
**provocative**
  261:16
**provoke** 262:19
  377:17 378:9,16
  379:9,11,14 380:3
  380:6
**provoked** 378:13
  380:5
**provoking** 243:22
  377:24 379:15,20
  382:8 410:5
**psycho** 401:8
  403:16 404:11
  407:9,15 412:4

**pto** 138:9
**public** 125:19
  483:24 488:6
  489:25
**pull** 291:21 292:5
**punch** 231:15,22
  235:17 245:19
  272:22 277:21
  283:14,18,22
  284:8,9 290:25
  292:13 302:9,9
  303:8,11 305:10
  305:12,23 306:11
  306:13,24,25
  338:7
**punched** 278:18
**punching** 291:19
  291:20 292:3
  301:17
**punished** 131:11
**punitive** 249:10
**purpose** 150:15
  159:21 390:24
  394:17,21
**pursuant** 125:17
**push** 477:15
**pushed** 345:7
  430:6 477:14
**pushes** 346:21,22
  347:5
**put** 129:21,21
  130:9 138:15
  144:4 148:6
  164:12 165:18
  169:15 172:9
  182:6 221:12
  230:8,22 233:10
  233:16,25 240:7
  240:10 245:17,17
  251:19 257:5,6
  273:25 274:25

276:2 284:7 291:3
  292:21 302:19
  303:9 305:5 309:3
  309:16 310:10
  335:24 352:23
  354:3,3 359:8
  374:25 384:5,8
  411:9,23 415:3,12
  416:16 417:8,15
  418:13 423:17
  425:16 437:10
  439:18,21 440:20
  447:12 449:18
  451:7 462:21
  463:19,21 464:5
  464:22 466:23
  467:3,5,20 468:15
  469:12 470:12,18
  471:2,17 480:8
**puts** 322:17
**putting** 417:3,4
  418:19 459:15

**q**

**question** 130:7,20
  132:2,8 136:22
  140:16 143:13,18
  143:20 152:15,15
  158:25,25 159:6
  163:20 181:25
  182:2 187:23
  188:11,16 189:25
  191:18 193:5
  194:14 222:12,12
  250:23 257:24
  258:5 290:23
  297:8 298:7,7,13
  299:15 300:2,11
  303:16,17,18
  318:15 340:4,6,18
  351:6 358:4
  380:11,19,25

385:8,20 386:22
  386:23 387:8
  394:23 404:25
  406:4,4 414:7
  418:4 419:9,13
  420:2,7,14,15,19
  421:4,22 422:3
  423:3,17,22 425:4
  430:8 431:14,16
  431:18 438:9
  445:4,4 472:5,7,25
  473:2 476:6,14,24
  481:2,7,15 482:13
**questioned** 403:20
**questions** 188:21
  319:14 479:24
**quick** 144:11
  224:7 319:14
  340:18 396:24
**quickly** 365:16
**quiet** 249:23
  316:17 317:23
  318:3,8 375:12
**quietly** 398:20
  399:12 405:24
**quite** 152:15
  245:24 272:10
  279:7 358:15
  427:16
**quote** 171:18
  241:4 242:25
  260:13 261:13
  262:7 264:16
  283:8 284:7
  340:25 364:16
  454:8 462:5

**r**

**r** 126:2 253:13
  488:2
**rabinovich** 147:20
  148:22 153:9

157:16 161:4,17
183:13 186:11
316:2 437:8
479:13
**races** 237:22 435:5
**racial** 141:17
142:10,10,15
**racist** 235:25
237:6,24 238:6
247:5,6 435:7
**rail** 455:10,12
**raising** 437:6
**rant** 242:24
**ranting** 464:12
**rappel** 485:19
486:2
**reach** 229:17,23
268:5 319:7
**reached** 322:16
**reaching** 233:13
**read** 144:17
218:18 219:12,13
219:14 243:10,13
272:10 328:8,13
334:14 456:23
457:2,5,7 464:18
**real** 143:5,21
148:24 167:7
243:22 262:21
274:5 469:5
**reality** 304:24
**realize** 215:17,22
407:2
**really** 132:20
139:24 140:20,22
167:10 174:19
196:6 228:25
229:3,9 234:8
241:5 259:21
266:16 267:11,14
267:18,18 272:21

272:25 362:18
417:3,5,9 437:18
458:10 460:20,21
460:25 461:3,14
463:9 467:9
**reason** 132:24
134:12 136:19
142:6 153:5 175:9
178:4,6 179:7,7
180:13 181:11
187:6 199:14
201:10,22,23
232:23 233:14
234:19,20 237:10
239:18 251:11
257:14 273:13,14
276:3,5 281:21,22
290:5 302:16
314:22 329:11
346:8 390:7 391:3
393:8 402:9
420:16,20 421:5,7
421:8 422:23
423:8 427:9
465:18 466:4
475:10,12 476:24
489:8
**reasonably** 255:18
**reasons** 136:19
307:5 316:9
381:17 418:23
421:24
**recall** 149:8 150:2
150:5 159:3,13
160:25 161:2,3,5
165:21,24 166:6,8
166:14 168:9,19
169:10,12 175:12
177:5 206:16
208:15 229:25
243:25 244:14,25

246:2 250:11
271:4,23,25,25
272:3 277:19,20
278:7,20,24 279:5
279:8 281:15
285:16,18 286:16
287:4 296:23
297:9,10,15,18
298:8,14 299:21
303:19,21 304:2
306:23 316:23
318:10,16,21
358:6 374:11
400:3,9 425:5
448:2 449:11,12
463:8 470:11
**receipt** 154:23
366:15,16,18,23
367:2,4
**receive** 408:24
409:9 482:7,8
**received** 188:24
190:24 300:15
301:2,15 333:16
333:17 335:15
336:11,15 342:3
349:13 408:24
**recess** 190:18
227:8,21 310:7
397:7 426:10
**reco** 457:8
**recognize** 145:10
145:12,24 162:12
193:20,22 208:24
227:25 228:3
265:22 279:17
293:2 310:11
323:15 324:5,6,8
324:14 325:19,21
325:24 327:6
331:20 343:2,9,10

348:9 353:2
359:11,13 371:14
376:5,6 389:13
397:21,22 408:4
449:25 456:20
457:8
**recollection** 205:7
281:10 349:8
350:3 372:16
373:19 462:9
**reconsider** 316:18
**reconvene** 227:4
**record** 127:3
145:18 185:20
190:3,10,12,12,15
190:17,20 227:7
227:10,16,20,23
310:6,9 332:24
396:24 397:6,9,11
397:15 423:17
425:17 426:9,12
477:3 480:5
483:13
**recorded** 483:7
**rectified** 183:6,8
**rectify** 182:21,23
**redacted** 194:23
195:3,5,8
**redactions** 194:14
**redirected** 430:10
**reestablished**
133:15
**refer** 457:4
**referenced** 482:25
**referred** 155:3
156:23 163:2
194:10 210:10
228:16 252:3
262:8 266:9
280:14 293:8
311:10 326:19

327:18 333:7
338:19 343:16
348:22 359:4
360:3 372:8
376:14 396:17
407:23 408:16
456:13 458:2
**referring** 183:12
215:9,13 286:20
295:24 301:22
312:2,24
**reflects** 129:24
**refresh** 205:6
262:11 281:9,12
372:16 373:18
462:8
**refreshed** 264:5
**refuse** 175:11
**refused** 175:9
269:24 270:9
425:14
**regarding** 344:2
**regardless** 229:22
**registered** 488:4
**regulation** 385:9
385:21
**regulations** 415:2
**reinstated** 137:24
**relate** 460:15
**related** 488:12
**relation** 450:13
**relationship**
163:10,15,16,21
163:23 195:15
228:23 253:9
458:8
**relevant** 445:19
446:14 449:4
**relief** 409:25
412:18 417:19,20
417:25 418:10

423:13 434:8
441:13,14
**religion** 237:15
**religious** 301:6
303:7,25 305:9
**remain** 410:9
**remark** 142:10,11
142:15,16 235:25
235:25 237:7,24
247:5 286:24
287:23 435:8
467:25
**remarks** 260:13
**remember** 155:12
159:10 160:3,16
160:18,23 167:10
185:12 189:8
191:3,10 197:8
200:24 201:3
215:10 217:12,16
217:18 231:6
239:25 240:3
246:5,6 253:3
254:13 260:20
263:25 264:8,19
264:20 269:21,22
270:5 271:2,11,13
271:13,23 272:4,5
272:7 275:19,20
276:2 277:21,24
289:4 294:23
295:9 296:2,8
297:11 298:21
307:22 313:12,13
313:15,16 314:4,6
318:18,23,23,24
324:13,15,16,18
325:2,2,18 326:2
326:22 328:23
336:25 359:10
360:8 367:11

