```
3 15 09:01p                                                                    p.1
JUN-14-2012 14:23 From:                         To:516 541 1033        P.1/2
    Jun 14 2012 12:31                              5168233373            p.2
```

## John T. McCann, PhD
1087 Franklin Avenue, No. Valley Stream, NY 11580
Tel: 888-775-COPE   Fax: 516-823-3373

RE:             Mario Capogrosso
DOB:            July 4, 1961
Date of Report: June 14, 2012

### BACKGROUND AND RELEVANT HISTORY:

Mario Capogrosso is a 50-year-old divorced male who was married for four years. Mr. Capogrosso is the son of Mario and Eleanor Capogrosso who have been married for 54 years and he is the middle child of three children.

In 1983 he obtained a Bachelor of Arts Degree in History from Columbia University. In 1992 he obtained a Bachelor of Science Degree in Mechanical Engineering from Manhattan College of Engineering. In 2000 he obtained a J.D. Degree from Quinnipiac University School of Law. He was admitted to practice law in New York in September 2004 and Connecticut in June 2005.

In 2001 Mr. Capogrosso was employed by an engineer company, Washington Group International. The company had offices in the World Trade Center and Princeton, New Jersey. On September 11, 2001, 14 of his colleagues were killed in the World Trade Center. He was close friends with many of them.

Mr. Capogrosso was referred to me secondary to an incident in Traffic Court on December 22, 2011. He was ordered by a Judge to attend anger management for a total of 21 hours. Mr. Capogrosso has been an extremely compliant patient. He completed reading and doing numerous assignments from an anger management book titled, "Anger Control Workbook," by Matthew McKay, PhD and Peter Rogers, PhD. We have explored alternative ways to handle his stress and he gained considerable insight into issues that he had previous difficulties processing.

### SUMMARY:

Mr. Capogrosso has successfully completed an anger management program. He has learned alternative stress management techniques including conflict resolution, impulse control and alternative coping skills. Mr. Capogrosso has gained insight into the reasons that caused him to act unprofessionally. Since his successful completion of the program it is highly unlikely that Mr. Capogrosso would be in a situation like this again. He was compliant with all treatment modalities, including exercise. Mr. Capogrosso has completed a total of 21 hours of anger management.

```
                                    RECEIVED
                            AD- 107919    JUL 23 2015
                                      OSIG
```

P-28

**EXHIBIT**
Exhibit 17

RE: Mario Capogrosso            Page Two

**TESTS ADMINISTERED:**

- Minnesota Multiphasic Personality Inventory-2 (MMPI-2)
- Millon Clinical Multiaxial Inventory-III (MCMI-III)
- Comprehensive Mental Status Exam (CMSE)
- Diagnostic Interviews

**DIAGNOSIS:**

Axis I      V71.09, No Diagnosis
Axis II     V71.09, No Diagnosis

**ATTESTATION:**

I, John T. McCann, PhD, am a clinical and forensic psychologist, duly licensed by the State of New York. I hereby certify that the statements contained herein are true and accurate to the best of my knowledge.

John T. McCann, PhD
License NY # 015944
Diplomate in Clinical Psychology
Diplomate in Forensic Psychology
Diplomate in Posttraumatic Stress
Diplomate of American Board of Law Enforcement Experts
Fellow American Association of Disability Analysts
Certified DOT Substance Abuse Professional
Member American Psychological Association
Member National Association of Alcoholism and Drug Abuse Counselors
OASAS Provider

P-29