NPROSE

SCANNED

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y.
★ MAY 19 2021 ★
Return Mail
BROOKLYN OFFICE

# U.S. District Court
## Eastern District of New York (Brooklyn)
### CIVIL DOCKET FOR CASE #: 1:18-cv-02710-EK-LB

Capogrosso v. Gelbstein et al
Assigned to: Judge Eric R. Komitee
Referred to: Magistrate Judge Lois Bloom
Cause: 42:1983 Civil Rights Act

Date Filed: 05/08/2018
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 04/20/2021 | | ORDER denying 170 Motion for Pre Motion Conference -- Defendant Smart's motion for a pre-motion conference is denied. Defendant Smart shall join the State Defendants' briefing schedule, which is adjourned as follows: Defendants' motions by May 17, 2021; Plaintiff's response by June 29, 2021; and Defendants' replies, if any, by July 9, 2021. The forthcoming motions for summary judgment are respectfully referred to Magistrate Judge Bloom for a Report and Recommendation. Ordered by Judge Eric R. Komitee on 4/20/2021. *c/m to pro se parties.* (Guy, Alicia) Modified on 4/20/2021 (Guy, Alicia). (Entered: 04/20/2021) |



CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

NEW YORK NY 100
21 APR 2021 PM 6 L

neopost
11/24/2020
US POSTAGE $001.00⁰

ZIP 11201
041M11271726

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

NIXIE        100      DE  1           0004/27/21
            RETURN TO SENDER
            INSUFFICIENT ADDRESS
            UNABLE TO FORWARD

BC: 11201183299      *2445-03607-21-44