# Thompson, James

| | |
|---|---|
| **From:** | Thompson, James |
| **Sent:** | Monday, May 17, 2021 11:35 PM |
| **To:** | nry4@aol.com; Mario Capogrosso; Douglas, Maura; Holland-Stergar, Brianne |
| **Subject:** | Capogrosso v. Gelbstein, et al. - State Defendants' Motion Papers |
| **Attachments:** | 180 - State Defendants' Memorandum of Law.pdf; 181 - State Defendants' Rule 56.1 Statement.pdf; 182 - Local Civil Rule 56.2 Notice.pdf; 179 - Notice of Motion for Summary Judgment.pdf |

Dear counsel,

Attached please find as-filed copies of the State Defendants' notice of motion for summary judgment, the supporting memorandum of law, the Rule 56.1 statement, and the Rule 56.2 notice. Declarations and their supporting documents will follow in separate emails. Our office will also send hard-copy versions of tonight's filings to Mr. Capogrosso and Mr. Tahir.

Best,

James

**James M. Thompson | Assistant Attorney General**
New York State Office of the Attorney General, Litigation Bureau
28 Liberty Street, 17th Floor | New York, NY 10005
Tel: (212) 416-6556 | James.Thompson@ag.ny.gov