# Thompson, James

| | |
|---|---|
| **From:** | Thompson, James |
| **Sent:** | Monday, May 17, 2021 11:57 PM |
| **To:** | nry4@aol.com; Mario Capogrosso; Douglas, Maura; Holland-Stergar, Brianne |
| **Subject:** | RE: Capogrosso v. Gelbstein, et al. - Gelbstein Declaration |
| **Attachments:** | 193 - Gelbstein Dec. Exhibit 3.pdf; 194 - Gelbstein Dec. Exhibit 4.pdf; 195 - Gelbstein Dec. Exhibit 5.pdf; 196 - Gelbstein Dec. Exhibit 6.pdf; 197 - Gelbstein Dec. Exhibit 7.pdf; 198 - Gelbstein Dec. Exhibit 8.pdf; 199 - Gelbstein Dec. Exhibit 9.pdf; 200 - Gelbstein Dec. Exhibit 10.pdf; 201 - Gelbstein Dec. Exhibit 11.pdf; 202 - Gelbstein Dec. Exhibit 12.pdf; 203 - Gelbstein Dec. Exhibit 13.pdf; 204 - Gelbstein Dec. Exhibit 14.pdf; 205 - Gelbstein Dec. Exhibit 15.pdf; 206 - Gelbstein Dec. Exhibit 16.pdf; 207 - Gelbstein Dec. Exhibit 17.pdf; 208 - Gelbstein Dec. Exhibit 18.pdf; 209 - Gelbstein Dec. Exhibit 19.pdf; 210 - Gelbstein Dec. Exhibit 20.pdf; 211 - Gelbstein Dec. Exhibit 21.pdf; 212 - Gelbstein Dec. Exhibit 22.pdf; 213 - Gelbstein Dec. Exhibit 23.pdf; 214 - Gelbstein Dec. Exhibit 24.pdf; 215 - Gelbstein Dec. Exhibit 25.pdf; 216 - Gelbstein Dec. Exhibit 26.pdf; 190 - Gelbstein Declaration.pdf; 191 - Gelbstein Dec. Exhibit 1.pdf; 192 - Gelbstein Dec. Exhibit 2.pdf |

Dear counsel,

Attached please find a copy of the Declaration of Alan Gelbstein, with its supporting exhibits.

Best,



James

**James M. Thompson | Assistant Attorney General**
New York State Office of the Attorney General, Litigation Bureau
28 Liberty Street, 17th Floor | New York, NY 10005
Tel: (212) 416-6556 | James.Thompson@ag.ny.gov

---

**From:** Thompson, James
**Sent:** Monday, May 17, 2021 11:42 PM
**To:** nry4@aol.com; Mario Capogrosso <capogrossom@aol.com>; Douglas, Maura <maura.douglas@davispolk.com>; Holland-Stergar, Brianne <brianne.holland-stergar@davispolk.com>
**Subject:** Capogrosso v. Gelbstein, et al. - Calvo Declaration

Dear counsel,

Attached please find a copy of the declaration of Danielle Calvo, with its supporting papers.

Best,



James

**James M. Thompson | Assistant Attorney General**
New York State Office of the Attorney General, Litigation Bureau
28 Liberty Street, 17th Floor | New York, NY 10005
Tel: (212) 416-6556 | James.Thompson@ag.ny.gov

**From:** Thompson, James
**Sent:** Monday, May 17, 2021 11:35 PM
**To:** nry4@aol.com; Mario Capogrosso <capogrossom@aol.com>; Douglas, Maura <maura.douglas@davispolk.com>; Holland-Stergar, Brianne <brianne.holland-stergar@davispolk.com>
**Subject:** Capogrosso v. Gelbstein, et al. - State Defendants' Motion Papers

Dear counsel,

Attached please find as-filed copies of the State Defendants' notice of motion for summary judgment, the supporting memorandum of law, the Rule 56.1 statement, and the Rule 56.2 notice.  Declarations and their supporting documents will follow in separate emails.  Our office will also send hard-copy versions of tonight's filings to Mr. Capogrosso and Mr. Tahir.

Best,

James

**James M. Thompson | Assistant Attorney General**
New York State Office of the Attorney General, Litigation Bureau
28 Liberty Street, 17th Floor | New York, NY 10005
Tel: (212) 416-6556 | James.Thompson@ag.ny.gov