# Thompson, James

| | |
|---|---|
| **From:** | Thompson, James |
| **Sent:** | Tuesday, May 18, 2021 12:00 AM |
| **To:** | nry4@aol.com; Mario Capogrosso; Douglas, Maura; Holland-Stergar, Brianne |
| **Subject:** | Capogrosso v. Gelbstein, et al. - Traschen Declaration |
| **Attachments:** | 219 - Traschen Dec. Exhibit 2.pdf; 217 - Traschen Declaration.pdf; 218 - Traschen Dec. Exhibit 1.pdf |

Dear counsel,

Attached please find a copy of the Declaration of Ida Traschen, with its supporting documents.

Best,



James

**James M. Thompson | Assistant Attorney General**
New York State Office of the Attorney General, Litigation Bureau
28 Liberty Street, 17th Floor | New York, NY 10005
Tel: (212) 416-6556 | James.Thompson@ag.ny.gov

---

**From:** Thompson, James
**Sent:** Monday, May 17, 2021 11:57 PM
**To:** nry4@aol.com; Mario Capogrosso <capogrossom@aol.com>; Douglas, Maura <maura.douglas@davispolk.com>; Holland-Stergar, Brianne <brianne.holland-stergar@davispolk.com>
**Subject:** RE: Capogrosso v. Gelbstein, et al. - Gelbstein Declaration

Dear counsel,

Attached please find a copy of the Declaration of Alan Gelbstein, with its supporting exhibits.

Best,



James

**James M. Thompson | Assistant Attorney General**
New York State Office of the Attorney General, Litigation Bureau
28 Liberty Street, 17th Floor | New York, NY 10005
Tel: (212) 416-6556 | James.Thompson@ag.ny.gov

---

**From:** Thompson, James
**Sent:** Monday, May 17, 2021 11:42 PM
**To:** nry4@aol.com; Mario Capogrosso <capogrossom@aol.com>; Douglas, Maura <maura.douglas@davispolk.com>; Holland-Stergar, Brianne <brianne.holland-stergar@davispolk.com>
**Subject:** Capogrosso v. Gelbstein, et al. - Calvo Declaration

Dear counsel,

Attached please find a copy of the declaration of Danielle Calvo, with its supporting papers.

Best,


James

**James M. Thompson | Assistant Attorney General**
**New York State Office of the Attorney General, Litigation Bureau**
28 Liberty Street, 17th Floor | New York, NY 10005
Tel: (212) 416-6556 | James.Thompson@ag.ny.gov

---

**From:** Thompson, James
**Sent:** Monday, May 17, 2021 11:35 PM
**To:** nry4@aol.com; Mario Capogrosso <capogrossom@aol.com>; Douglas, Maura <maura.douglas@davispolk.com>; Holland-Stergar, Brianne <brianne.holland-stergar@davispolk.com>
**Subject:** Capogrosso v. Gelbstein, et al. - State Defendants' Motion Papers

Dear counsel,

Attached please find as-filed copies of the State Defendants' notice of motion for summary judgment, the supporting memorandum of law, the Rule 56.1 statement, and the Rule 56.2 notice. Declarations and their supporting documents will follow in separate emails. Our office will also send hard-copy versions of tonight's filings to Mr. Capogrosso and Mr. Tahir.

Best,

James

**James M. Thompson | Assistant Attorney General**
**New York State Office of the Attorney General, Litigation Bureau**
28 Liberty Street, 17th Floor | New York, NY 10005
Tel: (212) 416-6556 | James.Thompson@ag.ny.gov