ORIGINAL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 26 2021 ★
BROOKLYN OFFICE

RECEIVED MAY 26 2021 PRO SE OFFICE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

---

MARIO H. CAPOGROSSO

                                  Plaintiff

-against-                                                  CV18-2710

ALAN GELBSTEIN, et. al                          **AFFIRMATION OF SERVICE**

                                Defendants

---

      I, Mario H. Capogrosso, declare under penalty of perjury that I have served a copy of the attached Response and Objection to State Defendants' Request for a Page Enlargement, Dkt. 177, dated May 12, 2021:

Maura Douglas, Esq.
Davis Polk & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017

James Thompson, Esq.
(representing Defendants
Gelbstein, Traschen, Vahdat, Palmieri, Flanagan, Calvo,
and Prickett-Morgan)
Assistant Attorney General
28 Liberty Street
New York, NY 10005

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

Pec Group of NY
935 S. Lake Blvd. #7
Mahopac, NY 10541

1

via U.S. Postal Service First Class Mail, this 25th day of May, 2021.

New Rochelle, NY
May 25, 20221

Mario H. Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804
(914) 806-3692

2

TO: PRO SE OFFICE

FROM: MARIA H. CAPOGROSSO

RE: CAPOGROSSO v. GELBSTEIN,
CV-18-2710



