Hon. Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

United States Magistrate Judge Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201



June 28, 2021

Re: Capogrosso v. Gelbstein et al, No. 18-cv-2710 (E.D.N.Y.)
Request for an Extension and Enlargement of Time

Judge Komitee:

Judge Magistrate Bloom:

I request a thirty (30) day extension and enlargement of time to file and serve my Opposition and Response to the State defendants and defendant Smarts' Motions for Summary Judgment.

Currently, my Opposition and responses are due June 29, 2021. I seek and extension and enlargement of time to July 29, 2021 in order to respond.

I am having difficulty responding to the allegations of wrongdoing in both Motions for Summary Judgment.

I have attempted to reach both opposing counsel.

This is my first request for an extension and enlargement of time on this matter.

Respectfully truthfully requested,

Mario H. Capogrosso

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MARIO H. CAPOGROSSO

                Plaintiff

-against-                            CV18-2710

ALAN GELBSTEIN, et. al           **AFFIRMATION OF SERVICE**

               Defendants

---

      I, Mario H. Capogrosso, declare under penalty of perjury that I have served a copy of the attached Request for an Extension and Enlargement of Time:

Maura Douglas, Esq.
Davis Polk & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017

James Thompson, Esq.
(representing Defendants
Gelbstein, Traschen, Vahdat, Palmieri, Flanagan, Calvo,
and Prickett-Morgan)
Assistant Attorney General
28 Liberty Street
New York, NY 10005

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

Pec Group of NY
935 S. Lake Blvd. #7
Mahopac, NY 10541

1

via U.S. Postal Service First Class Mail, this 28th day of June 2021.

New Rochelle, NY
June 28, 2021

Mario H. Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804
(914) 806-3692

2

18-CV-2710

DATE: JUNE 28, 2021

FROM: MARIO H. CAPOGRUSSO



(USMS stamp)

JUN 28 AM 8:42