UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIO CAPOGROSSO,<br><br>        *Plaintiff*,<br><br>v.<br><br>ALAN GELBSTEIN, et al.,<br><br>        *Defendants*. | 1:18-cv-2710 (EK) (LB)<br><br>**ECF Case**<br>**Electronically Filed** |

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, upon the declaration of Brianne Holland-Stergar below, Defendant David Smart hereby moves the Court for an Order allowing Brianne Holland-Stergar to withdraw as counsel for David Smart. In support of such notice and in conformance with Local Rule 1.4, undersigned counsel states the following:

1. As of July 2, 2021, Ms. Holland-Stergar will no longer be associated with the law firm of Davis Polk & Wardwell LLP.

2. Davis Polk & Wardwell LLP continues to be counsel of record in this matter

Dated: New York, New York
       July 2, 2021

Respectfully submitted,

DAVIS POLK & WARDWELL LLP

By: _____
Brianne Holland-Stergar
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Bar Number: 5681333
Tel: (646) 413-8350
Email: brianne.hollandstergar@davispolk.com