18-cv-2710

To: Pro Se Office

Re: Capogrosso v. Gelbstein, et al
CV-18-2710

From: Mario H Capogrosso

Opposition to Motion for Summary Judgment
For State Defendants (1)