Page 274

1        M.H. Capogrosso
2  have no beef with Jeff Meyers. I mean we
3  weren't actually friends, but we did --
4  he was a funny guy, Jeff Meyers. He's a
5  funny guy to talk to, real funny guy. He
6  makes you laugh.
7      Q     So --
8      A     He's a nice --
9      Q     So is --
10     A     He's a funny guy.
11     Q     So is Mr. --
12     A     And I've been over to his
13  apartment. I mean we weren't friends.
14  We weren't close, but I was to his
15  apartment once. I did drive him home
16  several times after work because he
17  had -- his car was in the repair shop. I
18  did drive the man home.
19        But were we close, no, but
20  he was a funny guy to talk to.
21     Q     So is Mr. Tahir lying here?
22     A     What portion? Exactly what
23  portion?
24     Q     When he says that you
25  threatened to put Mr. Meyers in the

Page 275

1        M.H. Capogrosso
2  hospital?
3      A     Absolutely. I wouldn't
4  threaten. I don't believe in
5  threatening. If you're going to do
6  something, just do it. I don't threaten.
7  I would never threaten anybody like that.
8  First of all, I could get arrested for
9  that and you don't threaten.
10       I mean if I have to defend
11  myself in this instance I would just do
12  it, but I'm not going to threaten you
13  with that. I don't threaten. I don't
14  believe in that. If you have to defend
15  yourself, you defend yourself, but you
16  don't threaten.
17     Q     So why would Mr. Tahir lie?
18     A     I don't know. I don't know
19  if that's a lie. I don't remember -- I
20  don't remember saying that, absolutely
21  not. I don't know why he lied. Ask the
22  man.
23     Q     Well, I can't. I think he
24  passed away.
25     A     Yeah. I think he did. I

Page 276

1        M.H. Capogrosso
2  don't remember saying I would put
3  Meyers -- there's no reason to have a
4  beef with Meyers, none. Brody, yeah. I
5  have no reason to have an argument with
6  Meyers.
7        Over asking excuse me, at
8  Christmas time, can I please get my
9  coffee, this had to escalate to this.
10     Q     Did Mr. Tahir want you gone
11  from the TVB?
12     A     I don't know. I mean we
13  were friends at one point, but, you know,
14  I -- you know, I was making money down
15  there and, you know, this is a very
16  competitive business and you lose friends
17  over money. When everybody is, you know,
18  is chasing the same nickel, you lose
19  friends. There's only so many tickets
20  and only so much money to be made, you
21  know. And after a while if people aren't
22  making enough money and they see other
23  people making money, they get jealous and
24  attorneys, that it's, that's the game
25  down there.

Page 277

1        M.H. Capogrosso
2        You know, people come down
3  with cash in their hands, paying you 200,
4  150, 100, $50 on a ticket. And they see
5  those transactions, people get jealous.
6  So do other attorneys want other
7  attorneys out, absolutely. It's a very
8  competitive business, it was all cash and
9  there's only so many tickets out there.
10       So maybe he wanted me out.
11  Maybe he wasn't making enough. I don't
12  know.
13     Q     And he --
14     A     I'm listening.
15     Q     Lastly Mr. Tahir writes
16  "Mr. Capogrosso went out of the room and
17  started hitting the wall and steel
18  guards." Is that true?
19     A     No. I don't recall doing
20  that. I do not recall doing that. I
21  remember I threw a punch at a wall in the
22  lawyers' room because the man just told
23  me to go fuck myself, but, no, I didn't.
24  I don't remember hitting a wall in the
25  DMV, I do not.

39 (Pages 274 - 277)

Page 278

M.H. Capogrosso

1    First of all, if I hit a
2    steel guard I would have broke my hand.
3        Q    So is it your testimony that
4    you did not hit a wall that day, December
5    21, 2011?
6        A    I don't recall, no.
7        Q    Did you ever hit a wall or a
8    steel guard at the DMV?
9        A    No. Now, if I -- no, no. I
10   was never accused of it by Judge
11   Gelbstein. Judge Gelbstein never told
12   me. If you tell me once, it would never
13   happen twice. You only have to tell me
14   once. You don't have to tell me twice.
15   If I did something wrong, you tell me
16   once, you never have to tell me twice.
17       Q    So you never punched a wall
18   or any other object --
19       A    Not that I recall.
20       Q    -- at DMV?
21       A    No.
22       Q    Okay.
23       A    Not that I recall, no. Like
24   I said, if it happened, you tell me once,

Page 279

M.H. Capogrosso

1    it never happens twice.
2        Q    So let's move on to a new
3    document.
4        A    I do not recall.
5        Q    I'm sorry, Mr. Capogrosso, I
6    didn't quite catch that.
7        A    I said no, I do not recall.
8        Q    Mr. Capogrosso, can you see
9    this document?
10       A    Yeah. Jeff Meyers. I used
11   to drive him home every afternoon.
12       Q    And this is a document from
13   your production Bates numbered P-248;
14   correct?
15       A    Yeah.
16       Q    And do you recognize this
17   document?
18       A    Yeah. It's Jeff. Jeff's a
19   funny guy.
20       Q    And what is this document?
21       A    It's his affidavit. Like I
22   said, everybody got a chance to write an
23   affidavit but me as to what happened,
24   everybody.

Page 280

M.H. Capogrosso

1        MR. THOMPSON: So,
2    Ms. MacDonald, can I --
3        A    I never got a chance.
4        Q    I'm sorry. I missed what
5    you said there, Mr. Capogrosso.
6        A    I never got a chance to
7    write my affidavit as to what happened,
8    never got a chance and I was the one
9    there.
10       MR. THOMPSON: Ms.
11   MacDonald, let's mark this as Exhibit
12   11.
13       (The above-referred-to
14   statement was marked as Exhibit 11
15   for identification as of this date.)
16       Q    And so here again Mr. Meyers
17   writes that he overheard a loud commotion
18   which he was told resulted in a tirade of
19   anti-Semitic slurs and that he later
20   implored Mr. Capogrosso to apologize.
21       Did he, in fact, ask you to
22   apologize?
23       A    Yes, he did.
24       Q    He writes that your "conduct

Page 281

M.H. Capogrosso

1    the rest of the day was one of abrasive
2    incoherent loud mutterings in which he
3    smashed his fist against concrete walls
4    and steel beams that are situated outside
5    the DMV hearing rooms, coupled with more
6    anti-Semitic comments. He kept saying
7    everyone here wants to fight me."
8        Does that refresh your
9    recollection at all?
10       A    Yeah. That didn't happen.
11   It didn't refresh me because I never said
12   that. I was upset and I was mad. I
13   didn't hit any concrete walls or steel
14   beams. I don't recall making that
15   statement, no, I do not.
16       Was I upset, absolutely I
17   was upset. I just got blindsided by this
18   guy Yaakov Brody telling me to go fuck
19   myself twice, that I'm a Jew hater. For
20   what reason? Anti-Semite, for what
21   reason?
22       Q    So Mr. Meyers is lying here;
23   correct?
24       A    I never smashed my hand

40 (Pages 278 - 281)

Page 282

M.H. Capogrosso

1    against the wall, no. I think I would
2    have broke -- broke my hand if I hit it
3    or hit anything. A steel column or a
4    brick wall, I would have broke my hand
5    so, yes.
6        Q      And why would Mr. Meyers
7    want to lie?
8        A      I don't know. I never said
9    it. Maybe he's a -- I don't know why.
10   You ask him. Ask him.
11       Q      Did --
12       A      I know what I said. I was
13   very upset. But did I hit a brick
14   concrete wall, no.
15       Q      Did Mr. Meyers want you
16   gone?
17       A      I don't know. Ask Meyers.
18   We were all very competitive, believe me.
19   This was a competitive environment. It's
20   an all cash environment. Money gets
21   transferred -- transferred on the floor
22   all day between lawyers and motorists.
23   There's only so many motorists coming in.
24       If I'm not there, Meyers

Page 283

M.H. Capogrosso

1    makes more money. If Meyers is not
2    there, I make more money. That's just
3    how the game is played.
4        Q      Later he writes that he was
5    sitting in the lawyers room across from
6    you, not engaging in any conversation
7    with him when he, Mr. Capogrosso, quote,
8    "suddenly became enraged and lunged at me
9    with his fists with great speed and
10   smacked his fists against his other hand
11   in a martial arts form coming within
12   12 inches of my face." Is that true?
13       A      No. I threw a punch at a
14   wall.
15       Q      What happened?
16       A      I told you several times, I
17   threw a punch at a wall in the vicinity
18   of no one. I didn't hit the wall, I
19   wasn't charged with it and I was not
20   arrested. I was mad, I'm sorry, I was.
21       Throwing a punch in the air,
22   not in the vicinity of anyone I don't
23   think is any -- I wasn't charged and I
24   wasn't arrested. I'm sorry, I did not.

Page 284

M.H. Capogrosso

1        Q      Mr. Meyers --
2        A      I did not come anywhere
3    close to Jeff Meyers. If I did, I would
4    have been charged or arrested.
5        Q      Mr. Meyers writes that you
6    said, quote, "I could put you in the
7    hospital with one just punch" -- "with
8    just one punch." Is that true, did you
9    say that?
10       A      Well, did I say it? No, no.
11   Now do I have that ability, absolutely.
12   Do I have the ability, yes. Did I say
13   it, no. I don't threaten people. Do I
14   have that ability, yes. I've been
15   training in martial arts my whole life.
16   I've been in and out of boxing rings my
17   whole life. Can I -- do I have the
18   ability, yes. Did I say it, no. I don't
19   threaten.
20       Now, did he feel intimidated
21   by me, did he feel that, yeah, maybe he
22   did, I don't know. But did I say that --
23       Q      Which martial arts -- I'm
24   sorry. I didn't mean to cut you off.

Page 285

M.H. Capogrosso

1        Did you have anything more
2    you wanted to say there?
3        A      No.
4        Q      Which martial art do you
5    train in?
6        A      Kempo, K-E-M-P-O.
7        Q      And you have a black belt in
8    it; is that true?
9        A      Yes. A very high level
10   black belt.
11       Q      What level?
12       A      I'm a high level black belt.
13       Q      But can you tell me what
14   level?
15       A      I don't recall. I'm a high
16   level black belt.
17       Q      You don't recall what level
18   of black belt you are?
19       A      At a certain point, you
20   forget.
21       Q      Do you have an estimate?
22       A      No. I'm a high level black
23   belt. I've been training a long time.
24       Q      Do you have any training in

41 (Pages 282 - 285)

Page 286

1         M.H. Capogrosso
2 other martial arts?
3     A     Before Kempo I trained in
4 Mas Oyama and then in a boxing ring
5 and -- which I still was going to up to a
6 couple of years ago, which I had to stop,
7 but that's it.
8     Q     So Mr. Meyers writes "He
9 kept repeating the phrase you people, you
10 people. He later told me he envisioned
11 all of us Jews and didn't mean to single
12 me out during his assault on me."  Is
13 this true?
14     A     You people?  Now you're not
15 allowed to say you people.  Isn't freedom
16 of expression?  I don't recall saying
17 that.  I mean he's offended because I say
18 you people?  What's wrong with saying you
19 people?  What is wrong with saying you
20 people?  Maybe I was referring to lawyers
21 in general down there.
22         I've had lawyer after lawyer
23 make affidavit against me.  Now I'm
24 making an anti-Semitic remark by saying
25 you people?  Maybe he's a little

Page 287

1         M.H. Capogrosso
2 oversensitive.  I never used the word --
3 I said you people, so what.  I don't
4 recall saying it, but maybe I was talking
5 about the lawyers down there.
6     Q     So Mr. Meyers writes "He
7 later told me that he envisioned all of
8 us Jews and didn't mean to single me out
9 during his assault on me."  Did you say
10 that?
11     A     I envisioned all of us and
12 didn't mean to -- all of us, did I say
13 the word Jew?  I said all of us.  Maybe
14 all your lawyers who don't want me.  All
15 you lawyers, maybe that's what I said.
16         Did I use the word Jew, no.
17 He has the Jew in parenthesis.  Go to all
18 the --
19     Q     Okay.
20     A     Go to all the complaints
21 against me from a client or a motorist,
22 is there any Jewish person that states I
23 made an anti-Semitic remark, no.  I mean
24 come on.
25     Q     So, Mr. Capogrosso, four of

Page 288

1         M.H. Capogrosso
2 your colleagues, your fellow attorneys --
3     A     They're not my colleagues.
4 They're not my colleagues.  Don't use
5 that word with me.  They are not my
6 colleagues.
7     Q     Why are they not your
8 colleagues?
9     A     Because they don't -- they
10 don't write false defamatory statements
11 against somebody and give them no
12 opportunity to respond.  They don't say
13 excuse me, go fuck yourself you Jew
14 hater.  That's not a colleague.  That's
15 not a colleague or -- I could go into
16 millions of things.
17         They're not colleagues.
18 They were attorneys I worked with down in
19 the Brooklyn TVB.  I had to work
20 alongside.  I didn't work with them.
21 They were there working.  I was there
22 working.  I was not their colleague.  We
23 did not work together.  We worked
24 separately and independently.
25     Q     All right.  Four of your

Page 289

1         M.H. Capogrosso
2 fellow attorneys at the Brooklyn TVB --
3     A     Yes.
4     Q     -- and they all remember the
5 incident the same way.  Is that a
6 coincidence?
7     A     I don't know.  You ask them.
8 I don't think they remembered it all the
9 same day.  There are discrepancies here,
10 many discrepancies.  I pointed them out
11 to you.  One -- one affidavit says I'm
12 attempting to sit down.  I wasn't
13 attempting to sit down.
14     Q     So if everything that is in
15 these affidavits were true and I know you
16 don't think it is, but if it were and you
17 had, in fact, said these things, thrown a
18 cup of coffee at Mr. Brody --
19     A     Well, that's not true.  I
20 threw a cup of coffee in the garbage can.
21 Get the facts straight.
22     Q     I understand that you -- I
23 understand that you don't agree with the
24 facts, but I'm asking for the
25 hypothetical if these facts were true,

Veritext Legal Solutions
212-267-6868                                                              516-608-2400

Page 290

1          M.H. Capogrosso
2    would they justify excluding you from the
3    TVB?
4          A    They're not true. They're
5    not true, so there's no reason to exclude
6    me. They're not true. I told you what
7    happened that day. I was blindsided by
8    Brody. I have a right to get mad. Told
9    me to go excuse myself and go fuck myself
10   twice. I have a right to get mad. It's
11   a normal --
12         Q    I understand that you
13   disagree with the fact --
14         A    I was blindsided and that's
15   all that happened that day, that's it.
16         Now, this is a competitive
17   business, I told you that. These lawyers
18   wanted me out. I was making money and
19   every dollar I make is a dollar that they
20   don't make. So the more attorneys they
21   can get out of there, the better it is.
22         Q    Let me rephrase the
23   question. If someone, not you, had used
24   the phrase fucking Jew cunt, thrown a cup
25   of coffee at somebody and tried to punch,

Page 291

1          M.H. Capogrosso
2    you know, the air in front of somebody
3    else's face and told them that they'd put
4    them in the hospital, would that person
5    be someone who could be excluded from the
6    TVB?
7          A    No. I don't know. It
8    didn't happen. I don't know. First of
9    all, it didn't happen. I didn't throw
10   a -- I told you the facts, so I'm not
11   going to -- I'm not going to discuss a
12   hypothetical, what could have or could
13   not happen. Nobody wants to take my
14   affidavit as to what happened here,
15   nobody.
16         Q    Okay. Let's --
17         A    Everybody, you know,
18   everybody here could have looked at the
19   videotape if I'm punching a wall or
20   punching a steel beam. Judge Gelbstein
21   had the ability to pull the videotape and
22   look at the videotape as to what happened
23   and what happened that day and he didn't
24   do it.
25         He had the ability to take

Page 292

1          M.H. Capogrosso
2    my affidavit as to what happened and he
3    didn't do it, he didn't. If I'm punching
4    a wall or a steel beam, let Gelbstein
5    pull the videotape and he didn't do it.
6          Q    So let's move on to another
7    exhibit here.
8          A    And I don't like
9    hypotheticals that don't exist because
10   the facts that you're presenting aren't
11   true. I threw a cup, an empty cup in a
12   coffee -- in a garage can that Brody was
13   sitting next to. I didn't throw a punch
14   in the vicinity of any attorney. I
15   didn't hit any steel beams.
16         If you had the opportunity
17   to look at the videotape, the judge would
18   have saw that and he didn't do it and he
19   had an opportunity to do it.
20         Q    So, Mr. Capogrosso, can you
21   see the document that I just put up?
22         A    Yes.
23         Q    And this document is Bates
24   stamped DMV-0000224; correct?
25         A    Yes.

Page 293

1          M.H. Capogrosso
2          Q    Do you recognize this
3    document?
4          A    Bushra Vahdat's affidavit.
5          MR. THOMPSON: Ms.
6    MacDonald, can I ask you to mark this
7    as Exhibit 12?
8          (The above-referred-to
9    statement was marked as Exhibit 12
10   for identification as of this date.)
11         Q    We'll just discuss this
12   document and then we'll take a bit of a
13   break because I know we are all a little
14   tired.
15         A    I'm not tired. I'm not
16   tired at all.
17         Q    So what is this document?
18         A    I think it's an affidavit
19   from Bushra Vahdat.
20         Q    And Ms. Vahdat writes that
21   when she was first appointed, the
22   clerical staff approached her and handed
23   her an affidavit signed by all of them
24   requesting help dealing with an attorney.
25         Do you think she's talking

43 (Pages 290 - 293)

Page 294

M.H. Capogrosso

1        M.H. Capogrosso
2    about the petition that we looked at
3    earlier?
4        A    Yeah.  The petition that has
5    no facts attached to it, just a whole
6    bunch of signatures --
7        Q    And that --
8        A    -- which Bushra Vahdat never
9    presented to me so I could address the
10   issues and resolve them and tell me
11   exactly what I did so I could resolve it
12   and that's a judge.
13       Q    So she says that, in fact,
14   she did talk with you and in the next
15   paragraph she says and I'll highlight
16   this --
17       A    What paragraph?  Go ahead.
18   Go ahead.
19       Q    "At that time I met with
20   Mr. Capogrosso in Senior ALJ Gelbstein's
21   office and we jointly had a conversation
22   with Mr. Capogrosso."
23           Do you remember that
24   conversation?
25       A    No, no.  She was there.

Page 295

M.H. Capogrosso

1        M.H. Capogrosso
2    Gelbstein told me you're not welcome here
3    anymore after this incident on December
4    22, which I was given no opportunity to
5    respond to, none, none.
6           She was there the next day
7    with Gelbstein when I arrived.  There was
8    a police officer in the room, that I
9    remember.  Gelbstein is sitting down.
10   She's sitting next to him.  Gelbstein
11   tells me you're not welcome here anymore.
12   I said don't I have an opportunity to
13   explain, I've been here since 2005.  I
14   don't have an opportunity -- I've been
15   here since 2005 serving the Brooklyn
16   community.  I don't get an opportunity to
17   explain what happened yesterday by way of
18   affidavit, 2005.
19           Gelbstein tells me --
20       Q    So I believe --
21       A    You have to let me finish.
22           You're not welcome here
23   anymore.  You have to leave.
24       Q    So I believe she's referring
25   to an earlier conversation that happened

Page 296

M.H. Capogrosso

1        M.H. Capogrosso
2    sometime before that.  Do you remember
3    having a conversation with Ms. Vahdat and
4    Mr. Gelbstein prior to the time you were
5    expelled in 2011?
6        A    No, no.
7        Q    Okay.
8        A    The only time I remember
9    speaking to her was that time after this
10   event.
11       Q    So she writes "We explained
12   to him that his behavior was not
13   professional and that if he did not stop
14   his foul language and his threats we
15   would have to take action and bar him
16   from the TVB building.  At that point he
17   promised us that he would conduct himself
18   according to the rules of conduct for
19   attorneys."
20           Did that conversation ever
21   happen --
22       A    Well, what foul language?
23       Q    -- do you recall?
24       A    Tell me exactly what foul
25   language I used and what threats?  Was it

Page 297

M.H. Capogrosso

1        M.H. Capogrosso
2    the incident of December 22?
3        Q    Well, I --
4        A    I'd like to know.
5        Q    Well, Mr. Capogrosso --
6        A    What foul language did I
7    use?
8        Q    -- the question was do you
9    recall this conversation?
10       A    I recall -- the only
11   conversation I remember with her was
12   after this event.
13       Q    So this conversation that
14   I've -- that we've highlighted here, you
15   don't recall that ever happening; is that
16   correct?
17       A    The only conversation I
18   recall with this woman was the
19   conversation I had with Gelbstein and her
20   in the office after this.
21       Q    Okay.
22       A    Now, if you go back to the
23   following paragraph, "He abused the
24   clerks and followed a clerk in his car,"
25   which is a complete lie being made by a

44 (Pages 294 - 297)

Page 298

M.H. Capogrosso

1       M.H. Capogrosso
2 judge, I followed a clerk in a car. Look
3 at what George Hon wrote. If she's
4 taking about George Hon, that's a
5 complete lie.
6    Q    So, Mr. Capogrosso, the
7 question is, it's just a narrow question,
8 yes or no, do you recall the highlighted
9 conversation in which you met with
10 Ms. Vahdat and --
11    A    No. I've answered --
12    Q    -- Mr. Capogrosso?
13    A    I've answered that question.
14 I recall one conversation --
15    Q    Okay.
16    A    -- with this woman.
17    Q    All right. So she says that
18 you were warned that if there were
19 further incidents that you would be
20 expelled; is that true?
21    A    I remember one conversation
22 with this woman with Gelbstein after the
23 event of December 22, that's it.
24    Q    Were you -- had you ever
25 previously been warned that if there were

Page 299

M.H. Capogrosso

1       M.H. Capogrosso
2 any further incidents you would be
3 expelled?
4    A    Tell me what incidents
5 you're talking about. Give me an
6 opportunity to respond. So no, I do not.
7 I don't know what incident she's talking
8 about. The one with Brody where he told
9 me to go fuck myself twice?
10    Q    So Mr. Capogrosso --
11    A    What incident is she talking
12 about?
13    Q    Mr. Capogrosso, I'm not
14 asking about an incident. I'm just
15 asking for a narrow question. Were you
16 warned that prior to December 21 that you
17 might be expelled from the TVB if there
18 were an incident?
19    A    What -- I had one
20 conversation with this woman that I
21 recall on December 22 when Gelbstein told
22 me I had to leave because Brody
23 approached me in the lawyers' room.
24    Q    Let me --
25    A    That's it.

Page 300

M.H. Capogrosso

1       M.H. Capogrosso
2    Q    Let me rephrase the question
3 and see if --
4    A    I'll say it again, I had one
5 conversation with this woman, that's it.
6    Q    So did --
7    A    There's nothing in writing.
8    Q    Mr. Capogrosso --
9    A    That's all I had.
10    Q    -- let me see if I can
11 clarify the question for you. Did anyone
12 warn you prior to December 21, 2011 that
13 you could be banned from the TVB for
14 misbehavior?
15    A    No. I received no
16 affidavits, no warnings, nothing to
17 respond to, nothing. I wish you had. I
18 wish you had given me these affidavits
19 and given me an opportunity to respond
20 and I would have responded, corrected it,
21 apologized for it if I did something
22 wrong. Tell me what I did and I would
23 have addressed it, but I was given no
24 opportunity.
25    Q    So Ms. Vahdat writes "On

Page 301

M.H. Capogrosso

1       M.H. Capogrosso
2 Wednesday, December 21, I received an
3 e-mail from Danielle Calvo. She was very
4 concerned that she had to go into the
5 attorney room and stop Mr. Capogrosso
6 from shouting religious obscenities.
7 Mr. Capogrosso had thrown a coffee cup at
8 another attorney, Mr. Brody, in the
9 attorney room and after Mr. Brody had
10 objected, Mr. Capogrosso started to
11 scream and shout obscenities at everyone
12 around him. A crowd had gathered and the
13 entire courthouse was disturbed."
14       And then she writes "An hour
15 later I received another e-mail from
16 Ms. Calvo stating that Mr. Capogrosso had
17 tried punching one of the other
18 attorneys, Mr. Mayer, but had stopped
19 about an inch away from his face.
20 Mr. Mayer was very upset and left the
21 area in fear."
22       Is that referring to the
23 same incidents that we've been talking
24 about in the previous four statements?
25    A    Yes, but Danielle Calvo

45 (Pages 298 - 301)

Page 302

```
 1              M.H. Capogrosso
 2  never gave the full story.  She only
 3  gives half the story.  She doesn't give
 4  my version of what happened that day.
 5      Q     So --
 6      A     She only gives half a story,
 7  Danielle Calvo, half a story.  What
 8  precipitated that event?  First of all, I
 9  didn't punch Jeff Meyers or throw a punch
10  in his vicinity.  I did not, number one.
11          Number two -- you turned it
12  away.  You turned away from it.  She
13  doesn't say what Brody said to me that
14  day.  Why is that left out?  Why?  Why is
15  Calvo not asking me what happened?  Like
16  that all happened for no reason?
17          She doesn't understand that
18  Brody told me to go excuse myself, go
19  fuck myself twice.  She doesn't put that
20  down.
21      Q     So you'll see here at the
22  bottom of page 1 -- that's not a good
23  highlight.  I can do a better highlight
24  than that.
25      A     You know, this is not a --
```

Page 303

```
 1              M.H. Capogrosso
 2      Q     Ms. Vahdat writes that
 3  "After taking everyone's statement
 4  Mr. Gelbstein and I met with
 5  Mr. Capogrosso.  We asked him for his
 6  version of the prior day's events and he
 7  admitted to shouting the religious
 8  obscenities and trying to punch, as he
 9  put it, the air in front of Mr. Mayer's
10  face.  He was not remorseful and claimed
11  that he needs to punch the walls in our
12  office to let out steam.  I also observed
13  that his knuckles were severely bruised."
14          So what --
15      A     All right.  What do you
16  want?  What's the question?  What's the
17  question?
18      Q     My question is what do you
19  recall from this meeting?
20      A     This meeting what I
21  recall -- first of all, Gelbstein told me
22  you're not welcome here.  I was given no
23  opportunity to respond by way of written
24  affidavit as to what happened.  I did not
25  shout religious obscenities.  Again, I
```

Page 304

```
 1              M.H. Capogrosso
 2  was mad and I was upset.  I don't recall
 3  what I said.
 4          I did not go anywhere near
 5  Meyers, nowhere near Meyers.  I was given
 6  no opportunity to respond.  I threw an
 7  empty coffee cup --
 8      Q     Was she --
 9      A     Let me finish.  I threw an
10  empty coffee cup --
11      Q     Sure.
12      A     -- not at Brody.  I threw it
13  in a can, in a can that's in the lawyers'
14  room where I'm allowed to do that.  I'm
15  allowed to throw an empty coffee cup in a
16  can in a lawyers' room.  I'm allowed to.
17          She doesn't write down what
18  Brody said to me, that I'm a Jew hater
19  anti-Semite go fuck yourself twice.
20          My hands are bruised.  I've
21  been going to martial arts all my entire
22  life.  My hands are bruised.  Sometimes I
23  get a black eye.  It happens.  I accept
24  the reality of that.  It's not because I
25  hit a wall at the DMV.  Because I go to a
```

Page 305

```
 1              M.H. Capogrosso
 2  boxing gym and a martial arts gym that it
 3  happens.  That's when I --
 4      Q     So, Mr. Capogrosso, she --
 5  you said you weren't able to put in your
 6  version of events, but she writes that
 7  she asked you for -- we asked him for his
 8  version of the prior day's events and he
 9  admitted shouting religious obscenities
10  and trying to punch at and that you were
11  not remorseful and claims that you needed
12  to punch the walls in the office.
13          So you were able to verbally
14  give your version of events; weren't you?
15      A     No, I wasn't.  First of all,
16  it's a lie.  First of all, it's a lie.
17  And what she's stating here is -- you
18  have to move this over -- up a little
19  bit, down or up.
20      Q     Sure.
21      A     That I -- this is an
22  absolute lie from a judge that I needed
23  to punch a wall in the office to let off
24  steam.
25          I have to look at it.  It's
```

46 (Pages 302 - 305)

Page 306

M.H. Capogrosso

1 still being blocked. I can't see it.
2
3     Q     You want to go further up?
4 What are you looking for?
5     A     It's blocking it. Further
6 up. Further up. Further up. Whatever
7 this -- just further up.
8     Q     There's nothing further up.
9     A     Well then further down.
10         This is the second lie this
11 woman is stating, that if I don't punch a
12 wall to let off steam I'm going to hit
13 somebody. That he needs to punch the
14 walls in our facility, that's the most
15 ridiculous statement that a lawyer would
16 ever make to a judge. That's a lying
17 lawyer acting as an administrative law
18 judge. I don't know the worst criminal
19 in the world that's going to make that
20 statement.
21         Did I use an obscenity when
22 Brody told me to go fuck myself, I
23 probably did. I don't recall. Did I
24 throw a punch, I admitted to throw a
25 punch, not at Meyers, at a wall. I

Page 307

M.H. Capogrosso

1
2 didn't hit the wall, I wasn't charged and
3 I wasn't arrested.
4         All right. Are my hands
5 bruised, yes. I told you the reasons
6 why.
7     Q     So --
8     A     But was I given an
9 opportunity to write a written affidavit,
10 no, never, as to what happened.
11     Q     So, Mr. Capogrosso, I didn't
12 ask you about a written affidavit. I
13 asked you if you were able to verbally
14 say what your perspective was and it
15 sounds like you were; correct?
16     A     No, I was not. Gelbstein
17 called me in the room. I was not. I'm
18 telling you these facts are not true.
19 Gelbstein called me in the room in the
20 presence of a police officer and -- and
21 told me you're not welcome here anymore.
22 That's what I remember. They accepted no
23 affidavit on my behalf as to what
24 happened, none.
25         So Brody's allowed to walk

Page 308

M.H. Capogrosso

1
2 into an attorneys' room in the morning,
3 tell a lawyer to go fuck himself, that
4 he's a Jew hater, anti-Semite and that's
5 allowed, that's acceptable.
6     Q     So, Mr. Capogrosso, let me
7 ask you, isn't this basically the same
8 thing that happened when you were
9 expelled from the TVB in 2015, there was
10 an incident with other -- with someone
11 else, you dispute the version of events,
12 there was an allegation of violence and
13 then you're escorted out after TVB
14 leadership is --
15     A     Well, tell me --
16     Q     -- called?
17     A     Well, tell me what I did.
18 Well, tell me what exactly I did on
19 May 11. Tell me exactly what I did
20 wrong. Now you can accuse me and -- tell
21 me. I turned around and look at a
22 security guard. I'll tell you what
23 happened on May 11. He's grumbling and
24 mumbling, shaking his head, crosses over
25 two security barriers, gets within three

Page 309

M.H. Capogrosso

1
2 inches of my face, ducks his head and
3 obscures his hand and I put my hand up
4 and I say back up, back up. That's what
5 happened on May 11.
6         It has nothing to do with
7 this incident. This is a security guard
8 who stole money from a client looking for
9 me and I reported it and then started to
10 harass and was getting away with it
11 because Judge Gelbstein allowed his
12 harassment and I told you all the
13 harassment that was going on, giving me
14 the sign of the cross, a spear hand,
15 hitting me from behind.
16         I put my hand up, back up,
17 back up. It's absolutely not the same.
18     Q     All right.
19     A     I got blindsided again by
20 this -- that's it. Go ahead.
21         MR. THOMPSON: So why don't
22 we take a 15 minute break, come back
23 at around 2:45. Is that okay with
24 everybody?
25         THE WITNESS: I don't need a

47 (Pages 306 - 309)

Page 310

```
 1        M.H. Capogrosso
 2   break, but if people need a break,
 3   take a break.
 4        MR. VIDEOGRAPHER: All
 5   right. The time is 2:33. We are off
 6   the record.
 7        (A short recess was taken.)
 8        MR. VIDEOGRAPHER: The time
 9   is 2:48. We are on the record.
10   Q    So, Mr. Capogrosso, I've put
11   up an exhibit here. Do you recognize
12   this document?
13   A    Yes.
14   Q    What is this document?
15   A    Well, after the events with
16   Yaakov Brody in 2011, Gelbstein told me,
17   you know, you're not welcome here
18   anymore. I hired a lawyer, I
19   communicated with the DMV and the
20   Attorney General's office and he
21   represented me in an Article 78
22   proceeding.
23   Q    Okay. And you see this
24   document is Bates stamped DMV-0000226;
25   correct?
```

Page 311

```
 1        M.H. Capogrosso
 2   A    Yes.
 3   Q    And so this is a document
 4   that was filed -- sent on your behalf by
 5   your lawyer; correct?
 6   A    Yes, at that time, Chris
 7   McDonough.
 8        MR. THOMPSON: All right.
 9   Can you mark this as Exhibit 13?
10        (The above-referred-to
11   letter was marked as Exhibit 13 for
12   identification as of this date.)
13   Q    And is it safe to say that
14   this letter features your version of
15   events?
16   A    Well, as I told them to my
17   lawyer.
18   Q    And I want to go down to a
19   portion here at the bottom of the first
20   page, Mr. McDonough writes "One of the
21   managers of the center, Danielle, heard
22   the exchange, again Mr. Brody was yelling
23   at the cup" -- at the top of his lungs,
24   and came into the room. In front of
25   Mr. Capogrosso she stated now's our
```

Page 312

```
 1        M.H. Capogrosso
 2   chance to get rid of him, referring to
 3   Mr. Capogrosso."
 4        Can you tell me what's meant
 5   by this?
 6   A    I don't know what's meant.
 7   That's what she said. That's what she
 8   said. It's exactly what she said, now's
 9   our opportunity to get rid of him.
10   Q    So --
11   A    Her clerks didn't like me.
12   You saw the affidavits written by her
13   clerks with no facts supporting anything
14   I said or did and she stated that, now's
15   our chance to get rid of him and I took
16   the bait. I took the bait.
17   Q    The Danielle mentioned here,
18   is that Danielle Calvo?
19   A    Yes.
20   Q    And so in your
21   interrogatories you mentioned an incident
22   when Ms. Calvo said now's our chance to
23   get rid of him. Is this the incident you
24   were referring to?
25   A    Yeah, yes.
```

Page 313

```
 1        M.H. Capogrosso
 2   Q    So let me ask you, when
 3   we -- before the break when we were
 4   talking about the incident with
 5   Mr. Brody, why didn't you mention
 6   Ms. Calvo coming in and saying that?
 7   A    When I said during the
 8   incident with Mr. Brody? Because at --
 9   at that -- you know, today is 2020. I
10   talked to this lawyer when, 2011, 2012,
11   eight years ago and eight years ago I
12   remember her saying it. Today, 2020, I
13   remember exactly what Brody said,
14   exactly.
15        So do I remember what she
16   said in 2012, no, but do I remember what
17   I stated to this lawyer, that's what I
18   said. If that's what I said, yes.
19   Q    So sitting here today, do
20   you contend that Ms. Calvo said these
21   words?
22   A    Yes, I do. I said them in
23   2012, what was it, January, a month after
24   this happened, yes, absolutely. I said
25   that a month, one month after this
```

48 (Pages 310 - 313)

**Page 314**

M.H. Capogrosso

1       M.H. Capogrosso
2  happened. It is now 2020, eight years.
3       Q    But sitting here today, you
4  don't remember the circumstances in which
5  she said that; is that correct?
6       A    Listen, I remember what -- I
7  told you what happened that day. I said
8  excuse me, can I get my coffee. Was I
9  upset, yes. Was I -- was my voice loud,
10 yes. Did she come --
11      Q    And why would she --
12      A    Did she come in, she
13 probably did. Now that I'm looking at
14 this, yeah, she probably, she came in. I
15 said this --
16      Q    Why would she want to --
17      A    -- in 2012. I already told
18 you that. Didn't you have all these
19 affidavits you're showing me that her
20 clerks didn't like me, didn't you show me
21 all these affidavits?
22           For what reason I don't
23 know, other than the other attorneys were
24 giving them money for Christmas, cash for
25 Christmas, buying them breakfast in the

**Page 315**

M.H. Capogrosso

1       M.H. Capogrosso
2  morning, talking, you know, schmoozing
3  with them for 20 minutes at the DMV.
4  Talking.
5           I was there to do a job,
6  that's it. I don't know why they didn't
7  like me, but the clerks didn't like me.
8  I understood. Maybe I wasn't giving her
9  money. Maybe the other attorneys were
10 paying her. There's been allegations in
11 the Brooklyn, in the TVB and I showed you
12 those allegations, clerks getting paid
13 often.
14           I know the other attorneys
15 there were giving these clerks money in
16 cash for Christmas and the holidays, I
17 know it. They were asking me how much
18 they should give them. I know that
19 because the other attorneys were asking
20 me and I said I don't give them anything.
21           I know other attorneys were
22 buying them meals in the morning and
23 buying them lunch. I didn't do it. I
24 know that for a fact. Maybe that's why.
25           I know I complained about

**Page 316**

M.H. Capogrosso

1       M.H. Capogrosso
2  Tanya Rabinovich to the District
3  Attorney's office and she was removed
4  after that complaint and I know maybe
5  they liked Tanya because she was doing
6  business at the Brooklyn TVB with the
7  clerks and maybe they were getting paid
8  by her, I don't know, but those are my
9  reasons.
10      Q    So you'll see,
11 Mr. Capogrosso, I'm highlighting a
12 paragraph about halfway down page 2 where
13 your lawyer writes "Two weeks later
14 Mr. Capogrosso contacted Judge Vahdat,"
15 Vahat it says, "and asked her to explain
16 her determination. She advised that if
17 Mr. Capogrosso was good and stayed quiet,
18 she'd reconsider her determination three
19 months later and at that time determine
20 if he could go back into other Department
21 of Motor Vehicle adjudication centers,
22 but not Brooklyn South."
23           Do you recall that
24 conversation?
25      A    I might have called. I

**Page 317**

M.H. Capogrosso

1       M.H. Capogrosso
2  don't know. I was calling everybody
3  after I got expelled. Everybody I was
4  making phone calls to. After this
5  incident where I was given --
6       Q    Did --
7       A    You have to let me finish.
8       Q    Sure.
9       A    After this incident I was
10 given no opportunity to file an affidavit
11 on my behalf and I was not allowed back
12 in the Brooklyn TVB and I had all these
13 clients whose money I was holding,
14 Brooklyn clients who I was not showing up
15 for cases on, that I was calling
16 everybody to try to get some explanation
17 of this.
18           And I probably got through
19 to her and if that's what she said,
20 that's what she said. But that I had to
21 work my way back in, what does that mean
22 work my way back in? I have to be good
23 and stay quiet? I don't understand what
24 that means. Are you suppressing my
25 freedom of expression? I'm not allowed

49 (Pages 314 - 317)

Page 318

M.H. Capogrosso

1        M.H. Capogrosso
2    to talk as a lawyer? What do I have to
3    do, stay quiet?
4        Q    So --
5        A    I don't know what that
6    means --
7        Q    So do you --
8        A    -- stay quiet.
9        Q    Mr. Capogrosso, sitting here
10   today, do you recall this conversation?
11       A    If I said that to my
12   attorney in 2012, then that's a true
13   statement. It's a true statement.
14       Q    Understood, Mr. Capogrosso,
15   but the question was sitting here today,
16   do you recall this conversation with
17   Ms. Vahdat?
18       A    Today do I remember it? Let
19   me think. I did try to make a lot of
20   phone calls. I did make phone calls
21   right after this happened. Do I recall
22   making this exact conversation, I don't
23   remember. I don't remember saying that
24   exact conversation, but I remember if I
25   said it to him at that time that that was

Page 319

M.H. Capogrosso

1        M.H. Capogrosso
2    the truth.
3        Q    Okay.
4        A    I had a big client case at
5    that point. I had clients calling me,
6    asking me where are you, what's going on.
7    So was I trying to reach out to people,
8    yes, I was, absolutely.
9        MR. THOMPSON: So let's mark
10   this as Exhibit 13 if we haven't
11   already and I suspect you already
12   did.
13       Q    And let's -- a couple of
14   other quick questions. So you filed an
15   Article 78 lawsuit; is that correct?
16       A    My attorney did on my
17   behalf, Chris McDonough at that point.
18       Q    And how did the lawsuit
19   proceed?
20       A    We went down to court, went
21   before a judge, Judge Gelbstein was there
22   and I was given the opportunity to go to
23   a hearing a year from now, a year from
24   the date -- a year, one year the judge
25   said. We'll hear the case in a year she

Page 320

M.H. Capogrosso

1        M.H. Capogrosso
2    told me or you agree to take an anger
3    management course.
4        Well, I had a lot of
5    clients. I had -- I forgot what that
6    letter said, but it was a lot of clients.
7    I had people calling me where are you,
8    where are you, where are you, why aren't
9    you showing up. I had clients calling me
10   left and right. I felt an obligation to
11   these clients because that's who I am.
12   If a guy gives me money to do a job, I
13   feel an obligation to do that job. I
14   feel a very strong obligation to do it
15   and to show up. I show up.
16       And I said all right, if I
17   have to wait a year in order for my case
18   to be heard and that was a bad decision.
19   I should have adjudicated this right at
20   the start because Chris McDonough told me
21   listen, if you go back down there, you
22   sneeze the wrong way, they're going to
23   throw you out. That's what he told me.
24   Chris told me that and he's a good
25   lawyer. He told me the truth. He said

Page 321

M.H. Capogrosso

1        M.H. Capogrosso
2    if you sneeze the wrong way, they're
3    going to throw you out again. I said
4    Chris, I got a ton of clients here and I
5    feel an obligation.
6        So I took the course rather
7    than wait a year to get a hearing on the
8    matter and I should have waited. I
9    should have waited it out and I should
10   have adjudicated this back then and I
11   didn't do it.
12       Q    So what were the terms of
13   the agreement that resolved the case?
14       A    I don't know. There were no
15   terms. I was told to take an anger
16   management course, that's it. I was told
17   to take an anger management course,
18   that's all I -- that's all Chris told me
19   to do.
20       Q    Were you told that any
21   violent or aggressive behavior would
22   result in your removal from the TVB?
23       A    I was given a letter, two
24   days before I was supposed to -- allowed
25   to go back in, a letter that was mailed

50 (Pages 318 - 321)

Page 322

M.H. Capogrosso

1  to my attorney two days before I was to
2  go. I agreed to take an anger management
3  course, that's all I agreed to, that's
4  it. I signed no other stipulation. I
5  agreed to nothing.
6
7       I know what the rules are
8  and how to act as a lawyer. I know that.
9       Q    Did --
10      A    But I didn't sign nothing.
11 I agreed to take an anger management
12 course and that's what I did. That's
13 what I told the judge.
14      Now, your office threw
15 something at me after the fact. After
16 this agreement that we reached your
17 office puts all these conditions, which I
18 adhered to anyway, but it was after the
19 fact, after I already agreed only to take
20 an anger management course.
21      So go ahead.
22      Q    And what was the Attorney
23 General's office's role in that lawsuit?
24      A    I assume they represented
25 the DMV.

Page 323

M.H. Capogrosso

1
2       Q    Just for the litigation or
3  for anything else?
4       A    I don't know. Chris would
5  know that better than me, my attorney on
6  the Article 78.
7       Q    I'm going to bring up an
8  exhibit and, Mr. Capogrosso, can you see
9  the exhibit here?
10      A    Yes.
11      Q    And this is marked in the
12 defendants' production DMV-0000205;
13 correct?
14      A    Yeah.
15      Q    And do you recognize this
16 document?
17      A    No, I don't. I have
18 probably seen it, but I got to see the
19 whole thing. Can you scroll down? I've
20 seen this.
21      Q    Sure.
22      A    Can you scroll down, please?
23 Go ahead. Now can you go up, please?
24      This is from who, Assistant
25 Attorney General?

Page 324

M.H. Capogrosso

1
2       Q    It's from Serwat Farooq.
3       A    Fine. I didn't sign this,
4  but fine. That was something that --
5       Q    So do you recognize --
6       A    Yeah. I do recognize it.
7  It's a letter from --
8       Q    Do you recognize it?
9       A    It's a letter from Chris
10 McDonough. Yeah, Chris is my lawyer.
11 Jackie was the lady that worked under
12 him.
13      I do remember -- I do
14 recognize this. This is a letter from --
15 I don't know if I remember seeing this
16 letter. I don't remember. I don't know.
17 I know I had to take an anger management
18 course. That's all I remember.
19      I don't think I was ever
20 shown this letter. Did I --
21      Q    Did you --
22      A    What's the marking on this?
23      Q    I'm not sure. This came
24 from our production.
25      A    Then I don't -- I don't

Page 325

M.H. Capogrosso

1
2  remember seeing this. I remember seeing
3  that one letter that was -- that had the
4  second half of this down. I only saw
5  this second half on the letter that was
6  sent to me, please be advised --
7       Q    Okay.
8       A    That's the portion I saw
9  where it says please be advised. That's
10 the letter I saw. I never saw this top
11 portion of it. I saw this second half
12 portion of it from please be advised down
13 and that portion of it was sent to me in
14 a letter with your letterhead on it
15 without these first four paragraphs --
16 without these first three paragraphs and
17 it was sent to me two days before I was
18 to go back in. That's what I remember.
19      Q    So you don't recognize this
20 letter here?
21      A    I recognize the last two
22 paragraphs where it says please be
23 advised. That's what was sent to me.
24 That's what I recognize.
25      Q    Okay.

51 (Pages 322 - 325)

Page 326

M.H. Capogrosso

1
2  A    I don't remember the top
3  portion of it.
4       MR. THOMPSON: Ms.
5  MacDonald, we are skipping around a
6  little bit on the exhibits as we get
7  later in the day. So this is Exhibit
8  16 in what we sent to Veritext, but
9  please mark it down as the next
10  exhibit, which I think is Exhibit 14,
11  is that right?
12      MS. REPORTER: I have not
13  been keeping track because usually I
14  write the exhibits down. If you want
15  to just give me a minute.
16      MR. THOMPSON: We can mark
17  this as Exhibit 16 and we'll just
18  have a couple of exhibits with a gap.
19      (The above-referred-to
20  letter was marked as Exhibit 16 for
21  identification as of this date.)
22  A    Like I said, I only remember
23  seeing the bottom half of that letter,
24  please be advised, that's what was sent
25  to me. That was sent to me two -- it was

Page 327

M.H. Capogrosso

1
2  sent to me by your office two days before
3  I was to go back to work, two days.
4  Q    So, Mr. Capogrosso, I'm
5  showing you another document. Do you
6  recognize this?
7  A    Yes, John McCann.
8  Q    And this is from your
9  production Bates stamped P-28; correct?
10  A    Yes.
11  Q    What document is this?
12  A    That's from the anger
13  management doctor I had to go to, anger
14  management course.
15      MR. THOMPSON: And so can we
16  mark this down, Ms. MacDonald, as
17  Exhibit 17.
18      (The above-referred-to
19  report was marked as Exhibit 17 for
20  identification as of this date.)
21  Q    So, Mr. Capogrosso, what did
22  the anger management course consist of?
23  A    I showed up at this man's
24  office. It was in the basement of his
25  house. There was couches, about 10 to 12

Page 328

M.H. Capogrosso

1
2  guys all sitting there, all looking
3  angry. I talked to a few of them. They
4  all had problems at work or with their
5  girlfriends or with their wives.
6       I got called into his
7  office. I sat down with him. He gave me
8  a book to read about I over E,
9  intelligence over emotion. He kept
10  telling me intelligence over emotion. He
11  kept telling me there week after week. He kept
12  telling me intelligence over emotion, to
13  read a chapter in the book every week. I
14  did that.
15      He told me, you know, I felt
16  bad -- he told me he felt bad for me. He
17  told me I was wrongfully accused, he felt
18  bad for me and he said I completed the
19  course.
20  Q    Do you feel like you got
21  anything out of the course?
22  A    I over E, I'll always
23  remember I over E, intelligence over
24  emotion. I mean it's a little easier
25  said than done. You know, I'm an

Page 329

M.H. Capogrosso

1
2  emotional guy. It's a little easier said
3  than done, you know.
4       I over E is what he kept
5  telling me, I over E, so I try to think
6  before I act he told me. I said well,
7  it's easier said than done. When a guy
8  tells you go excuse yourself, go fuck
9  yourself twice, you know, you get upset
10  and that I'm a Jew hater. For what
11  reason I'm a Jew hater, I don't know,
12  so --
13  Q    Sir, do you think --
14  A    Go ahead.
15  Q    Do you think you benefited
16  from the course at all?
17  A    Absolutely. I went -- I
18  went to the Philippines. I had some -- I
19  took a break, I went to the Philippines
20  and I came back and I went back to work.
21  Q    And --
22  A    After I took the course I
23  went to the Philippines and I had some
24  fun and I came back.
25  Q    And did taking the course

52 (Pages 326 - 329)

Page 330

M.H. Capogrosso

1    help you get along with co-workers at the
2    TVB?
3        A    Well, it made me more
4    suspicious of everybody.  I hate to say
5    that, but it did.  I was never a
6    suspicious person.  You know, I pretty
7    much -- you know, but you have to be
8    suspicious of everything you say and
9    everything you do.  You have to look at
10   every word.
11       I was never like that.  I
12   was very, you know, outgoing and, you got
13   to be careful everything you say and
14   everything you do, who's taking it the
15   wrong way, who am I insulting, who's
16   fearful of my presence.
17       I mean, you know, so then I
18   got fearful of everything I said or do.
19   Every time I walk into a courthouse I got
20   to look around like I'm in church, but it
21   is what it is.  A clerk, if I look at a
22   clerk, I'm smirking at clerk.  What the
23   hell is smirking at a clerk?
24       So now I'm fearful of

Page 331

M.H. Capogrosso

1    everything I do when I walk in a
2    courtroom, absolutely.  You got to watch
3    every word you say.  It's like you're
4    walking into church in the morning and
5    that's the way I act now when I go into a
6    courtroom.  I don't talk to anybody.  I
7    just do my business and that's it.  I'm
8    very circumspect.  I listen to every word
9    I say and I make sure it's not construed
10   in the wrong way, that's it.
11       Q    All right.  Let's close out
12   of this and I'm going to bring up another
13   document here.
14       MR. THOMPSON:  And,
15   Ms. MacDonald, in case I didn't say
16   it already, let's have that previous
17   document marked Exhibit 16 (sic).
18       Q    Mr. Capogrosso, do you
19   recognize this document?
20       A    This is the document I
21   reviewed, this document that was sent to
22   me.  This document was sent to me.
23   That's the document.
24       Q    Okay.  So what is this

Page 332

M.H. Capogrosso

1    document?
2        A    That I took the anger
3    management course, which I did.  I'll be
4    allowed to come back June 27.  It's seven
5    days, I said two days, it's seven days
6    before I was -- that I get this document.
7    On June 20 I get this document, seven
8    days before I was supposed to go back in.
9        Q    And --
10       A    I already agreed just to
11   take an anger management course.  You
12   want to throw all these other conditions,
13   that's fine because I adhered to all of
14   them, I did adhere to all of them, but I
15   said I'm going to -- I'm not going to
16   dispute it at this point because I'll --
17   you know, I'm not because I'm going back
18   to work in seven days, but I adhered to
19   all of it anyway.
20       But did I sign off on this
21   document, I never signed off to this
22   document.
23       Q    And just for the record,
24   Mr. Capogrosso, this document was marked

Page 333

M.H. Capogrosso

1    P-143 in your production; correct?
2        A    Yes.
3        MR. THOMPSON:  And,
4    Ms. MacDonald, let me ask you to
5    please mark this as Exhibit 19.
6        (The above-referred-to
7    letter was marked as Exhibit 19 for
8    identification as of this date.)
9        Q    So, Mr. Capogrosso, I'll --
10   you said that this is not something you
11   agreed to; correct?
12       A    I didn't sign it, the
13   written stipulation.  It was thrown at
14   me, thrown at me, mailed to me on June
15   20, 2012.  I think I received it -- maybe
16   it was dated -- I think I only received
17   it two days before I was to go back in,
18   two days and it's the first time I saw
19   it.  I agreed to take an anger management
20   course, which is what I did.
21       I never saw this document,
22   no, until two days before I could go
23   back.  Now, did I adhere to everything,
24   yes.  Did I see it, no.

53 (Pages 330 - 333)

Page 334

```
1           M.H. Capogrosso
2    Q    So, Mr. Capogrosso, you see
3  where it says "Please be advised that if
4  and when Mr. Capogrosso appears at a TVB
5  office, he must strictly adhere to the
6  standards of conduct required of
7  attorneys appearing before State courts?
8  Threatening conduct by Mr. Capogrosso,
9  verbal threats of physical violence and
10  verbal abuse, including the use of ethic
11  slurs, will not be tolerated."  Do you
12  see that?
13    A    Yes.
14    Q    And you read that prior to
15  going back; correct?
16    A    And I adhered to all of it,
17  all of it.
18    Q    And you see the passage that
19  says "DMV reserves all rights to respond
20  to future misconduct including, if
21  warranted, by immediately and permanently
22  barring Mr. Capogrosso from appearing on
23  behalf of DMV licensees at TVB offices;"
24  correct?
25    A    Well, you can say whatever
```

Page 335

```
1           M.H. Capogrosso
2  you like.  You can say whatever you like.
3  Did I sign off on that statement, no.
4  No, I did not sign.
5    Q    Did you sign off on --
6    A    I signed off on going to --
7    Q    Did you sign off --
8    A    I signed off on going to
9  anger management, that it's.  I agreed to
10  take an anger management course, that's
11  it, not all these conditions.  I agreed
12  to take an anger management course,
13  that's all I agreed to do.
14         You threw this at me.  Your
15  office threw this at me.  I received this
16  two days before I was to go back.
17  After --
18    Q    Mr. Capogrosso --
19    A    Let me finish.  After the
20  expense of $10,000 and an anger
21  management course.  It cost me 10 grand.
22  After that expense, you throw this at me
23  two days before.
24         If you were going to put all
25  these conditions, you should have told me
```

Page 336

```
1           M.H. Capogrosso
2  up front and maybe I would have --
3    Q    Mr. Capogrosso, I'll
4  represent to you that these conditions
5  were included in the letter to your
6  lawyer that we previously discussed at
7  Exhibit 16.
8    A    The only time I saw that,
9  that was on -- that letter is dated June
10  20.  That letter is dated June 20 and
11  that's the letter I received.
12    Q    And I'll represent to you
13  that the previous letter was dated May
14  15, 2012, which was sent to your lawyer.
15    A    The letter I received was
16  dated June 20.  I was told to take an
17  anger management course.  Now, I adhered
18  to all those conditions, but I agreed to
19  take an anger management course, that's
20  it.
21    Q    So hold on one second while
22  I bring up another document.
23         Mr. Capogrosso, can you see
24  this document?
25    A    Yeah.  I think I remember
```

Page 337

```
1           M.H. Capogrosso
2  seeing that, yes.
3    Q    And what is this?
4    A    Stipulation of
5  Discontinuance.
6    Q    And is this the document
7  that ended the Article 78?
8    A    I believe so, yeah.  I mean
9  I hate to say the word I believe.  Let me
10  look at it.
11         Yeah, that's Jackie's
12  signature, yes.
13    Q    And so do you see anywhere
14  on here where there's an anger management
15  requirement?
16    A    No.
17    Q    I don't either.
18    A    No.
19    Q    So was anger management part
20  of the deal to have you come back to the
21  TVB?
22    A    The only deal I agreed to.
23  I was -- the judge told me the day I went
24  to court initially on this Article 78,
25  the judge told me two things and he said
```

54 (Pages 334 - 337)

| | |
|---|---|
| **Page 338** | **Page 340** |

Page 338

M.H. Capogrosso
2 either -- she told me. She told me I'll
3 give you a date a year from now to argue
4 this case or go take an anger management
5 course. I told the judge I'll take an
6 anger management course because I threw a
7 punch at a wall and to me -- well,
8 that's -- I said let me take the anger
9 because that's -- I said let me take the
10 anger management course. I had a lot of
11 clients calling me left and right, I had
12 to get back to court and deal with this.
13      I took an anger management
14 course. That's what I agreed.
15      MR. THOMPSON: And,
16 Ms. MacDonald, let's please mark this
17 Stipulation of Discontinuance as
18 Exhibit 18.
19      (The above-referred-to
20 stipulation of discontinuance was
21 marked as Exhibit 18 for
22 identification as of this date.)
23   Q    And now, Mr. Capogrosso, you
24 see how we are back at Exhibit 19?
25   A    Yes.

Page 340

M.H. Capogrosso
2 I agreed to.
3      Now, did I -- did I not
4 reserve my right to question any removal?
5 I never, never disavowed my right to
6 question my removal, never, never. I
7 would never have signed off on that, that
8 I didn't have a right to respond or to
9 defend myself against these allegations.
10 I would never have -- I would never sign
11 off to anything like that, never.
12      I have a right to defend
13 myself in a courtroom against statements
14 and affidavits written against me. I
15 would never surrender that right on any
16 level.
17   Q    So, Mr. Capogrosso, one more
18 quick question on Exhibit 19. Is this
19 the document that established your right
20 to go back to the TVB?
21   A    No.
22   Q    And I'll point to this last
23 part of the first paragraph where
24 Ms. Farooq writes that she is going to,
25 quote, "advise you that Mr. Capogrosso

Page 339

M.H. Capogrosso
2   Q    So is it safe to say,
3 whether or not you feel that it's part of
4 the deal, that DMV warned you in this
5 letter that threatening conduct or
6 physical violence would result in your
7 expulsion?
8   A    Listen, I agreed to take an
9 anger management course. You can say
10 whatever you like. Obviously if there's
11 threatening conduct and all this other
12 stuff, you have a right to do what you
13 have to do, but I have a right to defend
14 myself as to those allegations.
15      Now, Chris told me Mario, if
16 you go back there and you sneeze the
17 wrong way they're throwing you out again.
18 He told me that. So he said he didn't
19 trust Gelbstein at all. He didn't trust
20 Gelbstein as to what he was saying.
21      I said Chris, I took the
22 anger management course. It cost me a
23 lot of money. I told you it cost me
24 what, $10,000, 7,500, plus I had to give
25 Chris his fee. I took it and that's what

Page 341

M.H. Capogrosso
2 may appear on behalf of his clients at
3 Traffic Violation Bureau offices as of
4 June 27, 2012."
5   A    My attorney told me that I
6 could go back on June 27. My attorney
7 told me to go back. This letter was
8 thrown at me two days before I was to go
9 back from your office with all these
10 conditions.
11      I never, never surrendered
12 any right to go to trial or go to a
13 hearing and defend myself against any
14 accusations. That wouldn't make any
15 sense. Why would I do that? I'd
16 rather --
17   Q    I think you did.
18   A    I would rather go to the
19 Article 78 proceeding and give myself a
20 fair chance before a judge to hear the
21 case. I would never surrender that
22 right.
23      I was told by my lawyer
24 you're free to go back on June 27, which
25 is what I did. Your office sent me that

55 (Pages 338 - 341)

Page 342

1      M.H. Capogrosso
2  letter two days beforehand.  That's when
3  I received it.
4      Q    Do you think at this point
5  that the TVB wanted to get rid of you?
6      A    Yeah and I think your office
7  didn't treat me fairly.  That letter
8  or anything should have been sent to me a
9  hell of a lot earlier.  Two days before
10  I'm going back, are you treating me fair?
11      Q    Mr. Capogrosso, I'll
12  represent --
13      A    I don't think --
14      Q    -- to you that we did, in
15  fact, send exhibits.
16      A    They did not treat me
17  fairly, no.  Absolutely they wanted to
18  get rid of me, absolutely.
19      Q    Okay.  And so did you, in
20  fact, return to practice at the TVB on
21  June 27, 2012?
22      A    Yes, yes.
23      Q    So let's move on to a new
24  exhibit.
25      Mr. Capogrosso, do you

Page 343

1      M.H. Capogrosso
2  recognize this document?
3      A    It's a Work Violence Report.
4      Q    And what is it?
5      A    It's a Work Violence Report
6  by one of your -- by one of your
7  representatives at the DMV, by -- Calvo's
8  name is on it.  That's the name I
9  recognize.
10      Q    Do you recognize Geri
11  Piparo?
12      A    No.
13      MR. THOMPSON: All right.
14  Ms. MacDonald, can I ask you to mark
15  this as Exhibit 20?
16      (The above-referred-to
17  report was marked as Exhibit 20 for
18  identification as of this date.)
19      Q    So, Mr. Capogrosso, do you
20  know who Geri Piparo is?
21      A    No.  I never heard --
22      Q    I'll represent to you --
23      A    -- of that name.
24      Q    I'll represent to you that
25  she's one of the clerks and that she

Page 344

1      M.H. Capogrosso
2  signed the petition regarding you in
3  2011.
4      A    All right.  Fine.
5      Q    On page 2 she writes "Mario
6  Capogrosso accused David Smart of looking
7  at him and there were heated words
8  exchanged.  PO Nielsen intervened."
9      Can you tell me what
10  happened?
11      A    Well, there was a hell of a
12  lot more than looking at me.  When I came
13  back from the -- my anger management
14  course, which I came back in June, I had
15  to leave in December of 2011, I was told
16  by one of the clerks, Cindy, the lady I
17  was talking to who liked me I guess a
18  little bit, that a motorist came down
19  looking for me, came down looking for me
20  to give me a fee because he owed me money
21  on a case and that she was told by the
22  motorist that David took the fee.  It was
23  $80 and a $150 fee, right.  So I report
24  that to Judge Gelbstein because he stole
25  it.  You steal money, you should get

Page 345

1      M.H. Capogrosso
2  reported.
3      After that there was a
4  series of harassments by David Smart
5  against my person.  I've gone into them
6  with you.  I've gone into them.  He's
7  pushed me from behind.  He gave me the
8  sign of the cross and the spear hand one
9  day.  He would get in my face, a couple
10  of inches, but the same David Smart that
11  approached me on May 11 after he stole
12  the money and I reported him.  Get in my
13  face.  What's the problem?  Fuck you,
14  you're the problem.  Again, fuck you,
15  you're the problem, two, three, four
16  times.
17      So I tell -- I must have
18  told this woman, you know, this guy
19  doesn't want to leave me alone.  Doesn't
20  want to leave me alone.  Why do I have
21  to --
22      Q    And is this --
23      A    -- be harassed because I
24  report a theft which should have been
25  reported, which is the right thing to do,

56 (Pages 342 - 345)

Page 346

1      M.H. Capogrosso
2  so that's what was going on.
3      Q    Is this incident, May 5th of
4  2014, is this the first incident or
5  confrontation you had with Mr. Smart?
6      A    No, no.  Like I said, I
7  walked away a million times.  I have no
8  reason to have a beef with a security
9  guard.  I'm a lawyer.  I got two licenses
10 I have to protect.  I spent a lot of
11 money, a lot of time getting this
12 license.  I don't need a beef with a
13 security guard.  I don't need it.  I
14 walked away.
15     Q    What was --
16     A    Let me finish.  It's not the
17 first time, no, not the first time.
18     Q    When was the first time?
19     A    June of 2012.  As soon as I
20 got back in, he comes up from behind me
21 and pushes me from behind.  He's like --
22 pushes me.
23         I tell Gelbstein about it.
24 He looks at the security tape I think and
25 he says you don't need this down here.  I

Page 347

1      M.H. Capogrosso
2  said the man just assaulted me from
3  behind.  Are you going to do anything
4  about it?  And that was the end of it.
5  He pushes me from behind, June of 2012
6  when I -- first week I was back in there.
7      I reported it to Gelbstein.
8  He looked at the videotape.  He did
9  nothing about it.  Did I go to the cops,
10 no, I don't go to the cops.  I'm not
11 going to complain about a cop and get a
12 guy arrested.  I'm not doing it.  That's
13 not who I am.
14         But should he have been
15 removed from the DMV at that point in
16 time, absolutely and he wasn't.
17     Q    Mr. Capogrosso, I'm bringing
18 up another document.
19         And can you see the
20 document?  Can you see it okay,
21 Mr. Capogrosso?
22     A    Yeah.  I can't see the whole
23 thing.  You have to go down.
24     Q    Yeah, sure.  Actually, let
25 me zoom out a little bit.  Is that

Page 348

1      M.H. Capogrosso
2  easier?
3      A    Who wrote this?  Wanda,
4  Wanda was a clerk.
5      Q    And this document is marked
6  or is Bates stamped DMV-0000061; correct?
7      A    Yeah, right.  She's accusing
8  me -- okay.  Go ahead.
9      Q    Do you recognize this
10 document?
11     A    Yeah.  I see this document,
12 yeah.
13     Q    And what is it?
14     A    Wanda is accusing me of
15 telling a motorist to give a clerk an
16 attitude.  I don't understand that.  I
17 don't understand how I could tell a
18 motorist to give a clerk an attitude.  I
19 mean that's just ridiculous.
20         MR. THOMPSON:  Can we mark
21     this as Exhibit 21?
22         (The above-referred-to
23     statement was marked as Exhibit 21
24     for identification as of this date.)
25     A    I'm telling a motorist to

Page 349

1      M.H. Capogrosso
2  give a clerk an attitude?  How do you
3  tell a motorist to give a clerk an
4  attitude?
5         This is the clerks I had to
6  deal with.  I told the guy that I'm not
7  here to give -- now go ahead.
8      Q    So what's your recollection
9  of what happened in this incident on
10 October 29, 2014?
11     A    I never saw -- I was never
12 addressed with this issue.  I never saw
13 this until I received this affidavit from
14 your office.
15         But she's telling me that I
16 told a guy that I'm -- to encourage the
17 motorist beforehand to give me an
18 attitude is what she's accusing me of
19 doing.  Me, a lawyer, is telling a
20 motorist to go to the clerk and give the
21 clerk an attitude.
22     Q    Now what --
23     A    That's what your clerks are
24 accusing me of.
25     Q    But, sir, do you have,

57 (Pages 346 - 349)

Page 350

```
 1          M.H. Capogrosso
 2  sitting here today at the deposition, do
 3  you have any independent recollection of
 4  this?
 5     A    No, absolutely not because I
 6  wouldn't even know how to say that to a
 7  motorist.  Go to a clerk -- no, I have no
 8  knowledge of this.  I would not know how
 9  to tell --
10     Q    So --
11     A    I would not know how to tell
12  a motorist to go give a clerk an
13  attitude.  I mean this is a clerk whose
14  got some issues.  I was --
15     Q    So did this happen?
16     A    I don't know.  No, it didn't
17  happen, number one and it's ludicrous.
18  How do you tell a motorist to give a
19  clerk an attitude and these are the
20  clerks I got to deal with.
21     Q    So is it Ms. Alford lying
22  here?
23     A    I did not tell a motorist to
24  give a clerk an attitude.  I did not.
25  That's a ridiculous friggon -- that's
```

Page 351

```
 1          M.H. Capogrosso
 2  a -- excuse my language.  That's a
 3  ridiculous accusation against me,
 4  ridiculous, but these are the type of
 5  clerks I have to deal with.
 6     Q    So the question was do you
 7  believe that she's lying here?
 8     A    I did not tell a motorist to
 9  give a clerk an attitude.  I did not.
10  Now --
11     Q    I understand that, but yes
12  or no?
13     A    Maybe she -- I don't know
14  what she's thinking, but I did not tell a
15  clerk -- a motorist to give a clerk an
16  attitude.  First of all, I don't even
17  know how to do that or how a motorist
18  would know how to do that.  How would a
19  motorist know how to give a clerk an
20  attitude?
21     Q    So why would she write this?
22     A    I don't know.  I don't know.
23  They didn't want me there.  I don't know.
24  Maybe you got a bunch of crazy clerks
25  down there.
```

Page 352

```
 1          M.H. Capogrosso
 2     Q    Did Ms. Alford not want you
 3  there?
 4     A    Who's Ms. Alford?  Wanda?
 5     Q    Wanda Alford who --
 6     A    I don't know.
 7     Q    -- wrote the letter.
 8     A    I don't know.  This is the
 9  first -- the first time I saw this
10  complaint that I have an opportunity to
11  respond to is when you sent it to me and
12  I don't even know how to respond to it.
13  I wouldn't know how to deal with this.
14  I'm accused of telling a motorist to give
15  a clerk an attitude.
16          MR. THOMPSON:  And,
17  Ms. MacDonald, if we didn't do that
18  already, let's mark that as Exhibit
19  21.
20     A    Is that threatening conduct
21  or verbal abuse?
22     Q    Mr. Capogrosso, can you see
23  the document that I just put up?
24     A    Yeah.  This is something
25  David Smart wrote.
```

Page 353

```
 1          M.H. Capogrosso
 2     Q    Do you recognize this?
 3     A    Yeah.  I saw it when you
 4  gave it to me, yes.  He signed something.
 5  It's an unsigned note of David Smart.
 6     Q    And this is -- this document
 7  is marked Gelb-0000059; correct?
 8     A    Yeah.
 9     Q    What is this document?
10     A    Some type of complaint by --
11  on February 3, I don't know what year,
12  9:15 a.m.  Smarts telling me that I
13  deliberately walked into him.  I am --
14  there's a board --
15     Q    Mr. Capogrosso, I'm sorry,
16  we lost your audio for a second there.
17  Can you restate that?
18     A    Yeah.  This is -- I'm being
19  accused -- I'm being accused of walking
20  into a security guard.  Now, at the DMV
21  there's a board that was hanging up here
22  I was there and every day there was a
23  calendar on the board as in most
24  courthouses that tell you where each case
25  is going to be heard.
```

58 (Pages 350 - 353)

Page 354

```
1           M.H. Capogrosso
2        I go in the morning, right.
3  David would put up or somebody would put
4  up the calendar. Most times it was David
5  Smart and in the afternoon he would take
6  it down. So I have to go to the calendar
7  to look at the calendar because in the
8  morning there's a lot of people and
9  everybody's rushing around here and
10 there. You have to know what courtroom
11 to go in.
12        So I'm walking to the
13 calendar and he tells -- and I'm trying
14 to go to the calendar and he tells me I
15 deliberately walked into him. I mean
16 that's just stupid. We are both working
17 in the same location. We both have to go
18 to the calendar. He has to hang it up
19 and I have to look at it.
20        I'm deliberately walking
21 into a security? I have to work in this
22 courthouse, I'm sorry. As a lawyer I
23 have to go to the board and look at the
24 docket to see where my case is being
25 held. This is what I'm being accused of,
```

Page 355

```
1           M.H. Capogrosso
2  deliberately walking into a guard.
3        We work in the same
4  building. We both have to go to the --
5  to the board in the morning, to the
6  docket. He has to hang it up. I got to
7  look at it to see where my case is.
8  That's all I have to say about this.
9     Q    So is Mr. Smart lying?
10    A    That I deliberately walked
11 into him, yes, absolutely. I don't
12 need --
13    Q    Why is he --
14    A    -- this beef with a security
15 guard. I don't need a beef with a
16 security guard at a courthouse that I'm
17 trying to make a living at.
18    Q    And why do you think he's
19 lying?
20    A    I don't know. Why would I
21 deliberately walk into a security -- I'm
22 going to the board to check the calendar.
23    Q    Did he have any animis
24 towards you?
25    A    I told you, I reported to
```

Page 356

```
1           M.H. Capogrosso
2  Gelbstein that he stole $80 and a $150
3  fee and I found that out when I got back
4  after taking my anger management course.
5  I told you that. Cindy told --
6     Q    And --
7     A    And then I wrote to the
8  motorist. The motorist confirmed it. I
9  didn't go to the police because that's
10 not what I do. I'm not going to get the
11 guy arrested. Like maybe I should have
12 looking back on this thing now.
13    Q    And would you have --
14    A    Gelbstein investigated it.
15 Gelbstein admits to me that Smart said he
16 took the money and he gave it to me,
17 which is an absolute lie. First of all,
18 I authorized nobody to take money on my
19 behalf, collect money on my behalf. He
20 had no authority to collect a fee on my
21 behalf, this security guard, Smart and
22 Gelbstein believes it, that he gave me
23 the money. Gelbstein believes this.
24        I told him the security
25 guard had no authority to take the money,
```

Page 357

```
1           M.H. Capogrosso
2  but he allows the security guard to stay
3  and then the harassment started and I
4  guess this is one of the ways he did it.
5  He's saying I deliberately walked into
6  him.
7     Q    And would it be correct to
8  say that you feel that Mr. Smart had a
9  grudge against you after this?
10    A    Absolutely, absolutely he
11 had a grudge. He wouldn't let it go. If
12 you steal, I'm going to report it. It's
13 a theft. It's a theft. I am a lawyer.
14 I am an officer of the court. You steal,
15 you're not stealing from me. You're
16 stealing from that cab driver who $80 is
17 a lot of money to.
18    Q    And do you believe that he
19 wanted -- not he. Do you believe that
20 Mr. Smart wanted to get rid of you --
21    A    Absolutely.
22    Q    -- because of this threat?
23    A    Absolutely. He wouldn't
24 start the harassment. I told you all the
25 incidents. He gets in my face. What's
```

59 (Pages 354 - 357)

Page 358

```
 1            M.H. Capogrosso
 2   the problem? Fuck you, you're the
 3   problem.  I told you that.
 4      Q    One last question.
 5   Mr. Capogrosso, this note is marked
 6   February 3 at 9:15 a.m.  Do you recall
 7   what year this was?
 8      A    It was after.  I don't know.
 9   It's the first time -- the only time I
10   saw this note is when you produced it to
11   me in discovery.  I assume -- I assume it
12   was after the incident with Brody because
13   that's when I reported the theft.
14      Q    After the incident with?
15   I'm sorry, I didn't quite hear that.
16      A    With Brody.  It was after I
17   came back in June of 2012 --
18      Q    Okay.
19      A    -- because that's when I
20   reported the theft.
21      Q    So, Mr. Capogrosso, I'm
22   going to bring up --
23          MR. THOMPSON:  Oh, and
24      actually before we are done, I don't
25      know if I marked that, but
```

Page 359

```
 1            M.H. Capogrosso
 2      Ms. MacDonald if we didn't please
 3      mark that as Exhibit 22, that note.
 4          (The above-referred-to note
 5      was marked as Exhibit 22 for
 6      identification as of this date.)
 7      Q    Mr. Capogrosso, do you see
 8   the document that I just put up?
 9      A    Yeah, Paul Perez.
10   Absolutely, I remember this one.
11      Q    And do you recognize this
12   document?
13      A    Well, I recognize it because
14   you produced it.  I never saw it before.
15   Just the fact that you produced it.
16      Q    And this document is marked
17   Gelb-0000058; correct?
18      A    Yes.
19      Q    And it's your testimony that
20   you never saw this document before the
21   case; correct?
22      A    I never saw any of these
23   affidavits before this case.
24          MR. THOMPSON:  Ms.
25      MacDonald, can I ask you to mark this
```

Page 360

```
 1            M.H. Capogrosso
 2   as Exhibit 23?
 3          (The above-referred-to
 4      statement was marked as Exhibit 23
 5      for identification as of this date.)
 6      Q    And, Mr. Capogrosso, who is
 7   Paul Perez?
 8      A    What I remember, he was a
 9   motorist that came down to the DMV.  I
10   did not represent him on any hearings
11   even though there's a work -- there's an
12   incident report that says I represented
13   him in court.  I never represented -- and
14   it could have been investigated and it
15   wasn't.  I never represented him on his
16   hearing.
17          He had a hearing before
18   Judge Walters, that I know because I was
19   sitting outside the courtroom.  He came
20   outside the courtroom while I was sitting
21   on the bench and I think he was with his
22   girlfriend and they asked me if I'm a
23   lawyer because I'm sitting there with a
24   suit on and my calendar and can you help
25   him write an appeal.  I said I'll take
```

Page 361

```
 1            M.H. Capogrosso
 2   the appeal.  He was very nice when I
 3   first met him, very nice.  Sat down, I
 4   said I'll take it on appeal.  Collect a
 5   fee on the appeal.
 6          I never represented him in a
 7   courtroom.  I did not get his license
 8   suspended.  I was not the -- I was not in
 9   the courtroom with him.  I did not argue
10   his case.  I was hired to write the
11   appeal.
12          The next day he comes down.
13   He finds out that his license got
14   suspended.  This guy had a terrible
15   license, terrible.  He comes in, comes at
16   me, starts yelling at me.  I said here,
17   take your appeal -- take your appeal and
18   I gave him his money back.
19          No.  First thing he says
20   was -- is that he curses me out.  He says
21   I'm going to cut you with a knife and
22   slash the tires of your car.  I said I
23   didn't get your license suspended.  I'm
24   hired to write the appeal.  I'm going to
25   cut you -- his exact words, I'll never
```

Page 362

M.H. Capogrosso

1  forget it, I'm going to cut you with a
2  knife and I'm going to slash tires of
3  your car.
4        At that point I gave him his
5  money back on his appeal and he keeps
6  saying it to me, I'm going to cut you
7  with a knife, I'm going to slash the
8  tires of your car.
9        I look around for the
10  security guard. He's nowhere to be
11  found, Smart. Smart's not there. The
12  police officers are there, but they're
13  not doing anything about this.
14        At that point in time
15  Gelbstein told me if you got an unruly
16  client -- and I don't know if this guy's
17  got a knife on him or not, I really don't
18  know because there's no -- there's no
19  metal detectors coming into DMV. You
20  just walk in and out. You can carry
21  anything you want, guns, knives,
22  whatever.
23        Gelbstein told me if you got
24  a bad client, unruly client, you got to

*(lines 1–2 label header shown as:)*
1        M.H. Capogrosso
2  forget it, I'm going to cut you with a

Page 363

M.H. Capogrosso

1  go outside the courthouse and speak to
2  him outside, which I proceeded to do with
3  this guy. He just threatened me twice,
4  he's going to cut me with a knife and
5  slash the tires of my car. I said let's
6  go outside, we got to talk, which is what
7  Gelbstein told me to do and I obeyed.
8  That's what happened here.
9        And he didn't go out -- he
10  walked halfway and he turned around. I
11  obeyed what defendant Gelbstein told me
12  to do. I'm not going to be threatened
13  with a knife and tell me the tires of my
14  car were going to be slashed. The
15  security guard is nowhere to be found,
16  Smart. The police officers don't want to
17  get involved. It's not going to happen
18  to me.
19        And I obeyed what Gelbstein
20  did. I went out -- he said talk to him
21  outside. I said let's go talk outside,
22  which is what I did. That's what
23  happened here. And it could have been
24  investigated, that I was not in this

Page 364

M.H. Capogrosso

1  courtroom, I did not argue his case, I
2  did not get his license suspended. I did
3  not.
4        And the facts of this case
5  were never investigated, nor was my --
6  nor was I ever given an opportunity to
7  state what happened in this case.
8  Apparently --
9        Q     Mr. Capogrosso --
10        A     -- but Perez made a
11  statement.
12        Go ahead.
13        Q     Mr. Capogrosso, when Perez
14  writes that you were taking on a case for
15  him and, quote, "didn't live up to his
16  responsibility," what does he mean?
17        A     I have no idea. I don't
18  know. I don't know. The next day he
19  comes in, the day after he got suspended
20  in court, the day after Walters suspended
21  his license he comes in and tells me I'm
22  going to cut you with a knife and slash
23  the tires.
24        I didn't argue your case,

Page 365

M.H. Capogrosso

1  Mr. Perez. I didn't argue your case.
2  Here's your money back on the appeal. I
3  don't want you as a -- take your money
4  back. I'm not going to -- I'm not
5  going -- I'm not going to be threatened
6  by a client with a knife.
7        Q     Do you think -- do you think
8  he blamed you for the loss of his case at
9  the TVB?
10        A     I think he might have been
11  on drugs, seriously on drugs this guy
12  because when I met him for the first
13  time, he was a normal nice guy, normal,
14  had a normal conversation because I could
15  size up a guy pretty quickly. I've been
16  dealing with these clients for a long
17  time. I can size you up. He was normal
18  and nice. His girlfriend was nice.
19        The next day I'm cutting you
20  with a knife and I'm slashing the tires
21  of your car. That's the incident.
22  That's what happened.
23        Q     So his version of events
24  says that he told you he wanted another

61 (Pages 362 - 365)

Page 366

```
 1          M.H. Capogrosso
 2   lawyer and his money back and that you
 3   told him to go fuck myself and that we
 4   can take it outside.
 5     A    I gave him the --
 6     Q    Is that true?
 7     A    No.  First of all, I didn't
 8   argue the case.  He hired me on the
 9   appeal.  He hired me on the appeal.  I
10   gave him his money back right away.  I
11   gave him his money back.  I took --
12     Q    Did you tell him --
13     A    Let me finish.  If I didn't
14   give him money back, right, because every
15   time I give money back I take the receipt
16   back.  He would have produced my receipt
17   and he doesn't produce it.  I give him a
18   business card with my receipt on the
19   back.  I sign my name to it.  I tell him
20   the total amount, the amount paid.
21          But if I give you the money
22   back, which I did here, he gives me the
23   receipt back this way I'm not going to --
24   this way he has proof -- I have proof I
25   gave him the money back, he no longer has
```

Page 367

```
 1          M.H. Capogrosso
 2   my receipt, right.
 3          He doesn't produce the
 4   receipt here.  I gave him my money back
 5   and he, like he said --
 6     Q    So --
 7     A    -- he's going to cut me with
 8   a knife and slash the tires of my car.
 9     Q    Mr. Capogrosso, did you tell
10   him to go fuck himself?
11     A    I don't remember what I
12   said.  After you tell me to go -- after
13   you tell me you're going to slash my
14   tires, he's going to cut me with a knife
15   and slash the tires of my car, I might
16   have said that.  I might have told him
17   fuck, yes, I might have said something
18   like that.
19     Q    Did you tell him that you'd
20   take it outside?
21     A    I looked around for the
22   security -- no.  What I said was this and
23   I'll tell it exactly again, I said here's
24   your money back.  He came in the next
25   day.  There was no way I could have
```

Page 368

```
 1          M.H. Capogrosso
 2   written the appeal in a day anyway.  Take
 3   your money back.  Because I didn't mess
 4   up his case in any way.  I didn't mess it
 5   up because I didn't argue it and I was
 6   given no opportunity to argue the appeal,
 7   so I messed up nothing.  I messed up
 8   nothing.
 9          He came back the next day
10   and if you investigated the facts of this
11   you would have seen it, at that -- at
12   which point in time he tells me I'm going
13   to cut you with a knife and I'm going to
14   slash the tires of your car.
15          Take your money back and
16   then he repeatedly tells me he's going to
17   cut me with a knife and slash the tires
18   of my car.  At that point, like I said, I
19   looked for the security guard, not there.
20   This is what happened.  The police were
21   standing there.  They did nothing.  After
22   he repeatedly telling I'm going to cut
23   you with a knife and slash the tires on
24   your car, I said we have to talk outside.
25   That's what I said.
```

Page 369

```
 1          M.H. Capogrosso
 2     Q    So you said we have to talk
 3   outside?
 4     A    I said we have to talk
 5   outside is what I said.  The guy might be
 6   having -- the guy might have a knife on
 7   him.  I don't know what he's got on him.
 8     Q    So --
 9     A    There's no camera.  There is
10   no -- when you walk in the TVB, there is
11   no metal detectors there.  There's nobody
12   checking.  Anybody can walk in.  I did
13   what I had to do in that --
14     Q    So this --
15     A    I did what I had to do in
16   that instance.
17     Q    So, Mr. Capogrosso, is Paul
18   Perez lying in this statement that he
19   made?
20     A    I didn't mess up.  He's
21   lying there.  I never messed up.  I
22   didn't argue the case and I didn't have
23   any time to write the appeal, so I didn't
24   mess up.
25     Q    So why would --
```

62 (Pages 366 - 369)

Page 370

```
1              M.H. Capogrosso
2     A    I gave him his money back.
3     Q    -- he lie about you?
4     A    I'm telling you what
5  happened. I don't know why he would lie.
6  Ask him. I'm telling you the facts. He
7  did lie because if you investigated the
8  facts and Danielle Calvo investigated it,
9  she would have seen that I didn't
10 represent him in a courthouse -- in the
11 hearing room. There's the lie. I never
12 was in the hearing room with him, ever
13 and the incident report that was written
14 indicates that I argued three cases for
15 him. That is a lie.
16          I never argued three cases
17 for him and got him suspended. I was
18 never in the hearing room.
19    Q     But why would he lie though?
20    A     I don't know why. Ask him
21 why. He was upset I would imagine. I
22 can't speculate to that. I never argued
23 three cases for him in the -- in the
24 hearing room, I never argued, but that's
25 what the report says --
```

Page 371

```
1              M.H. Capogrosso
2     Q    And how --
3     A    -- I argued three cases. He
4  is lying. Why he's lying, I don't know,
5  but he is lying. He's upset his license
6  got license. I didn't suspend his
7  license. The judge suspended him.
8          MR. THOMPSON: Ms.
9     MacDonald, can you mark that document
10    for Mr. Perez if we haven't already
11    as Exhibit 23.
12    Q     Mr. Capogrosso, I'm about to
13 show you another document. Do you
14 recognize this document, sir?
15    A     Can you go down a little
16 bit?
17    Q     Sure.
18    A     Yeah. This is Perez, this
19 thing with Perez. Who wrote this one?
20 Melissa, who's Melissa? I don't know who
21 Melissa is, but go ahead. I've seen this
22 document, yeah.
23    Q     And what is this document?
24    A     It's another affidavit that
25 was submitted against me.
```

Page 372

```
1              M.H. Capogrosso
2     Q    And this one is marked --
3  Bates stamped DMV-0000059; correct?
4     A    Yeah.
5          MR. THOMPSON: Ms.
6     MacDonald, if we could mark that as
7     Exhibit 24.
8          (The above-referred-to
9     statement was marked as Exhibit 24
10    for identification as of this date.).
11    Q     So who is Melissa Vergara?
12    A     I have no idea who Melissa
13 is.
14    Q     So she says she was sitting
15 at information station 7, so does that
16 refresh your recollection at all?
17    A     No.
18    Q     But if she was sitting at an
19 information station, she was probably a
20 clerk; right?
21    A     Well, yeah. She would be a
22 clerk, yeah.
23    Q     So as you said she's talking
24 about the situation with Mr. Perez. She
25 says she could hear arguing between Mario
```

Page 373

```
1              M.H. Capogrosso
2  Capogrosso and a male motorist who was
3  later identified as Paul Perez.
4     A    Yup. I was arguing with the
5  man, yes.
6     Q    And then she writes and I'll
7  highlight this on the screen, "In a clear
8  and hostile tone, Mr. Capogrosso said to
9  the motorist to take this outside.
10 Originally the motorist began following.
11 He had even taken off his jacket and
12 swung it on to a stanchion, but only got
13 about halfway before he stopped himself,
14 turned around, picked up his jacket and
15 placed himself in the information line.
16 Mr. Capogrosso did not. He kept walking
17 to the door."
18          Does that refresh your
19 recollection of what happened?
20    A     Yeah, that's what happened.
21 After he said he was going to cut me with
22 a knife and slash the tires on my car, he
23 said it more than once to me, I looked
24 around for the security guard, nowhere to
25 be there. Police officer didn't get
```

63 (Pages 370 - 373)

Page 374

1        M.H. Capogrosso
2   involved. Gelbstein told me we have to
3   talk outside. I said we got to go
4   outside and talk.
5        I started walking to the
6   door to talk to this man and he stopped.
7   Q      Ms. Vergara --
8   A      That's what happened.
9   Q      Ms. Vergara also says that
10  you said to take it outside. Do you
11  recall that?
12  A      I said we have to talk
13  outside.
14  Q      Okay.
15  A      We have to talk outside is
16  what I said. We have to go outside and
17  talk, which is what Gelbstein told me to
18  do. You know, I don't go to the DMV to
19  get cut and slashed by a motorist. I
20  don't go there for that. I go there to
21  represent clients and make a living.
22       Now, there should have been
23  a security guard in there intervening or
24  the police should have intervened, I
25  should not have been put in this

Page 375

1        M.H. Capogrosso
2   situation, but neither one did. And I
3   should not have been told by Gelbstein in
4   a situation like this to go outside the
5   courtroom and talk to him about it.
6   Q      And do you think --
7   A      I don't go to a courtroom --
8   where most courthouses they have metal
9   detectors, this one has none. Where I'm
10  going to be told I'm going to get cut
11  with a knife and slash the tires on my
12  car and I got to sit there and be quiet.
13  Q      And do you think they didn't
14  do anything because they wanted you gone?
15  A      I don't know. Nobody got
16  involved. Smart didn't get involved.
17  Nobody took my affidavit as to what
18  happened. Nobody investigated the facts
19  as to what happened because they would
20  have seen I never represented him in a
21  courthouse. I never represented him in a
22  trial, I never did and they would have
23  seen that. But in the incident report
24  they wrote, they state that I represented
25  him in a hearing, which is a lie. I did

Page 376

1        M.H. Capogrosso
2   not get the man's license suspended.
3   Q      So, Mr. Capogrosso, I'm
4   bringing up another document. Do you
5   recognize this document?
6   A      Yes. I recognize Melanie
7   Levine.
8   Q      And what is this document?
9   A      That's the incident report
10  concerning Mr. Perez.
11       MR. THOMPSON: And,
12  Ms. MacDonald, can I ask you to
13  please mark this as Exhibit 25?
14       (The above-referred-to
15  report was marked as Exhibit 25 for
16  identification as of this date.).
17  Q      So, Mr. Capogrosso, who is
18  Melanie Levine?
19  A      Well, I thought she was a
20  clerk, but she's actually a supervisor of
21  the clerks down at the DMV, Brooklyn TVB.
22  Q      And she writes that you did
23  represent Mr. Perez at trial for three
24  violations. If she's a clerk, is she in
25  a position to know whether or not you did

Page 377

1        M.H. Capogrosso
2   that?
3   A      If she's a supervisory
4   clerk, yes.
5   Q      So she writes that "Attorney
6   Capogrosso and Mr. Perez engaged in a
7   very loud verbal argument in the lobby
8   with threats of escalating to a physical
9   altercation outside in the parking lot."
10  A      I told you what happened.
11  She never took my affidavit. The man
12  threatened to cut me with a knife and
13  slash the tires on my car twice.
14  Q      Well, she writes later on
15  even afterwards that -- I highlighted
16  that wrong -- that "Attorney Capogrosso
17  continued to verbally provoke Mr. Perez
18  into going outside while he was on line
19  and throughout his experience at the
20  service counter being helped by MVR
21  Melissa."
22  A      That's an absolute lie.
23  That's an absolute lie. I'm not
24  provoking a guy with a knife who wants to
25  cut me for a further altercation. I'm

64 (Pages 374 - 377)

Page 378

1      M.H. Capogrosso
2  not doing that. I don't know the worst
3  idiot in the world who's doing that. I
4  don't know the worst -- that's an
5  absolute lie.
6      Q    So why would Melanie lie?
7      A    I don't know why. That's an
8  absolute lie. I never continued to
9  provoke. I walked to the door. He
10  stopped. He went back on line. I guess
11  he thought he didn't want to get involved
12  with this any longer and he went back on
13  line. I turned away. I never provoked
14  that incident any further.
15      I've been in incidents like
16  this before, I didn't provoke it, but the
17  man was telling me twice he wants to cut
18  me with a knife. There was no security
19  guard. The police chose not to get
20  involved. I said we have to talk about
21  this outside at this point in time. I
22  start walking to the door and he stops.
23  That's what I remember and that's what
24  happened.
25      Why she's writing this, I

Page 379

1      M.H. Capogrosso
2  don't know. If she investigated the
3  facts of this she would have seen I never
4  represented him in a courtroom and she
5  didn't investigate the facts and she
6  never asked my story on it.
7      Q    So Ms. Vergara and
8  Ms. Levine both said that even after he
9  went back in, you continued to provoke
10  him.
11      A    I didn't provoke him. I was
12  standing there watching him. I don't
13  know if this guy's coming at me with a
14  knife at this point. I didn't provoke.
15  I'm watching. That's not provoking. I'm
16  watching the man. I'm watching to see if
17  my car -- my tires on my car get slashed,
18  which I'm allowed to do.
19      Q    Then why would --
20      A    I was not provoking.
21      Q    So why would they say
22  something --
23      A    I don't know why.
24      Q    -- that's not true?
25      A    You keep asking me why they

Page 380

1      M.H. Capogrosso
2  say things. I don't know why. But tell
3  me what words I used to provoke. Tell me
4  what words I actually stated. They're
5  not there. I provoked nothing. Tell me
6  what words I used to provoke.
7      Q    Well, this is sort of an
8  overview -- well, I think the word, one
9  of the words is take this outside.
10      But, Mr. Capogrosso, I think
11  this speaks to sort of a broader question
12  in this case, which is there are all of
13  these documents alleging that you --
14      A    Well, I'm going to respond
15  to each document separately, separately.
16      Q    And we've been addressing
17  them separately, but it's worth talking
18  about them together because --
19      A    Okay. What's your question?
20      Q    -- each of these documents
21  that you're saying --
22      A    Counselor --
23      Q    -- are broad --
24      A    Counselor, what is your
25  question?

Page 381

1      M.H. Capogrosso
2      Q    I'm getting there. There
3  are all these documents we've been
4  talking about written by different
5  people, each of which you say are lies,
6  each of which say more or less the same
7  thing, that you verbally or physically
8  threatened or intimidated somebody.
9      Why are there so many people
10  saying this and why are they all lying
11  about you?
12      A    I've addressed each
13  affidavit individually and I've told you
14  my statement on each affidavit, each
15  affidavit. I was there 10 years. I told
16  you my statement on each affidavit and
17  I've given you those reasons already.
18  I'm not going to go into them again, but
19  I'm telling you on this affidavit what
20  happened that day.
21      Q    And you don't think there's
22  a pattern here?
23      A    I responded to each
24  affidavit individually. No, I do not
25  think there's a pattern, no.

65 (Pages 378 - 381)

Page 382

```
          M.H. Capogrosso
 1
 2    Q    Why not?
 3    A    He told me he was going to
 4  cut me a knife, slash the tires on my car
 5  twice. I was told my Gelbstein if you
 6  got an unruly client, talk to him outside
 7  the courtroom, which is what I did. That
 8  is not provoking. That is not
 9  threatening. That is not verbal abusing.
10  He walked to the line. I
11  didn't -- I walked halfway and I stopped.
12  I kept my eyes on this guy and I made
13  sure he didn't cut the tires on my car.
14  I did nothing wrong there.
15        I do not think there's a
16  pattern. I think each affidavit has to
17  be taken individually and you tell me the
18  facts of each affidavit. There is no
19  pattern.
20    Q    Would someone who's not
21  familiar with your situation, like Bushra
22  Vahdat or Ida Traschen, see a pattern in
23  all of these complaints?
24    A    Well, maybe if they asked me
25  my opinion as to what happened and gave
```

Page 383

```
          M.H. Capogrosso
 1
 2  me an opportunity to state my opinion,
 3  then they would have seen what actually
 4  happened here, but they gave me no
 5  opportunity, none. They write an
 6  incident report that's a lie because they
 7  could have investigated it and they
 8  didn't.
 9        I didn't represent this guy
10  Perez. They have -- so I don't know what
11  they're going to -- at least ask me my
12  opinion as to what happened on each case
13  and give me an opportunity to defend
14  myself.
15    Q    I mean how many
16  investigations are they supposed to run?
17  You know, at this point we are on Exhibit
18  25 we just went through. How many
19  investigations are they supposed to have
20  made?
21    A    Counsel, anybody can write
22  an allegation. Anybody can write an
23  affidavit. If you're going to write it,
24  then defend it and give me an opportunity
25  to respond to it.
```

Page 384

```
          M.H. Capogrosso
 1
 2    Q    Do they have an obligation
 3  to investigate every single complaint?
 4    A    Yeah, they do. If you're
 5  going to put me out of work, yeah, they
 6  do. Yes, they do. I don't care how long
 7  it takes. If you're going to use it to
 8  put me out of work, you better
 9  investigate it --
10    Q    And what's --
11    A    -- otherwise you're not
12  giving me a fair chance.
13    Q    And what's the legal
14  authority for your contention that they
15  had an obligation to investigate all
16  these?
17    A    Because are they truthful or
18  not? Are they truthful, the truth? Is
19  there any substance to any of them?
20  Anybody can make an allegation.
21    Q    So, Mr. Capogrosso, I
22  understand that, but --
23    A    I can walk into the DMV and
24  make allegations.
25    Q    Mr. --
```

Page 385

```
          M.H. Capogrosso
 1
 2    A    I can walk -- wait a minute.
 3  I can walk into the DMV and make
 4  allegation, allegation and allegation and
 5  you know what, they would throw me out
 6  because I made allegations.
 7    Q    Mr. Capogrosso, but the
 8  question was are you aware of any statute
 9  or regulation or other legal authority
10  requiring the investigations that you're
11  demanding?
12    A    I think if you're to make an
13  allegation against a guy, you got to give
14  a guy a chance to defend himself, hear
15  the facts, otherwise it's not a --
16  there's no allegation, just a one-sided
17  statement.
18    Q    Mr. Capogrosso, I would
19  appreciate it if you can answer this
20  question yes or no. Are you aware of any
21  statute, regulation or other legal
22  authority that requires the
23  investigations that you're demanding?
24    A    How about the 14th
25  Amendment, due process of law?
```

66 (Pages 382 - 385)

Page 386

1          M.H. Capogrosso
2     Q     What does that mean to you?
3     A     To me it means I get a fair
4  hearing. I get a chance to defend
5  myself, present evidence, give an
6  affidavit in response. The due process,
7  the 14th Amendment to the Constitution.
8  Due process, you're a lawyer. Let me
9  tell my side. Let an independent
10  somebody -- let them hear my side, give
11  evidence --
12     Q     And --
13     A     -- present witnesses, give
14  my statement --
15     Q     And Mr. Capogrosso --
16     A     -- do an investigation.
17     Q     Mr. Capogrosso, are you --
18     A     It can't be all one sided.
19     Q     Mr. Capogrosso --
20     A     You have to let me finish.
21     Q     No. Let me -- I have
22  another question, so let me state my
23  question. Are you aware that your due
24  process complaint was dismissed by Judge
25  Brody?

Page 387

1          M.H. Capogrosso
2     A     I had a right to be heard on
3  these complaints. Anybody can write a
4  complaint. This one by Perez is
5  ridiculous. The man wants to cut me with
6  a knife and you're telling me that that's
7  acceptable in your -- in this courthouse.
8     Q     Mr. Capogrosso, my question
9  was are you aware that your due process
10  claim was dismissed?
11     A     No. I do not.
12     Q     No, you're not aware of
13  that?
14     A     No, I'm not. Maybe it was
15  dismissed, but when I was working at
16  this, they should have heard my side of
17  the story.
18     Q     But --
19     A     Mr. Perez comes down and
20  threatens me with a knife twice, twice --
21     Q     But Mr. Capogrosso --
22     A     -- and nobody takes my
23  affidavit concerning this. I mean is
24  this -- is this whole system just
25  ludicrous?

Page 388

1          M.H. Capogrosso
2     Q     Mr. Capogrosso, the federal
3  court did dismiss your due process claim.
4  That's no longer a part of this case.
5     A     All right. Fine. So let
6  me go down to the --
7     Q     You know that; right?
8     A     Let me go down to the
9  Brooklyn TVB and take a knife. Is that
10  what you want me to do? Is that what the
11  DMV wants me to do, take a knife?
12     Q     Are you --
13     A     Get cut by a motorist, is
14  that acceptable?
15     Q     Are you threatening that?
16     A     No. I'm not threatening
17  that, but that's what you want. No, you
18  want me to take a knife. You want
19  Mr. Perez to come down and slice up an
20  attorney.
21     Q     No. No one wants that.
22     A     Well, then what would you
23  want me to do in this instance?
24     Q     Well --
25     A     It's ridiculous.

Page 389

1          M.H. Capogrosso
2     Q     Well, if the incident
3  didn't --
4     A     You have no metal detectors,
5  no metal detectors, no security guard to
6  be found, told by Gelbstein to talk to --
7  to take the motorist outside.
8          I did nothing wrong here.
9  I'm sorry, I didn't. Let a Brooklyn jury
10  hear it.
11     Q     All right. Let's move on.
12  Mr. Capogrosso, I'm going to show you
13  another document. Do you recognize this
14  document, sir?
15     A     No. This one I don't know,
16  no.
17     Q     This document is --
18     A     It's talking about a paper
19  clip. I don't know what this is about a
20  paper clip. I have no idea.
21     Q     Marked Gelb-0000035;
22  correct?
23     A     Yeah.
24     Q     And I'll represent to you
25  it's an e-mail from Geri Piparo sent on

67 (Pages 386 - 389)

Page 390

M.H. Capogrosso

1        M.H. Capogrosso
2    Monday, February 9, 2015.
3        A    You have a clerk leaving one
4    paper clip, one paper clip every morning.
5    I don't understand what this is about,
6    but that's what she's doing.  For an
7    attorney to use, for what reason leaving
8    one paper clip.
9            This is the type of clerks
10   you have down there.  She's leaving one
11   paper clip for an attorney to use, any
12   attorney.
13       Q    So --
14       A    I don't understand what your
15   clerks get paid to do, but this is what
16   she likes to do.
17       Q    Why is that --
18   Mr. Capogrosso, if I can ask, why is
19   it -- why is there a problem with leaving
20   a paper clip on a garbage pail?
21       A    There is none, do whatever
22   you want, but it doesn't make any sense.
23   What are you doing it for?  What's the
24   purpose?  What is this Geri, whatever her
25   name is, get paid to do?

Page 391

M.H. Capogrosso

1        M.H. Capogrosso
2            But there is no -- there is
3    no reason, but I never said -- it doesn't
4    make any sense to me this whole thing.
5    It doesn't make any sense.
6        Q    Did you make a complaint to
7    Judge Gelbstein about this paper clip?
8        A    No.  Absolutely not.  No.
9        Q    So why would she say that
10   you did?
11       A    I don't know.  She admits to
12   doing it, it doesn't make a whole lot of
13   sense, but she does what she does.  This
14   is what your clerks at the DMV get paid
15   to do.
16       Q    Is she lying?
17       A    About leaving the clip, no.
18   Did I make a complaint about it, no.  I
19   could care less about a paper clip.
20       Q    So is she lying about your
21   conduct with the paper clip?
22       A    Absolutely.  I could give a
23   damn about a paper clip.  Was it stupid
24   that clerks have to waste time doing
25   nonsense stuff like this, yes, stupid.

Page 392

M.H. Capogrosso

1        M.H. Capogrosso
2    You have --
3        Q    So --
4        A    It's absolutely stupid.  Did
5    I complain about it, no.  Did I care
6    about it, no.
7        Q    She then writes "On November
8    18 as I was walking through the office,
9    Mr. Capogrosso was with a customer and as
10   I passed he said Geri, stick it where the
11   sun don't shine."
12       A    No.  I never said that.
13       Q    You never said that?
14       A    No.  I could care less --
15       Q    Did you say anything like
16   that?
17       A    No.  I could care less about
18   a paper clip.  I could care less about a
19   paper clip.
20       Q    I don't think that statement
21   was in connection with the paper clip.  I
22   think she said that that was a different
23   incident.
24       A    Well, concerning what?
25   Concerning what?

Page 393

M.H. Capogrosso

1        M.H. Capogrosso
2        Q    It's not clear.
3        A    Well, tell me what exactly
4    I'm being accused of.  I could care less
5    about a paper clip.  Tell me exactly.
6        Q    She says that you told her
7    to stick it where the sun don't shine.
8        A    For what reason would I say
9    that?  Tell me why I would say that.
10       Q    I don't know.  You're the
11   deponent.  You tell me.
12       A    I don't know why.  I don't
13   know why.  I did not say it and tell me
14   why she thinks I would have said it
15   because it wasn't said.
16       Q    She then says "I informed
17   Judge Gelbstein and Judge Vahdat again.
18   Judge Gelbstein went out to speak to
19   him."
20           Do you remember this
21   conversation?
22       A    No.
23       Q    She says that you verbally
24   attacked Judge Gelbstein and her cursing.
25       A    No.

68 (Pages 390 - 393)

Page 394

M.H. Capogrosso

1
2    Q    Do you remember that?
3    A    No. I would never curse a
4  judge. I would never curse a woman,
5  never.
6    Q    So why is she lying?
7    A    I don't know. Ask her. I
8  do admit that there was -- she was -- she
9  admits to leaving this paper clip. It's
10  absolutely ridiculous. Absolutely
11  ridiculous that your clerks -- this is
12  what clerks do. But do I give a damn
13  about a paper clip, no.
14    Q    Can you explain to me why --
15  like why is it ridiculous that they leave
16  a paper clip someplace?
17    A    What's the purpose of
18  leaving a paper clip someplace? It
19  doesn't make -- for an attorney to use.
20  Why would I -- I don't know. I don't
21  understand the whole purpose of this
22  though. It's just nonsensical.
23    Q    I guess my question is who
24  cares if they leave a paper clip
25  somewhere?

Page 395

M.H. Capogrosso

1
2    A    I don't care. That's the
3  whole deal, I don't care. I don't know
4  what this is about. I don't care. I
5  don't give a darn about a paper clip in a
6  courthouse. There's paper clips all over
7  the place. You got a bunch of idiot
8  clerks down there. I'm smirking at one
9  and now I'm complaining about a clip.
10  You got a bunch of idiot clerks.
11    Q    Do you think that Ms. Piparo
12  wanted to get rid of you?
13    A    I think -- I think all of
14  the clerks didn't like me. I told you, I
15  was there a long time. They were getting
16  gifts and money from all the other
17  attorneys and I was not getting involved
18  in this.
19        Now, nothing was said, but
20  the other attorneys told me that they
21  were giving the clerks money, cash,
22  buying them breakfast in the morning.
23  How many times do I have to say it to
24  you?
25    Q    And you think that's

Page 396

M.H. Capogrosso

1
2  connected to this complaint?
3    A    I don't know.
4    Q    But you think --
5    A    I could care less about a
6  paper clip. I think you got a bunch of
7  idiot clerks there who need to -- you
8  know, who didn't like me because I
9  wasn't, you know, like I said, giving
10  them money, giving them cash, giving them
11  presents, buying them breakfast. I was
12  there to do a job. I told you that
13  repeatedly.
14        MR. THOMPSON: All right.
15    Ms. MacDonald, can we mark that
16    document as Exhibit 26?
17        (The above-referred-to
18    e-mail was marked as Exhibit 26 for
19    identification as of this date.)
20        THE WITNESS: Listen, I got
21    27 minutes left. I hope you
22    understand that, Attorney Thompson.
23        MR. THOMPSON: Let's take a
24    quick break and go off the record
25    then and talk.

Page 397

M.H. Capogrosso

1
2        THE WITNESS: Because it's a
3  seven hour day.
4        MR. VIDEOGRAPHER: Okay. So
5  the time is 4:03. We are off the
6  record.
7        (A short recess was taken.)
8        MR. VIDEOGRAPHER: The time
9  is 4:05. We are on the record.
10    Q    And, Mr. Capogrosso, while
11  we were off the record we just had a
12  discussion about the timing of the
13  deposition and we agreed that we would go
14  until there's been a full seven hours on
15  the record; correct?
16    A    Yes, which should take us to
17  5:23 if we don't take any breaks.
18    Q    Good.
19        So, Mr. Capogrosso, I'm
20  going to show you a document. Do you
21  recognize this document?
22    A    Yes. Well, I recognize the
23  name, Diantha.
24    Q    Have you seen it before?
25    A    Yes.

69 (Pages 394 - 397)

Page 398

M.H. Capogrosso

1
2    Q     And what is this document?
3    A     Some complaint that Diantha
4  wrote about me and I'm saying the word
5  shit, which I wasn't.
6    Q     And this document is Bates
7  stamped DMV-0000003; correct?
8    A     Yes.
9    Q     So Ms. Fuller says that
10 since she came back to practice at the
11 TVB in September 2014, you would say shit
12 whenever she passed by you --
13   A     No.
14   Q     -- is that correct?
15   A     No. I say eesha. I say
16 eesha.
17   Q     You said what?
18   A     Eesha, eesha. I was
19 practicing martial -- it's just something
20 I say to myself. I say it quietly, I say
21 it under my breath. It was never the
22 word shit. It was the word eesha,
23 E-E-S-H-A. I'm saying it for a long
24 time. It gets me motivated.
25   Q     What --

Page 399

M.H. Capogrosso

1
2    A     It's just something I say.
3    Q     What does eesha mean?
4    A     It just means something to
5  me. It keeps me motivated. It's under
6  my breath. It's very low. It was never
7  the word shit. It was never directed to
8  any person. I say it to myself. It
9  keeps me motivated.
10          There's no -- no prohibition
11 against speaking to yourself. It's said
12 quietly. It keeps me motivated. It
13 means something to me. I'm allowed to
14 say it. If there was a problem with it,
15 all you had to do was tell me once, I
16 would never say it again, but it was not
17 the word shit and it was not directed to
18 her.
19   Q     So, in fact, she says that
20 she did say it was a problem. She says
21 that on March 13, 2015 you passed by her
22 and said shit to her and she responded --
23 and she responded saying that you were
24 crazy and that she was sick of you saying
25 shit to her.

Page 400

M.H. Capogrosso

1
2    A     Well, I didn't say --
3    Q     Do you recall that
4  conversation?
5    A     I never said that word, no.
6  I never said the word. No, she's -- I
7  never said the word. I told you what I
8  said.
9    Q     Do you recall the
10 conversation where she --
11   A     No. I do not.
12   Q     -- objected to you saying
13 it?
14   A     No. She's verbally --
15 verbally swearing at me, that's not
16 appropriate. I say the word eesha and
17 I'm allowed to say it and I'll continue
18 saying it. There's nothing wrong with
19 it. It means something to me.
20          Now, if there was a problem
21 with that --
22   Q     Okay.
23   A     -- you don't barrage me with
24 swear words. You say Mr. Capogrosso,
25 what are you saying, can you please tell

Page 401

M.H. Capogrosso

1
2  me and if I -- and I would explain it to
3  her.
4    Q     And did you --
5    A     She didn't do that. She
6  didn't do that. What she did was a
7  barrage of swear words, telling me I'm
8  psycho and crazy.
9          Now, I'm allowed to say the
10 word because you are allowed. It's
11 called freedom of speech.
12   Q     And when you said eesha,
13 what does eesha mean to you?
14   A     It means something to me.
15   Q     What does it mean to you?
16   A     It just means something to
17 me. It keeps me motivated.
18   Q     Okay. But you're saying it
19 means something and I'm asking you what
20 it means.
21   A     It's just a little something
22 I say.
23   Q     And what is the meaning of
24 the little something that you say?
25   A     It's a motivational phrase

70 (Pages 398 - 401)

Page 402

M.H. Capogrosso

1  that I say to myself. I've been saying
2  it forever.
3
4       Q     Where does it come from?
5       A     It just comes from where it
6  comes from. I don't know where it comes
7  from. It just comes.
8       Q     It's just a thing that you
9  say for no reason at all?
10      A     It's a thing I say that
11 keeps me motivated, yes.
12      Q     And you would say it
13 whenever you walked by Ms. Fuller?
14      A     No. I would say it when I
15 was feeling kind of tired or a little --
16 a little fatigued because it's a
17 fatiguing day down there. It wasn't --
18      Q     And you said --
19      A     It was before anybody. I
20 would just be -- you know, I had a hard
21 day, I'd just keep moving and it just
22 keeping me motivated.
23      Q     And you see more that this
24 is signed by Mr. Tahir as well; correct?
25      A     Yeah. I'll tell you where I

Page 403

M.H. Capogrosso

1
2  got it from. I was training in a martial
3  arts gym a long time ago when I was a
4  younger guy and the instructor used to
5  say it all the time that I was training
6  with me at the time and it kept us
7  motivated throughout the course
8  seriously.
9       So I'm not going to give you
10 his name, a man I trained with at the
11 time, but it was in a gym and he would
12 say it to keep us -- and after that, you
13 know, we were -- I picked up on it.
14      Does it have anything to do
15 with shit or talking to this woman who's
16 calling me a psycho and swearing at me,
17 no. It's something I picked up in a
18 martial art gym a long time ago when I
19 was training and he would say it. I
20 never questioned him what it meant, but
21 it kept us going.
22      So that's where I picked it
23 up from, but it was not the word shit and
24 it wasn't directed to anybody.
25      Q     If this behavior were true,

Page 404

M.H. Capogrosso

1
2  and I know you don't think it is, but if
3  you were saying shit to another attorney
4  every time you walked past her, would
5  that justify your exclusion from the TVB?
6       A     I'm not going to -- I'm not
7  going to get into hypotheticals. I don't
8  know. I didn't -- first of all, I didn't
9  say the word shit. Ask me what I said.
10 Don't swear at me with a barrage of swear
11 words and tell me I'm a psycho. Just
12 talk to me and --
13      Q     And you --
14      A     -- I'll tell her. Like I
15 told you, I would tell her.
16      Q     You had been warned by --
17      A     I told you. Like I told
18 you, I would tell her.
19      Q     Mr. Capogrosso, you had been
20 warned by the DMV that verbal abuse could
21 get you expelled; correct?
22      A     There was no verbal abuse
23 here, I'm sorry, there wasn't.
24      Q     I know you don't think so,
25 but the question is had you been warned

Page 405

M.H. Capogrosso

1
2  before that verbal abuse could get you
3  expelled?
4       A     I saw the letter to that
5  effect. There was no verbal abuse.
6       Q     So were you worried after
7  this complaint from Ms. Fuller and
8  Mr. Tahir and this incident with
9  Ms. Fuller that you would be expelled
10 from the TVB?
11      A     No, because there was no
12 verbal abuse. It's called freedom of
13 expression. There was no verbal abuse --
14      Q     So were --
15      A     -- so stop making -- there
16 was no verbal abuse.
17      Q     Were you worried that this
18 incident would lead to your expulsion?
19      A     I'm allowed -- you know,
20 people pray all day. They say various
21 prayers. I'm down at the DMV, there's
22 guys praying. They're allowed to pray.
23 I'm allowed to say a word to myself
24 quietly under my breath. There was no
25 verbal abuse.

71 (Pages 402 - 405)

Page 406

```
 1          M.H. Capogrosso
 2     Q    I understand,
 3  Mr. Capogrosso, but that wasn't the
 4  question.  The question is were you
 5  worried that this incident would lead
 6  to --
 7     A    No.
 8     Q    -- the TVB to expel you?
 9     A    No.  I was not worried
10  because I did not verbally abuse anybody.
11  I was not worried.  I did not verbally
12  abuse.
13          I'm not going to be told I
14  can't say a word under my breath that was
15  not the word shit and not directed to
16  anybody.
17     Q    So I'll just note that the
18  letter that you sent to AAG
19  Prickett-Morgan was sent the very next
20  day after this letter.
21          Did you send that letter
22  because you were worried the DMV was
23  going to take action against you?
24     A    No.  I was worried because
25  the action with Smart.  I didn't even
```

Page 407

```
 1          M.H. Capogrosso
 2  realize that -- the action with Smart is
 3  what I was more concerned about.
 4          Now, listen, this, what do
 5  you call it, Diantha, she's assaulted me
 6  with a barrage and she admits to it, a
 7  barrage of verbal abuse and obscenities.
 8  She's yelling at me, cursing me out,
 9  calling me a psycho.  If that's not
10  verbal abuse, I don't know what it is.
11          So she's verbally abusing me
12  and she gets a pass.  She's not -- she's
13  not thrown out.  That's accepted, right.
14  She's verbally abusing me, calling me a
15  psycho and this and that.
16          I used the word eesha, not
17  the word shit.  That's not verbal abuse.
18     MR. THOMPSON:  So,
19     Ms. MacDonald, if we didn't already,
20     let's mark that letter from
21     Ms. Fuller and Mr. Tahir as Exhibit
22     27.
23          (The above-referred-to memo
24     was marked as Exhibit 27 for
25     identification as of this date.)
```

Page 408

```
 1          M.H. Capogrosso
 2     Q    Mr. Capogrosso, I'm going to
 3  bring up another letter here.  Do you
 4  recognize this letter?
 5     A    Absolutely.  That's the
 6  letter that went to your office that got
 7  lost in the mailroom for four weeks.
 8     Q    Did you send this letter?
 9     A    Yeah, I did.
10     Q    And this is marked P-41 in
11  your production; correct?
12     A    Yes.
13     MR. THOMPSON:  And,
14     Ms. MacDonald, let me ask that this
15     letter be marked as Exhibit 28.
16          (The above-referred-to
17     letter was marked as Exhibit 28 for
18     identification as of this date.)
19     Q    Mr. Capogrosso, you said
20  this was lost in our mailroom.  Can you
21  explain what you mean by that?
22     A    I sent it on March 20.  I
23  called a couple of days later to see if
24  you received it.  They didn't receive it.
25  I called again.  A week later they told
```

Page 409

```
 1          M.H. Capogrosso
 2  me it was lost in the mailroom.  I called
 3  again.  They said they still couldn't
 4  find it in the mailroom.
 5          About three or four weeks
 6  later after I called, eventually it was
 7  found.  I don't know how that happened.
 8  I guess your office didn't want to
 9  receive it, but that's what happened.
10     Q    So, Mr. Capogrosso, who is
11  Elizabeth Prickett-Morgan?
12     A    She's the Attorney General
13  of New York State.
14     Q    I'm pretty sure she's an
15  Assistant Attorney General.
16     A    I thought she was the
17  Attorney General.  She's an Assistant,
18  right.  Letitia James, right.
19     Q    So why would you send a
20  letter to her?
21     A    Because I complained to
22  Judge Gelbstein and when I complained to
23  Judge Gelbstein, he laughs and giggles
24  and tells me a spade is a spade.  I'm not
25  getting relief about the harassment of
```

72 (Pages 406 - 409)

Page 410

1          M.H. Capogrosso
2  Smart, the constant harassment by Smart
3  and I don't want an incident on this
4  floor and I'm seeing what's happening.
5  This guy, Smart, is provoking me into a
6  fight. He gets in my face. What's the
7  problem? Fuck you, you're the problem.
8  Because I complained about him stealing
9  $80 and a fee and he's allowed to remain
10 by Gelbstein. Vahdat's not --
11    Q      So --
12    A      Go ahead. Vahdat's not
13 listening to me.
14    Q      Mr. Capogrosso, was
15 Ms. Elizabeth Prickett-Morgan part of
16 DMV?
17    A      I said let me call -- let me
18 write a letter to the Attorney General's
19 office, that's all I said to myself. I
20 think that was the correspondence address
21 when I looked you up on the website.
22    Q      So -- and so did you file
23 this believing that Elizabeth
24 Prickett-Morgan was the Attorney General
25 of New York State?

Page 411

1          M.H. Capogrosso
2    A      I filed it with the Attorney
3  General of New York State and when I
4  looked you up on the website, that was
5  the correspondence address that I found
6  to correspond with.
7    Q      So --
8    A      I looked you up to send it
9  in and they put her name there, so that's
10 the one I used.
11    Q      So what's, you know, what's
12 the connection between the Attorney
13 General's office and DMV?
14    A      The Attorney General's
15 office represented DMV in my Article 78
16 proceeding, right.
17    Q      But hadn't --
18    A      They're the lawyers.
19    Q      Hadn't the Article 78
20 proceeding been over for three years by
21 this point?
22    A      Yeah, but they're the ones
23 who put all these conditions on me, right
24 and I had to act in a certain way, right,
25 even though other attorneys were verbal

Page 412

1          M.H. Capogrosso
2  abusing me is acceptable or using swear
3  words is acceptable or calling me a
4  psycho, Diantha Fuller, which is
5  acceptable.
6          So I don't want an incident.
7  The basis of this letter is this, I don't
8  want another incident at the TVB. I
9  don't want anything to happen to me,
10 right. I don't want an incident.
11         You gave me this letter. No
12 verbal abuse, threatening physical
13 conduct. I'm trying to be, you know, a
14 perfect gentleman, which is what I was,
15 right. I'm trying to do the right thing.
16 I'm trying to be a perfect gentleman,
17 handle my cases, do what I have to do.
18         I'm seeking relief here.
19 Gelbstein, when I complain about Smart,
20 he laughs and giggles and tells me a
21 spade is a spade. So let me call the
22 Attorney General's office who sent me
23 this letter, who represented me in the
24 Article 78, who gave me all these
25 conditions and tell her what's going on

Page 413

1          M.H. Capogrosso
2  down here.
3    Q      But Elizabeth
4  Prickett-Morgan --
5    A      And your office does not
6  seem to care. They lose it in their
7  mailroom. They lose it they eventually
8  find it. They don't respond to it. They
9  don't give me any response to it and
10 Smart approaches me in the morning on
11 May 11.
12    Q      Elizabeth Prickett-Morgan
13 didn't represent DMV in your case; did
14 she?
15    A      I don't know. You would
16 have to talk to my attorney, Chris
17 McDonough, on this. I don't know who
18 did.
19         When I looked you up on
20 the -- on Google for a correspondence
21 address, Prickett-Morgan's name was
22 attached to it. That's why I wrote that.
23    Q      Did you speak with an
24 attorney about filing this letter?
25    A      No.

73 (Pages 410 - 413)

Page 414

M.H. Capogrosso

1
2     Q      Did you speak with
3  Mr. McDonough?
4     A      No.  Chris did tell me if
5  you sneeze the wrong way, they're going
6  to throw you out again.
7     Q      So I guess my question is
8  you wrote this letter to the office that
9  represented DMV in the case three years
10  ago to an attorney who wasn't even on the
11  case.
12         Why do you think anyone
13  would care about this letter?
14     A      I'll say it again, the
15  Article 78 you gave me all these
16  conditions, right, in that letter, that
17  was from your office, no verbal abuse, no
18  threatening of physical contact or
19  conduct, right.  That was from your
20  office, right, from your office, the
21  Attorney General's office.  I did not
22  deal with the Attorney General's office.
23  Chris McDonough dealt with the Attorney
24  General's office.
25         I'm trying to adhere to all

Page 415

M.H. Capogrosso

1
2  of these rules and regulations
3  specifically put on me, on me, that I had
4  to deal with now and I'm getting all this
5  harassment by Smart because I reported a
6  theft.  I go to Gelbstein.  Gelbstein
7  doesn't want to hear it.  He laughs and
8  giggles, tells me a spade is a spade
9  concerning Smart.
10         Who else do you want me
11  writing to?  If I'm supposed to adhere to
12  the conditions that you put on me, the
13  Attorney General's office, I got to go to
14  the Attorney General's office, say how do
15  I -- what do I do in this situation?
16         I can't adhere if I've got a
17  security guard who doesn't want to leave
18  me alone.
19     Q      So, Mr. Capogrosso, you
20  testify a moment ago that you wrote this
21  letter because you were worried that
22  there would be an incident?
23     A      Absolutely.
24     Q      Can you tell me what you
25  mean by that?

Page 416

M.H. Capogrosso

1
2     A      I said this guy Smart
3  wouldn't stop.  I went into detail with
4  it and Gelbstein's giving me no
5  protection.  He's not telling this guy --
6  or he's incapable, incompetent or
7  complicit, I state that.  Smart will get
8  in my face, what's the problem?  Fuck
9  you, you're the problem.  He gives me the
10  sign of the cross and a spear hand.  He
11  bumps into me.
12     Q      And were you worried that
13  this incident --
14     A      Then the incident happens.
15  On May 11 this guys comes again.  He
16  comes, he gets in my face again.  I put
17  up my hand.  I tell him to back up.
18     Q      Let me ask you,
19  Mr. Capogrosso, when you wrote this
20  letter were you worried that this
21  incident would be used to justify your
22  expulsion from the TVB?
23     A      Would I -- I saw something
24  coming.  I saw something coming.  This
25  guy Smart didn't want to stop.  I don't

Page 417

M.H. Capogrosso

1
2  know if Gelbstein -- I think Gelbstein
3  was putting him up to it.  I really
4  believe Gelbstein was putting --
5  Gelbstein wanted me out.  I really think
6  Gelbstein wanted me out of here and --
7     Q      And that's --
8     A      -- I think Gelbstein put
9  Smart up to it, I really do believe that,
10  because he didn't look at the videotape.
11  On the morning of May 11, he was
12  conveniently not in the DMV, just not
13  there.  He was not in the TVB, in the
14  Brooklyn TVB conveniently.
15         I think he put this guy
16  Smart up to it.  He wanted me out and I
17  saw it coming and I'm seeking --
18     Q      Is that part --
19     A      -- relief.  I'm seeking
20  relief.  I'm seeking for somebody to
21  allow me just to practice law like every
22  other lawyer.
23     Q      And is that part of why you
24  wrote the letter?
25     A      I'm seeking relief from your

74 (Pages 414 - 417)

Page 418

1          M.H. Capogrosso
2    office.
3        Q     Yes. So I understand, but
4    the question is you believe that Judge
5    Gelbstein was trying to get rid of you
6    through David Smart, was that why you
7    wrote this letter?
8        A     I want to practice law down
9    in Brooklyn TVB. I was a good lawyer
10   down there. I'm seeking relief.
11       Q     I understand that.
12       A     I don't know -- I don't know
13   if Gelbstein put this guy Smart up to it.
14   I don't know, but he --
15       Q     Did you suspect it at this
16   time?
17       A     What's that?
18       Q     Did you suspect at this time
19   that Judge Gelbstein was putting him up
20   to it?
21       A     I think Gelbstein is as
22   corrupt as they come, my personal opinion
23   and I told you the reasons why. When
24   you -- when you complain to a judge and
25   that judge laughs and giggles and tells

Page 419

1          M.H. Capogrosso
2    you a spade is a spade, I think he's
3    corrupt and doesn't deserve to hold the
4    office.
5           No matter who's protecting
6    him, I think he's corrupt and doesn't
7    deserve to hold that office. He should
8    have stopped the behavior.
9        Q     So the question is --
10       A     Gelbstein should have
11   stopped this behavior and he didn't do
12   it.
13       Q     So the question,
14   Mr. Capogrosso, is when you wrote this
15   letter, were you -- did you do it because
16   you were worried that Judge Gelbstein was
17   going to use David Smart to get you
18   expelled?
19       A     I used it to stop the
20   harassment. I didn't want an incident.
21   I spelled it out very clearly. I did
22   not --
23       Q     Mr. Capogrosso, I understand
24   that.
25       A     I answered it. I answered

Page 420

1          M.H. Capogrosso
2    your question. I used it because I did
3    not want an incident. I did not --
4        Q     So Mr. Capogrosso --
5        A     I did not want an incident.
6        Q     Can I ask you to answer the
7    question with a yes or a no, did you
8    write this letter, in whole or in part,
9    because you believed Judge Gelbstein was
10   trying to get you expelled?
11       A     I wrote it because I did not
12   want an incident. That's why I wrote it.
13       Q     Okay. But can I ask you to
14   answer the question yes or no?
15       A     That is the question. No
16   there's no -- that's the reason I wrote
17   it.
18       Q     So yes -- and, again, it's a
19   simple question, yes or no, was part of
20   the reason you wrote this because you
21   thought Judge Gelbstein was going to get
22   you expelled?
23       A     I wrote it because I didn't
24   want an incident on the floor. That's
25   why I wrote it.

Page 421

1          M.H. Capogrosso
2        Q     Mr. Capogrosso, is there
3    anything stopping you from giving a yes
4    or no answer to this question?
5        A     No. That's the reason I
6    wrote it. You're asking me why I wrote
7    it. That's the reason. That's the only
8    reason I wrote it. I did not want to get
9    expelled. I didn't want an incident. I
10   don't want to get thrown out. I wanted
11   to stay working. I wanted to make a
12   living. I wanted to pay bills.
13       Q     And so is the answer yes,
14   you believed that there was going to be
15   an incident Judge Gelbstein was going to
16   use to expel you?
17       A     I saw this guy Smart was not
18   backing off. He was still with the
19   harassment. I saw it. He didn't want to
20   stop.
21       Q     Mr. Capogrosso --
22       A     I answered your question. I
23   wrote it because I -- I wrote  -- I gave
24   you the reasons why, I did not want an
25   incident on this floor.

75 (Pages 418 - 421)

Page 422

M.H. Capogrosso

1  
2 That's the last time I'm
3 going to answer this question.
4 Q Well, Mr. Capogrosso, I'm
5 going to ask you again one more time to
6 please answer with a yes or a no. When
7 you wrote this letter, were you worried
8 that Judge Gelbstein was going to cause
9 an incident to get you expelled?
10 A I was worried that there
11 would be an incident on the floor.
12 That's what I was worried about.
13 Q But you didn't know if it
14 would be something Judge Gelbstein would
15 cause?
16 A Listen, I just didn't want
17 an incident, that's it. I saw
18 Gelbstein --
19 Q So why is it -- but why is
20 it so hard to get a yes or a no out of
21 you, Mr. Capogrosso?
22 A I told you, I've given you
23 the reason I wrote this letter. I didn't
24 want an incident on the floor. I did not
25 want it. I wanted to work.

Page 423

M.H. Capogrosso

1  
2 Q Okay, but that again is not
3 the question. Why can't you answer --
4 A No.
5 Q -- with a yes or a no?
6 A I'm going to object right
7 now. You're badgering. I gave you the
8 reason I wrote this letter.
9 Q All right.
10 A You're badgering me. You've
11 asked it seven times, eight times. I
12 gave you my answer. I did not want an
13 incident. I'm begging for relief. I
14 want to work. I want to pay bills. I
15 want to make my clients happy.
16 Q You can object, but I just
17 want to put on the record my question is
18 yes or no, did you believe that when you
19 wrote this letter that Judge Gelbstein
20 was trying to manufacture an incident to
21 get you expelled and you're not willing
22 to answer that yes or no question; is
23 that correct?
24 A Well, I truly believe
25 that -- I'll tell you when I truly

Page 424

M.H. Capogrosso

1  
2 believed that, when he approached me on
3 the afternoon of May 8. On the afternoon
4 of May 8 --
5 Q I'm not asking about that.
6 A Well, on --
7 Q I'm asking you about --
8 A Well, on that date when he
9 told me can't you go practice somewhere
10 else, I saw what you wrote about me, I'm
11 implicit, incapable and incompetent, I
12 believe he wanted me out. At that point
13 in time, yes.
14 And when I wrote this
15 letter, all I wanted was for the
16 harassment to stop, but when he
17 approached me on May 8 and told me can't
18 you go practice someplace else and then
19 on May 11 Smart approaches me, yes, then
20 I knew he wanted me out.
21 Q I'm not asking about that.
22 I'm asking about now when you wrote this
23 letter.
24 A When I wrote this letter, I
25 just wanted the harassment to stop for

Page 425

M.H. Capogrosso

1  
2 the tenth time.
3 Q So can you give me a yes or
4 a no answer to the question?
5 A I don't recall what I
6 thought. I wanted the harassment just to
7 stop, that's what I wanted. I wanted to
8 work. I didn't want defendant Gelbstein
9 to laugh and giggle at me and tell me a
10 spade is a spade. I did not want that.
11 Q All right.
12 A I wanted to stop the
13 harassment.
14 Q You've once again refused to
15 answer yes or no and I'm just going to
16 let you know and I'm going to put on the
17 record that we are going to go back and
18 we are going to have to consider whether
19 to file a motion to compel.
20 In the meantime, let's move
21 on.
22 MS. REPORTER: You know
23 what, if you still have an hour left,
24 I need a five minute break. I'm at
25 350 pages --

76 (Pages 422 - 425)

Page 426

1      M.H. Capogrosso
2          MR. THOMPSON: Ms.
3      MacDonald --
4          MS. REPORTER: Yes. Let's
5      take a five minute break.
6          MR. THOMPSON: Sure. That's
7      fine. We'll be back at 4:33.
8          MR. VIDEOGRAPHER: The time
9      is 4:28. We are off the record.
10         (A short recess was taken.)
11         MR. VIDEOGRAPHER: The time
12     is 4:33. We are on the record.
13     Q      Mr. Capogrosso, you still
14     see that we have Exhibit 28 up?
15     A      Yes.
16         MR. THOMPSON: And,
17     Ms. MacDonald, in case we didn't mark
18     it as Exhibit 28, let's please do
19     that.
20     Q      You write in this letter
21     that upon completion of the anger
22     management course you were allowed to
23     practice law in all DMV courts on an
24     equal and unbiased standing with all
25     other attorneys in the DMV; is that

Page 427

1      M.H. Capogrosso
2      correct?
3      A      That was my assumption, yes.
4      Q      You say it was your
5      assumption. What do you mean by that?
6      A      I'm a lawyer. I'm licensed
7      in the State of New York. I should be
8      treated like every other lawyer. I see
9      no reason why I shouldn't be. I should
10     be held to the same standard as every
11     other lawyer practicing, no different. I
12     took my course that I needed to take. I
13     should be held on the same standard as
14     every other lawyer.
15     Q      But, in fact, you weren't
16     quite on the same standing because you
17     had been warned that any further incident
18     would lead to your expulsion; isn't that
19     true?
20     A      Well, that was an improper
21     warning in my opinion. I should be
22     treated like any other lawyer, any other
23     lawyer.
24     Q      So why was it improper for
25     DMV to warn you that further incidents

Page 428

1      M.H. Capogrosso
2      would lead to an expulsion?
3      A      Well, I don't know why they
4      threw that letter to me. Like I said,
5      they threw it at me two days before I was
6      to go back to the DMV. I agreed to
7      nothing but to take an anger management
8      course, that's it.
9      Q      Well, once again --
10     A      I took the course. I should
11     be treated like every other lawyer, not
12     on a special, you know, special -- I
13     should be treated like every other
14     lawyer. That's all I agreed to was take
15     a course.
16         I wouldn't have agreed to
17     anything else if I knew this letter was
18     going to be thrown at me.
19     Q      Mr. Capogrosso, you write
20     that "On numerous occasions your security
21     guard Dave Sparks told me to go F
22     myself."
23     A      I didn't know his name at
24     that point. It's Smart, not Sparks. I
25     didn't know his last name.

Page 429

1      M.H. Capogrosso
2      Q      How did you not know his
3      last name at this point?
4      A      I didn't know it.
5      Q      You had been interacting
6      with him for years you said.
7      A      We all knew him by David. I
8      never talked to him about his last name.
9      I know people said S Smart something or
10     Smarks or something. I thought it was
11     Sparks.
12         I knew him -- I knew him as
13     the security guard, that's it. I know
14     his first name was David.
15     Q      When you --
16     A      That's what I knew.
17     Q      When you write,
18     Mr. Capogrosso, when you write "Will
19     provide proof upon request," what proof
20     would you have provided?
21     A      I sent you all my letters,
22     all my -- all the complaints I filed with
23     Gelbstein.
24     Q      So the proof would have been
25     your own letters to Judge Gelbstein?

77 (Pages 426 - 429)

Page 430

```
1              M.H. Capogrosso
2      A     Yes and my testimony.  The
3  fact that there was a video --
4      Q     Okay.
5      A     That I stated to Gelbstein
6  the man pushed me from behind in June of
7  2012.  They stole money from me.
8      Q     And the same question for
9  item number 2 when you talk about
10 instances where Sparks redirected other
11 clients who had come looking for you to
12 other attorneys or interfered with his
13 conversations, the proof there would have
14 been your statements as well?
15     A     Yeah.  I had an affidavit I
16 filed with -- I think I sent it to you
17 also, yes and I saw him doing it.
18     Q     So here on page 2 you see
19 and I'm going to highlight your
20 statement.
21     A     Yeah.  Go ahead.
22     Q     "I've made numerous
23 complaints to Judge Gelbstein.  His
24 response has been a spade is a spade.
25 His words not mine.  He laughs and
```

Page 431

```
1              M.H. Capogrosso
2  giggles."
3      A     That's true.  That's
4  absolutely a true statement, absolutely
5  true.
6      Q     Well, he denied it
7  yesterday; didn't he?
8      A     It's an absolutely true
9  statement.  He took no action in response
10 to these.  He knew what I had to go
11 through back in 2011 with Yaakov Brody
12 and that incident.
13     Q     Mr. Capogrosso, that's not
14 the question.
15     A     He took no action --
16     Q     The question --
17     A     -- to respond to this.
18     Q     Sir, the question is he
19 denies it; correct?
20     A     I don't know if he denied
21 it.  That an absolutely true statement.
22 That's what he said to me.
23     Q     Were you not at the
24 deposition yesterday when he denied it?
25     A     I'm sure he denied it at the
```

Page 432

```
1              M.H. Capogrosso
2  deposition, but that's what he said to me
3  this man.
4      Q     So what can you tell me
5  about the conversation in which he made
6  that statement allegedly?
7      A     I said can you tell this guy
8  to leave me alone, Smart and now I know
9  his name is David.  Now I know his name
10 is Smart.  I don't want an incident on
11 this floor.  I don't want anything to
12 happen.  I want to practice law.  I want
13 to make money.  I want to make my clients
14 happy.  I said can't you stop Smart from
15 doing this.  And three inches from my
16 face what's the problem?  Fuck you,
17 you're the problem.  He laughs and
18 giggles at me and tells me a spade is a
19 spade.
20     Q     So when was this --
21     A     It happened outside of his
22 chamber door one day.  He's walking, I
23 said judge, I got to talk to you for a
24 minute.  This guy doesn't want to stop.
25 Can you tell him to leave me alone?  What
```

Page 433

```
1              M.H. Capogrosso
2  else do I need to do as a lawyer to tell
3  a judge to have a security guard leave a
4  hard working attorney alone and all he
5  does this judge is laugh and giggle at me
6  and tell me a spade is a spade.
7      Q     So, Mr. Capogrosso, when was
8  this conversation in which he said this?
9      A     Right before I wrote this
10 letter.  After he said that to me, I said
11 I had enough.  I said I had enough with
12 this guy.  Not only is he having lunch
13 with ticket brokers, pleading people
14 guilty, telling me he doesn't know what
15 these ticket brokers do for a living, now
16 he's telling me a spade is a spade and he
17 laughs and giggles.
18            This guy should not be on
19 the bench.
20     Q     And so it's your testimony
21 that he said this shortly before you
22 filed the letter?
23     A     Absolutely.  When he said
24 that to me, I said that's enough.  I got
25 to get --
```

78 (Pages 430 - 433)

Page 434

```
1              M.H. Capogrosso
2     Q    So you --
3     A    I have no protection down
4  here from this judge whatsoever, none.
5     Q    So in March of 2015?
6     A    Yeah.  That's when he said
7  it to me.  I wrote the letter.  I'm
8  seeking relief.  I don't want an incident
9  on this floor.  Maybe your office could
10 help me.
11           What your office does is
12 they lose the -- they lose it in the
13 mailroom.
14    Q    And what is -- what do you
15 think a spade is a spade means?
16    A    Mr. Smart's a black man.
17 What I believe is that this Judge
18 Gelbstein is as prejudiced and biased as
19 they come because that's what he said to
20 me and Mr. --
21    Q    And what's your basis for
22 that belief?
23    A    Mr. Smart is a black man and
24 he was making fun of Mr. Smart's, um,
25 Mr. Smart.  He's making fun of Mr. Smart.
```

Page 435

```
1              M.H. Capogrosso
2           Now, I've dealt with all
3  types of clients down there, all types of
4  clients, all different nationalities,
5  races.  Not one, not one client made a
6  complaint against me that I made an
7  offensive or anti-Semitic or racist
8  remark.
9           But this judge, if you want
10 to call him a judge, Gelbstein, laughs
11 and giggles and tells me a spade is a
12 spade.
13    Q    Do you think he could have
14 been talking about you when he said a
15 spade is a spade?
16    A    Absolutely not.  I'm
17 complaining about Smart and he laughs and
18 giggles.  Why would he call me a spade?
19 Why would he call me a spade?
20    Q    I don't know.  You tell me.
21    A    I don't know why.  I'm
22 talking about Smart at this point.  I'm
23 complaining to him about Smart, that he
24 gave me the sign of a cross and a spear
25 hand and now he's getting -- and now he
```

Page 436

```
1              M.H. Capogrosso
2  doesn't want to stop with the harassment.
3     Q    Can I ask, what is a spear
4  hand?
5     A    (Indicating).  It's
6  something that can be very deadly.  It's
7  a straight right hand like this
8  (indicating).  Pointed right at somebody,
9  you can actually take a guy's eye out
10 with it if you do it right.
11    Q    Can you make a spear hand
12 and poke somebody's eye out?
13    A    Oh, absolutely.  Would I,
14 no.  Could I, yes, if I had to.  If I
15 had, there's a guy with a knife or a gun
16 at me, absolutely.  Coming at me with a
17 knife, absolutely I would do it in a
18 heartbeat.
19    Q    And --
20    A    I do whatever I can to avoid
21 that situation.
22    Q    And does Mr. Smart practice
23 any martial art that uses a spear hand to
24 your knowledge?
25    A    I have no idea.  I'm telling
```

Page 437

```
1              M.H. Capogrosso
2  you what he did.  He directed his hand
3  directly at me like this (indicating),
4  stood up and gave me the sign of a cross.
5     Q    So let me ask you, if you
6  were raising -- if you had all these
7  concerns about Judge Gelbstein, you know,
8  Tanya Rabinovich having lunch with Jewish
9  ticket brokers, adjourning cases,
10 entering guilty pleas, why didn't you put
11 any of that stuff in this letter?
12    A    In this letter?
13    Q    Yes.
14    A    I only cared about me and
15 working, seriously.  You know, how you
16 make your living, I don't care what you
17 do.  I don't get involved in other
18 people's businesses, I really don't.  You
19 want to be a corrupt judge, be a corrupt
20 judge.  You want to be a taxicab driver,
21 be a taxicab driver, God bless.  You want
22 to be a -- you want to work at a strip
23 club as a stripper, be a stripper.  I
24 don't care.  You want to be a lawyer, be
25 a lawyer, but be straight.
```

79 (Pages 434 - 437)

Page 438

M.H. Capogrosso

1
2      I care about me and making
3  my living. If you want to be a corrupt
4  judge, be a corrupt judge. I don't want
5  to get involved with it. I just want to
6  do --
7      Q      So I understand that --
8      A      I want to do my job.
9      Q      -- but the question is if
10 you were complaining about Judge
11 Gelbstein, why not include that in this
12 letter?
13     A      Because I cared about me, me
14 keeping my job. That's what I cared
15 about, for me to keep -- I don't care
16 what Judge Gelbstein does. If he wants
17 to make his living -- make a living on
18 the side working with ticket brokers, go
19 right ahead and do it. I could care
20 less. Do what you want to do. You want
21 to be a corrupt judge --
22     Q      Were you --
23     A      -- be a corrupt judge. What
24 I care about --
25     Q      Were you worried that you

Page 439

M.H. Capogrosso

1
2  would lose your job?
3      A      I was worried about that I
4  wasn't -- that there was going to be an
5  incident on that floor with this guy
6  Smart and I wanted to keep working and
7  paying bills and representing my clients.
8      Q      Let me ask you, you write
9  "I" -- you write "I do not seek to
10 litigate, but I will if I have to." What
11 lawsuit would you have filed?
12     A      This one. I don't want to
13 get thrown out again. I don't want to
14 leave. I don't want to leave the
15 Brooklyn TVB. I don't want to. I want
16 to work. I want the harassment to stop.
17 I don't want Gelbstein to laugh and
18 giggle at me. I want him to put an end
19 to it.
20        I want your office to maybe
21 put an end to it so I can get up in the
22 morning and go make a living.
23     Q      And you write "Please take
24 any and all action to expedite and
25 resolve issues," but you don't say what

Page 440

M.H. Capogrosso

1
2  that action would be. What did you
3  expect Ms. Prickett-Morgan to do?
4      A      I don't know. How about
5  respond to the letter? I was told to go
6  back to the DMV, I was allowed to, right.
7  I didn't expect to have all this
8  harassment thrown at me when I went back,
9  I did not.
10        We entered into a
11 stipulation agreement, right. I was
12 allowed to go back. Well, give me the
13 chance to practice law, practice it
14 properly without the harassment. Live up
15 to your side of the bargain. You allowed
16 me back. I took an anger management
17 course. I hired a lawyer. It cost me
18 $10,000 in total.
19        I did my part of the story.
20 Live up to your part. Put an end to this
21 harassment so I can make my living down
22 there and your office lost my complaint
23 in your mailroom for about three to four
24 weeks.
25     Q      Was it our job --

Page 441

M.H. Capogrosso

1
2      A      Live up to your part.
3      Q      Was it our office's job to
4  take care of your complaint?
5      A      Listen, no -- I don't know.
6  You tell me. You're the Attorney
7  General.
8      Q      No is what I would tell you.
9      A      All right. Fine.
10     Q      This is --
11     A      Fine. So you sent the
12 complaint back to Gelbstein, nobody wants
13 to hear it, so I have no relief. There's
14 no relief being afforded to me. I got a
15 judge who laughs and giggles. The
16 Attorney General doesn't want to get
17 involved, doesn't even respond to it, to
18 my letter. She could have responded and
19 said this is not our job, it's not.
20        I make complaints. I called
21 the grievance. Nobody wants to listen.
22 That's what I did.
23        You don't want to respond to
24 the letter, don't respond. It's not your
25 job, it's not your job. You don't want

80 (Pages 438 - 441)

Page 442

```
 1           M.H. Capogrosso
 2  to control the actions of the DMV, you
 3  don't have any control over it, fine.
 4      Q      Mr. Capogrosso, you
 5  represented in your complaint and in your
 6  interrogatory responses that later on
 7  Judge Gelbstein mentioned this letter to
 8  you; is that correct?
 9      A      Absolutely, May 8.  May 8.
10      Q      And can you tell me what
11  happened?
12      A      He approaches me in the
13  presence of Danielle Calvo.  I think
14  Calvo was there.  He said can't you go --
15  can't you go practice somewhere else?  I
16  saw what you wrote about me, I'm
17  complicit, incapable and incompetent.
18  May 8, Friday afternoon.
19           May 11, he's conveniently
20  not in the Brooklyn TVB.
21      Q      And he just came up and said
22  that out of nowhere?
23      A      I -- yeah.  He walks -- he
24  walks up to me.  He says can't you go
25  practice someplace else?  I saw what you
```

Page 443

```
 1           M.H. Capogrosso
 2  wrote about me, I'm complicit, incapable
 3  and incompetent.
 4      Q      And what did you say?
 5      A      I said no, I cannot.  I have
 6  too many clients.  I cannot, my exact
 7  words to him, I cannot.  I have too many
 8  clients who depend on me.  I had 850
 9  clients on my docket at that point, 850.
10  How do I just pick up and leave?
11      Q      And did anyone witness this
12  statement by Mr. Gelbstein?
13      A      I think Calvo was there.  I
14  believe Calvo was there.  That's what I
15  wrote in -- Calvo I believe was there,
16  yes.
17      Q      And is this statement by
18  Mr. Gelbstein documented in any way?
19      A      I think I wrote it in my
20  complaint, didn't I?
21      Q      Yes.  You wrote it in your
22  complaint, but is there any contemporary
23  documentation of this statement?
24      A      Well, I wrote it in my
25  complaint.  Contemporary documentation?
```

Page 444

```
 1           M.H. Capogrosso
 2  That's what he said to me.  That's what
 3  the man said to me on May 8.
 4           On May 11 he's not in the
 5  DMV.  Smart approaches me, creates this
 6  incident.  He loses the videotape,
 7  doesn't keep it.  Calvo doesn't even view
 8  the videotape.
 9      Q      So --
10      A      Traschen doesn't view the
11  videotape and I'm thrown out.
12      Q      Mr. Capogrosso, is it
13  correct to say that the only evidence of
14  this statement is your complaint which
15  you filed three years later?
16      A      That's what happened.
17  That's what he said to me.  I remember
18  it.
19      Q      So yes?
20      A      I remember that statement as
21  if it was yesterday.  That's exactly what
22  this man said to me, can't you go
23  practice somewhere else?  I saw what you
24  wrote about me, I'm complicit, incapable
25  and incompetent.  I'll remember it to the
```

Page 445

```
 1           M.H. Capogrosso
 2  day I die.  That's what he said to me.
 3      Q      But Mr. Capogrosso that's
 4  not the question.  The question is is the
 5  only evidence of this statement your
 6  complaint three years later, yes or no?
 7      A      I took notes of that.  I
 8  took -- I took notes of a lot of stuff
 9  that happened.
10      Q      Well, I don't think you've
11  produced those notes; have you?
12      A      That note, no, but I wrote
13  down a lot of these things that happened.
14      Q      So why didn't you produce
15  them?
16      A      Well, because they're my
17  notes.
18      Q      Don't you think they would
19  be relevant and --
20      A      They're my notes.  I
21  expressed my notes in my complaint.
22      Q      Do you still have these
23  notes?
24      A      I don't know.  I'd have to
25  go look at them.  I expressed my notes in
```

81 (Pages 442 - 445)

**Page 446**

1          M.H. Capogrosso
2   my complaint.
3      Q     Did you look through your
4   notes in responding to our document
5   requests?
6      A     I looked through everything.
7      Q     And so why did you decide
8   not to produce them?
9      A     I have notes that I made
10  with respect to my complaint. While
11  these things were happening, I was
12  taking -- I took down notes, yes.
13     Q     And don't you think those
14  notes would be relevant to the case?
15     A     I don't know. No, it was
16  expressed in my complaint. Everything
17  that was in my notes that I needed to say
18  I stated in my complaint.
19     Q     So were these notes that you
20  made in 2015 at the time or were these
21  notes that you made in 2018 when you were
22  writing your complaint?
23     A     2015. Right after all this
24  stuff happened, I started taking notes of
25  everything that happened, okay. I said

**Page 447**

1          M.H. Capogrosso
2   this is not right. What happened here is
3   not right.
4      Q     So Mr. Capogrosso, is it
5   your testimony that you had notes from
6   2015 that are contemporaneous to these
7   events and you didn't produce them?
8      A     I produced them in my
9   complaint. Whether I still have them, I
10  don't know. I don't think I do.
11     Q     Did you destroy them?
12     A     I put them in my complaint,
13  yes.
14     Q     So yes, you destroyed them?
15     A     I don't know if I still have
16  them or not. I don't think I have them,
17  no. I don't know.
18     Q     So then what happened to
19  them?
20     A     I expressed them in my
21  complaint.
22     Q     So you wrote your complaint
23  and then you destroyed the documents that
24  it was based on; is that correct?
25     A     I don't know. I don't

**Page 448**

1          M.H. Capogrosso
2   recall if I destroyed them or not. I
3   don't know if I still have them.
4      Q     Can I ask you to --
5      A     I know I expressed
6   everything in my complaint.
7      Q     Can I ask you to make a
8   search for those notes now and produce
9   them if you have them?
10     A     Right at this moment in
11  time, no.
12     Q     I mean no, now we are in the
13  deposition, but can I ask you before the
14  close of discovery on Monday to look
15  through what you have, see if you have
16  those notes and produce them? This is --
17  please treat this as a formal request.
18  We can make that request in writing if
19  you'd like, but we are requesting those
20  notes and others.
21     A     For the notes that I made,
22  I'll see if I have notes. I don't know
23  if they're dated. I know I wrote a lot
24  of stuff down while this was happening,
25  but everything that happened I expressed

**Page 449**

1          M.H. Capogrosso
2   in my complaint.
3      Q     And any other notes that are
4   relevant to this case.
5      A     If I have them -- if I have
6   it, I will produce it. But I know I did
7   take notes, I did use those notes to
8   write my complaint, I did do that.
9      Q     And if you don't have those
10  notes now, what happened to them?
11     A     I don't recall.
12     Q     You don't recall? They'd
13  just be gone?
14     A     I don't know. I don't --
15  there's a lot of paperwork involved. I
16  don't know.
17     Q     All right. Let's -- let me
18  put up a new document. Do you see this
19  document?
20     A     Well, let me see the bottom
21  of it, see who wrote it, then I'll
22  remember it more.
23     Q     Sure.
24     A     Tahir, yeah.
25     Q     Do you recognize this

82 (Pages 446 - 449)

Page 450

M.H. Capogrosso

1  document?
2  A    Yeah.  It's about Tahir
3  saying I used the word shit.  I never
4  used the word shit ever.  I used the word
5  eesha.  I told you that.
6  Q    And what is this document?
7  A    This is a complaint by
8  Tahir.
9  Q    And this is marked --
10 A    Which I never got an
11 opportunity to respond to or supply an
12 affidavit in relation.
13 Q    And Mr. Capogrosso this is
14 Bates stamped DMV-0000016; correct?
15 A    Yes.
16 Q    Mr. Tahir wrote that you got
17 into an argument about the placement of
18 his bag; is that correct?
19 A    When I came back -- no.
20 This is what happened here.  When you --
21 Q    What happened?
22 A    Well, in this little
23 attorneys' room that we got in DMV, I
24 said it's about six to eight feet long,

Page 451

M.H. Capogrosso

1  five feet wide.  There's a chair in the
2  back, a chair in the back, one chair,
3  otherwise there's two benches.
4  Now, all the attorneys, I
5  don't know why they can't do this, but
6  they put their bags on top of -- on top
7  of the benches.  There's no place to sit
8  and then there's a chair in the back.
9  There's a chair in the back.
10 Now, Tahir thinks this is
11 his chair and only he can sit in it.  If
12 you sit in it, he gets all upset.  It's
13 only his chair.  He's the only person
14 allowed to sit in it.  I don't believe in
15 that.  Anybody can sit in a chair in the
16 attorneys' room.  But he believes because
17 he's the senior attorney there, the
18 oldest guy, it's his chair, don't touch
19 it, don't sit on it.
20 On that day, on May 5, I
21 walk in the attorney room.  I got up and
22 I'm getting my coat or I'm getting
23 something and I get a phone call from a
24 client, so I always answer the phone call

Page 452

M.H. Capogrosso

1  right away from the client because
2  they're concerned about their license,
3  right.
4  I sit on the chair.  He
5  comes back.  Now, there's nothing on the
6  chair.  The chair is empty.  It's a blank
7  chair.  There's nothing on the chair.  I
8  sit on the chair to answer the phone
9  call.  I'm a little tired at the end of
10 the day, right.  I'm tired, I want to sit
11 down and all the benches have the bags
12 from the attorneys on it.  You can't sit
13 on the bench.
14 Tahir comes in and goes
15 crazy.  Why are you sitting on my chair?
16 This is my chair.  I mean he had
17 conflicts with other attorneys on this,
18 too.  Nobody's allowed to -- I sit where
19 I want to sit.  You don't own the chair.
20 This is a chair in the attorneys' room.
21 You don't own it.
22 And that's what caused this
23 incident on May 5, I sat on a chair in an
24 attorneys' room that only Tahir could sit

Page 453

M.H. Capogrosso

1  on.  That's what happened.
2  Q    And then what happened?
3  What did he do?  What did you say?
4  A    He started screaming and
5  yelling at me.  He said I used the word
6  shit.  Actually moved his bag on the
7  other bench.  He was looking at me.  He
8  came in and yelled at me don't touch my
9  bag.  Whose is this?  I said I'm going to
10 move my bag.
11 He mentioned the chair.  I
12 was sitting on his chair.  He was upset
13 that I was sitting on his chair.  That
14 was the whole deal with this thing.  And
15 he tells me not to touch his stuff.
16 Well, I'm sorry, I'm allowed to sit in a
17 chair.  You don't own the chair.  That's
18 what happened here.
19 Q    Did you call him shit?
20 A    I said eesha.  I don't use
21 the word shit.  This man uses the word
22 mouther fucker like you don't believe.
23 Ever other time he speaks, it's mother
24 fucker this, mother fucker that.  That's

Page 454

```
1            M.H. Capogrosso
2  acceptable with this attorney to use
3  those words.
4         I said the word eesha.  I
5  never said the word shit.
6     Q    Mr. Tahir writes that you
7  think -- he thinks that you thought that
8  he was, quote, "an easy and soft target."
9  Did you think that?
10    A    What do you mean, in a
11 boxing gym?  In a box -- I mean an easy
12 and soft target for what?
13    Q    Harassment.
14    A    And easy and soft target?
15 I'm there to do a job.  I'm not there to
16 harass a lawyer.  I sat in his chair.
17 Another paranoid lawyer, an insecure
18 lawyer.  It's his insecurities, not mine,
19 his insecurities.
20        I'm a -- he's a soft target
21 for what?  What am I going -- what am I
22 in a boxing ring with this guy?  We are
23 in a lawyers' -- we are in a lawyers'
24 room.  We are in a courthouse.  He's a
25 soft target?  I don't even know what that
```

Page 455

```
1            M.H. Capogrosso
2  means.
3     Q    Is Mr. Tahir a big guy or
4  was he?
5     A    He's a frail guy.  He drank
6  a lot.  I was over his apartment.  He
7  drinks like a fish.  He drank a ton.
8     Q    Was he tall, short, fat,
9  skinny --
10    A    He was thin as a rail.
11    Q    -- muscular?
12    A    He was thin as a rail.
13    Q    How tall was he?
14    A    He was about my height, but
15 he was and he liked to drink.  He drank a
16 ton.
17        MR. THOMPSON:  All right.
18    Ms. MacDonald, let me ask you to --
19    A    Before I drove him home, he
20 used to go to the liquor store to pick up
21 liquor.
22    Q    Was Mr. Tahir a practicing
23 Muslim?
24    A    I don't know.  I think he
25 was Muslim, but I don't know if he was
```

Page 456

```
1            M.H. Capogrosso
2  practicing.  I think he was a Muslim.
3        MR. THOMPSON:  Ms.
4    MacDonald, if I can ask you in case I
5    didn't already to -- (inaudible)
6        MS. REPORTER:  I don't know
7    if you were speaking.  You completely
8    cut out.
9        MR. THOMPSON:  In case you
10   didn't already mark it, I was asking
11   you to mark that document for
12   Mr. Tahir as Exhibit 29.
13       (The above-referred-to
14       statement was marked as Exhibit 29
15       for identification as of this date.)
16    Q    Mr. Capogrosso, can you see
17 the document on the screen now?
18    A    Yes.  That's from Beer,
19 right, on May 5?
20    Q    Do you recognize this
21 document?
22    A    You have to scroll down.
23 Let me read through it.  I've seen this
24 document.  You're going too fast.  Can
25 you go up, please?  You have to let me
```

Page 457

```
1            M.H. Capogrosso
2  read it.  You're going too fast.
3        I have this.  You're not
4  allowing me to refer to the documents I
5  have, so I have to read it, but you have
6  to -- you have to direct me to what you
7  want me to read.
8        I do reco -- I do recognize
9  the document.
10    Q    Okay.  And what is the
11 document?
12    A    I think it was -- can you
13 see who's the signature on the bottom?
14 Is there a signature on it?
15       It's some type of affidavit
16 against me.  All right.  It's some type
17 of -- it's from Michael beer.  All right.
18 Fine.
19    Q    And this document's marked
20 DMV-0000017; correct?
21    A    Yeah.
22       MR. THOMPSON:  And,
23   Ms. McDonough, let me ask you to mark
24   this as Exhibit 31 and yes, I know we
25   just jumped one.  Sorry about that.
```

84 (Pages 454 - 457)

Page 458

1       M.H. Capogrosso
2          (The above-referred-to
3    statement was marked as Exhibit 31
4    for identification as of this date.)
5       Q     Who is Michael Beer?
6       A     He's an attorney down there.
7       Q     Did you have a good
8    relationship?
9       A     I mean I knew him.  I didn't
10   really talk to him.  I didn't talk to a
11   lot of the lawyers.  I was there to do my
12   job, that's it.
13      Q     Mr. Beer writes on May 5,
14   2015, which is the same day as the
15   incident with Mr. Tahir, that he came
16   into the attorneys' room and that as soon
17   as he did, "I was verbally accosted with
18   the demand of don't touch my fucking
19   stuff, don't stuff my fucking stuff."
20      A     No.  I never said that.  I
21   have never said that.
22      Q     You never said that?
23      A     No.
24      Q     Is he lying?
25      A     On that statement, yes.  I

Page 459

1       M.H. Capogrosso
2    would never say that.  I always carried
3    my stuff with me for the most part.
4       Q     He says that he didn't touch
5    your stuff.  You asked about a camera.
6    Why did you ask about a camera?
7       A     There was no camera.  There
8    was no camera, no.  I did accuse Smart of
9    moving -- of tampering with my files, I
10   did do that and he was doing it because I
11   saw them moved when I left them in the
12   attorneys' room and I saw him go in there
13   and do it.  I did see that.
14          But I never said anything
15   about putting a camera in the attorneys'
16   room and I never accused Beer.  Beer was
17   actually a very nice lawyer.  He was a
18   nice guy.
19      Q     He says that you said piece
20   of shit, piece of shit at him, which he
21   heard you state to others many times in
22   the past.  Did you say that --
23      A     No.
24      Q     -- on May 5?
25      A     No.  I never --

Page 460

1       M.H. Capogrosso
2       Q     No?
3       A     I never used the word shit.
4    If these attorneys would have just asked
5    me, I would have told them like I'm
6    telling you what I was saying.  I said
7    eesha.  It was never the word shit.
8          Now if these attorneys would
9    have just asked me what I was saying
10   under my breath, which I'm allowed to do,
11   I would have explained it to them.
12      Q     So Mr. Beer writes that he
13   did ask you.  He said "Excuse me, what
14   did you just say to me" and you responded
15   that "It didn't relate to you.  I'm angry
16   at a judge."
17          Do you remember that?
18      A     I might have been angry at a
19   judge's decision.  A lot of times we got
20   angry at judge's decisions.  I really
21   felt -- you know, I really was very
22   passionate about arguing and winning
23   cases for my clients, I was.
24          Sometimes when I thought a
25   judge really just did a bad job, I was

Page 461

1       M.H. Capogrosso
2    angry, yeah.  I would get angry if a
3    judge made a bad decision, I really
4    would.
5          But if a judge made a good
6    decision and the cop, you know, did
7    everything right on the case, it was
8    fine, we all accepted it.  But when I
9    thought a guy --
10      Q     So did you --
11      A     -- didn't get a fair chance
12   in a courtroom and no matter what you
13   did, I would get angry, of course I
14   would.  I really took a very liking to my
15   clients and I felt badly that they lost.
16   I thought they should have won it, so
17   yeah, I was angry.
18          But did I say anything to
19   him, no, I didn't say anything to the
20   man.
21      Q     And you didn't say piece of
22   shit, piece of shit?
23      A     No, not to him.  Not to him,
24   not to him.
25      Q     Mr. Beer writes -- Mr. Beer

85 (Pages 458 - 461)

Page 462

| | M.H. Capogrosso |
|---|---|
| 1 | M.H. Capogrosso |
| 2 | writes later that he left the room and |
| 3 | that the issue of don't touch my fucking |
| 4 | stuff was an ongoing issue all day. |
| 5 | Quote, "And I witnessed Mario Capogrosso |
| 6 | yelling at Mr. Tahir to not touch his |
| 7 | fucking stuff." |
| 8 | Does that refresh your |
| 9 | recollection at all about -- |
| 10 | A    No. |
| 11 | Q    -- what happened on May 5? |
| 12 | A    No. What I remember on |
| 13 | May 5 was one thing. I walked in that |
| 14 | attorneys' room to sit on a chair. It |
| 15 | was at the end of the day, to sit on a |
| 16 | chair or maybe I placed my bag on the |
| 17 | chair and Tahir said this is my chair and |
| 18 | get your stuff off it or don't sit on it, |
| 19 | but I know it involved Tahir's chair that |
| 20 | nobody was allowed to touch. |
| 21 | And maybe I put my bag on |
| 22 | the chair for a minute or I sat on the |
| 23 | chair for a minute or something to that |
| 24 | effect, but that was it and Tahir thought |
| 25 | that this chair, he owned the chair in |

Page 463

| 1 | M.H. Capogrosso |
| 2 | the room. |
| 3 | Q    Mr. Beer writes -- |
| 4 | A    That's what happened on May |
| 5 | 5. |
| 6 | Q    So you never had an |
| 7 | altercation with Mr. Beer? |
| 8 | A    Not that I recall, no. Beer |
| 9 | was a nice guy. He was a really nice |
| 10 | guy. |
| 11 | Q    So why -- so you said that |
| 12 | he was lying about this. Why would |
| 13 | Mr. Beer lie? |
| 14 | A    I don't know why. I know |
| 15 | what happened that day. I know exactly |
| 16 | what happened. There was a chair there. |
| 17 | I wanted to sit down in the chair. I |
| 18 | wanted to make a phone call. I was |
| 19 | tired. Maybe I stood up and put my bag |
| 20 | on the chair because there was nowhere |
| 21 | else to put the bag. Maybe I was still |
| 22 | on the phone and Tahir comes in and gets |
| 23 | all upset and maybe Tahir was trying to |
| 24 | move my bag, I don't know, off his |
| 25 | personal chair because nobody was allowed |

Page 464

| 1 | M.H. Capogrosso |
| 2 | to touch his chair. |
| 3 | And this is an attorneys' |
| 4 | room for all the attorneys, but nobody's |
| 5 | allowed to touch his chair or put |
| 6 | anything on his chair. So maybe I told |
| 7 | Tahir leave my bag alone. |
| 8 | Q    Did you -- |
| 9 | A    But did I use those words, |
| 10 | no, I never said that, no. |
| 11 | Q    Mr. Beer writes that you |
| 12 | started ranting that guy, alluding to |
| 13 | Gelbstein, threw out Chuck Willinger and |
| 14 | now Chuck Willinger is dead. What does |
| 15 | that mean? |
| 16 | A    Well, Willinger was an |
| 17 | attorney when I first started. I have to |
| 18 | read it. Can you go back up? |
| 19 | Q    Sure. |
| 20 | A    Go back up. |
| 21 | Willinger was an attorney. |
| 22 | I never said for the judge to put a gun |
| 23 | to his head. Willinger was a guy that |
| 24 | was a lawyer down at the Brooklyn TVB |
| 25 | when I first got there and he had some |

Page 465

| 1 | M.H. Capogrosso |
| 2 | issues, Mr. Willinger. To say the least, |
| 3 | he had some issues and he wasn't -- he |
| 4 | was -- as I understand it, eventually we |
| 5 | became friends me and him, as I |
| 6 | understand he had issues with drugs, a |
| 7 | lot of drugs. |
| 8 | And he was making money at |
| 9 | the start, but then he got involved with |
| 10 | cocaine and he winds up committing |
| 11 | suicide. They found him dead on his bed |
| 12 | one day. |
| 13 | Q    Sorry. |
| 14 | A    He wasn't showing up for |
| 15 | cases because he was on so much drugs. |
| 16 | He wasn't showing up and Gelbstein threw |
| 17 | him out because he wasn't showing up for |
| 18 | some reason. I don't know why he threw |
| 19 | the guy out of the DMV. |
| 20 | And he never gave the guy a |
| 21 | hearing. Never gave him an opportunity |
| 22 | to at least, you know, give him a chance. |
| 23 | Q    Is there an entitlement to a |
| 24 | hearing if you're thrown out of the DMV? |
| 25 | A    Oh, no. It's my personal |

86 (Pages 462 - 465)

Page 466

M.H. Capogrosso

```
 1            M.H. Capogrosso
 2   opinion.  If you're telling a guy he
 3   can't show up, at least hear his story.
 4   Give him a reason.  I don't know if
 5   you're entitled or not, but give the guy
 6   a chance.  Give him a fair chance, you
 7   know.
 8       Q    So --
 9       A    I personally covered --
10       Q    -- Mr. Beer -- I'm sorry.
11       A    I covered cases for the guy
12   when he wasn't there.  I covered his
13   cases, some of his cases.  I tried the
14   best to help the guy out when he wasn't
15   there.  You know, he was on drugs, what
16   are you going to do.
17            But at least give the man a
18   chance to, you know, clean up his act,
19   but he threw him out, that's it and
20   then --
21       Q    Mr. Beer --
22       A    But I never said the judge
23   put a gun to his head.  That's
24   ridiculous.
25       Q    Well, Mr. Beer writes -- he
```

Page 467

M.H. Capogrosso

```
 1            M.H. Capogrosso
 2   doesn't say that you told the judge to
 3   put a gun to his head.  He says that you
 4   said that if Judge Gelbstein was a man,
 5   he would put a gun to his head.
 6       A    No.  I never said that.
 7   That's absolutely ridiculous.  That's a
 8   total lie.  That's a lie.  First of all,
 9   I don't really give a darn about
10   Willinger.  I felt bad for the man, you
11   know, but did I hang out with the guy,
12   no.
13            I mean, you know, he was a
14   lawyer, I was a lawyer.  I felt bad for
15   the guy, he was on drugs and he died of
16   suicide, but that was -- you know, he
17   made the decision what to do with his
18   life.
19            Why would I -- why would I
20   tell Gelbstein put a gun to his head?
21   That's ridiculous.
22       Q    Why would Mr. Beer be lying
23   about something like this?
24       A    I don't know.  I didn't say
25   that remark.  I know Willinger should
```

Page 468

M.H. Capogrosso

```
 1            M.H. Capogrosso
 2   have been given a hearing, that's what I
 3   felt, an opportunity to at least give his
 4   position before they threw him out,
 5   especially what happened to me in
 6   December of 2011, right, that's how I
 7   felt.
 8            He should have gave
 9   Willinger at least an opportunity to at
10   least hear his side of the story, but
11   they didn't give him that opportunity so,
12   yeah, I felt bad for the man because I
13   was in the same predicament as he was.
14       Q    Why --
15       A    Did I tell the judge to put
16   a gun to his head, absolutely not.
17       Q    Why were you in the same
18   predicament as Mr. Willinger?
19       A    Because I got thrown out
20   with that guy Brody over there, right, in
21   December 2011 after Brody told me to go
22   fuck myself twice, without a hearing,
23   without anything, without an affidavit,
24   nothing.
25            I felt bad for the guy.  I
```

Page 469

M.H. Capogrosso

```
 1            M.H. Capogrosso
 2   did feel bad.  I covered his cases as
 3   best as I could.  I didn't want to see
 4   the guy, but I felt bad for him.  He had
 5   a real drug problem this guy.  He wound
 6   up dissolute, lost all his money.  They
 7   found him dead in his apartment one day.
 8   I felt bad for the man.  I truly did.  We
 9   are all attorneys.  I felt bad for the
10   guy.
11            I didn't tell Gelbstein to
12   put a gun to his head.  It's ridiculous.
13   I was in the same predicament as
14   Willinger.  They threw me out, too.  They
15   gave me no opportunity to respond to
16   anything.
17       Q    Mr. Capogrosso, so we've
18   looked at reports from Tahir and
19   Mr. Beer.  I'll represent to you that
20   there are two other reports that
21   corroborate you yelling at people about
22   touching your things and being verbally
23   abusive on this day, May 5, the other two
24   being from Kimberly Rivers and Danielle
25   Calvo.
```

87 (Pages 466 - 469)

Page 470

```
 1          M.H. Capogrosso
 2          Are they all lying about
 3  you?
 4      A    Now, Kimberly Rivers would
 5  have been -- I don't know.  Let's address
 6  them one at a time.  I told you what
 7  happened that day.  I told you what
 8  happened that day.  I was in the
 9  attorneys' room, there was a chair in the
10  attorneys' room.  I'm telling you what
11  I -- what I recall.  Either I sat on the
12  chair or I put my bag on the chair.
13  Tahir thought this is only his chair,
14  that nobody could touch it.  He walks in
15  the room, starts moving my -- tells me
16  to -- and I'm sitting in the chair.
17          At some point I might have
18  gotten up and put my briefcase on it and
19  he starts moving my briefcase.  I said
20  don't touch my briefcase and he shouldn't
21  have touched it.  He shouldn't have
22  touched it.  He doesn't own the chair in
23  the lawyers' room.  He doesn't own it.
24      Q    So Mr. Capogrosso --
25      A    Now, what would you -- the
```

Page 471

```
 1          M.H. Capogrosso
 2  man should not have put his hands on my
 3  briefcase if that's what he did on that
 4  day, but I was in the -- I was either
 5  sitting on his chair or my briefcase was
 6  on his chair and I'm making a phone call
 7  to a client and I'm telling the other
 8  lawyer leave my briefcase alone, that I
 9  probably said or I was sitting on his
10  chair, which I had a right to do.
11      Q    Mr. Capogrosso, if -- and I
12  know you don't believe that it's true and
13  I know you don't agree, but if everything
14  that these four people said about you was
15  true and you had been yelling and cursing
16  at people about moving your stuff and
17  saying that the judge should put a gun to
18  his head, would those be grounds to expel
19  you from the TVB?
20      A    No.  First of all, I'm not
21  going to talk about hypotheticals because
22  none of that that they're saying
23  happened.  I told you exactly what
24  happened that day.  I'm not going to deal
25  in hypotheticals.  I know what happened
```

Page 472

```
 1          M.H. Capogrosso
 2  that day.  I was there.  I was there.
 3      Q    Let me --
 4      A    I know what happened.
 5      Q    Let me you ask a question.
 6      A    Well, let me ask you a
 7  question.  Tahir said the word mother
 8  fucker throughout the day.  He doesn't
 9  get removed.  He said the word mother
10  fucker to everybody and everyone, every
11  client sometimes.  He says mother fucker
12  judge this, he got a bad hearing.  He
13  says it all the time.
14          Diantha Fuller cursed me
15  out.  She curses.  Are they being removed
16  from the Brooklyn TVB, no.  No, they're
17  not.  So what is their basis?  Attorneys
18  curse all the time if it's not on -- they
19  do it at -- they curse all the time down
20  there.  I'm sorry --
21      Q    So let me ask you --
22      A    -- but I don't see any other
23  attorney getting thrown out.
24      Q    Mr. Capogrosso, let me ask
25  you the question if I may.  I have a
```

Page 473

```
 1          M.H. Capogrosso
 2  question for you.  What conduct or
 3  behavior would justify someone being
 4  expelled from the TVB?
 5      A    I have no idea.  I don't
 6  know.  I didn't verbally abuse anybody.
 7  I used the word eesha, eesha.
 8      Q    So --
 9      A    That's not verbal abuse.
10  Imagine I said stay away from my stuff, I
11  don't think that's verbal abuse.  Maybe I
12  sat in somebody's chair.  That's not
13  verbal abuse.  I didn't threaten anybody
14  with any physical conduct -- with any
15  physical -- with anything.
16      Q    So --
17      A    I didn't threaten anybody.
18      Q    -- Mr. Capogrosso --
19      A    I don't know.
20      Q    You don't know what standard
21  of behavior -- you don't know what
22  infractions would justify someone being
23  expelled from the TVB?
24      A    Well, have the same standard
25  for everybody.  Have the same standard
```

88 (Pages 470 - 473)

Page 474

M.H. Capogrosso

1  for everybody.
2
3     Q     I'm not asking about your
4  standard. I'm asking about the TVB's
5  standard.
6     A     I don't know. Ask the TVB.
7  I know I didn't verbally abuse anyone. I
8  abused no one.
9     Q     Let me ask you this, is
10  there --
11     A     I didn't abuse anyone.
12     Q     Is there anything that you
13  could do that would justify your being
14  expelled from the TVB?
15     A     I don't know. You tell me.
16  I don't know. Take -- I'll tell you
17  what, what I would do, if you took a case
18  as a lawyer and you didn't argue that
19  case before the judge and you just took
20  the money and didn't show up, yeah, I
21  would think that would get you removed.
22        That's why I took it very
23  seriously about showing up on every case.
24  When they threw it at -- you know, you
25  didn't show up for a case that you got

Page 475

M.H. Capogrosso

1  paid on, I think that would be egregious.
2  I think if you bribed a
3  clerk, which the attorneys -- or give
4  money to a clerk, I think that would be
5  egregious and you should be thrown out,
6  absolutely and I saw that or you gave
7  money to a clerk and cash gifts to a
8  clerk because you were seeking favor from
9  that clerk, I think that's a reason.
10        Paying off and bribing
11  clerks, I think that's a reason,
12  absolutely.
13     Q     Do you think that there's
14  anyone else who practiced before TVB who
15  should have been expelled?
16     A     Absolutely.
17     Q     Who?
18     A     Any lawyer who's bribing a
19  clerk, giving a clerk money. I think --
20     Q     Can you name anyone specific
21  who you think should have been expelled?
22     A     Any clerk -- any attorney
23  that's covering cases for Judge Gelbstein
24  I think should be thrown out. I think

Page 476

M.H. Capogrosso

1  that's totally inappropriate if
2  Gelbstein's got a caseload and there's an
3  attorney covering cases for him.
4     Q     I understand that, but the
5  question was can you name --
6     A     Name anyone?
7     Q     -- anyone by name who should
8  have been expelled?
9     A     Anybody who was paying
10  clerks and giving clerks cash in gifts
11  and buying breakfast to get favor from
12  those clerks, yes.
13     Q     The question is by name --
14     A     By name?
15     Q     -- can you name anyone?
16     A     You have to do your job.
17  I've done my job here. I told you what I
18  saw and I see. That's the Attorney
19  General's job. That's the DMV Inspector
20  General's job. That's not my job.
21        I told you what I saw and
22  what I -- you asked me a very specific
23  question. That would be the reason for
24  expelling somebody, bribing clerks.

Page 477

M.H. Capogrosso

1  Getting --
2     Q     So just for the record, you
3  have not named anyone.
4     A     How about Judge Gelbstein
5  asking for a piece of the action?
6  Absolutely he should be out. Absolutely
7  he should be out.
8        Ida -- Ida Traschen should
9  be thrown out for not viewing evidence,
10  not viewing evidence.
11        Danielle Calvo should be out
12  for not viewing evidence and saying I
13  pushed Smart when she didn't view the
14  push. Danielle Calvo should be out
15  because she didn't view any evidence.
16        Melanie Levine should be out
17  because she filed a false report. She
18  should be out for filing a false report
19  about me and that could have been very
20  easily investigated.
21        Who else? Smart.
22        Vahdat should be thrown out
23  by giving a false statement that I
24  followed a clerk and stopped him, which

89 (Pages 474 - 477)

Page 478

1      M.H. Capogrosso
2 is not what happened because if you asked
3 George Hon, that's a false statement.
4 She should be thrown out because George
5 Hon approached me that afternoon because
6 I was talking to his girlfriend and I
7 told you that.
8      Those are the people who
9 should be thrown out.
10   Q    Anyone else?
11   A    Traschen. Who else did I
12 miss? Vahdat, Gelbstein. Gelbstein for
13 getting a piece of the action, having
14 lunch with ticket brokers and meeting
15 with ticket brokers when he doesn't know
16 what they're doing.
17      The judges -- the lawyers
18 paying off the clerks, giving them money.
19 The clerks accepting the money. The
20 clerks accepting the money. The clerks
21 advising motorists, and I heard this at
22 the DMV, these clerks advising go plead
23 yourself guilty. You're not going to get
24 any points. What are you telling a
25 motorist? A clerk was doing that.

Page 479

1      M.H. Capogrosso
2 Telling a motorist to go plead yourself
3 guilty or you don't need an attorney on
4 this, just go plead yourself guilty.
5      Why is a clerk giving advice
6 to a motorist? That was happening all
7 the time. I would get upset with that.
8      Those are the people who
9 should be thrown out, but -- those are
10 the people, not a hard working attorney
11 who has no complaints by any clients or
12 motorists, no, absolutely not.
13      Tanya Rabinovich should be
14 thrown out. She's calling herself a
15 lawyer and collecting a fee and going to
16 the counter and the clerks are doing
17 business with her. She's rescheduling
18 cases and pleading people guilty at the
19 counter and she's not a lawyer. She
20 should be thrown out.
21      That's who should be thrown
22 out.
23   Q    Well, I have no further
24 questions.
25   A    There you go.

Page 480

1      M.H. Capogrosso
2      MR. THOMPSON: Ms.
3 MacDonald, Mr. Brodsky, is there
4 anything that we should discuss here
5 before we go off the record?
6      MR. VIDEOGRAPHER: If
7 there's any stipulations you want to
8 put on the transcript, you can tell
9 the court reporter.
10      MR. THOMPSON: I think only
11 that we agreed at yesterday's
12 deposition that Mr. Capogrosso would
13 share a copy of those transcripts
14 with me and that I would share a copy
15 of today's with him, correct?
16      Is that right,
17 Mr. Capogrosso?
18      THE WITNESS: Yeah. You're
19 going to send me a copy, I'll send
20 you a copy of what I ordered,
21 absolutely.
22      MR. VIDEOGRAPHER: Then I'll
23 wrap it. Here ends media unit number
24 six --
25      THE WITNESS: I'm sorry.

Page 481

1      M.H. Capogrosso
2 One question to Attorney Thompson.
3 How are you going to send me a copy?
4 Are you going to e-mail it to me or
5 are you going to send me a hard copy?
6      MR. THOMPSON: That's a good
7 question. I actually don't know what
8 format I'm going to get this in.
9      So, Ms. MacDonald, are we
10 going to get digital, hard copy or
11 both?
12      MS. REPORTER: However you
13 want to order it.
14      MR. THOMPSON: That's a good
15 question. I generally much prefer
16 digital. Can I e-mail it to you?
17      MS. REPORTER: I think
18 that's to you, Mario.
19      MR. THOMPSON: Yes.
20 Mr. Capogrosso?
21      THE WITNESS: All right. If
22 you get it digitally, I'll take it
23 digitally, that's it. I'm not going
24 to ask you print it out. If you get
25 it digitally, I'll take it digitally.

90 (Pages 478 - 481)

Page 482

```
 1        M.H. Capogrosso
 2        If I get it by hard copy,
 3    then I'm going to get you a hard copy
 4    back, all right?
 5        MR. THOMPSON:  Okay.
 6        THE WITNESS:  However I
 7    receive it, I'll give it to you.
 8    However you receive it, you give it
 9    to me.  That's all I can do.
10        MR. THOMPSON:  Digital is
11    fine by us, so thank you.
12        THE WITNESS:  All right.
13        The other question is you
14    said you missed five pages out of one
15    of my exhibits I gave you showing
16    my -- my docket and my monies earned.
17    I have to get you those five pages or
18    if you ask your clerk in your office,
19    I don't think they scanned it in
20    because I didn't omit any pages, but
21    I will check that, all right.
22        MR. THOMPSON:  And, you
23    know, again as we did ask if you have
24    any of the contemporary notes from
25    2015 that you referenced, we'd like
```

Page 483

```
 1        M.H. Capogrosso
 2    copies of those as well.
 3        THE WITNESS:  All right.
 4    Fine.
 5        MR. VIDEOGRAPHER:  Okay.
 6    Then here ends media unit number six.
 7    This concludes the video recorded
 8    virtual remote deposition of Mario H.
 9    Capogrosso taken by the defendants on
10    Friday, December 18, 2020.
11        The time is 5:21 p.m.
12    Eastern Standard Time and we are
13    going off the record.
14
15
16    ------------------------------
17        MARIO H. CAPOGROSSO
18
      Subscribed and sworn to
19
      before me on this _____ day
20
      of _____, 2021.
21
22
23
      _____
24        NOTARY PUBLIC
25
```

Page 484

```
 1
 2            INDEX
 3        INDEX TO TESTIMONY
 4                Page    Line
 5    Examination by Mr.    127    6
      Thompson
 6
 7        INDEX TO REQUESTS
 8
                Page    Line
 9
      The notes        448    7
10
11        INDEX TO EXHIBITS
12
      Description      Page    Line
13
      Exhibit 3        155    3
14    Statement from L. Perez,
      Jr., Bates stamped
15    P-80
16    Exhibit 4        156    23
      Statement of Roy Tucci,
17    Bates stamped P-82
18    Exhibit 5        163    2
      Statement of Marisol
19    Cervoni, Bates stamped
      P-84
20
      Exhibit 6        194    10
21    Statement of Diantha
      Fuller, Bates stamped
22    P-86
23    Exhibit 7        210    10
      Statement with a list of
24    signatures, Bates
      stamped DMV-000024
25
```

Page 485

```
 1            Index
 2    Exhibit 8        228    16
      Statement of Yaakov
 3    Brody, Bates stamped
      P-92
 4
      Exhibit 9        252    3
 5    Statement of Richard F.
      Maher, Bates stamped
 6    P-250
 7    Exhibit 10       266    9
      Statement of M. Sadiq
 8    Tahir, Bates stamped
      P-96
 9
      Exhibit 11       280    14
10    Statement of Jeffrey A.
      Meyers, Bates stamped
11    P-248
12    Exhibit 12       293    8
      Statement of Pushra
13    Vahdat, Bates stamped
      DMV-0000224
14
      Exhibit 13       311    10
15    Letter dated January 25,
      2012 to Ms. Fiala from
16    Chris McDonough, Bates
      stamped DMV-0000226
17
      Exhibit 16       326    19
18    Letter dated May 15,
      2012 to Chris
19    McDonough and
      Jacqueline A. Rappel
20    from Serwat Farooq,
      Bates stamped
21    DMV-0000205
22    Exhibit 17       327    18
      Report from John T.
23    McCann, PhD dated June
      14, 2012, Bates
24    stamped P-28 and P-29
25    Exhibit 19       333    7
      Letter dated June 20,
```

91 (Pages 482 - 485)

Page 486

1         Index
2   2012 to Jacqueline A.
         Rappel from Serwat
3        Farooq, Bates stamped
         P-143
4
         Exhibit 18      338    19
5   Stipulation of
         Discontinuance
6
         Exhibit 20      343    16
7   Report of Workplace
         Violence Incident
8
         Exhibit 21      348    22
9   Statement of Wanda
         Alford, Bates stamped
10       DMV-0000061
11  Exhibit 22      359    4
         Note of David Smart,
12       Bates stamped
         GELB-0000059
13
         Exhibit 23      360    3
14  Statement of Paul Perez,
         Bates stamped
15       GELB-0000058
16  Exhibit 24      372    8
         Statement of Melissa
17       Vergara, Bates stamped
         DMV-0000059
18
         Exhibit 25      376    14
19  Report of Workplace
         Violence Incident
20
         Exhibit 26      396    17
21  E-mail from Geri Piparo
         to Alan Gelbstein,
22       Bates stamped
         GELB-0000035
23
         Exhibit 27      407    23
24  Memo to File from
         Dinitha Fuller, Bates
25       stamped DMV-0000003

Page 487

1         Index
2   Exhibit 28      408    16
         Letter dated March 20,
3        2015 to Elizabeth
         Prickett-Morgan from
4        Mario Capogrosso,
         Bates stamped P-41 and
5        P-42
6   Exhibit 29      456    13
         Statement of M. Sadiq
7        Tahir, Bates stamped
         DMV-0000016
8
         Exhibit 31      458    2
9   Statement of Michael E.
         Beer, Bates stamped
10       DMV-0000017
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 488

1
2             C E R T I F I C A T I O N
3
4        I, LISA H. MACDONALD, a Registered
5   Professional Reporter and a Notary
6   Public, do hereby certify that the
7   foregoing witness, MARIO H. CAPOGROSSO,
8   was duly sworn on the date indicated, and
9   that the foregoing is a true and accurate
10  transcription of my stenographic notes.
11       I further certify that I am not
12  employed by nor related to any party to
13  this action.
14
15
16
17
18             LISA H. MACDONALD, RPR
19
20
21
22
23
24
25

Page 489

1
2             ERRATA SHEET
         VERITEXT/NEW YORK REPORTING, LLC
3             1-800-727-6396
4   330 Old Country Road   1250 Broadway
     Mineola, NY 11501    New York, NY 10001
5
     NAME OF CASE: Capogrosso v Gelbstein
6   DATE OF DEPOSITION: December 18, 2020
     NAME OF DEPONENT: Mario H. Capogrosso
7
8   PAGE LINE (S) CHANGE      REASON

9   |_____|_____|_____|_____
10  |_____|_____|_____|_____
11  |_____|_____|_____|_____
12  |_____|_____|_____|_____
13  |_____|_____|_____|_____
14  |_____|_____|_____|_____
15  |_____|_____|_____|_____
16  |_____|_____|_____|_____
17  |_____|_____|_____|_____
18  |_____|_____|_____|_____
19  |_____|_____|_____|_____
20  |_____|_____|_____|_____
21             MARIO H. CAPOGROSSO
22
     SUBSCRIBED AND SWORN TO BEFORE ME
23  THIS ____ DAY OF _____, 20__.
24
25  (NOTARY PUBLIC)   MY COMMISSION EXPIRES:

[0000003 - 266]                                                    Page 1

| 0 |
|---|
| **0000003** 398:7 486:25 |
| **0000016** 450:15 487:7 |
| **0000017** 457:20 487:10 |
| **0000035** 389:21 486:22 |
| **0000058** 359:17 486:15 |
| **0000059** 353:7 372:3 486:12,17 |
| **0000061** 348:6 486:10 |
| **0000205** 323:12 485:21 |
| **0000224** 292:24 485:13 |
| **0000226** 310:24 485:16 |
| **000024** 484:24 |

| 1 |
|---|
| **1** 127:8 144:15 151:19,20,23 302:22 |
| **1-800-727-6396** 489:3 |
| **10** 128:13 136:20 138:22 235:22 237:3,3 266:8,10 327:25 335:21 381:15 484:20,23 485:7,14 |
| **10,000** 263:20 335:20 339:24 440:18 |
| **100** 277:4 |
| **10001** 489:4 |

**10005** 126:10
**10804** 126:5
**11** 129:16 280:13 280:15 308:19,23 309:5 345:11 413:11 416:15 417:11 424:19 442:19 444:4 485:9
**11501** 489:4
**11:48** 125:13 127:3
**12** 255:14 283:13 293:7,9 327:25 485:12
**122** 129:13,14
**122,715** 129:11
**1250** 489:4
**127** 484:5
**12:40** 190:17
**12:45** 190:20
**13** 311:9,11 319:10 399:21 485:14 487:6
**14** 326:10 485:9,23 486:18
**143** 333:2 486:3
**14th** 385:24 386:7
**15** 127:19 309:22 336:14 485:18
**150** 277:4 344:23 356:2
**155** 484:13
**156** 484:16
**16** 326:8,17,20 331:18 336:7 485:2,17 486:6 487:2
**163** 484:18
**17** 327:17,19 485:22 486:20

**18** 125:12 220:2 221:15 222:6,21 338:18,21 392:8 483:10 485:22 486:4 489:6
**18-2710** 125:3
**19** 333:6,8 338:24 340:18 485:17,25 486:4
**194** 484:20
**1:15** 227:6
**1:20** 227:4,10
**1:21** 227:19
**1:22** 227:23

| 2 |
|---|
| **2** 316:12 344:5 430:9,18 484:18 487:8 |
| **20** 231:11 315:3 332:8 333:16 336:10,10,16 343:15,17 408:22 485:25 486:6 487:2 489:23 |
| **200** 277:3 |
| **2005** 245:9 295:13 295:15,18 |
| **2009** 146:8 151:15 164:16 197:22 |
| **2011** 215:7 228:9 229:6 248:23 269:3 278:6 296:5 300:12 310:16 313:10 344:3,15 431:11 468:6,21 |
| **2012** 313:10,16,23 314:17 318:12 333:16 336:14 341:4 342:21 346:19 347:5 358:17 430:7 |

485:15,18,23 486:2
**2014** 346:4 349:10 398:11
**2015** 129:17 308:9 390:2 399:21 434:5 446:20,23 447:6 458:14 482:25 487:3
**2018** 446:21
**2020** 125:12 313:9 313:12 314:2 483:10 489:6
**2021** 483:20
**21** 126:5 229:6 278:6 299:16 300:12 301:2 348:21,23 352:19 486:8
**210** 161:19,20 484:23
**22** 228:9 295:4 297:2 298:23 299:21 359:3,5 486:8,11
**228** 485:2
**22nd** 229:5
**23** 360:2,4 371:11 484:16 486:13,23
**24** 372:7,9 486:16
**244** 209:12
**248** 279:14 485:11
**25** 376:13,15 383:18 485:15 486:18
**250** 252:10 485:6
**252** 485:4
**26** 396:16,18 486:20
**266** 485:7

**[27 - absolutely]**

| | | | |
|---|---|---|---|
| **27** 332:5 341:4,6 341:24 342:21 396:21 407:22,24 486:23 | **4** | **7,500** 339:24 | 137:2 305:5,13 307:13 |
| **28** 126:9 327:9 408:15,17 426:14 426:18 485:24 487:2 | **4** 127:10,12 156:22 156:24 162:5 484:16 486:11 | **7/31/09** 196:24 | **abrasive** 281:2 |
| **280** 485:9 | **407** 486:23 | **78** 310:21 319:15 323:6 337:7,24 341:19 411:15,19 412:24 414:15 | **absolute** 183:18 239:8 248:16,17 248:20 249:3,7 257:17 305:22 356:17 377:22,23 378:5,8 |
| **29** 349:10 456:12 456:14 485:24 487:6 | **408** 487:2 | **8** | |
| **293** 485:12 | **41** 408:10 487:4 | **8** 228:15,17 251:22 424:3,4,17 442:9,9 442:18 444:3 485:2,12 486:16 | **absolutely** 143:24 145:13 150:6 152:18,18 153:17 159:22 160:15 161:12 169:14,14 170:7 171:24,25 172:3 173:23 183:4 189:12 200:6,17 201:5,9 205:15,19 207:14 209:2 211:24 212:2 214:5 215:10,11 217:23 217:25 223:7,9 225:10 228:5,12 237:2 239:17 251:3 264:23 275:3,20 277:7 281:17 284:12 309:17 313:24 319:8 329:17 331:3 342:17,18 347:16 350:5 355:11 357:10,10 357:21,23 359:10 391:8,22 392:4 394:10,10 408:5 415:23 431:4,4,8 431:21 433:23 435:16 436:13,16 436:17 442:9 467:7 468:16 |
| **2:33** 310:5 | **42** 487:5 | | |
| **2:45** 309:23 | **448** 484:9 | **8,181** 132:6 | |
| **2:48** 310:9 | **456** 487:6 | **80** 145:19 344:23 356:2 357:16 410:9 484:15 | |
| **3** | **458** 487:8 | | |
| **3** 154:10 155:4 353:11 358:6 484:13,13 485:4 486:13 | **4:03** 397:5 | **82** 155:15 484:17 | |
| | **4:05** 397:9 | **84** 162:16 484:19 | |
| | **4:28** 426:9 | **850** 133:22,23 134:2 237:25 443:8,9 | |
| | **4:33** 426:7,12 | | |
| **31** 197:21 457:24 458:3 487:8 | **5** | **86** 193:25 484:22 | |
| **311** 485:14 | **5** 127:19 129:10 162:25 163:3 168:12 193:15 215:6 217:11 451:21 452:24 456:19 458:13 459:24 462:11,13 463:5 469:23 484:18 | **9** | |
| **326** 485:17 | | **9** 164:16 252:4 390:2 485:4,7 | |
| **327** 485:22 | | **92** 228:11 485:3 | |
| **330** 489:4 | | **96** 265:19 485:8 | |
| **333** 485:25 | | **9:15** 353:12 358:6 | |
| **338** 486:4 | **5'10** 161:9,19 | **9:45** 164:17 | |
| **343** 486:6 | **5'5** 161:6 | **a** | |
| **348** 486:8 | **5.5** 129:21 | | |
| **350** 425:25 | **50** 138:4,6 277:4 | **a.m.** 125:13 164:17 353:12 358:6 | |
| **359** 486:11 | **5:21** 483:11 | | |
| **360** 486:13 | **5:23** 397:17 | **aag** 406:18 | |
| **372** 486:16 | **5th** 346:3 | **ability** 182:23 284:12,13,15,19 291:21,25 | |
| **376** 486:18 | **6** | | |
| **3840** 488:17 | **6** 194:9,11 208:18 484:5,20 | **abish** 248:9 | |
| **396** 486:20 | **60** 146:25 | **able** 130:14,16,17 130:18 131:2,4,6 131:19,22 134:16 | |
| | **7** | | |
| | **7** 210:9,12 224:5 372:15 484:9,23 485:25 | | |

[absolutely - age]

| | | | |
|---|---|---|---|
| 475:7,13,17 477:7 | 341:14 | **addressing** 188:20 | **affidavit** 151:11 |
| 477:7 479:12 | **accuse** 170:9 | 380:16 | 187:17 202:10,11 |
| 480:21 | 187:11 208:4 | **adhere** 332:15 | 202:16,23 209:22 |
| **abuse** 334:10 | 308:20 459:8 | 333:24 334:5 | 209:23 218:4 |
| 352:21 404:20,22 | **accused** 170:8 | 414:25 415:11,16 | 228:7 232:6,7,7,8 |
| 405:2,5,12,13,16 | 178:18 221:21 | **adhered** 322:18 | 232:15 244:8 |
| 405:25 406:10,12 | 278:11 328:17 | 332:14,19 334:16 | 252:14,16 262:5 |
| 407:7,10,17 | 344:6 352:14 | 336:17 | 263:11,16,18 |
| 412:12 414:17 | 353:19,19 354:25 | **adjourning** 437:9 | 264:24 266:2,4 |
| 473:6,9,11,13 | 393:4 459:16 | **adjudicated** | 267:17 271:8,8,9 |
| 474:7,11 | **accusers** 246:8 | 320:19 321:10 | 279:22,24 280:8 |
| **abused** 141:16,18 | **accusing** 348:7,14 | **adjudication** | 286:23 289:11 |
| 141:21 156:15 | 349:18,24 | 316:21 | 291:14 292:2 |
| 297:23 474:8 | **acknowledging** | **administrative** | 293:4,18,23 |
| **abusing** 382:9 | 255:24 | 306:17 | 295:18 303:24 |
| 407:11,14 412:2 | **act** 251:12 322:8 | **admission** 138:18 | 307:9,12,23 |
| **abusive** 469:23 | 329:6 331:6 | **admit** 149:19 | 317:10 349:13 |
| **accept** 304:23 | 411:24 466:18 | 170:15 173:22 | 371:24 375:17 |
| **acceptable** 308:5 | **acted** 245:11 | 211:24 271:20,21 | 377:11 381:13,14 |
| 387:7 388:14 | **acting** 162:21 | 394:8 | 381:15,16,19,24 |
| 412:2,3,5 454:2 | 243:21 249:13 | **admits** 356:15 | 382:16,18 383:23 |
| **accepted** 265:3 | 262:17,21,22 | 391:11 394:9 | 386:6 387:23 |
| 307:22 407:13 | 306:17 | 407:6 | 430:15 450:13 |
| 461:8 | **action** 141:10 | **admittance** 138:14 | 457:15 468:23 |
| **accepting** 478:19 | 249:25 296:15 | **admitted** 146:18 | **affidavits** 195:6,7 |
| 478:20 | 406:23,25 407:2 | 147:5,6,9 160:6 | 202:14 204:15 |
| **accommodate** | 431:9,15 439:24 | 303:7 305:9 | 249:18,20 265:4 |
| 255:2 | 440:2 477:6 | 306:24 | 289:15 300:16,18 |
| **accompany** | 478:13 488:13 | **advice** 479:5 | 312:12 314:19,21 |
| 164:19 | **actions** 206:23 | **advise** 340:25 | 340:14 359:23 |
| **accosted** 458:17 | 442:2 | **advised** 316:16 | **affirmation** |
| **account** 253:22 | **add** 194:15 | 325:6,9,12,23 | 248:21,23 |
| 268:18 | **address** 188:5,18 | 326:24 334:3 | **afforded** 441:14 |
| **accurate** 488:9 | 202:15 220:19 | **advising** 478:21 | **afraid** 181:19 |
| **accusation** 169:20 | 294:9 410:20 | 478:22 | 182:3,9,10,19 |
| 188:5 246:23 | 411:5 413:21 | **advocate** 136:17 | 212:13,14,15 |
| 261:9 351:3 | 470:5 | 136:18 174:9 | **afternoon** 279:12 |
| **accusations** | **addressed** 224:16 | 187:8 | 354:5 424:3,3 |
| 166:17,22 167:4 | 300:23 349:12 | **advocator** 174:8 | 442:18 478:5 |
| 183:20 204:19 | 381:12 | 180:7 | **age** 135:9,10,11 |
| 213:2 222:3 | | | |

| | | | |
|---|---|---|---|
| aggravation 219:3 | al 125:9 | allowing 457:4 | answer 211:12 |
| 219:4 | alan 125:9 234:15 | allows 357:2 | 385:19 420:6,14 |
| aggressive 168:21 | 251:18 486:21 | alluding 464:12 | 421:4,13 422:3,6 |
| 169:8 171:5 | alford 350:21 | alongside 288:20 | 423:3,12,22 425:4 |
| 179:17 185:15,23 | 352:2,4,5 486:9 | altercation 178:5 | 425:15 451:25 |
| 186:2,7 187:10,16 | alj 294:20 | 206:17 377:9,25 | 452:9 |
| 189:10 321:21 | aljs 139:18 | 463:7 | answered 160:20 |
| aggressively | allegation 148:10 | altercations 187:6 | 298:11,13 419:25 |
| 162:21 168:17 | 150:24 245:10 | amendment | 419:25 421:22 |
| agnes 196:22 | 308:12 383:22 | 385:25 386:7 | anti 142:4,11 |
| 197:3 199:15 | 384:20 385:4,4,4 | america 236:13 | 230:17 231:5 |
| ago 286:6 313:11 | 385:13,16 | american 244:23 | 233:5 235:20,22 |
| 313:11 403:3,18 | allegations 143:22 | 246:12 259:5,6 | 235:25 236:3,5 |
| 414:10 415:20 | 169:17 180:15 | 264:22 | 237:6,9,24 238:6 |
| agree 148:15 | 204:3 211:2 | amount 129:14,25 | 243:16 245:8 |
| 289:23 320:2 | 315:10,12 339:14 | 131:13,14 132:13 | 247:4 257:3 261:2 |
| 471:13 | 340:9 384:24 | 166:15 366:20,20 | 261:24 268:15 |
| agreed 322:3,4,6 | 385:6 | andy 167:23 168:2 | 270:19 280:20 |
| 322:11,19 332:11 | allegedly 432:6 | 168:9 | 281:7,21 286:24 |
| 333:12,20 335:9 | alleging 380:13 | anger 232:2 238:9 | 287:23 304:19 |
| 335:11,13 336:18 | allow 417:21 | 244:3 245:18 | 308:4 435:7 |
| 337:22 338:14 | allowed 134:8 | 263:19 269:5 | anybody 151:2 |
| 339:8 340:2 | 135:21 139:21 | 270:15 320:2 | 152:5,6 153:14 |
| 397:13 428:6,14 | 140:4 164:25 | 321:15,17 322:3 | 158:10 183:7 |
| 428:16 480:11 | 166:20 196:14 | 322:11,20 324:17 | 187:7 216:11 |
| agreement 321:13 | 214:8,9,10,13 | 327:12,13,22 | 223:11,15 249:6,6 |
| 322:16 440:11 | 216:3,6,14 241:15 | 332:3,12 333:20 | 263:13 275:7 |
| ah 208:21 | 241:17 242:9 | 335:9,10,12,20 | 331:7 369:12 |
| ahead 142:24 | 286:15 304:14,15 | 336:17,19 337:14 | 383:21,22 384:20 |
| 145:15 157:13 | 304:16 307:25 | 337:19 338:4,6,8 | 387:3 402:19 |
| 167:17 202:18 | 308:5 309:11 | 338:10,13 339:9 | 403:24 406:10,16 |
| 257:24 259:14 | 317:11,25 321:24 | 339:22 344:13 | 451:16 473:6,13 |
| 269:11 294:17,18 | 332:5 379:18 | 356:4 426:21 | 473:17 476:10 |
| 309:20 322:21 | 399:13 400:17 | 428:7 440:16 | anybody's 230:11 |
| 323:23 329:14 | 401:9,10 405:19 | angry 241:5 | anymore 128:5 |
| 348:8 349:7 | 405:22,23 410:9 | 258:10,11,13,19 | 133:22 166:21 |
| 364:13 371:21 | 426:22 440:6,12 | 328:3 460:15,18 | 198:5 201:17 |
| 410:12 430:21 | 440:15 451:15 | 460:20 461:2,2,13 | 206:19 263:10 |
| 438:19 | 452:19 453:17 | 461:17 | 295:3,11,23 |
| air 283:22 291:2 | 460:10 462:20 | animis 355:23 | 307:21 310:18 |
| 303:9 | 463:25 464:5 | | |

[anyplace - attorney]                                                Page 5

| | | | |
|---|---|---|---|
| **anyplace** 248:25 254:22 | 413:10 424:19 442:12 444:5 | **article** 310:21 319:15 323:6 | 167:19 168:5 183:11 323:24 |
| **anyway** 171:9 322:18 332:20 368:2 | **appropriate** 400:16 | 337:7,24 341:19 411:15,19 412:24 414:15 | 409:15,17 **assistants** 179:19 **associate** 139:20 |
| **apartment** 267:15 274:13,15 455:6 469:7 | **approximately** 164:17 **april** 144:15 155:13 | **artist** 223:6 **arts** 223:12 283:12 284:16,24 286:2 | **assume** 132:16,16 175:8 322:24 358:11,11 |
| **apologies** 227:17 **apologize** 142:22 198:24 220:16,18 272:12,13,14,19 273:2,17,21 280:21,23 | **arabic** 247:3 **area** 230:6 301:21 **argue** 141:19 196:6 230:21 256:20 257:7 338:3 361:9 364:2 364:25 365:2 | 304:21 305:2 403:3 **asked** 135:22 136:4 146:12 152:8 180:25 205:4 232:6 255:16 269:17 | **assumption** 427:3 427:5 **assured** 171:16 **athletic** 170:25 **attached** 195:5 294:5 413:22 |
| **apologized** 300:21 **apparently** 364:9 **appeal** 360:25 361:2,4,5,11,17,17 361:24 362:6 365:3 366:9,9 368:2,6 369:23 | 366:8 368:5,6 369:22 474:18 **argued** 139:9,17 139:25 140:11 370:14,16,22,24 371:3 | 303:5 305:7,7 307:13 316:15 360:22 379:6 382:24 423:11 459:5 460:4,9 476:23 478:2 | **attack** 238:24 261:15 **attacked** 393:24 **attempt** 193:3 220:13,14 255:25 **attempting** 289:12 289:13 |
| **appear** 341:2 **appearance** 173:9 173:19 **appearing** 334:7 334:22 | **argues** 136:13 **arguing** 372:25 373:4 460:22 **argument** 177:24 178:5 276:5 377:7 | **asking** 184:16 191:18,20 193:6,7 269:2 272:13,14 272:25 273:17,21 276:7 289:24 | **attention** 183:6,8 186:17 187:4,18 **attitude** 348:16,18 349:2,4,18,21 350:13,19,24 |
| **appears** 334:4 **appointed** 293:21 **appreciate** 385:19 **approach** 148:22 201:9 258:12,15 260:7 | 450:18 **arrested** 147:12 150:21 183:17 184:2 200:18,21 200:21 201:2 204:22 205:8 | 299:14,15 302:15 315:17,19 319:6 379:25 401:19 421:6 424:5,7,21 424:22 456:10 474:3,4 477:6 | 351:9,16,20 352:15 **attorney** 126:8,11 127:25 138:2 146:10,17 147:4 160:7 175:23,25 |
| **approached** 152:7 152:8 168:16 199:20 218:11,17 293:22 299:23 345:11 424:2,17 478:5 | 208:6 231:19,25 272:24 275:8 283:21,25 284:5 307:3 347:12 356:11 | **assault** 183:15,16 183:16,17,24 184:2 286:12 287:9 | 195:23,24 196:17 200:9 210:19 212:19 228:20 234:2 235:21 240:16 252:15,23 254:20,22 259:6 |
| **approaches** 146:15 157:19 218:13 219:15 | **arrive** 127:22 **arrived** 295:7 **art** 285:5 403:18 436:23 | **assaulted** 183:11 347:2 407:5 **asserted** 206:3 **assistant** 126:11 164:20 166:5 | 261:7 263:17 264:3,6 266:3 269:3 292:14 |

| | | | |
|---|---|---|---|
| 293:24 301:5,8,9 | 458:16 459:12,15 | 347:6 356:3,12 | **barriers** 308:25 |
| 310:20 318:12 | 460:4,8 462:14 | 358:17 361:18 | **barring** 334:22 |
| 319:16 322:2,22 | 464:3,4 469:9 | 362:6 365:3,5 | **based** 136:7 |
| 323:5,25 341:5,6 | 470:9,10 472:17 | 366:2,10,11,14,15 | 447:24 |
| 377:5,16 388:20 | 475:4 | 366:16,19,22,23 | **basement** 327:24 |
| 390:7,11,12 | **attractive** 217:7,9 | 366:25 367:4,24 | **basically** 256:5 |
| 394:19 396:22 | **audio** 353:16 | 368:3,9,15 370:2 | 308:7 |
| 404:3 409:12,15 | **authority** 356:20 | 378:10,12 379:9 | **basis** 133:10 |
| 409:17 410:18,24 | 356:25 384:14 | 398:10 416:17 | 146:12 165:25 |
| 411:2,12,14 | 385:9,22 | 425:17 426:7 | 187:5 225:9 235:5 |
| 412:22 413:16,24 | **authorized** 356:18 | 428:6 431:11 | 235:8,9 238:4 |
| 414:10,21,22,23 | **avoid** 205:17,18 | 440:6,8,12,16 | 412:7 434:21 |
| 415:13,14 433:4 | 205:19 436:20 | 441:12 450:20 | 472:17 |
| 441:6,16 451:18 | **aware** 180:6 | 451:3,3,9,10 452:6 | **bates** 162:16 |
| 451:22 454:2 | 181:18 182:2 | 464:18,20 482:4 | 209:11 279:14 |
| 458:6 464:17,21 | 183:2 186:4 | **backing** 421:18 | 292:23 310:24 |
| 472:23 475:23 | 192:17 193:8 | **bad** 248:2 320:18 | 327:9 348:6 372:3 |
| 476:4,19 479:3,10 | 214:2 385:8,20 | 328:16,16,18 | 398:6 450:15 |
| 481:2 | 386:23 387:9,12 | 362:25 460:25 | 484:14,17,19,21 |
| **attorney's** 146:22 | | 461:3 467:10,14 | 484:24 485:3,5,8 |
| 146:24 230:4 | **b** | 468:12,25 469:2,4 | 485:10,13,16,20 |
| 316:3 | | 469:8,9 472:12 | 485:23 486:3,9,12 |
| **attorneys** 126:10 | **back** 127:7 136:9 | **badgering** 423:7 | 486:14,17,22,24 |
| 132:24 133:6 | 145:22 176:21 | 423:10 | 487:4,7,9 |
| 139:10 141:22,24 | 185:6 227:15 | **badly** 461:15 | **beach** 219:9 |
| 165:10 166:10 | 230:20,21 240:6,8 | **bag** 268:5 450:19 | **beam** 291:20 |
| 172:19 173:2,18 | 240:11 242:14 | 453:7,10,11 | 292:4 |
| 179:18 196:9 | 243:13 254:19 | 462:16,21 463:19 | **beams** 281:5,15 |
| 198:14 225:12 | 257:5,6,8 269:3 | 463:21,24 464:7 | 292:15 |
| 239:21,24 255:2 | 270:4 297:22 | 470:12 | **beanie** 248:14 |
| 255:21 259:5,25 | 309:4,4,16,17,22 | **bags** 451:7 452:12 | **beautiful** 174:20 |
| 276:24 277:6,7 | 316:20 317:11,21 | **bait** 235:16 236:23 | 216:22,23 217:20 |
| 288:2,18 289:2 | 317:22 320:21 | 312:16,16 | **bed** 465:11 |
| 290:20 296:19 | 321:10,25 325:18 | **ballpark** 165:22 | **beef** 177:22,23 |
| 301:18 308:2 | 327:3 328:11 | **banned** 300:13 | 179:8 274:2 276:4 |
| 314:23 315:9,14 | 329:20,20,24 | **bar** 296:15 | 346:8,12 355:14 |
| 315:19,21 334:7 | 332:5,9,18 333:18 | **bargain** 440:15 | 355:15 |
| 395:17,20 411:25 | 333:24 334:15 | **barrage** 400:23 | **beer** 263:23,25 |
| 426:25 430:12 | 335:16 337:20 | 401:7 404:10 | 264:2,4,5,8,8,12 |
| 450:24 451:5,17 | 338:12,24 339:16 | 407:6,7 | 269:16,20,20 |
| 452:13,18,21,25 | 340:20 341:6,7,9 | | 270:4,5,25 271:11 |
| | 341:24 342:10 | | |
| | 344:13,14 346:20 | | |

272:3 456:18
457:17 458:5,13
459:16,16 460:12
461:25,25 463:3,7
463:8,13 464:11
466:10,21,25
467:22 469:19
487:9
**began** 168:17
256:3,23 257:12
373:10
**begging** 423:13
**behalf** 187:8 199:5
199:19 205:20
307:23 311:4
317:11 319:17
334:23 341:2
356:19,19,21
**behavior** 179:17
185:16,19,23
186:2 187:10,16
189:11 200:10
214:17 220:5
224:12 242:22
296:12 321:21
403:25 419:8,11
473:3,21
**belief** 264:16
434:22
**believe** 133:10
178:18 214:16
220:3 250:25
251:22 255:14
275:4,14 282:19
295:20,24 337:8,9
351:7 357:18,19
417:4,9 418:4
423:18,24 424:12
434:17 443:14,15
451:15 453:23
471:12

**believed** 420:9
421:14 424:2
**believes** 356:22,23
451:17
**believing** 410:23
**belligerent** 168:21
169:8 170:17,20
171:6
**belligerently**
168:17
**belong** 270:20
**belongings** 229:24
255:20
**belt** 285:8,11,13
285:17,19,24
**belted** 223:5
**bench** 155:22
230:9,9,25 231:2
233:11 241:14
248:14 249:14
255:19 256:16,17
257:7 360:21
433:19 452:14
453:8
**benches** 255:6,9
255:11 451:4,8
452:12
**benefited** 329:15
**berate** 256:3,23
**berating** 146:19
**best** 141:20 247:14
247:16,22 248:6,8
255:18 265:7,7
466:14 469:3
**better** 205:23
239:13 248:4
290:21 302:23
323:5 384:8
**beyond** 257:14
**biased** 434:18

**big** 161:4 170:25
205:11 319:4
455:3
**bigger** 161:10
**billings** 130:12
**bills** 421:12
423:14 439:7
**bit** 293:12 305:19
326:6 344:18
347:25 371:16
**black** 223:3,5
285:8,11,13,17,19
285:23 304:23
434:16,23
**blamed** 365:9
**blank** 452:7
**blatant** 204:18
213:2
**bless** 237:18
247:13,13 437:21
**blindsided** 233:21
233:23 235:14
244:4 250:20,21
263:6,7 281:18
290:7,14 309:19
**block** 217:24
**blocked** 306:2
**blocking** 219:14
306:5
**blue** 234:2 243:16
262:20
**board** 353:14,21
353:23 354:23
355:5,22
**bodies** 160:19
**body** 229:22
**bonstein** 247:16
247:18 248:7
**book** 328:8,13
**bottom** 145:12
302:22 311:19

326:23 449:20
457:13
**box** 454:11
**boxing** 223:13
284:17 286:4
305:2 454:11,22
**brakes** 226:10
**break** 226:5,20,24
293:13 309:22
310:2,2,3 313:3
329:19 396:24
425:24 426:5
**breakdown**
127:11
**breakfast** 139:15
172:21,24 173:12
173:15 314:25
395:22 396:11
476:12
**breaks** 131:14
397:17
**breath** 398:21
399:6 405:24
406:14 460:10
**bribed** 153:9
475:3
**bribing** 475:11,19
476:25
**brick** 282:5,14
**briefcase** 229:17
229:20 230:10
232:17,18,21
238:15,18 239:3,8
239:10 241:17,19
251:5,7,9 256:17
470:18,19,20
471:3,5,8
**bring** 144:12
154:6 155:7
187:18 241:23
323:7 331:13

336:22 358:22
408:3
**bringing** 137:5
347:17 376:4
**broad** 380:23
**broader** 380:11
**broadway** 489:4
**brodsky** 126:14
226:12 480:3
**brody** 142:2,18
228:8,19 229:15
230:12,15 232:12
233:4 236:9,25
238:11 239:5
240:24 242:2,20
244:11 246:10
250:5,25 252:19
254:17 255:17,18
255:21 256:4,6,23
257:12,15 258:11
260:14 261:14,22
261:23 262:7,14
264:10,14 268:7
268:13,23 269:12
270:18,20 272:14
273:4 276:4
281:19 289:18
290:8 292:12
299:8,22 301:8,9
302:13,18 304:12
304:18 306:22
310:16 311:22
313:5,8,13 358:12
358:16 386:25
431:11 468:20,21
485:3
**brody's** 230:23
253:21 255:25
256:2 307:25
**broke** 278:3 282:3
282:3,5

**broker** 133:2
**brokers** 236:20
433:13,15 437:9
438:18 478:14,15
**brooklyn** 127:14
128:7,9,10,12,14
129:2 131:20,23
137:4,7,11 138:3
163:8 164:22
210:17 211:21
215:6 245:3 247:2
248:22 266:15,23
269:2 288:19
289:2 295:15
315:11 316:6,22
317:12,14 376:21
388:9 389:9
417:14 418:9
439:15 442:20
464:24 472:16
**brother** 167:12,14
167:16,20,21,24
**brought** 129:13,15
130:2 131:13
132:23 144:14
181:23 183:5,7
186:16 187:3
197:18
**bruised** 303:13
304:20,22 307:5
**building** 198:21
239:19 296:16
355:4
**bump** 149:11,17
150:14 152:5
153:14 156:2
157:10,25 158:12
160:17 224:23
**bumped** 148:24
156:2 157:15,17
157:24 159:20

**bumping** 149:8
159:15 160:25
**bumps** 416:11
**bunch** 210:3,5
294:6 351:24
395:7,10 396:6
**bureau** 210:17
341:3
**bureaus** 196:25
**bus** 196:12
**bushra** 209:8
218:6 219:13,18
219:20,21,23
233:17 234:14,16
244:21 246:10
251:18 263:14
264:25 293:4,19
294:8 382:21
485:12
**business** 128:21
133:2,3,6 141:25
152:21 163:24
164:11 196:12
198:17 199:25
215:7 276:16
277:8 290:17
316:6 331:8
366:18 479:17
**businesses** 437:18
**buy** 234:10 250:17
**buying** 139:14
172:20,24 173:11
173:15 234:11
250:18 314:25
315:22,23 395:22
396:11 476:12

| c |
| --- |
**c** 126:2 243:20
488:2,2
**cab** 128:19 357:16

**calendar** 133:23
353:23 354:4,6,7
354:13,14,18
355:22 360:24
**call** 133:22 136:21
138:23 146:16,16
147:4,7 235:21
236:3 237:9
242:16 247:21
250:8 260:18
269:8 270:17
407:5 410:17
412:21 435:10,18
435:19 451:24,25
452:10 453:20
463:18 471:6
**called** 141:16
146:9 152:8 160:6
164:17 168:14
175:20 200:12
203:15 248:13
260:19 262:15
307:17,19 308:16
316:25 328:6
401:11 405:12
408:23,25 409:2,6
441:20
**calling** 146:4,11
160:13 169:12
317:2,15 319:5
320:7,9 338:11
403:16 407:9,14
412:3 479:14
**calls** 218:9 219:11
317:4 318:20,20
**calvo** 134:6 160:2
270:22 271:6,6
272:5 301:3,16,25
302:7,15 312:18
312:22 313:6,20
370:8 442:13,14

| | | | |
|---|---|---|---|
| 443:13,14,15 | 194:1,13 195:1 | 282:1 283:1,8 | 366:1 367:1,9 |
| 444:7 469:25 | 196:1 197:1 198:1 | 284:1 285:1 286:1 | 368:1 369:1,17 |
| 477:12,15 | 199:1 200:1,11 | 287:1,25 288:1 | 370:1 371:1,12 |
| **calvo's** 343:7 | 201:1 202:1,2,19 | 289:1 290:1 291:1 | 372:1 373:1,2,8,16 |
| **camera** 369:9 | 203:1 204:1,24 | 292:1,20 293:1 | 374:1 375:1 376:1 |
| 459:5,6,7,8,15 | 205:1 206:1 207:1 | 294:1,20,22 295:1 | 376:3,17 377:1,6 |
| **capogrosso** 125:5 | 208:1,19 209:1,19 | 296:1 297:1,5 | 377:16 378:1 |
| 125:16 126:4 | 210:1,19,23 211:1 | 298:1,6,12 299:1 | 379:1 380:1,10 |
| 127:1,7,16 128:1 | 212:1 213:1 214:1 | 299:10,13 300:1,8 | 381:1 382:1 383:1 |
| 129:1 130:1,8 | 214:11,15 215:1 | 301:1,5,7,10,16 | 384:1,21 385:1,7 |
| 131:1 132:1 133:1 | 216:1 217:1 218:1 | 302:1 303:1,5 | 385:18 386:1,15 |
| 134:1 135:1 136:1 | 219:1,25 220:1 | 304:1 305:1,4 | 386:17,19 387:1,8 |
| 137:1 138:1 139:1 | 221:1,14 222:1 | 306:1 307:1,11 | 387:21 388:1,2 |
| 140:1,16 141:1 | 223:1 224:1,8 | 308:1,6 309:1 | 389:1,12 390:1,18 |
| 142:1,23 143:1,18 | 225:1 226:1,8 | 310:1,10 311:1,25 | 391:1 392:1,9 |
| 144:1,13 145:1,9 | 227:1,24 228:1 | 312:1,3 313:1 | 393:1 394:1 395:1 |
| 146:1 147:1,18 | 229:1,16,18 230:1 | 314:1 315:1 316:1 | 396:1 397:1,10,19 |
| 148:1,20 149:1 | 231:1 232:1 233:1 | 316:11,14,17 | 398:1 399:1 400:1 |
| 150:1,8 151:1 | 234:1 235:1 236:1 | 317:1 318:1,9,14 | 400:24 401:1 |
| 152:1,14 153:1 | 237:1 238:1,12 | 319:1 320:1 321:1 | 402:1 403:1 404:1 |
| 154:1 155:1,6,10 | 239:1 240:1 241:1 | 322:1 323:1,8 | 404:19 405:1 |
| 156:1 157:1,2,9 | 242:1,21,24 243:1 | 324:1 325:1 326:1 | 406:1,3 407:1 |
| 158:1 159:1,6 | 244:1 245:1 246:1 | 327:1,4,21 328:1 | 408:1,2,19 409:1 |
| 160:1 161:1,8 | 247:1 248:1,11 | 329:1 330:1 331:1 | 409:10 410:1,14 |
| 162:1,8 163:1,5,20 | 249:1 250:1,24 | 331:19 332:1,25 | 411:1 412:1 413:1 |
| 164:1,15,20 165:1 | 251:1 252:1,6 | 333:1,10 334:1,2,4 | 414:1 415:1,19 |
| 166:1 167:1 168:1 | 253:1 254:1 255:1 | 334:8,22 335:1,18 | 416:1,19 417:1 |
| 168:14,15 169:1 | 255:16,22 256:1,2 | 336:1,3,23 337:1 | 418:1 419:1,14,23 |
| 170:1,24 171:1 | 257:1,11 258:1 | 338:1,23 339:1 | 420:1,4 421:1,2,21 |
| 172:1 173:1,25 | 259:1 260:1 261:1 | 340:1,17,25 341:1 | 422:1,4,21 423:1 |
| 174:1 175:1 176:1 | 262:1,8 263:1 | 342:1,11,25 343:1 | 424:1 425:1 426:1 |
| 176:10,11 177:1 | 264:1 265:1,15 | 343:19 344:1,6 | 426:13 427:1 |
| 178:1,7,21 179:1 | 266:1,12,24 267:1 | 345:1 346:1 347:1 | 428:1,19 429:1,18 |
| 179:12,14 180:1,9 | 267:24 268:1,20 | 347:17,21 348:1 | 430:1 431:1,13 |
| 180:21 181:1,7,17 | 269:1,14,17 270:1 | 349:1 350:1 351:1 | 432:1 433:1,7 |
| 182:1 183:1 184:1 | 270:17 271:1 | 352:1,22 353:1,15 | 434:1 435:1 436:1 |
| 185:1 186:1 187:1 | 272:1 273:1 274:1 | 354:1 355:1 356:1 | 437:1 438:1 439:1 |
| 187:20 188:1,10 | 275:1 276:1 277:1 | 357:1 358:1,5,21 | 440:1 441:1 442:1 |
| 188:19 189:1,20 | 277:16 278:1 | 359:1,7 360:1,6 | 442:4 443:1 444:1 |
| 190:1,5,21 191:1 | 279:1,6,9 280:1,6 | 361:1 362:1 363:1 | 444:12 445:1,3 |
| 192:1 193:1,4,17 | 280:21 281:1 | 364:1,10,14 365:1 | 446:1 447:1,4 |

[capogrosso - chris]                                      Page 10

| | | | |
|---|---|---|---|
| 448:1 449:1 450:1 | 393:4 395:2,3,4 | 135:21 136:11 | 462:14,16,17,17 |
| 450:14 451:1 | 396:5 413:6 | 152:23 248:10 | 462:19,22,23,25 |
| 452:1 453:1 454:1 | 414:13 437:16,24 | 256:20 259:20 | 462:25 463:16,17 |
| 455:1 456:1,16 | 438:2,15,19,24 | 317:15 370:14,16 | 463:20,25 464:2,5 |
| 457:1 458:1 459:1 | 441:4 | 370:23 371:3 | 464:6 470:9,12,12 |
| 460:1 461:1 462:1 | **cared** 140:9,10 | 412:17 437:9 | 470:13,16,22 |
| 462:5 463:1 464:1 | 169:2 437:14 | 460:23 465:15 | 471:5,6,10 473:12 |
| 465:1 466:1 467:1 | 438:13,14 | 466:11,13,13 | **chamber** 432:22 |
| 468:1 469:1,17 | **careful** 330:14 | 469:2 475:24 | **chance** 151:13 |
| 470:1,24 471:1,11 | **carefully** 260:3,4 | 476:4 479:18 | 220:16 247:16,18 |
| 472:1,24 473:1,18 | **cares** 394:24 | **cash** 173:17 277:3 | 247:20,20 279:23 |
| 474:1 475:1 476:1 | **carried** 459:2 | 277:8 282:21 | 280:4,7,9 312:2,15 |
| 477:1 478:1 479:1 | **carry** 362:21 | 314:24 315:16 | 312:22 341:20 |
| 480:1,12,17 481:1 | **case** 125:3 128:2,3 | 395:21 396:10 | 384:12 385:14 |
| 481:20 482:1 | 128:7,15,17 129:5 | 475:8 476:11 | 386:4 440:13 |
| 483:1,9,17 487:4 | 132:12 136:13 | **catch** 279:7 | 461:11 465:22 |
| 488:7 489:5,6,21 | 137:13,17 139:10 | **catholic** 237:16 | 466:6,6,18 |
| **capogrosso's** | 139:17 140:2,11 | **cause** 269:10 | **change** 220:24 |
| 214:16 261:15 | 140:13 142:17 | 422:8,15 | 489:8 |
| **car** 217:24 218:8 | 153:2 189:4 191:7 | **caused** 136:7,24 | **chapter** 328:13 |
| 218:11,12,14,14 | 191:7 196:4 | 452:23 | **characterizing** |
| 218:15,15,16,17 | 230:21 246:9 | **center** 311:21 | 204:7 |
| 219:7,11,16,16 | 257:7 319:4,25 | **centers** 316:21 | **charged** 147:11 |
| 274:17 297:24 | 320:17 321:13 | **certain** 182:13 | 231:18,24 272:24 |
| 298:2 361:22 | 331:16 338:4 | 285:20 411:24 | 283:20,24 284:5 |
| 362:4,9 363:6,15 | 341:21 344:21 | **certainly** 226:13 | 307:2 |
| 365:22 367:8,15 | 353:24 354:24 | **certify** 488:6,11 | **chasing** 276:18 |
| 368:14,18,24 | 355:7 359:21,23 | **cervoni** 163:6,22 | **chauney** 247:19 |
| 373:22 375:12 | 361:10 364:2,5,8 | 164:16 168:12 | 248:8 |
| 377:13 379:17,17 | 364:15,25 365:2,9 | 172:4 174:2,13 | **check** 145:3 |
| 382:4,13 | 366:8 368:4 | 183:3,22 214:21 | 355:22 482:21 |
| **card** 196:12 | 369:22 380:12 | 217:8 224:10 | **checking** 369:12 |
| 199:25 366:18 | 383:12 388:4 | 484:19 | **choice** 247:25 |
| **cards** 198:18 | 413:13 414:9,11 | **cervoni's** 191:7 | 248:2 |
| **care** 139:25 | 426:17 446:14 | **chair** 240:11 451:2 | **choose** 260:2,4 |
| 140:20,22 182:20 | 449:4 456:4,9 | 451:3,3,9,10,12,14 | **chose** 129:23 |
| 237:15,16,19 | 461:7 474:17,19 | 451:16,19 452:5,7 | 378:19 |
| 246:17 247:12 | 474:23,25 489:5 | 452:7,8,8,9,16,17 | **chris** 311:6 319:17 |
| 250:8 259:22 | **caseload** 476:3 | 452:20,21,24 | 320:20,24 321:4 |
| 384:6 391:19 | **cases** 128:20 | 453:12,13,14,18 | 321:18 323:4 |
| 392:5,14,17,18 | 134:19,19,20,20 | 453:18 454:16 | 324:9,10 339:15 |

339:21,25 413:16
414:4,23 485:16
485:18
**christmas** 172:20
173:3 234:8,10
235:15 276:8
314:24,25 315:16
**chuck** 464:13,14
**church** 330:21
331:5
**cindy** 215:16,16
215:19,19,21
216:5,6,7,21,23,25
216:15 217:5,7,11
217:19 225:23
344:16 356:5
**cindy's** 216:22
**circumspect** 331:9
**circumstances**
249:5 314:4
**civilized** 242:22
**claim** 130:24
387:10 388:3
**claimed** 186:6
303:10
**claims** 130:22
305:11
**clarify** 189:24
191:17 300:11
**clean** 466:18
**clear** 193:5 245:24
373:7 393:2
**clearly** 419:21
**clerical** 186:15
234:18 293:22
**clerk** 138:24
141:12 146:6,21
148:5 163:7,11,14
175:17 177:22,24
178:6,16 179:9
216:4 297:24

298:2 330:22,23
330:23,24 348:4
348:15,18 349:2,3
349:20,21 350:7
350:12,13,19,24
351:9,15,15,19
352:15 372:20,22
376:20,24 377:4
390:3 475:4,5,8,9
475:10,20,20,23
477:25 478:25
479:5 482:18
**clerk's** 152:23
**clerks** 139:12
141:4,5,6,11 146:7
146:24 151:25
152:22 153:10,21
156:9 163:15,24
172:18,19 173:3,8
173:10 174:4,25
177:25 179:9
182:24 184:8
208:21 209:8,13
209:17,22 210:16
225:21 229:12,14
249:20 297:24
312:11,13 314:20
315:7,12,15 316:7
343:25 344:16
349:5,23 350:20
351:5,24 376:21
390:9,15 391:14
391:24 394:11,12
395:8,10,14,21
396:7 475:12
476:11,11,13,25
478:18,19,20,20
478:22 479:16
**client** 128:10
136:14 142:9,12
142:16 153:22

169:2,4 171:13,18
175:17,18 176:8
185:8 196:11
199:19,22,24
200:7 205:21
235:24 237:5
245:11,12 246:23
247:3 287:21
309:8 319:4
362:17,25,25
365:7 382:6 435:5
451:25 452:2
471:7 472:11
**client's** 140:13
**clients** 130:18,19
131:20 132:20,20
133:13,17,18,23
133:24 134:3,11
134:18 135:25
139:7,12,16 140:9
140:10,23 141:20
165:3,5 167:2
179:18 187:8
196:6,9,10 199:10
201:24,24 218:9
222:17,18 237:21
238:2,3 246:22
317:13,14 319:5
320:5,6,9,11 321:4
338:11 341:2
365:17 374:21
423:15 430:11
432:13 435:3,4
439:7 443:6,8,9
460:23 461:15
479:11
**clip** 389:19,20
390:4,4,8,11,20
391:7,17,19,21,23
392:18,19,21
393:5 394:9,13,16

394:18,24 395:5,9
396:6
**clips** 395:6
**close** 193:12 215:7
251:25 267:14,18
267:20 274:14,19
284:4 331:12
448:14
**clothes** 205:3
**club** 437:23
**clubs** 266:21
**coat** 451:23
**cocaine** 465:10
**coffee** 230:7,8,11
230:13,14,15,19
230:22,24 231:4
233:7,9,14 240:10
240:11 241:6,7,11
241:24 242:3,6,7
243:24 244:6
250:21 256:10,12
256:13,16,18,19
256:25 257:4,5,6
258:17 264:11,12
268:11,22 269:4,8
269:24 276:9
289:18,20 290:25
292:12 301:7
304:7,10,15 314:8
**coffee's** 230:25
241:21
**coincidence** 289:6
**colleague** 288:14
288:15,22
**colleagues** 288:2,3
288:4,6,8,17
**collect** 356:19,20
361:4
**collecting** 479:15
**column** 282:4

| | | | |
|---|---|---|---|
| **come** 211:25 | **compel** 425:19 | 446:16,18,22 | 411:23 412:25 |
| 230:20,21 233:15 | **compensatory** | 447:9,12,21,22 | 414:16 415:12 |
| 233:17 242:5 | 127:12 | 448:6 449:2,8 | **condoned** 201:7 |
| 251:16 257:8 | **competition** | 450:8 | **condoning** 206:22 |
| 270:4 271:6 277:2 | 139:11 | **complaints** 142:8 | **conduct** 193:9 |
| 284:3 287:24 | **competitive** | 142:12 143:2,8,14 | 280:25 296:17,18 |
| 309:22 314:10,12 | 132:25 133:6 | 143:20,22 153:20 | 334:6,8 339:5,11 |
| 332:5 337:20 | 141:25 207:20 | 153:24 154:3 | 352:20 391:21 |
| 388:19 402:4 | 276:16 277:8 | 179:8 181:22 | 412:13 414:19 |
| 418:22 430:11 | 282:19,20 290:16 | 186:13 189:6,10 | 473:2,14 |
| 434:19 | **complain** 347:11 | 189:16,18 191:12 | **coney** 196:24 |
| **comes** 185:9 | 392:5 412:19 | 191:21 192:5,12 | **confirmation** |
| 238:20 241:25 | 418:24 | 192:21,22 214:22 | 154:24 |
| 242:14,16 346:20 | **complained** | 223:24 224:11,14 | **confirmed** 356:8 |
| 361:12,15,15 | 186:10 240:24 | 224:16 225:6 | **conflicts** 185:21 |
| 364:20,22 387:19 | 242:21 315:25 | 234:17,21 235:11 | 452:18 |
| 402:5,6,6,7 416:15 | 409:21,22 410:8 | 237:4 287:20 | **confront** 205:19 |
| 416:16 452:6,15 | **complaining** | 382:23 387:3 | 212:15,15 |
| 463:22 | 198:15 395:9 | 429:22 430:23 | **confrontation** |
| **comfortable** | 435:17,23 438:10 | 441:20 479:11 | 215:4 218:20 |
| 185:18 | **complaint** 129:16 | **complete** 297:25 | 223:15 346:5 |
| **coming** 178:23 | 144:5,7 151:9 | 298:5 | **confrontational** |
| 272:5 282:24 | 153:22 156:6 | **completed** 328:18 | 261:16 |
| 283:12 313:6 | 162:20 178:22 | **completely** 456:7 | **confrontations** |
| 362:20 379:13 | 179:6 183:3 | **completion** 426:21 | 214:18,24 215:3 |
| 416:24,24 417:17 | 186:16 188:24 | **complicit** 416:7 | 223:10 |
| 436:16 | 190:24 191:2,8,15 | 442:17 443:2 | **connected** 396:2 |
| **comments** 176:13 | 191:19 192:7,9,15 | 444:24 | **connection** 392:21 |
| 281:7 | 192:18 193:7,9 | **comply** 255:19 | 411:12 |
| **commission** | 194:6 209:4 | **concerned** 301:4 | **consider** 425:18 |
| 489:25 | 224:25 235:23 | 407:3 452:3 | **consist** 327:22 |
| **committing** | 245:10 251:2 | **concerning** 376:10 | **constant** 410:2 |
| 465:10 | 316:4 352:10 | 387:23 392:24,25 | **constitutes** 210:20 |
| **commotion** 175:7 | 353:10 384:3 | 415:9 | **constitution** 386:7 |
| 280:18 | 386:24 387:4 | **concerns** 437:7 | **construed** 331:10 |
| **communicated** | 391:6,18 396:2 | **concludes** 483:7 | **contact** 149:24 |
| 310:19 | 398:3 405:7 435:6 | **concrete** 281:4,14 | 160:19 414:18 |
| **community** | 440:22 441:4,12 | 282:15 | **contacted** 316:14 |
| 127:15 128:13,15 | 442:5 443:20,22 | **conditions** 322:17 | **contained** 255:20 |
| 129:2 131:5,21,23 | 443:25 444:14 | 332:13 335:11,25 | **contemporaneous** |
| 134:17 295:16 | 445:6,21 446:2,10 | 336:4,18 341:10 | 447:6 |

contemporary
443:22,25 482:24
contend 313:20
contention 142:20
142:25 143:21
384:14
contingent 137:22
continue 400:17
continued 132:4,6
132:7,12 157:12
159:25 171:20
241:2 257:14
377:17 378:8
379:9
contractor 165:14
control 171:19
442:2,3
conveniently
417:12,14 442:19
conversation
191:11 200:5
229:3 283:7
294:21,24 295:25
296:3,20 297:9,11
297:13,17,19
298:9,14,21
299:20 300:5
316:24 318:10,16
318:22,24 365:15
393:21 400:4,10
432:5 433:8
conversations
164:10 237:11
430:13
cool 270:23
cop 205:10 347:11
461:6
copies 483:2
cops 347:9,10
copy 191:19 193:7
480:13,14,19,20

481:3,5,10 482:2,3
correct 127:8,15
127:20 130:3
134:21 135:16
140:8 145:19
153:12 155:15
156:7 157:16
161:17 162:16
168:8 170:19
194:2 207:17
209:12 213:19
224:12 228:11
238:16 251:2
252:10 253:13,20
256:7,21,23
264:18 265:19
268:18 269:19
270:24 279:15
281:24 292:24
297:16 307:15
310:25 311:5
314:5 319:15
323:13 327:9
333:2,12 334:15
334:24 348:6
353:7 357:7
359:17,21 372:3
389:22 397:15
398:7,14 402:24
404:21 408:11
423:23 427:2
431:19 442:8
444:13 447:24
450:15,19 457:20
480:15
corrected 300:20
correspond 411:6
correspondence
410:20 411:5
413:20

corroborate 249:6
469:21
corroborated
254:3
corroborates
253:21,25
corroborating
151:2 157:15
corroboration
151:2
corrupt 418:22
419:3,6 437:19,19
438:3,4,21,23
cost 263:20 335:21
339:22,23 440:17
couches 327:25
counsel 131:3
133:25 144:21
226:17 383:21
counselor 200:19
380:22,24
counter 151:25
152:23,25 163:12
163:25 164:12,18
168:16 175:10
179:14 215:14
377:20 479:16,19
country 489:4
couple 142:12
197:13,15 206:4
286:6 319:13
326:18 345:9
408:23
coupled 281:6
course 206:4
232:2 238:10
244:4 245:19
263:19 269:6
270:15 320:3
321:6,16,17 322:4
322:12,20 324:18

327:14,22 328:19
328:21 329:16,22
329:25 332:4,12
333:21 335:10,12
335:21 336:17,19
338:5,6,10,14
339:9,22 344:14
356:4 403:7
426:22 427:12
428:8,10,15
440:17 461:13
court 125:2 138:6
138:7,9,14,18,19
138:20 144:18
151:8 154:8 162:5
174:8 194:8 221:2
243:13 319:20
337:24 338:12
357:14 360:13
364:21 388:3
480:9
courtesy 255:25
257:16
courthouse 128:25
301:13 330:20
354:22 355:16
363:2 370:10
375:21 387:7
395:6 454:24
courthouses
353:24 375:8
courtroom 139:23
140:3 146:5
164:13 165:7
196:4 230:21
233:10 240:7
241:23 247:15,23
248:9 256:20
261:8 265:8 331:3
331:7 340:13
354:10 360:19,20

| | | | |
|---|---|---|---|
| 361:7,9 364:2 | 394:3,4 472:18,19 | **danielle** 134:6 | 178:25 184:9 |
| 375:5,7 379:4 | **cursed** 169:13 | 160:2 175:6 | 206:5 217:11 |
| 382:7 461:12 | 171:23 180:24 | 270:22 301:3,25 | 219:8 226:22 |
| **courts** 334:7 | 184:24 202:7 | 302:7 311:21 | 230:12 242:19 |
| 426:23 | 472:14 | 312:17,18 370:8 | 252:18 253:2 |
| **covered** 466:9,11 | **curses** 361:20 | 442:13 469:24 | 254:13 263:8,21 |
| 466:12 469:2 | 472:15 | 477:12,15 | 278:5 281:2 |
| **covering** 475:24 | **cursing** 169:20 | **darn** 395:5 467:9 | 282:23 289:9 |
| 476:4 | 171:9,20 172:6,7 | **date** 146:2 155:5 | 290:7,15 291:23 |
| **coworkers** 179:17 | 173:23 393:24 | 156:25 163:4 | 295:6 302:4,14 |
| **crazy** 351:24 | 407:8 471:15 | 194:12 210:13 | 314:7 326:7 |
| 399:24 401:8 | **customer** 164:18 | 228:18 243:22 | 337:23 345:9 |
| 452:16 | 392:9 | 252:5 266:11 | 353:22 361:12 |
| **created** 232:13 | **cut** 142:23 284:25 | 280:16 293:10 | 364:19,20,21 |
| 233:20 235:3,12 | 361:21,25 362:2,7 | 311:12 319:24 | 365:20 367:25 |
| **creates** 444:5 | 363:5 364:23 | 326:21 327:20 | 368:2,9 381:20 |
| **criminal** 134:19 | 367:7,14 368:13 | 333:9 338:3,22 | 397:3 402:17,21 |
| 306:18 | 368:17,22 373:21 | 343:18 348:24 | 405:20 406:20 |
| **cross** 309:14 345:8 | 374:19 375:10 | 359:6 360:5 | 432:22 445:2 |
| 416:10 435:24 | 377:12,25 378:17 | 372:10 376:16 | 451:21 452:11 |
| 437:4 | 382:4,13 387:5 | 396:19 407:25 | 458:14 462:4,15 |
| **crossed** 263:24 | 388:13 456:8 | 408:18 424:8 | 463:15 465:12 |
| **crosses** 308:24 | **cutting** 365:20 | 456:15 458:4 | 469:7,23 470:7,8 |
| **crowd** 301:12 | **cv** 125:3 | 488:8 489:6 | 471:4,24 472:2,8 |
| **culture** 260:15 | | **dated** 333:17 | 483:19 489:23 |
| **cunt** 242:25 | **d** | 336:9,10,13,16 | **day's** 303:6 305:8 |
| 243:18 260:19 | **da** 152:9 | 448:23 485:15,18 | **days** 321:24 322:2 |
| 262:9,15 290:24 | **daily** 165:25 187:5 | 485:23,25 487:2 | 325:17 327:2,3 |
| **cunts** 264:18 | **damage** 130:5,9 | **dating** 215:22 | 332:6,6,6,9,19 |
| **cup** 230:7 241:6 | 130:14 131:2,9 | 216:5 217:4 | 333:18,19,23 |
| 241:11 242:3,9 | 136:8,25 137:8,12 | 218:25 250:16 | 335:16,23 341:8 |
| 243:23 289:18,20 | 138:11,25 | **dave** 428:21 | 342:2,9 408:23 |
| 290:24 292:11,11 | **damaged** 128:4 | **david** 344:6,22 | 428:5 |
| 301:7 304:7,10,15 | 132:11 133:20 | 345:4,10 352:25 | **dead** 464:14 |
| 311:23 | 134:15 138:2 | 353:5 354:3,4 | 465:11 469:7 |
| **current** 266:25 | **damages** 127:11 | 418:6 419:17 | **deadly** 436:6 |
| **currently** 129:17 | 127:13,13,18 | 429:7,14 432:9 | **deal** 163:17 |
| **curse** 169:15,25 | 249:11 | 486:11 | 337:20,22 338:12 |
| 170:3,6,10 174:6 | **damn** 169:4 | **day** 146:16 161:14 | 339:4 349:6 |
| 174:12 181:3,9,10 | 391:23 394:12 | 163:13 164:2 | 350:20 351:5 |
| 185:3,4 269:18 | **daniel** 270:21 | 166:2 176:11 | 352:13 395:3 |

[deal - dmv]                                                                 Page 15

414:22 415:4
453:15 471:24
**dealing** 211:18,21
237:25 238:2
246:25 248:10
293:24 365:17
**dealt** 128:12
414:23 435:2
**december** 125:12
228:9 229:5,5,6
269:3 278:5 295:3
297:2 298:23
299:16,21 300:12
301:2 344:15
468:6,21 483:10
489:6
**decency** 263:24
**decide** 131:9,10
138:5,8 446:7
**decided** 233:14
**decision** 185:7
320:18 460:19
461:3,6 467:17
**decisions** 460:20
**decorum** 256:3
**defamatory**
288:10
**defend** 221:23
232:20 238:23
275:10,14,15
339:13 340:9,12
341:13 383:13,24
385:14 386:4
**defendant** 363:12
425:8
**defendants** 125:10
125:17 126:10
131:11 323:12
483:9
**definitely** 173:21

**deli** 233:8,8
**deliberately**
353:13 354:15,20
355:2,10,21 357:5
**demand** 458:18
**demanding** 385:11
385:23
**denied** 431:6,20
431:24,25
**denies** 431:19
**deny** 161:13 265:9
270:14
**department**
200:15 316:20
**depend** 443:8
**depends** 165:18
**deponent** 393:11
489:6
**depose** 174:18
**deposition** 188:23
190:22 226:22
248:12 350:2
397:13 431:24
432:2 448:13
480:12 483:8
489:6
**describe** 139:4
**description** 484:12
**deserve** 419:3,7
**destroy** 447:11
**destroyed** 447:14
447:23 448:2
**detail** 416:3
**details** 187:15
**detectors** 362:20
369:11 375:9
389:4,5
**determination**
316:16,18
**determinations**
131:16

**determine** 129:10
316:19
**diantha** 194:6
195:10,16,17
199:12,12,14,15
201:14 206:22
397:23 398:3
407:5 412:4
472:14 484:21
486:24
**die** 445:2
**died** 267:3 467:15
**difference** 130:21
246:15 247:9
**different** 132:2,9
212:4 246:24
381:4 392:22
427:11 435:4
**digital** 481:10,16
482:10
**digitally** 481:22,23
481:25,25
**dimensions** 255:12
**direct** 220:25
221:2 457:6
**directed** 260:14
399:7,17 403:24
406:15 437:2
**direction** 241:8
**directly** 196:25
437:3
**disagree** 290:13
**disavowed** 340:5
**discontinuance**
337:5 338:17,20
486:5
**discovery** 358:11
448:14
**discrepancies**
289:9,10

**discuss** 189:9
291:11 293:11
480:4
**discussed** 223:24
236:24 336:6
**discussion** 397:12
**dislike** 259:21
**dismiss** 143:15
195:4,8 388:3
**dismissed** 386:24
387:10,15
**display** 179:16
**dispute** 308:11
332:17
**dissolute** 469:6
**distinctly** 254:14
**district** 125:2,2
138:20 146:10,17
147:4 160:7 316:2
**disturbed** 301:13
**dmv** 153:4 177:22
206:21 209:11
210:6 232:22
247:11 251:17
263:7,8 264:17
277:25 278:9,21
281:6 292:24
304:25 310:19,24
315:3 322:25
323:12 334:19,23
339:4 343:7
347:15 348:6
353:20 360:9
362:20 372:3
374:18 376:21
384:23 385:3
388:11 391:14
398:7 404:20
405:21 406:22
410:16 411:13,15
413:13 414:9

**[dmv - employment]**

417:12 426:23,25
427:25 428:6
440:6 442:2 444:5
450:15,24 457:20
465:19,24 476:20
478:22 484:24
485:13,16,21
486:10,17,25
487:7,10
**docket** 238:2
354:24 355:6
443:9 482:16
**doctor** 327:13
**document** 145:10
145:18,25 154:6
155:18 162:2,7,9
162:11,15,19
193:12,18,21,24
194:4 208:25
209:3,6,10,20
210:15 227:25
228:2,6,10,15
252:7,9,13 265:23
279:4,10,13,18,21
292:21,23 293:3
293:12,17 310:12
310:14,24 311:3
323:16 327:5,11
331:14,18,20,21
331:22,23,24
332:2,7,8,22,23,25
333:22 336:22,24
337:6 340:19
343:2 347:18,20
348:5,10,11
352:23 353:6,9
359:8,12,16,20
371:9,13,14,22,23
376:4,5,8 380:15
389:13,14,17
396:16 397:20,21

398:2,6 446:4
449:18,19 450:2,7
456:11,17,21,24
457:9,11
**document's**
457:19
**documentation**
443:23,25
**documented**
248:25 443:18
**documents** 380:13
380:20 381:3
447:23 457:4
**doing** 135:6
152:21 153:4
166:11 173:4,18
177:6 181:13
184:14,17 186:14
186:15 196:18
197:18 198:6,7
199:2,11 201:6,15
217:13,14 225:23
236:19 248:7
277:19,20 316:5
347:12 349:19
362:14 378:2,3
390:6,23 391:12
391:24 430:17
432:15 459:10
478:16,25 479:16
**dollar** 290:19,19
**door** 373:17 374:6
378:9,22 432:22
**dozen** 255:2
**dozens** 134:18
**drank** 266:22
455:5,7,15
**drink** 455:15
**drinking** 266:17
266:23

**drinks** 455:7
**drive** 267:11,12
274:15,18 279:12
**driver** 357:16
437:20,21
**driver's** 168:13
**drivers** 128:19
**drove** 455:19
**drug** 469:5
**drugs** 365:12,12
465:6,7,15 466:15
467:15
**ducks** 309:2
**due** 385:25 386:6
386:8,23 387:9
388:3
**duly** 488:8
**duress** 257:16
**duty** 175:16,17,21
176:7 185:8
**dv** 257:18

**e**

**e** 126:2,2 154:19
154:19,22,24
197:2 253:13
285:7 301:3,15
328:8,22,23 329:4
329:5 389:25
396:18 398:23,23
481:4,16 486:21
487:9 488:2
**eager** 241:5
**earlier** 294:3
295:25 342:9
**earned** 482:16
**easier** 328:24
329:2,7 348:2
**easily** 477:21
**eastern** 125:2
138:20 483:12

**easy** 134:23,25
135:3,11 454:8,11
454:14
**economic** 136:6,24
**eesha** 398:15,16
398:18,18,22
399:3 400:16
401:12,13 407:16
450:6 453:21
454:4 460:7 473:7
473:7
**effect** 405:5
462:24
**egregious** 475:2,6
**eight** 255:5,9,10
313:11,11 314:2
423:11 450:25
**either** 210:4 219:8
225:16 241:14
261:21 267:9
337:17 338:2
470:11 471:4
**elizabeth** 409:11
410:15,23 413:3
413:12 487:3
**else's** 291:3
**embarrassing**
198:12
**emig** 235:7
**emotion** 328:9,10
328:12,24
**emotional** 329:2
**employ** 165:12
167:18,25
**employed** 168:7
488:12
**employee** 215:6
**employers** 136:3
**employment**
185:18

[empty - exhibit]

empty  242:9
292:11 304:7,10
304:15 452:7
encourage  349:16
endear  173:7,10
174:24 182:24
225:21
ended  337:7
ends  480:23 483:6
engage  199:17
engaged  377:6
engaging  283:7
english  165:6
enjoys  177:2
enraged  242:24
283:9
ensued  215:5
entered  196:5
255:16 440:10
entering  152:24
437:10
entire  301:13
304:21
entitled  466:5
entitlement
465:23
environment
282:20,21
envisioned  286:10
287:7,11
epi  142:10
equal  426:24
errata  489:2
escalate  276:9
escalating  215:3
377:8
escorted  308:13
especially  128:7
134:24 206:9
468:5

esposito  248:3
esq  126:4
established  340:19
estimate  165:23
285:22
estimated  127:18
estimation  262:18
et  125:9
ethic  334:10
ethnicity  260:15
eugene  168:3
event  137:23
185:20 296:10
297:12 298:23
302:8
events  196:23
256:6 303:6 305:6
305:8,14 308:11
310:15 311:15
365:24 447:7
eventually  248:3
409:6 413:7 465:4
everybody  196:20
204:16 213:21,22
246:18 260:5
276:17 279:23,25
291:17,18 309:24
317:2,3,16 330:5
472:10 473:25
474:2
everybody's  271:7
354:9
everyone's  303:3
evidence  133:10
386:5,11 444:13
445:5 477:10,11
477:13,16
exact  129:12
166:14 176:17
221:9 222:9
240:12 318:22,24

361:25 443:6
exactly  145:16
146:23 166:23
169:22 176:16
180:13,16,19
197:14 202:25
203:2,3,7,20 204:5
204:13,20 205:24
208:11 220:12,12
221:10 240:12
254:11 260:20
263:2 264:20
271:5 274:22
294:11 296:24
308:18,19 312:8
313:13,14 367:23
393:3,5 444:21
463:15 471:23
examination
125:15 127:4
484:5
excellent  234:20
exchange  311:22
exchanged  344:8
exclude  290:5
excluded  291:5
excluding  290:2
exclusion  404:5
excuse  229:19
230:14,15,16
231:3,4 238:13
243:23 244:5,9
250:20 251:13,13
251:15 252:20
254:17 256:13,24
257:2,10 258:17
261:23 264:12
267:25 268:6,7,11
268:14,17,21,24
269:3,23 270:2,8
270:10 271:21,24

276:7 288:13
290:9 302:18
314:8 329:8 351:2
460:13
exhibit  127:8
144:14 154:10
155:4,7,11 156:22
156:24 162:5,25
163:3 168:12
193:15 194:9,11
208:13,17,18,20
210:9,12 224:5
226:2 228:15,17
251:22 252:4
265:13,16 266:8
266:10 280:12,15
292:7 293:7,9
310:11 311:9,11
319:10 323:8,9
326:7,10,10,17,20
327:17,19 331:18
333:6,8 336:7
338:18,21,24
340:18 342:24
343:15,17 348:21
348:23 352:18
359:3,5 360:2,4
371:11 372:7,9
376:13,15 383:17
396:16,18 407:21
407:24 408:15,17
426:14,18 456:12
456:14 457:24
458:3 484:13,16
484:18,20,23
485:2,4,7,9,12,14
485:17,22,25
486:4,6,8,11,13,16
486:18,20,23
487:2,6,8

exhibits 145:5
154:20 326:6,14
326:18 342:15
482:15 484:11
exist 292:9
expect 440:3,7
expedite 439:24
expel 406:8 421:16
471:18
expelled 132:14
268:25 269:5
296:5 298:20
299:3,17 308:9
317:3 404:21
405:3,9 419:18
420:10,22 421:9
422:9 423:21
473:4,23 474:14
475:16,22 476:9
expelling 476:25
expense 130:11
335:20,22
experience 377:19
expires 489:25
explain 134:2
138:3,7,8,10,12,15
138:17 232:11
295:13,17 316:15
394:14 401:2
408:21
explained 224:19
224:24 296:11
460:11
explanation
138:22 175:15
317:16
expressed 264:16
445:21,25 446:16
447:20 448:5,25
expression 286:16
317:25 405:13

expulsion 339:7
405:18 416:22
427:18 428:2
extending 257:15
extent 164:13
eye 304:23 436:9
436:12
eyes 382:12

**f**

f 428:21 485:5
488:2
face 149:6 159:17
248:14 283:13
291:3 301:19
303:10 309:2
345:9,13 357:25
410:6 416:8,16
432:16
facility 306:14
fact 200:8 220:21
247:11 254:4
255:21 257:15
259:11 264:17
271:20 280:22
289:17 290:13
294:13 315:24
322:15,19 342:15
342:20 359:15
399:19 427:15
430:3
facts 289:21,24,25
291:10 292:10
294:5 307:18
312:13 364:5
368:10 370:6,8
375:18 379:3,5
382:18 385:15
fair 187:19 188:2
188:4,6,17 225:5
341:20 342:10
384:12 386:3

461:11 466:6
fairly 342:7,17
false 288:10
477:18,19,24
478:3
familiar 382:21
far 253:5 255:24
271:15
farooq 324:2
340:24 485:20
486:3
fast 148:23 456:24
457:2
fat 455:8
fatigued 402:16
fatiguing 402:17
fault 136:16,16
favor 141:3 475:9
476:12
fear 179:15 180:13
206:11 301:21
feared 179:20
fearful 180:16
181:11 223:7
330:17,19,25
features 311:14
february 353:11
358:6 390:2
federal 138:6,19
388:2
fee 142:13,14
339:25 344:20,22
344:23 356:3,20
361:5 410:9
479:15
feel 129:8,24
182:11 185:17
203:9 210:18
212:22 213:8,13
213:22,23 220:21
221:4,18,20,21

222:6 223:17
224:17 225:4,5
284:21,22 320:13
320:14 321:5
328:20 339:3
357:8 469:2
feeling 402:15
feet 146:25 149:6
149:13 158:12
159:16 230:5,5
231:11 241:13,14
255:5,6,8,9,10,10
255:10 450:25
451:2
fellow 288:2 289:2
felt 180:16 196:7
213:17 320:10
328:15,16,17
460:21 461:15
467:10,14 468:3,7
468:12,25 469:4,8
469:9
female 183:11
fiala 485:15
fight 217:22
243:22 262:19
281:8 410:6
figure 127:23
213:12 227:16
245:16 259:8
figures 131:12,15
file 317:10 410:22
425:19 486:24
filed 150:3,5 183:3
189:19 195:5
200:20 214:22
235:6 311:4
319:14 411:2
429:22 430:16
433:22 439:11
444:15 477:18

[files - fuller]

| | | | |
|---|---|---|---|
| **files** 241:20 459:9 | 254:24 261:17,20 | **foot** 255:7,11 | **friggon** 350:25 |
| **filing** 234:22 | 261:25 264:7 | **foregoing** 488:7,9 | **frighten** 203:4,5 |
| 413:24 477:19 | 269:25 275:8 | **forever** 402:3 | **front** 158:6,17 |
| **finally** 204:23 | 278:2 291:8 | **forget** 285:21 | 199:21 230:13,24 |
| **find** 134:23,25,25 | 293:21 302:8 | 362:2 | 264:11 291:2 |
| 218:25 409:4 | 303:21 305:15,16 | **forgot** 167:23 | 303:9 311:24 |
| 413:8 | 311:19 325:15,16 | 240:18,19,20 | 336:2 |
| **finds** 361:13 | 333:19 340:23 | 252:23 254:21 | **fuck** 142:3 230:16 |
| **fine** 219:2 237:17 | 346:4,17,17,18 | 320:5 | 231:4,20 232:14 |
| 324:3,4 332:14 | 347:6 351:16 | **form** 283:12 | 233:4 243:15 |
| 344:4 388:5 426:7 | 352:9,9 356:17 | **formal** 448:17 | 245:8 251:14 |
| 441:9,11 442:3 | 358:9 361:3,19 | **format** 481:8 | 252:21 257:2,10 |
| 457:18 461:8 | 365:13 366:7 | **forward** 154:5 | 258:12,15,20 |
| 482:11 483:4 | 404:8 429:14 | **foul** 296:14,22,24 | 260:17,22,25 |
| **finger** 149:14 | 464:17,25 467:8 | 297:6 | 261:23 262:16 |
| 157:22 | 471:20 | **found** 217:3 356:3 | 268:14 269:9 |
| **finish** 156:12 | **fish** 455:7 | 362:12 363:16 | 270:2,11 272:15 |
| 157:13 172:23 | **fist** 281:4 | 389:6 409:7 411:5 | 272:20 273:3,22 |
| 173:14 180:10,12 | **fists** 283:10,11 | 465:11 469:7 | 277:23 281:19 |
| 186:21,23,25 | **fit** 255:13 | **four** 230:5 241:14 | 288:13 290:9 |
| 187:13,21,24 | **five** 129:14,18,20 | 287:25 288:25 | 299:9 302:19 |
| 188:3,9,12 189:14 | 129:22 130:2,4,6 | 301:24 325:15 | 304:19 306:22 |
| 189:21,23 214:12 | 130:11,13,15,19 | 345:15 408:7 | 308:3 329:8 |
| 234:6 242:2,6 | 131:17 226:20,24 | 409:5 440:23 | 345:13,14 358:2 |
| 257:23,24 295:21 | 255:6,10 425:24 | 471:14 | 366:3 367:10,17 |
| 304:9 317:7 | 426:5 451:2 | **fourth** 226:21 | 410:7 416:8 |
| 335:19 346:16 | 482:14,17 | **frail** 455:5 | 432:16 468:22 |
| 366:13 386:20 | **flirting** 216:18,19 | **free** 153:6 341:24 | **fucker** 453:23,25 |
| **finished** 187:25 | 216:20,24,25 | **freedom** 286:15 | 453:25 472:8,10 |
| **fired** 197:25 | 217:6 | 317:25 401:11 | 472:11 |
| **firm** 135:14,15 | **floor** 206:21 | 405:12 | **fucking** 242:25 |
| **first** 135:2 143:7 | 229:18 282:22 | **friday** 442:18 | 243:18,19 250:9 |
| 143:16 144:12 | 410:4 420:24 | 483:10 | 260:18,19 262:8 |
| 156:20 167:21 | 421:25 422:11,24 | **friends** 167:23 | 264:17 270:18 |
| 176:23 178:21 | 432:11 434:9 | 168:10 174:16,17 | 290:24 458:18,19 |
| 188:22 193:2 | 439:5 | 174:23 258:25 | 462:3,7 |
| 194:13 195:6 | **followed** 297:24 | 260:3 266:15,16 | **full** 302:2 397:14 |
| 204:11 224:20,21 | 298:2 477:25 | 267:10 274:3,13 | **fuller** 194:6 |
| 233:23 240:4,13 | **following** 297:23 | 276:13,16,19 | 195:11,15 196:21 |
| 241:12 242:14 | 373:10 | 465:5 | 199:20 206:22,24 |
| 243:18 252:20 | | | 207:5,7 398:9 |

402:13 405:7,9
407:21 412:4
472:14 484:21
486:24
**fuller's** 199:22
207:2
**fun** 329:24 434:24
434:25
**funny** 274:4,5,5,10
274:20 279:20
**further** 298:19
299:2 306:3,5,6,6
306:7,8,9 377:25
378:14 427:17,25
479:23 488:11
**future** 130:22
133:12 185:21
334:20

**g**

**gabase** 168:3
**game** 276:24
283:4
**ganging** 259:7
**gap** 326:18
**garage** 292:12
**garbage** 241:8,10
242:2,8,10,11
289:20 390:20
**gathered** 301:12
**gelb** 353:7 359:17
389:21 486:12,15
486:22
**gelbstein** 125:9
151:12 186:14
188:23 189:17
190:23 192:3
196:14 201:7
233:24 234:15
236:19 244:18
246:9 247:7,15,17
248:13 251:18

263:9,14 264:23
273:7 278:12,12
291:20 292:4
295:2,7,9,10,19
296:4 297:19
298:22 299:21
303:4,21 307:16
307:19 309:11
310:16 319:21
339:19,20 344:24
346:23 347:7
356:2,14,15,22,23
362:16,24 363:8
363:12,20 374:2
374:17 375:3
382:5 389:6 391:7
393:17,18,24
409:22,23 410:10
412:19 415:6,6
417:2,2,4,5,6,8
418:5,13,19,21
419:10,16 420:9
420:21 421:15
422:8,14,18
423:19 425:8
429:23,25 430:5
430:23 434:18
435:10 437:7
438:11,16 439:17
441:12 442:7
443:12,18 464:13
465:16 467:4,20
469:11 475:24
477:5 478:12,12
486:21 489:5
**gelbstein's** 146:5
294:20 416:4
476:3
**general** 126:9,11
169:16 202:13
286:21 323:25

409:12,15,17
410:24 411:3
441:7,16
**general's** 310:20
322:23 410:18
411:13,14 412:22
414:21,22,24
415:13,14 476:20
476:21
**generalizations**
202:24
**generally** 481:15
**generate** 131:4,7
137:2
**generating** 137:3
**gentleman** 412:14
412:16
**george** 215:15,21
216:5,7,15,16
218:5,5,7,10,18,20
219:12,15,18,20
225:24 298:3,4
478:3,4
**george's** 215:16
**geri** 175:5 343:10
343:20 389:25
390:24 392:10
486:21
**getting** 133:16,16
135:11,13 148:21
172:18 215:21
216:15,16 218:16
258:10,11,13
309:10 315:12
316:7 346:11
381:2 395:15,17
409:25 415:4
435:25 451:23,23
472:23 477:2
478:13

**gifts** 139:14
172:17 173:11
395:16 475:8
476:11
**giggle** 425:9 433:5
439:18
**giggles** 409:23
412:20 415:8
418:25 431:2
432:18 433:17
435:11,18 441:15
**gini** 250:10 270:18
**ginny** 250:9
**girlfriend** 215:17
360:22 365:19
478:6
**girlfriends** 328:5
**girls** 199:16
**give** 137:13,16
150:22 169:3
176:16 192:14
204:5,19 208:10
211:3,4 212:23,24
213:14,23,24
220:13,14,15,15
220:18,19 221:9
221:22,24 222:4
240:25 264:23,25
288:11 299:5
302:3 305:14
315:18,20 326:15
338:3 339:24
341:19 344:20
348:15,18 349:2,3
349:7,17,20
350:12,18,24
351:9,15,19
352:14 366:14,15
366:17,21 383:13
383:24 385:13
386:5,10,13

[give - going]

| | | | |
|---|---|---|---|
| 391:22 394:12 | 167:16 176:5 | 349:7,20 350:7,12 | 232:16,18,20 |
| 395:5 403:9 413:9 | 185:5,20 190:9 | 354:2,6,11,14,17 | 238:18,19,19,21 |
| 425:3 440:12 | 197:18 201:16 | 354:23 355:4 | 238:25,25 239:2,7 |
| 465:22 466:4,5,6 | 202:18 206:6 | 356:9 357:11 | 239:9,20,22 242:3 |
| 466:17 467:9 | 219:8,9 227:15 | 363:2,7,10,22 | 242:4,17 251:6,9 |
| 468:3,11 475:4 | 230:3,16,20 231:4 | 364:13 366:3 | 258:19 260:21,22 |
| 482:7,8 | 231:20 232:13 | 367:10,12 371:15 | 261:5,5,9 262:3 |
| **given** 131:12,15 | 233:10 238:9 | 371:21 374:3,16 | 265:9 270:14 |
| 134:5,8,9 136:20 | 241:15,17 243:15 | 374:18,20,20 | 271:19 273:24 |
| 143:6,8,25 145:22 | 245:7 251:13,14 | 375:4,7 381:18 | 275:5,12 286:5 |
| 149:2 179:10 | 251:14 252:21 | 388:6,8 396:24 | 291:11,11 304:21 |
| 224:21 257:14 | 253:2 256:11,19 | 397:13 410:12 | 306:12,19 309:13 |
| 262:4 263:10,15 | 257:2,7,10,24 | 415:6,13 424:9,18 | 319:6 320:22 |
| 295:4 300:18,19 | 258:12,15,20 | 425:17 428:6,21 | 321:3 323:7 |
| 300:23 303:22 | 259:14 260:17,22 | 430:21 431:10 | 331:13 332:16,16 |
| 304:5 307:8 317:5 | 260:25 261:23 | 438:18 439:22 | 332:18 334:15 |
| 317:10 319:22 | 266:17,20,22 | 440:5,12 442:14 | 335:6,8,24 340:24 |
| 321:23 364:7 | 268:14 269:11 | 442:15,24 444:22 | 342:10 346:2 |
| 368:6 381:17 | 270:2,11 272:15 | 445:25 455:20 | 347:3,11 353:25 |
| 422:22 468:2 | 272:20 273:3,22 | 456:25 459:12 | 355:22 356:10 |
| **gives** 302:3,6 | 277:23 281:19 | 464:18,20 468:21 | 357:12 358:22 |
| 320:12 366:22 | 287:17,20 288:13 | 478:22 479:2,4,25 | 361:21,24 362:2,3 |
| 416:9 | 288:15 290:9,9 | 480:5 | 362:7,8 363:5,13 |
| **giving** 139:14 | 294:17,18 297:22 | **god** 237:18 247:12 | 363:15,18 364:23 |
| 141:7,8 151:13 | 299:9 301:4 | 247:13 437:21 | 365:5,6,6 366:23 |
| 172:17,19,25 | 302:18,18 304:4 | **goes** 242:15 273:6 | 367:7,13,14 |
| 173:3,11,17 174:3 | 304:19,25 306:3 | 273:6 452:15 | 368:12,13,16,22 |
| 192:12 265:4 | 306:22 308:3 | **going** 128:5,6 | 373:21 375:10,10 |
| 309:13 314:24 | 309:20 311:18 | 129:4 133:21 | 377:18 380:14 |
| 315:8,15 384:12 | 316:20 319:22 | 136:10 137:13,16 | 381:18 382:3 |
| 395:21 396:9,10 | 320:21 321:25 | 144:11 150:8 | 383:11,23 384:5,7 |
| 396:10 416:4 | 322:3,21 323:23 | 154:5 155:6 | 389:12 397:20 |
| 421:3 475:20 | 323:23 325:18 | 161:13 162:6 | 403:9,21 404:6,7 |
| 476:11 477:24 | 327:3,13 329:8,8 | 169:2,3 171:5 | 406:13,23 408:2 |
| 478:18 479:5 | 329:14 331:6 | 176:21 185:10 | 412:25 414:5 |
| **glad** 144:8 | 332:9 333:18,23 | 188:15 190:3 | 419:17 420:21 |
| **go** 136:9 138:5,9 | 335:16 338:4 | 198:4,24 199:17 | 421:14,15 422:3,5 |
| 138:13 142:3,7,24 | 339:16 340:20 | 203:21 205:22 | 422:8 423:6 |
| 144:3,4 145:15 | 341:6,7,8,12,12,18 | 207:20,21 208:4 | 425:15,16,17,18 |
| 153:20,23 154:2,5 | 341:24 347:9,10 | 215:14 217:14 | 428:18 430:19 |
| 157:13 158:18 | 347:23 348:8 | 226:2,15,21 | 439:4 453:10 |

454:21 456:24
457:2 466:16
471:21,24 478:23
479:15 480:19
481:3,4,5,8,10,23
482:3 483:13
**good** 133:14
139:25 145:8
154:17 163:9,21
163:23 178:15
195:14 225:12
228:22 247:24
253:8 266:16
302:22 316:17
317:22 320:24
397:18 418:9
458:7 461:5 481:6
481:14
**google** 413:20
**gotten** 214:18
470:18
**grade** 151:24
**grand** 335:21
**great** 247:18,19,20
248:9 283:10
**grievance** 235:6
441:21
**grieve** 235:5,9
**grieved** 235:6
**grounds** 471:18
**growing** 133:7
**grudge** 357:9,11
**grumbled** 256:2
**grumbling** 308:23
**guard** 278:3,9
308:22 309:7
346:9,13 353:20
355:2,15,16
356:21,25 357:2
362:11 363:16
368:19 373:24

374:23 378:19
389:5 415:17
428:21 429:13
433:3
**guards** 277:18
**guess** 130:20
162:20 194:6
215:21 270:22
344:17 357:4
378:10 394:23
409:8 414:7
**guilty** 152:25
196:3,5 433:14
437:10 478:23
479:3,4,18
**gun** 238:25 436:15
464:22 466:23
467:3,5,20 468:16
469:12 471:17
**guns** 362:22
**guy** 161:10,11
167:7,7,11 170:25
171:2 205:12
231:19 232:17
236:20 239:5,9
240:8 242:3 245:7
245:14 251:8
253:10 262:3
272:15,19 273:2
273:22 274:4,5,5
274:10,20 279:20
281:19 320:12
329:2,7 345:18
347:12 349:6,16
356:11 361:14
363:4 365:12,14
365:16 369:5,6
377:24 382:12
383:9 385:13,14
403:4 410:5 416:2
416:5,25 417:15

418:13 421:17
432:7,24 433:12
433:18 436:15
439:5 451:19
454:22 455:3,5
459:18 461:9
463:9,10 464:12
464:23 465:19,20
466:2,5,11,14
467:11,15 468:20
468:25 469:4,5,10
**guy's** 240:19,21
252:24 362:17
379:13 436:9
**guys** 211:19,20,22
226:4,20 328:2
405:22 416:15
**gym** 305:2,2 403:3
403:11,18 454:11

| h |
|---|

**h** 125:5,16,18
126:4 253:13
398:23 483:8,17
488:4,7,18 489:6
489:21
**half** 129:20 226:19
229:13 302:3,6,7
325:4,5,11 326:23
**halfway** 316:12
363:11 373:13
382:11
**hand** 196:12 278:3
281:25 282:3,5
283:11 309:3,3,14
309:16 345:8
416:10,17 435:25
436:4,7,11,23
437:2
**handed** 168:13
199:24 293:22

**handing** 198:17
**handle** 223:6,16
412:17
**handled** 259:20
**hands** 219:2 277:3
304:20,22 307:4
471:2
**hang** 266:21,22
354:18 355:6
467:11
**hanging** 353:21
**happen** 160:23
191:6 199:7 232:3
278:14 281:11
291:8,9,13 296:21
350:15,17 363:18
412:9 432:12
**happened** 138:22
146:8,22,23 147:2
147:10,15 151:10
158:14 160:3
218:3,6 230:3
231:7,8,13 232:11
234:13 242:19
243:5 252:17
256:9 258:8,9
266:5 267:22
271:10 272:17
273:8,21 278:25
279:24 280:8
283:16 290:7,15
291:14,22,23
292:2 295:17,25
302:4,15,16
303:24 307:10,24
308:8,23 309:5
313:24 314:2,7
318:21 344:10
349:9 363:9,24
364:8 365:23
368:20 370:5

[happened - humanity]

373:19,20 374:8
375:18,19 377:10
378:24 381:20
382:25 383:4,12
409:7,9 432:21
442:11 444:16
445:9,13 446:24
446:25 447:2,18
448:25 449:10
450:21,22 453:2,3
453:19 462:11
463:4,15,16 468:5
470:7,8 471:23,24
471:25 472:4
478:2
**happening** 297:15
410:4 446:11
448:24 479:6
**happens** 234:3
279:2 304:23
305:3 416:14
**happy** 226:14
423:15 432:14
**harass** 309:10
454:16
**harassed** 345:23
**harassment**
309:12,13 357:3
357:24 409:25
410:2 415:5
419:20 421:19
424:16,25 425:6
425:13 436:2
439:16 440:8,14
440:21 454:13
**harassments**
345:4
**hard** 148:23,24
191:19 193:6
402:20 422:20
433:4 479:10

481:5,10 482:2,3
**harm** 136:6,24
**harmed** 129:9
132:3 179:25
**hate** 225:16 330:5
337:9
**hater** 142:3
230:17 231:5
233:5 235:19,21
236:3,5 237:9
243:15 245:8
257:3 261:3,24
268:15 269:9,9
281:20 288:14
304:18 308:4
329:10,11
**head** 245:7 250:17
308:24 309:2
464:23 466:23
467:3,5,20 468:16
469:12 471:18
**hear** 168:23
169:23 319:25
341:20 358:15
372:25 385:14
386:10 389:10
415:7 441:13
466:3 468:10
**heard** 147:18
157:3 251:7,10
267:4,7 311:21
320:18 343:21
353:25 387:2,16
459:21 478:21
**hearing** 281:6
319:23 321:7
341:13 360:16,17
370:11,12,18,24
375:25 386:4
465:21,24 468:2
468:22 472:12

**hearings** 164:22
360:10
**heart** 151:14
169:7 171:12
**heartbeat** 436:18
**heated** 344:7
**height** 455:14
**held** 354:25
427:10,13
**hell** 330:24 342:9
344:11
**hello** 164:14
**help** 171:13
177:25 214:13
220:22,24 223:19
293:24 330:2
360:24 434:10
466:14
**helped** 163:12
165:6 377:20
**high** 285:10,13,16
285:23
**higher** 138:16
**highlight** 294:15
302:23,23 373:7
430:19
**highlighted**
297:14 298:8
377:15
**highlighting** 158:4
316:11
**hire** 128:6 129:5
133:21 137:21
**hired** 310:18
361:10,24 366:8,9
440:17
**hit** 149:9,18 150:4
152:6 159:14,23
203:22 231:17,20
231:21,23 232:16
232:18,21 235:18

238:14,17,18,19
238:21,22,25
239:2,2,7,9 251:6
251:9 272:23
278:2,5,8 281:14
282:3,4,14 283:19
292:15 304:25
306:12 307:2
**hitting** 150:5
159:10 251:5
277:17,24 309:15
**hold** 144:11
176:20 233:2
243:8 336:21
419:3,7
**holding** 317:13
**holidays** 315:16
**home** 267:12,13
274:15,18 279:12
455:19
**hon** 217:22 218:5
218:5,7,18,20
298:3,4 478:3,5
**hope** 396:21
**horton** 167:22
**hospital** 273:11,25
275:2 284:8 291:4
**hostile** 373:8
**hostility** 242:23
**hour** 165:20
226:19 229:13
301:14 397:3
425:23
**hours** 165:18
397:14
**house** 327:25
**how's** 181:13,15
**howard** 126:14
**human** 245:22
**humanity** 260:16

hundreds 238:3
hungry 198:12
hurts 267:16
hypothetical
289:25 291:12
hypotheticals
292:9 404:7
471:21,25

**i**

ida 134:7 136:21
138:23 244:21
246:9 263:15
265:2 382:22
477:9,9
idea 134:5 186:9
202:9 208:3 209:7
210:24,25 211:12
215:23 258:8,22
258:24 364:18
372:12 389:20
436:25 473:5
identification
155:5 156:25
163:4 194:12
210:13 228:18
252:5 266:11
280:16 293:10
311:12 326:21
327:20 333:9
338:22 343:18
348:24 359:6
360:5 372:10
376:16 396:19
407:25 408:18
456:15 458:4
identified 373:3
identify 136:6,23
idiot 378:3 395:7
395:10 396:7
ignore 241:2

ii 125:22
imagine 370:21
473:10
immediately 183:7
183:9 334:21
immigration
138:7
implicit 424:11
implored 280:21
important 183:19
imposing 161:16
improper 427:20
427:24
improperly
221:21
impropriety 173:9
inappropriate
142:15 476:2
inaudible 456:5
incapable 416:6
424:11 442:17
443:2 444:24
inch 301:19
inches 283:13
309:2 345:10
432:15
incident 155:20
156:17 168:19
169:11 186:10
201:4 215:12
228:8 232:13,19
233:20 235:2,12
248:22 261:21
266:19 289:5
295:3 297:2 299:7
299:11,14,18
308:10 309:7
312:21,23 313:4,8
317:5,9 346:3,4
349:9 358:12,14
360:12 365:22

370:13 375:23
376:9 378:14
383:6 389:2
392:23 405:8,18
406:5 410:3 412:6
412:8,10 415:22
416:13,14,21
419:20 420:3,5,12
420:24 421:9,15
421:25 422:9,11
422:17,24 423:13
423:20 427:17
431:12 432:10
434:8 439:5 444:6
452:24 458:15
486:7,19
incidents 186:6
298:19 299:2,4
301:23 357:25
378:15 427:25
include 438:11
included 336:5
including 334:10
334:20
incoherent 281:3
income 130:12
137:3
incompetent 416:6
424:11 442:17
443:3 444:25
independent
165:14 350:3
386:9
independently
288:24
index 154:16
484:2,3,7,11 485:1
486:1 487:1
indicate 150:15
157:24 249:4

indicated 214:23
237:23 488:8
indicates 178:23
370:14
indicating 436:5,8
437:3
indication 155:25
156:9,14
individual's
185:19
individually
381:13,24 382:17
information
372:15,19 373:15
informed 393:16
infractions 473:22
initially 337:24
injury 134:19
insecure 454:17
insecurities 221:7
221:8,8 454:18,19
insecurity 221:6
221:12,13
inside 241:7
inspector 476:20
instance 261:20
275:11 369:16
388:23
instances 430:10
instructor 403:4
insult 169:16
170:2,3,11 174:7
181:3,10
insulted 169:13
171:24 221:20
insulting 169:21
171:10,20 172:6,8
173:23 330:16
intelligence 328:9
328:10,12,23

| | | | |
|---|---|---|---|
| intensely 260:13 | 378:20 395:17 | 235:19,21 236:3,5 | 476:21 |
| interact 179:13 | 437:17 438:5 | 237:9 242:25 | jobs 134:17 |
| interacting 429:5 | 441:17 449:15 | 243:15,17,18 | 135:13 |
| interfere 201:22 | 462:19 465:9 | 244:21,22 245:8 | john 175:6 327:7 |
| 201:23 | island 196:24 | 257:2 260:18 | 485:22 |
| interfered 430:12 | issue 175:14,16,18 | 261:2,24 262:9,15 | jointly 294:21 |
| interpreted | 175:19,21,22 | 262:15 264:17 | jr 151:17 484:14 |
| 171:14 | 176:4,8,19 177:20 | 268:15 269:9,9 | judaism 236:25 |
| interpreter 157:8 | 177:21,23 178:16 | 281:20 287:13,16 | 237:12 |
| interrogatories | 185:10 188:18,20 | 287:17 288:13 | judge 140:12,14 |
| 312:21 | 190:13 212:17 | 290:24 304:18 | 140:24 146:5 |
| interrogatory | 349:12 462:3,4 | 308:4 329:10,11 | 151:12 186:13 |
| 442:6 | issues 294:10 | jewish 236:14,15 | 188:23 189:16 |
| interrupted 200:4 | 350:14 439:25 | 236:16 237:17 | 190:23 196:14 |
| intervened 160:2 | 465:2,3,6 | 244:17,18 245:4,5 | 201:7 219:23 |
| 344:8 374:24 | italian 236:13 | 246:3,11,11,15 | 236:19 244:17 |
| intervening | 244:22 246:12,16 | 247:2,11,14,23 | 246:9 247:7 |
| 374:23 | 247:2 250:9 259:6 | 250:7 259:5 | 248:12,17,20 |
| intimidated | 264:22 270:18 | 264:21 265:7,8,10 | 249:4,8,13 263:14 |
| 213:13,17 214:3 | item 127:11 430:9 | 287:22 437:8 | 264:23 273:7 |
| 220:22 223:18 | | jews 236:24 | 278:11,12 291:20 |
| 284:21 381:8 | **j** | 237:12,12 244:13 | 292:17 294:12 |
| intimidating | jacket 373:11,14 | 245:25 269:15,19 | 298:2 305:22 |
| 205:12 | jackie 324:11 | 286:11 287:8 | 306:16,18 309:11 |
| inveigh 257:12 | jackie's 337:11 | jiang 135:2,15 | 316:14 319:21,21 |
| investigate 379:5 | jacqueline 485:19 | jiang's 135:3 | 319:24 322:13 |
| 384:3,9,15 | 486:2 | job 134:23 135:2 | 337:23,25 338:5 |
| investigated | james 126:9,11 | 135:11 163:18 | 341:20 344:24 |
| 356:14 360:14 | 409:18 | 173:4,20 175:2,23 | 360:18 371:7 |
| 363:25 364:6 | january 215:6 | 175:25 178:17 | 386:24 391:7 |
| 368:10 370:7,8 | 217:11 313:23 | 181:16 182:25 | 393:17,17,18,24 |
| 375:18 379:2 | 485:15 | 186:14,15 225:14 | 394:4 409:22,23 |
| 383:7 477:21 | jealous 276:23 | 225:14,22 247:13 | 418:4,19,24,25 |
| investigation | 277:5 | 248:7 259:22,23 | 419:16 420:9,21 |
| 386:16 | jeff 231:12,21 | 260:2,9,9 315:5 | 421:15 422:8,14 |
| investigations | 242:17 274:2,4 | 320:12,13 396:12 | 423:19 429:25 |
| 383:16,19 385:10 | 279:11,19 284:4 | 438:8,14 439:2 | 430:23 432:23 |
| 385:23 | 302:9 | 440:25 441:3,19 | 433:3,5 434:4,17 |
| involved 205:5 | jeff's 279:19 | 441:25,25 454:15 | 435:9,10 437:7,19 |
| 363:18 374:2 | jeffrey 485:10 | 458:12 460:25 | 437:20 438:4,4,10 |
| 375:16,16 378:11 | jew 142:3 230:17 | 476:17,18,20,21 | 438:16,21,23 |
| | 231:5 233:4 | | |

441:15 442:7
460:16,25 461:3,5
464:22 466:22
467:2,4 468:15
471:17 472:12
474:19 475:24
477:5
**judge's** 460:19,20
**judges** 139:20,23
140:2,6,18 210:16
236:16 244:20
245:3 246:4
247:14,15,22,23
248:6 264:21
265:6,8,10 478:17
**july** 197:21
**jumped** 457:25
**june** 164:16 332:5
332:8 333:15
336:9,10,16 341:4
341:6,24 342:21
344:14 346:19
347:5 358:17
430:6 485:23,25
**jury** 131:8,10,16
389:9
**justify** 290:2 404:5
416:21 473:3,22
474:13

**k**

**k** 285:7
**kamala** 177:17
**keep** 176:20
198:24 226:14
249:23 379:25
402:21 403:12
438:15 439:6
444:7
**keeping** 326:13
402:22 438:14

**keeps** 362:6 399:5
399:9,12 401:17
402:11
**kempo** 285:7
286:3
**kept** 178:23 281:7
286:9 328:9,11
329:4 373:16
382:12 403:6,21
**kicked** 249:9,16
**kidding** 272:20,21
**kike** 248:14
**kimberly** 469:24
470:4
**kind** 202:10,12
402:15
**knew** 213:16
229:2 424:20
428:17 429:7,12
429:12,16 431:10
**knife** 238:24
361:21 362:3,8,18
363:5,14 364:23
365:7,21 367:8,14
368:13,17,23
369:6 373:22
375:11 377:12,24
378:18 379:14
382:4 387:6,20
388:9,11,18
436:15,17
**knives** 362:22
**know** 132:15,18
133:16,17,17,19
134:11 135:18,19
139:11,13,19,25
140:5,17,19
143:10 145:4,16
146:23 148:4
150:20 151:8,17

151:19 153:6,6,13
153:13,14,15,15
154:24 156:8
159:8 160:8
162:14 165:17
166:9,15,23 170:2
170:8,12 171:7,8
171:14 172:13
174:7,15,15
176:18,20,22
177:6,19 178:2,8,8
179:22 180:14,15
180:22 181:12
182:10,11 183:23
184:16 185:25
194:5,19,19
195:20 197:3,14
200:8 201:6,14,18
201:20 204:13,15
205:11,13 207:6
207:19 208:2
209:14,18,21
210:2 211:6,8,11
211:17,18 213:9
213:11,14 215:8
216:4,16,24
217:12,15,16
221:19 222:9,11
222:13,24 223:16
225:12,17 232:24
233:18 236:7,12
236:18,20 239:6
240:9,17 244:2
249:22 250:2,13
250:19 251:17
252:19 253:14,15
253:18,23,23,24
253:25 254:6
258:25 259:2,4,7,9
259:14,17 260:2,4
261:22 262:14,25

263:2 266:24
267:5,6,8,9,22,23
267:23 268:3,19
270:25 271:4,15
271:18,19,22
272:6 273:18,19
275:18,18,21
276:12,13,14,15
276:17,21 277:2
277:12 282:9,10
282:13,18 284:23
289:7,15 291:2,7,8
291:17 293:13
297:4 299:7
302:25 306:18
310:17 312:6
313:9 314:23
315:2,6,14,17,18
315:21,24,25
316:4,8 317:2
318:5 321:14
322:7,8 323:4,5
324:15,16,17
328:15,25 329:3,9
329:11 330:7,8,13
330:18 332:18
343:20 345:18
350:6,8,11,16
351:13,17,18,19
351:22,22,23
352:6,8,12,13
353:11 354:10
355:20 358:8,25
360:18 362:17,19
364:19,19 369:7
370:5,20 371:4,20
374:18 375:15
376:25 378:2,4,7
379:2,13,23 380:2
383:10,17 385:5
388:7 389:15,19

391:11 393:10,12
393:13 394:7,20
395:3 396:3,8,9
402:6,20 403:13
404:2,8,24 405:19
407:10 409:7
411:11 412:13
413:15,17 417:2
418:12,12,14
422:13 425:16,22
428:3,12,23,25
429:2,4,9,13
431:20 432:8,9
433:14 435:20,21
437:7,15 440:4
441:5 445:24
446:15 447:10,15
447:17,25 448:3,5
448:22,23 449:6
449:14,16 451:6
454:25 455:24,25
456:6 457:24
460:21 461:6
462:19 463:14,14
463:15,24 465:18
465:22 466:4,7,15
466:18 467:11,13
467:16,24,25
470:5 471:12,13
471:25 472:4
473:6,19,20,21
474:6,7,15,16,24
478:15 481:7
482:23
**knowledge** 194:22
350:8 436:24
**knuckles** 303:13

**l**

**l** 151:16 195:10
484:14

**lack** 256:3
**lady** 197:9 215:18
217:19,20 324:11
344:16
**language** 158:4
250:7 262:10
296:14,22,25
297:6 351:2
**lashed** 238:12
**lastly** 277:15
**laugh** 178:11,12
274:6 425:9 433:5
439:17
**laughing** 177:7
**laughs** 409:23
412:20 415:7
418:25 430:25
432:17 433:17
435:10,17 441:15
**law** 136:10 151:9
184:7 306:17
385:25 417:21
418:8 426:23
432:12 440:13
**lawsuit** 135:20
319:15,18 322:23
439:11
**lawyer** 146:3,4,11
146:13,14 152:24
153:2 160:13
183:12 195:12
196:13 199:23
232:9,22 237:9
240:18,20,22
242:18 248:10
249:12 251:16
253:6 257:18
266:14 269:6
286:22,22 306:15
306:17 308:3
310:18 311:5,17

313:10,17 316:13
318:2 320:25
322:8 324:10
336:6,14 341:23
346:9 349:19
354:22 357:13
360:23 366:2
386:8 417:22
418:9 427:6,8,11
427:14,22,23
428:11,14 433:2
437:24,25 440:17
454:16,17,18
459:17 464:24
467:14,14 471:8
474:18 475:19
479:15,19
**lawyers** 164:21
167:2 212:16
232:8 236:14,15
241:13,16,22
245:5 254:25
255:4 264:22
271:8,9 277:22
282:23 283:6
286:20 287:5,14
287:15 290:17
299:23 304:13,16
411:18 454:23,23
458:11 470:23
478:17
**lead** 405:18 406:5
427:18 428:2
**leadership** 247:10
308:14
**leave** 134:7,12
135:17 175:10,11
180:25 184:25
185:2 187:15
295:23 299:22
344:15 345:19,20

394:15,24 415:17
432:8,25 433:3
439:14,14 443:10
464:7 471:8
**leaves** 255:8
**leaving** 185:12
242:6 390:3,7,10
390:19 391:17
394:9,18
**left** 129:15 174:18
301:20 302:14
320:10 338:11
396:21 425:23
459:11 462:2
**legal** 127:14
134:17 384:13
385:9,21
**letitia** 126:9
409:18
**letter** 220:3
311:11,14 320:6
321:23,25 324:7,9
324:14,16,20
325:3,5,10,14,20
326:20,23 333:8
336:5,9,10,11,13
336:15 339:5
341:7 342:2,7
352:7 405:4
406:18,20,21
407:20 408:3,4,6,8
408:15,17 409:20
410:18 412:7,11
412:23 413:24
414:8,13,16
415:21 416:20
417:24 418:7
419:15 420:8
422:7,23 423:8,19
424:15,23,24
426:20 428:4,17

433:10,22 434:7
437:11,12 438:12
440:5 441:18,24
442:7 485:15,18
485:25 487:2
**letterhead** 325:14
**letters** 429:21,25
**letting** 227:13
**level** 163:24
285:10,12,13,15
285:17,18,23
340:16
**levine** 376:7,18
379:8 477:17
**liberty** 126:9
**license** 168:13
346:12 361:7,13
361:15,23 364:3
364:22 371:5,7
376:2 452:3
**licensed** 427:6
**licensees** 334:23
**licenses** 169:5
346:9
**lie** 152:19 172:12
172:15 176:17
183:15,18 184:3
200:17 201:13,19
202:4,8 207:16
219:19,20 239:8
248:16,17,20
249:3,7 257:22
258:6 275:17,19
282:8 297:25
298:5 305:16,16
305:22 306:10
356:17 370:3,5,7
370:11,15,19
375:25 377:22,23
378:5,6,8 383:6
463:13 467:8,8

**lied** 219:21,21
250:25 275:21
**lies** 381:5
**life** 159:15,23
182:15 207:12
284:16,18 304:22
467:18
**liked** 132:19,20,21
133:13,18,18
135:6,6 139:24
140:6,18,24 141:7
141:12,13 153:7
174:19 184:4,5
201:25 217:18
225:13,13,17
316:5 344:17
455:15
**likes** 177:18
390:16
**liking** 461:14
**line** 263:24 373:15
377:18 378:10,13
382:10 484:4,8,12
489:8
**liquor** 455:20,21
**lisa** 125:18 488:4
488:18
**list** 170:6 214:20
214:21 484:23
**listed** 148:4,17
203:12
**listen** 137:25
169:23 175:9
223:3 237:2 271:3
314:6 320:21
331:9 339:8
396:20 407:4
422:16 441:5,21
**listening** 142:24
269:11 277:14
410:13

**litigate** 439:10
**litigation** 323:2
**little** 140:17
168:24 177:8
272:9 286:25
293:13 305:18
326:6 328:24
329:2 344:18
347:25 371:15
401:21,24 402:15
402:16 450:23
452:10
**live** 364:16 440:14
440:20 441:2
**living** 128:22
355:17 374:21
421:12 433:15
437:16 438:3,17
438:17 439:22
440:21
**llc** 489:2
**load** 153:2
**lobby** 377:7
**location** 239:21
240:10,12 354:17
**long** 166:4,8
197:15 223:13,14
230:5 255:6,10
285:24 365:17
384:6 395:15
398:23 403:3,18
450:25
**longer** 179:13
185:17 366:25
378:12 388:4
**look** 138:24 150:8
155:20,20 217:25
218:4 237:4,20
244:7 246:20,22
291:22 292:17
298:2 305:25

308:21 330:10,21
330:22 337:10
354:7,19,23 355:7
362:10 417:10
445:25 446:3
448:14
**looked** 224:15
271:15 291:18
294:2 347:8
367:21 368:19
373:23 410:21
411:4,8 413:19
446:6 469:18
**looking** 127:8
231:11 249:10
256:9,10,11,12,15
256:18,21 268:22
306:4 309:8
314:13 328:2
344:6,12,19,19
356:12 430:11
453:8
**looks** 273:6 346:24
**lose** 276:16,18
413:6,7 434:12,12
439:2
**loses** 444:6
**loss** 127:13 365:9
**lost** 131:22 353:16
408:7,20 409:2
440:22 461:15
469:6
**lot** 128:20 161:16
165:2 182:15
198:10,16 202:3
206:20 211:18,19
211:22 218:21
318:19 320:4,6
338:10 339:23
342:9 344:12
346:10,11 354:8

357:17 377:9
391:12 445:8,13
448:23 449:15
455:6 458:11
460:19 465:7

**lots** 209:12

**loud** 141:14,15
148:15,16 157:3
168:22 169:9,22
169:23 170:22
171:11 172:7
173:21,22 181:8
185:4 280:18
281:3 314:9 377:7

**loudly** 157:5
168:22 170:21
171:3,11 205:2

**love** 139:12

**loved** 139:7,8,16
222:17

**low** 138:16 399:6

**lower** 209:16

**ludicrous** 350:17
387:25

**lunch** 184:12
226:5 315:23
433:12 437:8
478:14

**lunged** 283:9

**lungs** 158:9
311:23

**lying** 152:4,16
153:9 159:7,8
172:4 183:22
192:3 202:5
206:24 207:8,13
207:14,25 208:3
229:17 232:22
249:12 251:16
257:18 261:11,12
268:5 274:21

281:23 306:16
350:21 351:7
355:9,19 369:18
369:21 371:4,4,5
381:10 391:16,20
394:6 458:24
463:12 467:22
470:2

| m |
| --- |

**m** 253:13 285:7
485:7 487:6

**m.h.** 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1 148:1 149:1
150:1 151:1 152:1
153:1 154:1 155:1
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
177:1 178:1 179:1
180:1 181:1 182:1
183:1 184:1 185:1
186:1 187:1 188:1
189:1 190:1 191:1
192:1 193:1 194:1
195:1 196:1 197:1
198:1 199:1 200:1
201:1 202:1 203:1
204:1 205:1 206:1
207:1 208:1 209:1
210:1 211:1 212:1
213:1 214:1 215:1

216:1 217:1 218:1
219:1 220:1 221:1
222:1 223:1 224:1
225:1 226:1 227:1
228:1 229:1 230:1
231:1 232:1 233:1
234:1 235:1 236:1
237:1 238:1 239:1
240:1 241:1 242:1
243:1 244:1 245:1
246:1 247:1 248:1
249:1 250:1 251:1
252:1 253:1 254:1
255:1 256:1 257:1
258:1 259:1 260:1
261:1 262:1 263:1
264:1 265:1 266:1
267:1 268:1 269:1
270:1 271:1 272:1
273:1 274:1 275:1
276:1 277:1 278:1
279:1 280:1 281:1
282:1 283:1 284:1
285:1 286:1 287:1
288:1 289:1 290:1
291:1 292:1 293:1
294:1 295:1 296:1
297:1 298:1 299:1
300:1 301:1 302:1
303:1 304:1 305:1
306:1 307:1 308:1
309:1 310:1 311:1
312:1 313:1 314:1
315:1 316:1 317:1
318:1 319:1 320:1
321:1 322:1 323:1
324:1 325:1 326:1
327:1 328:1 329:1
330:1 331:1 332:1
333:1 334:1 335:1
336:1 337:1 338:1

339:1 340:1 341:1
342:1 343:1 344:1
345:1 346:1 347:1
348:1 349:1 350:1
351:1 352:1 353:1
354:1 355:1 356:1
357:1 358:1 359:1
360:1 361:1 362:1
363:1 364:1 365:1
366:1 367:1 368:1
369:1 370:1 371:1
372:1 373:1 374:1
375:1 376:1 377:1
378:1 379:1 380:1
381:1 382:1 383:1
384:1 385:1 386:1
387:1 388:1 389:1
390:1 391:1 392:1
393:1 394:1 395:1
396:1 397:1 398:1
399:1 400:1 401:1
402:1 403:1 404:1
405:1 406:1 407:1
408:1 409:1 410:1
411:1 412:1 413:1
414:1 415:1 416:1
417:1 418:1 419:1
420:1 421:1 422:1
423:1 424:1 425:1
426:1 427:1 428:1
429:1 430:1 431:1
432:1 433:1 434:1
435:1 436:1 437:1
438:1 439:1 440:1
441:1 442:1 443:1
444:1 445:1 446:1
447:1 448:1 449:1
450:1 451:1 452:1
453:1 454:1 455:1
456:1 457:1 458:1
459:1 460:1 461:1

| | | | |
|---|---|---|---|
| 462:1 463:1 464:1<br>465:1 466:1 467:1<br>468:1 469:1 470:1<br>471:1 472:1 473:1<br>474:1 475:1 476:1<br>477:1 478:1 479:1<br>480:1 481:1 482:1<br>483:1<br>**macdonald** 125:18<br>145:3 154:9,11<br>156:20 162:24<br>193:14 208:15<br>210:8 224:4<br>226:11 228:14<br>266:7 280:3,12<br>293:6 326:5<br>327:16 331:16<br>333:5 338:16<br>343:14 352:17<br>359:2,25 371:9<br>372:6 376:12<br>396:15 407:19<br>408:14 426:3,17<br>455:18 456:4<br>480:3 481:9 488:4<br>488:18<br>**machine** 243:9<br>**mad** 231:19 244:2<br>244:3 263:4<br>273:14 281:13<br>283:21 290:8,10<br>304:2<br>**madam** 144:18<br>154:8 156:20<br>162:4 194:7<br>**maher** 240:16<br>252:12,18,24,24<br>253:4,9,12 254:9<br>254:22 255:15<br>257:11,22 258:6,7<br>258:23 259:13,15 | 260:10,12 261:13<br>261:19 262:6<br>263:22 264:15<br>272:6 485:5<br>**mail** 154:19,24<br>197:2 301:3,15<br>389:25 396:18<br>481:4,16 486:21<br>**mailed** 154:22<br>321:25 333:15<br>**mailing** 154:19<br>**mailroom** 408:7<br>408:20 409:2,4<br>413:7 434:13<br>440:23<br>**making** 132:6,13<br>132:14 142:4<br>176:12 219:10<br>232:24 236:11,17<br>243:17,25 245:14<br>248:18 249:22<br>254:3 261:3<br>276:14,22,23<br>277:11 281:15<br>286:24 290:18<br>317:4 318:22<br>405:15 434:24,25<br>438:2 465:8 471:6<br>**male** 373:2<br>**man** 211:2 212:19<br>213:2 228:24<br>236:2 239:6<br>243:14,22 251:13<br>254:5,7 258:14,16<br>259:18,20 261:6,8<br>261:11 262:17,21<br>262:22 263:4,6<br>274:18 275:22<br>277:22 347:2<br>373:5 374:6<br>377:11 378:17 | 379:16 387:5<br>403:10 430:6<br>432:3 434:16,23<br>444:3,22 453:22<br>461:20 466:17<br>467:4,10 468:12<br>469:8 471:2<br>**man's** 254:21<br>258:19 327:23<br>376:2<br>**management**<br>232:2 238:9 244:3<br>245:18 263:19<br>269:5 270:15<br>320:3 321:16,17<br>322:3,11,20<br>324:17 327:13,14<br>327:22 332:4,12<br>333:20 335:9,10<br>335:12,21 336:17<br>336:19 337:14,19<br>338:4,6,10,13<br>339:9,22 344:13<br>356:4 426:22<br>428:7 440:16<br>**managers** 311:21<br>**manhattan** 235:7<br>**manner** 195:9<br>202:25 204:25<br>205:3 212:5<br>245:12<br>**manufacture**<br>423:20<br>**march** 399:21<br>408:22 434:5<br>487:2<br>**mario** 125:5,16<br>126:4 210:19<br>339:15 344:5<br>372:25 462:5<br>481:18 483:8,17 | 487:4 488:7 489:6<br>489:21<br>**marisol** 162:13,14<br>163:6 174:21<br>214:21 217:8<br>224:9 484:18<br>**mark** 154:10<br>156:21 162:25<br>193:15 194:8<br>224:5 251:23<br>266:7 280:12<br>293:6 311:9 319:9<br>326:9,16 327:16<br>333:6 338:16<br>343:14 348:20<br>352:18 359:3,25<br>371:9 372:6<br>376:13 396:15<br>407:20 426:17<br>456:10,11 457:23<br>**marked** 154:16<br>155:4,15 156:24<br>163:3 193:14,25<br>194:11 208:16,17<br>210:8,12 228:11<br>228:15,17 251:22<br>252:4,10 265:19<br>266:10 280:15<br>293:9 311:11<br>323:11 326:20<br>327:19 331:18<br>332:25 333:8<br>338:21 343:17<br>348:5,23 353:7<br>358:5,25 359:5,16<br>360:4 372:2,9<br>376:15 389:21<br>396:18 407:24<br>408:10,15,17<br>450:10 456:14<br>457:19 458:3 |

| | | | |
|---|---|---|---|
| marking 324:22 | 427:5 448:12 | 389:4,5 | moment 415:20 |
| martial 223:5,12 | 452:17 454:10,11 | meyers 231:12,21 | 448:10 |
| 283:12 284:16,24 | 458:9 464:15 | 240:21 242:16,18 | monday 390:2 |
| 285:5 286:2 | 467:13 | 272:9,13,14 | 448:14 |
| 304:21 305:2 | meaning 401:23 | 273:10,14,15,16 | money 127:25 |
| 398:19 403:2,18 | means 151:23 | 273:25 274:2,4,25 | 128:8,11,16,18,23 |
| 436:23 | 175:9 185:25 | 276:3,4,6 279:11 | 129:13,15,25 |
| mas 286:4 | 270:22 317:24 | 280:17 281:23 | 131:21 132:6,13 |
| matter 151:14 | 318:6 386:3 399:4 | 282:7,16,18,25 | 132:23 133:12,25 |
| 169:7 171:13 | 399:13 400:19 | 283:2 284:2,4,6 | 139:14 141:8 |
| 203:23 273:19,20 | 401:14,16,19,20 | 286:8 287:6 302:9 | 142:5 172:17,20 |
| 321:8 419:5 | 434:15 455:2 | 304:5,5 306:25 | 173:2 174:3 |
| 461:12 | meant 312:4,6 | 485:10 | 198:12 232:24 |
| mayer 301:18,20 | 403:20 | michael 164:19,23 | 236:11,18 261:3 |
| mayer's 303:9 | media 480:23 | 167:5,6,19 168:4 | 276:14,17,20,22 |
| mccann 327:7 | 483:6 | 168:14 169:12 | 276:23 282:21 |
| 485:23 | meeting 303:19,20 | 175:20 197:10,19 | 283:2,3 290:18 |
| mcdonough 311:7 | 478:14 | 263:23,25 264:2,5 | 309:8 314:24 |
| 311:20 319:17 | melanie 376:6,18 | 457:17 458:5 | 315:9,15 317:13 |
| 320:20 324:10 | 378:6 477:17 | 487:9 | 320:12 339:23 |
| 413:17 414:3,23 | melissa 371:20,20 | michael's 167:8 | 344:20,25 345:12 |
| 457:23 485:16,19 | 371:21 372:11,12 | million 346:7 | 346:11 356:16,18 |
| meals 315:22 | 377:21 486:16 | millions 288:16 | 356:19,23,25 |
| mean 142:22 | memo 407:23 | mind 212:14 234:4 | 357:17 361:18 |
| 178:17 179:6,21 | 486:24 | 234:7,11 235:15 | 362:6 365:3,4 |
| 180:2,5 203:17 | memory 243:4 | mine 271:9,10 | 366:2,10,11,14,15 |
| 204:2 212:7,11 | 262:11 | 430:25 454:18 | 366:21,25 367:4 |
| 213:4 226:18 | men 128:21 | mineola 489:4 | 367:24 368:3,15 |
| 228:25 243:25 | mention 313:5 | minute 226:20,24 | 370:2 395:16,21 |
| 247:17 272:21 | mentioned 190:22 | 309:22 326:15 | 396:10 430:7 |
| 274:2,13 275:10 | 312:17,21 442:7 | 385:2 425:24 | 432:13 465:8 |
| 276:12 284:25 | 453:12 | 426:5 432:24 | 469:6 474:20 |
| 286:11,17 287:8 | mess 368:3,4 | 462:22,23 | 475:5,8,20 478:18 |
| 287:12,23 317:21 | 369:20,24 | minutes 315:3 | 478:19,20 |
| 328:24 330:18 | messed 368:7,7 | 396:21 | monies 482:16 |
| 337:8 348:19 | 369:21 | misbehavior | month 131:15 |
| 350:13 354:15 | met 294:19 298:9 | 300:14 | 132:7 313:23,25 |
| 364:17 383:15 | 303:4 361:3 | misconduct | 313:25 |
| 386:2 387:23 | 365:13 | 334:20 | monthly 238:3 |
| 399:3 401:13,15 | metal 362:20 | missed 280:5 | months 127:19 |
| 408:21 415:25 | 369:11 375:8 | 482:14 | 131:14 185:17 |

| | | n | 446:17 |
|---|---|---|---|
| 197:14,15 206:10 | 351:8,15,17,19 | | **needs** 131:16 |
| 316:19 | 352:14 356:8,8 | **n** 126:2 488:2 | 303:11 306:13 |
| **morgan** 406:19 | 360:9 373:2,9,10 | **name** 136:12 | **neither** 135:22 |
| 409:11 410:15,24 | 374:19 388:13 | 138:11 167:9,23 | 375:2 |
| 413:4,12 440:3 | 389:7 478:25 | 208:10 240:19,21 | **nerve** 235:20 |
| 487:3 | 479:2,6 | 252:24 253:15 | **nervous** 206:9 |
| **morgan's** 413:21 | **motorists** 164:21 | 254:21 343:8,8,23 | **never** 136:4 |
| **morning** 172:25 | 166:25 198:10,16 | 366:19 390:25 | 141:15,16,17,21 |
| 181:13 184:8 | 198:20 199:5 | 397:23 403:10 | 148:12,13 149:9 |
| 196:11 198:17 | 206:20,21 211:20 | 411:9 413:21 | 149:10,10,18 |
| 229:4 230:4,7 | 237:20 282:23,24 | 428:23,25 429:3,8 | 150:20 159:13,15 |
| 233:7,15 234:12 | 478:21 479:12 | 429:14 432:9,9 | 159:23 160:24 |
| 250:14 251:12 | **mouther** 453:23 | 475:21 476:6,7,8 | 169:13 171:23 |
| 308:2 315:2,22 | **move** 161:19,25 | 476:14,15,16 | 179:25 180:18 |
| 331:5 354:2,8 | 177:21 188:10,15 | 489:5,6 | 182:6,7 186:13,22 |
| 355:5 390:4 | 193:11 208:12 | **named** 477:4 | 187:3 189:17 |
| 395:22 413:10 | 225:25 229:19 | **names** 200:13 | 191:9,15,24 192:6 |
| 417:11 439:22 | 251:20 255:17 | 203:6,7,16 204:9 | 192:6,8 204:12 |
| **mornings** 184:18 | 265:12 268:23 | 208:23 214:20 | 205:8,25 207:11 |
| **mother** 453:24,25 | 269:7,25 279:3 | **narrow** 298:7 | 228:24,25 229:2,7 |
| 472:7,9,11 | 292:6 305:18 | 299:15 | 238:15,17 250:3,4 |
| **motion** 143:15 | 342:23 389:11 | **narrower** 140:17 | 250:11,12 251:7 |
| 195:4,4,7 425:19 | 425:20 453:11 | **nationalities** | 251:10 252:16 |
| **motivated** 398:24 | 463:24 | 237:22 246:25 | 253:10 254:22 |
| 399:5,9,12 401:17 | **moved** 157:9 | 435:4 | 259:18 262:4 |
| 402:11,22 403:7 | 158:2,5 268:4 | **near** 146:22 304:4 | 263:10,15 273:12 |
| **motivation** 172:14 | 453:7 459:11 | 304:5 | 273:12,24,25 |
| **motivational** | **moving** 158:15 | **nearly** 215:5 | 275:7 278:11,12 |
| 401:25 | 402:21 459:9 | **necessary** 205:20 | 278:13,17,18 |
| **motor** 151:23 | 470:15,19 471:16 | **need** 177:24 | 279:2 280:4,7,9 |
| 200:15 316:21 | **multiple** 186:5 | 179:10 187:22 | 281:12,25 282:9 |
| **motorist** 128:10 | **mumbling** 308:24 | 188:21 207:18 | 287:2 294:8 302:2 |
| 142:9 153:19,21 | **muscular** 161:11 | 219:2,4 226:9 | 307:10 325:10 |
| 164:18 168:13 | 455:11 | 309:25 310:2 | 330:6,12 332:22 |
| 175:23 235:24 | **muslim** 247:3 | 346:12,13,25 | 333:22 340:5,5,6,6 |
| 237:5 245:13 | 455:23,25 456:2 | 355:12,15 396:7 | 340:7,10,10,11,15 |
| 247:4 287:21 | **mute** 145:7 | 425:24 433:2 | 341:11,11,21 |
| 344:18,22 348:15 | **mutterings** 281:3 | 479:3 | 343:21 349:11,11 |
| 348:18,25 349:3 | **mvr** 151:19,20 | **needed** 164:2 | 349:12 359:14,20 |
| 349:17,20 350:7 | 377:20 | 165:7 205:5 235:2 | 359:22 360:13,15 |
| 350:12,18,23 | | 305:11,22 427:12 | |

361:6,25 364:6
369:21 370:11,16
370:18,22,24
375:20,21,22
377:11 378:8,13
379:3,6 391:3
392:12,13 394:3,4
394:5 398:21
399:6,7,16 400:5,6
400:7 403:20
429:8 450:4,11
454:5 458:20,21
458:22 459:2,14
459:16,25 460:3,7
463:6 464:10,22
465:20,21 466:22
467:6
**new** 125:2,19
126:5,5,8,10,10
131:6 193:11
225:25 230:7
279:3 342:23
409:13 410:25
411:3 427:7
449:18 489:2,4
**nice** 135:2 161:6
167:6,7,11 174:22
215:18 217:19,19
219:3 238:13
249:23 274:8
361:2,3 365:14,19
365:19 459:17,18
463:9,9
**nicely** 141:13
179:23,23
**nickel** 276:18
**nielsen** 344:8
**night** 267:12
**nobody's** 452:19
464:4

**nodding** 154:15
**noise** 157:12
159:25
**nonsense** 149:16
251:8,10 391:25
**nonsensical**
394:22
**normal** 261:6,8
290:11 365:14,14
365:15,18
**north** 235:8
**notarization**
209:24
**notary** 125:19
483:24 488:5
489:25
**note** 224:7 254:24
353:5 358:5,10
359:3,4 406:17
445:12 486:11
**notes** 445:7,8,11
445:17,20,21,23
445:25 446:4,9,12
446:14,17,19,21
446:24 447:5
448:8,16,20,21,22
449:3,7,7,10
482:24 484:9
488:10
**notice** 125:18
182:6
**noting** 154:15
**november** 392:7
**now's** 311:25
312:8,14,22
**number** 127:12
129:6,12,23
138:15,16 145:19
150:9,11,13
205:25 206:2
220:9,10,11

221:20 223:23
241:18,21 302:10
302:11 350:17
430:9 480:23
483:6
**numbered** 279:14
**numerous** 428:20
430:22
**ny** 489:4,4

---

**o**

---

**o** 285:7 488:2
**oath** 136:14,17
174:9,10
**obeyed** 363:8,12
363:20
**object** 278:19
423:6,16
**objected** 301:10
400:12
**obligation** 176:2
320:10,13,14
321:5 384:2,15
**obscenities** 147:20
150:12 153:16
156:16 301:6,11
303:8,25 305:9
407:7
**obscenity** 148:5,9
148:11,17 150:22
150:23 152:17
153:23 306:21
**obscures** 309:3
**observe** 207:6
**observed** 147:18
148:21 156:16
179:16 303:12
**observing** 207:7
**obviously** 143:19
205:10 270:7
339:10

**occasions** 179:16
428:20
**occurred** 211:4
228:9
**october** 349:10
**offended** 286:17
**offensive** 435:7
**office** 126:8
134:10 135:3
153:3 179:9 185:6
188:25 189:9
190:25 194:20
294:21 297:20
303:12 305:12,23
310:20 316:3
322:14,17 327:2
327:24 328:7
334:5 335:15
341:9,25 342:6
349:14 392:8
408:6 409:8
410:19 411:13,15
412:22 413:5
414:8,17,20,20,21
414:22,24 415:13
415:14 418:2
419:4,7 434:9,11
439:20 440:22
482:18
**office's** 322:23
441:3
**officer** 295:8
307:20 357:14
373:25
**officers** 139:9
362:13 363:17
**offices** 334:23
341:3
**oh** 154:7 161:12
194:24 358:23
436:13 465:25

**okay** 136:22
140:21,25 145:5,8
153:18 154:17
155:2 160:22
161:25 162:23
164:5 181:14
195:10 219:22
225:2 227:5
229:10 251:20
257:23 278:23
287:19 291:16
296:7 297:21
298:15 309:23
310:23 319:3
325:7,25 331:25
342:19 347:20
348:8 358:18
374:14 380:19
397:4 400:22
401:18 420:13
423:2 430:4
446:25 457:10
482:5 483:5
**old** 489:4
**older** 134:24
**oldest** 451:19
**omit** 482:20
**once** 178:14
180:18 181:24
182:6 186:18,22
189:13 191:23,25
261:25 274:15
278:13,15,17,25
373:23 399:15
425:14 428:9
**ones** 150:10
254:18 411:22
**ongoing** 462:4
**opinion** 177:3
233:20,22,24
235:13 251:19

261:4 382:25
383:2,12 418:22
427:21 466:2
**opportunity** 143:6
143:9 144:9
179:10 204:6
211:5 212:24,25
213:15,24,25
220:18,19 221:22
221:25 222:4
224:22 232:10,14
233:19 262:5
263:11,16,17
264:24 265:2,5,11
266:4 288:12
292:16,19 295:4
295:12,14,16
299:6 300:19,24
303:23 304:6
307:9 312:9
317:10 319:22
352:10 364:7
368:6 383:2,5,13
383:24 450:12
465:21 468:3,9,11
469:15
**order** 234:25
320:17 481:13
**ordered** 480:20
**originally** 373:10
**outbursts** 206:11
**outgoing** 330:13
**outside** 139:23
140:3 153:4 261:7
273:5,5 281:5
360:19,20 363:2,3
363:7,22,22 366:4
367:20 368:24
369:3,5 373:9
374:3,4,10,13,15
374:16 375:4

377:9,18 378:21
380:9 382:6 389:7
432:21
**overheard** 280:18
**oversensitive**
168:24 287:2
**overview** 380:8
**owed** 344:20
**owned** 462:25
**oyama** 286:4

**p**

**p** 126:2,2 145:19
155:15 162:16
193:25 228:11
252:10 265:19
279:14 285:7
327:9 333:2
408:10 484:15,17
484:19,22 485:3,6
485:8,11,24,24
486:3 487:4,5
**p.m.** 483:11
**paez** 197:3 198:2
199:18 200:8
201:13 207:8
**paez's** 196:23
**page** 127:10
302:22 311:20
316:12 344:5
430:18 484:4,8,12
489:8
**pages** 425:25
482:14,17,20
**paid** 165:13,25,25
166:2 315:12
316:7 366:20
390:15,25 391:14
475:2
**pail** 390:20
**paper** 193:7 233:8
389:18,20 390:4,4

390:8,11,20 391:7
391:19,21,23
392:18,19,21
393:5 394:9,13,16
394:18,24 395:5,6
396:6
**papers** 230:11
**paperwork** 449:15
**paragraph** 294:15
294:17 297:23
316:12 340:23
**paragraphs**
325:15,16,22
**paralegal** 165:3,11
166:7 167:22
197:5 207:4
**paralegals** 164:25
**paramount** 127:25
**paranoid** 454:17
**parenthesis**
287:17
**parenthetical**
255:23
**park** 219:9
**parking** 198:10,15
206:20 218:21
377:9
**part** 144:16
257:25 337:19
339:3 340:23
388:4 410:15
417:18,23 420:8
420:19 440:19,20
441:2 459:3
**particularly** 171:3
**parties** 172:25
**party** 488:12
**pass** 148:25
407:12
**passage** 334:18

[passed - plus]

**passed** 267:2
  275:24 392:10
  398:12 399:21
**passing** 207:3
**passionate** 460:22
**patent** 138:9
**pattern** 381:22,25
  382:16,19,22
**paul** 359:9 360:7
  369:17 373:3
  486:14
**pause** 202:20
  258:2
**pay** 151:24 165:15
  165:19 421:12
  423:14
**paying** 277:3
  315:10 439:7
  475:11 476:10
  478:18
**people** 132:19
  133:17 135:9
  146:12 150:14
  151:24 168:23
  169:23 181:18
  182:3,11 186:6
  192:21 201:22
  202:3 204:19
  206:2 210:6,14
  211:7,9 213:7,17
  214:3,22 219:14
  220:2 221:15
  222:6,20 224:11
  225:15 247:10
  267:7 276:21,23
  277:2,5 284:14
  286:9,10,14,15,18
  286:19,20,25
  287:3 310:2 319:7
  320:7 354:8 381:5
  381:9 405:20

  429:9 433:13
  469:21 471:14,16
  478:8 479:8,10,18
**people's** 437:18
**perceive** 212:2,4
  212:21
**perception** 180:3
  180:4 203:10
  206:16 212:22
**perez** 146:7
  147:17 148:19
  151:3,16 152:3,16
  153:8 359:9 360:7
  364:11,14 365:2
  369:18 371:10,18
  371:19 372:24
  373:3 376:10,23
  377:6,17 383:10
  387:4,19 388:19
  484:14 486:14
**perfect** 412:14,16
**perfectly** 226:14
**period** 131:24
**perla** 135:14
**permanently**
  334:21
**person** 151:16
  176:4,5 192:19
  200:5 212:19
  260:14 287:22
  291:4 330:7 345:5
  399:8 451:14
**persona** 213:7
  223:19
**personal** 134:19
  205:13 221:5,6,11
  221:12 250:15
  260:14 418:22
  463:25 465:25
**personally** 238:8
  238:10 466:9

**perspective**
  307:14
**petition** 220:2,7
  221:15 294:2,4
  344:2
**petitions** 222:20
**phd** 485:23
**philippines** 329:18
  329:19,23
**phone** 136:20
  138:23 218:9
  219:10 317:4
  318:20,20 451:24
  451:25 452:9
  463:18,22 471:6
**phonetic** 168:3
  217:22 235:7
  247:17,19 248:9
**phrase** 132:9
  243:2 286:9
  290:24 401:25
**physical** 191:19
  193:6 210:20
  211:10 213:4,6
  214:4,7,8 215:4
  222:7,22 223:2
  238:24 334:9
  339:6 377:8
  412:12 414:18
  473:14,15
**physically** 161:16
  184:19,20 381:7
**pick** 243:10
  443:10 455:20
**picked** 373:14
  403:13,17,22
**piece** 141:10
  249:24 459:19,20
  461:21,22 477:6
  478:13

**piparo** 343:11,20
  389:25 395:11
  486:21
**place** 126:5 138:13
  185:18 244:12
  245:25 257:9
  270:20 395:7
  451:8
**placed** 373:15
  462:16
**placement** 450:18
**plain** 205:3
**plaintiff** 125:6,16
  126:6
**played** 283:4
**plea** 196:5
**plead** 478:22
  479:2,4
**pleaded** 196:3
**pleading** 433:13
  479:18
**pleas** 152:25
  437:10
**please** 140:12,14
  154:10 156:21
  162:25 164:3
  190:12,15 224:5
  226:17 230:14
  251:23 265:14
  276:8 323:22,23
  325:6,9,12,22
  326:9,24 333:6
  334:3 338:16
  359:2 376:13
  400:25 422:6
  426:18 439:23
  448:17 456:25
**plenty** 149:2
  201:11,24 229:21
**plus** 130:4 339:24

[po - profane]

**po** 344:8
**point** 133:14 159:4
  159:4,19 161:6
  164:24 165:11
  166:11,16 171:19
  174:19,21,22
  186:5 215:4
  218:12 232:16
  238:20 249:15
  257:3 262:18
  266:16 267:10
  268:16,19 270:12
  270:13 271:3
  273:4 276:13
  285:20 296:16
  319:5,17 332:17
  340:22 342:4
  347:15 362:5,15
  368:12,18 378:21
  379:14 383:17
  411:21 424:12
  428:24 429:3
  435:22 443:9
  470:17
**pointed** 251:4
  289:10 436:8
**pointing** 149:14
  157:22
**points** 478:24
**poke** 436:12
**police** 139:8 150:3
  151:5 200:19
  295:8 307:20
  356:9 362:13
  363:17 368:20
  373:25 374:24
  378:19
**policeman** 205:4
**polite** 251:15
**politely** 256:25

**portion** 144:17,22
  193:23 243:12
  274:22,23 311:19
  325:8,11,12,13
  326:3
**portions** 254:12
**position** 224:24
  376:25 468:4
**possible** 159:12,20
  171:2,4
**post** 230:8 233:9
**postponed** 196:4
**practice** 136:10
  137:18,20 138:5
  342:20 398:10
  417:21 418:8
  424:9,18 426:23
  432:12 436:22
  440:13,13 442:15
  442:25 444:23
**practiced** 475:15
**practicing** 132:4
  137:7 139:5
  398:19 427:11
  455:22 456:2
**pray** 405:20,22
**prayers** 405:21
**praying** 405:22
**precipitated** 302:8
**precisely** 255:5
**predicament**
  468:13,18 469:13
**prefer** 481:15
**pregnant** 206:10
**prejudiced** 434:18
**premises** 210:19
**presence** 142:5
  182:12,14,16
  210:18 211:24,25
  212:8,9,12 213:4,5
  213:7 214:4,7,9

220:22 232:25
  236:12 261:4
  307:20 330:17
  442:13
**present** 126:13
  130:16 250:17,19
  386:5,13
**presented** 189:17
  224:15 225:3
  294:9
**presenting** 292:10
**presents** 172:17
  234:10 396:11
**president** 176:25
  177:10,12,15,17
  178:9
**pretty** 196:2
  203:19 215:20
  217:2 330:7
  365:16 409:14
**prevent** 135:13
**previous** 193:16
  208:16 237:13
  301:24 331:17
  336:13
**previously** 298:25
  336:6
**prickett** 406:19
  409:11 410:15,24
  413:4,12,21 440:3
  487:3
**print** 481:24
**printed** 171:17
**prior** 296:4 299:16
  300:12 303:6
  305:8 334:14
**pro** 126:6
**probably** 132:18
  132:22 133:8
  173:22 260:19
  262:25 306:23

314:13,14 317:18
  323:18 372:19
  471:9
**problem** 168:16
  171:16 176:24
  199:13 218:22,25
  250:15 258:2
  345:13,14,15
  358:2,3 390:19
  399:14,20 400:20
  410:7,7 416:8,9
  432:16,17 469:5
**problems** 227:12
  328:4
**proceed** 226:17
  319:19
**proceeded** 239:12
  363:3
**proceeding** 310:22
  341:19 411:16,20
**process** 385:25
  386:6,8,24 387:9
  388:3
**produce** 366:17
  367:3 445:14
  446:8 447:7 448:8
  448:16 449:6
**produced** 145:19
  145:20,21,23
  155:15 162:16
  193:25 209:11
  358:10 359:14,15
  366:16 445:11
  447:8
**production** 228:11
  252:10 265:19
  279:14 323:12
  324:24 327:9
  333:2 408:11
**profane** 200:13
  203:6,16 204:9

[profanities - rabinovich]

profanities 147:19
profanity 148:3,8
  148:10,16
professional
  296:13 488:5
progressed 185:16
progressing
  185:24
prohibition
  399:10
promised 296:17
proof 366:24,24
  429:19,19,24
  430:13
properly 440:14
proposition
  133:11
prospective
  130:23
protect 346:10
protecting 419:5
protection 416:5
  434:3
protested 250:6
prove 150:25
provide 429:19
provided 429:20
provocative
  261:16
provoke 262:19
  377:17 378:9,16
  379:9,11,14 380:3
  380:6
provoked 378:13
  380:5
provoking 243:22
  377:24 379:15,20
  382:8 410:5
psycho 401:8
  403:16 404:11
  407:9,15 412:4

pto 138:9
public 125:19
  483:24 488:6
  489:25
pull 291:21 292:5
punch 231:15,22
  235:17 245:19
  272:22 277:21
  283:14,18,22
  284:8,9 290:25
  292:13 302:9,9
  303:8,11 305:10
  305:12,23 306:11
  306:13,24,25
  338:7
punched 278:18
punching 291:19
  291:20 292:3
  301:17
punished 131:11
punitive 249:10
purpose 150:15
  159:21 390:24
  394:17,21
pursuant 125:17
push 477:15
pushed 345:7
  430:6 477:14
pushes 346:21,22
  347:5
put 129:21,21
  130:9 138:15
  144:4 148:6
  164:12 165:18
  169:15 172:9
  182:6 221:12
  230:8,22 233:10
  233:16,25 240:7
  240:10 245:17,17
  251:19 257:5,6
  273:25 274:25

276:2 284:7 291:3
  292:21 302:19
  303:9 305:5 309:3
  309:16 310:10
  335:24 352:23
  354:3,3 359:8
  374:25 384:5,8
  411:9,23 415:3,12
  416:16 417:8,15
  418:13 423:17
  425:16 437:10
  439:18,21 440:20
  447:12 449:18
  451:7 462:21
  463:19,21 464:5
  464:22 466:23
  467:3,5,20 468:15
  469:12 470:12,18
  471:2,17 480:8
puts 322:17
putting 417:3,4
  418:19 459:15

q

question 130:7,20
  132:2,8 136:22
  140:16 143:13,18
  143:20 152:15,15
  158:25,25 159:6
  163:20 181:25
  182:2 187:23
  188:11,16 189:25
  191:18 193:5
  194:14 222:12,12
  250:23 257:24
  258:5 290:23
  297:8 298:7,7,13
  299:15 300:2,11
  303:16,17,18
  318:15 340:4,6,18
  351:6 358:4
  380:11,19,25

385:8,20 386:22
  386:23 387:8
  394:23 404:25
  406:4,4 414:7
  418:4 419:9,13
  420:2,7,14,15,19
  421:4,22 422:3
  423:3,17,22 425:4
  430:8 431:14,16
  431:18 438:9
  445:4,4 472:5,7,25
  473:2 476:6,14,24
  481:2,7,15 482:13
questioned 403:20
questions 188:21
  319:14 479:24
quick 144:11
  224:7 319:14
  340:18 396:24
quickly 365:16
quiet 249:23
  316:17 317:23
  318:3,8 375:12
quietly 398:20
  399:12 405:24
quite 152:15
  245:24 272:10
  279:7 358:15
  427:16
quote 171:18
  241:4 242:25
  260:13 261:13
  262:7 264:16
  283:8 284:7
  340:25 364:16
  454:8 462:5

r

r 126:2 253:13
  488:2
rabinovich 147:20
  148:22 153:9

157:16 161:4,17
183:13 186:11
316:2 437:8
479:13
**races** 237:22 435:5
**racial** 141:17
142:10,10,15
**racist** 235:25
237:6,24 238:6
247:5,6 435:7
**rail** 455:10,12
**raising** 437:6
**rant** 242:24
**ranting** 464:12
**rappel** 485:19
486:2
**reach** 229:17,23
268:5 319:7
**reached** 322:16
**reaching** 233:13
**read** 144:17
218:18 219:12,13
219:14 243:10,13
272:10 328:8,13
334:14 456:23
457:2,5,7 464:18
**real** 143:5,21
148:24 167:7
243:22 262:21
274:5 469:5
**reality** 304:24
**realize** 215:17,22
407:2
**really** 132:20
139:24 140:20,22
167:10 174:19
196:6 228:25
229:3,9 234:8
241:5 259:21
266:16 267:11,14
267:18,18 272:21

272:25 362:18
417:3,5,9 437:18
458:10 460:20,21
460:25 461:3,14
463:9 467:9
**reason** 132:24
134:12 136:19
142:6 153:5 175:9
178:4,6 179:7,7
180:13 181:11
187:6 199:14
201:10,22,23
232:23 233:14
234:19,20 237:10
239:18 251:11
257:14 273:13,14
276:3,5 281:21,22
290:5 302:16
314:22 329:11
346:8 390:7 391:3
393:8 402:9
420:16,20 421:5,7
421:8 422:23
423:8 427:9
465:18 466:4
475:10,12 476:24
489:8
**reasonably** 255:18
**reasons** 136:19
307:5 316:9
381:17 418:23
421:24
**recall** 149:8 150:2
150:5 159:3,13
160:25 161:2,3,5
165:21,24 166:6,8
166:14 168:9,19
169:10,12 175:12
177:5 206:16
208:15 229:25
243:25 244:14,25

246:2 250:11
271:4,23,25,25
272:3 277:19,20
278:7,20,24 279:5
279:8 281:15
285:16,18 286:16
287:4 296:23
297:9,10,15,18
298:8,14 299:21
303:19,21 304:2
306:23 316:23
318:10,16,21
358:6 374:11
400:3,9 425:5
448:2 449:11,12
463:8 470:11
**receipt** 154:23
366:15,16,18,23
367:2,4
**receive** 408:24
409:9 482:7,8
**received** 188:24
190:24 300:15
301:2,15 333:16
333:17 335:15
336:11,15 342:3
349:13 408:24
**recess** 190:18
227:8,21 310:7
397:7 426:10
**reco** 457:8
**recognize** 145:10
145:12,24 162:12
193:20,22 208:24
227:25 228:3
265:22 279:17
293:2 310:11
323:15 324:5,6,8
324:14 325:19,21
325:24 327:6
331:20 343:2,9,10

348:9 353:2
359:11,13 371:14
376:5,6 389:13
397:21,22 408:4
449:25 456:20
457:8
**recollection** 205:7
281:10 349:8
350:3 372:16
373:19 462:9
**reconsider** 316:18
**reconvene** 227:4
**record** 127:3
145:18 185:20
190:3,10,12,12,15
190:17,20 227:7
227:10,16,20,23
310:6,9 332:24
396:24 397:6,9,11
397:15 423:17
425:17 426:9,12
477:3 480:5
483:13
**recorded** 483:7
**rectified** 183:6,8
**rectify** 182:21,23
**redacted** 194:23
195:3,5,8
**redactions** 194:14
**redirected** 430:10
**reestablished**
133:15
**refer** 457:4
**referenced** 482:25
**referred** 155:3
156:23 163:2
194:10 210:10
228:16 252:3
262:8 266:9
280:14 293:8
311:10 326:19

[referred - reputation]                                                      Page 39

| | | | |
|---|---|---|---|
| 327:18 333:7 | 423:13 434:8 | 378:23 393:20 | **reporter** 144:19 |
| 338:19 343:16 | 441:13,14 | 394:2 444:17,20 | 145:6 154:8,12,18 |
| 348:22 359:4 | **religion** 237:15 | 444:25 449:22 | 154:20,25 155:2 |
| 360:3 372:8 | **religious** 301:6 | 460:17 462:12 | 162:5 190:2,6,11 |
| 376:14 396:17 | 303:7,25 305:9 | **remembered** | 194:8 226:4,18 |
| 407:23 408:16 | **remain** 410:9 | 289:8 | 227:2 243:8,13 |
| 456:13 458:2 | **remark** 142:10,11 | **remorseful** 303:10 | 326:12 425:22 |
| **referring** 183:12 | 142:15,16 235:25 | 305:11 | 426:4 456:6 480:9 |
| 215:9,13 286:20 | 235:25 237:7,24 | **remote** 483:8 | 481:12,17 488:5 |
| 295:24 301:22 | 247:5 286:24 | **removal** 138:3 | **reporting** 489:2 |
| 312:2,24 | 287:23 435:8 | 321:22 340:4,6 | **reports** 150:9,11 |
| **reflects** 129:24 | 467:25 | **removed** 129:16 | 150:13 469:18,20 |
| **refresh** 205:6 | **remarks** 260:13 | 136:19 138:21 | **represent** 130:18 |
| 262:11 281:9,12 | **remember** 155:12 | 234:19 235:2 | 336:4,12 342:12 |
| 372:16 373:18 | 159:10 160:3,16 | 248:21 249:2,8 | 343:22,24 360:10 |
| 462:8 | 160:18,23 167:10 | 316:3 347:15 | 370:10 374:21 |
| **refreshed** 264:5 | 185:12 189:8 | 472:9,15 474:21 | 376:23 383:9 |
| **refuse** 175:11 | 191:3,10 197:8 | **repair** 274:17 | 389:24 413:13 |
| **refused** 175:9 | 200:24 201:3 | **repeat** 178:15 | 469:19 |
| 269:24 270:9 | 215:10 217:12,16 | **repeated** 146:12 | **representative** |
| 425:14 | 217:18 231:6 | 243:2 | 151:23 |
| **regarding** 344:2 | 239:25 240:3 | **repeatedly** 368:16 | **representatives** |
| **regardless** 229:22 | 246:5,6 253:3 | 368:22 396:13 | 343:7 |
| **registered** 488:4 | 254:13 260:20 | **repeating** 286:9 | **represented** |
| **regulation** 385:9 | 263:25 264:8,19 | **rephrase** 143:12 | 134:18 237:21 |
| 385:21 | 264:20 269:21,22 | 143:17 290:22 | 310:21 322:24 |
| **regulations** 415:2 | 270:5 271:2,11,13 | 300:2 | 360:12,13,15 |
| **reinstated** 137:24 | 271:13,23 272:4,5 | **report** 150:3 151:5 | 361:6 375:20,21 |
| **relate** 460:15 | 272:7 275:19,20 | 158:10 196:23 | 375:24 379:4 |
| **related** 488:12 | 276:2 277:21,24 | 200:20 327:19 | 411:15 412:23 |
| **relation** 450:13 | 289:4 294:23 | 343:3,5,17 344:23 | 414:9 442:5 |
| **relationship** | 295:9 296:2,8 | 345:24 357:12 | **representing** |
| 163:10,15,16,21 | 297:11 298:21 | 360:12 370:13,25 | 439:7 |
| 163:23 195:15 | 307:22 313:12,13 | 375:23 376:9,15 | **represents** 136:13 |
| 228:23 253:9 | 313:15,16 314:4,6 | 383:6 477:18,19 | 164:21 |
| 458:8 | 318:18,23,23,24 | 485:22 486:7,19 | **reputation** 127:14 |
| **relevant** 445:19 | 324:13,15,16,18 | **reported** 309:9 | 127:24 128:3,24 |
| 446:14 449:4 | 325:2,2,18 326:2 | 345:2,12,25 347:7 | 129:8 130:5,10,15 |
| **relief** 409:25 | 326:22 328:23 | 355:25 358:13,20 | 131:10,18 132:3 |
| 412:18 417:19,20 | 336:25 359:10 | 415:5 | 132:11 133:7,14 |
| 417:25 418:10 | 360:8 367:11 | | 133:15,20 134:14 |

134:15 135:8,12
135:19 136:8,12
136:25 137:9,12
137:25 138:12
139:3,5 208:9
211:3
**reputational**
130:22
**request** 255:19
429:19 448:17,18
**requested** 196:22
243:12
**requesting** 293:24
448:19
**requests** 446:5
484:7
**required** 164:6
175:3 218:10
231:25 259:25
260:2 334:6
**requirement**
337:15
**requires** 385:22
**requiring** 385:10
**rescheduling**
152:23 479:17
**reserve** 340:4
**reserves** 334:19
**resolve** 175:7
176:2,8 177:20
185:9 187:4,10,18
188:6 192:10,16
192:24 193:3
211:5 212:18,24
212:25 213:15,24
220:14,15 221:24
223:22 294:10,11
439:25
**resolved** 175:15
175:19,22,24
176:19,19 186:17

321:13
**respect** 141:5
446:10
**respected** 140:6
140:18
**respectful** 148:14
**respectfully**
141:14 179:23,24
188:13 246:19,20
**respond** 143:7,9
144:5,6,8 151:13
179:11 191:15
192:8,9,16,23
204:6 211:5
221:23,23 222:4
260:23 261:5,5,6,9
265:5,11 288:12
295:5 299:6
300:17,19 303:23
304:6 334:19
340:8 352:11,12
380:14 383:25
413:8 431:17
440:5 441:17,23
441:24 450:12
469:15
**responded** 191:16
300:20 381:23
399:22,23 441:18
460:14
**responding** 202:10
202:11 446:4
**response** 143:10
143:15 151:12
179:3 202:21
206:13 264:25
386:6 413:9
430:24 431:9
**responses** 442:6
**responsibility**
364:17

**rest** 271:22,23
281:2
**restate** 353:17
**result** 321:22
339:6
**resultant** 127:13
**resulted** 280:19
**retiring** 135:9,10
**return** 342:20
**returned** 194:21
**revenue** 127:20
130:23,25 131:3,5
131:7,13 137:4
**reviewed** 331:22
**reviews** 139:8
**richard** 252:11
253:4 485:5
**rick** 240:16
**rid** 312:2,9,15,23
342:5,18 357:20
395:12 418:5
**ride** 267:13
**ridiculous** 306:15
348:19 350:25
351:3,4 387:5
388:25 394:10,11
394:15 466:24
467:7,21 469:12
**right** 129:17
134:13 145:15
147:7 149:5,6,7,13
151:14 153:3,15
157:19 158:6
161:22 168:11
174:17 175:24,25
177:9,11 178:11
188:8 190:3
202:11 206:8
208:8 209:16
210:15 211:16
212:17 230:13,23

230:23,23,25
234:7,18,21,24
235:17 236:2
238:22 241:15
242:7,7 253:18
255:3 260:8,9,23
288:25 290:8,10
298:17 303:15
307:4 309:18
310:5 311:8
318:21 320:10,16
320:19 326:11
331:12 338:11
339:12,13 340:4,5
340:8,12,15,19
341:12,22 343:13
344:4,23 345:25
348:7 354:2
366:10,14 367:2
372:20 387:2
388:5,7 389:11
396:14 407:13
409:18,18 411:16
411:23,24 412:10
412:15,15 414:16
414:19,20 423:6,9
425:11 433:9
436:7,8,10 438:19
440:6,11 441:9
446:23 447:2,3
448:10 449:17
452:2,4,11 455:17
456:19 457:16,17
461:7 468:6,20
471:10 480:16
481:21 482:4,12
482:21 483:3
**rights** 334:19
**ring** 223:13 286:4
454:22

[rings - seat]

| | | | |
|---|---|---|---|
| rings 284:17 | rpr 125:18 488:18 | 224:20 236:18 | 196:13 200:7 |
| rise 257:14 | rubinowitz 146:3 | 249:18,20 292:18 | 203:13 229:5 |
| rivers 469:24 | rude 268:8 269:14 | 312:12 325:4,8,10 | 231:2,4 241:3 |
| 470:4 | ruin 208:9 | 325:10,11 333:19 | 242:17 254:25 |
| road 138:13 489:4 | ruined 129:3,4 | 333:22 336:8 | 256:22 268:2,7,13 |
| rochelle 126:5 | 136:2,3 | 349:11,12 352:9 | 272:11 274:24 |
| role 322:23 | rule 139:21,22 | 353:3 358:10 | 289:11 294:13,15 |
| room 146:22,24 | rules 296:18 322:7 | 359:14,20,22 | 298:17 316:15 |
| 149:2 213:8 | 415:2 | 405:4 416:23,24 | 325:9,22 334:3,19 |
| 229:23 230:4 | run 244:13 245:25 | 417:17 421:17,19 | 346:25 360:12 |
| 239:24 240:2 | 264:17,21 383:16 | 422:17 424:10 | 361:19,20 365:25 |
| 241:2,13,16,22 | rushing 354:9 | 430:17 442:16,25 | 370:25 372:14,25 |
| 252:18,19,19,25 | russian 149:15 | 444:23 459:11,12 | 374:9 393:6,16,23 |
| 254:2,5,6,7,12,16 | 157:21 160:5,5,8 | 475:7 476:19,22 | 398:9 399:19,20 |
| 254:25 255:4,22 | 160:11,13 165:2,4 | saying 142:6 | 442:24 459:4,19 |
| 261:20 264:3,13 | 165:6 247:2 | 150:14 151:9 | 467:3 472:11,13 |
| 268:3,9,10,20 | | 184:9,10,11,15,16 | scanned 482:19 |
| 269:13,16,20,21 | **s** | 184:18 201:21 | scare 184:20 |
| 269:22,23 270:23 | s 126:2 398:23 | 202:6 220:3 | scaring 184:19 |
| 270:25 271:12 | 429:9 489:8 | 222:21 238:13 | schmooze 181:12 |
| 272:4,7,9 273:5,16 | sadiq 265:20 | 244:14 245:2 | 184:7 229:11 |
| 277:16,22 283:6 | 266:13 270:6,6 | 246:2,5,6 250:11 | schmoozing |
| 295:8 299:23 | 485:7 487:6 | 250:20 263:25 | 184:17 315:2 |
| 301:5,9 304:14,16 | safe 161:15 250:22 | 264:19,20 268:6 | scream 301:11 |
| 307:17,19 308:2 | 311:13 339:2 | 268:17 271:2,24 | screamed 202:6 |
| 311:24 370:11,12 | safety 128:14 | 275:20 276:2 | screaming 147:3 |
| 370:18,24 450:24 | 179:15,20 210:21 | 281:7 286:16,18 | 147:19 149:16 |
| 451:17,22 452:21 | 211:10 220:4 | 286:19,24 287:4 | 157:21 158:8 |
| 452:25 454:24 | 221:17 222:8,22 | 313:6,12 318:23 | 159:18 160:4,8,9 |
| 458:16 459:12,16 | 223:2 | 339:20 357:5 | 215:25 216:8 |
| 462:2,14 463:2 | sarcastically | 362:7 380:21 | 218:23 453:5 |
| 464:4 470:9,10,15 | 178:11,13 | 381:10 398:4,23 | screen 155:9 162:2 |
| 470:23 | sat 328:7 361:3 | 399:23,24 400:12 | 226:3 227:13 |
| rooms 281:6 | 452:24 454:16 | 400:18,25 401:18 | 252:2 373:7 |
| rose 155:23 157:7 | 462:22 470:11 | 402:2 404:3 450:4 | 456:17 |
| ross 247:25 | 473:12 | 460:6,9 471:17,22 | scroll 323:19,22 |
| roy 155:20,21 | saw 143:6,7,10,14 | 477:13 | 456:22 |
| 156:7,8,17 224:10 | 143:16 147:17 | says 146:16 | se 126:6 |
| 484:16 | 151:3 152:22 | 151:19 155:20,21 | search 448:8 |
| roy's 156:3 224:23 | 157:4 159:10 | 158:4,15 172:5 | seat 148:22 240:24 |
| | 192:20,22 193:6 | 173:2 185:5 | |
| | 199:7 201:15 | | |

| | | | |
|---|---|---|---|
| seated  155:21 | 336:23 337:13 | 238:6 247:4 | shaking  308:24 |
| second  136:20 | 338:24 347:19,20 | 280:20 281:7 | share  155:9 162:3 |
| 138:23 144:11 | 347:22 348:11 | 286:24 287:23 | 162:6 226:2 |
| 175:13,14 176:15 | 352:22 354:24 | 435:7 | 227:13 252:2 |
| 240:6 252:22 | 355:7 359:7 | send  273:10 | 480:13,14 |
| 261:21 262:2 | 379:16 382:22 | 342:15 406:21 | she'd  196:11 |
| 264:3,4,7,13 | 402:23 408:23 | 408:8 409:19 | 316:18 |
| 306:10 325:4,5,11 | 426:14 427:8 | 411:8 480:19,19 | sheet  489:2 |
| 336:21 353:16 | 430:18 448:15,22 | 481:3,5 | sheldrake  126:5 |
| security  308:22,25 | 449:18,20,21 | senior  294:20 | shifted  229:22 |
| 309:7 346:8,13,24 | 456:16 457:13 | 451:18 | shine  392:11 393:7 |
| 353:20 354:21 | 459:13 469:3 | sense  207:16 213:9 | shit  398:5,11,22 |
| 355:14,16,21 | 472:22 476:19 | 341:15 390:22 | 399:7,17,22,25 |
| 356:21,24 357:2 | seeing  145:5 195:7 | 391:4,5,13 | 403:15,23 404:3,9 |
| 362:11 363:16 | 324:15 325:2,2 | sent  139:7 311:4 | 406:15 407:17 |
| 367:22 368:19 | 326:23 337:2 | 325:6,13,17,23 | 450:4,5 453:7,20 |
| 373:24 374:23 | 410:4 | 326:8,24,25 327:2 | 453:22 454:5 |
| 378:18 389:5 | seek  138:14,18 | 331:22,23 336:14 | 459:20,20 460:3,7 |
| 415:17 428:20 | 141:2 439:9 | 341:25 342:8 | 461:22,22 |
| 429:13 433:3 | seeking  412:18 | 352:11 389:25 | shocked  200:9 |
| see  127:7,11,15 | 417:17,19,20,25 | 406:18,19 408:22 | shop  274:17 |
| 144:13,16,19,21 | 418:10 434:8 | 412:22 429:21 | short  190:18 227:8 |
| 144:22 145:11 | 475:9 | 430:16 441:11 | 227:21 310:7 |
| 153:25 154:4 | seen  143:10 | separate  221:15 | 397:7 426:10 |
| 155:10,14 158:3 | 186:13 224:14 | separately  288:24 | 455:8 |
| 162:8 168:12 | 254:23 323:18,20 | 380:15,15,17 | shortly  433:21 |
| 174:14 175:6 | 368:11 370:9 | september  398:11 | shout  301:11 |
| 177:4 178:22 | 371:21 375:20,23 | series  345:4 | 303:25 |
| 180:14 193:17,24 | 379:3 383:3 | seriously  365:12 | shouted  270:20 |
| 206:3 208:19 | 397:24 456:23 | 403:8 437:15 | shouting  150:12 |
| 209:15 214:20 | semite  142:4 | 474:23 | 269:15 301:6 |
| 219:25 224:8 | 230:17 231:5 | service  179:14 | 303:7 305:9 |
| 239:13 248:24,24 | 233:5 235:20,22 | 377:20 | show  128:2,8,11 |
| 252:6 261:18 | 236:3,5 237:9 | serving  295:15 | 128:15,17,23 |
| 265:15,18 276:22 | 243:16 245:8 | serwat  324:2 | 133:24 135:20,21 |
| 277:4 279:9 | 257:3 261:2,24 | 485:20 486:2 | 142:13,16 187:17 |
| 292:21 300:3,10 | 268:15 270:19 | seven  243:3 332:5 | 241:5 255:25 |
| 302:21 306:2 | 281:21 304:19 | 332:6,8,19 397:3 | 314:20 320:15,15 |
| 310:23 316:10 | 308:4 | 397:14 423:11 | 371:13 389:12 |
| 323:8,18 333:25 | semitic  142:11 | severely  303:13 | 397:20 466:3 |
| 334:2,12,18 | 235:25 237:6,24 | | 474:20,25 |

[showed - somebody]                                      Page 43

| | | | |
|---|---|---|---|
| showed 137:4 | signs 196:18 | 480:24 483:6 | smart's 362:12 |
| 315:11 327:23 | similarities 150:10 | size 365:16,18 | 434:16,24 |
| showing 128:25 | simple 420:19 | skinny 455:9 | smarts 353:12 |
| 227:24 314:19 | simply 238:14 | skipping 326:5 | smashed 281:4,25 |
| 317:14 320:9 | single 286:11 | slash 361:22 362:3 | smile 177:8 |
| 327:5 465:14,16 | 287:8 384:3 | 362:8 363:6 | smiling 178:24 |
| 465:17 474:23 | sir 329:13 349:25 | 364:23 367:8,13 | smirk 176:18,21 |
| 482:15 | 371:14 389:14 | 367:15 368:14,17 | 177:18 178:10,12 |
| shown 181:4 220:8 | 431:18 | 368:23 373:22 | 178:12,17,17 |
| 220:9 225:18 | sit 219:8 255:17,22 | 375:11 377:13 | smirking 176:13 |
| 324:20 | 256:9,12,15,21 | 382:4 | 176:22,24 177:2,5 |
| shows 136:12 | 289:12,13 375:12 | slashed 363:15 | 177:7,8,20 178:3,8 |
| sic 331:18 | 451:8,12,13,15,16 | 374:19 379:17 | 178:19 330:23,24 |
| sick 399:24 | 451:20 452:5,9,11 | slashing 365:21 | 395:8 |
| side 241:15 268:4 | 452:13,19,20,25 | slice 388:19 | smirks 176:25 |
| 269:7 386:9,10 | 453:17 462:14,15 | slurs 280:20 | sneeze 320:22 |
| 387:16 438:18 | 462:18 463:17 | 334:11 | 321:2 339:16 |
| 440:15 468:10 | sits 241:25 | smacked 283:11 | 414:5 |
| sided 385:16 | sitting 148:20 | small 230:6 | socialize 195:22 |
| 386:18 | 218:8 219:7,10,11 | smarks 429:10 | soft 454:8,12,14 |
| sign 209:9 220:2 | 219:16 241:24 | smart 344:6 345:4 | 454:20,25 |
| 309:14 322:10 | 242:7 269:16 | 345:10 346:5 | solicit 196:8,9,10 |
| 324:3 332:21 | 283:6 292:13 | 352:25 353:5 | 196:19 199:9 |
| 333:13 335:3,4,5,7 | 295:9,10 313:19 | 354:5 355:9 | soliciting 196:20 |
| 340:10 345:8 | 314:3 318:9,15 | 356:15,21 357:8 | 198:9,10,20,23 |
| 366:19 416:10 | 328:2 350:2 | 357:20 362:12 | 199:4,15,16 |
| 435:24 437:4 | 360:19,20,23 | 363:17 375:16 | 201:16 206:20,21 |
| signature 337:12 | 372:14,18 452:16 | 406:25 407:2 | solve 176:4,6 |
| 457:13,14 488:17 | 453:13,14 470:16 | 410:2,2,5 412:19 | somebody 136:12 |
| signatures 210:3,5 | 471:5,9 | 413:10 415:5,9 | 138:24 159:15 |
| 210:11 222:21 | situated 281:5 | 416:2,7,25 417:9 | 169:20 170:9 |
| 224:9 294:6 | situation 147:13 | 417:16 418:6,13 | 176:3 180:3 |
| 484:24 | 175:8 205:18 | 419:17 421:17 | 183:20 203:15 |
| signed 209:8 | 212:4 270:24 | 424:19 428:24 | 204:17,21 218:13 |
| 210:14 224:11,13 | 372:24 375:2,4 | 429:9 432:8,10,14 | 223:8 288:11 |
| 293:23 322:5 | 382:21 415:15 | 434:23,25,25 | 290:25 291:2 |
| 332:22 335:6,8 | 436:21 | 435:17,22,23 | 306:13 354:3 |
| 340:7 344:2 353:4 | situations 205:17 | 436:22 439:6 | 381:8 386:10 |
| 402:24 | six 206:10 230:5 | 444:5 459:8 | 417:20 436:8 |
| signing 208:22 | 241:13 243:2 | 477:14,22 486:11 | 476:25 |
| | 255:5,10 450:25 | | |

| | | | |
|---|---|---|---|
| **somebody's** | 169:24 170:22 | **spilling** 230:11 | **starts** 146:19 |
| 436:12 473:12 | 171:3 176:3 189:2 | **spoke** 165:4,6 | 215:24 216:8 |
| **someone's** 205:13 | 202:20,22 212:14 | 192:4 197:12 | 361:16 470:15,19 |
| **someplace** 138:19 | 213:21,21 258:2 | 205:2 262:7 | **state** 125:19 126:8 |
| 234:7 235:15 | 363:2 393:18 | 263:23 | 138:18 210:18 |
| 394:16,18 424:18 | 413:23 414:2 | **spoken** 181:5 | 212:17 214:17 |
| 442:25 | **speaking** 170:16 | **staff** 196:22 | 334:7 364:8 |
| **soon** 199:7 346:19 | 170:21,21 199:19 | 234:18 293:22 | 375:24 383:2 |
| 458:16 | 199:23 203:15 | **stamped** 162:16 | 386:22 409:13 |
| **sorry** 132:8 145:6 | 296:9 399:11 | 209:11 292:24 | 410:25 411:3 |
| 170:23 202:19 | 456:7 | 310:24 327:9 | 416:7 427:7 |
| 214:6,6,7 220:23 | **speaks** 380:11 | 348:6 372:3 398:7 | 459:21 |
| 257:25 279:6 | 453:24 | 450:15 484:14,17 | **stated** 155:22 |
| 280:5 283:21,25 | **spear** 309:14 | 484:19,21,24 | 232:25 250:8 |
| 284:25 353:15 | 345:8 416:10 | 485:3,5,8,10,13,16 | 256:14 311:25 |
| 354:22 358:15 | 435:24 436:3,11 | 485:20,24 486:3,9 | 312:14 313:17 |
| 389:9 404:23 | 436:23 | 486:12,14,17,22 | 380:4 430:5 |
| 453:17 457:25 | **special** 428:12,12 | 486:25 487:4,7,9 | 446:18 |
| 465:13 466:10 | **specific** 162:18 | **stanchion** 373:12 | **statement** 147:16 |
| 472:20 480:25 | 169:11 192:7,8,14 | **stand** 170:10 | 151:8 152:3 155:4 |
| **sort** 178:24 218:19 | 202:13,24 203:18 | **standard** 427:10 | 156:24 159:7 |
| 380:7,11 | 203:19 475:21 | 427:13 473:20,24 | 163:3 194:11 |
| **sounds** 307:15 | 476:23 | 473:25 474:4,5 | 207:4 210:11 |
| **south** 164:22 | **specifically** 136:5 | 483:12 | 228:17 237:5 |
| 210:17 215:6 | 136:23 415:3 | **standards** 334:6 | 238:4,5,6 243:17 |
| 316:22 | **specifics** 180:14 | **standing** 205:4 | 244:2,19,19,21,24 |
| **space** 205:13 | 184:21 192:13 | 257:8 264:10 | 245:2 246:4,13 |
| **spade** 247:7,8 | 203:11 204:20 | 273:5 368:21 | 248:19 249:9 |
| 409:24,24 412:21 | 208:10 210:25 | 379:12 426:24 | 250:3,4 252:4 |
| 412:21 415:8,8 | 211:4 217:17 | 427:16 | 253:21 254:10 |
| 419:2,2 425:10,10 | 220:15,20 221:20 | **start** 242:4 248:4,7 | 266:10 267:21 |
| 430:24,24 432:18 | 222:10 223:21 | 258:4 320:20 | 280:15 281:16 |
| 432:19 433:6,6,16 | **speculate** 370:22 | 357:24 378:22 | 293:9 303:3 |
| 433:16 434:15,15 | **speech** 204:8 | 465:9 | 306:15,20 318:13 |
| 435:11,12,15,15 | 401:11 | **started** 218:23 | 318:13 335:3 |
| 435:18,19 | **speed** 283:10 | 246:10 269:15 | 348:23 360:4 |
| **spanish** 197:13 | **spelled** 253:16 | 277:17 301:10 | 364:12 369:18 |
| **sparks** 428:21,24 | 419:21 | 309:9 357:3 374:5 | 372:9 381:14,16 |
| 429:11 430:10 | **spells** 253:14,19 | 446:24 453:5 | 385:17 386:14 |
| **speak** 154:13 | **spent** 346:10 | 464:12,17 | 392:20 430:20 |
| 157:5 168:22,23 | | | 431:4,9,21 432:6 |

443:12,17,23
444:14,20 445:5
456:14 458:3,25
477:24 478:3
484:14,16,18,21
484:23 485:2,5,7
485:10,12 486:9
486:14,16 487:6,9
**statements** 207:2
288:10 301:24
340:13 430:14
**states** 125:2 138:4
138:4,6 156:17
202:23,25 232:15
244:8 287:22
**stating** 301:16
305:17 306:11
**station** 176:12
372:15,19
**status** 266:25
**statute** 385:8,21
**stay** 200:14 204:24
218:15,15 317:23
318:3,8 357:2
421:11 473:10
**stayed** 316:17
**steadily** 185:16
**steal** 344:25
357:12,14
**stealing** 166:24,25
166:25 167:2,2
357:15,16 410:8
**steam** 303:12
305:24 306:12
**steel** 277:17 278:3
278:9 281:5,14
282:4 291:20
292:4,15
**stenographic**
488:10

**stick** 202:12
392:10 393:7
**stipulation** 322:5
333:14 337:4
338:17,20 440:11
486:5
**stipulations** 480:7
**stole** 309:8 344:24
345:11 356:2
430:7
**stood** 199:21
437:4 463:19
**stop** 162:2 203:15
270:21 286:6
296:13 301:5
405:15 416:3,25
419:19 421:20
424:16,25 425:7
425:12 432:14,24
436:2 439:16
**stopped** 243:9
301:18 373:13
374:6 378:10
382:11 419:8,11
477:25
**stopping** 190:7
421:3
**stops** 218:14
378:22
**store** 455:20
**story** 152:10,12
156:4 219:14,24
232:6 254:4
263:13 302:2,3,6,7
379:6 387:17
440:19 466:3
468:10
**straight** 289:21
436:7 437:25
**street** 126:9

**strictly** 334:5
**strip** 437:22
**stripper** 437:23,23
**strong** 182:12,14
182:16 211:23,25
212:7,9,12 213:3,4
213:6,7 214:3,7,8
320:14
**strongly** 262:7
**studying** 223:12
**stuff** 181:16
339:12 391:25
437:11 445:8
446:24 448:24
453:16 458:19,19
458:19 459:3,5
462:4,7,18 471:16
473:10
**stupid** 354:16
391:23,25 392:4
**submitted** 194:20
194:25 197:2
371:25
**subscribed** 483:18
489:22
**substance** 143:4
191:2 234:23
235:10 384:19
**sudden** 227:14
**suddenly** 283:9
**suffered** 136:7
**suicide** 465:11
467:16
**suit** 360:24
**sum** 234:23
235:10
**summonses**
207:21,22
**sun** 392:11 393:7
**supervisor** 159:25
185:8,11 186:15

224:10 376:20
**supervisors** 175:5
210:16
**supervisory** 377:3
**supply** 450:12
**supporting** 312:13
**supposed** 139:22
199:9 321:24
332:9 383:16,19
415:11
**suppressing**
317:24
**sure** 142:19
145:14 146:6
154:12 156:13
166:2 173:16
175:18,22,24
177:13 180:11
187:2,14 189:15
193:13,23 224:2
227:2,18 241:18
243:20 245:23
254:15 270:5
273:8 304:11
305:20 317:8
323:21 324:23
331:10 347:24
371:17 382:13
409:14 426:6
431:25 449:23
464:19
**surrender** 340:15
341:21
**surrendered**
341:11
**surrounded**
236:14
**suspect** 151:22
319:11 418:15,18
**suspend** 371:6

[suspended - tell]

| | | | |
|---|---|---|---|
| **suspended** 361:8 | 226:23,24 231:25 | 318:2 331:7 363:7 | **taunt** 176:15,16 |
| 361:14,23 364:3 | 233:9 238:10 | 363:21,22 368:24 | **taunting** 176:11 |
| 364:20,21 370:17 | 244:3 263:19 | 369:2,4 374:3,4,6 | 178:24 |
| 371:6,7 376:2 | 269:5 291:13,25 | 374:12,15,17 | **taxicab** 437:20,21 |
| **suspicion** 259:3 | 293:12 296:15 | 375:5 378:20 | **tell** 129:3 133:24 |
| **suspicious** 330:5,7 | 309:22 310:3 | 382:6 389:6 | 134:4,9,11 148:11 |
| 330:9 | 320:2 321:15,17 | 396:25 404:12 | 148:17 149:18 |
| **swapped** 145:4 | 322:3,11,19 | 413:16 430:9 | 150:7 169:21,21 |
| **swear** 400:24 | 324:17 332:12 | 432:23 458:10,10 | 169:24 170:10,14 |
| 401:7 404:10,10 | 333:20 335:10,12 | 471:21 | 178:20 180:16,17 |
| 412:2 | 336:16,19 338:4,5 | **talked** 148:12 | 180:18,19,19 |
| **swearing** 400:15 | 338:8,9 339:8 | 228:24,25 229:7 | 181:23,24 182:5,6 |
| 403:16 | 354:5 356:18,25 | 253:10 259:18 | 182:7 184:21,23 |
| **sworn** 174:10 | 360:25 361:4,17 | 313:10 328:3 | 186:2,12,18,19,22 |
| 483:18 488:8 | 361:17 365:4 | 429:8 | 186:22 187:9 |
| 489:22 | 366:4,15 367:20 | **talking** 171:11 | 190:25 191:23,25 |
| **swung** 373:12 | 368:2,15 373:9 | 215:18 216:7,17 | 192:2,11,15 195:2 |
| **system** 387:24 | 374:10 380:9 | 225:23 229:14 | 202:8 203:5,6,7,10 |
| | 388:9,11,18 389:7 | 258:4 287:4 | 204:4,4,14 205:22 |
| **t** | 396:23 397:16,17 | 293:25 299:5,7,11 | 205:23 208:5 |
| **t** 485:22 488:2,2 | 406:23 426:5 | 301:23 313:4 | 210:24 212:23 |
| **tahir** 244:8 265:20 | 427:12 428:7,14 | 315:2,4 344:17 | 220:20 221:21 |
| 266:3,13 269:12 | 436:9 439:23 | 372:23 380:17 | 222:10,25 223:2 |
| 271:16 272:8 | 441:4 449:7 | 381:4 389:18 | 223:21 225:9,11 |
| 273:9 274:21 | 474:16 481:22,25 | 403:15 435:14,22 | 230:3 239:12 |
| 275:17 276:10 | **taken** 125:17 | 478:6 | 254:11 258:12,15 |
| 277:15 402:24 | 128:4 190:18 | **talks** 127:12 | 260:21,25 269:8 |
| 405:8 407:21 | 227:8,21 248:18 | 268:17 | 278:13,14,15,16 |
| 449:24 450:3,9,17 | 249:13 310:7 | **tall** 161:7 455:8,13 | 278:17,25 285:14 |
| 451:11 452:15,25 | 373:11 382:17 | **tampering** 459:9 | 294:10 296:24 |
| 454:6 455:3,22 | 397:7 426:10 | **tanya** 146:3,13 | 299:4 300:22 |
| 456:12 458:15 | 483:9 | 147:20 152:20,21 | 308:3,15,17,18,19 |
| 462:6,17,24 | **takes** 384:7 387:22 | 152:22 153:7 | 308:20,22 312:4 |
| 463:22,23 464:7 | **talk** 130:17 139:23 | 155:23,24 156:18 | 344:9 345:17 |
| 469:18 470:13 | 140:2 141:15 | 157:8,9 158:3 | 346:23 348:17 |
| 472:7 485:8 487:7 | 164:9 181:15 | 184:4,6 316:2,5 | 349:3 350:9,11,18 |
| **tahir's** 266:25 | 185:10 195:21 | 437:8 479:13 | 350:23 351:8,14 |
| 268:18 462:19 | 204:12 216:2,4,6,9 | **tape** 346:24 | 353:24 363:14 |
| **take** 127:25 128:7 | 216:10,11,12,14 | **target** 454:8,12,14 | 366:12,19 367:9 |
| 128:10,18,22 | 224:22 231:12 | 454:20,25 | 367:12,13,19,23 |
| 166:12 188:25 | 274:5,20 294:14 | | 380:2,3,5 382:17 |
| 190:25 226:5,13 | | | |

[tell - thompson]

| | | | |
|---|---|---|---|
| 386:9 393:3,5,9,11 | temper 257:13 | 380:2 445:13 | 430:16 434:15 |
| 393:13 399:15 | tenth 425:2 | 446:11 469:22 | 435:13 442:13 |
| 400:25 402:25 | term 212:11 | think 131:19 | 443:13,19 445:10 |
| 404:11,14,15,18 | terms 135:25 | 141:6,11,12 | 445:18 446:13 |
| 412:25 414:4 | 136:2 257:13 | 145:20 153:8 | 447:10,16 454:7,9 |
| 415:24 416:17 | 321:12,15 | 168:20,23 174:13 | 455:24 456:2 |
| 423:25 425:9 | terrible 196:7,14 | 174:16,17,19,21 | 457:12 473:11 |
| 432:4,7,25 433:2,6 | 196:17 198:22,25 | 174:22 176:24 | 474:21 475:2,3,5 |
| 435:20 441:6,8 | 247:25 273:18 | 197:14 200:4 | 475:10,12,14,20 |
| 442:10 467:20 | 361:14,15 | 202:17,21 207:18 | 475:22,25,25 |
| 468:15 469:11 | terry 167:22 | 207:24 209:24 | 480:10 481:17 |
| 474:15,16 480:8 | testified 188:23 | 210:22 220:6 | 482:19 |
| telling 147:14 | 190:23 191:5 | 221:16 222:2,5,14 | thinking 168:15 |
| 148:2,7 155:23 | 248:13 | 222:16,19,20 | 234:9,9 250:16 |
| 156:4 157:20 | testify 415:20 | 223:4 225:19 | 351:14 |
| 158:20 159:2 | testifying 191:4 | 233:15,16,16,23 | thinks 393:14 |
| 161:2,23 174:5 | testimony 174:2 | 236:4 240:3,15 | 451:11 454:7 |
| 177:16 202:3,4 | 207:9 233:3 254:8 | 245:15 246:14 | third 242:5,15 |
| 206:18 245:7 | 278:4 359:19 | 251:18 252:25 | thompson 126:11 |
| 258:9 263:9 270:2 | 430:2 433:20 | 255:13 258:3 | 127:5 144:18 |
| 281:19 307:18 | 447:5 484:3 | 259:12,15 261:6 | 145:2,8 154:7,17 |
| 328:10,12 329:5 | thank 127:6 164:3 | 262:24 267:2,3,20 | 154:21 156:19 |
| 348:15,25 349:15 | 164:14 482:11 | 273:7 275:23,25 | 162:4,23 189:22 |
| 349:19 352:14 | theft 345:24 | 282:2 283:24 | 190:9,14 193:13 |
| 353:12 368:22 | 357:13,13 358:13 | 289:8,16 293:18 | 194:7 208:14 |
| 370:4,6 378:17 | 358:20 415:6 | 293:25 318:19 | 210:7 224:3 226:7 |
| 381:19 387:6 | thin 455:10,12 | 324:19 326:10 | 226:11,23 227:3 |
| 401:7 416:5 | thing 128:9,17 | 329:5,13,15 | 227:11 228:13 |
| 433:14,16 436:25 | 130:25 137:23 | 333:16,17 336:25 | 251:21 266:6 |
| 460:6 466:2 | 204:17 235:17 | 341:17 342:4,6,13 | 280:2,11 293:5 |
| 470:10 471:7 | 250:19 251:3,4 | 346:24 355:18 | 309:21 311:8 |
| 478:24 479:2 | 308:8 323:19 | 360:21 365:8,8,11 | 319:9 326:4,16 |
| tells 230:16 257:9 | 345:25 347:23 | 375:6,13 380:8,10 | 327:15 331:15 |
| 267:23 295:11,19 | 356:12 361:19 | 381:21,25 382:15 | 333:4 338:15 |
| 329:8 354:13,14 | 371:19 381:7 | 382:16 385:12 | 343:13 348:20 |
| 364:22 368:12,16 | 391:4 402:8,10 | 392:20,22 395:11 | 352:16 358:23 |
| 409:24 412:20 | 412:15 453:15 | 395:13,13,25 | 359:24 371:8 |
| 415:8 418:25 | 462:13 | 396:4,6 404:2,24 | 372:5 376:11 |
| 432:18 435:11 | things 182:15 | 410:20 414:12 | 396:14,22,23 |
| 453:16 470:15 | 249:23 288:16 | 417:2,5,8,15 | 407:18 408:13 |
| | 289:17 337:25 | 418:21 419:2,6 | 426:2,6,16 455:17 |

**[thompson - tires]**

456:3,9 457:22
480:2,10 481:2,6
481:14,19 482:5
482:10,22 484:5
**thought** 140:10,11
159:9 196:13
215:19 217:7
229:4 376:19
378:11 409:16
420:21 425:6
429:10 454:7
460:24 461:9,16
462:24 470:13
**thousands** 237:25
**threat** 141:17
210:20 211:10
220:4 221:17
222:7,22 357:22
**threated** 204:9
**threaten** 203:4,8
203:21 205:24,25
207:10,11 208:6
216:11 222:25
275:4,6,7,9,12,13
275:16 284:14,20
473:13,17
**threatened** 179:25
200:14 203:17
204:21 205:23
223:18 225:6
274:25 363:4,13
365:6 377:12
381:8
**threatening** 203:3
205:3 208:4 275:5
334:8 339:5,11
352:20 382:9
388:15,16 412:12
414:18
**threatens** 387:20

**threats** 128:13
221:9 296:14,25
334:9 377:8
**three** 149:6,13
158:12 159:16
239:24 255:8,9
308:25 316:18
325:16 345:15
370:14,16,23
371:3 376:23
409:5 411:20
414:9 432:15
440:23 444:15
445:6
**threw** 231:15,22
241:7 242:8,11
272:22 277:21
283:14,18 289:20
292:11 304:6,9,12
322:14 335:14,15
338:6 428:4,5
464:13 465:16,18
466:19 468:4
469:14 474:24
**throw** 235:17
241:10 242:10
245:19 291:9
292:13 302:9
304:15 306:24,24
320:23 321:3
332:13 335:22
385:5 414:6
**throwing** 283:22
339:17
**thrown** 166:16,18
245:20 263:7,8,18
289:17 290:24
301:7 333:14,15
341:8 407:13
421:10 428:18
439:13 440:8

444:11 465:24
468:19 472:23
475:6,25 477:10
477:23 478:4,9
479:9,14,20,21
**ticket** 133:2,2,4
164:12,14 171:17
215:15 236:19
277:4 433:13,15
437:9 438:18
478:14,15
**tickets** 133:5
163:13 164:2,3
276:19 277:9
**tieg** 235:7
**tilman** 247:20
248:8
**time** 127:2 129:15
131:24 143:7,16
159:19 161:6
164:24 166:11,15
166:16 174:20
177:2,11 179:11
190:2,6,16,19
195:6 196:10,10
197:20 206:7
223:10,13,14
224:20,21 225:23
227:6,9,19,22
229:12,13,21
233:12,23 234:8
235:16 238:14
239:12 240:4,6,13
240:14,15 242:5
242:15 250:16
252:20,22 261:25
262:2 264:3,4,7,8
264:14 266:16,20
267:10 269:25
270:11 271:3
276:8 285:24

294:19 296:4,8,9
310:5,8 311:6
316:19 318:25
330:20 333:19
336:8 346:11,17
346:17,18 347:16
352:9 358:9,9
362:15 365:14,18
366:15 368:12
369:23 378:21
391:24 395:15
397:5,8 398:24
403:3,5,6,11,18
404:4 418:16,18
422:2,5 424:13
425:2 426:8,11
446:20 448:11
453:24 470:6
472:13,18,19
479:7 483:11,12
**times** 127:19
129:11 243:3
274:16 283:17
345:16 346:7
354:4 395:23
423:11,11 459:21
460:19
**timing** 397:12
**tirade** 280:19
**tired** 293:14,15,16
402:15 452:10,11
463:19
**tires** 361:22 362:3
362:9 363:6,14
364:24 365:21
367:8,14,15
368:14,17,23
373:22 375:11
377:13 379:17
382:4,13

Case 1:18-cv-02710-EK-LB Document 223-1 Filed 05/17/21 Page 141 of 148 PageID #: 2546
Case 1:18-cv-02710-EK-LB Document 236-1 Filed 06/29/21 Page 103 of 110 PageID #: 3049

[today - truthful]

Page 49

| | | | |
|---|---|---|---|
| **today** 178:22 | 358:3 362:16,24 | 211:20,22 248:5 | 376:23 |
| 184:12 313:9,12 | 363:8,12 365:25 | **towering** 203:2 | **tried** 146:20 147:9 |
| 313:19 314:3 | 366:3 367:16 | 204:25 | 147:13 148:24 |
| 318:10,15,18 | 374:2,17 375:3,10 | **track** 326:13 | 158:22 173:10 |
| 350:2 | 377:10 381:13,15 | **traffic** 196:25 | 203:14 225:23 |
| **today's** 480:15 | 382:3,5 389:6 | 210:17 341:3 | 255:21 270:23 |
| **told** 131:12 134:6 | 393:6 395:14,20 | **train** 285:6 | 290:25 301:17 |
| 134:7,12 135:23 | 396:12 400:7 | **trained** 286:3 | 466:13 |
| 141:7 142:2 | 404:15,17,17 | 403:10 | **true** 147:21 149:4 |
| 147:14 152:13,20 | 406:13 408:25 | **training** 284:16 | 171:22 176:14 |
| 155:24 156:17 | 418:23 422:22 | 285:24,25 403:2,5 | 179:7 183:21 |
| 157:8 182:13,18 | 424:9,17 428:21 | 403:19 | 198:2 200:2,3,16 |
| 191:20 198:3 | 440:5 450:6 460:5 | **transactions** 277:5 | 200:22 239:15 |
| 199:22 204:24 | 464:6 467:2 | **transcript** 253:12 | 244:18,19,20,24 |
| 212:10 213:10 | 468:21 470:6,7 | 480:8 | 245:2 246:3,4,6,7 |
| 216:13 220:12 | 471:23 476:18,22 | **transcription** | 246:12 248:15 |
| 231:19 232:13 | 478:7 | 488:10 | 260:16 267:8 |
| 243:14 247:7 | **tolerated** 334:11 | **transcripts** 480:13 | 277:18 283:13 |
| 258:20 260:17 | **ton** 321:4 455:7,16 | **transferred** | 284:9 285:9 |
| 261:23 272:15,19 | **tone** 373:8 | 282:22,22 | 286:13 289:15,19 |
| 273:2,22 277:22 | **top** 144:17 149:7 | **translated** 165:5,5 | 289:25 290:4,5,6 |
| 278:12 280:19 | 149:13 153:15 | **translation** 165:8 | 292:11 298:20 |
| 283:17 286:10 | 157:19 158:9 | **translator** 197:12 | 307:18 318:12,13 |
| 287:7 290:6,8,17 | 193:22 194:15 | 197:16 198:19 | 366:6 379:24 |
| 291:3,10 295:2 | 228:3 311:23 | 199:10 | 403:25 427:19 |
| 299:8,21 302:18 | 325:10 326:2 | **transpired** 196:24 | 431:3,4,5,8,21 |
| 303:21 306:22 | 451:7,7 | **traschen** 134:7 | 471:12,15 488:9 |
| 309:5,21 309:12 | **total** 131:13 | 136:21 138:23 | **truly** 423:24,25 |
| 310:16 311:16 | 366:20 440:18 | 244:22 246:9 | 469:8 |
| 314:7,17 320:2,20 | 467:8 | 263:15 265:2 | **trust** 128:5 339:19 |
| 320:23,24,25 | **totally** 476:2 | 382:22 444:10 | 339:19 |
| 321:15,16,18,20 | **touch** 451:19 | 477:9 478:11 | **truth** 147:9,14 |
| 322:13 328:15,16 | 453:9,16 458:18 | **treat** 148:13 | 150:17 158:21 |
| 328:17 329:6 | 459:4 462:3,6,20 | 246:18,19,19 | 159:2 174:5 |
| 335:25 336:16 | 464:2,5 470:14,20 | 342:7,16 448:17 | 201:21 212:17 |
| 337:23,25 338:2,2 | **touched** 159:14 | **treated** 141:13 | 219:17 230:2 |
| 338:5 339:15,18 | 241:19 470:21,22 | 179:22,24 427:8 | 265:3 273:18,19 |
| 339:23 341:5,7,23 | **touching** 159:3,11 | 427:22 428:11,13 | 319:2 320:25 |
| 344:15,21 345:18 | 469:22 | **treating** 342:10 | 384:18 |
| 349:6,16 355:25 | **tough** 139:10 | **trial** 125:15 | **truthful** 267:25 |
| 356:5,5,24 357:24 | 140:11 211:18,19 | 341:12 375:22 | 384:17,18 |

[try - usually]                                                                 Page 50

| | | | |
|---|---|---|---|
| **try**  138:17,20 | 296:16 299:17 | 322:2 325:17,21 | **unfounded**  225:7 |
| 182:21 212:18 | 300:13 308:9,13 | 326:25 327:2,3 | 225:8,10 |
| 217:21,22 317:16 | 315:11 316:6 | 332:6 333:18,19 | **unit**  480:23 483:6 |
| 318:19 329:5 | 317:12 321:22 | 333:23 335:16,23 | **united**  125:2 138:4 |
| **trying**  130:8 | 330:3 334:4,23 | 337:25 341:8 | **unnecessary** |
| 140:12,13,14 | 337:21 340:20 | 342:2,9 345:15 | 148:25 |
| 141:2 157:18,22 | 342:5,20 365:10 | 346:9 428:5 451:4 | **unruly**  362:16,25 |
| 158:7,13 161:18 | 369:10 376:21 | 469:20,23 | 382:6 |
| 161:20 163:14,16 | 388:9 398:11 | **type**  130:17 131:4 | **unsigned**  353:5 |
| 163:17 168:25 | 404:5 405:10 | 135:17 136:10 | **unstable**  214:17 |
| 169:6 171:12 | 406:8 412:8 | 150:25 178:16 | 220:5 221:16 |
| 173:5 174:24 | 416:22 417:13,14 | 195:23,24 213:23 | **untrue**  271:17 |
| 175:2 177:21 | 418:9 439:15 | 232:17 238:5,5 | **untruthful**  143:23 |
| 182:23,25 185:9 | 442:20 464:24 | 239:6,9 251:8 | **upset**  149:20,23 |
| 213:12 225:20 | 471:19 472:16 | 351:4 353:10 | 215:21 216:7,15 |
| 245:6,15 251:15 | 473:4,23 474:6,14 | 390:9 457:15,16 | 216:16 225:24 |
| 303:8 305:10 | 475:15 | **types**  435:3,3 | 235:19 250:13 |
| 319:7 354:13 | **tvb's**  474:4 | | 258:14 263:20,21 |
| 355:17 412:13,15 | **tvbs**  166:18 | **u** | 269:14 270:12,12 |
| 412:16 414:25 | **twice**  180:19 | | 270:13 271:3,4,25 |
| 418:5 420:10 | 181:24 182:7 | **um**  434:24 | 272:18 281:13,17 |
| 423:20 463:23 | 186:19,23 192:2 | **un**  226:2 | 281:18 282:14 |
| **tucci**  156:7 157:3 | 231:20 232:14 | **unbiased**  426:24 | 301:20 304:2 |
| 157:14 158:15,20 | 243:15 244:9 | **undersigned** | 314:9 329:9 |
| 159:2,7,24 224:10 | 258:13,16,21 | 210:15 | 370:21 371:5 |
| 484:16 | 260:18 261:2,25 | **understand**  129:8 | 451:13 453:13 |
| **turn**  206:11 | 261:25 262:4 | 139:15 140:15 | 463:23 479:7 |
| **turned**  200:12 | 268:7,24,24 | 158:24 159:5 | **use**  148:16 153:16 |
| 203:14 302:11,12 | 271:24 272:16,20 | 163:19 166:24 | 250:6 262:16,23 |
| 308:21 363:11 | 273:3,23 278:14 | 168:25 177:13 | 287:16 288:4 |
| 373:14 378:13 | 278:15,17 279:2 | 182:12 192:22 | 297:7 306:21 |
| **tvb**  131:5 132:5 | 281:20 290:10 | 245:6 289:22,23 | 334:10 384:7 |
| 137:4,7,11 138:4 | 299:9 302:19 | 290:12 302:17 | 390:7,11 394:19 |
| 139:6 163:7,8 | 304:19 329:9 | 317:23 348:16,17 | 419:17 421:16 |
| 174:14 181:18 | 363:4 377:13 | 351:11 384:22 | 449:7 453:21 |
| 220:7 245:4 247:2 | 378:17 382:5 | 390:5,14 394:21 | 454:2 464:9 |
| 248:22 253:7 | 387:20,20 468:22 | 396:22 406:2 | **uses**  436:23 |
| 257:18 266:15 | **two**  201:22 220:11 | 418:3,11 419:23 | 453:22 |
| 269:2 276:11 | 241:21 259:5 | 438:7 465:4,6 | **usually**  154:13 |
| 288:19 289:2 | 302:11 308:25 | 476:5 | 326:13 |
| 290:3 291:6 | 316:13 321:23 | **understood** | |
| | | 205:10 315:8 | |
| | | 318:14 | |

| v | | | |
|---|---|---|---|
| **v** 489:5 | 307:13 377:17 | 477:14,16 | **walked** 147:8 |
| **vahat** 316:15 | 381:7 393:23 | **viewing** 477:10,11 | 229:16 231:10 |
| **vahdat** 209:9 | 400:14,15 406:10 | 477:13 | 233:6 242:12 |
| 218:6 219:13 | 406:11 407:11,14 | **violation** 341:3 | 250:14 257:4 |
| 233:17,24 234:14 | 458:17 469:22 | **violations** 210:17 | 262:2 267:24 |
| 234:16 244:21 | 473:6 474:7 | 376:24 | 268:20 270:13 |
| 246:10 251:18 | **vergara** 372:11 | **violence** 200:14 | 273:16 346:7,14 |
| 263:15 264:25 | 374:7,9 379:7 | 203:17 204:10,21 | 353:13 354:15 |
| 293:19,20 294:8 | 486:17 | 308:12 334:9 | 355:10 357:5 |
| 296:3 298:10 | **veritext** 154:22 | 339:6 343:3,5 | 363:11 378:9 |
| 300:25 303:2 | 326:8 489:2 | 486:7,19 | 382:10,11 402:13 |
| 316:14 318:17 | **version** 156:3 | **violent** 202:25 | 404:4 462:13 |
| 382:22 393:17 | 253:24 256:6 | 204:25 206:11 | **walking** 146:20 |
| 477:23 478:12 | 263:12 302:4 | 321:21 | 147:9 148:23 |
| 485:13 | 303:6 305:6,8,14 | **virtual** 483:8 | 158:22 198:11,13 |
| **vahdat's** 293:4 | 308:11 311:14 | **vituperative** | 198:16,21 331:5 |
| 410:10,12 | 365:24 | 257:13 | 353:19 354:12,20 |
| **value** 127:19 | **vice** 176:25 177:9 | **voice** 141:15 157:4 | 355:2 373:16 |
| 129:10 130:9,10 | 177:11,14,17 | 170:22 314:9 | 374:5 378:22 |
| 131:18 | 178:9 | **volume** 125:22 | 392:8 432:22 |
| **varied** 165:17 | **vicinity** 231:16,17 | **vulgar** 200:13 | **walks** 442:23,24 |
| **variety** 200:12 | 231:23 283:18,23 | 203:6,16 204:8 | 470:14 |
| 203:16 | 292:14 302:10 | **vying** 133:3 | **wall** 231:16,18,21 |
| **various** 405:20 | **video** 125:15 | | 231:23,24 235:18 |
| **vehicle** 151:23 | 430:3 483:7 | w | 235:18 245:20 |
| 316:21 | **videographer** | **wait** 156:11 | 272:23,23 277:17 |
| **vehicles** 200:15 | 126:14 127:2 | 175:13,13,14 | 277:21,24 278:5,8 |
| **verbal** 191:11 | 144:20,21 190:14 | 176:15 190:2 | 278:18 282:2,5,15 |
| 261:15 334:9,10 | 190:19 226:16 | 243:8 320:17 | 283:15,18,19 |
| 352:21 377:7 | 227:5,9,18,22 | 321:7 385:2 | 291:19 292:4 |
| 382:9 404:20,22 | 310:4,8 397:4,8 | **waited** 321:8,9 | 304:25 305:23 |
| 405:2,5,12,13,16 | 426:8,11 480:6,22 | **walk** 149:2,8 | 306:12,25 307:2 |
| 405:25 407:7,10 | 483:5 | 152:6 176:12 | 338:7 |
| 407:17 411:25 | **videotape** 138:25 | 196:11 199:9 | **walls** 281:4,14 |
| 412:12 414:17 | 291:19,21,22 | 213:8 223:9 | 303:11 305:12 |
| 473:9,11,13 | 292:5,17 347:8 | 230:19 255:8 | 306:14 |
| **verbally** 141:16,17 | 417:10 444:6,8,11 | 307:25 330:20 | **walters** 247:24,24 |
| 141:21 156:15 | **videotaping** | 331:2 355:21 | 360:18 364:21 |
| 189:2 191:2,20 | 154:14 | 362:21 369:10,12 | **wanda** 348:3,4,14 |
| 192:5 305:13 | **view** 171:5,7,8,8 | 384:23 385:2,3 | 352:4,5 486:9 |
| | 211:9,16 444:7,10 | 451:22 | |

[want - woman]                                                                  Page 52

| | | | |
|---|---|---|---|
| want 150:19,20,24 | 441:16,23,25 | way 132:2,9 | 329:19,20,23 |
| 158:18 168:22 | 452:11,20 457:7 | 149:25 173:8 | 337:23 363:21 |
| 169:23 170:7,12 | 469:3 480:7 | 202:5 210:4 | 378:10,12 379:9 |
| 173:19 180:14,15 | 481:13 | 233:11 239:14,18 | 383:18 393:18 |
| 184:11 188:12 | wanted 132:25 | 239:20,22 251:24 | 408:6 416:3 440:8 |
| 193:4 199:17 | 141:20 145:2 | 253:16 259:19 | whatsoever |
| 201:16 204:13 | 173:20 174:14,18 | 261:15 289:5 | 196:17 434:4 |
| 205:18 206:16,18 | 175:14,15 232:23 | 295:17 303:23 | wide 230:6 241:14 |
| 216:10 221:19 | 233:18,25 241:18 | 317:21,22 320:22 | 255:6,11 451:2 |
| 222:9 223:11,14 | 249:19,21,23 | 321:2 330:16 | width 255:7 |
| 224:22 230:10 | 250:2 251:17 | 331:6,11 339:17 | willing 423:21 |
| 234:15 237:17 | 259:16 277:10 | 366:23,24 367:25 | willinger 464:13 |
| 245:21 249:16,18 | 285:3 290:18 | 368:4 411:24 | 464:14,16,21,23 |
| 276:10 277:6 | 342:5,17 357:19 | 414:5 443:18 | 465:2 467:10,25 |
| 282:8,16 287:14 | 357:20 365:25 | ways 357:4 | 468:9,18 469:14 |
| 303:16 306:3 | 375:14 395:12 | we've 223:24 | win 140:13 247:18 |
| 311:18 314:16 | 417:5,6,16 421:10 | 271:15 297:14 | 247:21,25 |
| 326:14 332:13 | 421:11,12 422:25 | 301:23 380:16 | window 168:15 |
| 345:19,20 351:23 | 424:12,15,20,25 | 381:3 469:17 | winds 465:10 |
| 352:2 362:22 | 425:6,7,7,12 439:6 | wearing 248:14 | winning 460:22 |
| 363:17 365:4 | 463:17,18 | website 410:21 | wish 185:20 |
| 378:11 388:10,17 | wants 281:8 | 411:4 | 300:17,18 |
| 388:18,18,23 | 291:13 377:24 | wednesday 301:2 | withdraw 132:8 |
| 390:22 409:8 | 378:17 387:5 | week 328:11,11,13 | 250:23 |
| 410:3 412:6,8,9,10 | 388:11,21 438:16 | 347:6 408:25 | witness 226:9 |
| 415:7,10,17 | 441:12,21 | weekend 181:14 | 309:25 396:20 |
| 416:25 418:8 | warn 300:12 | 184:10 217:14 | 397:2 443:11 |
| 419:20 420:3,5,12 | 427:25 | weeks 316:13 | 480:18,25 481:21 |
| 420:24 421:8,9,10 | warned 298:18,25 | 408:7 409:5 | 482:6,12 483:3 |
| 421:19,24 422:16 | 299:16 339:4 | 440:24 | 488:7 |
| 422:24,25 423:12 | 404:16,20,25 | welcome 263:9 | witnessed 249:6 |
| 423:14,14,15,17 | 427:17 | 295:2,11,22 | 462:5 |
| 425:8,10 432:10 | warning 427:21 | 303:22 307:21 | witnesses 386:13 |
| 432:11,12,12,13 | warnings 300:16 | 310:17 | wives 328:5 |
| 432:24 434:8 | warrant 242:23 | went 163:12,25 | woman 146:4,11 |
| 435:9 436:2 | warranted 334:21 | 196:3 197:11 | 148:13 149:9,18 |
| 437:19,20,21,22 | waste 391:24 | 198:4 229:16 | 152:7 156:4 158:7 |
| 437:24 438:3,4,5,8 | watch 331:3 | 240:6,7 242:24 | 158:19,23 159:4 |
| 438:20,20 439:12 | watching 379:12 | 244:12 267:14 | 159:11,14,23 |
| 439:13,14,15,15 | 379:15,16,16 | 277:16 319:20,20 | 160:13,25 169:14 |
| 439:16,17,18,20 | | 328:11 329:17,18 | 171:4 174:20,22 |

| | | | |
|---|---|---|---|
| 179:24 198:13 | **work** 130:17 | 422:12 438:25 | 270:16 272:8 |
| 204:12 205:25 | 131:23 135:10 | 439:3 | 273:9 277:15 |
| 206:17 207:10,11 | 151:25 153:4 | **worst** 128:9,16 | 280:18,25 283:5 |
| 207:22 215:20 | 161:13 164:9,10 | 306:18 378:2,4 | 284:6 286:8 287:6 |
| 216:22,23 217:8,9 | 166:3 197:7,9,11 | **worth** 380:17 | 293:20 296:11 |
| 217:20 219:3 | 197:13 198:4 | **wound** 469:5 | 300:25 301:14 |
| 250:15,18 297:18 | 199:5 201:17 | **wrap** 480:23 | 303:2 305:6 |
| 298:16,22 299:20 | 218:8 274:16 | **write** 150:18,19 | 311:20 316:13 |
| 300:5 306:11 | 288:19,20,23 | 204:15 214:16 | 340:24 344:5 |
| 345:18 394:4 | 317:21,22 327:3 | 215:2 232:15 | 364:15 373:6 |
| 403:15 | 328:4 329:20 | 252:15,16 258:18 | 376:22 377:5,14 |
| **women** 148:13 | 332:19 343:3,5 | 258:23 262:5 | 392:7 454:6 |
| 153:16 160:11 | 354:21 355:3 | 263:11,16,18 | 458:13 460:12 |
| 170:4 | 360:11 384:5,8 | 264:24 266:4 | 461:25 462:2 |
| **won** 461:16 | 422:25 423:14 | 279:23 280:8 | 463:3 464:11 |
| **word** 169:24,25 | 425:8 437:22 | 288:10 304:17 | 466:25 |
| 170:6,10,11 | 439:16 | 307:9 326:14 | **writing** 134:6,8 |
| 216:10,12 243:19 | **worked** 165:4 | 351:21 360:25 | 190:7 243:9 300:7 |
| 243:20 262:16,24 | 167:16 168:2,2 | 361:10,24 369:23 | 378:25 415:11 |
| 287:2,13,16 288:5 | 195:12 197:12,21 | 383:5,21,22,23 | 446:22 448:18 |
| 330:11 331:4,9 | 253:7 288:18,23 | 387:3 410:18 | **written** 133:5 |
| 337:9 380:8 398:4 | 324:11 | 420:8 426:20 | 142:8 144:5,7 |
| 398:22,22 399:7 | **workers** 330:2 | 428:19 429:17,18 | 146:6 151:6 156:7 |
| 399:17 400:5,6,7 | **working** 128:21 | 439:8,9,23 449:8 | 202:14 222:20 |
| 400:16 401:10 | 137:10 187:5 | **writes** 147:17 | 249:19 271:16 |
| 403:23 404:9 | 206:19 235:22 | 148:19 157:7 | 303:23 307:9,12 |
| 405:23 406:14,15 | 239:19 288:21,22 | 159:24 164:16 | 312:12 333:14 |
| 407:16,17 450:4,5 | 354:16 387:15 | 168:12 171:15 | 340:14 368:2 |
| 450:5 453:6,22,22 | 421:11 433:4 | 175:4,5 176:9,10 | 370:13 381:4 |
| 454:4,5 460:3,7 | 437:15 438:18 | 179:12 183:10 | **wrong** 147:12 |
| 472:7,9 473:7 | 439:6 479:10 | 185:15 196:21 | 160:12 170:5 |
| **words** 176:17 | **workplace** 486:7 | 199:18 200:11 | 177:4 205:9 |
| 181:3,4,4 183:18 | 486:19 | 204:23 206:8 | 220:17,17 222:6 |
| 208:5 256:14 | **works** 183:11 | 229:15 238:11 | 222:15,17,23 |
| 260:21 262:23 | 228:20 | 239:11,23 240:23 | 224:18 227:17 |
| 270:8 313:21 | **world** 260:6 | 241:4 242:20 | 278:16 286:18,19 |
| 344:7 361:25 | 306:19 378:3 | 244:11 250:5 | 300:22 308:20 |
| 380:3,4,6,9 400:24 | **worried** 405:6,17 | 255:15 257:11 | 320:22 321:2 |
| 401:7 404:11 | 406:5,9,11,22,24 | 260:12 261:13 | 330:16 331:11 |
| 412:3 430:25 | 415:21 416:12,20 | 262:6 263:22 | 339:17 377:16 |
| 443:7 454:3 464:9 | 419:16 422:7,10 | 264:15 269:12 | 382:14 389:8 |

**[wrong – zoom]**

| | | |
|---|---|---|
| 400:18 414:5 | 233:6 244:25 | **yelled** 148:8 |
| **wrongfully** 328:17 | 245:3 252:11 | 171:24 180:24 |
| **wrongly** 170:23 | 261:11,19 262:14 | 184:24 202:6 |
| **wrote** 152:3 218:5 | 262:14,16 263:21 | 219:5 453:9 |
| 218:5,7,18 219:12 | 264:5,22 275:25 | **yelling** 146:19 |
| 219:13,15 222:24 | 276:4 279:11,16 | 147:3,19 149:15 |
| 248:20,23 267:20 | 279:19 281:11 | 149:16 150:12 |
| 298:3 348:3 352:7 | 284:22 294:4 | 157:21 158:8,11 |
| 352:25 356:7 | 312:25 314:14 | 159:17 160:4,7 |
| 371:19 375:24 | 323:14 324:6,10 | 168:18 171:20 |
| 398:4 413:22 | 336:25 337:8,11 | 172:6 215:24 |
| 414:8 415:20 | 342:6 347:22,24 | 216:8 218:23 |
| 416:19 417:24 | 348:7,11,12 | 311:22 361:16 |
| 418:7 419:14 | 352:24 353:3,8,18 | 407:8 453:6 462:6 |
| 420:11,12,16,20 | 359:9 371:18,22 | 469:21 471:15 |
| 420:23,25 421:6,6 | 372:4,21,22 | **yesterday** 154:23 |
| 421:8,23,23 422:7 | 373:20 384:4,5 | 188:22 190:22 |
| 422:23 423:8,19 | 389:23 402:25 | 248:12 295:17 |
| 424:10,14,22,24 | 408:9 411:22 | 431:7,24 444:21 |
| 433:9 434:7 | 430:15,21 434:6 | **yesterday's** |
| 442:16 443:2,15 | 442:23 449:24 | 480:11 |
| 443:19,21,24 | 450:3 457:21 | **york** 125:2,20 |
| 444:24 445:12 | 461:2,17 468:12 | 126:5,8,10,10 |
| 447:22 448:23 | 474:20 480:18 | 131:6 230:8 |
| 449:21 450:17 | **year** 134:25 | 409:13 410:25 |
| **x** | 319:23,23,24,24 | 411:3 427:7 489:2 |
| **x** 125:4,11 | 319:25 320:17 | 489:4 |
| **y** | 321:7 338:3 | **younger** 403:4 |
| **yaakov** 142:2,18 | 353:11 358:7 | **yup** 373:4 |
| 228:4,8,19 232:12 | **years** 128:13 | **z** |
| 236:9 239:5 | 129:14,18,20 | **zealous** 174:7 |
| 246:10 281:19 | 130:2,4,6,11,14,15 | 180:7 |
| 310:16 431:11 | 130:19 131:17 | **zealously** 136:14 |
| 485:2 | 214:19 235:23 | 136:17,18 141:19 |
| **yeah** 127:17 130:7 | 237:3,3 286:6 | 174:9 187:7 |
| 144:15,24 156:8 | 313:11,11 314:2 | **zeros** 209:12 |
| 162:10 169:13,19 | 381:15 411:20 | **zoom** 347:25 |
| 176:7 183:14 | 414:9 429:6 | |
| 193:22 198:25 | 444:15 445:6 | |
| 209:13,17 230:2 | **yell** 148:3 150:21 | |
| | 181:2,9 219:6 | |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.