18-cv-2710

TO: PRO SE OFFICE

RE: CAPOGROSSO v. GELBSTEIN et al
CV-18-2710

FROM: MARIO H. CAPOGROSSO

Approval to Min. to Seal J.J. w/
For State Dyculut (a).

Rec'vd 7/12/2021