18-cv-2710

TO: PRO SE OFFICE

RE: CAPOGROSSO v. 6-LBJ17...
CV-18-2710

FROM: MARIO H. CAPOGROSSO

Opposition to Min. ...
Sorry Typed ... STATE Defendants (3)

USMS

'21 JUN 29 PM 11:38   Recd 7/12/2021