18-cv-2710

TO: PRO SE OFFICE

RE: Capoblanco v. 6-LBJ17...
CV-18-2710

FROM: Mario H. Capobianco

Opp'n to Mtn to
Sever Tjut and Stay Defendants (3)

Rec'd 7/12/2021
21 JUN 29 PM 11:38
USMS