TO: PRO SE OFFICE

RE: CAPOGROSSO v. GELBSTEIN et al.

CV-18-2710

FROM MARIO H. CAPOGROSSO.

OPPOSING TO MOTION Sanctions J. Grosser

For DEFENDANT Smart