18-CV-2710(EK)(LB)

CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 15 2021 ★

**BROOKLYN OFFICE**

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

NIXIE

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 11201183299    *2745-08309-07-34

NEW YORK NY 100
7 JUL 2021 PM 11 L

neopost
05/24/2021
US POSTAGE $001.00
ZIP 11201
041M11271726

**Orders on Motions**
1:18-cv-02710-EK-LB
Capogrosso v. Gelbstein et al

NPROSE

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 15 2021 ★

BROOKLYN OFFICE

## U.S. District Court

## Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 7/6/2021 at 3:21 PM EDT and filed on 7/6/2021
**Case Name:** Capogrosso v. Gelbstein et al
**Case Number:** 1:18-cv-02710-EK-LB
**Filer:**
**Document Number:** No document attached

**Docket Text:**
ORDER granting [233] Motion for Extension of Time to File -- The application is granted. The briefing schedule is amended as follows: Plaintiff's response to Defendants' motions are due by July 29, 2021; and Defendants' replies, if any, are due by August 8, 2021. In the future, the Court will deny untimely requests for scheduling relief absent extraordinary circumstances accompanied by documentary support. Ordered by Judge Eric R. Komitee on 7/6/2021. *c/m to pro se parties.* (Guy, Alicia)

**1:18-cv-02710-EK-LB Notice has been electronically mailed to:**

Elizabeth A. Forman    eforman@nycourts.gov, jlee@nycourts.gov

James M. Thompson    james.thompson@ag.ny.gov, OAGLitB@ag.ny.gov

Maura Douglas    maura.douglas@davispolk.com, ecf.ct.papers@davispolk.com

Brianne Holland-Stergar    brianne.holland-stergar@davispolk.com, ect.ct.papers@davispolk.com

**1:18-cv-02710-EK-LB Notice will not be electronically mailed to:**

Mario H. Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

