UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARIO CAPOGROSSO,

    *Plaintiff*,

v.

ALAN GELBSTEIN, et al.,

    *Defendants*.

1:18-cv-2710 (EK) (LB)

**ECF Case**
**Electronically Filed**

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, upon the declaration of Brianne Holland-Stergar below, Defendant David Smart hereby moves the Court for an Order allowing Brianne Holland-Stergar to withdraw as counsel for David Smart. In support of such notice and in conformance with Local Rule 1.4, undersigned counsel states the following:

1. As of July 2, 2021, Ms. Holland-Stergar will no longer be associated with the law firm of Davis Polk & Wardwell LLP.

2. Davis Polk & Wardwell LLP continues to be counsel of record in this matter

Dated: New York, New York
July 2, 2021

Respectfully submitted,

DAVIS POLK & WARDWELL LLP

By: _____
Brianne Holland-Stergar
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Bar Number: 5681333
Tel: (646) 413-8350
Email: brianne.hollandstergar@davispolk.com

SO ORDERED:

/S/Magistrate Judge Lois Bloom
United States Magistrate Judge

Dated: August 2, 2021
     Brooklyn, New York