UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARIO H. CAPOGROSSO,

        Plaintiff,                                   **ORDER**
                                                              **18 CV 2710 (EK)(LB)**

   -against-

ALAN GELBSTEIN, *in his individual capacity*, IDA
TRASCHEN, *in her individual capacity*, DANIELLE
CALVO*, in her individual capacity*, SADIQ TAHIR,
*in his individual capacity*, PEC GROUP
OF NY, INC., DAVID SMART, and DMV
COMMISSIONER MARK SCHROEDER,
*in his official capacity*,

        Defendants.
------------------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

       The State defendants request an extension of time to file a reply in support of their motion for summary judgment. ECF No. 241. The request is granted. The State defendants shall file their reply by September 10, 2021.[1]

SO ORDERED.

                                                                      /S/
                                                       LOIS BLOOM
                                                       United States Magistrate Judge

Dated: August 2, 2021
         Brooklyn, New York

---

[1] As the State defendants note, plaintiff filed an affirmation in opposition to the motion for summary judgment (ECF No. 239) on the same date that he requested an extension of time to respond to the motion. It is unclear whether plaintiff intended to file additional papers, however, his time to do so has expired. See Electronic Order dated July 6, 2021.