Hon. Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

United States Magistrate Judge Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201



July 29, 2021

Re: Capogrosso v. Gelbstein et al, No. 18-cv-2710 (E.D.N.Y.)
Request to Add Supplemental Memorandums of Law, Affirmation, and Exhibits to my Opposition to State Defendants' and Defendants Smart's Motions for Summary Judgment

Judge Komitee:

Judge Magistrate Bloom:

Pursuant to your attached order, and after seeking concurrence with the pro se clerk of the Eastern District Court, I request that the attached Memorandums of Law, Affirmation, and Exhibits **be added to** my Opposition to State Defendants and Defendant Smarts' Motions for Summary Judgment as already previously filed and docketed on June 29, 2012, (Dkts 235-239).

Respectfully requested,

Mario H. Capogrosso

**Orders on Motions**
1:18-cv-02710-EK-LB
Capogrosso v. Gelbstein et al

NPROSE

# U.S. District Court

## Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 7/6/2021 at 3:21 PM EDT and filed on 7/6/2021
**Case Name:** Capogrosso v. Gelbstein et al
**Case Number:** 1:18-cv-02710-EK-LB
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER granting [233] Motion for Extension of Time to File -- The application is granted. The briefing schedule is amended as follows: Plaintiff's response to Defendants' motions are due by July 29, 2021; and Defendants' replies, if any, are due by August 8, 2021. In the future, the Court will deny untimely requests for scheduling relief absent extraordinary circumstances accompanied by documentary support. Ordered by Judge Eric R. Komitee on 7/6/2021.** *c/m to pro se parties.* **(Guy, Alicia)**

**1:18-cv-02710-EK-LB Notice has been electronically mailed to:**

Elizabeth A. Forman    eforman@nycourts.gov, jlee@nycourts.gov

James M. Thompson    james.thompson@ag.ny.gov, OAGLitB@ag.ny.gov

Maura Douglas    maura.douglas@davispolk.com, ecf.ct.papers@davispolk.com

Brianne Holland-Stergar    brianne.holland-stergar@davispolk.com, ect.ct.papers@davispolk.com

**1:18-cv-02710-EK-LB Notice will not be electronically mailed to:**

Mario H. Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

---

MARIO H. CAPOGROSSO

                              Plaintiff

-against-                                                  18-CV-2710

ALAN GELBSTEIN, et. al                        **AFFIRMATION OF SERVICE**

                              Defendants

---

I, Mario H. Capogrosso, declare under penalty of perjury that I have served a copy of the attached Letter requesting that supplemental additional matter, Memorandums of Law, Affirmation, and Exhibits be added to my Opposition to State defendants and defendant Smarts' Motion for Summary Judgment, upon:

Maura Douglas, Esq.
Davis Polk & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017

James Thompson, Esq.
Assistant Attorney General
28 Liberty Street
New York, NY 10005

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

Pec Group of NY
935 S. Lake Blvd. #7
Mahopac, NY 10541

via U.S. Postal Service First Class Mail, this 29th day of July 2021.

1

New Rochelle, NY
July 29, 2021

Mario H. Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804
(914) 806-3692

2