# EXHTBIT X

Brooklyn South TVB
2875 West 8th Street,
Brooklyn, NY 11224,

June 20, 2106

Supervising administrative law judge:

My name is Mario H. Capogrosso. I am a duly licensed attorney in the State of New York. My registration No. is 4244331.

I write to the supervising administrative law judge at the Brooklyn South TVB.

I write to inform your office that that I have been improperly excluded from practicing law at the Department of Motor Vehicles Traffic Violations Tribunals in their entirety and specifically from the Brooklyn South TVB as of May 11, 2015 by:

1) Alan Gelbstein, who is an administrative law judge at the Brooklyn South TVB located at 2875 West 8th Street, Brooklyn NY on May 11, 2015,

2) Bushra Vahdat, who is a supervisory administrative law judge, located at the Office of Traffic Violation, 801 Axinn Avenue, Garden City New York 11530,

and

3) Ida Traschen, who is first assistant legal counsel legal bureau for the State of New York Department of Motor Vehicles located at 6 Empire State Plaza, Albany NY 12228.

Also note, I have made numerous phone calls to legal counsel Traschen as documented below seeking clarification as to my improper exclusion from the NYS Department of Motor Traffic Violations Bureaus in their entirety.

Phone calls made to Ida Traschen were made on:

1) May 11, 2015
2) May 12, 2015
3) May 26, 2015
4) August 4, 2015
5) August 7, 2015
6) August 10, 2015
7) August 12, 2015
6) August 25, 2015

To date all phone calls have gone unanswered by Ida Traschen.

1

P-49

As such, I seek your office's written clarification as to my improper exclusion from the Department of Motor Vehicles Traffic Violations Tribunals in their entirety and specifically from the Brooklyn South TVB as of May 11, 2015.

I seek clarity to the issues and conflicts that exist and immediate reinstatement to the practice of law at the Department of Motor Vehicles Traffic Violations Tribunals in their entirety.

Any and all written replies may be sent to undersigned attorney at the address listed below.

*M. H. C.*

Mario H. Capogrosso, Esq.
NY Reg. No. 4244331
21 Sheldrake Place
New Rochelle, NY 10804

2

P-50

Office of Traffic Violations June 20, 2106
801 Axinn Avenue
Garden City, New York 11530

Supervising administrative law judge:

My name is Mario H. Capogrosso. I am a duly licensed attorney in the State of New York My registration No. is 4244331.

I write to the supervising administrative law judge for the NYS Office of Traffic Violations located at 801 Axinn Avenue, Garden City, New York 11530.

I write to inform your office that that I have been improperly excluded from practicing law at the Department of Motor Vehicles Traffic Violations Tribunals in their entirety and specifically from the Brooklyn South TVB as of May 11, 2015 by:

1) Alan Gelbstein, who is an administrative law judge at the Brooklyn South TVB located at 2875 West 8th Street, Brooklyn NY on May 11, 2015,

2) Bushra Vahdat, who is a supervisory administrative law judge, located at the Office of Traffic Violation, 801 Axinn Avenue, Garden City New York 11530,

and

3) Ida Traschen, who is first assistant legal counsel legal bureau for the State of New York Department of Motor Vehicles located at 6 Empire State Plaza, Albany NY 12228.

Also note, I have made numerous phone calls to legal counsel Traschen as documented below seeking clarification as to my improper exclusion from the NYS Department of Motor Traffic Violations Bureaus in their entirety.

Phone calls made to Ida Traschen were made on:

1) May 11, 2015
2) May 12, 2015
3) May 26, 2015
4) August 4, 2015
5) August 7, 2015
6) August 10, 2015
7) August 12, 2015
8) August 25, 2015

1

P-47

To date all phone calls have gone unanswered by Ida Traschen.

As such, I seek your office's written clarification as to my improper exclusion from the Department of Motor Vehicles Traffic Violations Tribunals in their entirety and specifically from the Brooklyn South TVB as of May 11, 2015.

I seek clarity to the issues and conflicts that exist and immediate reinstatement to the practice of law at the Department of Motor Vehicles Traffic Violations Tribunals in their entirety.

Any and all written replies may be sent to undersigned attorney at the address listed below.

*M. H. C.*

Mario H. Capogrosso, Esq.
NY Reg. No. 4244331
21 Sheldrake Place
New Rochelle, NY 10804

State of New York                                      June 20, 2016
Department of Motor Vehicles
6 Empire State Plaza
Albany, New York, 12228

Ida Traschen:

My name is Mario H. Capogrosso. I am a duly licensed attorney in the State of New York. My registration No. is 4244331.

