# EXHTBIT Y



# PEC GROUP OF NY, INC.
*"Protecting Your State, Securing America"*

### INCIDENT SUMMARY: DMV 05/16/13

On Thursday, May 16, 2013, at approximately 10:15am, Account Manager Lionel Flores received a call from Cathy, Administrative Assistant to DMV Manager Heidi Burke in the Brooklyn South District Office. Cathy informed Mr. Flores, that Barry Blanding, the security officer on the District Office side and David Smart from the Traffic Violation Bureau got into a verbal confrontation.

Mr. Flores informed Cathy that he was sending replacements for both officers, and that he was on his way to speak with the officers.

Mr. Flores spoke to both officers over the phone and both made conflicting statements, naming the other as the aggressor. Officer Smart alleged that Officer Blanding opened a door that separated the Ticket Violation Bureau from the District Office and caused it to contact Officer Smart's head. Officer Blanding alleged that Officer Smart allowed personnel to enter through the door without authorization, and when he went to speak to Officer Smart about it, Officer Smart became belligerent and confrontational. Mr. Flores instructed both to remain separated until he arrived.

Upon arrival at approximately 11:35am, Mr. Flores spoke with Mrs. Burke and the Bronx District Office Manager Raquel Padilla, who was on site for a meeting, and both stated that the confrontation was provoked by Officer Smart. Mrs. Burke also mentioned that Mr. Smart had been told before that no one is authorized to go through the aforementioned door in the morning. Mrs. Burke then informed Mr. Flores that Officer Blanding was removed from the site by a NYPD Sergeant that was inside the DMV. Mrs. Burke informed Mr. Flores that she did not want Officer Blanding fired, as she felt he was not wrong and was a very good guard.

After speaking with managers on the District Office side, Mr. Flores went to speak with personnel from the Ticket Violation Bureau and Officer Smart. The TVB on-duty supervisor, Danielle Calvo stated that Officer Smart did not initiate the confrontation. Mrs. Calvo also stated that she did not want Officer Smart fired, as she felt the incident was not his fault and he was a very good guard. Officer Smart stated that Officer Blanding angrily confronted him about letting personnel through the aforementioned door and used profanity and then as he was following him, Officer Blanding opened the door, causing it to hit his head.

Mr. Flores informed the managers on both sides that PEC takes workplace confrontations very seriously and based on the fact that witnesses can be produced against both officers, both officers are subject to termination. Mrs. Burke and Mrs. Calvo both requested that their officer not be fired over the incident.

After speaking with the local precinct Mr. Flores was informed there was no formal complaint signed against Officer Blanding by any DMV personnel or Officer Smart. The Sergeant that took Officer Blanding into custody did so based on the statement that Officer Smart was hit in the head by the door that Officer Blanding opened. As a result, Officer Blanding would be issued a Temporary Restraining Order, preventing him from being in the same area as Officer Smart. The Sergeant explained that as no complaint was filed, the TRO would be dismissed on the scheduled court date.

---

935 South Lake Blvd., Suite 7, Mahopac, NY 10541   Phone (845) 803-8478 • Fax (845) 803-8463
www.pecsecurity.com
This Business is Licensed by the State of New York



# PEC GROUP OF NY, INC.
*"Protecting Your State, Securing America"*

---

Mr. Flores then consulted with PEC Director of Operations, Tom Roche. After taking into consideration the client requests and the fact that there were conflicting witness on both sides, it was decided that if each side agrees that the officer on the other side can remain employed, under the condition that any further incident will result in the immediate termination of the offending officer, then both officers can remain employed at the site.

Mr. Flores relayed the information to both sides. Mrs. Burke signed a letter stating that she would like Officer Blanding to retain his job with the understanding that any future incident would result in termination, and also with the understanding that Officer Smart will remain employed at the Ticket Violations Bureau. Mrs. Calvo was not authorized to write a letter, but instead asked that PEC speak with her District Manager Will Kendall.

Mr. Roche telephoned Mr. Kendall and discussed the incident and resolution. Mr. Kendall verbally agreed to the resolution, preferring not to put anything in writing, but offering to speak with any concerned parties.

