# EXHTBIT EE

1/6/11

We the undersigned clerks, supervisors, and judges of Brooklyn South Traffic Violations Bureau state that we feel the presence of attorney Mario Capogrosso on our premises constitutes a threat to our physical safety. We believe that Mr. Capogrosso's behavior is unstable and hereby state that he has gotten into confrontations with many of us in the past years. These confrontations have been escalating to the point of where a physical confrontation has nearly ensued between him and a Brooklyn South employee on January 5, 2011 after close of business. We request that Mr. Capogrosso's behavior be dealt with and that the management of this agency alleviates this threat to our physical safety.

| | |
|---|---|
| *[signature]* | |
| *[signature]* | |
| *[signature]* | |
| *[signature]* | |
| *[signature]* | |
| Lucy Cali | |
| *[signature]* | |
| *[signature]* | |
| Kimberly Rivers | |
| M. Godfrey | |
| *[signature]* | |
| Roy Lucan | |
| *[signature]* | |
| *[signature]* | |
| *[signature]* | |
| *[signature]* | |
| *[signature]* | |
| Wanda Ayod | |

\* was signed by all 3 supervisors, 1 judge, and 14 out of 17 clerks. The clerks that didn't sign was because 2 are off and 1 is a new employee.

DMV-0000244

**EXHIBIT**
Exhibit 7