UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

---

MARIO H. CAPOGROSSO

         Plaintiff

-against-                18-CV-2710

ALAN GELBSTEIN, et. al       **AFFIRMATION OF SERVICE**

         Defendants

---

I, Mario H. Capogrosso, declare under penalty of perjury that I have served a copy of the attached Memorandum of Law in Opposition to Defendant Smarts' Motion for Summary Judgment, and attached exhibits, upon:

Maura Douglas, Esq.
Davis Polk & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017

James Thompson, Esq.
Assistant Attorney General
28 Liberty Street
New York, NY 10005

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

Pec Group of NY
935 S. Lake Blvd. #7
Mahopac, NY 10541

via U.S. Postal Service First Class Mail, this 29th day of July 2021.

New Rochelle, NY
July 29, 2021

*M. H. C*
Mario H. Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804
(914) 806-3692