Hon. Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

United States Magistrate Judge Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201



August 2, 2021

Re: Capogrosso v. Gelbstein et al, No. 18-cv-2710 (E.D.N.Y.)
    Letter Response to Docket 241

Judge Komitee:

Judge Magistrate Bloom:

    I wish to keep the record straight.

    See attached, in which I respond to opposing counsel's request for and extension of time to reply, which was made on July 30, 2021 at 4:21 pm, on July 30, 2021 at 7:08 pm.

Respectfully stated,

Mario H. Capogrosso

**From:** Stan.O'Loughlin@ag.ny.gov,
**To:** nry4@aol.com,
**Subject:** RE: Capogrosso v. Gelbstein, 18-CV-2710 (EDNY)
**Date:** Mon, Aug 2, 2021 10:47 am
**Attachments:** 241 - Ltr for Ext. of Reply Time.pdf (188K)

Please find attached.

## D. Stan O'Loughlin | Deputy Section Chief

Litigation Bureau | Commercial and Transportation Agencies Section

Office of the Attorney General of the State of New York

28 Liberty Street | New York, New York 10005

Tel: (212) 416-8593 | stan.o'loughlin@ag.ny.gov | www.ag.ny.gov

**From:** nry4@aol.com <nry4@aol.com>
**Sent:** Friday, July 30, 2021 7:08 PM
**To:** O'Loughlin, Stan <Stan.O'Loughlin@ag.ny.gov>
**Subject:** Re: Capogrosso v. Gelbstein, 18-CV-2710 (EDNY)

[EXTERNAL]

I do not know who you are

But if this regards 18-cv2710

I agree only to a 30 day extension of time as I was given

I agree to an extension to August 29, 2021

In the future contact me by my contact information as given in my Complaint

914-806,3692

21 Sheldrake Place

New Rochelle, NY 10804

-----Original Message-----
From: O'Loughlin, Stan <Stan.O'Loughlin@ag.ny.gov>
To: nry4@aol.com <nry4@aol.com>; capogrossom@aol.com <capogrossom@aol.com>
Sent: Fri, Jul 30, 2021 4:21 pm
Subject: Capogrosso v. Gelbstein, 18-CV-2710 (EDNY)

Mr. Capogrosso,

To my knowledge, our office has not yet received a copy of your legal memoranda in opposition to the summary judgment motion filed by the State Defendants in the above-referenced case, nor do they appear on the docket. My understanding is that that they were due to be filed yesterday (7/29). Please confirm whether they have been sent.

Accordingly, we will be requesting that the Court extend the State Defendants' time to reply from August 8 to September 10, 2021. Kindly let me know if you will consent to this request.

**D. Stan O'Loughlin**
Litigation Bureau | Commercial and Transportation Agencies Section
Office of the Attorney General of the State of New York

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK



MARIO H. CAPOGROSSO

                              Plaintiff

-against-                                              18-CV-2710

ALAN GELBSTEIN, et. al                       **AFFIRMATION OF SERVICE**

                             Defendants

      I, Mario H. Capogrosso, declare under penalty of perjury that I have served a copy of the attached Letter Response to Dockt 241 upon:

Maura Douglas, Esq.
Davis Polk & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017

James Thompson, Esq.
Assistant Attorney General
28 Liberty Street
New York, NY 10005

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

Pec Group of NY
935 S. Lake Blvd. #7
Mahopac, NY 10541

via U.S. Postal Service First Class Mail, this 2nd day of August, 2021..

1

New Rochelle, NY
August 2, 2021

Mario H. Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804
(914) 806-3692

2