UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARIO H. CAPOGROSSO,

                Plaintiff,

   -against-

ALAN GELBSTEIN, *in his individual capacity*, IDA
TRASCHEN, *in her individual capacity*, DANIELLE
CALVO, *in her individual capacity*, SADIQ TAHIR,
*in his individual capacity*, PEC GROUP
OF NY, INC., DAVID SMART, and DMV
COMMISSIONER MARK SCHROEDER,
*in his official capacity*,

                Defendants.
-----------------------------------------------------------------X

**ORDER**
**18 CV 2710 (EK)(LB)**

**BLOOM, United States Magistrate Judge:**

      Defendant David Smart requests an extension of time to file a reply in support of his motion for summary judgment. ECF No. 244. Defendant Smart requests to extend the August 8, 2021 deadline to September 10, 2021. This is a 33-day extension of time. Defendant writes that plaintiff consents only to a 30-day extension. The additional three days will not prejudice plaintiff. Accordingly, defendant Smart's request is granted. Defendant Smart shall file his reply by September 10, 2021.[1]

SO ORDERED.

                                                               /S/
                                         LOIS BLOOM
                                         United States Magistrate Judge

Dated: August 5, 2021
       Brooklyn, New York

---

[1] In the Court's August 2, 2021 Order, I noted that the time had expired for plaintiff to file additional papers. ECF No. 243, fn 1. Those documents have since been docketed and the Court notes that they were timely filed. See ECF Nos. 246-266.