18-CV-2710
(CBA)

CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 12 2021 ★

BROOKLYN OFFICE

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, N

NIXIE

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 11201183299          *3045-07079-03-44
                          0008/10/21

NEW YORK NY 100
3 AUG 2021 PM 14 L

quadient
08/02/2021
US POSTAGE $000.51
ZIP 11201
041M11470324

FIRST-CLASS MAIL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 12 2021 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARIO H. CAPOGROSSO,

                          Plaintiff,

          -against-

ALAN GELBSTEIN, *in his individual capacity*, IDA
TRASCHEN, *in her individual capacity*, DANIELLE
CALVO*, in her individual capacity*, SADIQ TAHIR,
*in his individual capacity*, PEC GROUP
OF NY, INC., DAVID SMART, and DMV
COMMISSIONER MARK SCHROEDER,
*in his official capacity*,

                          Defendants.
-------------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

**ORDER**
**18 CV 2710 (EK)(LB)**

          The State defendants request an extension of time to file a reply in support of their

motion for summary judgment. ECF No. 241. The request is granted. The State defendants shall

file their reply by September 10, 2021.[1]

SO ORDERED.

                                        _____/S/_____
                                        LOIS BLOOM
                                        United States Magistrate Judge

Dated: August 2, 2021
          Brooklyn, New York

---

[1] As the State defendants note, plaintiff filed an affirmation in opposition to the motion for summary judgment (ECF
No. 239) on the same date that he requested an extension of time to respond to the motion. It is unclear whether
plaintiff intended to file additional papers, however, his time to do so has expired. See Electronic Order dated July 6,
2021.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARIO CAPOGROSSO,

              *Plaintiff*,

     v.

ALAN GELBSTEIN, et al.,

              *Defendants*.

1:18-cv-2710  (EK)(LB)

**ECF Case**
**Electronically Filed**

## MOTION TO WITHDRAW AS COUNSEL

     PLEASE TAKE NOTICE that, upon the declaration of Brianne Holland-Stergar below, Defendant David Smart hereby moves the Court for an Order allowing Brianne Holland-Stergar to withdraw as counsel for David Smart. In support of such notice and in conformance with Local Rule 1.4, undersigned counsel states the following:

1. As of July 2, 2021, Ms. Holland-Stergar will no longer be associated with the law firm of Davis Polk & Wardwell LLP.

2. Davis Polk & Wardwell LLP continues to be counsel of record in this matter

Dated:  New York, New York
       July 2, 2021

Respectfully submitted,

DAVIS POLK & WARDWELL LLP

By: _____
Brianne Holland-Stergar
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Bar Number: 5681333
Tel: (646) 413-8350
Email: brianne.hollandstergar@davispolk.com

SO ORDERED:

/S/Magistrate Judge Lois Bloom
United States Magistrate Judge

Dated: August 2, 2021
     Brooklyn, New York