CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300



NEW YORK NY 100
10 AUG 2021 PM 12 L



neopost
05/24/2021
US POSTAGE $001.00⁰

ZIP 11201
041M11271726

18-cv-2710 (EK LB)



RECEIVED
AUG 20 2021
PRO SE OFFICE

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235



NIXIE     100    DE  1        0008/14/21
         RETURN TO SENDER
       INSUFFICIENT ADDRESS
        UNABLE TO FORWARD

BC: 11201183299      *2845-01104-10-44

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARIO H. CAPOGROSSO,

        Plaintiff,                                          **ORDER**
                                                           **18 CV 2710 (EK)(LB)**

      -against-

ALAN GELBSTEIN, *in his individual capacity*, IDA
TRASCHEN, *in her individual capacity*, DANIELLE
CALVO, *in her individual capacity*, SADIQ TAHIR,
*in his individual capacity*, PEC GROUP
OF NY, INC., DAVID SMART, and DMV
COMMISSIONER MARK SCHROEDER,
*in his official capacity*,

        Defendants.
-----------------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

      Defendant David Smart requests an extension of time to file a reply in support of his motion for summary judgment. ECF No. 244. Defendant Smart requests to extend the August 8, 2021 deadline to September 10, 2021. This is a 33-day extension of time. Defendant writes that plaintiff consents only to a 30-day extension. The additional three days will not prejudice plaintiff. Accordingly, defendant Smart's request is granted. Defendant Smart shall file his reply by September 10, 2021.[1]

SO ORDERED.

                                                                        /S/
                                                            LOIS BLOOM
                                                            United States Magistrate Judge

Dated: August 5, 2021
       Brooklyn, New York

---

[1] In the Court's August 2, 2021 Order, I noted that the time had expired for plaintiff to file additional papers. ECF No. 243, fn 1. Those documents have since been docketed and the Court notes that they were timely filed. See ECF Nos. 246-266.