UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Mario Capogrosso,

        Plaintiff,

    v.

David Smart et al,

        Defendants.

Civ. No. 1:18-cv-2710-EK-LB

# NOTICE OF LIMITED APPEARANCE FOR THE PURPOSE OF SUMMARY JUDGMENT

To the Clerk of this Court and all parties of record:

Please enter my appearance as pro bono counsel in this case on behalf of David Smart for the limited purpose of representation in filing a motion for summary judgment. I certify that I am admitted to practice in this Court.

Dated: September 8, 2021

DAVIS POLK & WARDWELL LLP

By: */s/ Sharon Katz*

Sharon Katz
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Bar Number: SK4911
Tel:   (212) 450-4508
Email: sharon.katz@davispolk.com