UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIO CAPOGROSSO,<br><br>　　　　　　*Plaintiff*,<br><br>　　v.<br><br>ALAN GELBSTEIN, et al.,<br><br>　　　　　　*Defendants*. | 1:18-cv-2710 (EK) (LB)<br><br>**ECF Case**<br>**Electronically Filed** |

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, upon the declaration of Maura Douglas below, Defendant David Smart hereby moves the Court for an Order allowing Maura Douglas to withdraw as counsel for David Smart. In support of such notice and in conformance with Local Rule 1.4, undersigned counsel states the following:

1. As of September 9, 2021, Ms. Douglas will no longer be associated with the law firm of Davis Polk & Wardwell LLP.

2. Davis Polk & Wardwell LLP continues to be counsel of record in this matter for the limited purpose of appearing in connection with Mr. Smart's summary judgment motion .

Dated:　New York, New York
　　　　　September 8, 2021

Respectfully submitted,

DAVIS POLK & WARDWELL LLP

By: _____
Maura Douglas
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Bar Number: 5659958
Tel: (718) 406-4589
Email: maura.douglas@davispolk.com