CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
★ SEP 22 2021
BROOKLYN OFFICE

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

NEW YORK NY 100
15 SEP 2021 PM 13 L

quadient
09/15/2021
US POSTAGE $000.73
ZIP 11201
041M11470224

RETURN TO SENDER
NO SUCH STREET
UNABLE TO FORWARD

BC: 11201183299    *2945-03904-15-45*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ SEP 22 2021 ★

BROOKLYN OFFICE

**U.S. District Court**

**Eastern District of New York**

**Notice of Electronic Filing**

The following transaction was entered on 9/13/2021 at 12:59 PM EDT and filed on 9/13/2021
**Case Name:** Capogrosso v. Gelbstein et al
**Case Number:** 1:18-cv-02710-EK-LB
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER: Attorneys Stan O'Loughlin and Elizabeth Forman request leave to withdraw as counsel for defendants Gelbstein, Traschen, Calvo, and the DMV ("the State Defendants"). ECF No. 275. The request is granted. Attorney James Thompson will continue to represent the State Defendants on behalf of the Attorney General. Ordered by Magistrate Judge Lois Bloom on 9/13/2021. (Wilhelm, Samantha)**

**1:18-cv-02710-EK-LB Notice has been electronically mailed to:**

Elizabeth A. Forman    eforman@nycourts.gov, jlee@nycourts.gov

Sharon Katz    skatz@dpw.com, ecf.ct.papers@dpw.com

D. Stan Oloughlin    soloughl@ag.ny.gov, oaglite@ag.ny.gov

James M. Thompson    james.thompson@ag.ny.gov, OAGLitB@ag.ny.gov

**1:18-cv-02710-EK-LB Notice will not be electronically mailed to:**

Mario H. Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235