UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARIO H. CAPOGROSSO,

                Plaintiff,                          **ORDER**
                                                                     18 CV 2710 (EK)(LB)

  -against-

ALAN GELBSTEIN, *in his individual capacity*, IDA
TRASCHEN, *in her individual capacity*, DANIELLE
CALVO*, in her individual capacity*, SADIQ TAHIR,
PEC GROUP OF NY, INC., DAVID SMART, and
DMV COMMISSIONER MARK SCHROEDER,
*in his official capacity*,

                Defendants.
-----------------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

      On February 7, 2022, plaintiff left a message on my chamber's voicemail stating that he wishes to request an extension of time to file his objections to my February 1, 2022 Report and Recommendation.[1] Plaintiff is an attorney and he should be well aware that any request for an extension of time must be made in writing and filed on the docket. The Court will not consider requests made by telephone.

SO ORDERED.

                                                                                     /S/
                                                                LOIS BLOOM
                                                                United States Magistrate Judge

Dated: February 9, 2022
       Brooklyn, New York

---

[1] Plaintiff has declined to sign up for electronic case notification in his case.