Recvd 2/11/22
sg

RECEIVED FEB 09 2022 PRO SE OFFICE

PRO SE OFFICE.

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ FEB 09 2022 ★ BROOKLYN OFFICE

2/8/2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARIO H. CAPOGROSSO
v.
ALAN GELBSTEIN, et.al.

CV-18-2710

REQUEST FOR AN EXTENSION OF TIME

J. KOMITEE
J. MAGISTRATE BLOOM

    PURSUANT TO 28 U.S.C. SECTION 636(b)(1) AND RULE 72(b) I SEEK AN EXTENSION OF TIME TO FILE MY OBJECTIONS TO THE REPORT AND RECOMMENDATION (DOCUMENT 278) WHICH IS DATED FEBRUARY 1, 2022, WAS MAILED ON FEBRUARY 3, 2022, AS EVIDENCED BY U.S. MAIL POSTMARK, AND WHICH I RECEIVED ON FEBRUARY 7, 2022.

    I SEEK A SEVEN DAY (7) EXTENSION TO FEBRUARY 21, 2022 IN ORDER TO FILE MY OBJECTIONS.

M. H. C.
MARIO H. CAPOGROSSO
21 SHELDRAKE PLACE
NEW ROCHELLE, N.Y. 10804

PRO SE OFFICE

2/8/2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARIO H. CAPOGROSSO

V.                                                CV-18-2710

ALAN GELBSTEIN, et. al.              AFFIRMATION OF
                                                        SERVICE

I, MARIO H. CAPOGROSSO, DECLARE UNDER PENALTY OF PERJURY, THAT I HAVE SERVED A COPY OF THE ATTACHED REQUEST FOR AN EXTENSION OF TIME UPON:

MAURA DOUGLAS, ESQ.                SADIQ TAHIR
DAVIS POLK & WARDELL, LLP         2994 CONEY ISLAND AVE
450 LEXINGTON AVENUE                BROOKLYN NY 11235
NEW YORK, NY 10017

JAMES THOMPSON, ESQ                PEC GROUP OF NY
ASSISTANT ATTORNEY GENERAL     935 S. LAKE
28 LIBERTY STREET                         MAHOPAC NY 10541
NEW YORK, NY 10005

VIA U.S. POSTAL SERVICE FIRST CLASS MAIL THIS 8TH DAY OF FEBRUARY, 2022.

M-H C
MARIO H. CAPOGROSSO
21 SHEDRAKE PLACE
NEW ROCHELLE, NY 10804

MARIO H. CAPOGROSSO
21 SHELDLAKE PLACE
NEW ROCHELLE, N.Y. 10804

UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT
PRO SE OFFICE
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

ATTENTION: PRO SE OFFICE

FSC MIX Board C116916

PAPER POUCH how2recycle.info

PRESS FIRM

UNITED STATES POSTAL SERVICE

1007

11201

U.S. POSTAGE
PME 1-Day
VERO BEACH, FL
32960
FEB 08, 22
AMOUNT

**$26.95**

R2305H126314-10

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EI 076 523 991 US

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT) PHONE ( )

MARIO H. CAPOGLANUO
21 SHELDRAKE PLACE
NEW ROCHELLE, NY
10804

**DELIVERY OPTIONS (Customer Use Only)**

☐ **SIGNATURE REQUIRED** *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**

☐ No Saturday Delivery (delivered next business day)

☐ Sunday/Holiday Delivery Required (additional fee, where available*)

*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT) PHONE ( )

UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT
PRO SE OFFICE
225 CADMAN PLAZA EAST

ZIP + 4® (U.S. ADDRESSES ONLY)

BROOKLYN NY 11201

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|
| | |

**ORIGIN (POSTAL SERVICE USE ONLY)**

☒ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| | | | |
|---|---|---|---|
| PO ZIP Code: 32960 | Scheduled Delivery Date (MM/DD/YY): 2-9-22 | Postage: $ 26.95 | |
| Date Accepted (MM/DD/YY): 2-8-22 | Scheduled Delivery Time: ☒ 6:00 PM | Insurance Fee: $ | COD Fee: $ |
| Time Accepted: 1:46 ☐ AM ☒ PM | | Return Receipt Fee: $ | Live Animal Transportation Fee: $ |
| Special Handling/Fragile: $ | Sunday/Holiday Premium Fee: $ | Total Postage & Fees | |
| Weight ☒ Flat Rate lbs. ozs. | Acceptance Employee Initials: DG | $ 26.95 | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| | ☐ AM ☐ PM | |

LABEL 11-B, MAY 2021 PSN 7690-02-000-9996