

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

---

MARIO H. CAPOGROSSO

                               Plaintiff

-against-                                 CV18-2710

ALAN GELBSTEIN, et. al              **AFFIRMATION OF SERVICE**

                              Defendants

---

         I, Mario H. Capogrosso, declare under penalty of perjury that I have served a copy of the attached Objections to Report and Recommendation dated February 1, 2022 (ECF 278) upon:

Maura Douglas, Esq.
Davis Polk & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017

James Thompson, Esq.
Assistant Attorney General
28 Liberty Street
New York, NY 10005



Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

Pec Group of NY
935 S. Lake Blvd. #7
Mahopac, NY 10541

via U.S. Postal Service First Class Mail, this 14th day of February , 2022.

1

New Rochelle, NY
February 14, 2022

Mario H. Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804
(914) 806-3692

CAPOGROSSO

v

GELBSTEIN, et.al.

Civ 18-cv-2710

TO: PRO SE OFFICE

