

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

---

MARIO H. CAPOGROSSO

                              Plaintiff

-against-                                          18-CV-2710

ALAN GELBSTEIN, et. al                **AFFIRMATION OF SERVICE**

                              Defendants

---

I, Mario H. Capogrosso, declare under penalty of perjury that I have served a copy of the attached Supplemental Objection to Report and Recommendation, ECF 278, dated February 1, 2022 upon:

Maura Douglas, Esq.
Davis Polk & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017

James Thompson, Esq.
Assistant Attorney General
28 Liberty Street
New York, NY 10005

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

Pec Group of NY
935 S. Lake Blvd. #7
Mahopac, NY 10541

via U.S. Postal Service First Class Mail, this 16th day of February 2022.

1

New Rochelle, NY
February 16, 2022.

*Mario H. Capogrosso*
Mario H. Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804
(914) 806-3692

TO: PRO SE OFFICE
CLERK
U.S. DISTRICT COURT
E.D.N.Y.
AFTER HOURS DROP BOX

RE: CAPOGROSSO
v.
GELBSTEIN, et al
18-CV-2710

DATE: FEBRUARY 16, 2022