CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 18 2022 ★
BROOKLYN OFFICE

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

NIXIE  100  FE  1  0002/16/22
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 11201183299    *2445-01826-10-42

NEW YORK NY 100
02/09/22

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARIO H. CAPOGROSSO,

                Plaintiff,

-against-

ALAN GELBSTEIN, *in his individual capacity*, IDA TRASCHEN, *in her individual capacity*, DANIELLE CALVO, *in her individual capacity*, SADIQ TAHIR, PEC GROUP OF NY, INC., DAVID SMART, and DMV COMMISSIONER MARK SCHROEDER, *in his official capacity*,

                Defendants.
----------------------------------------------------------------X

ORDER
18 CV 2710 (EK)(LB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 18 2022 ★
BROOKLYN OFFICE

**BLOOM, United States Magistrate Judge:**

On February 7, 2022, plaintiff left a message on my chamber's voicemail stating that he wishes to request an extension of time to file his objections to my February 1, 2022 Report and Recommendation.[1] Plaintiff is an attorney and he should be well aware that any request for an extension of time must be made in writing and filed on the docket. The Court will not consider requests made by telephone.

SO ORDERED.

                                                  _____/S/_____
                                                  LOIS BLOOM
                                                  United States Magistrate Judge

Dated: February 9, 2022
         Brooklyn, New York

---

[1] Plaintiff has declined to sign up for electronic case notification in his case.