RECEIVED MAR 03 2022 PRO SE OFFICE

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y.
★ MAR 03 2022 ★
BROOKLYN OFFICE

2/28/2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARIO H. CAPOGROSSO                    CV-18-2710
v.
ALAN GELBSTEIN, et. al.

REPLY TO MOTION FOR EXTENSION OF TIME
(ECF 285).

THE STATE'S ATTORNEY WRITES "THE REQUEST WAS MOOT." (ECF 285, page 2).

THIS IS NOT TRUE.

MY REQUEST FOR, AS WRITTEN, AN EXTENSION OF TIME WAS FILED 2/9/2022, (SEE ECF 280), WHICH IS PRIOR TO FILING MY OBJECTION TO REPORT AND RECOMMENDATION dated 2/14/22 (ECF 282).

THEREFORE WHEN I ASKED FOR AN EXTENSION OF TIME, WHICH WAS NOT GRANTED, SUCH REQUEST WAS NOT MOOT.

THE ORDER WHICH THE ATTORNEY GENERAL SPEAKS, DATED 2/22/2022

1.

ONLY STATES THAT MY REQUEST HAD TO BE IN WRITING. (SEE ECF 285, ECF 284).

MY REQUEST WAS MADE IN WRITING ON 2/9/2022 (ECF 280) PRIOR TO THE FILING OF MY OBJECTIONS TO REPORT AND RECOMMENDATIONS (ECF 282).

MARIO H. CAPOGROSSO

2.

2/28/2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARIO H. CAPOGROSSO
v.                                                    CV-18-2710
ALAN GELBSTEIN, (et al)          AFFIRMATION OF
                                                      SERVICE

I MARIO H. CAPOGROSSO DECLARE UNDER PENALTY OF PERJURY THAT I HAVE SERVED A COPY OF THE ~~ATTACHED~~ AN ATTACHED REPLY TO MOTION FOR EXTENSION OF TIME (ECF 285) UPON:

MAURA DOUGLAN Esq.                         SADIQ TAHIR
DAVIS POLK & WARDELL LLP        2994 CONEY ISLAND AVE
450 LEXINGTON AVENUE             BROOKLYN NY 11235
NEW YORK, NY 10017

JAMES THOMPSON, Esq.              PEC GROUP OF NY
ASSISTANT ATTORNEY GENERAL    935 S. LANE
28 LIBERTY STREET                         MAHOPAC, NY 10541
NEW YORK, NY 10005

VIA US POSTAL SERVICE FIRST CLASS MAIL THIS 28TH DAY OF FEBRUARY, 2022.                   M.H.C.
                                                                            MARIO H. CAPOGROSSO

Mario H. Capogna
21 Sheldrake Place
New Rochelle, NY 10804

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201