**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 14 2022 ★

BROOKLYN OFFICE

CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

NEW YORK NY 100
3 OCT 2022 PM 12 L

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

NIXIE       100    DE   1        09/19/22

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 11201183299        *2845-04227-03-45

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARIO H. CAPOGROSSO,

        Plaintiff,

-against-

JUDGMENT
18-CV-2710(EK)(LB)

ALAN GELBSTEIN, in his individual capacity;
IDA TRASCHEN, in her individual capacity;
et al.,

        Defendants.
-------------------------------------------------------------X

A Memorandum and Order of Honorable Eric Komitee, United States District Judge, having been filed on September 29, 2022, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated February 1, 2022, granting Defendants' motions for summary judgment; declining to exercise supplemental jurisdiction over Plaintiff's state-law claims against defendants Tahir and PEC Group of NY, Inc.; granting Defendants' motion to strike Plaintiff's unauthorized sur-replies (ECF Nos. 289 and 290); it is

ORDERED and ADJUDGED that Defendants' motions for summary judgment are granted; that the Court declines to exercise supplemental jurisdiction over Plaintiff's state-law claims against defendants Tahir and PEC Group of NY, Inc.; and that Defendants' motion to strike Plaintiff's unauthorized sur-replies (ECF Nos. 289 and 290) is granted.

Dated: Brooklyn, NY
      September 30, 2022

Brenna B. Mahoney
Clerk of Court

By: /s/Jalitza Poveda
      Deputy Clerk