NOTICE OF APPEAL

\* FILED \*

2022 OCT 25 PM 9: 25



UNITED STATES DISTRICT COURT

CLERK
US DISTRICT COURT
E.D.N.Y.
AFTER HOURS DROP BOX

FOR THE

EASTERN DISTRICT OF NEW YORK

---------------------------------------------x

MARIO H. CAPOGROSSO,

         Plaintiff,

-against-

ALAN GELBSTEIN, in his individual capacity; IDA TRASCHEN, in her individual capacity; et. al.,

         Defendants.

---------------------------------------------x

NOTICE OF APPEAL

18-CV-2710

    Notice is hereby given that Mario H. Capogrosso hereby appeals to the United States Court of Appeals for the Second Circuit from the decision of Eric Komitee, United States District Judge granting Defendants' motions for summary judgment and his decline to exercise supplemental jurisdiction over Plaintiff's remaining state-law claims entered in this action on the 29th day of September, 2022.

                                                                                                                                                _/s/ M. H. C._

                                                                                                            Mario H. Capogrosso
                                                                                                            21 Sheldrake Place
                                                                                                            New Rochelle, NY 10804
                                                                                                            (914) 806-3682

October 25, 2022

✶ FILED ✶

2022 OCT 25  PM 9: 25

CLERK
US. DISTRICT COURT
E.D.N.Y.
AFTER HOURS DROP BOX

CHECK

TO: PR

CAPOGRUSSO V. GELBSTEIN, et. al., 18-CV-2710

NOTICE OF APPEAL

✱ FIL...

2022 OCT 25 PM 9:26

CLERK
U.S. DISTRICT COURT
E.D.N.Y.
...