378:23 393:20
394:2 444:17,20
444:25 449:22
460:17 462:12
**remembered**
289:8
**remorseful** 303:10
305:11
**remote** 483:8
**removal** 138:3
321:22 340:4,6
**removed** 129:16
136:19 138:21
234:19 235:2
248:21 249:2,8
316:3 347:15
472:9,15 474:21
**repair** 274:17
**repeat** 178:15
**repeated** 146:12
243:2
**repeatedly** 368:16
368:22 396:13
**repeating** 286:9
**rephrase** 143:12
143:17 290:22
300:2
**report** 150:3 151:5
158:10 196:23
200:20 327:19
343:3,5,17 344:23
345:24 357:12
360:12 370:13,25
375:23 376:9,15
383:6 477:18,19
485:22 486:7,19
**reported** 309:9
345:2,12,25 347:7
355:25 358:13,20
415:5

**reporter** 144:19
145:6 154:8,12,18
154:20,25 155:2
162:5 190:2,6,11
194:8 226:4,18
227:2 243:8,13
326:12 425:22
426:4 456:6 480:9
481:12,17 488:5
**reporting** 489:2
**reports** 150:9,11
150:13 469:18,20
**represent** 130:18
336:4,12 342:12
343:22,24 360:10
370:10 374:21
376:23 383:9
389:24 413:13
469:19
**representative**
151:23
**representatives**
343:7
**represented**
134:18 237:21
310:21 322:24
360:12,13,15
361:6 375:20,21
375:24 379:4
411:15 412:23
414:9 442:5
**representing**
439:7
**represents** 136:13
164:21
**reputation** 127:14
127:24 128:3,24
129:8 130:5,10,15
131:10,18 132:3
132:11 133:7,14
133:15,20 134:14

134:15 135:8,12
135:19 136:8,12
136:25 137:9,12
137:25 138:12
139:3,5 208:9
211:3
**reputational**
130:22
**request**  255:19
429:19 448:17,18
**requested**  196:22
243:12
**requesting**  293:24
448:19
**requests**  446:5
484:7
**required**  164:6
175:3 218:10
231:25 259:25
260:2 334:6
**requirement**
337:15
**requires**  385:22
**requiring**  385:10
**rescheduling**
152:23 479:17
**reserve**  340:4
**reserves**  334:19
**resolve**  175:7
176:2,8 177:20
185:9 187:4,10,18
188:6 192:10,16
192:24 193:3
211:5 212:18,24
212:25 213:15,24
220:14,15 221:24
223:22 294:10,11
439:25
**resolved**  175:15
175:19,22,24
176:19,19 186:17

321:13
**respect**  141:5
446:10
**respected**  140:6
140:18
**respectful**  148:14
**respectfully**
141:14 179:23,24
188:13 246:19,20
**respond**  143:7,9
144:5,6,8 151:13
179:11 191:15
192:8,9,16,23
204:6 211:5
221:23,23 222:4
260:23 261:5,5,6,9
265:5,11 288:12
295:5 299:6
300:17,19 303:23
304:6 334:19
340:8 352:11,12
380:14 383:25
413:8 431:17
440:5 441:17,23
441:24 450:12
469:15
**responded**  191:16
300:20 381:23
399:22,23 441:18
460:14
**responding**  202:10
202:11 446:4
**response**  143:10
143:15 151:12
179:3 202:21
206:13 264:25
386:6 413:9
430:24 431:9
**responses**  442:6
**responsibility**
364:17

**rest**  271:22,23
281:2
**restate**  353:17
**result**  321:22
339:6
**resultant**  127:13
**resulted**  280:19
**retiring**  135:9,10
**return**  342:20
**returned**  194:21
**revenue**  127:20
130:23,25 131:3,5
131:7,13 137:4
**reviewed**  331:22
**reviews**  139:8
**richard**  252:11
253:4 485:5
**rick**  240:16
**rid**  312:2,9,15,23
342:5,18 357:20
395:12 418:5
**ride**  267:13
**ridiculous**  306:15
348:19 350:25
351:3,4 387:5
388:25 394:10,11
394:15 466:24
467:7,21 469:12
**right**  129:17
134:13 145:15
147:7 149:5,6,7,13
151:14 153:3,15
157:19 158:6
161:22 168:11
174:17 175:24,25
177:9,11 178:11
188:8 190:3
202:11 206:8
208:8 209:16
210:15 211:16
212:17 230:13,23

230:23,23,25
234:7,18,21,24
235:17 236:2
238:22 241:15
242:7,7 253:18
255:3 260:8,9,23
288:25 290:8,10
298:17 303:15
307:4 309:18
310:5 311:8
318:21 320:10,16
320:19 326:11
331:12 338:11
339:12,13 340:4,5
340:8,12,15,19
341:12,22 343:13
344:4,23 345:25
348:7 354:2
366:10,14 367:2
372:20 387:2
388:5,7 389:11
396:14 407:13
409:18,18 411:16
411:23,24 412:10
412:15,15 414:16
414:19,20 423:6,9
425:11 433:9
436:7,8,10 438:19
440:6,11 441:9
446:23 447:2,3
448:10 449:17
452:2,4,11 455:17
456:19 457:16,17
461:7 468:6,20
471:10 480:16
481:21 482:4,12
482:21 483:3
**rights**  334:19
**ring**  223:13 286:4
454:22

**rings** 284:17
**rise** 257:14
**rivers** 469:24
  470:4
**road** 138:13 489:4
**rochelle** 126:5
**role** 322:23
**room** 146:22,24
  149:2 213:8
  229:23 230:4
  239:24 240:2
  241:2,13,16,22
  252:18,19,19,25
  254:2,5,6,7,12,16
  254:25 255:4,22
  261:20 264:3,13
  268:3,9,10,20
  269:13,16,20,21
  269:22,23 270:23
  270:25 271:12
  272:4,7,9 273:5,16
  277:16,22 283:6
  295:8 299:23
  301:5,9 304:14,16
  307:17,19 308:2
  311:24 370:11,12
  370:18,24 450:24
  451:17,22 452:21
  452:25 454:24
  458:16 459:12,16
  462:2,14 463:2
  464:4 470:9,10,15
  470:23
**rooms** 281:6
**rose** 155:23 157:7
**ross** 247:25
**roy** 155:20,21
  156:7,8,17 224:10
  484:16
**roy's** 156:3 224:23

**rpr** 125:18 488:18
**rubinowitz** 146:3
**rude** 268:8 269:14
**ruin** 208:9
**ruined** 129:3,4
  136:2,3
**rule** 139:21,22
**rules** 296:18 322:7
  415:2
**run** 244:13 245:25
  264:17,21 383:16
**rushing** 354:9
**russian** 149:15
  157:21 160:5,5,8
  160:11,13 165:2,4
  165:6 247:2

**s**

**s** 126:2 398:23
  429:9 489:8
**sadiq** 265:20
  266:13 270:6,6
  485:7 487:6
**safe** 161:15 250:22
  311:13 339:2
**safety** 128:14
  179:15,20 210:21
  211:10 220:4
  221:17 222:8,22
  223:2
**sarcastically**
  178:11,13
**sat** 328:7 361:3
  452:24 454:16
  462:22 470:11
  473:12
**saw** 143:6,7,10,14
  143:16 147:17
  151:3 152:22
  157:4 159:10
  192:20,22 193:6
  199:7 201:15

224:20 236:18
249:18,20 292:18
312:12 325:4,8,10
325:10,11 333:19
333:22 336:8
349:11,12 352:9
353:3 358:10
359:14,20,22
405:4 416:23,24
417:17 421:17,19
422:17 424:10
430:17 442:16,25
444:23 459:11,12
475:7 476:19,22
**saying** 142:6
150:14 151:9
184:9,10,11,15,16
184:18 201:21
202:6 220:3
222:21 238:13
244:14 245:2
246:2,5,6 250:11
250:20 263:25
264:19,20 268:6
268:17 271:2,24
275:20 276:2
281:7 286:16,18
286:19,24 287:4
313:6,12 318:23
339:20 357:5
362:7 380:21
381:10 398:4,23
399:23,24 400:12
400:18,25 401:18
402:2 404:3 450:4
460:6,9 471:17,22
477:13
**says** 146:16
151:19 155:20,21
158:4,15 172:5
173:2 185:5