I write to Ida Traschen first assistant legal counsel legal bureau for the State of New York Department of Motor Vehicles located at 6 Empire State Plaza, Albany NY 12228.

I write to inform your office that that I have been improperly excluded from practicing law at the Department of Motor Vehicles Traffic Violations Tribunals in their entirety and specifically from the Brooklyn South TVB as of May 11, 2015 by:

1) Alan Gelbstein, who is an administrative law judge at the Brooklyn South TVB located at 2875 West 8th Street, Brooklyn NY on May 11, 2015,

2) Bushra Vahdat, who is a supervisory administrative law judge, located at the Office of Traffic Violation, 801 Axinn Avenue, Garden City New York 11530,

and

3) Ida Traschen, who is first assistant legal counsel legal bureau for the State of New York Department of Motor Vehicles located at 6 Empire State Plaza, Albany NY 12228.

Also note, I have made numerous phone calls to legal counsel Traschen as documented below seeking clarification as to my improper exclusion from the NYS Department of Motor Traffic Violations Bureaus in their entirety.

Phone calls made to Ida Traschen were made on:

1) May 11, 2015
2) May 12, 2015
3) May 26, 2015
4) August 4, 2015
5) August 7, 2015
6) August 10, 2015
7) August 12, 2015
8) August 25, 2015

To date all phone calls have gone unanswered by Ida Traschen.

1

P-45

As such, I seek your office's written clarification as to my improper exclusion from the Department of Motor Vehicles Traffic Violations Tribunals in their entirety and specifically from the Brooklyn South TVB as of May 11, 2015.

I seek clarity to the issues and conflicts that exist and immediate reinstatement to the practice of law at the Department of Motor Vehicles Traffic Violations Tribunals in their entirety.

Any and all written replies may be sent to undersigned attorney at the address listed below.

*M-H. C*

Mario H. Capogrosso, Esq.
NY Reg. No. 4244331
21 Sheldrake Place
New Rochelle, NY 10804

2

P-46

NYS Office of the Attorney General  
120 Broadway, 24th floor  
New York City, NY 10027  

June 20, 2106

Elizabeth Prickett-Morgan:

My name is Mario H. Capogrosso. I am a duly licensed attorney in the State of New York. My registration No. is 4244331.

I write to Elizabeth Prickett-Morgan, legal counsel for the NYS Office of the Attorney General, located at 120 Broadway, 24th floor, New York City, NY 10027.

I write to inform your office that that I have been improperly excluded from practicing law at the Department of Motor Vehicles Traffic Violations Tribunals in their entirety and specifically from the Brooklyn South TVB as of May 11, 2015 by:

1) Alan Gelbstein, who is an administrative law judge at the Brooklyn South TVB located at 2875 West 8th Street, Brooklyn NY on May 11, 2015,

2) Bushra Vahdat, a supervisory administrative law judge, located at the Office of Traffic Violation, 801 Axinn Avenue, Garden City New York 11530,

and

3) Ida Traschen, who is first assistant legal counsel legal bureau for the State of New York Department of Motor Vehicles located at 6 Empire State Plaza, Albany NY 12228.

Also note, I have made numerous phone calls to legal counsel Traschen as documented below seeking clarification as to my improper exclusion from the NYS Department of Motor Traffic Violations Bureaus in their entirety.

Phone calls made to Ida Traschen were made on:

1) May 11, 2015  
2) May 12, 2015  
3) May 26, 2015  
4) August 4, 2015  
5) August 7, 2015  
6) August 10, 2015  
7) August 12, 2015  
8) August 25, 2015  

To date all phone calls have gone unanswered by Ida Traschen.

1

P-43

As such, I seek your office's written clarification as to my improper exclusion from the Department of Motor Vehicles Traffic Violations Tribunals in their entirety and specifically from the Brooklyn South TVB as of May 11, 2015.

I seek clarity to the issues and conflicts that exist and immediate reinstatement to the practice of law at the Department of Motor Vehicles Traffic Violations Tribunals in their entirety.

Any and all written replies may be sent to undersigned attorney at the address listed below.

*M-H G*

Mario H. Capogrosso, Esq.
NY Reg. No. 4244331
21 Sheldrake Place
New Rochelle, NY 10804

2

P-44