Both officers received and signed disciplinary action notices, informing them that any further incidents will result in disciplinary action, up to and including termination.

Officer Blanding is temporarily working at the Bronx District Office and will return to the Brooklyn District office following the dismissal of the TRO.

Respectfully submitted,

Thomas Roche
Director of Operations
PEC Group of NY, Inc.
845-803-8478
troche@pecsecurity.com

935 South Lake Blvd., Suite 7, Mahopac, NY 10541   Phone (845) 803-8478 • Fax (845) 803-8463
www.pecsecurity.com
This Business is Licensed by the State of New York



**STATE OF NEW YORK
DEPARTMENT OF MOTOR VEHICLES**

CONEY ISLAND DISTRICT OFFICE 2875 West 8th Street, Brooklyn NY 11224-3604

BARBARA J. FIALA
Commissioner

May 16th, 2013

PEC Group of NY, Inc.

To Whom it May Concern:

I will like to continue to have Barry Blanding as our security guard in the DMV Coney Island D.O., with the understanding that can be terminated if he were to get into another situation against company's policy. Also with the understanding that David Smart will still be working at the TVB office.

Thank you,

Heidi Burke
Office Manager

File



# PEC GROUP OF NY, INC.
*"Protecting Your State, Securing America"*

## Employee Termination Notice

Employee Name: __David Smart__      Date: __May 16th, 2013__

### Type of Warning
___ Verbal    _X_ Written Warning    ___ Termination

### Type of Offense

___ Tardiness       ___ Absenteeism       ___ Job Abandonment

_X_ Misconduct      ___ Dress Code        ___ Other (please specify below)

### Details

Description of Infraction __Officer Smart was involved in a confrontation with co-worker Officer Blanding. The confrontation was witnessed by several people at the workplace and required involvement from PEC and client management.__

Officer Smart's actions caused a disruption at the workplace and are contrary to the duties and responsibilities of his position.

Officer Smart, with this final warning, is hereby notified that any further incident will result in disciplinary action, up to and including termination.

### Acknowledgement of Receipt of Notice

By signing this form, you confirm that management has discussed the above mention incident with you and the warning has been presented to you in writing.

_[signature]_                                   5/20/13
Employee Signature                              Date

_[signature]_                                   5/20/13
Manager                                         Date

_____                        __/__/__
Witness                                         Date

935 South Lake Blvd. Mahopac, NY 10541 • Phone (845) 803-8478 • Fax (845)803-8463
www.pecsecurity.com
This Business is Licensed by the State of New York

(4/12dr)

Received Time May. 20. 2013  1:37PM No. 4911

05/20/2013  02:08PM  17189338710                  NYS DMV                                    PAGE  01/01



# PEC GROUP OF NY, INC.
*"Protecting Your State, Securing America"*

## Employee Termination Notice

Employee Name: __Barry Blanding__                    Date: __May 16th, 2013__

### Type of Warning

___ Verbal    **X** Written Warning    ___ Termination

### Type of Offense

___ Tardiness          ___ Absenteeism       ___ Job Abandonment
**X** Misconduct       ___ Dress Code        ___ Other (please specify below)

### Details

**Description of Infraction**   Officer Blanding was involved in a confrontation with co-worker Officer Smart. The confrontation was witnessed by several people at the workplace and required involvement from PEC and client management.

Officer Blanding's actions caused a disruption at the workplace and are contrary to the duties and responsibilities of his position.

Officer Blanding, with this final warning, is hereby notified that any further incident will result in disciplinary action, up to and including termination.

### Acknowledgement of Receipt of Notice

By signing this form, you confirm that management has discussed the above mention incident with you and the warning has been presented to you in writing:

_[signature]_                                          5 / 20 / 13
Employee Signature                                     Date

_[signature]_                                          5 / 20 / 13
Manager                                                Date

_____                                       __/__/__
Witness                                                Date

935 South Lake Blvd. Mahopac, NY 10541 • Phone (845) 803-8478 • Fax (845)803-8463
www.pecsecurity.com
This Business is Licensed by the State of New York

(4/12tjr)

Received Time May. 20. 2013  2:05PM No. 4913

DMV-0000074