196:13 200:7
203:13 229:5
231:2,4 241:3
242:17 254:25
256:22 268:2,7,13
272:11 274:24
289:11 294:13,15
298:17 316:15
325:9,22 334:3,19
346:25 360:12
361:19,20 365:25
370:25 372:14,25
374:9 393:6,16,23
398:9 399:19,20
442:24 459:4,19
467:3 472:11,13
**scanned** 482:19
**scare** 184:20
**scaring** 184:19
**schmooze** 181:12
  184:7 229:11
**schmoozing**
  184:17 315:2
**scream** 301:11
**screamed** 202:6
**screaming** 147:3
  147:19 149:16
  157:21 158:8
  159:18 160:4,8,9
  215:25 216:8
  218:23 453:5
**screen** 155:9 162:2
  226:3 227:13
  252:2 373:7
  456:17
**scroll** 323:19,22
  456:22
**se** 126:6
**search** 448:8
**seat** 148:22 240:24

seated  155:21
second  136:20
 138:23 144:11
 175:13,14 176:15
 240:6 252:22
 261:21 262:2
 264:3,4,7,13
 306:10 325:4,5,11
 336:21 353:16
security  308:22,25
 309:7 346:8,13,24
 353:20 354:21
 355:14,16,21
 356:21,24 357:2
 362:11 363:16
 367:22 368:19
 373:24 374:23
 378:18 389:5
 415:17 428:20
 429:13 433:3
see  127:7,11,15
 144:13,16,19,21
 144:22 145:11
 153:25 154:4
 155:10,14 158:3
 162:8 168:12
 174:14 175:6
 177:4 178:22
 180:14 193:17,24
 206:3 208:19
 209:15 214:20
 219:25 224:8
 239:13 248:24,24
 252:6 261:18
 265:15,18 276:22
 277:4 279:9
 292:21 300:3,10
 302:21 306:2
 310:23 316:10
 323:8,18 333:25
 334:2,12,18

336:23 337:13
338:24 347:19,20
347:22 348:11
352:22 354:24
355:7 359:7
379:16 382:22
402:23 408:23
426:14 427:8
430:18 448:15,22
449:18,20,21
456:16 457:13
459:13 469:3
472:22 476:19
seeing  145:5 195:7
 324:15 325:2,2
 326:23 337:2
 410:4
seek  138:14,18
 141:2 439:9
seeking  412:18
 417:17,19,20,25
 418:10 434:8
 475:9
seen  143:10
 186:13 224:14
 254:23 323:18,20
 368:11 370:9
 371:21 375:20,23
 379:3 383:3
 397:24 456:23
semite  142:4
 230:17 231:5
 233:5 235:20,22
 236:3,5 237:9
 243:16 245:8
 257:3 261:2,24
 268:15 270:19
 281:21 304:19
 308:4
semitic  142:11
 235:25 237:6,24

238:6 247:4
280:20 281:7
286:24 287:23
435:7
send  273:10
 342:15 406:21
 408:8 409:19
 411:8 480:19,19
 481:3,5
senior  294:20
 451:18
sense  207:16 213:9
 341:15 390:22
 391:4,5,13
sent  139:7 311:4
 325:6,13,17,23
 326:8,24,25 327:2
 331:22,23 336:14
 341:25 342:8
 352:11 389:25
 406:18,19 408:22
 412:22 429:21
 430:16 441:11
separate  221:15
separately  288:24
 380:15,15,17
september  398:11
series  345:4
seriously  365:12
 403:8 437:15
 474:23
service  179:14
 377:20
serving  295:15
serwat  324:2
 485:20 486:2
seven  243:3 332:5
 332:6,8,19 397:3
 397:14 423:11
severely  303:13

shaking  308:24
share  155:9 162:3
 162:6 226:2
 227:13 252:2
 480:13,14
she'd  196:11
 316:18
sheet  489:2
sheldrake  126:5
shifted  229:22
shine  392:11 393:7
shit  398:5,11,22
 399:7,17,22,25
 403:15,23 404:3,9
 406:15 407:17
 450:4,5 453:7,20
 453:22 454:5
 459:20,20 460:3,7
 461:22,22
shocked  200:9
shop  274:17
short  190:18 227:8
 227:21 310:7
 397:7 426:10
 455:8
shortly  433:21
shout  301:11
 303:25
shouted  270:20
shouting  150:12
 269:15 301:6
 303:7 305:9
show  128:2,8,11
 128:15,17,23
 133:24 135:20,21
 142:13,16 187:17
 241:5 255:25
 314:20 320:15,15
 371:13 389:12
 397:20 466:3
 474:20,25

**showed** 137:4
315:11 327:23
**showing** 128:25
227:24 314:19
317:14 320:9
327:5 465:14,16
465:17 474:23
482:15
**shown** 181:4 220:8
220:9 225:18
324:20
**shows** 136:12
**sic** 331:18
**sick** 399:24
**side** 241:15 268:4
269:7 386:9,10
387:16 438:18
440:15 468:10
**sided** 385:16
386:18
**sign** 209:9 220:2
309:14 322:10
324:3 332:21
333:13 335:3,4,5,7
340:10 345:8
366:19 416:10
435:24 437:4
**signature** 337:12
457:13,14 488:17
**signatures** 210:3,5
210:11 222:21
224:9 294:6
484:24
**signed** 209:8
210:14 224:11,13
293:23 322:5
332:22 335:6,8
340:7 344:2 353:4
402:24
**signing** 208:22

**signs** 196:18
**similarities** 150:10
**simple** 420:19
**simply** 238:14
**single** 286:11
287:8 384:3
**sir** 329:13 349:25
371:14 389:14
431:18
**sit** 219:8 255:17,22
256:9,12,15,21
289:12,13 375:12
451:8,12,13,15,16
451:20 452:5,9,11
452:13,19,20,25
453:17 462:14,15
462:18 463:17
**sits** 241:25
**sitting** 148:20
218:8 219:7,10,11
219:16 241:24
242:7 269:16
283:6 292:13
295:9,10 313:19
314:3 318:9,15
328:2 350:2
360:19,20,23
372:14,18 452:16
453:13,14 470:16
471:5,9
**situated** 281:5
**situation** 147:13
175:8 205:18
212:4 270:24
372:24 375:2,4
382:21 415:15
436:21
**situations** 205:17
**six** 206:10 230:5
241:13 243:2
255:5,10 450:25

**480**:24 483:6
**size** 365:16,18
**skinny** 455:9
**skipping** 326:5
**slash** 361:22 362:3
362:8 363:6
364:23 367:8,13
367:15 368:14,17
368:23 373:22
375:11 377:13
382:4
**slashed** 363:15
374:19 379:17
**slashing** 365:21
**slice** 388:19
**slurs** 280:20
334:11
**smacked** 283:11
**small** 230:6
**smarks** 429:10
**smart** 344:6 345:4
345:10 346:5
352:25 353:5
354:5 355:9
356:15,21 357:8
357:20 362:12
363:17 375:16
406:25 407:2
410:2,2,5 412:19
413:10 415:5,9
416:2,7,25 417:9
417:16 418:6,13
419:17 421:17
424:19 428:24
429:9 432:8,10,14
434:23,25,25
435:17,22,23
436:22 439:6
444:5 459:8
477:14,22 486:11

**smart's** 362:12
434:16,24
**smarts** 353:12
**smashed** 281:4,25
**smile** 177:8
**smiling** 178:24
**smirk** 176:18,21
177:18 178:10,12
178:12,17,17
**smirking** 176:13
176:22,24 177:2,5
177:7,8,20 178:3,8
178:19 330:23,24
395:8
**smirks** 176:25
**sneeze** 320:22
321:2 339:16
414:5
**socialize** 195:22
**soft** 454:8,12,14
454:20,25
**solicit** 196:8,9,10
196:19 199:9
**soliciting** 196:20
198:9,10,20,23
199:4,15,16
201:16 206:20,21
**solve** 176:4,6
**somebody** 136:12
138:24 159:15
169:20 170:9
176:3 180:3
183:20 203:15
204:17,21 218:13
223:8 288:11
290:25 291:2
306:13 354:3
381:8 386:10
417:20 436:8
476:25

**somebody's**
    436:12 473:12
**someone's**  205:13
**someplace**  138:19
    234:7 235:15
    394:16,18 424:18
    442:25
**soon**  199:7 346:19
    458:16
**sorry**  132:8 145:6
    170:23 202:19
    214:6,6,7 220:23
    257:25 279:6
    280:5 283:21,25
    284:25 353:15
    354:22 358:15
    389:9 404:23
    453:17 457:25
    465:13 466:10
    472:20 480:25
**sort**  178:24 218:19
    380:7,11
**sounds**  307:15
**south**  164:22
    210:17 215:6
    316:22
**space**  205:13
**spade**  247:7,8
    409:24,24 412:21
    412:21 415:8,8
    419:2,2 425:10,10
    430:24,24 432:18
    432:19 433:6,6,16
    433:16 434:15,15
    435:11,12,15,15
    435:18,19
**spanish**  197:13
**sparks**  428:21,24
    429:11 430:10
**speak**  154:13
    157:5 168:22,23

169:24 170:22
    171:3 176:3 189:2
    202:20,22 212:14
    213:21,21 258:2
    363:2 393:18
    413:23 414:2
**speaking**  170:16
    170:21,21 199:19
    199:23 203:15
    296:9 399:11
    456:7
**speaks**  380:11
    453:24
**spear**  309:14
    345:8 416:10
    435:24 436:3,11
    436:23
**special**  428:12,12
**specific**  162:18
    169:11 192:7,8,14
    202:13,24 203:18
    203:19 475:21
    476:23
**specifically**  136:5
    136:23 415:3
**specifics**  180:14
    184:21 192:13
    203:11 204:20
    208:10 210:25
    211:4 217:17
    220:15,20 221:20
    222:10 223:21
**speculate**  370:22
**speech**  204:8
    401:11
**speed**  283:10
**spelled**  253:16
    419:21
**spells**  253:14,19
**spent**  346:10

**spilling**  230:11
**spoke**  165:4,6
    192:4 197:12
    205:2 262:7
    263:23
**spoken**  181:5
**staff**  196:22
    234:18 293:22
**stamped**  162:16
    209:11 292:24
    310:24 327:9
    348:6 372:3 398:7
    450:15 484:14,17
    484:19,21,24
    485:3,5,8,10,13,16
    485:20,24 486:3,9
    486:12,14,17,22
    486:25 487:4,7,9
**stanchion**  373:12
**stand**  170:10
**standard**  427:10
    427:13 473:20,24
    473:25 474:4,5
    483:12
**standards**  334:6
**standing**  205:4
    257:8 264:10
    273:5 368:21
    379:12 426:24
    427:16
**start**  242:4 248:4,7
    258:4 320:20
    357:24 378:22
    465:9
**started**  218:23
    246:10 269:15
    277:17 301:10
    309:9 357:3 374:5
    446:24 453:5
    464:12,17

**starts**  146:19
    215:24 216:8
    361:16 470:15,19
**state**  125:19 126:8
    138:18 210:18
    212:17 214:17
    334:7 364:8
    375:24 383:2
    386:22 409:13
    410:25 411:3
    416:7 427:7
    459:21
**stated**  155:22
    232:25 250:8
    256:14 311:25
    312:14 313:17
    380:4 430:5
    446:18
**statement**  147:16
    151:8 152:3 155:4
    156:24 159:7
    163:3 194:11
    207:4 210:11
    228:17 237:5
    238:4,5,6 243:17
    244:2,19,19,21,24
    245:2 246:4,13
    248:19 249:9
    250:3,4 252:4
    253:21 254:10
    266:10 267:21
    280:15 281:16
    293:9 303:3
    306:15,20 318:13
    318:13 335:3
    348:23 360:4
    364:12 369:18
    372:9 381:14,16
    385:17 386:14
    392:20 430:20
    431:4,9,21 432:6

443:12,17,23
444:14,20 445:5
456:14 458:3,25
477:24 478:3
484:14,16,18,21
484:23 485:2,5,7
485:10,12 486:9
486:14,16 487:6,9
**statements** 207:2
288:10 301:24
340:13 430:14
**states** 125:2 138:4
138:4,6 156:17
202:23,25 232:15
244:8 287:22
**stating** 301:16
305:17 306:11
**station** 176:12
372:15,19
**status** 266:25
**statute** 385:8,21
**stay** 200:14 204:24
218:15,15 317:23
318:3,8 357:2
421:11 473:10
**stayed** 316:17
**steadily** 185:16
**steal** 344:25
357:12,14
**stealing** 166:24,25
166:25 167:2,2
357:15,16 410:8
**steam** 303:12
305:24 306:12
**steel** 277:17 278:3
278:9 281:5,14
282:4 291:20
292:4,15
**stenographic**
488:10

**stick** 202:12
392:10 393:7
**stipulation** 322:5
333:14 337:4
338:17,20 440:11
486:5
**stipulations** 480:7
**stole** 309:8 344:24
345:11 356:2
430:7
**stood** 199:21
437:4 463:19
**stop** 162:2 203:15
270:21 286:6
296:13 301:5
405:15 416:3,25
419:19 421:20
424:16,25 425:7
425:12 432:14,24
436:2 439:16
**stopped** 243:9
301:18 373:13
374:6 378:10
382:11 419:8,11
477:25
**stopping** 190:7
421:3
**stops** 218:14
378:22
**store** 455:20
**story** 152:10,12
156:4 219:14,24
232:6 254:4
263:13 302:2,3,6,7
379:6 387:17
440:19 466:3
468:10
**straight** 289:21
436:7 437:25
**street** 126:9

**strictly** 334:5
**strip** 437:22
**stripper** 437:23,23
**strong** 182:12,14
182:16 211:23,25
212:7,9,12 213:3,4
213:6,7 214:3,7,8
320:14
**strongly** 262:7
**studying** 223:12
**stuff** 181:16
339:12 391:25
437:11 445:8
446:24 448:24
453:16 458:19,19
458:19 459:3,5
462:4,7,18 471:16
473:10
**stupid** 354:16
391:23,25 392:4
**submitted** 194:20
194:25 197:2
371:25
**subscribed** 483:18
489:22
**substance** 143:4
191:2 234:23
235:10 384:19
**sudden** 227:14
**suddenly** 283:9
**suffered** 136:7
**suicide** 465:11
467:16
**suit** 360:24
**sum** 234:23
235:10
**summonses**
207:21,22
**sun** 392:11 393:7
**supervisor** 159:25
185:8,11 186:15

224:10 376:20
**supervisors** 175:5
210:16
**supervisory** 377:3
**supply** 450:12
**supporting** 312:13
**supposed** 139:22
199:9 321:24
332:9 383:16,19
415:11
**suppressing**
317:24
**sure** 142:19
145:14 146:6
154:12 156:13
166:2 173:16
175:18,22,24
177:13 180:11
187:2,14 189:15
193:13,23 224:2
227:2,18 241:18
243:20 245:23
254:15 270:5
273:8 304:11
305:20 317:8
323:21 324:23
331:10 347:24
371:17 382:13
409:14 426:6
431:25 449:23
464:19
**surrender** 340:15
341:21
**surrendered**
341:11
**surrounded**
236:14
**suspect** 151:22
319:11 418:15,18
**suspend** 371:6

**suspended** 361:8
  361:14,23 364:3
  364:20,21 370:17
  371:6,7 376:2
**suspicion** 259:3
**suspicious** 330:5,7
  330:9
**swapped** 145:4
**swear** 400:24
  401:7 404:10,10
  412:2
**swearing** 400:15
  403:16
**sworn** 174:10
  483:18 488:8
  489:22
**swung** 373:12
**system** 387:24

**t**

**t** 485:22 488:2,2
**tahir** 244:8 265:20
  266:3,13 269:12
  271:16 272:8
  273:9 274:21
  275:17 276:10
  277:15 402:24
  405:8 407:21
  449:24 450:3,9,17
  451:11 452:15,25
  454:6 455:3,22
  456:12 458:15
  462:6,17,24
  463:22,23 464:7
  469:18 470:13
  472:7 485:8 487:7
**tahir's** 266:25
  268:18 462:19
**take** 127:25 128:7
  128:10,18,22
  166:12 188:25
  190:25 226:5,13

226:23,24 231:25
  233:9 238:10
  244:3 263:19
  269:5 291:13,25
  293:12 296:15
  309:22 310:3
  320:2 321:15,17
  322:3,11,19
  324:17 332:12
  333:20 335:10,12
  336:16,19 338:4,5
  338:8,9 339:8
  354:5 356:18,25
  360:25 361:4,17
  361:17 365:4
  366:4,15 367:20
  368:2,15 373:9
  374:10 380:9
  388:9,11,18 389:7
  396:23 397:16,17
  406:23 426:5
  427:12 428:7,14
  436:9 439:23
  441:4 449:7
  474:16 481:22,25
**taken** 125:17
  128:4 190:18
  227:8,21 248:18
  249:13 310:7
  373:11 382:17
  397:7 426:10
  483:9
**takes** 384:7 387:22
**talk** 130:17 139:23
  140:2 141:15
  164:9 181:15
  185:10 195:21
  204:12 216:2,4,6,9
  216:10,11,12,14
  224:22 231:12
  274:5,20 294:14

318:2 331:7 363:7
  363:21,22 368:24
  369:2,4 374:3,4,6
  374:12,15,17
  375:5 378:20
  382:6 389:6
  396:25 404:12
  413:16 430:9
  432:23 458:10,10
  471:21
**talked** 148:12
  228:24,25 229:7
  253:10 259:18
  313:10 328:3
  429:8
**talking** 171:11
  215:18 216:7,17
  225:23 229:14
  258:4 287:4
  293:25 299:5,7,11
  301:23 313:4
  315:2,4 344:17
  372:23 380:17
  381:4 389:18
  403:15 435:14,22
  478:6
**talks** 127:12
  268:17
**tall** 161:7 455:8,13
**tampering** 459:9
**tanya** 146:3,13
  147:20 152:20,21
  152:22 153:7
  155:23,24 156:18
  157:8,9 158:3
  184:4,6 316:2,5
  437:8 479:13
**tape** 346:24
**target** 454:8,12,14
  454:20,25

**taunt** 176:15,16
**taunting** 176:11
  178:24
**taxicab** 437:20,21
**tell** 129:3 133:24
  134:4,9,11 148:11
  148:17 149:18
  150:7 169:21,21
  169:24 170:10,14
  178:20 180:16,17
  180:18,19,19
  181:23,24 182:5,6
  182:7 184:21,23
  186:2,12,18,19,22
  186:22 187:9
  190:25 191:23,25
  192:2,11,15 195:2
  202:8 203:5,6,7,10
  204:4,4,14 205:22
  205:23 208:5
  210:24 212:23
  220:20 221:21
  222:10,25 223:2
  223:21 225:9,11
  230:3 239:12
  254:11 258:12,15
  260:21,25 269:8
  278:13,14,15,16
  278:17,25 285:14
  294:10 296:24
  299:4 300:22
  308:3,15,17,18,19
  308:20,22 312:4
  344:9 345:17
  346:23 348:17
  349:3 350:9,11,18
  350:23 351:8,14
  353:24 363:14
  366:12,19 367:9
  367:12,13,19,23
  380:2,3,5 382:17

386:9 393:3,5,9,11
393:13 399:15
400:25 402:25
404:11,14,15,18
412:25 414:4
415:24 416:17
423:25 425:9
432:4,7,25 433:2,6
435:20 441:6,8
442:10 467:20
468:15 469:11
474:15,16 480:8
**telling** 147:14
148:2,7 155:23
156:4 157:20
158:20 159:2
161:2,23 174:5
177:16 202:3,4
206:18 245:7
258:9 263:9 270:2
281:19 307:18
328:10,12 329:5
348:15,25 349:15
349:19 352:14
353:12 368:22
370:4,6 378:17
381:19 387:6
401:7 416:5
433:14,16 436:25
460:6 466:2
470:10 471:7
478:24 479:2
**tells** 230:16 257:9
267:23 295:11,19
329:8 354:13,14
364:22 368:12,16
409:24 412:20
415:8 418:25
432:18 435:11
453:16 470:15

**temper** 257:13
**tenth** 425:2
**term** 212:11
**terms** 135:25
136:2 257:13
321:12,15
**terrible** 196:7,14
196:17 198:22,25
247:25 273:18
361:14,15
**terry** 167:22
**testified** 188:23
190:23 191:5
248:13
**testify** 415:20
**testifying** 191:4
**testimony** 174:2
207:9 233:3 254:8
278:4 359:19
430:2 433:20
447:5 484:3
**thank** 127:6 164:3
164:14 482:11
**theft** 345:24
357:13,13 358:13
358:20 415:6
**thin** 455:10,12
**thing** 128:9,17
130:25 137:23
204:17 235:17
250:19 251:3,4
308:8 323:19
345:25 347:23
356:12 361:19
371:19 381:7
391:4 402:8,10
412:15 453:15
462:13
**things** 182:15
249:23 288:16
289:17 337:25

380:2 445:13
446:11 469:22
**think** 131:19
141:6,11,12
145:20 153:8
168:20,23 174:13
174:16,17,19,21
174:22 176:24
197:14 200:4
202:17,21 207:18
207:24 209:24
210:22 220:6
221:16 222:2,5,14
222:16,19,20
223:4 225:19
233:15,16,16,23
236:4 240:3,15
245:15 246:14
251:18 252:25
255:13 258:3
259:12,15 261:6
262:24 267:2,3,20
273:7 275:23,25
282:2 283:24
289:8,16 293:18
293:25 318:19
324:19 326:10
329:5,13,15
333:16,17 336:25
341:17 342:4,6,13
346:24 355:18
360:21 365:8,8,11
375:6,13 380:8,10
381:21,25 382:15
382:16 385:12
392:20,22 395:11
395:13,13,25
396:4,6 404:2,24
410:20 414:12
417:2,5,8,15
418:21 419:2,6

430:16 434:15
435:13 442:13
443:13,19 445:10
445:18 446:13
447:10,16 454:7,9
455:24 456:2
457:12 473:11
474:21 475:2,3,5
475:10,12,14,20
475:22,25,25
480:10 481:17
482:19
**thinking** 168:15
234:9,9 250:16
351:14
**thinks** 393:14
451:11 454:7
**third** 242:5,15
**thompson** 126:11
127:5 144:18
145:2,8 154:7,17
154:21 156:19
162:4,23 189:22
190:9,14 193:13
194:7 208:14
210:7 224:3 226:7
226:11,23 227:3
227:11 228:13
251:21 266:6
280:2,11 293:5
309:21 311:8
319:9 326:4,16
327:15 331:15
333:4 338:15
343:13 348:20
352:16 358:23
359:24 371:8
372:5 376:11
396:14,22,23
407:18 408:13
426:2,6,16 455:17

| | | | |
|---|---|---|---|
| 456:3,9 457:22 | **threats** 128:13 | 444:11 465:24 | 294:19 296:4,8,9 |
| 480:2,10 481:2,6 | 221:9 296:14,25 | 468:19 472:23 | 310:5,8 311:6 |
| 481:14,19 482:5 | 334:9 377:8 | 475:6,25 477:10 | 316:19 318:25 |
| 482:10,22 484:5 | **three** 149:6,13 | 477:23 478:4,9 | 330:20 333:19 |
| **thought** 140:10,11 | 158:12 159:16 | 479:9,14,20,21 | 336:8 346:11,17 |
| 159:9 196:13 | 239:24 255:8,9 | **ticket** 133:2,2,4 | 346:17,18 347:16 |
| 215:19 217:7 | 308:25 316:18 | 164:12,14 171:17 | 352:9 358:9,9 |
| 229:4 376:19 | 325:16 345:15 | 215:15 236:19 | 362:15 365:14,18 |
| 378:11 409:16 | 370:14,16,23 | 277:4 433:13,15 | 366:15 368:12 |
| 420:21 425:6 | 371:3 376:23 | 437:9 438:18 | 369:23 378:21 |
| 429:10 454:7 | 409:5 411:20 | 478:14,15 | 391:24 395:15 |
| 460:24 461:9,16 | 414:9 432:15 | **tickets** 133:5 | 397:5,8 398:24 |
| 462:24 470:13 | 440:23 444:15 | 163:13 164:2,3 | 403:3,5,6,11,18 |
| **thousands** 237:25 | 445:6 | 276:19 277:9 | 404:4 418:16,18 |
| **threat** 141:17 | **threw** 231:15,22 | **tieg** 235:7 | 422:2,5 424:13 |
| 210:20 211:10 | 241:7 242:8,11 | **tilman** 247:20 | 425:2 426:8,11 |
| 220:4 221:17 | 272:22 277:21 | 248:8 | 446:20 448:11 |
| 222:7,22 357:22 | 283:14,18 289:20 | **time** 127:2 129:15 | 453:24 470:6 |
| **threated** 204:9 | 292:11 304:6,9,12 | 131:24 143:7,16 | 472:13,18,19 |
| **threaten** 203:4,8 | 322:14 335:14,15 | 159:19 161:6 | 479:7 483:11,12 |
| 203:21 205:24,25 | 338:6 428:4,5 | 164:24 166:11,15 | **times** 127:19 |
| 207:10,11 208:6 | 464:13 465:16,18 | 166:16 174:20 | 129:11 243:3 |
| 216:11 222:25 | 466:19 468:4 | 177:2,11 179:11 | 274:16 283:17 |
| 275:4,6,7,9,12,13 | 469:14 474:24 | 190:2,6,16,19 | 345:16 346:7 |
| 275:16 284:14,20 | **throw** 235:17 | 195:6 196:10,10 | 354:4 395:23 |
| 473:13,17 | 241:10 242:10 | 197:20 206:7 | 423:11,11 459:21 |
| **threatened** 179:25 | 245:19 291:9 | 223:10,13,14 | 460:19 |
| 200:14 203:17 | 292:13 302:9 | 224:20,21 225:23 | **timing** 397:12 |
| 204:21 205:23 | 304:15 306:24,24 | 227:6,9,19,22 | **tirade** 280:19 |
| 223:18 225:6 | 320:23 321:3 | 229:12,13,21 | **tired** 293:14,15,16 |
| 274:25 363:4,13 | 332:13 335:22 | 233:12,23 234:8 | 402:15 452:10,11 |
| 365:6 377:12 | 385:5 414:6 | 235:16 238:14 | 463:19 |
| 381:8 | **throwing** 283:22 | 239:12 240:4,6,13 | **tires** 361:22 362:3 |
| **threatening** 203:3 | 339:17 | 240:14,15 242:5 | 362:9 363:6,14 |
| 205:3 208:4 275:5 | **thrown** 166:16,18 | 242:15 250:16 | 364:24 365:21 |
| 334:8 339:5,11 | 245:20 263:7,8,18 | 252:20,22 261:25 | 367:8,14,15 |
| 352:20 382:9 | 289:17 290:24 | 262:2 264:3,4,7,8 | 368:14,17,23 |
| 388:15,16 412:12 | 301:7 333:14,15 | 264:14 266:16,20 | 373:22 375:11 |
| 414:18 | 341:8 407:13 | 267:10 269:25 | 377:13 379:17 |
| **threatens** 387:20 | 421:10 428:18 | 270:11 271:3 | 382:4,13 |
| | 439:13 440:8 | 276:8 285:24 | |

| | | | |
|---|---|---|---|
| **today**  178:22 | 358:3 362:16,24 | 211:20,22 248:5 | 376:23 |
| 184:12 313:9,12 | 363:8,12 365:25 | **towering**  203:2 | **tried**  146:20 147:9 |
| 313:19 314:3 | 366:3 367:16 | 204:25 | 147:13 148:24 |
| 318:10,15,18 | 374:2,17 375:3,10 | **track**  326:13 | 158:22 173:10 |
| 350:2 | 377:10 381:13,15 | **traffic**  196:25 | 203:14 225:23 |
| **today's**  480:15 | 382:3,5 389:6 | 210:17 341:3 | 255:21 270:23 |
| **told**  131:12 134:6 | 393:6 395:14,20 | **train**  285:6 | 290:25 301:17 |
| 134:7,12 135:23 | 396:12 400:7 | **trained**  286:3 | 466:13 |
| 141:7 142:2 | 404:15,17,17 | 403:10 | **true**  147:21 149:4 |
| 147:14 152:13,20 | 406:13 408:25 | **training**  284:16 | 171:22 176:14 |
| 155:24 156:17 | 418:23 422:22 | 285:24,25 403:2,5 | 179:7 183:21 |
| 157:8 182:13,18 | 424:9,17 428:21 | 403:19 | 198:2 200:2,3,16 |
| 191:20 198:3 | 440:5 450:6 460:5 | **transactions**  277:5 | 200:22 239:15 |
| 199:22 204:24 | 464:6 467:2 | **transcript**  253:12 | 244:18,19,20,24 |
| 212:10 213:10 | 468:21 470:6,7 | 480:8 | 245:2 246:3,4,6,7 |
| 231:19 232:13 | 471:23 476:18,22 | **transcription** | 246:12 248:15 |
| 243:14 247:7 | 478:7 | 488:10 | 260:16 267:8 |
| 258:20 260:17 | **tolerated**  334:11 | **transcripts**  480:13 | 277:18 283:13 |
| 261:23 272:15,19 | **ton**  321:4 455:7,16 | **transferred** | 284:9 285:9 |
| 273:2,22 277:22 | **tone**  373:8 | 282:22,22 | 286:13 289:15,19 |
| 278:12 280:19 | **top**  144:17 149:7 | **translated**  165:5,5 | 289:25 290:4,5,6 |
| 283:17 286:10 | 149:13 153:15 | **translation**  165:8 | 292:11 298:20 |
| 287:7 290:6,8,17 | 157:19 158:9 | **translator**  197:12 | 307:18 318:12,13 |
| 291:3,10 295:2 | 193:22 194:15 | 197:16 198:19 | 366:6 379:24 |
| 299:8,21 302:18 | 228:3 311:23 | 199:10 | 403:25 427:19 |
| 303:21 306:22 | 325:10 326:2 | **transpired**  196:24 | 431:3,4,5,8,21 |
| 307:5,21 309:12 | 451:7,7 | **traschen**  134:7 | 471:12,15 488:9 |
| 310:16 311:16 | **total**  131:13 | 136:21 138:23 | **truly**  423:24,25 |
| 314:7,17 320:2,20 | 366:20 440:18 | 244:22 246:9 | 469:8 |
| 320:23,24,25 | 467:8 | 263:15 265:2 | **trust**  128:5 339:19 |
| 321:15,16,18,20 | **totally**  476:2 | 382:22 444:10 | 339:19 |
| 322:13 328:15,16 | **touch**  451:19 | 477:9 478:11 | **truth**  147:9,14 |
| 328:17 329:6 | 453:9,16 458:18 | **treat**  148:13 | 150:17 158:21 |
| 335:25 336:16 | 459:4 462:3,6,20 | 246:18,19,19 | 159:2 174:5 |
| 337:23,25 338:2,2 | 464:2,5 470:14,20 | 342:7,16 448:17 | 201:21 212:17 |
| 338:5 339:15,18 | **touched**  159:14 | **treated**  141:13 | 219:17 230:2 |
| 339:23 341:5,7,23 | 241:19 470:21,22 | 179:22,24 427:8 | 265:3 273:18,19 |
| 344:15,21 345:18 | **touching**  159:3,11 | 427:22 428:11,13 | 319:2 320:25 |
| 349:6,16 355:25 | 469:22 | **treating**  342:10 | 384:18 |
| 356:5,5,24 357:24 | **tough**  139:10 | **trial**  125:15 | **truthful**  267:25 |
| | 140:11 211:18,19 | 341:12 375:22 | 384:17,18 |

**[try - usually]**                                                    Page 50

**try**  138:17,20
  182:21 212:18
  217:21,22 317:16
  318:19 329:5
**trying**  130:8
  140:12,13,14
  141:2 157:18,22
  158:7,13 161:18
  161:20 163:14,16
  163:17 168:25
  169:6 171:12
  173:5 174:24
  175:2 177:21
  182:23,25 185:9
  213:12 225:20
  245:6,15 251:15
  303:8 305:10
  319:7 354:13
  355:17 412:13,15
  412:16 414:25
  418:5 420:10
  423:20 463:23
**tucci**  156:7 157:3
  157:14 158:15,20
  159:2,7,24 224:10
  484:16
**turn**  206:11
**turned**  200:12
  203:14 302:11,12
  308:21 363:11
  373:14 378:13
**tvb**  131:5 132:5
  137:4,7,11 138:4
  139:6 163:7,8
  174:14 181:18
  220:7 245:4 247:2
  248:22 253:7
  257:18 266:15
  269:2 276:11
  288:19 289:2
  290:3 291:6

296:16 299:17
  300:13 308:9,13
  315:11 316:6
  317:12 321:22
  330:3 334:4,23
  337:21 340:20
  342:5,20 365:10
  369:10 376:21
  388:9 398:11
  404:5 405:10
  406:8 412:8
  416:22 417:13,14
  418:9 439:15
  442:20 464:24
  471:19 472:16
  473:4,23 474:6,14
  475:15
**tvb's**  474:4
**tvbs**  166:18
**twice**  180:19
  181:24 182:7
  186:19,23 192:2
  231:20 232:14
  243:15 244:9
  258:13,16,21
  260:18 261:2,25
  261:25 262:4
  268:7,24,24
  271:24 272:16,20
  273:3,23 278:14
  278:15,17 279:2
  281:20 290:10
  299:9 302:19
  304:19 329:9
  363:4 377:13
  378:17 382:5
  387:20,20 468:22
**two**  201:22 220:11
  241:21 259:5
  302:11 308:25
  316:13 321:23

322:2 325:17,21
  326:25 327:2,3
  332:6 333:18,19
  333:23 335:16,23
  337:25 341:8
  342:2,9 345:15
  346:9 428:5 451:4
  469:20,23
**type**  130:17 131:4
  135:17 136:10
  150:25 178:16
  195:23,24 213:23
  232:17 238:5,5
  239:6,9 251:8
  351:4 353:10
  390:9 457:15,16
**types**  435:3,3

**u**

**um**  434:24
**un**  226:2
**unbiased**  426:24
**undersigned**
  210:15
**understand**  129:8
  139:15 140:15
  158:24 159:5
  163:19 166:24
  168:25 177:13
  182:12 192:22
  245:6 289:22,23
  290:12 302:17
  317:23 348:16,17
  351:11 384:22
  390:5,14 394:21
  396:22 406:2
  418:3,11 419:23
  438:7 465:4,6
  476:5
**understood**
  205:10 315:8
  318:14

**unfounded**  225:7
  225:8,10
**unit**  480:23 483:6
**united**  125:2 138:4
**unnecessary**
  148:25
**unruly**  362:16,25
  382:6
**unsigned**  353:5
**unstable**  214:17
  220:5 221:16
**untrue**  271:17
**untruthful**  143:23
**upset**  149:20,23
  215:21 216:7,15
  216:16 225:24
  235:19 250:13
  258:14 263:20,21
  269:14 270:12,12
  270:13 271:3,4,25
  272:18 281:13,17
  281:18 282:14
  301:20 304:2
  314:9 329:9
  370:21 371:5
  451:13 453:13
  463:23 479:7
**use**  148:16 153:16
  250:6 262:16,23
  287:16 288:4
  297:7 306:21
  334:10 384:7
  390:7,11 394:19
  419:17 421:16
  449:7 453:21
  454:2 464:9
**uses**  436:23
  453:22
**usually**  154:13
  326:13

**v**

**v**  489:5
**vahat**  316:15
**vahdat**  209:9
   218:6 219:13
   233:17,24 234:14
   234:16 244:21
   246:10 251:18
   263:15 264:25
   293:19,20 294:8
   296:3 298:10
   300:25 303:2
   316:14 318:17
   382:22 393:17
   477:23 478:12
   485:13
**vahdat's**  293:4
   410:10,12
**value**  127:19
   129:10 130:9,10
   131:18
**varied**  165:17
**variety**  200:12
   203:16
**various**  405:20
**vehicle**  151:23
   316:21
**vehicles**  200:15
**verbal**  191:11
   261:15 334:9,10
   352:21 377:7
   382:9 404:20,22
   405:2,5,12,13,16
   405:25 407:7,10
   407:17 411:25
   412:12 414:17
   473:9,11,13
**verbally**  141:16,17
   141:21 156:15
   189:2 191:2,20
   192:5 305:13

307:13 377:17
381:7 393:23
400:14,15 406:10
406:11 407:11,14
458:17 469:22
473:6 474:7
**vergara**  372:11
   374:7,9 379:7
   486:17
**veritext**  154:22
   326:8 489:2
**version**  156:3
   253:24 256:6
   263:12 302:4
   303:6 305:6,8,14
   308:11 311:14
   365:24
**vice**  176:25 177:9
   177:11,14,17
   178:9
**vicinity**  231:16,17
   231:23 283:18,23
   292:14 302:10
**video**  125:15
   430:3 483:7
**videographer**
   126:14 127:2
   144:20,21 190:16
   190:19 226:16
   227:5,9,18,22
   310:4,8 397:4,8
   426:8,11 480:6,22
   483:5
**videotape**  138:25
   291:19,21,22
   292:5,17 347:8
   417:10 444:6,8,11
**videotaping**
   154:14
**view**  171:5,7,8,8
   211:9,16 444:7,10

477:14,16
**viewing**  477:10,11
   477:13
**violation**  341:3
**violations**  210:17
   376:24
**violence**  200:14
   203:17 204:10,21
   308:12 334:9
   339:6 343:3,5
   486:7,19
**violent**  202:25
   204:25 206:11
   321:21
**virtual**  483:8
**vituperative**
   257:13
**voice**  141:15 157:4
   170:22 314:9
**volume**  125:22
**vulgar**  200:13
   203:6,16 204:8
**vying**  133:3

**w**

**wait**  156:11
   175:13,13,14
   176:15 190:2
   243:8 320:17
   321:7 385:2
**waited**  321:8,9
**walk**  149:2,8
   152:6 176:12
   196:11 199:9
   213:8 223:9
   230:19 255:8
   307:25 330:20
   331:2 355:21
   362:21 369:10,12
   384:23 385:2,3
   451:22

**walked**  147:8
   229:16 231:10
   233:6 242:12
   250:14 257:4
   262:2 267:24
   268:20 270:13
   273:16 346:7,14
   353:13 354:15
   355:10 357:5
   363:11 378:9
   382:10,11 402:13
   404:4 462:13
**walking**  146:20
   147:9 148:23
   158:22 198:11,13
   198:16,21 331:5
   353:19 354:12,20
   355:2 373:16
   374:5 378:22
   392:8 432:22
**walks**  442:23,24
   470:14
**wall**  231:16,18,21
   231:23,24 235:18
   235:18 245:20
   272:23,23 277:17
   277:21,24 278:5,8
   278:18 282:2,5,15
   283:15,18,19
   291:19 292:4
   304:25 305:23
   306:12,25 307:2
   338:7
**walls**  281:4,14
   303:11 305:12
   306:14
**walters**  247:24,24
   360:18 364:21
**wanda**  348:3,4,14
   352:4,5 486:9

**want** 150:19,20,24
158:18 168:22
169:23 170:7,12
173:19 180:14,15
184:11 188:12
193:4 199:17
201:16 204:13
205:18 206:16,18
216:10 221:19
222:9 223:11,14
224:22 230:10
234:15 237:17
245:21 249:16,18
276:10 277:6
282:8,16 287:14
303:16 306:3
311:18 314:16
326:14 332:13
345:19,20 351:23
352:2 362:22
363:17 365:4
378:11 388:10,17
388:18,18,23
390:22 409:8
410:3 412:6,8,9,10
415:7,10,17
416:25 418:8
419:20 420:3,5,12
420:24 421:8,9,10
421:19,24 422:16
422:24,25 423:12
423:14,14,15,17
425:8,10 432:10
432:11,12,12,13
432:24 434:8
435:9 436:2
437:19,20,21,22
437:24 438:3,4,5,8
438:20,20 439:12
439:13,14,15,15
439:16,17,18,20

441:16,23,25
452:11,20 457:7
469:3 480:7
481:13
**wanted** 132:25
141:20 145:2
173:20 174:14,18
175:14,15 232:23
233:18,25 241:18
249:19,21,23
250:2 251:17
259:16 277:10
285:3 290:18
342:5,17 357:19
357:20 365:25
375:14 395:12
417:5,6,16 421:10
421:11,12 422:25
424:12,15,20,25
425:6,7,7,12 439:6
463:17,18
**wants** 281:8
291:13 377:24
378:17 387:5
388:11,21 438:16
441:12,21
**warn** 300:12
427:25
**warned** 298:18,25
299:16 339:4
404:16,20,25
427:17
**warning** 427:21
**warnings** 300:16
**warrant** 242:23
**warranted** 334:21
**waste** 391:24
**watch** 331:3
**watching** 379:12
379:15,16,16

**way** 132:2,9
149:25 173:8
202:5 210:4
233:11 239:14,18
239:20,22 251:24
253:16 259:19
261:15 289:5
295:17 303:23
317:21,22 320:22
321:2 330:16
331:6,11 339:17
366:23,24 367:25
368:4 411:24
414:5 443:18
**ways** 357:4
**we've** 223:24
271:15 297:14
301:23 380:16
381:3 469:17
**wearing** 248:14
**website** 410:21
411:4
**wednesday** 301:2
**week** 328:11,11,13
347:6 408:25
**weekend** 181:14
184:10 217:14
**weeks** 316:13
408:7 409:5
440:24
**welcome** 263:9
295:2,11,22
303:22 307:21
310:17
**went** 163:12,25
196:3 197:11
198:4 229:16
240:6,7 242:24
244:12 267:14
277:16 319:20,20
328:11 329:17,18

329:19,20,23
337:23 363:21
378:10,12 379:9
383:18 393:18
408:6 416:3 440:8
**whatsoever**
196:17 434:4
**wide** 230:6 241:14
255:6,11 451:2
**width** 255:7
**willing** 423:21
**willinger** 464:13
464:14,16,21,23
465:2 467:10,25
468:9,18 469:14
**win** 140:13 247:18
247:21,25
**window** 168:15
**winds** 465:10
**winning** 460:22
**wish** 185:20
300:17,18
**withdraw** 132:8
250:23
**witness** 226:9
309:25 396:20
397:2 443:11
480:18,25 481:21
482:6,12 483:3
488:7
**witnessed** 249:6
462:5
**witnesses** 386:13
**wives** 328:5
**woman** 146:4,11
148:13 149:8,18
152:7 156:4 158:7
158:19,23 159:4
159:11,14,23
160:13,25 169:14
171:4 174:20,22

179:24 198:13
204:12 205:25
206:17 207:10,11
207:22 215:20
216:22,23 217:8,9
217:20 219:3
250:15,18 297:18
298:16,22 299:20
300:5 306:11
345:18 394:4
403:15
**women** 148:13
153:16 160:11
170:4
**won** 461:16
**word** 169:24,25
170:6,10,11
216:10,12 243:19
243:20 262:16,24
287:2,13,16 288:5
330:11 331:4,9
337:9 380:8 398:4
398:22,22 399:7
399:17 400:5,6,7
400:16 401:10
403:23 404:9
405:23 406:14,15
407:16,17 450:4,5
450:5 453:6,22,22
454:4,5 460:3,7
472:7,9 473:7
**words** 176:17
181:3,4,4 183:18
208:5 256:14
260:21 262:23
270:8 313:21
344:7 361:25
380:3,4,6,9 400:24
401:7 404:11
412:3 430:25
443:7 454:3 464:9

**work** 130:17
131:23 135:10
151:25 153:4
161:13 164:9,10
166:3 197:7,9,11
197:13 198:4
199:5 201:17
218:8 274:16
288:19,20,23
317:21,22 327:3
328:4 329:20
332:19 343:3,5
354:21 355:3
360:11 384:5,8
422:25 423:14
425:8 437:22
439:16
**worked** 165:4
167:16 168:2,2
195:12 197:12,21
253:7 288:18,23
324:11
**workers** 330:2
**working** 128:21
137:10 187:5
206:19 235:22
239:19 288:21,22
354:16 387:15
421:11 433:4
437:15 438:18
439:6 479:10
**workplace** 486:7
486:19
**works** 183:11
228:20
**world** 260:6
306:19 378:3
**worried** 405:6,17
406:5,9,11,22,24
415:21 416:12,20
419:16 422:7,10

422:12 438:25
439:3
**worst** 128:9,16
306:18 378:2,4
**worth** 380:17
**wound** 469:5
**wrap** 480:23
**write** 150:18,19
204:15 214:16
215:2 232:15
252:15,16 258:18
258:23 262:5
263:11,16,18
264:24 266:4
279:23 280:8
288:10 304:17
307:9 326:14
351:21 360:25
361:10,24 369:23
383:5,21,22,23
387:3 410:18
420:8 426:20
428:19 429:17,18
439:8,9,23 449:8
**writes** 147:17
148:19 157:7
159:24 164:16
168:12 171:15
175:4,5 176:9,10
179:12 183:10
185:15 196:21
199:18 200:11
204:23 206:8
229:15 238:11
239:11,23 240:23
241:4 242:20
244:11 250:5
255:15 257:11
260:12 261:13
262:6 263:22
264:15 269:12

270:16 272:8
273:9 277:15
280:18,25 283:5
284:6 286:8 287:6
293:20 296:11
300:25 301:14
303:2 305:6
311:20 316:13
340:24 344:5
364:15 373:6
376:22 377:5,14
392:7 454:6
458:13 460:12
461:25 462:2
463:3 464:11
466:25
**writing** 134:6,8
190:7 243:9 300:7
378:25 415:11
446:22 448:18
**written** 133:5
142:8 144:5,7
146:6 151:6 156:7
202:14 222:20
249:19 271:16
303:23 307:9,12
312:12 333:14
340:14 368:2
370:13 381:4
**wrong** 147:12
160:12 170:5
177:4 205:9
220:17,17 222:6
222:15,17,23
224:18 227:17
278:16 286:18,19
300:22 308:20
320:22 321:2
330:16 331:11
339:17 377:16
382:14 389:8

400:18 414:5
**wrongfully** 328:17
**wrongly** 170:23
**wrote** 152:3 218:5
218:5,7,18 219:12
219:13,15 222:24
248:20,23 267:20
298:3 348:3 352:7
352:25 356:7
371:19 375:24
398:4 413:22
414:8 415:20
416:17 417:24
418:7 419:14
420:11,12,16,20
420:23,25 421:6,6
421:8,23,23 422:7
422:23 423:8,19
424:10,14,22,24
433:9 434:7
442:16 443:2,15
443:19,21,24
444:24 445:12
447:22 448:23
449:21 450:17

**x**

**x** 125:4,11

**y**

**yaakov** 142:2,18
228:4,8,19 232:12
236:9 239:5
246:10 281:19
310:16 431:11
485:2
**yeah** 127:17 130:7
144:15,24 156:8
162:10 169:13,19
176:7 183:14
193:22 198:25
209:13,17 230:2

233:6 244:25
245:3 252:11
261:11,19 262:14
262:14,16 263:21
264:5,22 275:25
276:4 279:11,16
279:19 281:11
284:22 294:4
312:25 314:14
323:14 324:6,10
336:25 337:8,11
342:6 347:22,24
348:7,11,12
352:24 353:3,8,18
359:9 371:18,22
372:4,21,22
373:20 384:4,5
389:23 402:25
408:9 411:22
430:15,21 434:6
442:23 449:24
450:3 457:21
461:2,17 468:12
474:20 480:18
**year** 134:25
319:23,23,24,24
319:25 320:17
321:7 338:3
353:11 358:7
**years** 128:13
129:14,18,20
130:2,4,6,11,14,15
130:19 131:17
214:19 235:23
237:3,3 286:6
313:11,11 314:2
381:15 411:20
414:9 429:6
444:15 445:6
**yell** 148:3 150:21
181:2,9 219:6

**yelled** 148:8
171:24 180:24
184:24 202:6
219:5 453:9
**yelling** 146:19
147:3,19 149:15
149:16 150:12
157:21 158:8,11
159:17 160:4,7
168:18 171:20
172:6 215:24
216:8 218:23
311:22 361:16
407:8 453:6 462:6
469:21 471:15
**yesterday** 154:23
188:22 190:22
248:12 295:17
431:7,24 444:21
**yesterday's**
480:11
**york** 125:2,20
126:5,8,10,10
131:6 230:8
409:13 410:25
411:3 427:7 489:2
489:4
**younger** 403:4
**yup** 373:4

**z**

**zealous** 174:7
180:7
**zealously** 136:14
136:17,18 141:19
174:9 187:7
**zeros** 209:12
**zoom** 347:25

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.